UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| UNITED STATES OF AMERICA | CORPUS CHRISTI DIVISION |
|---|---|
| | CRIMINAL ACTION NO. 17-390 |
| *VERSUS* | |
| | **EXHIBIT LIST** |
| DAVID KEITH WILLS | |
| JUDGE NELVA GONZALES RAMOS | CASE MANAGER: BRANDY CORTEZ<br>COURT REPORTER: |
| LIST OF<br>☑ GOVERNMENT<br>☐ DEFENDANT | PROCEEDING: JURY TRIAL<br>DATE(S): September 23, 2019 |

| NO. | DESCRIPTION | OBJ | ADM | DATE |
|---|---|---|---|---|
| 1 | Pages from Hudson Elementary 2012/2013 Student Release Log (Jane Doe)<br>*4273-4283* | | | |
| 1A | Oliveira Middle School 2013/2014 Student Release Log for Jane Doe (without notations and highlighting)<br>*10282* | | | |
| **2** | **BISD School Records**<br>**5963-6075** | | | |
| 2.1 | Student Attendance Report for Jane Doe (2013/2014)<br>*5980-5981* | | | |
| 2.2 | | | | |
| 2.3 | Student Attendance Report for Jane Doe (2014/2015)<br>*5977-5979* | | | |
| 2.4 | Oliveira Middle School 2014/2015 Student Release Log for Jane Doe<br>*5976* | | | |
| 3 | BISD School Planning Record (2012/2013)<br>*8937-8951* | | | |
| 4 | BISD School Planning Record (2013/2014)<br>*8952-8969* | | | |
| 5 | BISD School Planning Record (2014/2015)<br>*8970-8988* | | | |
| 6 | Medicaid Records: Driscoll<br>*9548-9567* | | | |
| 7 | Medicaid Records: DentaQuest<br>*native files produced 6-3-2019* | | | |

| | | | | |
|---|---|---|---|---|
| 8 | Medical Records: Valle/Villarreal Dental Center *4439-4450* | | | |
| 9 | Medical Records: South Texas Eye Center *4457-4550* | | | |
| 10 | Medical Records: The Childrens Doctor (Dr. Thurber) *4552-4631* | | | |
| 11 | Medical Records: Valley Baptist Medical Center *4218-4240* | | | |
| 12 | 3-22-2014 Facebook Post *1767* | | | |
| 13 | Photo of Jane Doe (10 years old) *To be selected from case file (sources: CPS records, medical records, school records, Jane Doe phone, Maria Losoya phone) or requested from ad litem as necessary* | | | |
| 14 | Photo of Jane Doe (11 years old) *see above* | | | |
| 15 | Photo of Jane Doe (12 years old) *see above* | | | |
| 16 | Photo of Jane Doe (13 years old) *see above* | | | |
| 17 | Video of 4-8-2015 Forensic Interview *produced 4-1-2019* | | | |
| 18 | Warranty Deed for Losoya Residence *To be obtained from Cameron County* | | | |
| 19 | Photos of Losoya Residence *5195-5199, 9291-9297* | | | |
| **20** | **South Padre Realty Business Records** *9712-9768* | | | |
| 20.1 | 188 Kings Court Lease (3-28-2012 to 9-30-2012) *9714-9728* | | | |
| 20.2 | 188 Kings Court Lease (10-1-2012 to 1-9-2013) *9730-9744* | | | |
| 20.3 | 188 Kings Court Lease Extension (1-1-2013 to 2-28-2013) *9747* | | | |
| 21 | Photos of 188 Kings Court *4734-4757, 9299-9311* | | | |
| 22 | Video #1 of 188 Kings Court *produced 4-25-2019* | | | |
| 23 | Video #2 of 188 Kings Court *produced 4-25-2019* | | | |
| 24 | Lease Agreement: Port Isabel Shrimp Farm *5222-5240* | | | |
| 25 | Notice of Termination of Lease Agreement: Port Isabel *5221* | | | |

| | | | | |
|---|---|---|---|---|
| 26 | Warranty Deed #328117 (506 Lakewood) *9779-9781* | | | |
| 27 | Warranty Deed #340546 (506 Lakewood) *9812-9815* | | | |
| 28 | Jane Doe's Sketches of 506 Lakewood *4759* | | | |
| 29 | Photos of 506 Lakewood *4760-4761* | | | |
| 30 | Videos of 506 Lakewood *produced 4-25-2019 and 7-2-2019* | | | |
| 31 | Residential Lease Application (210 Oak Bay #402) *reciprocal discovery* | | | |
| 32 | Residential Lease (210 Oak Bay #402) *reciprocal discovery* | | | |
| 33 | Photos of 210 Oak Bay #402 *4859-4869* | | | |
| 33A | Jane Doe's Sketch of 210 Oak Bay #402 *4858* | | | |
| 34 | Warranty Deed #327596 (1201 Copano Retreat) *9785-9790* | | | |
| **35** | **Omni Records** *4788-4792* | | | |
| 35.1 | Invoice (2-9-2014) *4790* | | | |
| 35.2 | Room Service Receipt (2-9-2014) *4791* | | | |
| 35.2A | Republic of Texas Receipt (2-9-2014) *4792* | | | |
| 36 | Omni Photos *4799-4814, 9791-9811* | | | |
| 37 | Jane Doe's Sketches of Omni Hotel *4796-4797* | | | |
| 38 | Bayfront Receipt (3-2-2014) *4816-4817* | | | |
| 39 | Bayfront Photos *4820-4829* | | | |
| 40 | Days Inn Receipt (3-22-2014) *4831* | | | |
| 41 | Days Inn Photos *4842-4855* | | | |
| 41A | Rodeway Inn Photos *10128-10131* | | | |
| **42** | **CBP Crossing Records** *9018-9053, 9711* | | | |
| 42.1 | Vehicle Crossing BGH0048 *see above* | | | |

| | | | | |
|---|---|---|---|---|
| 42.2 | Vehicle Crossing FSX981 *see above* | | | |
| 42.3 | Vehicle Crossing BN23076 *see above* | | | |
| 42.4 | Vehicle Crossing DGS3500 *see above* | | | |
| 43 | DMV Records for BGH0048 *9673-9685* | | | |
| 44 | DMV Records for FSX981 *9655-9672* | | | |
| 45 | DMV Records for BN23076 *9643-9654* | | | |
| 46 | DMV Records for DGS3500 *9634-9642* | | | |
| 47 | United Airline Records *1958-2038* | | | |
| 48 | American Airline Records *9463-9530* | | | |
| 49 | Samsung Galaxy S5 Cell Phone (David Wills) | | | |
| 50 | Samsung SM-N900P Cell Phone (Jane Doe) | | | |
| 51 | White Bebe Bra (size P/S) | | | |
| 52 | Black Bebe Bra (size XS) | | | |
| 53 | Victoria's Secret Underwear (size S/P) | | | |
| 54 | Bose Headphones (Serial #549GF) | | | |
| 55 | Sony Television (Serial #5329420) | | | |
| **56** | **CD - AT&T Records for 361-205-7674** *produced 4-1-2019* | | | |
| 56.1 | Subscriber Information *see above* | | | |
| **57** | **CD – Sprint Records for 956-543-2483** *produced 4-1-2019* | | | |
| 57.1 | Subscriber Information *see above* | | | |
| **58** | **CD – Verizon Records for 202-384-8493** *produced 4-1-2019* | | | |
| 58.1 | Subscriber Information *see above* | | | |

| | | | | |
|---|---|---|---|---|
| 59 | 6-5-2014 Best Buy Receipt (Purchase of Samsung Gusto 2) *10260* | | | |
| **60** | **CD – Verizon Records for 202-308-1244** *produced 4-1-2019 and 6-3-2019* | | | |
| 60.1 | Subscriber Information *see above* | | | |
| 60.2 | Text Messages *provided through taint process* | | | |
| **61** | **CD – AT&T Records for 956-408-9429** *produced 4-1-2019* | | | |
| 61.1 | Subscriber Information *see above* | | | |
| **62** | **4-16-2015 Extraction Report of iPhone 5S (Maria Losoya)** *produced 4-1-2019* | | | |
| 62.1 | Call Log *see above* | | | |
| 62.2 | Contacts *see above* | | | |
| 62.3 | iMessages *see above* | | | |
| **64** | **4-17-2015 Extraction Report of Samsung Galaxy S5 (David Wills)** *produced 4-1-2019* | | | |
| 64.1 | Call Log *see above* | | | |
| 64.2 | Contacts *see above* | | | |
| 64.3 | SMS Messages *see above* | | | |
| **65** | **3-4-2019 Extraction Report of Samsung Galaxy Note 3 (Jane Doe)** *produced 5-23-2019* | | | |
| 65.1 | Contacts *see above* | | | |
| 65.2 | WiFi Connections *see above* | | | |
| 66 | Cellular Analysis of FBI Special Agent Mark Sedwick | | | |
| 67 | Photos of Cell Phone Towers (Losoya Residence) *9291-9297* | | | |
| 68 | M&T Records: Account #0041 (David Wills) *2304-2985* | | | |
| 69 | Wells Fargo Records: Account #9297 (Maria Losoya) *3023-3967* | | | |

| | | | | |
|---|---|---|---|---|
| 70 | Capital One Records: Account #3699 (David Wills) *2077-2297* | | | |
| 71 | CD – Bank of America Records: Account #9811 (Sara Benz) *produced 8-20-2019* | | | |
| 72 | CD – Bank of America Records: Account #2962 (Sara Benz) *produced 8-20-2019* | | | |
| 73 | CD – Bank of America Records: Account #8039 (Sara Benz) *produced 8-20-2019* | | | |
| 74 | Apple Records: IMEI No. 990001315073486 (Jane Doe's iPad) *5775-5799* | | | |
| 75 | Verizon Records: Customer Agreement for IMEI No. 990001315073486 (Jane Doe's iPad) *5764-5765* | | | |
| 76 | Apple Records: Serial No. C02PG4T7G3QD (David Wills's MacBook) *9419, produced 6-3-2019* | | | |
| 77 | 10-06-2013 Best Buy Receipt (Purchase of MacBook Air) *10283* | | | |
| 78 | Photos of Bose Headphones (Serial #549GF) *5208-5211* | | | |
| 79 | Photos of Sony Television (Serial #5329420) *5212-5214* | | | |
| 79A | Photos of Undergarments *5200-5207* | | | |
| 80 | InComm Business Records *5449-5456* | | | |
| 81 | Backyards Unlimited Records of Sale (Springfree Trampoline) *5182-5185* | | | |
| **82** | **Extraction Report: Provocative Photos of Jane Doe and Maria Losoya** *4642-4647* | | | |
| 82.1 | Provocative Photo of Jane Doe #1 *see above* | | | |
| 82.2 | Provocative Photo of Jane Doe #2 *see above* | | | |
| 82.3 | Provocative Photo of Jane Doe #3 *see above* | | | |
| 82.4 | Provocative Photo of Jane Doe #4 *see above* | | | |

| | | | | |
|---|---|---|---|---|
| 82.5 | Provocative Photo of Jane Doe #5 <br> *see above* | | | |
| 82.6 | Provocative Photo of Jane Doe #6 <br> *see above* | | | |
| 82.7 | Provocative Photo of Jane Doe #7 <br> *see above* | | | |
| 82.8 | Provocative Photo of Jane Doe #8 <br> *see above* | | | |
| 82.9 | Provocative Photo of Jane Doe #9 <br> *see above* | | | |
| 82.10 | Provocative Photo of Jane Doe #10 <br> *see above* | | | |
| 82.11 | Provocative Photo of Jane Doe #11 <br> *see above* | | | |
| 82.12 | Provocative Photo of Jane Doe #12 <br> *see above* | | | |
| 82.13 | Provocative Photo of Jane Doe #13 <br> *see above* | | | |
| 82.14 | Provocative Photo of Jane Doe #14 <br> *see above* | | | |
| 82.15 | Provocative Photo of Jane Doe #15 <br> *see above* | | | |
| 82.16 | Provocative Photo of Jane Doe #16 <br> *see above* | | | |
| 82.17 | Provocative Photo of Jane Doe #17 <br> *see above* | | | |
| 82.18 | Provocative Photo of Jane Doe #18 <br> *see above* | | | |
| 82.19 | Provocative Photo of Jane Doe #19 <br> *see above* | | | |
| 82.20 | Provocative Photo of Maria Losoya #1 <br> *see above* | | | |
| 82.21 | Provocative Photo of Maria Losoya #2 <br> *see above* | | | |
| 82.22 | Provocative Photo of Maria Losoya #3 <br> *see above* | | | |
| 82.23 | Provocative Photo of Maria Losoya #4 <br> *see above* | | | |
| 82.24 | Provocative Photo of Maria Losoya #5 <br> *see above* | | | |
| 82.25 | Provocative Photo of Maria Losoya #6 <br> *see above* | | | |
| 82.26 | Provocative Photo of Maria Losoya #7 <br> *see above* | | | |
| 82.27 | Provocative Photo of Maria Losoya #8 <br> *see above* | | | |

| | | | | |
|---|---|---|---|---|
| 83 | Photos of David Wills (Nueces County Jail) *1823-1829* | | | |
| 84 | Mari Signam Loan Agreement (Sara Benz) *9918-9922* | | | |
| 85 | National Protocol for Sexual Assault Medical Forensic Examinations – Adults/Adolescents | | | |
| 86 | CV of Sonja Eddelman | | | |
| 87 | CV of Fiona Remko | | | |
| 88 | CV of Mark Sedwick | | | |
| 89 | Starbucks Records (David Wills) *produced 6-3-2019* | | | |
| 90 | Brinker International Records: 12-11-2013 Receipt *5940-5941* | | | |
| 90A | Photos of Colposcope *10284-10286* | | | |

      The United States will supplement this list with additional information as it becomes available.

      Respectfully submitted,

      RYAN K. PATRICK
      United States Attorney

      By: *s/ Stephanie Bauman*
           Zahra Jivani Fenelon
           Richard W. Bennett
           Stephanie Bauman
           Assistant United States Attorneys
           1000 Louisiana, Suite 2300
           Houston, Texas 77002
           (713)567-9000

## CERTIFICATE OF SERVICE

On August 24, 2019, a copy of this filing was provided to counsel for the Defendant via email.

*/s/Stephanie Bauman*
Stephanie Bauman
Assistant United States Attorney