## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CASE NO. 2:17-CR-390 |
| | § | |
| DAVID KEITH WILLS | § | |

### DEFENDANT'S AMENDED EXHIBIT LIST FOR TRIAL

| Exhibit No. | Description | Offer: | Admitted: | Not Accepted | Offer of Proof |
| --- | --- | --- | --- | --- | --- |
| 1 | 7th Grade Attendance Reports L.S. **DKW:0000001-DKW:0000005** | | | | |
| 2 | Grade 7 Grades L.S. **DKW:0000006-DKW:0000007** | | | | |
| 3 | L.S. Student Incident Reports **DKW:0000008-DKW:00000011** | | | | |
| 4 | BISD Gifted and Talented Student Performance Record 2012-2013 L.S. **DKW:00000037-DKW:00000043** | | | | |
| 5 | BISD Gifted and Talented Student Performance Record 2011-2012 L.S. **DKW:00000044-DKW:00000047** | | | | |
| 6 | BISD Gifted and Talented Student Performance Record 2010-2011 L.S. **DKW:00000048-DKW:00000051** | | | | |
| 7 | Galaxy Program Academic Acceptance Form L.S. | | | | |

|    |                                                                                            |  |  |  |  |
|----|--------------------------------------------------------------------------------------------|--|--|--|--|
|    | **DKW:00000052-** **DKW:00000057**                                                         |  |  |  |  |
| 8  | BISD Gifted and Talented Student Performance Record 2009-2010 L.S. **DKW:00000058-** **DKW:00000061** |  |  |  |  |
| 9  | Oliveria Middle School Student Release form '14-15 L.S. **DKW:00000062-** **DKW:00000065** |  |  |  |  |
| 10 | Valley Regional Medical Center Medication Center UTI L.S. **DKW:00000096-** **DKW:000000108** |  |  |  |  |
| 11 | Valle/Villarreal Dental Center L.S. **DKW:000000109-** **DKW:000000120**                   |  |  |  |  |
| 12 | Invoices to Washington D.C. Trip **DKW:000000122-** **DKW:000000133**                      |  |  |  |  |
| 13 | People to People Correspondence **DKW:000000134-** **DKW:000000137**                       |  |  |  |  |
| 14 | 8/22/12 Thurber Visit **DKW:000000140-** **DKW:000000142**                                 |  |  |  |  |
| 15 | 2/18/13 Thurber Visit **DKW:000000143-** **DKW:000000146**                                 |  |  |  |  |
| 16 | 5/6/13 Thurber Visit **DKW:000000147-** **DKW:000000148**                                  |  |  |  |  |
| 17 | 8/12/13 Thurber Visit **DKW:000000149-** **DKW:000000151**                                 |  |  |  |  |
| 18 | 8/27/13 Thurber Visit **DKW:000000152-** **DKW:000000156**                                 |  |  |  |  |
| 19 | 1/7/14 Thurber Visit **DKW:000000157-** **DKW:000000159**                                  |  |  |  |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | 2/13/14 Thurber Visit<br>**DKW:000000160-**<br>**DKW:000000164** | | | | | |
| 21 | 4/16/14 Thurber Visit<br>**DKW:000000165-**<br>**DKW:000000167** | | | | | |
| 22 | 6/27/14 Thurber Visit<br>**DKW:000000168-**<br>**DKW:000000173** | | | | | |
| 23 | 8/4/14 Thurber Visit<br>**DKW:000000174-**<br>**DKW:000000175** | | | | | |
| 24 | 7/8/14 Thurber Visit<br>**DKW:000000176-**<br>**DKW:000000178** | | | | | |
| 25 | 8/7/14 Thurber Visit<br>**DKW:000000179-**<br>**DKW:000000181** | | | | | |
| 26 | 8/11/14 Thurber Visit<br>**DKW:000000182-**<br>**DKW:000000184** | | | | | |
| 27 | 8/20/14 Thurber Visit<br>**DKW:000000185-**<br>**DKW:000000187** | | | | | |
| 28 | 8/27/14 Thurber Visit<br>**DKW:000000188-**<br>**DKW:000000190** | | | | | |
| 29 | 11/10/14 Thurber Visit<br>**DKW:000000191-**<br>**DKW:000000193** | | | | | |
| 30 | 11/22/14 Thurber Visit<br>**DKW:000000194-**<br>**DKW:000000196** | | | | | |
| 31 | 2/13/15 Thurber Visit<br>**DKW:000000197-**<br>**DKW:000000201** | | | | | |
| 32 | 2/18/15 Thurber Visit<br>**DKW:000000202-**<br>**DKW:000000204** | | | | | |
| 33 | 3/3/15 Thurber Visit<br>**DKW:000000205-**<br>**DKW:000000207** | | | | | |
| 34 | Quest Diagnostics Urine test L.S.<br>**DKW:000000208-**<br>**DKW:000000214** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 35 | 3/22/14 Days Inn Folio **DKW:000000246** | | | | |
| 36 | 4/11/14 Days Inn Folio **DKW:000000247** | | | | |
| 37 | 6/6/14 Days Inn Folio **DKW:000000248** | | | | |
| 38 | 6/29/14 Days Inn Folio **DKW:000000249** | | | | |
| 39 | 7/25/14 Days Inn Folio **DKW:000000250** | | | | |
| 40 | 9/17/14 Days Inn Folio **DKW:000000251** | | | | |
| 41 | 10/25/14 Days Inn Folio **DKW:000000252** | | | | |
| 42 | 12/31/14 Days Inn Folio **DKW:000000253** | | | | |
| 43 | Cameron County Family Violence Task Force Report **DKW:000000507- DKW:000000512** | | | | |
| 44 | Tx DPS Family Violence Report **DKW:000000513- DKW:000000514** | | | | |
| 45 | Tx DPS Sexual Assault Report **DKW:000000515- DKW:000000516** | | | | |
| 46 | BPD Submission Form **DKW:000000534** | | | | |
| 47 | BPD Release of Property 4-16-15 iPhone 5s **DKW:000000588** | | | | |
| 48 | BPD Release of Property 4-14-15 **DKW:000000589** | | | | |
| 49 | 4-22-15 BPD Receipt of Evidence Property iPhone 5s **DKW:000000590** | | | | |
| 50 | 4-22-15 BPD Receipt of Evidence Property **DKW:000000591** | | | | |
| 51 | 4-16-15 BPD Receipt of Evidence Property iPhone 5s **DKW:000000592** | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 52 | 5-6-15 BPD Receipt of Evidence Property **DKW:000000593** | | | | |
| 53 | 5-6-15 BPD Receipt of Evidence Property **DKW:000000594** | | | | |
| 54 | Intake Report Child Protective Services **DKW:000000673- DKW:000000681** | | | | |
| 55 | DFPS Contact Log Narrative **DKW:000000682- DKW:000000685** | | | | |
| 56 | DFPS Intake Report **DKW:000000686- DKW:000000694** | | | | |
| 57 | Hudson Elementary Student Release Log 2012/2013 **DKW:000000701- DKW:000000712** | | | | |
| 58 | Hudson Elementary Student Release Log 2011/2012 **DKW:000000713- DKW:000000720** | | | | |
| 59 | Oliveria Middle Student Release Form 2013-2014 **DKW:000000721- DKW:000000722** | | | | |
| 60 | Oliveria Middle Student Release Form 2014-2015 **DKW:000000723- DKW:000000726** | | | | |
| 61 | Grade Report Oliveria Middle School L.S. **DKW:000000732- DKW:000000733** | | | | |
| 62 | Grade Report Hudson Elementary L.S. **DKW:000000738** | | | | |
| 63 | GJ Subpoena return BISD **DKW:000000774- DKW:000000782** | | | | |
| 64 | South Texas Eye Center Records **DKW:000000793- DKW:000000875** | | | | |
| 65 | The Children's Doctor Records | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | DKW:000000876-DKW:000000959 |  |  |  |  |
| 66 | Wells Fargo Records Losoya **DKW:0000001215-DKW:0000001981** |  |  |  |  |
| 67 | Sarita Checkpoint Data and Car Photos **DKW:0000002314-DKW:0000002323** |  |  |  |  |
| 68 | DFPS Table of Contents **DKW:0000002324-DKW:0000002327** |  |  |  |  |
| 69 | DFPS Case File Cover Sheet and Case Event List **DKW:0000002328-DKW:0000002364** |  |  |  |  |
| 70 | DFPS External Documents (Redacted) **WITHDRAWN** |  |  |  |  |
| 70a | CPS Records |  |  |  |  |
| 70b | CPS Photos |  |  |  |  |
| 71 | CPS Intake Report (Redacted) **WITHDRAWN** |  |  |  |  |
| 72 | CPS Notification to Law Enforcement Agency of Abuse/Neglect Report **DKW:0000002375-DKW:0000002381** |  |  |  |  |
| 73 | CPS Application for Emergency Assistance **DKW:0000002382-DKW:0000002383** |  |  |  |  |
| 74 | CPS Services and Referrals Checklist Report **DKW:0000002384-DKW:0000002385** |  |  |  |  |
| 75 | CPS Risk Assessment Report **DKW:0000002386-DKW:0000002392** |  |  |  |  |
| 76 | CPS Investigation Summary for Maria Losoya **DKW:0000002393-DKW:0000002399** |  |  |  |  |

| | | | | | |
|---|---|---|---|---|---|
| 77 | CPS History of Investigation for Maria Losoya **DKW:0000002400** | | | | |
| 78 | CPS Family Service Plan Evaluation **DKW:0000002401- DKW:0000002405** | | | | |
| 79 | CPS Conservatorship Removal **DKW:0000002406** | | | | |
| 80 | Redacted CPS Records **WITHDRAWN** | | | | |
| 81 | Permanency Conference Notes **DKW:0000002429- DKW:0000002431** | | | | |
| 82 | CPS Redacted Documents **WITHDRAWN** | | | | |
| 83 | Contact Log Narrative **DKW:0000002618- DKW:0000002626** | | | | |
| 84 | CPS Redacted Documents Cont'd **WITHDRAWN** | | | | |
| 85 | Vehicle Information – 2005 BMW **DKW:0000003086- DKW:0000003088** | | | | |
| 86 | Vehicle Information – 2009 Lexus **DKW:0000003089** | | | | |
| 87 | 4200 Las Palmas Records with Affidavit **DKW:0000003116- DKW:0000003129** | | | | |
| 88 | 506 Lakewood Property Records with Affidavit **DKW:0000003130- DKW:0000003265** | | | | |
| 89 | SANE Records with Affidavit **DKW:0000003270- DKW:0000003344** | | | | |
| 92 | Records for 210 Oak Bay #402 in Rockport with Affidavit **DKW:0000003398- DKW:0000003418** | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 93 | Omni Hotel Receipt with Business Records Affidavit **DKW:0000003419-DKW:0000003420** | | | | | |
| 94 | GBT Port Isabel Lease Agreement 11820 Parklawn Dr., Ste. 204 with Affidavit **DKW:0000003421-DKW:0000003440** | | | | | |
| 95 | GBT Port Isabel Settlement Statement 503 Southpoint Dr. with Affidavit **DKW:0000003441-DKW:0000003497** | | | | | |
| 96 | HUD Settlement Statement 2207 Cape McCan in Rockport with Affidavit **DKW:0000003498-DKW:0000003501** | | | | | |
| 97 | Records for 110 Villa Doce with Affidavit **DKW:0000003502-DKW:0000003517** | | | | | |
| 98 | M&T Bank Records 2011-2015 David Wills **DKW:0000003518-DKW:0000003558** | | | | | |
| 99 | Eye Institute of Corpus Christi Records for DKW **DKW:0000003559-DKW:0000003575** | | | | | |
| 100 | Starbucks Store Locations and Corresponding Store Numbers **DKW:0000003576-DKW:0000003584** | | | | | |
| 101 | Richard Losoya Blue Federal Credit Union Records **DKW:0000003585-DKW:0000004082** | | | | | |
| 102 | Richard Losoya Bank of America Records **DKW:0000004083-DKW:0000004236** | | | | | |
| 103 | National Protocol for Sexual Assault Medical Forensic Examination | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | **DKW:0000004237-DKW:0000004614** | | | | | |
| 104 | Losoya Sprint Records **DKW:0000004934-DKW:0000005378** | | | | | |
| 105 | Losoya Jail Calls **DKW:0000005379-DKW:0000005397** | | | | | |
| 106 | Randy Moore Recorded Statement **DKW:0000005560** | | | | | |
| 107 | Randy Moore Affidavit **DKW:0000005398-DKW:0000005405** | | | | | |
| 108 | Randy Moore Drawing **DKW:0000005406-DKW:0000005407** | | | | | |
| 109 | Nicholas Stambaugh Bank Records **DKW:0000005408-DKW:0000005521** | | | | | |
| 110 | Jane Doe Social Media Posts **DKW:0000005522-DKW:0000005559** | | | | | |
| 111 | Signed Nunez Stipulation **DKW:0000005561-DKW:0000005565** | | | | | |
| 112 | Photos of Apple Desktop Computer turned over by Defense **DKW:0000005566-DKW:0000005569** | | | | | |
| 113 | Photo of two GBT Shrimp **DKW:0000005570** | | | | | |
| 114 | Photo of GBT Assembly Line **DKW:0000005571** | | | | | |
| 115 | Photo of GBT Shrimp **DKW:0000005572** | | | | | |
| 116 | Photos of Water Levels at GBT Shrimp Farm Rockport **DKW:0000005573-DKW:0000005575** | | | | | |
| 117 | Aquaculture Magazine Article on GBT **DKW:0000005576-DKW:0000005581** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 118 | Photos of Valley Baptist Medical Center Colposcope **DKW:0000005582-DKW:0000005584** | | | | |
| 119 | David Wills Blog **DKW:0000005585-DKW:0000005952** | | | | |
| 120 | Photo of David Wills Genital Area **DKW:0000005953** | | | | |
| 121 | Photos of David Wills Scar on Abdomen **DKW:0000005954-DKW:0000005955** | | | | |
| 122 | Border Crossing Photo of F-150 **DKW:0000005956** | | | | |
| 123 | Border Crossing Photo of BMW **DKW:0000005957** | | | | |
| 124 | Sarah Baker text to David Wills **DKW:0000005958** | | | | |
| 125 | Photo of the Kids **DKW:0000005959** | | | | |
| 126 | Photos of GBT Apple Laptop **DKW:0000005960-DKW:0000005961** | | | | |
| 127 | Article and Photo of Sonja Eddleman using colposcope **DKW:0000005962-DKW:0000005967** | | | | |
| 128 | GBT Port Isabel Demolition Contract **DKW:0000005968** | | | | |
| 129 | GBT Port Isabel Lease Payments **DKW:0000005969** | | | | |
| 130 | Miguel Angel Uresti W9 **DKW:0000005970** | | | | |
| 131 | Online Omni Hotel Photographs from Website **DKW:0000005971-DKW:0000005972** | | | | |

Respectfully Submitted,

By:    /s/ *Cynthia E. Orr*
      Cynthia E. Orr

CYNTHIA E. ORR*
Bar No. 15313350
GERALD H. GOLDSTEIN
Bar No. 08101000
ABASI D. MAJOR
Bar No. 24096504
DEBRA L. INNOCENTI
Bar No. 24046135
DESTINEE N. RUSSELL
Bar No. 24096406
JOHN S. GILMORE, III
Bar No. 24096676
GOLDSTEIN & ORR
310 S. St. Mary's St. 29th Fl.
San Antonio, Texas 78205
210-226-1463 phone
210-226-8367 facsimile
Email: whitecollarlaw@gmail.com
Email: ggandh@aol.com
Email: abasi.major@gmail.com
Email: debraplacette@gmail.com
Email: drussell.ggho@gmail.com
Email: johnstuartgilmore@gmail.com


JOHN T. HUNTER
Bar No. 24077532
HUNTER, LANE & JAMPALA
310 S. St. Mary's St., Suite 1740
San Antonio, Texas 78205
210-202-1076 phone
210-880-6162 facsimile
Email: jth753@gmail.com

JOHN S. GILMORE
Bar No. 07958500
622 South Tancahua
Corpus Christi, Texas 78401

361-882-4378 phone
361-882-3635 facsimile
Email: gilmorelaw@msn.com


RENE RODRIGUEZ
Bar No. 17148400
433 S. Tancahua St.
Corpus Christi, Texas 78401
361-815-3888 phone
361-882-1919 facsimile
Email: rene.rodriguez@rdrlaw.com


TERRY W. SHAMSIE
Bar No. 18089800
LAW OFFICE OF TERRY W. SHAMSIE
4002 Castle Valley Dr.
Corpus Christi, TX 78410
361-960-6300 phone
E-mail: Terryshamsie@hotmail.com


RICHARD FELDMAN
District of Columbia Bar No.  399259
PO Box 340
Rindge, NH 03461
(609) 930-6444 phone
Email: mls@usa.net


DANTE E. DOMINGUEZ
Bar No. 24086677
Law Office of Dante Eli Dominguez
6243 Interstate Hwy 10, Suite 503
San Antonio, Texas 78201
210-227-9399-1463 phone
210-855-1863 facsimile
Email: ddominguez.law@gmail.com


Attorneys for Defendant,
DAVID KEITH WILLS

*Lead Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been electronically delivered to Assistant United States Attorney Zahra Fenelon, as a registered participant to the CM/ECF document filing system, and by email to Zahra.fenelon@usdoj.gov on this the 26th day of August 2019.

                                                By:   /s/ *Cynthia E. Orr*
                                                             Cynthia E. Orr