IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>DAVID KEITH WILLS | §<br>§<br>§<br>§   Crim. No. 2:17-CR-390(1)<br>§<br>§ |

**OFFER OF PROOF**

Defendant David Wills would respectfully submit the attached Rough Draft Portion of the trial transcript of the proceedings on October 2, 2019, where before the jury Counsel for the Government asked Defense witness Dr. Doyle the following question:

"**Q:** *Is there any evidence that Jane Doe has been watching porn?*"

*See* p. 41, l. 20 – 21, Rough Draft Daily Copy of transcript of proceedings, October 2, 2019 (emphasis supplied), attached as Exhibit 1.

Accordingly, in answer to that question propounded before the jury, Government counsel has opened the door to evidence that Jane Doe visited porn sites and sexually explicit content contained on her own personal telephone device, which, for four years, she had claimed she did not possess. *See Defendant's Bench Memorandum [Curative Admissibility].*

Respectfully Submitted,

By: /s/ *Gerald H. Goldstein*

Gerald H. Goldstein

CYNTHIA E. ORR*
Bar No. 15313350
GERALD H. GOLDSTEIN
Bar No. 08101000
ABASI D. MAJOR
Bar No. 24096504
DEBRA L. INNOCENTI
Bar No. 24046135
DESTINEE N. RUSSELL
Bar No. 24096406
JOHN S. GILMORE, III
Bar No. 24096676
GOLDSTEIN & ORR
310 S. St. Mary's St. 29th Fl.
San Antonio, Texas 78205
210-226-1463 phone
210-226-8367 facsimile
Email: whitecollarlaw@gmail.com
Email: ggandh@aol.com
Email: abasi.major@gmail.com
Email: debraplacette@gmail.com
Email: drussell.ggho@gmail.com
Email: johnstuartgilmore@gmail.com

JOHN T. HUNTER
Bar No. 24077532
HUNTER, LANE & JAMPALA
310 S. St. Mary's St., Suite 1740
San Antonio, Texas 78205
210-202-1076 phone
210-880-6162 facsimile
Email: john@hljdefense.com

JOHN S. GILMORE
Bar No. 07958500
622 South Tancahua
Corpus Christi, Texas 78401
361-882-4378 phone
361-882-3635 facsimile
Email: gilmorelaw@msn.com

RENE RODRIGUEZ
Bar No. 17148400

2

433 S. Tancahua St.
Corpus Christi, Texas 78401
361-815-3888 phone
361-882-1919 facsimile
Email: rene.rodriguez@rdrlaw.com

TERRY W. SHAMSIE
Bar No. 18089800
LAW OFFICE OF TERRY W. SHAMSIE
4002 Castle Valley Dr.
Corpus Christi, TX 78410
361-960-6300 phone
E-mail: Terryshamsie@hotmail.com

RICHARD FELDMAN
District of Columbia Bar No. 399259
PO Box 340
Rindge, NH 03461
(609) 930-6444 phone
Email: mls@usa.net

DANTE E. DOMINGUEZ
Bar No. 24086677
Law Office of Dante Eli Dominguez
6243 Interstate Hwy 10, Suite 503
San Antonio, Texas 78201
210-227-9399-1463 phone
210-855-1863 facsimile
Email: ddominguez.law@gmail.com

Attorneys for Defendant,
DAVID KEITH WILLS
*Lead Counsel

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been electronically

delivered to Assistant United States Attorney Zahra Fenelon, as a registered participant to CM/ECF document filing system, and by email to Zahra.fenelon@usdoj.gov on this 2nd day of October 2019.

By: /s/ *Gerald H. Goldstein*
Gerald H. Goldstein

**CERTIFICATE OF CONSULTATION**

This is memorandum is bring prepared at night during trial and will advise the court, however the Undersigned Counsel assumes without speaking to the Government that they are opposed to this motion.

By: /s/ *Gerald H. Goldstein*
Gerald H. Goldstein