*(handwritten margin notes: "U- hold until trial", "□ need pretrial ruling", "★ ruling made at 9/3 hrg")*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

*David J. Bradley, Clerk of Court*

| | |
|---|---|
| UNITED STATES OF AMERICA | **CORPUS CHRISTI DIVISION** |
| *United States Courts Southern District of Texas FILED SEP 23 2019 David J. Bradley, Clerk of Court* | **CRIMINAL ACTION NO. 17-390** |
| *VERSUS* | **AMENDED EXHIBIT LIST** |
| DAVID KEITH WILLS | |
| JUDGE NELVA GONZALES RAMOS | CASE MANAGER: BRANDY CORTEZ  COURT REPORTER: |
| LIST OF  ☑ GOVERNMENT  ☐ DEFENDANT | PROCEEDING: JURY TRIAL  DATE(S): September 23, 2019 |

| NO. | DESCRIPTION | OBJ | ADM | DATE |
|---|---|---|---|---|
| 1 | Pages from Hudson Elementary 2012/2013 Student Release Log (Jane Doe) 4273-4283 | X ovr | 9-25-19 | |
| 1A | Oliveira Middle School 2013/2014 Student Release Log for Jane Doe (without notations and highlighting) 10282 | X ovr | 9-25-19 | |
| 2 | **Oliveira Middle School Records** *as redacted* **5963-6075** was previously marked at BISD records | ovr X | pre admit | |
| 2.1 | Student Attendance Report for Jane Doe (2013/2014) 5980-5981 | agd | pre admit | |
| 2.2 | BLANK EXHIBIT | | | |
| 2.3 | Student Attendance Report for Jane Doe (2014/2015) 5977-5979 | agd | pre admit | |
| 2.4 | Oliveira Middle School 2014/2015 Student Release Log for Jane Doe 5976 | X agd | pre admit | |
| 3 | BISD School Planning Record (2012/2013) 8937-8951 | X ovr | 9-25-19 | |
| 4 | BISD School Planning Record (2013/2014) 8952-8969 | ovr X | 9-25-19 | |
| 5 | BISD School Planning Record (2014/2015) 8970-8988 | X ovr | 9-25-19 | |
| 6 | Medicaid Records: Driscoll *Patient ID, dates service* 9548-9567 ovr Defts objs. | X | pre admit | |
| 7 | Medicaid Records: DentaQuest *native files produced 6-3-2019* | X | pre admit | |

Page **1** of 9

| | | | |
|---|---|---|---|
| 8 | Medical Records: Valle/Villarreal Dental Center (without notations and highlighting) *4439-4450* | X agd | pre admit |
| 9 | Medical Records: South Texas Eye Center (without notations and highlighting) *4457-4550* | X agd | pre admit |
| 10 | Medical Records: The Childrens Doctor (Dr. Thurber) (without notations and highlighting) *4552-4631* | X agd | pre admit |
| 11 | Medical Records: Valley Baptist Medical Center *4218-4240* | X | pre admit |
| 12 | 3-22-2014 Facebook Post *1767* | X | |
| 13 | Photo of Jane Doe (10 years old) 5th grade *To be requested from ad litem* | Sust auth. X 9-24-19 | |
| 14 | Photo of Jane Doe (11 years old) 6th grade *To be requested from ad litem* | Sust auth. X or other days 9-26-19 | |
| 15 | Photo of Jane Doe (12 years old) 7th grade *10294* | Sust auth. X or other days 9-26-19 | |
| 16 | Photo of Jane Doe (13 years old) *10295* | X | pre admit |
| 17 | Video of 4-8-2015 Forensic Interview *produced 4-1-2019* | X | pre admit |
| 18 | Warranty Deed for Losoya Residence *10287-10293* | X | pre admit |
| 19 | Photos of Losoya Residence *5195-5199, 9291-9297* | X | 9-24-19 |
| **20** | **South Padre Realty Business Records** *9712-9768* | X | pre admit |
| 20.1 | 188 Kings Court Lease (3-28-2012 to 9-30-2012) *9714-9728* | | pre admit |
| 20.2 | 188 Kings Court Lease (10-1-2012 to 1-9-2013) *9730-9744* | | pre admit |
| 20.3 | 188 Kings Court Lease Extension (1-1-2013 to 2-28-2013) *9747* | | pre admit |
| 21 | Photos of 188 Kings Court *4734-4757, 9299-9311* | X | 9-25-19 |
| 22 | Video #1 of 188 Kings Court *produced 4-25-2019* | X | pre admit |
| 23 | Video #2 of 188 Kings Court *produced 4-25-2019* | X | pre admit |
| 24 | Lease Agreement: Port Isabel Shrimp Farm *5222-5240* | X | pre admit |
| 25 | Notice of Termination of Lease Agreement: Port Isabel *5221* | X | pre admit |

| 26 | Warranty Deed #328117 (506 Lakewood) *9779-9781* | | pre admit | |
| 27 | Warranty Deed #340546 (506 Lakewood) *9812-9815* | X | WD | |
| 28 | Jane Doe's Sketches of 506 Lakewood *4759* | X | 9-25-19 | |
| 29 | Photos of 506 Lakewood *4760-4761* | X | 9-26-19 | |
| 30 | Videos of 506 Lakewood *produced 4-25-2019 and 7-2-2019* | X | 9-25-19 | |
| 31 | Residential Lease Application (210 Oak Bay #402) *reciprocal discovery* | | pre admit | |
| 32 | Residential Lease (210 Oak Bay #402) *reciprocal discovery* | | pre admit | |
| 33 | Photos of 210 Oak Bay #402 *4859-4869* | X | 9-25-19 | |
| 33A | Jane Doe's Sketch of 210 Oak Bay #402 *4858* | X | 9-25-19 | |
| 34 | Warranty Deed #327596 (1201 Copano Retreat) *9785-9790* | | pre admit | |
| 35 | **Omni Records** *4788-4792* | | pre admit | |
| 35.1 | Invoice (2-9-2014) *4790* | | pre admit | |
| 35.2 | Room Service Receipt (2-9-2014) *4791* | | pre admit | |
| 35.2A | Republic of Texas Receipt (2-9-2014) *4792* | | pre admit | |
| 36 | Omni Photos *4799-4814, 9791-9811* | X | | |
| 37 | Jane Doe's Sketches of Omni Hotel *4796-4797* | X | | |
| 38 | Bayfront Receipt (3-2-2014) *4816-4817* | | pre admit | |
| 39 | Bayfront Photos *4820-4829* | X | 9-25-19 | |
| 40 | Days Inn Receipt (3-22-2014) *4831* w/ Supplemented exhibit | | pre admit | |
| 41 | Days Inn Photos *4842-4855* | X | 9-25-19 | |
| 41A | Rodeway Inn Photos *10128-10131* | X | 9-30-19 | |
| 42 | **CBP Crossing Records** *9018-9053, 9711* | | pre admit | |
| 42.1 | Vehicle Crossing BGH0048 *see above* | | pre admit | |

| | | | |
|---|---|---|---|
| 42.2 | Vehicle Crossing FSX981<br>*see above* | ✗ | pre admit |
| 42.3 | Vehicle Crossing BN23076<br>*see above* | ✗ | pre admit |
| 42.4 | Vehicle Crossing DGS3500<br>*see above* | ✗ | pre admit |
| 43 | DMV Records for BGH0048<br>*9673-9685* | | pre admit |
| 44 | DMV Records for FSX981<br>*9655-9672* | | pre admit |
| 45 | DMV Records for BN23076<br>*9643-9654* | | pre admit |
| 46 | DMV Records for DGS3500<br>*9634-9642* | | pre admit |
| 47 | United Airline Records<br>*1958-2038* | | pre admit |
| 48 | American Airline Records<br>*9463-9530* | | pre admit |
| 49 | Samsung Galaxy S5 Cell Phone (David Wills) | X | pre admit  W/D |
| 50 | Samsung SM-N900P Cell Phone (Jane Doe) | 13 w/o ✗ | pre admit  W/D |
| 51 | White Bebe Bra (size P/S) | X | W/D |
| 52 | Black Bebe Bra (size XS) | X | W/D |
| 53 | Victoria's Secret Underwear (size S/P) | X | W/D |
| 54 | Bose Headphones (Serial #549GF) | X | |
| 55 | Sony Television (Serial #5329420) | X | W/D |
| **56** | **CD - AT&T Records for 361-205-7674**<br>***produced 4-1-2019*** | ✗ | pre admit |
| 56.1 | Subscriber Information<br>*see above* | ✗ | pre admit |
| **57** | **CD – Sprint Records for 956-543-2483**<br>***produced 4-1-2019*** | ✗ | pre admit |
| 57.1 | Subscriber Information<br>*see above* | ✗ | pre admit |
| **58** | **CD – Verizon Records for 202-384-8493**<br>***produced 4-1-2019*** | ✗ | pre admit |
| 58.1 | Subscriber Information<br>*see above* | ✗ | pre admit |

| | | | |
|---|---|---|---|
| 59 | 6-5-2014 Best Buy Receipt (Purchase of Samsung Gusto 2)<br>*10260* | X  9-26-19 | |
| 60A | **CD – Verizon Records for 202-308-1244**<br>***produced 4-1-2019 and 6-3-2019*** *redacted* | DVR X  pre admit | |
| 60.1 | Subscriber Information<br>*see above* | DVR X  pre admit | |
| 60.2 | Text Messages<br>*provided through taint process* | X  W/O | |
| 61 | **CD – AT&T Records for 956-408-9429**<br>***produced 4-1-2019*** | X  pre admit | |
| 61.1 | Subscriber Information<br>*see above* | X  pre admit | |
| 62 | **4-16-2015 Extraction Report of iPhone 5S (Maria Losoya)**<br>***produced 4-1-2019*** | X<br>DVR  pre admit | |
| 62.1 | Call Log<br>*see above* | DVR X  pre admit | |
| 62.2 | Contacts<br>*see above* | DVR X  pre admit | |
| 62.3 | iMessages<br>*see above* | DVR x  pre admit | |
| 64 | **4-17-2015 Extraction Report of Samsung Galaxy S5 (David Wills)**<br>***produced 4-1-2019*** | DVR X  pre admit | |
| 64.1 | Call Log<br>*see above* | DVR X  pre admit | |
| 64.2 | Contacts<br>*see above* | DVR X  pre admit | |
| 64.3 | SMS Messages<br>*see above* | DVR X  pre admit | |
| 65 | **3-4-2019 Extraction Report of Samsung Galaxy Note 3 (Jane Doe)**<br>***produced 5-23-2019*** | Obj WD X  pre admit | |
| 65.1 | Contacts<br>*see above* | Obj WD X  pre admit | |
| 65.2 | WiFi Connections<br>*see above* | Obj WD X  pre admit | |
| 66A | Cellular Analysis of FBI Special Agent Mark Sedwick<br>*to be cleaned up* | DVR X  9-30-19 | |
| 67 | Photos of Cell Phone Towers near Losoya Residence<br>*9291-9297* | X | |
| 68 | M&T Records: Accounts #0041 & #7041 (David Wills) (June 2011 – April 2015)<br>*2304-2921*          added Account 7041 | X  pre admit | |

| 68A | MT&T Records: Accounts #0041 & #7041 (David Wills) (April 2015 – October 2015) *2922-2985      added Account 7041* | ✗ | pre admit | |
| 69 | Wells Fargo Records: Account #9297 (Maria Losoya) *3023-3967* | ✗ | pre admit | |
| 70 | Capital One Records: Account #3699 (David Wills) *2077-2297* | ✗ | pre admit | |
| 71 | CD – Bank of America Records: Account #9811 (Sara Benz) *produced 8-20-2019* | ✗ | pre admit | |
| 72 | CD – Bank of America Records: Account #2962 (Sara Benz) *produced 8-20-2019* | ✗ | pre admit | |
| 73 | CD – Bank of America Records: Account #8039 (Sara Benz) *produced 8-20-2019* | ✗ | pre admit | |
| 74 | Apple Records: IMEI No. 990001315073486 (Jane Doe's iPad) *5775-5799* | ✗ | pre admit | |
| 75 | Verizon Records: Customer Agreement for IMEI No. 990001315073486 (Jane Doe's iPad) *5764-5765* | X | 9-26-19 | |
| 76 | Apple Records: Serial No. C02PG4T7G3QD  (David Wills's MacBook) *9419, produced 6-3-2019* | ✗ | pre admit | |
| 77 | 10-06-2013 Best Buy Receipt (Purchase of MacBook Air) *10283* | X | 9-26-19 | |
| 78 | Photos of Bose Headphones (Serial #549GF) *5208-5211* | X | 9-26-19 | |
| 79 | Photos of Sony Television (Serial #5329420) *5212-5214* | X | 9-26-19 | |
| 79A | Photos of Undergarments *5200-5207* | X | 9-26-19 | |
| 80 | InComm Business Records *5449-5456* | ✗ | pre admit | |
| 81 | Backyards Unlimited Records of Sale (Springfree Trampoline) *5182-5185* | X | 9-26-19 | |
| **82** | **Extraction Report: Photos of Jane Doe and Maria Losoya** *4642-4647* Defts obj overruled | ✗ | pre admit | |
| 82.1 | Photo of Jane Doe #1 *see above* | DW X | 9-25-19 | |
| 82.2 | Photo of Jane Doe #2 *see above* | DW X | 9-25-19 | |

| | | | | |
|---|---|---|---|---|
| 82.3 | Photo of Jane Doe #3 <br> *see above* | DN X | 9-25-19 | |
| 82.4 | Photo of Jane Doe #4 <br> *see above* | DN X | | |
| 82.5 | Photo of Jane Doe #5 <br> *see above* | DN X | | |
| 82.6 | Photo of Jane Doe #6 <br> *see above* | DN X | | |
| 82.7 | Photo of Jane Doe #7 <br> *see above* | DN X | | |
| 82.8 | Photo of Jane Doe #8 <br> *see above* | DN X | | |
| 82.9 | Photo of Jane Doe #9 <br> *see above* | DN X | | |
| 82.10 | Photo of Jane Doe #10 <br> *see above* | DN X | 9-25-19 | |
| 82.11 | Photo of Jane Doe #11 <br> *see above* | DN X | | |
| 82.12 | Photo of Jane Doe #12 <br> *see above* | DN X | | |
| 82.13 | Photo of Jane Doe #13 <br> *see above* | DN X | | |
| 82.14 | Photo of Jane Doe #14 <br> *see above* | DN X | | |
| 82.15 | Photo of Jane Doe #15 <br> *see above* | DN X | | |
| 82.16 | Photo of Jane Doe #16 <br> *see above* | DN X | | |
| 82.17 | Photo of Jane Doe #17 <br> *see above* | DN X | | |
| 82.18 | Photo of Jane Doe #18 <br> *see above* | DN X | | |
| 82.19 | Photo of Jane Doe #19 <br> *see above* | DN X | 9-25-19 | |
| 82.20 | Photo of Maria Losoya #1 <br> *see above* | X | | |
| 82.21 | Photo of Maria Losoya #2 <br> *see above* | X | | |
| 82.22 | Photo of Maria Losoya #3 <br> *see above* | X | | |
| 82.23 | Photo of Maria Losoya #4 <br> *see above* | X | | |
| 82.24 | Photo of Maria Losoya #5 <br> *see above* | X | | |
| 82.25 | Photo of Maria Losoya #6 <br> *see above* | X | | |

| | | | | |
|---|---|---|---|---|
| 82.26 ☆ | Photo of Maria Losoya #7 *see above* | X | | |
| 82.27 ☆ | Photo of Maria Losoya #8 *see above* | X | | |
| 83 | Photos of David Wills (Nueces County Jail) *1823-1829* | ~~X~~ | pre admit | |
| 84 | Mari Signam Loan Agreement (Sara Benz) *9918-9922* | | pre admit | |
| 85 | National Protocol for Sexual Assault Medical Forensic Examinations – Adults/Adolescents ~~will not go to jury~~ | X | | |
| 86 | ~~CV of Sonja Eddelman~~ | X | W/D | |
| 87 | ~~CV of Fiona Remko~~ | X | W/D | |
| 88 | ~~CV of Mark Sedwick~~ | X | W/D | |
| 89 | Starbucks Records (David Wills) *produced 6-3-2019* | ~~X~~ | pre admit | |
| 90 | Brinker International Records: 12-11-2013 Receipt *5940-5941* | ~~X~~ | pre admit | |
| 90A | Photos of Colposcope *10284-10286* | ~~X~~ | pre admit | |
| 91 | Search Warrant ~~Video~~ of McCan House *produced 4-25-19    added exhibit as of 8/29/19* ~~Video of Defts stmt 4-21-15~~ | | W/D    W/D | |

The United States will supplement this list with additional information as it becomes

available.

Respectfully submitted,

RYAN K. PATRICK
United States Attorney

By: _s/ Stephanie Bauman_
    Zahra Jivani Fenelon
    Richard W. Bennett
    Stephanie Bauman
    Assistant United States Attorneys
    1000 Louisiana, Suite 2300
    Houston, Texas 77002
    (713)567-9000

## CERTIFICATE OF SERVICE

On August 29, 2019, a copy of this filing was provided to counsel for the Defendant via email.

_/s/Stephanie Bauman_
Stephanie Bauman
Assistant United States Attorney

Page 9 of 9

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| UNITED STATES OF AMERICA | CORPUS CHRISTI DIVISION |
|---|---|
| | CRIMINAL ACTION NO. 17-390 |
| *VERSUS* | **SUPPLEMENTAL EXHIBIT LIST** |
| DAVID KEITH WILLS | |
| JUDGE NELVA GONZALES RAMOS | CASE MANAGER:  BRANDY CORTEZ<br>COURT REPORTER: |
| LIST OF<br>☑ GOVERNMENT<br>☐ DEFENDANT | PROCEEDING: JURY TRIAL<br>DATE(S): September 23, 2019 |

| NO. | DESCRIPTION | OBJ | ADM | DATE |
|---|---|---|---|---|
| 60.4 | Text Message from Sara Baker to David Wills (4-8-19) | | pre admit | |
| 92 | Invoices from People to People | | preadmit | |
| 93 | Letters from People to People | | pre admit | |
| 94 | Sarita Checkpoint Photo<br>*10465* | | 10/1/19 | |
| 95 | Video of Jane Doe Interview (Line Up)<br>*produced 4-1-2019* | | preadmit | |
| 96 | Video of Follow-up Jane Doe Interview at Brownsville PD (Part #1)<br>*produced 4-1-2019* | | preadmit | |
| 97 | Video of Follow-up Jane Doe Interview at Brownsville PD (Part #2)<br>*produced 4-1-2019* | | pre admit | |
| 98 | Video of Follow-up Jane Doe Interview at Oliveira Middle School<br>*produced 4-1-2019* | | pre admit | |
| 99 | Summary Chart: Jane Doe School Years and Ages | | 9-26-19 | |

Page 1 of 4

| | | | | |
|---|---|---|---|---|
| 100 | Summary Chart of GE 1: 2012/2013 Release Log (Hudson Elementary) | | | |
| 101 | Summary Chart of GE 6 – GE 10: Jane Doe's Medical Appointments | | | |
| 102 | Photos of Omni: Exterior and Lobby *9792, 9796, 9798, 9805, 9808* | | 9-25-19 | |
| 103 | Photos of Omni: Room *4799, 4801, 4804, 4808, 4810* | | 9-25-19 | |
| 104 | Jane Doe's Sketch: Omni Lobby *4797* | | 9-25-19 | |
| 105 | Jane Doe's Sketch: Omni Room *4796* | | 9-25-19 | |
| 106 | Summary Chart of GE 56: Filtered Call Log for 361-205-7674 | | 9-30-19 | |
| 107 | Summary Chart of GE 56: Filtered Text Log for 361-205-7674 | | 9-30-19 | |
| 108 | Summary Chart of GE 57: Filtered Call Log for 956-543-2483 | | 9-30-19 | |
| 109 | Summary Chart of GE 57: Filtered Text Log for 956-543-2483 | | 9-30-19 | |
| 110 | Summary Chart of GE 58: Filtered Call Log for 202-384-8493 | | 9-30-19 | |
| 111 | Summary Chart of GE 58: Filtered Text Log for 202-384-8493 | | 9-30-19 | |
| 112 | Summary Chart of GE 60: Filtered Call Log for 202-308-1244 | | 9-30-19 | |
| 113 | Summary Chart of GE 60: Filtered Text Log for 202-308-1244 | | 9-30-19 | |
| 114 | Summary Chart of GE 60.3: Text Messages between David Wills and John Aquilino (4-8-19) | | | |
| 114A | | | 10-1-19 | |

Page **2** of **4**

| | | | |
|---|---|---|---|
| 115 | Summary Chart of GE 60.4: Text Message from Sara Baker to David Wills (4-8-19) | | |
| 115A | | 10-1-19 | |
| 116 | Summary Chart of GE 61: Filtered Call Log for 956-408-9429 | 9-30-19 | |
| 117 | Summary Chart of GE 61: Filtered Text Log for 956-408-9429 | 9-30-19 | |
| 118 | Excerpts of GE 68: M&T Records (June 2011 – April 2015) | 9-26-19 | |
| 119 | Excerpts of GE 68A: MT&T Records (April 2015 – October 2015) | 9-26-19 | |
| 120 | Excerpts of GE 69: Wells Fargo Records (Maria Losoya) | 9-26-19 | |
| 121 | Excerpts of GE 70 Capital One (David Wills) | 9-26-19 | |
| 122 | Excerpts of GE 71: Bank of America Account #9811 (Sara Benz) | 9-26-19 | |
| 123 | Excerpts of GE 72: Bank of America Account #2962 (Sara Benz) | 9-26-19 | |
| 124 | Excerpts of GE 73: Bank of America Account #8039 (Sara Benz) | 9-26-19 | |
| 125 | Photo of Jane Doe's iPad *10410* | 9-26-19 | |
| 126 | Photo of Springfree Trampoline from Website *5189* as redacted | 9-26-19 | |
| 127 | Best Buy Affidavit and text files (related to GE 59 and GE 77) *10590-10596* | 9-26-19 | |
| 128 | 4-8-2015 Line-Up Photos *4118-4126* | | |
| 129 | 4-13-2015 Line-Up Photos *4129-4149* | | |
| 130 | | | |

| 138 | Photograph of Stairs | | 9-30-19 |
| 139 | | | 10-4-19 |

The United States will supplement this list with additional information as it becomes available.

Respectfully submitted,

RYAN K. PATRICK
United States Attorney

By: *s/ Stephanie Bauman*
    Zahra Jivani Fenelon
    Richard W. Bennett
    Stephanie Bauman
    Assistant United States Attorneys
    1000 Louisiana, Suite 2300
    Houston, Texas 77002
    (713)567-9000

## CERTIFICATE OF SERVICE

On September 22, 2019, a copy of this filing was provided to counsel for the Defendant via email.

*/s/Stephanie Bauman*
Stephanie Bauman
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| UNITED STATES OF AMERICA | CORPUS CHRISTI DIVISION |
|---|---|
| | CRIMINAL ACTION NO. 17-390 |
| *VERSUS* | **3rd SUPPLEMENTAL EXHIBIT LIST** |
| DAVID KEITH WILLS | |
| JUDGE NELVA GONZALES RAMOS | CASE MANAGER:  BRANDY CORTEZ COURT REPORTER: |
| LIST OF<br>☑ GOVERNMENT<br>☐ DEFENDANT | PROCEEDING: JURY TRIAL DATE(S): September 23, 2019 |

| NO. | DESCRIPTION | OBJ | ADM | DATE |
|---|---|---|---|---|
| 131 | Schlitterbaun Party Receipt | | 9-26-19 | |
| 132 | Summary Chart: Call Detail Records | | 9-30-19 | |
| 133 | Device ID: 202-384-8493 (from GE 58) | | 9-30-19 | |
| 134 | David Wills Residences Summary | | 9-30-19 | |
| 135 | Phone Call with Jane Doe (from GE 56) | | 9-30-19 | |
| 136 | Photo of Jane Doe Luggage Tag | | | |

The United States will supplement this list with additional information as it becomes available.

Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| UNITED STATES OF AMERICA<br><br>*VERSUS*<br><br>DAVID KEITH WILLS | CORPUS CHRISTI DIVISION |
|---|---|
| | CRIMINAL ACTION NO. 17-390 |
| | **2nd SUPPLEMENTAL<br>EXHIBIT LIST** |
| JUDGE NELVA GONZALES RAMOS | CASE MANAGER:  BRANDY CORTEZ<br>COURT REPORTER: |
| LIST OF<br><br>☑ GOVERNMENT<br>☐ DEFENDANT | PROCEEDING: JURY TRIAL<br>DATE(S): September 23, 2019 |

| NO. | DESCRIPTION | OBJ | ADM | DATE |
|---|---|---|---|---|
| 60.3 | Text Messages between David Wills and John Aquilino (4-8-19) | *bullolm* | *pre admit* | |
| 130 | Warranty Deed #338608 (2207 McCan) *10462-10464* | | | |

The United States will supplement this list with additional information as it becomes available.

Respectfully submitted,

RYAN K. PATRICK
United States Attorney

By: *s/ Stephanie Bauman*
    Zahra Jivani Fenelon
    Richard W. Bennett
    Stephanie Bauman
    Assistant United States Attorneys
    1000 Louisiana, Suite 2300
    Houston, Texas 77002
    (713)567-9000

Page **1** of 2

## **CERTIFICATE OF SERVICE**

On September 23, 2019, a copy of this filing was provided to counsel for the Defendant via email.

*/s/Stephanie Bauman*
Stephanie Bauman
Assistant United States Attorney

Page **2** of **2**