*(handwritten margin notes:)*
O - hold until trial
☐ - need pretrial ruling
△ - no agmt on pretrial ruling

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

*(stamp:)* United States Courts / Southern District of Texas / FILED / SEP 23 2019 / David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **VS.** | § | **CASE NO. 2:17-CR-390** |
| | § | |
| **DAVID KEITH WILLS** | § | |

## DEFENDANT'S AMENDED EXHIBIT LIST FOR TRIAL

| Exhibit No. | Description | Offer: | Admitted: | Not Accepted | Offer of Proof |
|---|---|---|---|---|---|
| 1 | 7th Grade Attendance Reports L.S. **DKW:0000001- DKW:0000005** | OBJ | | | W/O |
| 2 | Grade 7 Grades L.S. **DKW:0000006- DKW:0000007** | OBJ | | | W/O |
| 3 | L.S. Student Incident Reports **DKW:0000008- DKW:00000011** | OBJ | | | W/O |
| 4 | BISD Gifted and Talented Student Performance Record 2012-2013 L.S. **DKW:00000037- DKW:00000043** | OBJ | | | W/O |
| 5 | BISD Gifted and Talented Student Performance Record 2011-2012 L.S. **DKW:00000044- DKW:00000047** | OBJ | | | W/O |
| 6 | BISD Gifted and Talented Student Performance Record 2010-2011 L.S. **DKW:00000048- DKW:00000051** | OBJ | | | W/O |
| 7 | Galaxy Program Academic Acceptance Form L.S. | OBJ | | | W/O |

| | | | | | | |
|---|---|---|---|---|---|---|
| | DKW:00000052-<br>DKW:00000057 | | | | | |
| 8 | BISD Gifted and Talented Student Performance Record 2009-2010 L.S.<br>DKW:00000058-<br>DKW:00000061 | OBJ | | | | w/o |
| 9 | Oliveria Middle School Student Release form '14-15 L.S.<br>DKW:00000062-<br>DKW:00000065 | OBJ | | | | w/o |
| 10 | Valley Regional Medical Center Medication Center UTI L.S.<br>DKW:00000096-<br>DKW:000000108 | OBJ | | | | |
| 11 | Valle/Villarreal Dental Center L.S.<br>DKW:000000109-<br>DKW:000000120 | OBJ | | | | w/o |
| 12 | Invoices to Washington D.C. Trip<br>DKW:000000122-<br>DKW:000000133 | OBJ | pre admit | | | |
| 13 | People to People Correspondence<br>DKW:000000134-<br>DKW:000000137 | OBJ | pre admit | | | |
| 14 | 8/22/12 Thurber Visit<br>DKW:000000140-<br>DKW:000000142 | OBJ | | | | w/o |
| 15 | 2/18/13 Thurber Visit<br>DKW:000000143-<br>DKW:000000146 | OBJ | | | | w/o |
| 16 | 5/6/13 Thurber Visit<br>DKW:000000147-<br>DKW:000000148 | OBJ | | | | w/o |
| 17 | 8/12/13 Thurber Visit<br>DKW:000000149-<br>DKW:000000151 | OBJ | | | | w/o |
| 18 | 8/27/13 Thurber Visit<br>DKW:000000152-<br>DKW:000000156 | OBJ | | | | w/o |
| 19 | 1/7/14 Thurber Visit<br>DKW:000000157-<br>DKW:000000159 | OBJ | | | | w/o |

| | | | | | |
|---|---|---|---|---|---|
| 20 | 2/13/14 Thurber Visit **DKW:000000160-DKW:000000164** | OBJ | | | W/O |
| 21 | 4/16/14 Thurber Visit **DKW:000000165-DKW:000000167** | OBJ | | | W/O |
| 22 | 6/27/14 Thurber Visit **DKW:000000168-DKW:000000173** | OBJ | | | W/O |
| 23 | 8/4/14 Thurber Visit **DKW:000000174-DKW:000000175** | OBJ | | | W/O |
| 24 | 7/8/14 Thurber Visit **DKW:000000176-DKW:000000178** | OBJ | | | W/O |
| 25 | 8/7/14 Thurber Visit **DKW:000000179-DKW:000000181** | OBJ | | | W/O |
| 26 | 8/11/14 Thurber Visit **DKW:000000182-DKW:000000184** | OBJ | | | W/O |
| 27 | 8/20/14 Thurber Visit **DKW:000000185-DKW:000000187** | OBJ | | | W/O |
| 28 | 8/27/14 Thurber Visit **DKW:000000188-DKW:000000190** | OBJ | | | W/O |
| 29 | 11/10/14 Thurber Visit **DKW:000000191-DKW:000000193** | OBJ | | | W/O |
| 30 | 11/22/14 Thurber Visit **DKW:000000194-DKW:000000196** | OBJ | | | W/O |
| 31 | 2/13/15 Thurber Visit **DKW:000000197-DKW:000000201** | OBJ | | | W/O |
| 32 | 2/18/15 Thurber Visit **DKW:000000202-DKW:000000204** | OBJ | | | W/O |
| 33 | 3/3/15 Thurber Visit **DKW:000000205-DKW:000000207** | OBJ | | | W/O |
| 34 | Quest Diagnostics Urine test L.S. **DKW:000000208-DKW:000000214** | OBJ | | | W/O |

| | | | | | |
|---|---|---|---|---|---|
| 35 | 3/22/14 Days Inn Folio **DKW:000000246** | OBJ | | | W/O |
| 36 | 4/11/14 Days Inn Folio **DKW:000000247** | OBJ | | | W/O |
| 37 | 6/6/14 Days Inn Folio **DKW:000000248** | OBJ | | | W/O |
| 38 | 6/29/14 Days Inn Folio **DKW:000000249** | OBJ | | | W/O |
| 39 | 7/25/14 Days Inn Folio **DKW:000000250** | OBJ | | | W/O |
| 40 | 9/17/14 Days Inn Folio **DKW:000000251** | OBJ | | | W/O |
| 41 | 10/25/14 Days Inn Folio **DKW:000000252** | OBJ | | | W/O |
| 42 | 12/31/14 Days Inn Folio **DKW:000000253** | OBJ | | | W/O |
| 43 | Cameron County Family Violence Task Force Report **DKW:000000507- DKW:000000512** | OBJ not go to jury | | | W/O |
| 44 | Tx DPS Family Violence Report **DKW:000000513- DKW:000000514** | OBJ not go to jury | | | W/O |
| 45 | Tx DPS Sexual Assault Report **DKW:000000515- DKW:000000516** | OBJ not go to jury | | | W/O |
| 46 | BPD Submission Form **DKW:000000534** | OBJ nt go to jury | | | |
| 47 | BPD Release of Property 4-16-15 iPhone 5s **DKW:000000588** | OBJ | pre admit | | |
| 48 | BPD Release of Property 4-14-15 **DKW:000000589** | OBJ | pre admit | | |
| 49 | 4-22-15 BPD Receipt of Evidence Property iPhone 5s **DKW:000000590** | OBJ | pre admit | | |
| 50 | 4-22-15 BPD Receipt of Evidence Property **DKW:000000591** | OBJ | pre admit | | |
| 51 | 4-16-15 BPD Receipt of Evidence Property iPhone 5s **DKW:000000592** | OBJ | pre admit | | |

may stipulate

*(handwritten left margin, bracketing rows 52–56)* m ay stipulate

| # | Description | | | | |
|---|---|---|---|---|---|
| 52 | 5-6-15 BPD Receipt of Evidence Property DKW:000000593 | OBJ | pre admit | | |
| 53 | 5-6-15 BPD Receipt of Evidence Property DKW:000000594 | OBJ | | | WD |
| 54 | Intake Report Child Protective Services DKW:000000673- DKW:000000681 | OBJ | | | WD |
| 55 | DFPS Contact Log Narrative DKW:000000682- DKW:000000685 | OBJ | | | WD |
| 56 | DFPS Intake Report DKW:000000686- DKW:000000694 | OBJ | | | WD |
| 57 | Hudson Elementary Student Release Log 2012/2013 DKW:000000701- DKW:000000712 | OBJ Summaries are okay Sust obj to highlights & notes | | | |
| 58 | Hudson Elementary Student Release Log 2011/2012 DKW:000000713- DKW:000000720 | OBJ Summaries are okay Sust obj to highlights & notes | | | |
| 59 | Oliveria Middle Student Release Form 2013-2014 DKW:000000721- DKW:000000722 | OBJ Summaries are okay Sust obj to highlights & notes | | | |
| 60 | Oliveria Middle Student Release Form 2014-2015 DKW:000000723- DKW:000000726 | OBJ Summaries are okay Sust obj to highlights & notes | | | |
| 61 | Grade Report Oliveria Middle School L.S. DKW:000000732- DKW:000000733 | OBJ | | | WD |
| 62 | Grade Report Hudson Elementary L.S. DKW:000000738 | OBJ | | | WD |
| 63 | GJ Subpoena return BISD DKW:000000774- DKW:000000782 | OBJ Summaries are okay Sust obj to highlights & notes | | | |
| 64 | South Texas Eye Center Records DKW:000000793- DKW:000000875 | OBJ pre admit | | | |
| 65 | The Children's Doctor Records | OBJ pre admit | | | |

| | | | | |
|---|---|---|---|---|
| | DKW:000000876-<br>DKW:000000959 | | | |
| 66A | Wells Fargo Records Losoya<br>**DKW:0000001215-**<br>**DKW:0000001981** | OBJ | to be replaced w/ 66A preadmit | |
| 67a1 | Sarita Checkpoint Data and<br>Car Photos<br>**DKW:0000002314-**<br>**DKW:0000002323** | OBJ | 10-1-19 | |
| 68 | DFPS Table of Contents<br>**DKW:0000002324-**<br>**DKW:0000002327** | OBJ | | WD |
| 69 | DFPS Case File Cover Sheet<br>and Case Event List<br>**DKW:0000002328-**<br>**DKW:0000002364** | OBJ | | WD |
| 70 | DFPS External Documents<br>(Redacted)<br>**WITHDRAWN** | OBJ | | WD |
| 70a | CPS Records | OBJ | | |
| 70b | CPS Photos | OBJ | | WD |
| 71 | CPS Intake Report<br>(Redacted)<br>**WITHDRAWN** | OBJ | | WD |
| 72 | CPS Notification to Law<br>Enforcement Agency of<br>Abuse/Neglect Report<br>**DKW:0000002375-**<br>**DKW:0000002381** | OBJ | | WD |
| 73 | CPS Application for<br>Emergency Assistance<br>**DKW:0000002382-**<br>**DKW:0000002383** | OBJ | | WD |
| 74 | CPS Services and Referrals<br>Checklist Report<br>**DKW:0000002384-**<br>**DKW:0000002385** | OBJ | | WD |
| 75 | CPS Risk Assessment Report<br>**DKW:0000002386-**<br>**DKW:0000002392** | OBJ | | WD |
| 76 | CPS Investigation Summary<br>for Maria Losoya<br>**DKW:0000002393-**<br>**DKW:0000002399** | OBJ | | WD |

| | | | | | |
|---|---|---|---|---|---|
| 77 | CPS History of Investigation for Maria Losoya **DKW:0000002400** | OBJ | | | WD |
| 78 | CPS Family Service Plan Evaluation **DKW:0000002401- DKW:0000002405** | OBJ | | | WD |
| 79 | CPS Conservatorship Removal **DKW:0000002406** | OBJ | | | WD |
| 80 | Redacted CPS Records **WITHDRAWN** | OBJ | | | WD |
| 81 | Permanency Conference Notes **DKW:0000002429- DKW:0000002431** | OBJ | | | WD |
| 82 | CPS Redacted Documents **WITHDRAWN** | OBJ | | | WD |
| 83 | Contact Log Narrative **DKW:0000002618- DKW:0000002626** | OBJ | | | WD |
| 84 | CPS Redacted Documents Cont'd **WITHDRAWN** | OBJ | | | WD |
| 85 | Vehicle Information – 2005 BMW **DKW:0000003086- DKW:0000003088** | OBJ | | | WD |
| 86 | Vehicle Information – 2009 Lexus **DKW:0000003089** | OBJ | | | WD |
| 87 | 4200 Las Palmas Records with Affidavit **DKW:0000003116- DKW:0000003129** | OBJ | | | |
| 88 | 506 Lakewood Property Records with Affidavit **DKW:0000003130- DKW:0000003265** | OBJ | | | WD |
| 89 | SANE Records with Affidavit **DKW:0000003270- DKW:0000003344** | OBJ | pre admit | | |
| 92 | Records for 210 Oak Bay #402 in Rockport with Affidavit **DKW:0000003398- DKW:0000003418** | OBJ | pre admit | | |

| | | | | | |
|---|---|---|---|---|---|
| 93 | Omni Hotel Receipt with Business Records Affidavit DKW:0000003419-DKW:0000003420 | OBJ *OVr* | pre admit | | |
| 94 | GBT Port Isabel Lease Agreement 11820 Parklawn Dr., Ste. 204 with Affidavit DKW:0000003421-DKW:0000003440 | | preadmit | | |
| 95 | GBT Port Isabel Settlement Statement 503 Southpoint Dr. with Affidavit DKW:0000003441-DKW:0000003497 | | preadmit | | |
| 96 | HUD Settlement Statement 2207 Cape McCan in Rockport with Affidavit DKW:0000003498-DKW:0000003501 | | pre admit | | |
| 97 | Records for 110 Villa Doce with Affidavit DKW:0000003502-DKW:0000003517 | OBJ | | | |
| 98 | M&T Bank Records 2011-2015 David Wills DKW:0000003518-DKW:0000003558 | OBJ | | | WD |
| 99 | Eye Institute of Corpus Christi Records for DKW DKW:0000003559-DKW:0000003575 | OBJ subject to hearsay | 6-4-19 | | |
| 100 | Starbucks Store Locations and Corresponding Store Numbers DKW:0000003576-DKW:0000003584 | OBJ | | | |
| 101 | Richard Losoya Blue Federal Credit Union Records DKW:0000003585-DKW:0000004082 | OBJ | | | WD |
| 102 | Richard Losoya Bank of America Records DKW:0000004083-DKW:0000004236 | OBJ | | | WD |
| 103 | National Protocol for Sexual Assault Medical Forensic Examination | OBJ | | Does not go to Jury | |

| | | | | | |
|---|---|---|---|---|---|
| | DKW:0000004237-<br>DKW:0000004614 | | | | |
| 104 | Losoya Sprint Records<br>DKW:0000004934-<br>DKW:0000005378 | | | | WD |
| 105 | Losoya Jail Calls<br>DKW:0000005379-<br>DKW:0000005397 | OBJ | | | |
| 106 | Randy Moore Recorded<br>Statement<br>DKW:0000005560 | OBJ | | | WD |
| 107 | Randy Moore Affidavit<br>DKW:0000005398-<br>DKW:0000005405 | OBJ | | | WD |
| 108 | Randy Moore Drawing<br>DKW:0000005406-<br>DKW:0000005407 | OBJ | | | |
| 109 | Nicholas Stambaugh Bank<br>Records<br>DKW:0000005408-<br>DKW:0000005521 | OBJ | Pre<br>admit | | |
| 110 | Jane Doe Social Media Posts<br>DKW:0000005522-<br>DKW:0000005559 | OBJ | | | |
| 111 | Signed Nunez Stipulation<br>DKW:0000005561-<br>DKW:0000005565 | OBJ<br>Sust. | | | |
| 112 | Photos of Apple Desktop<br>Computer turned over by<br>Defense<br>DKW:0000005566-<br>DKW:0000005569 | OBJ | | | |
| 113 | Photo of two GBT Shrimp<br>DKW:0000005570 | OBJ | demonstrative only | | |
| 114 | Photo of GBT Assembly Line<br>DKW:0000005571 | OBJ | demonstrative only | | |
| 115 | Photo of GBT Shrimp<br>DKW:0000005572 | OBJ | demonstrative only | | |
| 116 | Photos of Water Levels at<br>GBT Shrimp Farm Rockport<br>DKW:0000005573-<br>DKW:0000005575 | OBJ | | | |
| 117 | Aquaculture Magazine<br>Article on GBT<br>DKW:0000005576-<br>DKW:0000005581 | OBJ<br>DVT | 10/4/19 | | |

| No. | Description | Obj | | | |
|---|---|---|---|---|---|
| 118 | Photos of Valley Baptist Medical Center Colposcope **DKW:0000005582-** **DKW:0000005584** | | *pre admit* | | |
| 119 | David Wills Blog **DKW:0000005585-** **DKW:0000005952** | OBJ | | | |
| 120 | Photo of David Wills Genital Area **DKW:0000005953** | | *pre admit* | | |
| 121 | Photos of David Wills Scar on Abdomen **DKW:0000005954-** **DKW:0000005955** | | *pre admit* *pre admit* | | |
| 121A | *Scar Side* Border Crossing Photo of F-150 **DKW:0000005956** | OBJ | | | |
| 122 | | | | | |
| 123 | Border Crossing Photo of BMW **DKW:0000005957** | OBJ | | | |
| 124 | Sarah Baker text to David Wills **DKW:0000005958** | OBJ | | | |
| 125 | Photo of the Kids **DKW:0000005959** | OBJ | 10/4/19 | | |
| 126 | Photos of GBT Apple Laptop **DKW:0000005960-** **DKW:0000005961** | OBJ | | | |
| 127 | Article and Photo of Sonja Eddleman using colposcope **DKW:0000005962-** **DKW:0000005967** | OBJ | *pre admit* | | |
| 128 | GBT Port Isabel Demolition Contract **DKW:0000005968** | OBJ | | | |
| 129 | GBT Port Isabel Lease Payments **DKW:0000005969** | OBJ | | | |
| 130 | Miguel Angel Uresti W9 **DKW:0000005970** | OBJ | | | |
| 131 | Online Omni Hotel Photographs from Website **DKW:0000005971-** **DKW:0000005972** | OBJ | 9/25/19 | | |
| 132 | April 13, 2015 Video | | *preadmit* | | |
| 133 | April 13, 2015 Video | | *pre admit* | | |
| 134 | April 13, 2015 Video | | *pre admit* | | |

Respectfully Submitted,


By: ___/s/ *Cynthia E. Orr*_____
          Cynthia E. Orr

CYNTHIA E. ORR*
Bar No. 15313350
GERALD H. GOLDSTEIN
Bar No. 08101000
ABASI D. MAJOR
Bar No. 24096504
DEBRAL. INNOCENTI
Bar No. 24046135
DESTINEE N. RUSSELL
Bar No. 24096406
JOHN S. GILMORE, III
Bar No. 24096676
GOLDSTEIN & ORR
310 S. St. Mary's St. 29th Fl.
San Antonio, Texas 78205
210-226-1463 phone
210-226-8367 facsimile
Email: whitecollarlaw@gmail.com
Email: ggandh@aol.com
Email: abasi.major@gmail.com
Email: debraplacette@gmail.com
Email: drussell.ggho@gmail.com
Email: johnstuartgilmore@gmail.com


JOHN T. HUNTER
Bar No. 24077532
HUNTER, LANE & JAMPALA
310 S. St. Mary's St., Suite 1740
San Antonio, Texas 78205
210-202-1076 phone
210-880-6162 facsimile
Email: jth753@gmail.com

JOHN S. GILMORE
Bar No. 07958500
622 South Tancahua
Corpus Christi, Texas 78401

361-882-4378 phone
361-882-3635 facsimile
Email: gilmorelaw@msn.com

RENE RODRIGUEZ
Bar No. 17148400
433 S. Tancahua St.
Corpus Christi, Texas 78401
361-815-3888 phone
361-882-1919 facsimile
Email: rene.rodriguez@rdrlaw.com

TERRY W. SHAMSIE
Bar No. 18089800
LAW OFFICE OF TERRY W. SHAMSIE
4002 Castle Valley Dr.
Corpus Christi, TX 78410
361-960-6300 phone
E-mail: Terryshamsie@hotmail.com

RICHARD FELDMAN
District of Columbia Bar No.  399259
PO Box 340
Rindge, NH 03461
(609) 930-6444 phone
Email: mls@usa.net

DANTE E. DOMINGUEZ
Bar No. 24086677
Law Office of Dante Eli Dominguez
6243 Interstate Hwy 10, Suite 503
San Antonio, Texas 78201
210-227-9399-1463 phone
210-855-1863 facsimile
Email: ddominguez.law@gmail.com

Attorneys for Defendant,
DAVID KEITH WILLS

*Lead Counsel

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been electronically delivered to Assistant United States Attorney Zahra Fenelon, as a registered participant to the CM/ECF document filing system, and by email to Zahra.fenelon@usdoj.gov on this the 26th day of August 2019.


By:  _/s/ Cynthia E. Orr_
Cynthia E. Orr

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

         v.

DAVID WILLS,

Defendant.

Criminal Action No:
2:17-CR-390

## Defendant's supplemental witness list

| Number | Description | Offer | Admitted | Offer of Proof |
|---|---|---|---|---|
| 135 | Phone Extraction (5000+pg) (full record from GE 65) photo | | | |
| 135.2 | | | 10-3-19 | |
| 136 | Omni Hotel Records | | 9-25-19 | |
| 137 | Rolex Records | | | |
| 138 | Days Inn Hotel Photos | | | |
| 139 | Omni Hotel Photos | | | |
| 140   140.1, 140.2 | GBT Business Location Photos | | demonstrative only | |
| 141 | AT&T Records | | | |
| 142 | Video of Nora Archer by Lucio on 4/23/15 | | | |
| 143 | Audio of Lucio Phone Call w/ Ivan Castro on 4/13/15 | | | |
| 144 | Audio of Lucio Phone Call w/ Randy Moore | | | |
| 145 | Video of Lucio Interview w/ school counselor Vidaurri 4/8/15 | | | |
| 146 | Losoya Video Interview – 2/10/17 | | | |

| | | | | |
|---|---|---|---|---|
| 147 | Losoya Video Interview – 7/21/17 | | | |
| 148 | Losoya Video Interview – 8/1/17 | | | |
| 149 | Losoya Video Interview – 4/9/15 | | | |
| 150 | Losoya Video Interview – 4/23/15 | | | |
| 151 151A | Audio Recording of Maria Losoya Jail Phone Calls | | | |
| 152 | Odom Interviews with Sara Baker-Benz on 8/1/19 | | | |
| 153 | Lucio Video Interview of Gaspar Garcia 4/13/15 | | | |
| 154 | Lucio Video Interview of Richard Losoya 4/23/15 | | | |
| 155 | Lucio Video Interview of Elizabeth de la Garza 4/10/15 | | | |
| 156 | Nunez Webpage 09242018 | | 9-26-19 | |
| 157 | HSI Subpoena – Sprint | | 9-26-19 | |
| 158 | GBT Photo | | | |
| 159 | GBT Photo | | demonstrative | only |
| 160 | GBT Photo | | demonstrative only | |
| 161 | GBT Photo | | demonstrative only | |
| 162 | GBT Photo | | demonstrative only | |
| 163 | GBT Photo | | demonstrative only | |
| 164 | Photo of Employees of GBT | | demonstrative only | |

2

| 165 | Photo of Employees of GBT | | | demonstrative only |
| 166 | TKS Group Letter | | | demonstrative only |
| 167 | Photo of Laurie White Wills | obj sust. | | demonstrative only |
| 168 | Family Photo with Laurie, DKW and Stephen | obj Sust. | | |
| 169 | DKW Check to Candy Losoya $325 July 12, 2012 | | | |
| 170 | Losoya $800 Check March 10, 2015 | | | |
| 171 | Stripes Gas Receipt – Brownsville | | | |
| 172 | Omni Email – Stephen White | | | |
| 173 | Mike Uresti Checks and Emails | | | |
| 174 | Artisanal Meme | | | |
| 175 | Transcript of CAC interview | | | |
| 176 | Intentionally skipped | | | |
| 177 | One page of transcript of CAC interview re: JD has two phones | | | |
| 178 | Omni Hotel PMS record | | 9-25-19 | |
| 179 | Schlitterbahn Scott Friedman Receipt | | | |
| 180 | Docket Attorney General (Maria Losoya v. BART | | | |
| 181 | | | 9-26-19 | |
| 182 | | | demonstrative only | |
| 183 | | | | |
| 184 | | | 9-26-19 | |
| 185 | | | | |
| 186 | | | 9-26-19 | |
| 187 | | | | |
| 188 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 189 | | | 9-27-19 | | |
| | | | 9-27-19 | | |
| 190 | | | | | |
| 191 | Redacted CPS record | | 9-27-19 | | |
| | | | 9-27-19 | | |
| 192 | | | | | |
| 193 | not to jury | | | | |
| 194 | photo - bar | | 10-2-19 | | |
| 195 | Bus- Rec. Affidavit | | 10-1-19 | | |
| 196 | | | | | |
| 197 | | | | | |
| 198 | Aug1 Report | | demonstrative only | | |
| 199 | | | 9-30-19 | | |
| 200 | | | | | |
| 201 | | | | | |
| 202 | | | | | |
| 203 | | | demonstrative only | | |
| 204 | | | demonstrative only | | |
| 205 | | | demonstrative only | | |
| 206 | Photos -Madeira | | 10-2-19 | | |
| 207 | Jewelry Repair photo | | 10-2-19 | | |
| 208 | | | | | |
| 209 | | | | | |
| 210 | Serial # - Laptop | | 10-1-19 | | |
| 211 | | | 10-2-19 | | |
| 212 | | | | | |
| 213 | Minor Report | | demonstrative only | | |
| 214 | | | | | |
| 215 | | | 10-3-19 | | |
| 216 | | | 10-3-19 | | |
| 217 | | | 10-3-19 | | |
| 218 | | | 10-3-19 | | |
| 217.1 | | | 10-3-19 | | |
| 217.2 | | | 10-3-19 | | |
| 219 | | | | | |
| 220 | | | | | |
| 221 | | | | | |
| 222 | | | | | |
| 223 | | | | | |

| 224.1 | | | 10-4-19 | | |
| 224.2 | | | 10-4-19 | | |
| 224.3 | | | 10-4-19 | | |

RENE RODRIGUEZ
Bar No. 17148400
433 S. Tancahua St.
Corpus Christi, Texas 78401
361-815-3888 phone
361-882-1919 facsimile
Email: rene.rodriguez@rdrlaw.com


TERRY W. SHAMSIE
Bar No. 18089800
LAW OFFICE OF TERRY W. SHAMSIE
4002 Castle Valley Dr.
Corpus Christi, TX 78410
361-960-6300 phone
E-mail: Terryshamsie@hotmail.com


RICHARD FELDMAN
District of Columbia Bar No.  399259
PO Box 340
Rindge, NH 03461
(609) 930-6444 phone
Email: mls@usa.net


DANTE E. DOMINGUEZ
Bar No. 24086677
Law Office of Dante Eli Dominguez
6243 Interstate Hwy 10, Suite 503
San Antonio, Texas 78201
210-227-9399-1463 phone
210-855-1863 facsimile
Email: ddominguez.law@gmail.com


Attorneys for Defendant,
DAVID KEITH WILLS

*Lead Counsel

5

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been electronically delivered to Assistant United States Attorney Zahra Fenelon, as a registered participant to the CM/ECF document filing system, on this the 26th day of September 2019.

By: __/s/ *Abasi D. Major*_____
Abasi D. Major

6