# EXHIBIT 39



GOVERNMENT
EXHIBIT
39
17cr390

2:17cr390-004820



2-17-cr390-604621



2:17cr390-004822





2:17cr390-004828

# EXHIBIT 40



**DAYS INN PORTLAND**
1703 N. HIGHWAY 181
PORTLAND, TX  78374 US
Phone: (361)643-2222
Fax: (361)643-1925
Email: daysinnportland1@gmail.com
Printed: 6/3/2015 2:35:22 PM

# Folio (Detailed)

| | | | | | |
|---|---|---|---|---|---|
| Name: | MARIA, LOSOYA | | | Confirmation Number: | 83293122 |
| | | | | Account Number: | 349-304995 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Address: | 3702 SAN JACINTO | | | | | |
| | BROWNSVILLE, TX  78520 US | | | | | |
| Room: | 121 | Room Type: | NK1, 1 KING NSMK | Nights: | 1 | Guests: 1/0 |
| Rate Plan: | RACK | Daily Rate: | $84.99 + $11.05 Tax | GTD: | CA - CASH | |
| Arrival: | 3/22/2014 (Sat) | Departure: | 3/23/2014 (Sun) | | | |

Room Rate:

3/22/2014 (Sat) - 3/22/2014 (Sat)        $84.99 + $11.05 Tax per night.

| Date | Code | Description | Amount | Balance |
|---|---|---|---|---|
| 3/22/2014 | CA | CASH | ($96.04) | ($96.04) |
| 3/22/2014 | RM | ROOM CHARGE | $84.99 | ($11.05) |
| 3/22/2014 | TAX1 | STATE TAX | $5.10 | ($5.95) |
| 3/22/2014 | TAX2 | CITY AND COUNTY TAX | $5.95 | $0.00 |

## Summary

| Room | Tax | F&B | Other | CC | Cash | DB |
|---|---|---|---|---|---|---|
| $84.99 | $11.05 | $0.00 | $0.00 | $0.00 | ($96.04) | $0.00 |

By signing below, I agree to these terms and conditions.

**Guest Signature:** _____

(1) Regardless of charge instructions, the undersigned acknowledges the above as personal indebtedness. (2) This property is privately owned and management reserves the right to refuse services to any one, and will not be responsible for injury or accidents to guests or loss of money, jewelry or any personal valuables of any kind.
"We or our affiliates may contact you about goods and services unless you call 888-946-4283 or write to Opt Out/Privacy, Wyndham Hotel Group, LLC, 22 Sylvan Way, Parsippany, NJ 07054 to opt out. View our website about privacy."

GOVERNMENT
EXHIBIT
40
17cr390

2:17cr390-004831



**DAYS INN PORTLAND**
1703 N. HIGHWAY 181
PORTLAND, TX  78374 US
Phone: (361)643-2222
Fax: (361)643-1925
Email: daysinnportland1@gmail.com
Printed: 6/3/2015 2:35:59 PM

## Folio (Detailed)

| Name: | MARIA, LOSOYA | | | Confirmation Number: | 92338900 |
|-------|---------------|---|---|---------------------|----------|
| | | | | Account Number: | 244-725074 |

| Address: | 3702 SAN JACINTO | | | | | |
|----------|------------------|---|---|---|---|---|
| | BROWNSVILLE, TX  78520 US | | | | | |
| Room: | 120 | Room Type: | NK1, 1 KING NSMK | Nights: | 1 | Guests: 1/0 |
| Rate Plan: | RACK | Daily Rate: | $84.99 + $11.05 Tax | GTD: | CA - CASH | |
| Arrival: | 4/11/2014 (Fri) | Departure: | 4/12/2014 (Sat) | | | |

Room Rate:
    4/11/2014 (Fri) - 4/11/2014 (Fri)      $84.99 + $11.05 Tax per night.

| Date | Code | Description | Amount | Balance |
|------|------|-------------|--------|---------|
| 4/11/2014 | CA | CASH | ($96.04) | ($96.04) |
| 4/11/2014 | RM | ROOM CHARGE | $84.99 | ($11.05) |
| 4/11/2014 | TAX1 | STATE TAX | $5.10 | ($5.95) |
| 4/11/2014 | TAX2 | CITY AND COUNTY TAX | $5.95 | $0.00 |

## Summary

| Room | Tax | F&B | Other | CC | Cash | DB |
|------|-----|-----|-------|-----|------|-----|
| $84.99 | $11.05 | $0.00 | $0.00 | $0.00 | ($96.04) | $0.00 |

By signing below, I agree to these terms and conditions.

Guest Signature: _____

(1) Regardless of charge instructions, the undersigned acknowledges the above as personal indebtedness. (2) This property is privately owned and management reserves the right to refuse services to any one, and will not be responsible for injury or accidents to guests or loss of money, jewelry or any personal valuables of any kind.
"We or our affiliates may contact you about goods and services unless you call 888-946-4283 or write to Opt Out/Privacy, Wyndham Hotel Group, LLC, 22 Sylvan Way, Parsippany, NJ 07054 to opt out.  View our website about privacy."

2:17cr390-004832



**DAYS INN PORTLAND**
1703 N. HIGHWAY 181
PORTLAND, TX 78374 US
Phone: (361)643-2222
Fax: (361)643-1925
Email: daysinnportland1@gmail.com
Printed: 6/3/2015 2:36:22 PM

# Folio (Detailed)

| Name: | MARIA, LOSOYA | | | Confirmation Number: | 27227760 |
|---|---|---|---|---|---|
| | | | | Account Number: | 153-211147 |

| Address: | 3702 SAN JACINTO | | | | | |
|---|---|---|---|---|---|---|
| | BROWNSVILLE, TX 78520 US | | | | | |
| Room: | 102 | Room Type: | NK1, 1 KING NSMK | Nights: | 1 | Guests: 1/0 |
| Rate Plan: | RACK | Daily Rate: | $84.99 + $11.05 Tax | GTD: | CA - CASH | |
| Arrival: | 6/6/2014 (Fri) | Departure: | 6/7/2014 (Sat) | | | |

Room Rate:

6/6/2014 (Fri) - 6/6/2014 (Fri)          $84.99 + $11.05 Tax per night.

| Date | Code | Description | Amount | Balance |
|---|---|---|---|---|
| 6/6/2014 | CA | CASH | ($96.04) | ($96.04) |
| 6/6/2014 | RM | ROOM CHARGE | $84.99 | ($11.05) |
| 6/6/2014 | TAX1 | STATE TAX | $5.10 | ($5.95) |
| 6/6/2014 | TAX2 | CITY AND COUNTY TAX | $5.95 | $0.00 |

## Summary

| Room | Tax | F&B | Other | CC | Cash | DB |
|---|---|---|---|---|---|---|
| $84.99 | $11.05 | $0.00 | $0.00 | $0.00 | ($96.04) | $0.00 |

By signing below, I agree to these terms and conditions.

**Guest Signature:** _____

(1) Regardless of charge instructions, the undersigned acknowledges the above as personal indebtedness. (2) This property is privately owned and management reserves the right to refuse services to any one, and will not be responsible for injury or accidents to guests or loss of money, jewelry or any personal valuables of any kind.
"We or our affiliates may contact you about goods and services unless you call 888-946-4283 or write to Opt Out/Privacy, Wyndham Hotel Group, LLC, 22 Sylvan Way, Parsippany, NJ 07054 to opt out. View our website about privacy."



**DAYS INN PORTLAND**
1703 N. HIGHWAY 181
PORTLAND, TX 78374 US
Phone: (361)643-2222
Fax: (361)643-1925
Email: daysinnportland1@gmail.com
Printed: 6/3/2015 2:36:34 PM

# Folio (Detailed)

| | | | | | |
|---|---|---|---|---|---|
| Name: | MARIA, LOSOYA | | | Confirmation Number: | 38918835 |
| | | | | Account Number: | 578-142539 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Address: | 3702 SAN JACINTO | | | | | |
| | BROWNSVILLE, TX 78520 US | | | | | |
| Room: | 104 | Room Type: | NK1, 1 KING NSMK | Nights: | 1 | Guests: 1/0 |
| Rate Plan: | RACK | Daily Rate: | $84.99 + $11.05 Tax | GTD: | CA - CASH | |
| Arrival: | 6/29/2014 (Sun) | Departure: | 6/30/2014 (Mon) | | | |

Room Rate:

   6/29/2014 (Sun) - 6/29/2014 (Sun)      $84.99 + $11.05 Tax per night.

| Date | Code | Description | Amount | Balance |
|---|---|---|---|---|
| 6/29/2014 | CA | CASH | ($96.04) | ($96.04) |
| 6/29/2014 | RM | ROOM CHARGE | $84.99 | ($11.05) |
| 6/29/2014 | TAX1 | STATE TAX | $5.10 | ($5.95) |
| 6/29/2014 | TAX2 | CITY AND COUNTY TAX | $5.95 | $0.00 |

## Summary

| Room | Tax | F&B | Other | CC | Cash | DB |
|---|---|---|---|---|---|---|
| $84.99 | $11.05 | $0.00 | $0.00 | $0.00 | ($96.04) | $0.00 |

By signing below, I agree to these terms and conditions.

**Guest Signature:** _____

(1) Regardless of charge instructions, the undersigned acknowledges the above as personal indebtedness. (2) This property is privately owned and management reserves the right to refuse services to any one, and will not be responsible for injury or accidents to guests or loss of money, jewelry or any personal valuables of any kind.
"We or our affiliates may contact you about goods and services unless you call 888-946-4283 or write to Opt Out/Privacy, Wyndham Hotel Group, LLC, 22 Sylvan Way, Parsippany, NJ 07054 to opt out. View our website about privacy."

                  2:17cr390-004834



**DAYS INN PORTLAND**
1703 N. HIGHWAY 181
PORTLAND, TX 78374 US
Phone: (361)643-2222
Fax: (361)643-1925
Email: daysinnportland1@gmail.com
Printed: 6/3/2015 2:36:47 PM

# Folio (Detailed)

| | | | | | |
|---|---|---|---|---|---|
| Name: | MARIA, LOSOYA | | Confirmation Number: | 52394940 | |
| | | | Account Number: | 661-486008 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Address: | 3702 SAN JACINTO | | | | | |
| | BROWNSVILLE, TX 78520 US | | | | | |
| Room: | 118 | Room Type: | NK1, 1 KING NSMK | Nights: | 1 | Guests: 1/0 |
| Rate Plan: | RACK | Daily Rate: | $94.99 + $12.35 Tax | GTD: | CA - CASH | |
| Arrival: | 7/25/2014 (Fri) | Departure: | 7/26/2014 (Sat) | | | |

Room Rate:

7/25/2014 (Fri) - 7/25/2014 (Fri)          $94.99 + $12.35 Tax per night.

| Date | Code | Description | Amount | Balance |
|---|---|---|---|---|
| 7/25/2014 | CA | CASH | ($107.34) | ($107.34) |
| 7/25/2014 | RM | ROOM CHARGE | $94.99 | ($12.35) |
| 7/25/2014 | TAX1 | STATE TAX | $5.70 | ($6.65) |
| 7/25/2014 | TAX2 | CITY AND COUNTY TAX | $6.65 | $0.00 |

## Summary

| Room | Tax | F&B | Other | CC | Cash | DB |
|---|---|---|---|---|---|---|
| $94.99 | $12.35 | $0.00 | $0.00 | $0.00 | ($107.34) | $0.00 |

By signing below, I agree to these terms and conditions.

Guest Signature: _____

(1) Regardless of charge instructions, the undersigned acknowledges the above as personal indebtedness. (2) This property is privately owned and management reserves the right to refuse services to any one, and will not be responsible for injury or accidents to guests or loss of money, jewelry or any personal valuables of any kind.
"We or our affiliates may contact you about goods and services unless you call 888-946-4283 or write to Opt Out/Privacy, Wyndham Hotel Group, LLC, 22 Sylvan Way, Parsippany, NJ 07054 to opt out. View our website about privacy."



**DAYS INN PORTLAND**
1703 N. HIGHWAY 181
PORTLAND, TX 78374 US
Phone: (361)643-2222
Fax: (361)643-1925
Email: daysinnportland1@gmail.com
Printed: 6/3/2015 2:33:07 PM

## Folio (Detailed)

| Name: | LOSOYA, MARIA C | | | Confirmation Number: | | 78350876 |
|---|---|---|---|---|---|---|
| | | | | Account Number: | | 282-446034 |

| Address: | 3702 SAN JACINTO | | | | | |
|---|---|---|---|---|---|---|
| | BROWNSVILLE, TX 78520 US | | | | | |
| Room: | 121 | Room Type: | NK1, 1 KING NSMK | Nights: | 1 | Guests: 1/0 |
| Rate Plan: | SSR | Daily Rate: | $76.49 + $9.94 Tax | GTD: | CA - CASH | |
| Arrival: | 9/17/2014 (Wed) | Departure: | 9/18/2014 (Thu) | | | |

Room Rate:

9/17/2014 (Wed) - 9/17/2014 (Wed)         $76.49 + $9.94 Tax per night.

| Date | Code | Description | Amount | Balance |
|---|---|---|---|---|
| 9/17/2014 | CA | CASH | ($86.43) | ($86.43) |
| 9/17/2014 | RM | ROOM CHARGE | $76.49 | ($9.94) |
| 9/17/2014 | TAX1 | STATE TAX | $4.59 | ($5.35) |
| 9/17/2014 | TAX2 | CITY AND COUNTY TAX | $5.35 | $0.00 |

## Summary

| Room | Tax | F&B | Other | CC | Cash | DB |
|---|---|---|---|---|---|---|
| $76.49 | $9.94 | $0.00 | $0.00 | $0.00 | ($86.43) | $0.00 |

By signing below, I agree to these terms and conditions.

**Guest Signature:**

(1) Regardless of charge instructions, the undersigned acknowledges the above as personal indebtedness. (2) This property is privately owned and management reserves the right to refuse services to any one, and will not be responsible for injury or accidents to guests or loss of money, jewelry or any personal valuables of any kind.
"We or our affiliates may contact you about goods and services unless you call 888-946-4283 or write to Opt Out/Privacy, Wyndham Hotel Group, LLC, 22 Sylvan Way, Parsippany, NJ 07054 to opt out. View our website about privacy."



**DAYS INN PORTLAND**
1703 N. HIGHWAY 181
PORTLAND, TX  78374 US
Phone: (361)643-2222
Fax: (361)643-1925
Email: daysinnportland1@gmail.com
Printed: 6/3/2015 2:33:25 PM

## Folio (Detailed)

| Name: | LOSOYA, MARIA C | | | Confirmation Number: | 95129384 |
|---|---|---|---|---|---|
| | | | | Account Number: | 565-490482 |

| Address: | 3702 SAN JACINTO | | | | | |
|---|---|---|---|---|---|---|
| | BROWNSVILLE, TX  78520 US | | | | | |
| Room: | 206 | Room Type: | NQQ1, 2 QUEENS NSMK | Nights: | 1 | Guests: 1/0 |
| Rate Plan: | RACK | Daily Rate: | $84.99 + $11.05 Tax | GTD: | CA - CASH | |
| Arrival: | 10/25/2014 (Sat) | Departure: | 10/26/2014 (Sun) | | | |

Room Rate:

    10/25/2014 (Sat) - 10/25/2014 (Sat)       $84.99 + $11.05 Tax per night.

| Date | Code | Description | Amount | Balance |
|---|---|---|---|---|
| 10/25/2014 | CA | CASH | ($96.04) | ($96.04) |
| 10/25/2014 | RM | ROOM CHARGE | $84.99 | ($11.05) |
| 10/25/2014 | TAX1 | STATE TAX | $5.10 | ($5.95) |
| 10/25/2014 | TAX2 | CITY AND COUNTY TAX | $5.95 | $0.00 |

## Summary

| Room | Tax | F&B | Other | CC | Cash | DB |
|---|---|---|---|---|---|---|
| $84.99 | $11.05 | $0.00 | $0.00 | $0.00 | ($96.04) | $0.00 |

By signing below, I agree to these terms and conditions.

Guest Signature: _____

(1) Regardless of charge instructions, the undersigned acknowledges the above as personal indebtedness. (2) This property is privately owned and management reserves the right to refuse services to any one, and will not be responsible for injury or accidents to guests or loss of money, jewelry or any personal valuables of any kind.
"We or our affiliates may contact you about goods and services unless you call 888-946-4283 or write to Opt Out/Privacy, Wyndham Hotel Group, LLC, 22 Sylvan Way, Parsippany, NJ 07054 to opt out.  View our website about privacy."

                2:17cr390-004837



**DAYS INN PORTLAND**
1703 N. HIGHWAY 181
PORTLAND, TX 78374 US
Phone: (361)643-2222
Fax: (361)643-1925
Email: daysinnportland1@gmail.com
Printed: 6/3/2015 2:33:58 PM

## Folio (Detailed)

| Name: | LOSOYA, MARIA | | | Confirmation Number: | 28174390 |
|---|---|---|---|---|---|
| | | | | Account Number: | 512-888045 |

| Address: | 3702 SAN JACINTO | | | | | |
|---|---|---|---|---|---|---|
| | BROWNSVILLE, TX 785200000 US | | | | | |
| Room: | 117 | Room Type: | NK1, 1 KING NSMK | Nights: | 1 | Guests: 1/0 |
| Rate Plan: | RACK | Daily Rate: | $84.99 + $11.05 Tax | GTD: | CA - CASH | |
| Arrival: | 12/31/2014 (Wed) | Departure: | 1/1/2015 (Thu) | | | |

Room Rate:

    12/31/2014 (Wed) - 12/31/2014 (Wed)    $84.99 + $11.05 Tax per night.

| Date | Code | Description | Amount | Balance |
|---|---|---|---|---|
| 12/31/2014 | CA | CASH | ($96.04) | ($96.04) |
| 12/31/2014 | RM | ROOM CHARGE | $84.99 | ($11.05) |
| 12/31/2014 | TAX1 | STATE TAX | $5.10 | ($5.95) |
| 12/31/2014 | TAX2 | CITY AND COUNTY TAX | $5.95 | $0.00 |

## Summary

| Room | Tax | F&B | Other | CC | Cash | DB |
|---|---|---|---|---|---|---|
| $84.99 | $11.05 | $0.00 | $0.00 | $0.00 | ($96.04) | $0.00 |

By signing below, I agree to these terms and conditions.

**Guest Signature:**

(1) Regardless of charge instructions, the undersigned acknowledges the above as personal indebtedness. (2) This property is privately owned and management reserves the right to refuse services to any one, and will not be responsible for injury or accidents to guests or loss of money, jewelry or any personal valuables of any kind.
"We or our affiliates may contact you about goods and services unless you call 888-946-4283 or write to Opt Out/Privacy, Wyndham Hotel Group, LLC, 22 Sylvan Way, Parsippany, NJ 07054 to opt out. View our website about privacy."

# EXHIBIT 41





2:17cr390-004843











# EXHIBIT 41.A



GOVERNMENT
EXHIBIT
41A
17cr390

2:17cr390-010128





# EXHIBIT 42



DATE: Tuesday, August 6, 2019

A. I HEREBY CERTIFY that the annexed documents listed or described below, as redacted to remove sensitive personal identifying information (PII) of CBP employees and/or sensitive internal security codes, are true and correct copies of official records (or extracts there from) maintained _____TECS_____ and that I am the custodian thereof:

Information on the following for January 01, 2011 through April 12, 2019*:

Maria LOSOYA, DOB ███████
  Person Crossing History                    186 Records
David WILLS, DOB ███████
  Person Crossing History                    21 Records
█████████, DOB 02/07/2002
  Person Crossing History                    43 Records
  Vehicle Crossing LP TX BGH0048             62 Records
  Vehicle Crossing LP TX FSX981              79 Records
  Vehicle Crossing LP TX BN23076             33 Records
  Vehicle Crossing LP TX DGS3500              4 Records

*All records reflect Eastern Time

_____Babette Grout_____
Signature

_____
Custodian of Record
Title

B. I HEREBY CERTIFY that ____Babette Grout____ who signed the foregoing certificate was at the time of signing ____Designated Custodian of Record____ and as such, was the legal custodian of the above listed documents, and that full faith and credit should be given to such a certificate.



IN TESTIMONY WHEREOF I have hereunto set my hand, and caused the seal of the Department of Homeland Security to be affixed this _____Sixth_____ day of _____August_____ Two Thousand and Nineteen.

By direction of the Secretary, U.S. Department of Homeland Security:

GOVERNMENT EXHIBIT
42
17cr390

Page 1 of 28                                    2:17cr390-009711



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

05/21/2019 14:37 EDT                    Generated By: ███████████                    Page 1 of 9

| Common Search Criteria | | | |
|---|---|---|---|
| **Encounter Start Date** | **Encounter End Date** | **Encounter Start Time** | **Encounter End Time** |
| 01/01/2011 | 04/12/2019 | 00:00 | 23:59 |
| **Site Code** | **Terminal/Lane** | **Inspector ID Code** | **Inbound-Outbound Indicator** |
| | | | |

| Person Search Criteria | | | |
|---|---|---|---|
| **Last Name** | **First Name** | **Encounter Line Type** | **Date Of Birth** / **Document Country Code** |
| LOSOYA* | MARIA | | ██/1962 |
| **Stolen Document Search** | **Document Number From** | **Document Number To** / **Carrier Code** | **Flight/Vessel Number** / **Gender** / **Citizenship** |
| Not Selected | | | |

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 10/13/2015 13:34 | | | I | L232 | ███ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 09/17/2015 11:35 | | | I | L231 | ███ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 09/15/2015 19:03 | | | I | L232 | ███ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 09/15/2015 12:50 | | | I | L232 | ███ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 08/12/2015 16:18 | | | I | L232 | ███ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 06/17/2015 13:11 | | | I | L232 | ███ | VEHICLE | | CUSTOMS | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 04/20/2015 13:38 | | | I | L232 | ███ | VEHICLE | | CUSTOMS | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 04/11/2015 17:59 | | | I | L232 | ███ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 03/30/2015 20:07 | | | I | L232 | ███ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 03/23/2015 19:02 | | | I | L231 | ███ | PEDESTRIAN | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 03/23/2015 16:17 | | | I | L232 | ███ | PEDESTRIAN | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 03/16/2015 13:59 | | | I | L231 | ███ | PEDESTRIAN | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 03/11/2015 14:06 | | | I | L232 | ███ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 03/09/2015 15:51 | | | I | L232 | ███ | PEDESTRIAN | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 03/09/2015 15:38 | | | I | L232 | ███ | PEDESTRIAN | | | | |

**For Official Use Only / Law Enforcement Sensitive**                    2:17cr390-009027



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

05/21/2019 14:37 EDT                           Generated By: ▓▓▓▓▓▓▓▓▓▓                                Page 2 of 9

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOSOYA | MARIA CANDELARIA | ▓▓/1962 | IP | C02772129 | 03/04/2015 15:12 | | | I | L232 | ▓▓▓▓▓▓ | PEDESTRIAN | | | | |
| LOSOYA | MARIA CANDELARIA | ▓▓/1962 | IP | C02772129 | 02/22/2015 16:32 | | | I | L232 | ▓▓▓▓ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▓▓/1962 | IP | C02772129 | 02/21/2015 20:16 | | | I | L232 | ▓▓▓▓▓ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▓▓/1962 | IP | C027?2129 | 02/08/2015 15:48 | | | I | L232 | ▓▓▓ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▓▓/1962 | IP | C02772129 | 02/06/2015 18:18 | | | I | L232 | ▓▓▓▓▓ | VEHICLE | | CUSTOMS | | |
| LOSOYA | MARIA CANDELARIA | ▓▓/1962 | IP | C02772129 | 12/27/2014 13:36 | | | I | L232 | ▓▓▓▓ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▓▓/1962 | IP | C02772129 | 12/22/2014 12:04 | | | I | L232 | ▓▓▓▓ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▓▓/1962 | IP | C02772129 | 11/22/2014 15:59 | | | I | L232 | ▓▓▓▓▓ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▓▓/1962 | IP | C02772129 | 11/06/2014 20:58 | | | I | L232 | ▓▓▓▓▓ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▓▓/1962 | IP | C02772129 | 10/09/2014 20:37 | | | I | L232 | ▓▓▓ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▓▓/1962 | IP | C02772129 | 10/07/2014 14:33 | | | I | L232 | ▓▓▓▓ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▓▓/1962 | IP | C02772129 | 09/08/2014 20:18 | | | I | L232 | ▓▓▓▓▓ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▓▓/1962 | IP | C02772129 | 08/14/2014 14:05 | | | I | L232 | ▓▓▓▓▓ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▓▓/1962 | IP | C02772129 | 07/24/2014 19:29 | | | I | L232 | ▓▓▓ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▓▓/1962 | IP | C02772129 | 07/21/2014 20:46 | | | I | L232 | ▓▓▓▓ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▓▓/1962 | IP | C02772129 | 06/20/2014 19:17 | | | I | L232 | ▓▓▓ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▓▓/1962 | IP | C02772129 | 06/19/2014 13:14 | | | I | L232 | ▓▓▓▓ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▓▓/1962 | IP | C02772129 | 06/17/2014 11:09 | | | I | L232 | ▓▓▓▓ | VEHICLE | | AGRICULTURE | | |
| LOSOYA | MARIA CANDELARIA | ▓▓/1962 | IP | C02772129 | 05/22/2014 13:04 | | | I | L232 | ▓▓▓▓ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▓▓/1962 | IP | C02772129 | 05/04/2014 13:58 | | | I | L232 | ▓▓▓▓ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▓▓/1962 | IP | C02772129 | 04/23/2014 13:46 | | | I | L232 | ▓▓▓ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▓▓/1962 | IP | C02772129 | 04/13/2014 16:43 | | | I | L232 | ▓▓▓▓ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▓▓/1962 | IP | C02772129 | 03/25/2014 12:44 | | | I | L232 | ▓▓▓▓ | VEHICLE | | | | |

**For Official Use Only / Law Enforcement Sensitive**                    2:17cr390-009028



## U.S. Customs and Border Protection
## U.S. Department of Homeland Security
### TECS - Person Encounter List

05/21/2019 14:37 EDT                          Generated By: ███████████                          Page 3 of 9

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Ref | Arr Loc | Dep Loc |
|-----------|-----------|-----|----------|-----------------|-------------|--------------|--------------|-----|------|------|------|--------|-----|---------|---------|
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 03/17/2014 14:18 | | | I | L232 | ████ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 02/20/2014 14:32 | | | I | L232 | ████ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 01/17/2014 18:29 | | | I | L232 | ███ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 12/23/2013 18:17 | | | I | L232 | ███ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 10/25/2013 10:55 | | | I | L232 | ██ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 10/19/2013 12:47 | | | I | L232 | ██ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 08/13/2013 15:33 | | | I | L232 | ██ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 07/21/2013 12:57 | | | I | L232 | ███ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 06/24/2013 14:45 | | | I | L232 | ███ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 06/11/2013 16:37 | | | I | L232 | ████ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 05/30/2013 11:14 | | | I | L232 | ██ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 05/14/2013 10:42 | | | I | L232 | ███ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 05/12/2013 16:54 | | | I | L232 | ███ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 05/07/2013 14:25 | | | I | L232 | ██ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 05/02/2013 11:30 | | | I | L232 | ██ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 03/13/2013 17:55 | | | I | L232 | ███ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 02/21/2013 19:09 | | | I | L232 | ███ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 02/16/2013 14:18 | | | I | L232 | ███ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 02/14/2013 19:41 | | | I | L232 | ██ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 02/14/2013 13:50 | | | I | L232 | ██ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 01/08/2013 14:08 | | | I | L232 | ██ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 01/06/2013 15:56 | | | I | L232 | ██ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 12/14/2012 13:47 | | | I | L232 | ███ | VEHICLE | | | | |

**For Official Use Only / Law Enforcement Sensitive**

2:17cr390-009029



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

05/21/2019 14:37 EDT                    Generated By: ▮▮▮▮▮▮▮▮                    Page 4 of 9

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOSOYA | MARIA CANDELARIA | ▮▮▮1962 | IP | C02772129 | 12/08/2012 14:32 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮1962 | IP | C02772129 | 12/01/2012 14:42 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮1962 | IP | C02772129 | 11/30/2012 11:50 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮1962 | IP | C02772129 | 11/20/2012 15:31 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮1962 | IP | C02772129 | 11/12/2012 13:15 | | | I | L231 | ▮▮▮ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮1962 | IP | C02772129 | 11/06/2012 11:38 | | | I | L231 | ▮▮▮ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮1962 | IP | C02772129 | 11/04/2012 15:14 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮1962 | IP | C02772129 | 11/01/2012 13:37 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮1962 | IP | C02772129 | 10/26/2012 16:26 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮1962 | IP | C02772129 | 09/14/2012 13:25 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮1962 | IP | C02772129 | 09/04/2012 14:52 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮1962 | IP | C02772129 | 08/08/2012 15:16 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮1962 | IP | C02772129 | 08/02/2012 16:56 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮1962 | IP | C02772129 | 07/10/2012 11:06 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮1962 | IP | C02772129 | 06/23/2012 17:29 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮1962 | IP | C02772129 | 06/14/2012 14:26 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮1962 | IP | C02772129 | 05/20/2012 20:36 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮1962 | IP | C02772129 | 04/30/2012 15:25 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮1962 | IP | C02772129 | 03/30/2012 13:23 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮1962 | IP | C02772129 | 03/21/2012 13:29 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮1962 | IP | C02772129 | 03/01/2012 14:41 | | | I | L232 | ▮▮▮ | PEDESTRIAN | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮1962 | IP | C02772129 | 02/22/2012 12:59 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮1962 | IP | C02772129 | 02/09/2012 12:14 | | | I | L232 | ▮▮▮ | PEDESTRIAN | | | | |

**For Official Use Only / Law Enforcement Sensitive**

2:17cr390-009030



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

05/21/2019 14:37 EDT                    Generated By: ▮▮▮▮▮▮▮▮                    Page 5 of 9

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOSOYA | MARIA CANDELARIA | ▮▮/▮▮/1962 | IP | C02772129 | 02/01/2012 13:22 | | | I | L232 | ▮▮▮▮▮ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮/1962 | IP | C02772129 | 01/31/2012 20:07 | | | I | L232 | ▮▮▮▮ | PEDESTRIAN | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮/1962 | IP | C02772129 | 01/25/2012 13:49 | | | I | L232 | ▮▮▮▮ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮/1962 | IP | C02772129 | 01/11/2012 13:28 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮/1962 | IP | C02772129 | 01/07/2012 16:18 | | | I | L231 | ▮▮▮ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮/1962 | IP | C02772129 | 01/06/2012 16:33 | | | I | L232 | ▮▮▮ | VEHICLE | | CUSTOMS | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮/1962 | IP | C02772129 | 12/31/2011 16:49 | | | I | L232 | ▮▮▮▮ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮/1962 | IP | C02772129 | 12/10/2011 17:30 | | | I | L23B | ▮▮▮ | PEDESTRIAN | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮▮/1962 | IP | C02772129 | 11/25/2011 11:59 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮▮/1962 | IP | C02772129 | 11/06/2011 16:41 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮▮/1962 | IP | C02772129 | 10/28/2011 12:22 | | | I | L232 | ▮▮▮▮ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮/1962 | IP | C02772129 | 10/19/2011 15:57 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮▮/1962 | IP | C02772129 | 10/11/2011 13:18 | | | I | L232 | ▮▮▮ | PEDESTRIAN | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮/1962 | IP | C02772129 | 09/29/2011 10:44 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮▮/1962 | IP | C02772129 | 09/25/2011 17:20 | | | I | L231 | ▮▮▮▮▮ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮/1962 | IP | C02772129 | 09/16/2011 13:30 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮/1962 | IP | C02772129 | 09/03/2011 16:36 | | | I | L232 | ▮▮ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮/1962 | IP | C02772129 | 08/10/2011 11:21 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮/1962 | IP | C02772129 | 07/26/2011 12:11 | | | I | L232 | ▮▮▮▮ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮/1962 | IP | C02772129 | 07/21/2011 13:32 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮/1962 | IP | C02772129 | 07/20/2011 11:31 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮/1962 | IP | C02772129 | 07/19/2011 13:00 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▮▮▮/1962 | IP | C02772129 | 07/04/2011 14:02 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |

**For Official Use Only / Law Enforcement Sensitive**     2:17cr390-009031



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

05/21/2019 14:37 EDT               Generated By: █████████               Page 6 of 9

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOSOYA | MARIA CANDELARIA | ██1962 | IP | C02772129 | 06/24/2011 15:57 | | | I | L232 | ████ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 06/22/2011 17:49 | | | I | L232 | ████ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██1962 | IP | C02772129 | 06/03/2011 12:54 | | | I | L232 | ████ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██1962 | IP | C02772129 | 05/31/2011 19:44 | | | I | L232 | ████ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 05/19/2011 17:30 | | | I | L232 | ████ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██1962 | IP | C02772129 | 05/17/2011 14:29 | | | I | L231 | ████ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██962 | IP | C02772129 | 05/01/2011 19:35 | | | I | L23B | ███ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██1962 | IP | C02772129 | 04/29/2011 13:31 | | | I | L232 | ████ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██1962 | IP | C02772129 | 04/28/2011 12:21 | | | I | L232 | █████ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██1962 | IP | C02772129 | 04/25/2011 19:12 | | | I | L232 | ████ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██1962 | IP | C02772129 | 04/21/2011 15:42 | | | I | L232 | ███ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██1962 | IP | C02772129 | 04/20/2011 17:24 | | | I | L232 | ███ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██1962 | IP | C02772129 | 04/18/2011 10:51 | | | I | L232 | ████ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██1962 | IP | C02772129 | 04/12/2011 19:34 | | | I | L232 | ████ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██1962 | IP | C02772129 | 04/02/2011 18:27 | | | I | L232 | ████ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██1962 | IP | C02772129 | 03/31/2011 18:36 | | | I | L232 | █████ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██1962 | IP | C02772129 | 03/30/2011 10:33 | | | I | L232 | █████ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██1962 | IP | C02772129 | 03/11/2011 11:27 | | | I | L231 | ████ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██1962 | IP | C02772129 | 03/10/2011 13:03 | | | I | L232 | █████ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██1962 | IP | C02772129 | 03/03/2011 19:21 | | | I | L232 | ████ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██1962 | IP | C02772129 | 02/23/2011 12:43 | | | I | L232 | ███ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██1962 | IP | C02772129 | 02/22/2011 11:14 | | | I | L232 | ████ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██1962 | IP | C02772129 | 02/18/2011 11:33 | | | I | L232 | ████ | VEHICLE | | | | |

**For Official Use Only / Law Enforcement Sensitive**        2:17cr390-009032



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

05/21/2019 14:37 EDT                    Generated By: ███████████                    Page 7 of 9

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 02/17/2011 18:32 | | | I | L232 | ██████ | PEDESTRIAN | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 02/15/2011 21:03 | | | I | L232 | ████ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 02/10/2011 11:18 | | | I | L232 | ████ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 01/28/2011 13:14 | | | I | L232 | ████ | VEHICLE | | CUSTOMS | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 01/23/2011 20:25 | | | I | L232 | ████ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 01/23/2011 01:15 | | | I | L232 | ██████ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 01/21/2011 10:18 | | | I | L232 | ████ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 01/20/2011 19:34 | | | I | L232 | ███ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 01/15/2011 19:43 | | | I | L232 | ███ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 01/14/2011 19:40 | | | I | L232 | ████ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 01/10/2011 21:16 | | | I | L232 | ████ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 01/10/2011 13:11 | | | I | L231 | █████ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 01/03/2011 12:37 | | | I | L232 | ████ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 09/03/2011 16:36 | | | I | L232 | ███ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 08/10/2011 11:21 | | | I | L232 | ████ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 07/26/2011 12:11 | | | I | L232 | ██████ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 07/21/2011 13:32 | | | I | L232 | █████ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 07/20/2011 11:31 | | | I | L232 | █████ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 07/19/2011 13:00 | | | I | L232 | █████ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 07/04/2011 14:02 | | | I | L232 | ████ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 06/24/2011 15:57 | | | I | L232 | █████ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 06/22/2011 17:49 | | | I | L232 | █████ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ██/1962 | IP | C02772129 | 06/03/2011 12:54 | | | I | L232 | ████ | VEHICLE | | | | |

**For Official Use Only / Law Enforcement Sensitive**
2:17cr390-009033



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

05/21/2019 14:37 EDT                     Generated By: ▆▆▆▆▆▆▆                     Page 8 of 9

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOSOYA | MARIA CANDELARIA | ▆▆/1962 | IP | C02772129 | 05/31/2011 19:44 | | | I | L232 | ▆▆▆ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▆▆/1962 | IP | C02772129 | 05/19/2011 17:30 | | | I | L232 | ▆▆▆ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▆▆/1962 | IP | C02772129 | 05/17/2011 14:29 | | | I | L231 | ▆▆▆ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▆▆/1962 | IP | C02772129 | 05/01/2011 19:35 | | | I | L23B | ▆▆▆ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▆▆/1962 | IP | C02772129 | 04/29/2011 13:31 | | | I | L232 | ▆▆▆ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▆▆/1962 | IP | C02772129 | 04/28/2011 12:21 | | | I | L232 | ▆▆▆ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▆▆/1962 | IP | C02772129 | 04/25/2011 19:12 | | | I | L232 | ▆▆▆ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▆▆/1962 | IP | C02772129 | 04/21/2011 15:42 | | | I | L232 | ▆▆▆ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▆▆/1962 | IP | C02772129 | 04/20/2011 17:24 | | | I | L232 | ▆▆▆ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▆▆/1962 | IP | C02772129 | 04/18/2011 10:51 | | | I | L232 | ▆▆▆ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▆▆/1962 | IP | C02772129 | 04/12/2011 19:34 | | | I | L232 | ▆▆▆ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▆▆/1962 | IP | C02772129 | 04/02/2011 18:27 | | | I | L232 | ▆▆▆ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▆▆/1962 | IP | C02772129 | 03/31/2011 18:36 | | | I | L232 | ▆▆▆ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▆▆/1962 | IP | C02772129 | 03/30/2011 10:33 | | | I | L232 | ▆▆▆ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▆▆/1962 | IP | C02772129 | 03/11/2011 11:27 | | | I | L231 | ▆▆▆ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▆▆/1962 | IP | C02772129 | 03/10/2011 13:03 | | | I | L232 | ▆▆▆ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▆▆/1962 | IP | C02772129 | 03/03/2011 19:21 | | | I | L232 | ▆▆▆ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▆▆/1962 | IP | C02772129 | 02/23/2011 12:43 | | | I | L232 | ▆▆▆ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▆▆/1962 | IP | C02772129 | 02/22/2011 11:14 | | | I | L232 | ▆▆▆ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▆▆/1962 | IP | C02772129 | 02/18/2011 11:33 | | | I | L232 | ▆▆▆ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▆▆/1962 | IP | C02772129 | 02/17/2011 18:32 | | | I | L232 | ▆▆▆ | PEDESTRIAN | | | | |
| LOSOYA | MARIA CANDELARIA | ▆▆/1962 | IP | C02772129 | 02/15/2011 21:03 | | | I | L232 | ▆▆▆ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▆▆/1962 | IP | C02772129 | 02/10/2011 11:18 | | | I | L232 | ▆▆▆ | VEHICLE | | | | |

**For Official Use Only / Law Enforcement Sensitive**                     2:17cr390-009034



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

05/21/2019 14:37 EDT                    Generated By: ▬▬▬▬▬                                    Page 9 of 9

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Ref | Arr Loc | Dep Loc |
|-----------|-----------|-----|----------|-----------------|-------------|--------------|--------------|-----|------|------|------|--------|-----|---------|---------|
| LOSOYA | MARIA CANDELARIA | ▬1962 | IP | C02772129 | 01/28/2011 13:14 | | | I | L232 | ▬▬ | VEHICLE | | CUSTOMS | | |
| LOSOYA | MARIA CANDELARIA | ▬/1962 | IP | C02772129 | 01/23/2011 20:25 | | | I | L232 | ▬▬ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▬/1962 | IP | C02772129 | 01/23/2011 01:15 | | | I | L232 | ▬▬ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▬1962 | IP | C02772129 | 01/21/2011 10:18 | | | I | L232 | ▬▬ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▬/1962 | IP | C02772129 | 01/20/2011 19:34 | | | I | L232 | ▬▬ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▬1962 | IP | C02772129 | 01/15/2011 19:43 | | | I | L232 | ▬▬ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▬/1962 | IP | C02772129 | 01/14/2011 19:40 | | | I | L232 | ▬▬ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▬1962 | IP | C02772129 | 01/10/2011 21:16 | | | I | L232 | ▬▬ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▬1962 | IP | C02772129 | 01/10/2011 13:11 | | | I | L231 | ▬▬ | VEHICLE | | | | |
| LOSOYA | MARIA CANDELARIA | ▬1962 | IP | C02772129 | 01/03/2011 12:37 | | | I | L232 | ▬▬ | VEHICLE | | | | |

Total Number of Records: 186

| Legend | | |
|--------|--|--|
| **Doc Type** | | |
| **Codes** | **Value** | |
| IP | IP - US PASSPORT CARD | |

| Site Code | | |
|-----------|--|--|
| **Codes** | **Value** | |
| L232 | L232 - CBP-BROWNSVILLE, GATEWAY BRDG | |
| L23B | L23B - CBP-PROGRESO, INTL BRIDGE | |
| L231 | L231 - BROWNSVILLE, B&M BRIDGE | |

For Official Use Only / Law Enforcement Sensitive

2:17cr390-009035



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

05/21/2019 14:37 EDT                    Generated By: ███████████                    Page 1 of 3

| Common Search Criteria | | | |
|---|---|---|---|
| Encounter Start Date | Encounter End Date | Encounter Start Time | Encounter End Time |
| 01/01/2011 | 04/12/2019 | 00:00 | 23:59 |
| Site Code | Terminal/Lane | Inspector ID Code | Inbound-Outbound Indicator |
| | | | |

| Person Search Criteria | | | |
|---|---|---|---|
| Last Name* | First Name | Encounter Line Type | Date Of Birth | Document Country Code |
| WILLS* | DAVID | | 09/14/1952 | |
| Stolen Document Search | Document Number From | Document Number To | Carrier Code | Flight/Vessel Number | Gender | Citizenship |
| Not Selected | | | | | | |

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WILLS | DAVID | ███1952 | P | | 08/15/2017 00:00 | UA | 5758 | O | | Name No Name N | APIS | NOT ON BOARD | | YYC | ORD |
| WILLS | DAVID KEITH | ███1952 | P | 476045696 | 02/25/2015 17:04 | UA | 1503 | I | A534 | APC AUTOMATED PASSPORT CONTROL I | APIS | ON BOARD | | IAH | GUA |
| WILLS | DAVID KEITH | ███1952 | P | 476045696 | 02/21/2015 00:00 | UA | 1509 | O | | Name No Name N | APIS | ON BOARD | | GUA | IAH |
| WILLS | DAVID | ███1952 | P | 476045696 | 02/19/2015 10:57 | AA | 1338 | I | A520 | ███████ | APIS | ON BOARD | | MIA | PLS |
| WILLS | DAVID | ███1952 | P | 476045696 | 02/15/2015 00:00 | AA | 2391 | O | | Name No Name N | APIS | ON BOARD | | PLS | MIA |
| WILLS | DAVID KEITH | ███1952 | P | 476045696 | 10/22/2014 17:57 | UA | 1468 | I | A534 | APC AUTOMATED PASSPORT CONTROL I | APIS | ON BOARD | | IAH | SAL |
| WILLS | DAVID KEITH | ███1952 | P | 476045696 | 10/19/2014 00:00 | UA | 1461 | O | | Name No Name N | APIS | ON BOARD | | SAL | IAH |
| WILLS | DAVID KEITH | ███1952 | P | 476045696 | 06/17/2014 12:56 | LH | 416 | I | A541 | ███████ | APIS | ON BOARD | | IAD | FRA |
| WILLS | DAVID KEITH | ███1952 | P | 476045696 | 06/13/2014 00:00 | LH | 417 | O | | Name No Name N | APIS | ON BOARD | | FRA | IAD |
| WILLS | DAVID KEITH | ███1952 | P | 476045696 | 05/30/2014 17:48 | UA | 2 | I | A534 | APC AUTOMATED PASSPORT CONTROL I | APIS | ON BOARD | | IAH | NRT |
| WILLS | DAVID KEITH | ███1952 | P | 476045696 | 05/21/2014 00:00 | UA | 853 | O | | Name No Name N | APIS | ON BOARD | | NRT | SFO |
| WILLS | DAVID KEITH | ███1952 | P | 476045696 | 03/09/2014 15:42 | UA | 6 | I | A534 | APC AUTOMATED PASSPORT CONTROL I | APIS | ON BOARD | | IAH | NRT |

**For Official Use Only / Law Enforcement Sensitive**     2:17cr390-009036



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

05/21/2019 14:37 EDT | Generated By: ▮▮▮▮▮ | Page 2 of 3

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WILLS | DAVID KEITH | ▮1952 | P | 476045696 | 03/05/2014 00:00 | UA | 7 | O | | Name No Name N | APIS | ON BOARD | | NRT | IAH |
| WILLS | DAVID KEITH | ▮1952 | P | 476045696 | 03/01/2014 14:20 | UA | 1008 | I | A534 | APC AUTOMATED PASSPORT CONTROL I | APIS | ON BOARD | | IAH | BOG |
| WILLS | DAVID KEITH | ▮/1952 | P | 476045696 | 02/20/2014 00:00 | UA | 1007 | O | | Name No Name N | APIS | ON BOARD | | BOG | IAH |
| WILLS | DAVID | ▮1952 | P | | 02/15/2014 00:00 | AA | 1338 | I | | Name No Name N | APIS | NOT ON BOARD | | MIA | PLS |
| WILLS | DAVID | ▮1952 | P | | 02/13/2014 00:00 | AA | 1245 | O | | Name No Name N | APIS | NOT ON BOARD | | PLS | MIA |
| WILLS | DAVID | ▮1952 | P | 476045696 | 10/26/2013 11:02 | AA | 1338 | I | A520 | ▮▮▮▮▮ | APIS | ON BOARD | | MIA | PLS |
| WILLS | DAVID | ▮/1952 | P | 476045696 | 10/21/2013 00:00 | AA | 2391 | O | | Name No Name N | APIS | ON BOARD | | PLS | MIA |
| WILLS | DAVID KEITH | ▮1952 | P | 476045696 | 06/21/2013 13:03 | LH | 416 | I | A541 | ▮▮▮▮▮ | APIS | ON BOARD | | IAD | FRA |
| WILLS | DAVID KEITH | ▮1952 | P | 476045696 | 06/09/2013 00:00 | UA | 803 | O | | Name No Name N | APIS | ON BOARD | | NRT | IAD |

Total Number of Records: 21

| Legend | |
|---|---|
| **Loc** | |
| **Codes** | **Value** |
| ORD | O'HARE INTERNATIONAL |
| IAH | HOUSTON INTERCONTINENTAL |
| NRT | NARITA, TOKYO |
| YYC | CALGARY |
| GUA | GUATEMALA CITY, LA AURORA |
| MIA | MIAMI INTL, FL |
| FRA | FRANKFURT INT'L |
| PLS | PROVIDENCIALES |
| BOG | BOGOTA, ELDORADO |
| IAD | DULLES INTL |
| SFO | SAN FRANCISCO INTL AIRPORT |
| SAL | SAN SALVADOR, EL SALVADOR INTL |

| Doc Type | |
|---|---|
| **Codes** | **Value** |
| P | P - PASSPORT |

**For Official Use Only / Law Enforcement Sensitive**

2:17cr390-009037



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

05/21/2019 14:37 EDT                                    Generated By: ██████████                                    Page 3 of 3

| Site Code | |
|---|---|
| Codes | Value |
| A534 | A534 - CBP-HOUSTON, BUSH INTL AIRPORT |
| A520 | A520 - CBP-MIAMI, AIRPORT N TERMINAL |
| A541 | A541 - CBP-WASH DC, DULLES INTL AP |

**For Official Use Only / Law Enforcement Sensitive**

2:17cr390-009038



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

05/21/2019 14:38 EDT          Generated By: ████████          Page 1 of 3

| Common Search Criteria | | | |
|---|---|---|---|
| Encounter Start Date | Encounter End Date | Encounter Start Time | Encounter End Time |
| 01/01/2011 | 04/12/2019 | 00:00 | 23:59 |
| Site Code | Terminal/Lane | Inspector ID Code | Inbound-Outbound Indicator |
| | | | |

| Person Search Criteria | | | |
|---|---|---|---|
| Last Name | First Name | Encounter Line Type | Date Of Birth | Document Country Code |
| STAMBAUGH* | LYDIA | | 02/07/2002 | |
| Stolen Document Search | Document Number From | Document Number To | Carrier Code | Flight/Vessel Number | Gender | Citizenship |
| Not Selected | | | | | | |

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ████ | | 02/07/2002 | IP | C02621558 | 03/30/2015 20:07 | | | I | L232 | ████ | VEHICLE | | | | |
| | | 02/07/2002 | IP | C02621558 | 03/23/2015 19:01 | | | I | L231 | ████ | PEDESTRIAN | | | | |
| | | 02/07/2002 | IP | C02621558 | 02/22/2015 16:32 | | | I | L232 | ████ | VEHICLE | | | | |
| | | 02/07/2002 | IP | C02621558 | 02/08/2015 15:48 | | | I | L232 | ████ | VEHICLE | | | | |
| | | 02/07/2002 | IP | C02621558 | 02/06/2015 18:18 | | | I | L232 | ████ | VEHICLE | | CUSTOMS | | |
| | | 02/07/2002 | IP | C02621558 | 11/22/2014 15:59 | | | I | L232 | ████ | VEHICLE | | | | |
| | | 02/07/2002 | IP | C02621558 | 11/06/2014 20:58 | | | I | L232 | ████ | VEHICLE | | | | |
| | | 02/07/2002 | IP | C02621558 | 09/08/2014 20:18 | | | I | L232 | ████ | VEHICLE | | | | |
| | | 02/07/2002 | IP | C02621558 | 06/20/2014 19:17 | | | I | L232 | ████ | VEHICLE | | | | |
| | | 02/07/2002 | IP | C02621558 | 04/13/2014 16:43 | | | I | L232 | ████ | VEHICLE | | | | |
| | | 02/07/2002 | IP | C02621558 | 12/23/2013 18:17 | | | I | L232 | ████ | VEHICLE | | | | |
| | | 02/07/2002 | IP | C02621558 | 10/19/2013 12:47 | | | I | L232 | ████ | VEHICLE | | | | |
| | | 02/07/2002 | IP | C02621558 | 08/13/2013 15:33 | | | I | L232 | ████ | VEHICLE | | | | |
| | | 02/07/2002 | IP | C02621558 | 05/12/2013 16:54 | | | I | L232 | ████ | VEHICLE | | | | |
| | | 02/07/2002 | IP | C02621558 | 03/13/2013 17:55 | | | I | L232 | ████ | VEHICLE | | | | |

**For Official Use Only / Law Enforcement Sensitive**
2:17cr390-009039



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

05/21/2019 14:38 EDT                    Generated By: ▮▮▮▮▮▮▮                    Page 2 of 3

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 02/07/2002 | IP | C02621558 | 02/14/2013 19:41 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| | | 02/07/2002 | IP | C02621558 | 01/06/2013 15:56 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| | | 02/07/2002 | IP | C02621558 | 12/08/2012 14:32 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| | | 02/07/2002 | IP | C02621558 | 12/01/2012 14:42 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| | | 02/07/2002 | IP | C02621558 | 11/20/2012 15:31 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| | | 02/07/2002 | IP | C02621558 | 11/04/2012 15:14 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| | | 02/07/2002 | IP | C02621558 | 08/08/2012 15:16 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| | | 02/07/2002 | IP | C02621558 | 08/02/2012 16:56 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| | | 02/07/2002 | IP | C02621558 | 03/01/2012 14:41 | | | I | L232 | ▮▮▮ | PEDESTRIAN | | | | |
| | | 02/07/2002 | IP | C02621558 | 01/07/2012 16:18 | | | I | L231 | ▮▮▮ | VEHICLE | | | | |
| | | 02/07/2002 | IP | C02621558 | 01/06/2012 16:33 | | | I | L232 | ▮▮▮ | VEHICLE | | CUSTOMS | | |
| | | 02/07/2002 | IP | C02621558 | 12/31/2011 16:49 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| | | 02/07/2002 | IP | C02621558 | 12/10/2011 17:29 | | | I | L23B | ▮▮▮ | PEDESTRIAN | | | | |
| | | 02/07/2002 | IP | C02621558 | 11/06/2011 16:41 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| | | 02/07/2002 | IP | C02621558 | 09/03/2011 16:36 | | | I | L232 | ▮▮ | VEHICLE | | | | |
| | | 02/07/2002 | IP | C02621558 | 07/04/2011 14:02 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| | | 02/07/2002 | IP | C02621558 | 06/24/2011 15:57 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| | | 02/07/2002 | IP | C02621558 | 06/22/2011 17:49 | | | I | L232 | ▮▮ | VEHICLE | | | | |
| | | 02/07/2002 | IP | C02621558 | 05/31/2011 19:44 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| | | 02/07/2002 | IP | C02621558 | 05/19/2011 17:30 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| | | 02/07/2002 | IP | C02621558 | 05/01/2011 19:35 | | | I | L23B | ▮▮▮ | VEHICLE | | | | |
| | | 02/07/2002 | IP | C02621558 | 04/20/2011 17:24 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |
| | | 02/07/2002 | IP | C02621558 | 03/31/2011 18:36 | | | I | L232 | ▮▮▮ | VEHICLE | | | | |

**For Official Use Only / Law Enforcement Sensitive**    2:17cr390-009040



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

05/21/2019 14:38 EDT                     Generated By: ███████                          Page 3 of 3

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 02/07/2002 | IP | C02621558 | 02/18/2011 11:33 | | | I | L232 | ███ | VEHICLE | | | | |
| | | 02/07/2002 | IP | C02621558 | 02/15/2011 21:03 | | | I | L232 | ███ | VEHICLE | | | | |
| | | 02/07/2002 | IP | C02621558 | 01/20/2011 19:34 | | | I | L232 | ███ | VEHICLE | | | | |
| | | 02/07/2002 | IP | C02621558 | 01/15/2011 19:43 | | | I | L232 | ███ | VEHICLE | | | | |
| | | 02/07/2002 | IP | C02621558 | 01/10/2011 21:16 | | | I | L232 | ███ | VEHICLE | | | | |

Total Number of Records: 43

| Legend | |
|---|---|
| **Doc Type** | |
| **Codes** | **Value** |
| IP | IP - US PASSPORT CARD |

| Site Code | |
|---|---|
| **Codes** | **Value** |
| L232 | L232 - CBP-BROWNSVILLE, GATEWAY BRDG |
| L23B | L23B - CBP-PROGRESO, INTL BRIDGE |
| L231 | L231 - BROWNSVILLE, B&M BRIDGE |

**For Official Use Only / Law Enforcement Sensitive**

2:17cr390-009041



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Vehicle Encounter List**

05/21/2019 14:48 EDT        Generated By: █████████        Page 1 of 4

| Common Search Criteria | | | |
|---|---|---|---|
| Encounter Start Date | Encounter End Date | Encounter Start Time | Encounter End Time |
| 01/01/2011 | 04/12/2019 | 00:00 | 23:59 |
| Site Code | Terminal/Lane | Inspector ID Code | Inbound-Outbound Indicator |
| | | | |

| Vehicle Search Criteria | | | |
|---|---|---|---|
| License Plate | VIN | Package ID | Referral Indicator | Special Operations Code |
| BGH0048 | | | | |

| License Number | License State | License Country | Date | Time | I/O | Site | Lane | VIN | Package Id | Package Result | Num. Passengers | Result | Ref Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BGH0048 | TX | USA | 03/16/2019 | 19:59 | B | P53C | YW | | 2600377702 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 08/04/2018 | 22:24 | B | P53C | YW | | 2344724652 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 11/20/2017 | 16:34 | B | P53C | YW | | 2057143422 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 12/06/2016 | 21:48 | B | P53C | YW | | 1699547222 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 10/18/2016 | 22:39 | B | P53C | YW | | 1653256942 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 10/15/2016 | 19:24 | B | P53C | YW | | 1650355942 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 09/24/2016 | 22:59 | B | P53C | YW | | 1631245882 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 08/11/2016 | 20:51 | B | P86E | YV | | 1591352492 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 08/11/2016 | 11:57 | B | P23C | YU | | 1590864052 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 07/08/2016 | 20:21 | B | P86E | YK | | 1559454762 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 05/30/2016 | 17:40 | B | P86E | YK | | 1525674812 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 05/14/2016 | 18:41 | B | P86E | YK | | 1511540662 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 05/02/2016 | 04:28 | B | P86E | YK | | 1500214362 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 04/19/2016 | 23:07 | B | P86E | YK | | 1489825732 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 04/07/2016 | 00:55 | B | P86E | YK | | 1478776962 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 03/04/2016 | 00:00 | B | P86E | YK | | 1446625792 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |

     **For Official Use Only / Law Enforcement Sensitive**      2:17cr390-009042



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Vehicle Encounter List**

05/21/2019 14:48 EDT                    Generated By: ██████████                    Page 2 of 4

| License Number | License State | License Country | Date | Time | I/O | Site | Lane | VIN | Package Id | Package Result | Num. Passengers | Result | Ref Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BGH0048 | TX | USA | 02/28/2016 | 21:12 | B | P53C | V3 | | 1443170752 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 01/27/2016 | 23:55 | B | P86E | YK | | 1416224022 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 01/10/2016 | 20:09 | B | P53C | V3 | | 1401912832 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 12/09/2015 | 22:06 | B | P53C | V3 | | 1374129042 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 12/06/2015 | 22:21 | B | P53C | V3 | | 1371852812 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 10/13/2015 | 13:34 | I | L232 | 03 | | 5452356690 | A - INBOUND ADMIT PACKAGE | 2 | N - NOT | |
| BGH0048 | TX | USA | 10/13/2015 | 10:38 | O | L232 | QI | | 1255488391 | E - EXPIRED | Unknown | N - NOT | |
| BGH0048 | TX | USA | 09/15/2015 | 19:03 | I | L232 | 02 | | 5350549960 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| BGH0048 | TX | USA | 09/15/2015 | 17:47 | O | L232 | QI | | 1220753681 | E - EXPIRED | Unknown | N - NOT | |
| BGH0048 | TX | USA | 09/15/2015 | 12:50 | I | L232 | 02 | | 5349408590 | A - INBOUND ADMIT PACKAGE | 2 | N - NOT | |
| BGH0048 | TX | USA | 09/15/2015 | 12:30 | O | L232 | QI | | 1220359211 | E - EXPIRED | Unknown | N - NOT | |
| BGH0048 | TX | USA | 08/12/2015 | 16:18 | I | L232 | 01 | | 5224106750 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| BGH0048 | TX | USA | 08/12/2015 | 14:05 | O | L232 | QI | | 1179168511 | E - EXPIRED | Unknown | N - NOT | |
| BGH0048 | TX | USA | 06/17/2015 | 13:11 | I | L232 | 01 | | 5008560750 | R | 1 | A - NCIC | HIT REFERRAL |
| BGH0048 | TX | USA | 06/17/2015 | 10:06 | O | L232 | QI | | 1111275181 | E - EXPIRED | Unknown | N - NOT | |
| BGH0048 | TX | USA | 05/28/2015 | 10:15 | B | P53C | V3 | | 1204129542 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 04/20/2015 | 13:38 | I | L232 | 02 | | 4790799230 | R | 1 | A - NCIC | HIT REFERRAL |
| BGH0048 | TX | USA | 04/11/2015 | 17:59 | I | L232 | 01 | | 4759169580 | A - INBOUND ADMIT PACKAGE | 2 | N - NOT | |
| BGH0048 | TX | USA | 03/30/2015 | 20:07 | I | L232 | 01 | | 4715687510 | A - INBOUND ADMIT PACKAGE | 2 | N - NOT | |
| BGH0048 | TX | USA | 02/22/2015 | 16:32 | I | L232 | 01 | | 4586572450 | A - INBOUND ADMIT PACKAGE | 3 | N - NOT | |
| BGH0048 | TX | USA | 02/21/2015 | 20:16 | I | L232 | 01 | | 4584069300 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| BGH0048 | TX | USA | 02/08/2015 | 15:48 | I | L232 | 01 | | 4538888120 | A - INBOUND ADMIT PACKAGE | 2 | N - NOT | |
| BGH0048 | TX | USA | 02/06/2015 | 18:18 | I | L232 | 01 | | 4532807220 | R | 2 | N - NOT | CUSTOMS |
| BGH0048 | TX | USA | 12/31/2014 | 13:13 | B | P53C | YW | | 1078328842 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |

**For Official Use Only / Law Enforcement Sensitive**                    2:17cr390-009043



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Vehicle Encounter List**

05/21/2019 14:48 EDT                    Generated By: ██████████                    Page 3 of 4

| License Number | License State | License Country | Date | Time | I/O | Site | Lane | VIN | Package Id | Package Result | Num. Passengers | Result | Ref Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BGH0048 | TX | USA | 12/27/2014 | 13:36 | I | L232 | 01 | | 4392774230 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| BGH0048 | TX | USA | 12/22/2014 | 12:04 | I | L232 | 04 | | 4375217000 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| BGH0048 | TX | USA | 11/22/2014 | 15:59 | I | L232 | 03 | | 4266525770 | A - INBOUND ADMIT PACKAGE | 2 | N - NOT | |
| BGH0048 | TX | USA | 11/06/2014 | 20:58 | I | L232 | 01 | | 4210083590 | A - INBOUND ADMIT PACKAGE | 3 | N - NOT | |
| BGH0048 | TX | USA | 10/25/2014 | 12:36 | B | P53C | YW | | 1022333382 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 10/09/2014 | 20:37 | I | L232 | 01 | | 4109851510 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| BGH0048 | TX | USA | 10/07/2014 | 14:33 | I | L232 | 01 | | 4101390690 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| BGH0048 | TX | USA | 09/17/2014 | 14:31 | B | P53C | YW | | 991951182 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 09/08/2014 | 20:18 | I | L232 | 02 | | 4000207430 | A - INBOUND ADMIT PACKAGE | 3 | N - NOT | |
| BGH0048 | TX | USA | 08/14/2014 | 14:05 | I | L232 | 01 | | 3906047960 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| BGH0048 | TX | USA | 08/01/2014 | 18:33 | B | P53C | YW | | 954461862 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 07/25/2014 | 14:56 | B | P53C | YW | | 948135522 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 06/06/2014 | 15:38 | B | P53C | YW | | 906457812 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 04/11/2014 | 17:56 | B | P53C | YW | | 861125792 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 03/22/2014 | 15:31 | B | P53C | YW | | 844241882 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 03/02/2014 | 14:15 | B | P53C | YW | | 826739362 | E - EXPIRED | Unknown | N - NOT | |
| BGH0048 | TX | USA | 02/09/2014 | 18:41 | B | P53C | YW | | 810366642 | E - EXPIRED | Unknown | N - NOT | |
| BGH0048 | TX | USA | 11/25/2013 | 18:24 | B | P53C | YW | | 750406872 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 11/21/2013 | 18:04 | B | P53C | YW | | 747650832 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 09/15/2013 | 12:14 | B | P23C | YU | | 695613902 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 05/19/2013 | 22:19 | B | P22P | YW | | 618180612 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 04/07/2013 | 15:45 | B | P53C | V3 | | 590500722 | E - EXPIRED | Unknown | N - NOT | |

Total Number of Records: 62

For Official Use Only / Law Enforcement Sensitive

2:17cr390-009044



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Vehicle Encounter List**

05/21/2019 14:48 EDT                    Generated By: ███████████                    Page 4 of 4

| Legend | |
|---|---|
| **Site Code** | |
| **Codes** | **Value** |
| P53C | CBP-KINGSVILLE, CKPT HWY 77 |
| P86E | CBP-UVALDE, CKPT HWY 90 |
| P22P | CBP-LAREDO WEST, CKPT HWY 83 |
| L232 | CBP-BROWNSVILLE, GATEWAY BRDG |
| P23C | CBP-CARRIZO SPRINGS CP HWY 277 |

**For Official Use Only / Law Enforcement Sensitive**

2:17cr390-009045



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Vehicle Encounter List**

05/22/2019 14:05 EDT                    Generated By: ▓▓▓▓▓▓▓▓▓                    Page 1 of 5

| Common Search Criteria | | | |
|---|---|---|---|
| Encounter Start Date | Encounter End Date | Encounter Start Time | Encounter End Time |
| 01/01/2011 | 04/12/2019 | 00:00 | 23:59 |
| Site Code | Terminal/Lane | Inspector ID Code | Inbound-Outbound Indicator |
| | | | |

| Vehicle Search Criteria | | | | |
|---|---|---|---|---|
| License Plate | VIN | Package ID | Referral Indicator | Special Operations Code |
| FSX981 | | | | |

| License Number | License State | License Country | Date | Time | I/O | Site | Lane | VIN | Package Id | Package Result | Num. Passengers | Result | Ref Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FSX981 | TX | USA | 02/19/2016 | 20:35 | B | P53K | 02 | | 1435477672 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| FSX981 | TX | USA | 01/29/2016 | 21:59 | B | P53C | V3 | | 1417886272 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| FSX981 | TX | USA | 07/12/2015 | 02:49 | B | P53C | V3 | | 1243959882 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| FSX981 | TX | USA | 09/17/2014 | 21:40 | I | L23N | 04 | | 4031958530 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | USA | 09/17/2014 | 15:04 | O | L23N | ZS | | 859346901 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| FSX981 | TX | USA | 08/31/2014 | 13:01 | B | P53K | YU | | 978739422 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| FSX981 | TX | USA | 08/17/2014 | 17:17 | B | P53C | YW | | 967797722 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| FSX981 | TX | USA | 08/11/2014 | 19:21 | I | L23T | 01 | | 3896616280 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | USA | 07/24/2014 | 19:29 | I | L232 | 01 | | 3829294120 | A - INBOUND ADMIT PACKAGE | 2 | N - NOT | |
| FSX981 | TX | USA | 07/21/2014 | 20:46 | I | L232 | 01 | | 3818864550 | A - INBOUND ADMIT PACKAGE | 2 | N - NOT | |
| FSX981 | TX | USA | 06/29/2014 | 15:55 | B | P53C | YW | | 925840262 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| FSX981 | TX | USA | 06/20/2014 | 19:17 | I | L232 | 03 | | 3707031160 | A - INBOUND ADMIT PACKAGE | 3 | N - NOT | |
| FSX981 | TX | USA | 06/20/2014 | 17:13 | O | L231 | UP | | 792907961 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| FSX981 | TX | USA | 06/19/2014 | 13:14 | I | L232 | 01 | | 3702049790 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | USA | 06/17/2014 | 11:09 | I | L232 | 01 | | 3694811360 | R | 1 | N - NOT | AGRICULTURE |
| FSX981 | TX | USA | 05/22/2014 | 13:04 | I | L232 | 01 | | 3601750710 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |

**For Official Use Only / Law Enforcement Sensitive**

2:17cr390-009046



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Vehicle Encounter List**

05/22/2019 14:05 EDT                     Generated By: ███████████                     Page 2 of 5

| License Number | License State | License Country | Date | Time | I/O | Site | Lane | VIN | Package Id | Package Result | Num. Passengers | Result | Ref Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FSX981 | TX | USA | 05/04/2014 | 13:58 | I | L232 | 01 | | 3536943120 | A - INBOUND ADMIT PACKAGE | 2 | N - NOT | |
| FSX981 | TX | USA | 04/23/2014 | 13:46 | I | L232 | 04 | | 3497988290 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | USA | 04/13/2014 | 16:43 | I | L232 | 01 | | 3464073800 | A - INBOUND ADMIT PACKAGE | 3 | N - NOT | |
| FSX981 | TX | USA | 03/25/2014 | 12:44 | I | L232 | 01 | | 3399647690 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | USA | 03/17/2014 | 14:18 | I | L232 | 02 | | 3373779080 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | USA | 02/20/2014 | 14:32 | I | L232 | 03 | | 3295363340 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | USA | 01/17/2014 | 18:29 | I | L232 | 01 | | 3199976870 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | USA | 12/23/2013 | 18:17 | I | L232 | 01 | | 3134581520 | A - INBOUND ADMIT PACKAGE | 3 | N - NOT | |
| FSX981 | TX | USA | 10/25/2013 | 10:55 | I | L232 | 01 | | 2967507700 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | USA | 10/19/2013 | 12:47 | I | L232 | 04 | | 2951821550 | A - INBOUND ADMIT PACKAGE | 3 | N - NOT | |
| FSX981 | TX | USA | 08/13/2013 | 15:33 | I | L232 | 02 | | 2759082850 | A - INBOUND ADMIT PACKAGE | 2 | N - NOT | |
| FSX981 | TX | USA | 07/21/2013 | 12:57 | I | L232 | 01 | | 2687643050 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | USA | 07/12/2013 | 11:17 | B | P53C | YW | | 650695812 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| FSX981 | TX | USA | 06/24/2013 | 14:45 | I | L232 | 01 | | 2607273660 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | USA | 06/11/2013 | 16:37 | I | L232 | 04 | | 2570064680 | A - INBOUND ADMIT PACKAGE | 2 | N - NOT | |
| FSX981 | TX | USA | 05/30/2013 | 11:14 | I | L232 | 02 | | 2535317430 | A - INBOUND ADMIT PACKAGE | 2 | N - NOT | |
| FSX981 | TX | USA | 05/14/2013 | 10:42 | I | L232 | 03 | | 2490291830 | A - INBOUND ADMIT PACKAGE | 2 | N - NOT | |
| FSX981 | TX | USA | 05/12/2013 | 16:54 | I | L232 | 01 | | 2485776490 | A - INBOUND ADMIT PACKAGE | 3 | N - NOT | |
| FSX981 | TX | USA | 05/11/2013 | 13:45 | B | P53C | YW | | 612643912 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| FSX981 | TX | USA | 05/07/2013 | 14:25 | I | L232 | 05 | | 2471528540 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | USA | 03/26/2013 | 19:53 | B | P53C | V3 | | 582059382 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| FSX981 | TX | USA | 03/13/2013 | 17:55 | I | L232 | 03 | | 2324937920 | A - INBOUND ADMIT PACKAGE | 2 | N - NOT | |
| FSX981 | TX | USA | 03/09/2013 | 17:37 | B | P53C | V3 | | 569941952 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |

**For Official Use Only / Law Enforcement Sensitive**        2:17cr390-009047

["



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Vehicle Encounter List**

05/22/2019 14:05 EDT                Generated By: ▮▮▮▮▮▮▮                Page 4 of 5

| License Number | License State | License Country | Date | Time | I/O | Site | Lane | VIN | Package Id | Package Result | Num. Passengers | Result | Ref Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FSX981 | TX | | 04/30/2012 | 15:25 | I | L232 | 03 | | 1467125840 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | | 03/30/2012 | 13:23 | I | L232 | 01 | | 1384562580 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | | 01/11/2012 | 13:28 | I | L232 | 01 | | 1184596270 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | | 11/25/2011 | 11:59 | 1 | L232 | 01 | | 1063551570 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | | 10/28/2011 | 12:22 | I | L232 | 01 | | 990784480 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | | 10/19/2011 | 15:57 | I | L232 | 01 | | 967287680 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | | 09/16/2011 | 13:30 | I | L232 | 01 | | 877185180 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | | 09/03/2011 | 16:36 | I | L232 | 02 | | 842484800 | A - INBOUND ADMIT PACKAGE | 3 | N - NOT | |
| FSX981 | TX | | 08/10/2011 | 11:21 | I | L232 | 01 | | 770513050 | A - INBOUND ADMIT PACKAGE | 2 | N - NOT | |
| FSX981 | TX | | 07/21/2011 | 13:32 | I | L232 | 01 | | 711368560 | A - INBOUND ADMIT PACKAGE | 2 | N - NOT | |
| FSX981 | TX | | 07/20/2011 | 11:31 | I | L232 | 02 | | 708141720 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | | 06/24/2011 | 15:57 | I | L232 | 02 | | 634296040 | A - INBOUND ADMIT PACKAGE | 3 | N - NOT | |
| FSX981 | TX | | 06/03/2011 | 12:54 | I | L232 | 01 | | 576065540 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | | 05/19/2011 | 17:30 | I | L232 | 01 | | 536762240 | A - INBOUND ADMIT PACKAGE | 3 | N - NOT | |
| FSX981 | TX | | 04/20/2011 | 17:24 | I | L232 | 03 | | 459846350 | A - INBOUND ADMIT PACKAGE | 3 | N - NOT | |
| FSX981 | TX | | 04/18/2011 | 10:51 | I | L232 | 01 | | 453366870 | A - INBOUND ADMIT PACKAGE | 2 | N - NOT | |
| FSX981 | TX | | 04/02/2011 | 18:27 | I | L232 | 04 | | 412724280 | A - INBOUND ADMIT PACKAGE | 3 | N - NOT | |

Total Number of Records: 79

| Legend |
|---|
| Site Code |

**For Official Use Only / Law Enforcement Sensitive**

2:17cr390-009049



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Vehicle Encounter List**

05/22/2019 14:05 EDT          Generated By: ███████          Page 5 of 5

| Codes | Value |
|---|---|
| P53C | CBP-KINGSVILLE, CKPT HWY 77 |
| L23N | PHARR, PORT OF ENTRY |
| L23T | CBP-DONNA, PORT OF ENTRY |
| L232 | CBP-BROWNSVILLE, GATEWAY BRDG |
| L231 | BROWNSVILLE, B&M BRIDGE |
| P53K | CBP-FALFURRIAS, CKPT HWY 281 |

**For Official Use Only / Law Enforcement Sensitive**

2:17cr390-009050



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Vehicle Encounter List**

05/21/2019 14:48 EDT                                   Generated By: ███████                                   Page 1 of 2

| Common Search Criteria | | | |
|---|---|---|---|
| Encounter Start Date | Encounter End Date | Encounter Start Time | Encounter End Time |
| 01/01/2011 | 04/12/2019 | 00:00 | 23:59 |
| Site Code | Terminal/Lane | Inspector ID Code | Inbound-Outbound Indicator |
| | | | |
| **Vehicle Search Criteria** | | | |
| License Plate | VIN | Package ID | Referral Indicator | Special Operations Code |
| BN23076 | | | | |

| License Number | License State | License Country | Date | Time | I/O | Site | Lane | VIN | Package Id | Package Result | Num. Passengers | Result | Ref Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BN23076 | TX | USA | 02/11/2015 | 14:38 | B | P53C | V3 | | 1112092072 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BN23076 | TX | USA | 09/11/2014 | 14:21 | B | P53C | YW | | 987284662 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BN23076 | TX | USA | 04/21/2014 | 15:47 | B | P53C | YW | | 869681952 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BN23076 | TX | USA | 01/19/2014 | 12:02 | B | P53C | YW | | 794474502 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BN23076 | TX | USA | 01/09/2014 | 15:04 | B | P53C | YW | | 787000752 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BN23076 | TX | USA | 12/27/2013 | 13:57 | B | P53C | YW | | 775870532 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BN23076 | TX | USA | 12/11/2013 | 13:40 | B | P53C | YW | | 763113582 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BN23076 | TX | USA | 11/19/2013 | 13:18 | B | P53C | YW | | 745931042 | E - EXPIRED | Unknown | N - NOT | |
| BN23076 | TX | USA | 10/29/2013 | 14:23 | B | P53C | YW | | 729496672 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BN23076 | TX | USA | 10/13/2013 | 16:55 | B | P53C | YW | | 717173592 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BN23076 | TX | USA | 10/05/2013 | 17:27 | B | P53C | YW | | 710918282 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BN23076 | TX | USA | 09/21/2013 | 14:31 | B | P53C | YW | | 700105382 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BN23076 | TX | USA | 09/05/2013 | 16:28 | B | P53C | YW | | 689164982 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BN23076 | TX | USA | 08/16/2013 | 16:26 | B | P53C | YW | | 674800832 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BN23076 | TX | USA | 08/08/2013 | 16:11 | B | P53C | YW | | 668826222 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BN23076 | TX | USA | 07/17/2013 | 22:21 | B | P53C | YW | | 654150112 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |

**For Official Use Only / Law Enforcement Sensitive**

2:17cr390-009051



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Vehicle Encounter List**

05/21/2019 14:48 EDT                    Generated By: ▮▮▮▮▮▮▮                    Page 2 of 2

| License Number | License State | License Country | Date | Time | I/O | Site | Lane | VIN | Package Id | Package Result | Num. Passengers | Result | Ref Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BN23076 | TX | USA | 07/09/2013 | 17:52 | B | P53C | YW | | 649174382 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BN23076 | TX | USA | 06/27/2013 | 14:47 | B | P53C | YW | | 641418592 | E - EXPIRED | Unknown | N - NOT | |
| BN23076 | TX | USA | 06/25/2013 | 16:33 | B | P53C | YW | | 640359242 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BN23076 | TX | USA | 06/04/2013 | 18:04 | B | P53C | YW | | 628275662 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BN23076 | TX | USA | 05/17/2013 | 16:54 | B | P53C | YW | | 616694612 | E - EXPIRED | Unknown | N - NOT | |
| BN23076 | TX | USA | 05/06/2013 | 17:45 | B | P53C | YW | | 609516422 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BN23076 | TX | USA | 05/04/2013 | 17:36 | B | P53C | YW | | 608280232 | E - EXPIRED | Unknown | N - NOT | |
| BN23076 | TX | USA | 04/11/2013 | 17:02 | B | P53C | V3 | | 593188192 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BN23076 | TX | USA | 04/05/2013 | 17:00 | B | P53C | V3 | | 589254252 | E - EXPIRED | Unknown | N - NOT | |
| BN23076 | TX | USA | 03/28/2013 | 18:59 | B | P53C | V3 | | 583455362 | E - EXPIRED | Unknown | N - NOT | |
| BN23076 | TX | USA | 03/11/2013 | 17:18 | B | P53C | V3 | | 571281732 | E - EXPIRED | Unknown | N - NOT | |
| BN23076 | TX | USA | 03/05/2013 | 15:05 | B | P53C | V3 | | 567171632 | E - EXPIRED | Unknown | N - NOT | |
| BN23076 | TX | USA | 02/26/2013 | 15:56 | B | P53C | V3 | | 562531822 | E - EXPIRED | Unknown | N - NOT | |
| BN23076 | TX | USA | 02/02/2013 | 08:56 | B | P53C | V3 | | 547666412 | E - EXPIRED | Unknown | N - NOT | |
| BN23076 | TX | USA | 12/15/2012 | 12:43 | B | P53C | V3 | | 517060712 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BN23076 | TX | USA | 07/31/2012 | 12:49 | B | P53C | V3 | | 429754462 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BN23076 | TX | | 03/30/2012 | 13:56 | B | P53C | V3 | | 345845242 | E - EXPIRED | Unknown | N - NOT | |

Total Number of Records: 33

| Legend | |
|---|---|
| Site Code | |
| **Codes** | **Value** |
| P53C | CBP-KINGSVILLE, CKPT HWY 77 |

**For Official Use Only / Law Enforcement Sensitive**

2:17cr390-009052



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Vehicle Encounter List**

05/22/2019 14:01 EDT                          Generated By: ███████████                                    Page 1 of 1

| Common Search Criteria | | | |
|---|---|---|---|
| **Encounter Start Date** | **Encounter End Date** | **Encounter Start Time** | **Encounter End Time** |
| 01/01/2011 | 04/12/2019 | 00:00 | 23:59 |
| **Site Code** | **Terminal/Lane** | **Inspector ID Code** | **Inbound-Outbound Indicator** |
| | | | |

| Vehicle Search Criteria | | | | |
|---|---|---|---|---|
| **License Plate** | **VIN** | **Package ID** | **Referral Indicator** | **Special Operations Code** |
| DGS3500 | | | | |

| License Number | License State | License Country | Date | Time | I/O | Site | Lane | VIN | Package Id | Package Result | Num. Passengers | Result | Ref Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DGS3500 | TX | USA | 06/04/2017 | 17:44 | B | P53C | YW | | 1882515322 | E - EXPIRED | Unknown | N - NOT | |
| DGS3500 | TX | USA | 05/05/2015 | 18:06 | B | P53C | V3 | | 1184606352 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| DGS3500 | TX | USA | 12/01/2014 | 16:25 | B | P53C | YW | | 1053699212 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| DGS3500 | TX | USA | 11/07/2014 | 14:51 | B | P53C | YW | | 1032911962 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| Total Number of Records: 4 | | | | | | | | | | | | | |

| Legend | |
|---|---|
| Site Code | |
| **Codes** | **Value** |
| P53C | CBP-KINGSVILLE, CKPT HWY 77 |

**For Official Use Only / Law Enforcement Sensitive**

2:17cr390-009053

# EXHIBIT 42.1



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Vehicle Encounter List**

05/21/2019 14:48 EDT                    Generated By: ▮▮▮▮▮▮                    Page 1 of 4

| Common Search Criteria | | | |
|---|---|---|---|
| **Encounter Start Date** | **Encounter End Date** | **Encounter Start Time** | **Encounter End Time** |
| 01/01/2011 | 04/12/2019 | 00:00 | 23:59 |
| **Site Code** | **Terminal/Lane** | **Inspector ID Code** | **Inbound-Outbound Indicator** |
| | | | |

| Vehicle Search Criteria | | | |
|---|---|---|---|
| **License Plate** | **VIN** | **Package ID** | **Referral Indicator** | **Special Operations Code** |
| BGH0048 | | | | |

| License Number | License State | License Country | Date | Time | I/O | Site | Lane | VIN | Package Id | Package Result | Num. Passengers | Result | Ref Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BGH0048 | TX | USA | 03/16/2019 | 19:59 | B | P53C | YW | | 2600377702 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 08/04/2018 | 22:24 | B | P53C | YW | | 2344724652 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 11/20/2017 | 16:34 | B | P53C | YW | | 2057143422 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 12/06/2016 | 21:48 | B | P53C | YW | | 1699547222 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 10/18/2016 | 22:39 | B | P53C | YW | | 1653256942 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 10/15/2016 | 19:24 | B | P53C | YW | | 1650355942 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 09/24/2016 | 22:59 | B | P53C | YW | | 1631245882 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 08/11/2016 | 20:51 | B | P86E | YV | | 1591352492 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 08/11/2016 | 11:57 | B | P23C | YU | | 1590864052 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 07/08/2016 | 20:21 | B | P86E | YK | | 1559454762 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 05/30/2016 | 17:40 | B | P86E | YK | | 1525674812 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 05/14/2016 | 18:41 | B | P86E | YK | | 1511540662 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 05/02/2016 | 04:28 | B | P86E | YK | | 1500214362 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 04/19/2016 | 23:07 | B | P86E | YK | | 1489825732 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 04/07/2016 | 00:55 | B | P86E | YK | | 1478776962 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 03/04/2016 | 00:00 | B | P86E | YK | | 1446625792 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |

**GOVERNMENT EXHIBIT**
42.1
17cr390

**For Official Use Only / Law Enforcement Sensitive**

2:17cr390-009042



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Vehicle Encounter List**

05/21/2019 14:48 EDT                    Generated By: ████████████                    Page 2 of 4

| License Number | License State | License Country | Date | Time | I/O | Site | Lane | VIN | Package Id | Package Result | Num. Passengers | Result | Ref Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BGH0048 | TX | USA | 02/28/2016 | 21:12 | B | P53C | V3 | | 1443170752 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 01/27/2016 | 23:55 | B | P86E | YK | | 1416224022 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 01/10/2016 | 20:09 | B | P53C | V3 | | 1401912832 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 12/09/2015 | 22:06 | B | P53C | V3 | | 1374129042 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 12/06/2015 | 22:21 | B | P53C | V3 | | 1371852812 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 10/13/2015 | 13:34 | I | L232 | 03 | | 5452356690 | A - INBOUND ADMIT PACKAGE | 2 | N - NOT | |
| BGH0048 | TX | USA | 10/13/2015 | 10:38 | O | L232 | QI | | 1255488391 | E - EXPIRED | Unknown | N - NOT | |
| BGH0048 | TX | USA | 09/15/2015 | 19:03 | I | L232 | 02 | | 5350549960 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| BGH0048 | TX | USA | 09/15/2015 | 17:47 | O | L232 | QI | | 1220753681 | E - EXPIRED | Unknown | N - NOT | |
| BGH0048 | TX | USA | 09/15/2015 | 12:50 | I | L232 | 02 | | 5349408590 | A - INBOUND ADMIT PACKAGE | 2 | N - NOT | |
| BGH0048 | TX | USA | 09/15/2015 | 12:30 | O | L232 | QI | | 1220359211 | E - EXPIRED | Unknown | N - NOT | |
| BGH0048 | TX | USA | 08/12/2015 | 16:18 | I | L232 | 01 | | 5224106750 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| BGH0048 | TX | USA | 08/12/2015 | 14:05 | O | L232 | QI | | 1179168511 | E - EXPIRED | Unknown | N - NOT | |
| BGH0048 | TX | USA | 06/17/2015 | 13:11 | I | L232 | 01 | | 5008560750 | R | 1 | A - NCIC | HIT REFERRAL |
| BGH0048 | TX | USA | 06/17/2015 | 10:06 | O | L232 | QI | | 1111275181 | E - EXPIRED | Unknown | N - NOT | |
| BGH0048 | TX | USA | 05/28/2015 | 10:15 | B | P53C | V3 | | 1204129542 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 04/20/2015 | 13:38 | I | L232 | 02 | | 4790799230 | R | 1 | A - NCIC | HIT REFERRAL |
| BGH0048 | TX | USA | 04/11/2015 | 17:59 | I | L232 | 01 | | 4759169580 | A - INBOUND ADMIT PACKAGE | 2 | N - NOT | |
| BGH0048 | TX | USA | 03/30/2015 | 20:07 | I | L232 | 01 | | 4715687510 | A - INBOUND ADMIT PACKAGE | 2 | N - NOT | |
| BGH0048 | TX | USA | 02/22/2015 | 16:32 | I | L232 | 01 | | 4586572450 | A - INBOUND ADMIT PACKAGE | 3 | N - NOT | |
| BGH0048 | TX | USA | 02/21/2015 | 20:16 | I | L232 | 01 | | 4584069300 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| BGH0048 | TX | USA | 02/08/2015 | 15:48 | I | L232 | 01 | | 4538888120 | A - INBOUND ADMIT PACKAGE | 2 | N - NOT | |
| BGH0048 | TX | USA | 02/06/2015 | 18:18 | I | L232 | 01 | | 4532807220 | R | 2 | N - NOT | CUSTOMS |
| BGH0048 | TX | USA | 12/31/2014 | 13:13 | B | P53C | YW | | 1078328842 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |

**For Official Use Only / Law Enforcement Sensitive**

2:17cr390-009043



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Vehicle Encounter List**

05/21/2019 14:48 EDT                    Generated By: ▮▮▮▮▮▮▮▮                    Page 3 of 4

| License Number | License State | License Country | Date | Time | I/O | Site | Lane | VIN | Package Id | Package Result | Num. Passengers | Result | Ref Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BGH0048 | TX | USA | 12/27/2014 | 13:36 | I | L232 | 01 | | 4392774230 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| BGH0048 | TX | USA | 12/22/2014 | 12:04 | I | L232 | 04 | | 4375217000 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| BGH0048 | TX | USA | 11/22/2014 | 15:59 | I | L232 | 03 | | 4266525770 | A - INBOUND ADMIT PACKAGE | 2 | N - NOT | |
| BGH0048 | TX | USA | 11/06/2014 | 20:58 | I | L232 | 01 | | 4210083590 | A - INBOUND ADMIT PACKAGE | 3 | N - NOT | |
| BGH0048 | TX | USA | 10/25/2014 | 12:36 | B | P53C | YW | | 1022333382 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 10/09/2014 | 20:37 | I | L232 | 01 | | 4109851510 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| BGH0048 | TX | USA | 10/07/2014 | 14:33 | I | L232 | 01 | | 4101390690 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| BGH0048 | TX | USA | 09/17/2014 | 14:31 | B | P53C | YW | | 991951182 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 09/08/2014 | 20:18 | I | L232 | 02 | | 4000207430 | A - INBOUND ADMIT PACKAGE | 3 | N - NOT | |
| BGH0048 | TX | USA | 08/14/2014 | 14:05 | I | L232 | 01 | | 3906047960 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| BGH0048 | TX | USA | 08/01/2014 | 18:33 | B | P53C | YW | | 954461862 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 07/25/2014 | 14:56 | B | P53C | YW | | 948135522 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 06/06/2014 | 15:38 | B | P53C | YW | | 906457812 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 04/11/2014 | 17:56 | B | P53C | YW | | 861125792 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 03/22/2014 | 15:31 | B | P53C | YW | | 844241882 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 03/02/2014 | 14:15 | B | P53C | YW | | 826739362 | E - EXPIRED | Unknown | N - NOT | |
| BGH0048 | TX | USA | 02/09/2014 | 18:41 | B | P53C | YW | | 810366642 | E - EXPIRED | Unknown | N - NOT | |
| BGH0048 | TX | USA | 11/25/2013 | 18:24 | B | P53C | YW | | 750406872 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 11/21/2013 | 18:04 | B | P53C | YW | | 747650832 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 09/15/2013 | 12:14 | B | P23C | YU | | 695613902 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 05/19/2013 | 22:19 | B | P22P | YW | | 618180612 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BGH0048 | TX | USA | 04/07/2013 | 15:45 | B | P53C | V3 | | 590500722 | E - EXPIRED | Unknown | N - NOT | |

Total Number of Records: 62

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Vehicle Encounter List**

05/21/2019 14:48 EDT                        Generated By: ███████████                        Page 4 of 4

| Legend | | |
|---|---|---|
| Site Code | | |
| Codes | Value | |
| P53C | CBP-KINGSVILLE, CKPT HWY 77 | |
| P86E | CBP-UVALDE, CKPT HWY 90 | |
| P22P | CBP-LAREDO WEST, CKPT HWY 83 | |
| L232 | CBP-BROWNSVILLE, GATEWAY BRDG | |
| P23C | CBP-CARRIZO SPRINGS CP HWY 277 | |

**For Official Use Only / Law Enforcement Sensitive**

2:17cr390-009045

# EXHIBIT 42.2



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Vehicle Encounter List**

05/22/2019 14:05 EDT                     Generated By: ███████████                                Page 1 of 5

| Common Search Criteria | | | |
|---|---|---|---|
| **Encounter Start Date** | **Encounter End Date** | **Encounter Start Time** | **Encounter End Time** |
| 01/01/2011 | 04/12/2019 | 00:00 | 23:59 |
| **Site Code** | **Terminal/Lane** | **Inspector ID Code** | **Inbound-Outbound Indicator** |
| | | | |

| Vehicle Search Criteria | | | | |
|---|---|---|---|---|
| **License Plate** | **VIN** | **Package ID** | **Referral Indicator** | **Special Operations Code** |
| FSX981 | | | | |

| License Number | License State | License Country | Date | Time | I/O | Site | Lane | VIN | Package Id | Package Result | Num. Passengers | Result | Ref Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FSX981 | TX | USA | 02/19/2016 | 20:35 | B | P53K | 02 | | 1435477672 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| FSX981 | TX | USA | 01/29/2016 | 21:59 | B | P53C | V3 | | 1417886272 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| FSX981 | TX | USA | 07/12/2015 | 02:49 | B | P53C | V3 | | 1243959882 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| FSX981 | TX | USA | 09/17/2014 | 21:40 | I | L23N | 04 | | 4031958530 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | USA | 09/17/2014 | 15:04 | O | L23N | ZS | | 859346901 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| FSX981 | TX | USA | 08/31/2014 | 13:01 | B | P53K | YU | | 978739422 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| FSX981 | TX | USA | 08/17/2014 | 17:17 | B | P53C | YW | | 967797722 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| FSX981 | TX | USA | 08/11/2014 | 19:21 | I | L23T | 01 | | 3896616280 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | USA | 07/24/2014 | 19:29 | I | L232 | 01 | | 3829294120 | A - INBOUND ADMIT PACKAGE | 2 | N - NOT | |
| FSX981 | TX | USA | 07/21/2014 | 20:46 | I | L232 | 01 | | 3818864550 | A - INBOUND ADMIT PACKAGE | 2 | N - NOT | |
| FSX981 | TX | USA | 06/29/2014 | 15:55 | B | P53C | YW | | 925840262 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| FSX981 | TX | USA | 06/20/2014 | 19:17 | I | L232 | 03 | | 3707031160 | A - INBOUND ADMIT PACKAGE | 3 | N - NOT | |
| FSX981 | TX | USA | 06/20/2014 | 17:13 | O | L231 | UP | | 792907961 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| FSX981 | TX | USA | 06/19/2014 | 13:14 | I | L232 | 01 | | 3702049790 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | USA | 06/17/2014 | 11:09 | I | L232 | 01 | | 3694811360 | R | 1 | N - NOT | AGRICULTURE |
| FSX981 | TX | USA | 05/22/2014 | 13:04 | I | L232 | 01 | | 3601750710 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |

GOVERNMENT EXHIBIT
42.2
17cr390

**For Official Use Only / Law Enforcement Sensitive**

2:17cr390-009046



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Vehicle Encounter List**

05/22/2019 14:05 EDT                    Generated By: ▉▉▉▉▉▉▉                    Page 2 of 5

| License Number | License State | License Country | Date | Time | I/O | Site | Lane | VIN | Package Id | Package Result | Num. Passengers | Result | Ref Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FSX981 | TX | USA | 05/04/2014 | 13:58 | I | L232 | 01 | | 3536943120 | A - INBOUND ADMIT PACKAGE | 2 | N - NOT | |
| FSX981 | TX | USA | 04/23/2014 | 13:46 | I | L232 | 04 | | 3497988290 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | USA | 04/13/2014 | 16:43 | I | L232 | 01 | | 3464073800 | A - INBOUND ADMIT PACKAGE | 3 | N - NOT | |
| FSX981 | TX | USA | 03/25/2014 | 12:44 | I | L232 | 01 | | 3399647690 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | USA | 03/17/2014 | 14:18 | I | L232 | 02 | | 3373779080 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | USA | 02/20/2014 | 14:32 | I | L232 | 03 | | 3295363340 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | USA | 01/17/2014 | 18:29 | I | L232 | 01 | | 3199976870 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | USA | 12/23/2013 | 18:17 | I | L232 | 01 | | 3134581520 | A - INBOUND ADMIT PACKAGE | 3 | N - NOT | |
| FSX981 | TX | USA | 10/25/2013 | 10:55 | I | L232 | 01 | | 2967507700 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | USA | 10/19/2013 | 12:47 | I | L232 | 04 | | 2951821550 | A - INBOUND ADMIT PACKAGE | 3 | N - NOT | |
| FSX981 | TX | USA | 08/13/2013 | 15:33 | I | L232 | 02 | | 2759082850 | A - INBOUND ADMIT PACKAGE | 2 | N - NOT | |
| FSX981 | TX | USA | 07/21/2013 | 12:57 | I | L232 | 01 | | 2687643050 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | USA | 07/12/2013 | 11:17 | B | P53C | YW | | 650695812 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| FSX981 | TX | USA | 06/24/2013 | 14:45 | I | L232 | 01 | | 2607273660 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | USA | 06/11/2013 | 16:37 | I | L232 | 04 | | 2570064680 | A - INBOUND ADMIT PACKAGE | 2 | N - NOT | |
| FSX981 | TX | USA | 05/30/2013 | 11:14 | I | L232 | 02 | | 2535317430 | A - INBOUND ADMIT PACKAGE | 2 | N - NOT | |
| FSX981 | TX | USA | 05/14/2013 | 10:42 | I | L232 | 03 | | 2490291830 | A - INBOUND ADMIT PACKAGE | 2 | N - NOT | |
| FSX981 | TX | USA | 05/12/2013 | 16:54 | I | L232 | 01 | | 2485776490 | A - INBOUND ADMIT PACKAGE | 3 | N - NOT | |
| FSX981 | TX | USA | 05/11/2013 | 13:45 | B | P53C | YW | | 612643912 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| FSX981 | TX | USA | 05/07/2013 | 14:25 | I | L232 | 05 | | 2471528540 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | USA | 03/26/2013 | 19:53 | B | P53C | V3 | | 582059382 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| FSX981 | TX | USA | 03/13/2013 | 17:55 | I | L232 | 03 | | 2324937920 | A - INBOUND ADMIT PACKAGE | 2 | N - NOT | |
| FSX981 | TX | USA | 03/09/2013 | 17:37 | B | P53C | V3 | | 569941952 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |

**For Official Use Only / Law Enforcement Sensitive**

2:17cr390-009047



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Vehicle Encounter List**

05/22/2019 14:05 EDT                          Generated By: ▇▇▇▇▇▇▇▇                          Page 3 of 5

| License Number | License State | License Country | Date | Time | I/O | Site | Lane | VIN | Package Id | Package Result | Num. Passengers | Result | Ref Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FSX981 | TX | USA | 02/21/2013 | 19:09 | I | L232 | 01 | | 2272816600 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | USA | 02/16/2013 | 14:18 | I | L232 | 01 | | 2259186000 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | USA | 02/14/2013 | 19:41 | I | L232 | 01 | | 2254492680 | A - INBOUND ADMIT PACKAGE | 3 | N - NOT | |
| FSX981 | TX | USA | 02/14/2013 | 13:50 | I | L232 | 01 | | 2253584810 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | USA | 01/13/2013 | 13:46 | B | P53C | V3 | | 535707212 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| FSX981 | TX | USA | 01/08/2013 | 14:08 | I | L232 | 01 | | 2161344740 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | USA | 01/06/2013 | 15:56 | I | L232 | 04 | | 2156529030 | A - INBOUND ADMIT PACKAGE | 2 | N - NOT | |
| FSX981 | TX | USA | 12/14/2012 | 13:47 | I | L232 | 01 | | 2095943650 | A - INBOUND ADMIT PACKAGE | 2 | N - NOT | |
| FSX981 | TX | USA | 12/08/2012 | 14:32 | I | L232 | 02 | | 2080013780 | A - INBOUND ADMIT PACKAGE | 3 | N - NOT | |
| FSX981 | TX | USA | 12/01/2012 | 14:42 | I | L232 | 03 | | 2061003080 | A - INBOUND ADMIT PACKAGE | 2 | N - NOT | |
| FSX981 | TX | USA | 11/30/2012 | 11:50 | I | L232 | 01 | | 2057558450 | A - INBOUND ADMIT PACKAGE | 2 | N - NOT | |
| FSX981 | TX | USA | 11/22/2012 | 10:55 | B | P53C | V3 | | 502470272 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| FSX981 | TX | USA | 11/20/2012 | 15:31 | I | L232 | 01 | | 2031611490 | A - INBOUND ADMIT PACKAGE | 3 | N - NOT | |
| FSX981 | TX | USA | 11/12/2012 | 13:15 | I | L231 | 04 | | 2009977100 | A - INBOUND ADMIT PACKAGE | 2 | N - NOT | |
| FSX981 | TX | USA | 11/06/2012 | 11:38 | I | L231 | 02 | | 1993697830 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | USA | 11/04/2012 | 15:14 | I | L232 | 05 | | 1988961840 | A - INBOUND ADMIT PACKAGE | 2 | N - NOT | |
| FSX981 | TX | USA | 11/01/2012 | 13:37 | I | L232 | 03 | | 1980513740 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | USA | 10/26/2012 | 16:26 | I | L232 | 01 | | 1965681730 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | USA | 09/14/2012 | 13:25 | I | L232 | 04 | | 1851619010 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | USA | 08/08/2012 | 15:16 | I | L232 | 01 | | 1745580780 | A - INBOUND ADMIT PACKAGE | 2 | N - NOT | |
| FSX981 | TX | USA | 07/27/2012 | 12:59 | B | P53C | V3 | | 427016412 | E - EXPIRED | Unknown | N - NOT | |
| FSX981 | TX | USA | 07/10/2012 | 11:06 | I | L232 | 05 | | 1660343560 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | USA | 06/14/2012 | 14:26 | I | L232 | 01 | | 1587634540 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |

**For Official Use Only / Law Enforcement Sensitive**

2:17cr390-009048



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Vehicle Encounter List**

05/22/2019 14:05 EDT                Generated By: ▇▇▇▇▇▇▇▇▇▇                Page 4 of 5

| License Number | License State | License Country | Date | Time | I/O | Site | Lane | VIN | Package Id | Package Result | Num. Passengers | Result | Ref Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FSX981 | TX | | 04/30/2012 | 15:25 | I | L232 | 03 | | 1467125840 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | | 03/30/2012 | 13:23 | I | L232 | 01 | | 1384562580 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | | 01/11/2012 | 13:28 | I | L232 | 01 | | 1184596270 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | | 11/25/2011 | 11:59 | I | L232 | 01 | | 1063551570 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | | 10/28/2011 | 12:22 | I | L232 | 01 | | 990784480 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | | 10/19/2011 | 15:57 | I | L232 | 01 | | 967287680 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | | 09/16/2011 | 13:30 | I | L232 | 01 | | 877185180 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | | 09/03/2011 | 16:36 | I | L232 | 02 | | 842484800 | A - INBOUND ADMIT PACKAGE | 3 | N - NOT | |
| FSX981 | TX | | 08/10/2011 | 11:21 | I | L232 | 01 | | 770513050 | A - INBOUND ADMIT PACKAGE | 2 | N - NOT | |
| FSX981 | TX | | 07/21/2011 | 13:32 | I | L232 | 01 | | 711368560 | A - INBOUND ADMIT PACKAGE | 2 | N - NOT | |
| FSX981 | TX | | 07/20/2011 | 11:31 | I | L232 | 02 | | 708141720 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | | 06/24/2011 | 15:57 | I | L232 | 02 | | 634296040 | A - INBOUND ADMIT PACKAGE | 3 | N - NOT | |
| FSX981 | TX | | 06/03/2011 | 12:54 | I | L232 | 01 | | 576065540 | A - INBOUND ADMIT PACKAGE | 1 | N - NOT | |
| FSX981 | TX | | 05/19/2011 | 17:30 | I | L232 | 01 | | 536762240 | A - INBOUND ADMIT PACKAGE | 3 | N - NOT | |
| FSX981 | TX | | 04/20/2011 | 17:24 | I | L232 | 03 | | 459846350 | A - INBOUND ADMIT PACKAGE | 3 | N - NOT | |
| FSX981 | TX | | 04/18/2011 | 10:51 | I | L232 | 01 | | 453366870 | A - INBOUND ADMIT PACKAGE | 2 | N - NOT | |
| FSX981 | TX | | 04/02/2011 | 18:27 | I | L232 | 04 | | 412724280 | A - INBOUND ADMIT PACKAGE | 3 | N - NOT | |
| Total Number of Records: 79 | | | | | | | | | | | | | |

Legend
Site Code

**For Official Use Only / Law Enforcement Sensitive**

2:17cr390-009049



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Vehicle Encounter List**

05/22/2019 14:05 EDT                    Generated By: ████████                    Page 5 of 5

| Codes | Value |
|-------|-------|
| P53C | CBP-KINGSVILLE, CKPT HWY 77 |
| L23N | PHARR, PORT OF ENTRY |
| L23T | CBP-DONNA, PORT OF ENTRY |
| L23Z | CBP-BROWNSVILLE, GATEWAY BRDG |
| L23L | BROWNSVILLE, B&M BRIDGE |
| P53K | CBP-FALFURRIAS, CKPT HWY 281 |

**For Official Use Only / Law Enforcement Sensitive**

2:17cr390-009050

# EXHIBIT 42.3



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Vehicle Encounter List**

05/21/2019 14:48 EDT                     Generated By: ▇▇▇▇▇▇▇                     Page 1 of 2

| Common Search Criteria | | | |
|---|---|---|---|
| **Encounter Start Date** | **Encounter End Date** | **Encounter Start Time** | **Encounter End Time** |
| 01/01/2011 | 04/12/2019 | 00:00 | 23:59 |
| **Site Code** | **Terminal/Lane** | **Inspector ID Code** | **Inbound-Outbound Indicator** |
| | | | |
| Vehicle Search Criteria | | | |
| **License Plate** | **VIN** | **Package ID** | **Special Operations Code** |
| BN23076 | | | |

| License Number | License State | License Country | Date | Time | I/O | Site | Lane | VIN | Package Id | Package Result | Num. Passengers | Result | Ref Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BN23076 | TX | USA | 02/11/2015 | 14:38 | B | P53C | V3 | | 1112092072 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BN23076 | TX | USA | 09/11/2014 | 14:21 | B | P53C | YW | | 987284662 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BN23076 | TX | USA | 04/21/2014 | 15:47 | B | P53C | YW | | 869681952 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BN23076 | TX | USA | 01/19/2014 | 12:02 | B | P53C | YW | | 794474502 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BN23076 | TX | USA | 01/09/2014 | 15:04 | B | P53C | YW | | 787000752 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BN23076 | TX | USA | 12/27/2013 | 13:57 | B | P53C | YW | | 775870532 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BN23076 | TX | USA | 12/11/2013 | 13:40 | B | P53C | YW | | 763113582 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BN23076 | TX | USA | 11/19/2013 | 13:18 | B | P53C | YW | | 745931042 | E - EXPIRED | Unknown | N - NOT | |
| BN23076 | TX | USA | 10/29/2013 | 14:23 | B | P53C | YW | | 729496672 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BN23076 | TX | USA | 10/13/2013 | 16:55 | B | P53C | YW | | 717173592 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BN23076 | TX | USA | 10/05/2013 | 17:27 | B | P53C | YW | | 710918282 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BN23076 | TX | USA | 09/21/2013 | 14:31 | B | P53C | YW | | 700105382 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BN23076 | TX | USA | 09/05/2013 | 16:28 | B | P53C | YW | | 689164982 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BN23076 | TX | USA | 08/16/2013 | 16:26 | B | P53C | YW | | 674800832 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BN23076 | TX | USA | 08/08/2013 | 16:11 | B | P53C | YW | | 668826222 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BN23076 | TX | USA | 07/17/2013 | 22:21 | B | P53C | YW | | 654150112 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |



GOVERNMENT EXHIBIT
42.3
17cr390

**For Official Use Only / Law Enforcement Sensitive**

2:17cr390-009051



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Vehicle Encounter List**

05/21/2019 14:48 EDT                    Generated By: ████████                    Page 2 of 2

| License Number | License State | License Country | Date | Time | I/O | Site | Lane | VIN | Package Id | Package Result | Num. Passengers | Result | Ref Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BN23076 | TX | USA | 07/09/2013 | 17:52 | B | P53C | YW | | 649174382 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BN23076 | TX | USA | 06/27/2013 | 14:47 | B | P53C | YW | | 641418592 | E - EXPIRED | Unknown | N - NOT | |
| BN23076 | TX | USA | 06/25/2013 | 16:33 | B | P53C | YW | | 640359242 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BN23076 | TX | USA | 06/04/2013 | 18:04 | B | P53C | YW | | 628275662 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BN23076 | TX | USA | 05/17/2013 | 16:54 | B | P53C | YW | | 616694612 | E - EXPIRED | Unknown | N - NOT | |
| BN23076 | TX | USA | 05/06/2013 | 17:45 | B | P53C | YW | | 609516422 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BN23076 | TX | USA | 05/04/2013 | 17:36 | B | P53C | YW | | 608280232 | E - EXPIRED | Unknown | N - NOT | |
| BN23076 | TX | USA | 04/11/2013 | 17:02 | B | P53C | V3 | | 593188192 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BN23076 | TX | USA | 04/05/2013 | 17:00 | B | P53C | V3 | | 589254252 | E - EXPIRED | Unknown | N - NOT | |
| BN23076 | TX | USA | 03/28/2013 | 18:59 | B | P53C | V3 | | 583455362 | E - EXPIRED | Unknown | N - NOT | |
| BN23076 | TX | USA | 03/11/2013 | 17:18 | B | P53C | V3 | | 571281732 | E - EXPIRED | Unknown | N - NOT | |
| BN23076 | TX | USA | 03/05/2013 | 15:05 | B | P53C | V3 | | 567171632 | E - EXPIRED | Unknown | N - NOT | |
| BN23076 | TX | USA | 02/26/2013 | 15:56 | B | P53C | V3 | | 562531822 | E - EXPIRED | Unknown | N - NOT | |
| BN23076 | TX | USA | 02/02/2013 | 08:56 | B | P53C | V3 | | 547666412 | E - EXPIRED | Unknown | N - NOT | |
| BN23076 | TX | USA | 12/15/2012 | 12:43 | B | P53C | V3 | | 517060712 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BN23076 | TX | USA | 07/31/2012 | 12:49 | B | P53C | V3 | | 429754462 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| BN23076 | TX | | 03/30/2012 | 13:56 | B | P53C | V3 | | 345845242 | E - EXPIRED | Unknown | N - NOT | |
| Total Number of Records: 33 | | | | | | | | | | | | | |

| Legend | | |
|---|---|---|
| **Site Code** | | |
| **Codes** | **Value** | |
| P53C | CBP-KINGSVILLE, CKPT HWY 77 | |

**For Official Use Only / Law Enforcement Sensitive**

# EXHIBIT 42.4



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Vehicle Encounter List**

05/22/2019 14:01 EDT                    Generated By: ████████                    Page 1 of 1

| Common Search Criteria | | | |
|---|---|---|---|
| **Encounter Start Date** | **Encounter End Date** | **Encounter Start Time** | **Encounter End Time** |
| 01/01/2011 | 04/12/2019 | 00:00 | 23:59 |
| **Site Code** | **Terminal/Lane** | **Inspector ID Code** | **Inbound-Outbound Indicator** |
| | | | |

| Vehicle Search Criteria | | | | |
|---|---|---|---|---|
| **License Plate** | **VIN** | **Package ID** | **Referral Indicator** | **Special Operations Code** |
| DGS3500 | | | | |

| License Number | License State | License Country | Date | Time | I/O | Site | Lane | VIN | Package Id | Package Result | Num. Passengers | Result | Ref Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DGS3500 | TX | USA | 06/04/2017 | 17:44 | B | P53C | YW | | 1882515322 | E - EXPIRED | Unknown | N - NOT | |
| DGS3500 | TX | USA | 05/05/2015 | 18:06 | B | P53C | V3 | | 1184606352 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| DGS3500 | TX | USA | 12/01/2014 | 16:25 | B | P53C | YW | | 1053699212 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| DGS3500 | TX | USA | 11/07/2014 | 14:51 | B | P53C | YW | | 1032911962 | P - AUTOMATIC RELEASE | Unknown | N - NOT | |
| Total Number of Records: 4 | | | | | | | | | | | | | |

| Legend | |
|---|---|
| Site Code | |
| **Codes** | **Value** |
| P53C | CBP-KINGSVILLE, CKPT HWY 77 |



GOVERNMENT
EXHIBIT
42.4
17cr390

**For Official Use Only / Law Enforcement Sensitive**

2:17cr390-009053

# EXHIBIT 43



Texas Department *of* Motor Vehicles

HELPING TEXANS GO. HELPING TEXAS GROW.

Vehicle Titles and Registration • 602 N Staples St., Suite 130 • Corpus Christi, TX 78401 • Ph. 361-808-3900 Fax 361-808-2610

June 21, 2019

State of Texas:
County of Nueces:

Know all men by these presents:

I, Joanna Flores do hereby certify I am a Custodian of Records for the Texas Department of Motor Vehicles and the information shown on the attached is for:

VIN # JTHBE96S990045053 Year 2009 Make LEXS Plate # BGH0048

A complete title history for title #23330041623082920 pages 01 through 12.

And is, to the best of my knowledge, a true and correct copy of records on file with this department.

_____
Custodian of Records



GOVERNMENT
EXHIBIT
43
17cr390

2:17cr390-009673

O 512.465.3000 ★ 888.368.4689 (888-DMVGOTX) ★ F 512.465.3098 │ www.TxDMV.gov



**Texas Department of Motor Vehicles**



## TITLE CORRECTION RECEIPT



```
2333 0041 6230 8292 06
```

COUNTY: VAL VERDE

TAC NAME: BEATRIZ I. MUNOZ
DATE: 12/17/2013          EFFECTIVE DATE: 10/01/2013
TIME: 08:29AM             EXPIRATION DATE: 9/2014
EMPLOYEE ID: 0613110      TRANSACTION ID: 23330041623082920

PLATE NO: BGH0048
DOCUMENT NO: 23330041623082920
PREV DOC NO: 05732841204150709 P
OWNER NAME AND ADDRESS
RICHARD LOSOYA
CYNTHIA LOSOYA
205 SADDLE BLANKET
DEL RIO, TX 78840

REGISTRATION CLASS: PASSENGER-LESS/EQL 6000
PLATE TYPE: PASSENGER-TRUCK PLT
ORGANIZATION:
STICKER TYPE: WS

VEHICLE IDENTIFICATION NO: JTHBE96S990045053          VEHICLE CLASSIFICATION: PASS
YR/MAKE: 2009/LEXS  MODEL: GS5  BODY STYLE: 4D     UNIT NO:
EMPTY WT: 3800     CARRYING CAPACITY: 0      GROSS WT: 3800   TRAILER TYPE:
BODY VEHICLE IDENTIFICATION NO:                        TRAVEL TRLR LNG/WDTH: 0
PREV OWNER NAME: DFW SELECT MOTORCARS LLC  PREV CITY/STATE: DALLAS, TX .

|  | FEES ASSESSED |  |
|---|---|---|
| VEHICLE RECORD NOTATIONS | TITLE APPLICATION FEE | $ 13.00 |
| ACTUAL MILEAGE | TEXAS MOBILITY FUND FEE | $ 15.00 |
| SURVIVORSHIP RIGHTS | MISCELLANEOUS FEES | $ 5.00 |
|   RICHARD LOSOYA | TOTAL | $ 33.00 |
|   CYNTHIA LOSOYA |  |  |
| PAPER TITLE |  |  |
| MAJOR COLOR: BLUE |  |  |

SALES TAX CATEGORY:

| | Date of Assignment/Sales Tax Date: | |
|---|---|---|
| ODOMETER READING: 42957   BRAND: A | Sales Price $ | 28,950.00 |
| OWNERSHIP EVIDENCE: TEXAS TITLE | Less Trade In Allowance $ | 0.00 |
| 1ST LIEN          DATE: 09/24/2013 | Taxable Amount $ | 0.00 |
| WARREN FEDERAL CREDIT UNION | Sales Tax Paid $ | 0.00 |
| PO BOX 3200 | Less Other State Tax Paid $ | 0.00 |
| CHEYENNE, WY 82003 | Tax Penalty $ | 0.00 |
|  | TOTAL TAX PAID $ | 0.00 |
| 2ND LIEN | Batch No: 3004162301    Batch Count: 1 | |
|  |  |  |
| 3RD LIEN |  |  |

CERTIFICATE OF TITLE WILL BE MAILED TO 1st LIENHOLDER.

# APPLICATION FOR TEXAS TITLE
## TYPE OR PRINT NEATLY IN INK

| TAX OFFICE USE ONLY | | Standard Presumptive Value |
|---|---|---|
| Tax Collector: **BEATRIZ MUNOZ**  County: **VAL VERDE** | | □ SPV $ _____ |
| Date: **12-17-13** Transaction Number: **233004162330829206** | | □ Appraisal Value $ _____ |

| 1. Vehicle Identification Number | 2. Year | 3. Make | 4. Body Style | 5. Model | 6. |
|---|---|---|---|---|---|
| JTHBE96S990045053 | 2009 | LEXUS | 4 | GS5 | |

| 7. Empty Weight (lbs.) | 8. Carrying Capacity (lbs.) | 9. Plate No. | 10. Vehicle Unit No. | 11. Major Vehicle Color | 12. Minor Vehicle Color (two colored) |
|---|---|---|---|---|---|
| 3800 | | BGH0048 | | Blue | |

13. Applicant Type [X] Individual □ Business □ Government □ Trust □ Non-Profit   Business, Government, Trusts and Non-Profits, use the Business Name line below.

| 14. Applicant's/Owner's Legal Name 1/Business Name | | | Owner's County Name **VAL VERDE** | |
|---|---|---|---|---|
| First **RICHARD** | Middle | Last **LOSOYA** | | Suffix |
| Mailing Address **205 SADDLE BLANKET** | | City **DEL RIO** | State **TX** | Zip **78840** |

14a. Applicant/Owner 1   Photo ID Number **18233944**

ID Type [X] U.S. Driver's License   □ U.S. State Identification [X] Texas   □ Other _____ (Name of State or Territory)
□ U.S. Passport   □ Foreign Passport _____ (Name of Foreign Country) □ U.S. Military ID   □ NATO ID
□ Other Military Status of Forces Photo ID   □ U.S. Department of Homeland Security ID   □ U.S. Citizenship & Immigration Services ID   □ U.S. Department of State ID

| 14b. Applicant's/Owner's Legal Name 2 | | | | |
|---|---|---|---|---|
| First **CYNTHIA** | Middle | Last **LOSOYA** | | Suffix |
| Mailing Address **205 SADDLE BLANKET** | | City **DEL RIO** | State **TX** | Zip **78840** |

| 14c. Registrant's Name (Renewal Notice Recipient)/Business Name | | | | |
|---|---|---|---|---|
| First | Middle | Last | | Suffix |
| Mailing Address | | City | State | Zip |
| 14d. Vehicle Physical Location Address | | City | State | Zip |

| 15. Previous Owner's Legal Name/Business Name | | 15a. GDN -Dealer Use Only | | |
|---|---|---|---|---|
| First | Middle | Last | | Suffix |
| Mailing Address | | City | State | Zip |

**THIS VEHICLE IS SUBJECT TO THE FOLLOWING FIRST LIEN**

| 16. 1st Lien Date | 1st Lienholder Name **WARREN FEDERAL CREDIT UNION** | | 16a. Electronic Title Request? □ YES (16c cannot be checked) |
|---|---|---|---|
| | Mailing Address **PO BOX 3200** | | 16b. Certified Lienholder ID No. |
| 9/24/2013 | City **CHEYENNE** State **WY** Zip **82003** | | 16c. Additional Lien(s)? □ YES (Attach Form VTR-267) |

17. FOR CORRECTED TITLE, CHECK REASON(S)   □ Change in Vehicle Description  □ VIN  [X] No Change in Ownership  [X] Add Lien  □ Remove Lien  □ Odometer Brand  □ Odometer Reading  □ Year  □ Make
□ Body Style  □ Other

18. ODOMETER DISCLOSURE - FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE UPON TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I, _____ (Name of Seller/Agent), state that the odometer now reads **42957** (no tenths).

THE MILEAGE SHOWN IS [X] A- Actual Mileage   □ N - Not Actual Mileage (WARNING-ODOMETER DISCREPANCY)   □ X - Mileage Exceeds Mechanical Limits   □ Exempt

19. CHECK ONLY IF APPLICABLE

**MOTOR VEHICLE TAX STATEMENT**

□ I hold Motor Vehicle Retailer's (Rental) Permit No. _____ and will satisfy the minimum tax liability (V.A.T.S., Tax Code §152.046 [d]).
□ I am a Dealer or Lessor and qualify to take the Fair Market Value Deduction   (V.A.T.S., Tax Code §152.002 [c]).   GDN or Lessor Number _____

| 20. DESCRIPTION OF VEHICLE TRADED IN (if any) | Year | Make | Vehicle Identification Number | 20a. ADDITIONAL TRADE-INS? (Y/N) |
|---|---|---|---|---|
| | | | | |

21. SALES AND USE TAX COMPUTATION

□ (a) Sales Price ($ ____ rebate has been deducted)$ ____
(b) Less Trade-In Amount, Describe in Item 20 Above   $( ____ )
(c) For Dealers/Lessors/Rental ONLY - Fair Market Value Deduction, describe in Item 20 above.   $( ____ )
(d) Taxable Amount (Item a. minus Item b./Item c.)   $ ____
(e) 6.25% Tax on Taxable Amount (Multiply Item d. by .0625)   $ ____
(f) Late Tax Payment Penalty □ 5% or □ 10%   $ ____
(g) Tax Paid to ____ (STATE)   $ ____
(h) AMOUNT OF TAX AND PENALTY DUE (Item e. plus Item f. minus Item g.)   $ ____

□ $90 New Resident Tax - (Previous State) ____
□ $5 Even Trade Tax
□ $10 Gift Tax - Use Comptroller Form 14-317
□ $65 Rebuilt Salvage Fee
□ 2.5% Emissions Fee (Diesel Vehicles 1996 and Older > 14,000 lbs.)
□ 1% Emissions Fee (Diesel Vehicles 1997 and Newer > 14,000 lbs.)
□ Exemption claimed under the Motor Vehicle Sales and Use Tax Law because ____
[X] $28 or $33 APPLICATION FEE FOR TEXAS TITLE (Contact your County Tax Assessor-Collector for the correct fee.)

I HEREBY CERTIFY THAT ALL STATEMENTS IN THIS DOCUMENT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

| | Signature | Printed Name | Date |
|---|---|---|---|
| 22. | *Richard Losoya by Jus ⟨signature⟩* | RICHARD LOSOYA | 12/10/2013 |
| | Signature of SELLER, DONOR, OR TRADER 1 | PRINTED NAME (Same as signature) 1 | |
| 23. | *Cynthia Losoya by Jus ⟨signature⟩* | CYNTHIA LOSOYA | 12/10/2013 |
| | Signature of SELLER, DONOR, OR TRADER 2 | PRINTED NAME (Same as signature) 2 | |
| 24. | Signature of PURCHASER, DONEE, OR TRADER 1 | PRINTED NAME (Same as signature) 1 | Date |
| 25. | Signature of PURCHASER, DONEE, OR TRADER 2 | PRINTED NAME (Same as signature) 2 | Date |

WARNING: Transportation Code, §501.155, provides that falsifying information on title transfer documents is a third-degree felony offense punishable by not more than ten (10) years in prison or not more than one (1) year in a community correctional facility. In addition to imprisonment, a fine of up to $10,000 may also be imposed.

# TEXAS CERTIFICATE OF TITLE

TEXAS DEPARTMENT OF MOTOR VEHICLES

TxDMV

**108108417**

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| JTHBE96S990045053 | 2009 | LEXS | 4D |

TITLE/DOCUMENT NUMBER          DATE TITLE ISSUED

**05732841204150709  11/02/2012**

| MODEL | MFG. CAPACITY IN TONS | WEIGHT | LICENSE NUMBER |
|---|---|---|---|
| GS5 | | 3800 | BGH0048 |

PREVIOUS OWNER

**DFW SELECT MOTORCARS LLC DALLAS TX**

ODOMETER READING

**42957**

OWNER

**RICHARD LOSOYA
CYNTHIA LOSOYA
215 FOX DRIVE
DEL RIO, TX 78840**

REMARK(S)

**ACTUAL MILEAGE
SURVIVORSHIP RIGHTS
RICHARD LOSOYA
CYNTHIA LOSOYA**

X _____

SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

**UNITY ONE CREDIT UNION**

| DATE OF LIEN | 1ST LIENHOLDER |
|---|---|

1ST LIEN RELEASED **10/29/13**
                                                    DATE

**10/18/2012  UNITY ONE CREDIT UNION
             6701 BURLINGTON BLVD
             FT WORTH, TX 76131**

BY _____
              AUTHORIZED AGENT

| DATE OF LIEN | 2ND LIENHOLDER |
|---|---|

2ND LIEN RELEASED _____ DATE

BY _____
              AUTHORIZED AGENT

| DATE OF LIEN | 3RD LIENHOLDER |
|---|---|

3RD LIEN RELEASED _____ DATE

BY _____
              AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

SIGNATURE          DATE

**R I G H T S   O F   S U R V I V O R S H I P   A G R E E M E N T**
WE, THE MARRIED PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

SIGNATURE          DATE

SIGNATURE          DATE

FORM 30-C REV. 04/2012          DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

**WHEN VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE, CURRENT LICENSE RECEIPT, AND SIGNED APPLICATION FOR TITLE (FORM 130-U) INDICATING DATE OF SALE AND SALES PRICE TO THE PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX ASSESSOR-COLLECTOR WITHIN 30 DAYS TO AVOID PENALTY.**

▶ **FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.**

## ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

▶ ODOMETER READING (No Tenths)

Date of Sale

Signature of Seller/Agent | Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

## FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths)

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature | Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

## SECOND REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths)

Date of Sale

Dealer No.

Agent's Signature | Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

## THIRD REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths)

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature | Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

## LIEN

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE:
1ST LIEN IN FAVOR OF (NAME & ADDRESS)

SURRENDERED



JENNY HUNKIN
Notary Public, State of Texas
My Commission Expires
April 19, 2016

2:17cr390-009677



**warren**
FEDERAL CREDIT UNION

P.O. Box 3200 Cheyenne, WY 82003-3200
Phone: (307) 432-5400 / (800) 368-0328
Fax: (307) 638-7043
www.warrenfcu.com

## Power of Attorney

KNOW ALL MEN BY THESE PRESENT:

That the principal, RICHARD LOSOYA _____ , who resides at

205 SADDLE BLANKET, DEL RIO, 78840 _____ , in the county of VAL VERDE _____ ,

State of TX _____ , being the registered owner of the following described motor vehicle:

Make: LEXUS _____

Model: GS-V6 SEDAN 4D GS350 _____

Year: 2009 _____

VIN: JTHBE96S990045053 _____

does here by constitute Warren Federal Credit Union, of the city of Cheyenne and the State of Wyoming, the true and lawful Attorney-in-Fact to sign in the name, place and stead of the principal, an application for Certificate of Title, and/or the assignment of Certificate of Title covering the motor vehicle described above in whatever manner necessary to obtain or assign any Certificate of Title on said motor vehicle.

Granting and giving unto said Attorney-in-Fact, full authority and power to do and perform any and all other acts necessary or incident to the execution of the powers herein expressly granted, with power to do and perform any and all acts authorized hereby, as fully to all intents and proposes as the principal might or could do if personally present with full power of substitution. This authority shall be specifically for the above described motor vehicle.

In testimony whereof, the principal has hereunto set his/her hand on 9·30·13 _____ .

X _Richn Losoya_ _____
Signature of Principal

ACKNOWLEDGMENT
State of _Texas_ _____ )
County of _Val Verde_ _____ {

The foregoing instrument was acknowledged before me by RICHARD LOSOYA this _30th_ day
of _September_ , _2013_.

Witness my hand and official seal.

_Jenny Hunkin_ _____
Notary Public or Deputy County Clerk

My term expires: _4-19-16_

JENNY HUNKIN
Notary Public, State of Texas
My Commission Expires
April 19, 2016

2:17cr390-009678

6


**FEDERAL CREDIT UNION**

P.O. Box 3200 Cheyenne, WY 82003-3200
Phone: (307) 432-5400 / (800) 350-9328
Fax: (307) 638-7043
www.warrenfcu.com

**Power of Attorney**

KNOW ALL MEN BY THESE PRESENT:

That the principal, CYNTHIA LOSOYA _____ , who resides at

205 SADDLE BLANKET, DEL RIO, 78840 _____ , in the county of VAL VERDE _____ ,

State of TX _____ , being the registered owner of the following described motor vehicle:

Make: LEXUS _____

Model: GS-V6 SEDAN 4D GS350 _____

Year: 2009 _____

VIN: JTHBE96S990046053 _____

does here by constitute Warren Federal Credit Union, of the city of Cheyenne and the State of Wyoming, the true and lawful Attorney-in-Fact to sign in the name, place and stead of the principal, an application for Certificate of Title, and/or the assignment of Certificate of Title covering the motor vehicle described above in whatever manner necessary to obtain or assign any Certificate of Title on said motor vehicle.

Granting and giving unto said Attorney-in-Fact, full authority and power to do and perform any and all other acts necessary or incident to the execution of the powers herein expressly granted, with power to do and perform any and all acts authorized hereby, as fully to all intents and proposes as the principal might or could do if personally present with full power of substitution. This authority shall be specifically for the above described motor vehicle.

In testimony whereof, the principal has hereunto set his/her hand on  9-30-2013 _____ .

X _____
Signature of Principal

ACKNOWLEDGMENT

State of _Texas_____ }

County of _Val Verde_____ }

The foregoing instrument was acknowledged before me by CYNTHIA LOSOYA _____ this 30 day

of _September_ , 2013 .

Witness my hand and official seal.

_____
Notary Public or Deputy County Clerk

My term expires: 4-19-16 _____

JENNY HUNKIN
Notary Public, State of Texas
My Commission Expires
April 19, 2016

2:17cr390-009679



## Texas Department of Motor Vehicles

### TITLE APPLICATION RECEIPT

OODBUL





0573 2841 2041 5070 96

COUNTY: DALLAS
PLATE NO: BGH0048
DOCUMENT NO: 05732841204150709

TAC NAME: JOHN R. AMES
DATE: 10/24/2012
TIME: 03:07PM
EMPLOYEE ID: 11T2642

EFFECTIVE DATE: 10/24/2012
EXPIRATION DATE: 9/2013
TRANSACTION ID: 05732841204150709

OWNER NAME AND ADDRESS
RICHARD LOSOYA
CYNTHIA LOSOYA
215 FOX DRIVE
DEL RIO, TX 78840

REGISTRATION CLASS: PASSENGER-LESS/EQL 6000
PLATE TYPE: PASSENGER-TRUCK PLT
ORGANIZATION:
STICKER TYPE: WS

VEHICLE IDENTIFICATION NO: JTHBB96S990045053    VEHICLE CLASSIFICATION: PASS
YR/MAKE: 2009/LEXS  MODEL: G85  BODY STYLE: 4D   UNIT NO:
EMPTY WT: 3800  CARRYING CAPACITY: 0    GROSS WT: 3800  TONNAGE: 0.00  TRAILER TYPE:
BODY VEHICLE IDENTIFICATION NO:                TRAVEL TRLR LNG/WDTH: 0
PREV OWNER NAME: DFW SELECT MOTORCARS LLC  PREV CITY/STATE: DALLAS, TX

INVENTORY ITEM(S)          YR
PASSENGER-TRUCK PLT
WINDSHIELD STICKER         2013

VEHICLE RECORD NOTATIONS
ACTUAL MILEAGE
SURVIVORSHIP RIGHTS
   RICHARD LOSOYA
   CYNTHIA LOSOYA
PAPER TITLE

| FEES ASSESSED | | |
|---|---|---|
| TITLE APPLICATION FEE | $ | 12.00 |
| TEXAS MOBILITY FUND FEE | $ | 15.00 |
| TERP FEE | | 5.00 |
| SALES TAX FEE | | 1,809.38 |
| BUYERS TAG | | 5.00 |
| WINDSHIELD STICKER | | 50.75 |
| REG FEE-DPS | | 1.00 |
| CNTY ROAD BRIDGE ADD-ON FEE | | 10.00 |
| AUTOMATION FEE | | 1.00 |
| TOTAL | | 1,910.13 |

ODOMETER READING: 42957   BRAND: A
OWNERSHIP EVIDENCE: OUT-OF-STATE TITLE
1ST LIEN        DATE: 10/18/2012
UNITY ONE CREDIT UNION
6701 BURLINGTON BLVD
FT WORTH, TX 76131

2ND LIEN

3RD LIEN

SALES TAX CATEGORY: SALES/USE

Date of Assignment/Sales Tax Date: 10/18/2012

| | | |
|---|---|---|
| Sales Price | $ | 28,950.00 |
| Less Trade In Allowance | $ | 0.00 |
| Taxable Amount | $ | 28,950.00 |
| Sales Tax Paid | $ | 1,809.38 |
| Less Other State Tax Paid | $ | 0.00 |
| Tax Penalty | $ | 0.00 |
| TOTAL TAX PAID | $ | 1,809.38 |

Batch No: 3284120401     Batch Count: 91

CERTIFICATE OF TITLE WILL BE MAILED TO 1st LIENHOLDER.

**BGH0048**

# 09 13

TERRY          90045053

# VOID
### DO NOT USE/
### NO USE

ORIGINAL   Page 9 of 13
VTR-500-RTS (REV. 12/2008) DRT RS7490

2:17cr390-009680

# APPLICATION FOR TEXAS CERTIFICATE OF TITLE
→ **SHADED AREAS ARE TO BE COMPLETED BY THE SELLER** ←   001DVL
→ **TYPE OR PRINT NEATLY IN INK** ←

| TAX OFFICE USE ONLY | | County Use Only |
|---|---|---|
| Tax Collector  John P Ames   County Dallas | | |
| Date  10/24/12   Transaction Number  50909 | | |

| 1. Vehicle Identification Number | 2. Year | 3. Make | 4. Body Style | County Use Only |
|---|---|---|---|---|
| JTHBE96S990045053 | 2009 | LEXUS | 4DR | ☐ SPV $ _____ |
| **5. Model** GS 350 | **6. Odometer Reading** 42957 [Reg.] | **7. Empty Weight** | **8. Carrying Capacity (lbs.)** | **9. Tonnage** | ☐ Appraisal Value $ _____ |

| 10. Trailer Type  ☐ Semi  ☐ Full | 11. Plate No. BGH0049 | 12. Vehicle Lien No. | 13. Major Vehicle Color BLACK | 13a. Minor Vehicle Color (two colored) BLACK |
|---|---|---|---|---|

| 14. Applicant's/Owner's Name(s) | RICHARD LOSOYA | |
|---|---|---|
| | CYNTHIA LOSOYA | |
| Address | 215 FOX DRIVE | VAL VERDE |
| City, State, Zip Code | DEL RIO, TX 78840 | County Name |

| 14a. Registrant's Name (Renewal Notice Recipient) | | |
|---|---|---|
| Address | | |
| City, State, Zip Code | | County Name |

| 14b. Vehicle Physical Location | |
|---|---|
| City, State, Zip Code | |

| 15. Previous Owner's Name | DFW SELECT MOTORCARS LLC | 15a. GDN - Dealer Use Only |
|---|---|---|
| Address | 4650 MINT WAY | P112686 |
| City, State, Zip Code | DALLAS, TX 75236 | |

**THIS MOTOR VEHICLE IS SUBJECT TO THE FOLLOWING FIRST LIEN**

| 16. 1st Lien Date 10/18/12 | 1st Lienholder Name UNITY ONE CREDIT UNION | 16a. Electronic Title Request? ☐ YES (16c cannot be checked) |
|---|---|---|
| | Address  6701 BURLINGTON BLVD | 16b. Certified Lienholder ID No.: |
| | City, State, Zip Code  FORT WORTH, TX 76131 | 16c. Additional Lien(s)? ☐ YES (Attach Form VTR-267) |

| 17. FOR CORRECTED TITLE, CHECK REASON(S) | ☐ Change in Vehicle Description ☐ VIN ☐ Year ☐ Make ☐ Body Style ☐ Other | ☐ No Change in Ownership | ☐ Add Lien ☐ Remove Lien | ☐ Odometer Brand ☐ Odometer Reading |
|---|---|---|---|---|

18. ODOMETER DISCLOSURE - FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE UPON TRANSFER OF OWNERSHIP.  FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I, **DFW SELECT MOTORCARS LLC** , state that the odometer now reads  42957  (no tenths).
** (Name of Seller/Agent)

THE MILEAGE SHOWN IS  ☒ A - Actual Mileage   ☐ N - Not Actual Mileage   WARNING - ODOMETER DISCREPANCY   ☐ X - Mileage Exceeds Mechanical Limits
** IF NO SELLER/AGENT, TITLE APPLICANT SHOULD CHECK ONE OF THE 3 BOXES ABOVE UNLESS NUMBER 6 INDICATES "EXEMPT."

**MOTOR VEHICLE TAX STATEMENT**

19. CHECK ONLY IF APPLICABLE
☐ I hold Motor Vehicle Retailer's (Rental) Permit No. _____ and will satisfy the minimum tax liability (V.A.T.S., Tax Code, §152.046 (c)).
☐ I am a Dealer or Lessor and qualify to take the Fair Market Value Deduction (V.A.T.S., Tax Code, §152.002 (c)).

| 20. DESCRIPTION OF VEHICLE TRADED IN (if any) | Year | Make | Vehicle Identification Number | 20a. ADDITIONAL TRADE - INS? (Y/N) |
|---|---|---|---|---|
| | | | | |

| 21. SALES AND USE TAX COMPUTATION | | |
|---|---|---|
| ☒ (a) Sales Price ($ ___ rebate has been deducted) | $ 28,950.00 | ☐ $90 New Resident Tax - (Previous State) _____ |
| (b) Less Trade - In Amount, Describe in Item 20 Above | $( 0.00 ) | ☐ $5 Even Trade Tax |
| (c) For Dealers/Lessors/Rental ONLY - Fair Market Value Deduction, Describe in Item 20 Above | $( N/A ) | ☐ $10 Gift Tax - Affidavit required. Use Comptroller Form 14-317. |
| | | ☐ $65 Rebuilt Salvage Fee |
| (d) Taxable Amount (Item a. minus Item b./Item c.) | $ 28,950.00 | ☐ 2.5% Emissions Fee (Diesel Vehicles 1996 and Older > 14,000 lbs) |
| (e) 6.25% Tax on Taxable Amount (Multiply Item d. by .0625) | $ 1,809.38 | ☐ 1% Emissions Fee (Diesel Vehicles 1997 and Newer > 14,000 lbs) |
| (f) Late Tax Payment Penalty ☐ 5% or ☐ 10% | $ 0.00 | ☐ Exemption claimed under the Motor Vehicle Sales and Use Tax Law because _____ |
| (g) Tax Paid to  TEXAS  (STATE) | $ 1,809.38 | ☒ $28 or $33 APPLICATION FEE FOR CERTIFICATE OF TITLE |
| (h) AMOUNT OF TAX AND PENALTY DUE (Item e. plus Item f. minus Item g.) | $ 0.00 | (Contact your County Tax Assessor-Collector for the correct fee.) |

**I HEREBY CERTIFY THAT ALL STATEMENTS IN THIS DOCUMENT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

| 22. | | |
|---|---|---|
| Signature of SELLER, DONOR, OR TRADER | PRINTED NAME (Same as signature) Chr. Scher | 10/18/12 Date |

| 23. | | |
|---|---|---|
| Signature of PURCHASER, DONEE, OR TRADER | PRINTED NAME (Same as signature) Richard Losoya Cynthia Losoya | 10/18/12 Date |

RIGHTS OF SURVIVORSHIP OWNERSHIP AGREEMENT (MARRIED PERSONS)
WE, THE PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS APPLICATION SHALL, FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF EITHER OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR. NON-MARRIED PERSONS ARE REQUIRED TO EXECUTE A RIGHTS OF SURVIVORSHIP OWNERSHIP AGREEMENT FOR A MOTOR VEHICLE, FORM VTR-122.

SIGNATURE _____ Date _____
SIGNATURE _____   10/18/12

WARNING: Transportation Code, §501.155, provides that falsifying information on title transfer documents is a third-degree felony offense punishable by not more than ten (10) years in prison or not more than one (1) year in a community correctional facility. In addition to imprisonment, a fine of up to $10,000 may also be imposed.

Form 130-U  (Rev. 05/12)

# STATE OF CALIFORNIA

## CERTIFICATE OF TITLE

196090324H8

**VEHICLE HISTORY**

**AUTOMOBILE**

VEHICLE ID NUMBER
JTHBE96S990045053

YR MODEL **2009**
MAKE **LEXS**
PLATE NUMBER **6HGB225**

BODY TYPE MODEL **4D**
AX
UNLADEN WEIGHT
FUEL **G**
TRANSFER DATE
FEES PAID **$409**
REGISTRATION EXPIRATION DATE **03/02/2010**

YR 1ST SOLD **2009**
CLASS **NJ**
YR
MO **QR**
EQUIPMT/TRUST NUMBER
ISSUE DATE **04/03/09**

MOTORCYCLE ENGINE NUMBER
ODOMETER DATE **02/28/2009**
ODOMETER READING **11 MI**
ACTUAL MILEAGE

REGISTERED OWNER(S)
TOYOTA LEASE TRST LSR
MAGLIATO KATHY E LSE
401 EL MEDIO AVE
PACIFIC PLSDS CA 90272

- - - - -

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a. DATE _7.38.18_   X _[signature]_   TOYOTA LEASE TRUST

SIGNATURE OF REGISTERED OWNER

1b. DATE   X

SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads _____ (no tenths) miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked.

WARNING   ☐ Odometer reading is not the actual mileage.   ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE _7.38.12_   x _[signature]_
TRANSFEROR/SELLER SIGNATURE
DATE _7.38.12_   x _[signature]_
TRANSFEREE/BUYER SIGNATURE

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY _SApplegate_
PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY _DWagner_

< IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

TOYOTA LEASE TRUST

LIENHOLDER(S)
TOYOTA LEASE TRST
PO BX 105386
ATLANTA
GA 30348

2.   X _[signature]_
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date _8/13/12_

020883   CA 117196272
REG. 17.30RB (REV.7/07)

## KEEP IN A SAFE PLACE - VOID IF ALTERED

2:17cr390-009682

# APPLICATION FOR TRANSFER BY NEW OWNER   *(Please print or type.)*

Any change of registered owner or lienholder must be recorded with the Department of Motor Vehicles (DMV) within ten (10) days. The title, transfer fee and in most instances, use tax and a smog certificate must be presented to DMV to record the ownership change.

**NEW REGISTERED OWNER**

3a. TRUE FULL NAME(S) OF NEW REGISTERED OWNER(S) (LAST, FIRST, MIDDLE) AS IT APPEARS ON DRIVER'S LICENSE OR I.D. CARD

3b. ☐ AND   (LAST, FIRST, MIDDLE)
☐ OR

4. STREET ADDRESS OR P.O. BOX NUMBER

5. CITY                                    STATE     ZIP CODE

6. MAILING ADDRESS STREET OR P.O. BOX NUMBER (DO NOT COMPLETE IF SAME AS RESIDENCE ABOVE)

7. CITY                                    STATE     ZIP CODE

8. FOR TRAILER COACHES ONLY — ADDRESS OR LOCATION WHERE KEPT

If there is a mailing address entered on this form it is a valid, existing and accurate address. I consent to receive service of process at this mailing address pursuant to Code of Civil Procedure Sections 415.20(b), 415.30(a) and 416.90.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 9a. DATE | SIGNATURE OF NEW REGISTERED OWNER X | CALIFORNIA DRIVER LICENSE OR ID CARD NO. | PURCHASE DATE |
| 9b. DATE | SIGNATURE OF NEW REGISTERED OWNER X | CALIFORNIA DRIVER LICENSE OR ID CARD NO. | PURCHASE PRICE OR IF GIFT, SO STATE |

**LEASED VEH. ONLY**   10. ADDRESS OF NEW LESSEE IF DIFFERENT FROM LINE 4 ABOVE (WILL NOT BE PRINTED ON TITLE)

**NEW LIENHOLDER**

11. NAME OF LIENHOLDER - FIRM OR INDIVIDUAL HOLDING SECURITY INTEREST (IF NO LIEN, WRITE "NONE") DO NOT ENTER NAME OF REGISTERED OWNER(S) ABOVE   ELECTRONIC LIENHOLDER ID   ELT #

12. STREET ADDRESS OR P.O. BOX NUMBER

13. CITY                                    STATE     ZIP CODE

*SURRENDERED*

## TITLE RELEASED ONLY BY LICENSED CALIFORNIA DEALERS

FEDERAL LAW REQUIRES that you state the mileage upon transfer of ownership. Failure to complete or making a false statement may result in fines and / or imprisonment.

The signature below releases my interest in this vehicle, acknowledges the odometer mileage recorded by the seller, and certifies to the odometer reading entered above my signature in compliance with Federal law.

**DEALER TRANSACTIONS ONLY**

14. Odometer now reads: [4][2][1][M][S][6] (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: *WARNING* - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.   R/S NUMBER

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE 8.23.12 | SIGNATURE OF AUTHORIZED AGENT X | PRINTED NAME OF AGENT D.Madriga | DEALER NAME HAFALK LEXUS OF BEVERLY HILLS | DEALER NUMBER 0 1 4 1 6 |
| DATE 8.23.12 | BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING X | PRINTED NAME OF BUYER OR AGENT DFW Select | SALES PERSON'S NO. |

SOLD THROUGH AUCTION IF APPLICABLE   DATE OF AUCTION 8.23.12   AUCTION NAME MANHEIM RIVERSIDE   DEALER NUMBER
SOLD THRU

15. Odometer now reads: [ ][ ][ ][ ][ ][ ] (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: *WARNING* - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.   R/S NUMBER

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | SIGNATURE OF AUTHORIZED AGENT X | PRINTED NAME OF AGENT | DEALER NAME | DEALER NUMBER |
| DATE | BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING X | PRINTED NAME OF BUYER OR AGENT | SALES PERSON'S NO. |

16. Odometer now reads: [ ][ ][ ][ ][ ][ ] (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: *WARNING* - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.   R/S NUMBER

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | SIGNATURE OF AUTHORIZED AGENT X | PRINTED NAME OF AGENT | DEALER NAME | DEALER NUMBER |
| DATE | BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING X | PRINTED NAME OF BUYER OR AGENT | SALES PERSON'S NO. |

VI-30 (05/08)



# OUT OF STATE



L18704158

# IDENTIFICATION CERTIFICATE

### FOR A MOTOR VEHICLE LAST REGISTERED
### OR TITLED IN SOME OTHER STATE OR COUNTRY

| VEHICLE YEAR | MAKE | BODY STYLE |
|---|---|---|
| 2009 | Lexus | 4D |

**MANUFACTURER'S VEHICLE IDENTIFICATION NUMBER**

JTHBE96S990045053

| NAME OF STATE OR COUNTRY IN WHICH LAST REGISTERED | YEAR OF LICENSE | LICENSE NUMBER |
|---|---|---|
| CA | 2012 | 6LWX897 |

**INSPECTION CERTIFICATE NO.**   E183382 90

**ODOMETER READING**   42881

## INDIVIDUAL PRESENTING VEHICLE

LAST NAME                    FIRST NAME

TYPE OF ID PRESENTED

STATE ISSUED ID OR DL ☐   STATE          MILITARY ID ☐   PASSPORT ☐

ID NUMBER

**NOT ACCEPTABLE WITH ERASURES OR ALTERATIONS**

### STATEMENT OF INSPECTOR
I, the undersigned duly appointed inspector, hereby certify that I have physically examined the manufacturer's vehicle identification number of the motor vehicle described above.

DATE  09 07 12          INSPECTOR'S SIGNATURE

STATION NUMBER  1834104          STATION NAME  MOTION Lube

### -NOTICE TO OUT OF STATE OWNER-
This form must be attached to your application for Texas Certificate of Title at the time you purchase Texas License plates from county Tax Assessor-Collector. This inspection is required by law.

# DEALER'S REASSIGNMENT OF TITLE FOR A MOTOR VEHICLE

TxDMV

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE | LICENSE NUMBER |
|---|---|---|---|---|
| JTHBE9ES990045053 | 2009 | LEXUS | 4DR | |

| NAME OF STATE OR COUNTRY IN WHICH LAST REGISTERED | TITLE / DOC # |
|---|---|
| GS 350 | |

► FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

## REASSIGNMENT BY DEALER ONLY

I certify that the vehicle described above is free and clear of all liens, except as noted below, and has been transferred to the following:

| RICHARD LOSOYA | 215 FOX DRIVE | DEL RIO | TX | 78840 |
|---|---|---|---|---|
| Name of Purchaser | Street | City | State | Zip |

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

► ODOMETER READING   42957   (NO TENTHS)   ☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING-ODOMETER DISCREPANCY.

Date of Sale   10/18/12

DFW SELECT MOTORCARS LLC
Dealer's Name

Dealer No. P112685

_Agent's Signature_   Chris Fische
Printed Name (Same as Signature)

I am aware of the above odometer certification made by the seller/agent

_Signature of Buyer/Agent_   RICHARD LOSOYA + CYnTHIA LOSOYA
Printed Name (Same as Signature)

## REASSIGNMENT BY DEALER ONLY

I certify that the vehicle described above is free and clear of all liens, except as noted below, and has been transferred to the following:

| | | | | |
|---|---|---|---|---|
| Name of Purchaser | Street | City | State | Zip |

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

► ODOMETER READING   (NO TENTHS)   ☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING-ODOMETER DISCREPANCY.

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature   Printed Name (Same as Signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent   Printed Name (Same as Signature)

## REASSIGNMENT BY DEALER ONLY

I certify that the vehicle described above is free and clear of all liens, except as noted below, and has been transferred to the following:

| | | | | |
|---|---|---|---|---|
| Name of Purchaser | Street | City | State | Zip |

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

► ODOMETER READING   (NO TENTHS)   ☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING-ODOMETER DISCREPANCY.

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature   Printed Name (Same as Signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent   Printed Name (Same as Signature)

## REASSIGNMENT BY DEALER ONLY

I certify that the vehicle described above is free and clear of all liens, except as noted below, and has been transferred to the following:

| | | | | |
|---|---|---|---|---|
| Name of Purchaser | Street | City | State | Zip |

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

► ODOMETER READING   (NO TENTHS)   ☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING-ODOMETER DISCREPANCY.

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature   Printed Name (Same as Signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent   UNITY ONE CREDIT UNION   Printed Name (Same as Signature)   10/18/12
FORT WORTH, TX 76131

## LIEN

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE:
1ST LIEN IN FAVOR OF (NAME & ADDRESS)   DATE

NOTE: THIS FORM IS NOT VALID UNLESS ALL ASSIGNMENTS/REASSIGNMENTS ON AN ORIGINAL OR CERTIFIED COPY CERTIFICATE OF TITLE OR MANUFACTURER'S CERTIFICATE OF ORIGIN HAVE BEEN COMPLETED. UNAUTHORIZED PRINTING AND/OR REPRODUCTION OF THIS DOCUMENT IS PROHIBITED. THIS FORM MAY ONLY BE USED BY A TEXAS DEALER. THIS DOCUMENT IS VOID IF ALTERED IN ANY WAY.

Page 13 of 13   Form VTR-41-A (8/2010)

13174184   2:17cr390-009685

# EXHIBIT 44

 **Texas Department** *of* **Motor Vehicles**

HELPING TEXANS GO. HELPING TEXAS GROW.

Vehicle Titles and Registration • 602 N Staples St., Suite 130 • Corpus Christi, TX 78401 • Ph. 361-808-3900 Fax 361-808-2610

June 21, 2019

State of Texas:
County of Nueces:

Know all men by these presents:

I, Joanna Flores do hereby certify I am a Custodian of Records for the Texas Department of Motor Vehicles and the information shown on the attached is for:

VIN # WBANA53595B859197 Year 2005 Make BMW Plate # FSX981

A complete title history for title #03130440118091921 pages 01 through 17.

And is, to the best of my knowledge, a true and correct copy of records on file with this department.



_____
Custodian of Records

> **GOVERNMENT
> EXHIBIT**
> 44
> _____
> 17cr390

2:17cr390-009655

O 512.465.3000 ★ 888.368.4689 (888-DMVGOTX) ★ F 512.465.3098 | www.TxDMV.gov

**Texas Department of Transportation**

**TITLE CORRECTION RECEIPT**





0313 0440 1180 9192 15

COUNTY: CAMERON

PLATE NO: FSX981
DOCUMENT NO: 03130440118091921
PREV DOC NO: 05701739488144639 P
OWNER NAME AND ADDRESS
RICHARD LOSOYA
3970 FRANKIE AVE
BROWNSVILLE, TX 78521

TAC NAME: TONY YZAGUIRRE, JR.
DATE: 11/03/2009          EFFECTIVE DATE: 05/07/2009
TIME: 09:19AM             EXPIRATION DATE: 4/2010
EMPLOYEE ID: CAMC162      TRANSACTION ID: 03130440118091921

REGISTRATION CLASS: PASSENGER-LESS/EQL 6000
PLATE TYPE: PASSENGER PLT
ORGANIZATION:
STICKER TYPE: WS

VEHICLE IDENTIFICATION NO: WBANA53595B859197          VEHICLE CLASSIFICATION: PASS
YR/MAKE: 2005/BMW    MODEL: 525   BODY STYLE: 4D    UNIT NO:
EMPTY WT: 3600      CARRYING CAPACITY: 0        GROSS WT: 3600    TONNAGE: 0.00   TRAILER TYPE:
BODY VEHICLE IDENTIFICATION NO:                            TRAVEL TRLR LNG/WDTH: 0
PREV OWNER NAME: SEWELL BUICK PONT GMC     PREV CITY/STATE: DALLAS, TX

|  | FEES ASSESSED | | |
|---|---|---|---|
| VEHICLE RECORD NOTATIONS | TITLE APPLICATION FEE | $ | 13.00 |
| ACTUAL MILEAGE | TEXAS MOBILITY FUND FEE | $ | 15.00 |
| PAPER TITLE | TRANSFER | $ | 2.50 |
|  | TOTAL | $ | 30.50 |

SALES TAX CATEGORY:

ODOMETER READING: 58000     BRAND: A
OWNERSHIP EVIDENCE: TEXAS TITLE
1ST LIEN        DATE: 09/29/2009
WARREN FEDERAL CREDIT UNION
PO BOX 3200
CHEYENNE, WY 82003

Date of Assignment/Sales Tax Date:
Sales Price $          25,988.00
Less Trade In Allowance $    18,500.00
Taxable Amount $          0.00
Sales Tax Paid $          0.00
Less Other State Tax Paid $    0.00
Tax Penalty $          0.00
TOTAL TAX PAID $          0.00

2ND LIEN                         Batch No: 3044011801     Batch Count: 8

3RD LIEN

CERTIFICATE OF TITLE WILL BE MAILED TO 1st LIENHOLDER.

ORIGINAL
VTR-500-RTS (REV. 7/2009 of 2-1-01)8

2:17cr390-009656

# APPLICATION FOR TEXAS CERTIFICATE OF TITLE

→ **SHADED AREAS ARE TO BE COMPLETED BY THE SELLER** ←

→ **TYPE OR PRINT NEATLY IN INK** ←

| TAX OFFICE USE ONLY | County Use Only |
|---|---|

Tax Collector _____   County _____
Date _____   Transaction Number _____

☐ SPV $ _____

☐ Appraisal Value $ _____

| 1. Vehicle Identification Number WBANA53595B859197 | 2. Year 2005 | 3. Make BMW | 4. Body Style 4D |
|---|---|---|---|

| 5. Model 525 | 6. Odometer Reading 58,000 [X] | 7. Empty Weight | 8. Carrying Capacity (lbs.) | 9. Tonnage |
|---|---|---|---|---|

| 10. Trailer Type ☐ Semi ☐ Full | 11. Plate No. FSX981 | 12. Vehicle Unit No. |
|---|---|---|

14. Applicant's/Owner's Name(s)  RICHARD LOSOYA

Address **3970 FRANKIE AVE**
City, State, Zip Code **BROWNSVILLE, TX 78521**

CAMERON
County Name

14a. Registrant's Name  RICHARD LOSOYA
(Renewal Notice Recipient)
Address **3970 FRANKIE AVE**
City, State, Zip Code **BROWNSVILLE, TX 78521**

CAMERON
County Name

14b Vehicle Physical Location
City, State, Zip Code

| 15. Previous Owner's Name SAME  Address  City, State, Zip Code | 15a GDN - Dealer Use Only |
|---|---|

## THIS MOTOR VEHICLE IS SUBJECT TO THE FOLLOWING FIRST LIEN

| 16. 1st Lien Date 09/29/09 | 1st Lienholder Name WARREN FEDERAL CREDIT UNION  Address PO BOX 3200  City, State, Zip Code CHEYENNE, WY 82003 | 16a. Electronic Title Request? ☐ YES (16c cannot be checked)  16b. Certified Lienholder ID No.:  16c. Additional Lien(s)? ☐ YES (Attach Form VTR-267) |
|---|---|---|

| 17. FOR CORRECTED TITLE, CHECK REASON(S) | ☐ Change in Vehicle Description  ☐ Year  ☐ Make | ☐ VIN  ☐ Body Style  ☐ Other | ☐ No Change in Ownership | ☒ Add Lien  ☐ Remove Lien | ☐ Odometer Brand  ☐ Odometer Reading |
|---|---|---|---|---|---|

18. ODOMETER DISCLOSURE - FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE UPON TRANSFER OF OWNERSHIP.  FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I, _____ , state that the odometer now reads _____ (no tenths).
** (Name of Seller/Agent)

THE MILEAGE SHOWN IS  ☐ A - Actual Mileage   ☐ N - Not Actual Mileage   WARNING - ODOMETER DISCREPANCY   ☐ X - Mileage Exceeds Mechanical Limits
** IF NO SELLER/AGENT, TITLE APPLICANT SHOULD CHECK ONE OF THE 3 BOXES ABOVE UNLESS NUMBER 6 INDICATES "EXEMPT."

## MOTOR VEHICLE TAX STATEMENT

19. CHECK ONLY IF APPLICABLE
☐ I hold Motor Vehicle Retailer's (Rental) Permit No _____ and will satisfy the minimum tax liability (V.A.T.S., Tax Code, §152.046 [c]).
☐ I am a Dealer or Lessor and qualify to take the Fair Market Value Deduction (V.A.T.S., Tax Code, §152.002 [c]).

| 20. DESCRIPTION OF VEHICLE TRADED IN (if any) | Year | Make | Vehicle Identification Number | 20a. ADDITIONAL TRADE - INS? (Y/N) |
|---|---|---|---|---|

21. SALES AND USE TAX COMPUTATION

| | | |
|---|---|---|
| ☐ (a) Sales Price ($ _____ rebate has been deducted) | $ | ☐ $90 New Resident Tax - (Previous State) _____ |
| (b) Less Trade - In Amount, Describe in Item 20 Above | $( ) | ☐ $5 Even Trade Tax |
| (c) For Dealers/Lessors/Rental ONLY - Fair Market Value Deduction, Describe in Item 20 Above | $( ) | ☐ $10 Gift Tax - Affidavit required. Use Comptroller Form 14-317.  ☐ $65 Rebuilt Salvage Fee |
| (d) Taxable Amount (Item a. minus Item b./Item c.) | $ | ☐ 2.5% Emissions Fee (Diesel Vehicles 1996 and Older > 14,000 lbs) |
| (e) 6.25% Tax on Taxable Amount (Multiply Item d. by .0625) | $ | ☐ 1% Emissions Fee (Diesel Vehicles 1997 and Newer > 14,000 lbs) |
| (f) Late Tax Payment Penalty ☐ 5% or ☐ 10% | $ | ☐ Exemption claimed under the Motor Vehicle Sales and Use Tax Law because _____ |
| (g) Tax Paid to _____ (STATE) | $ | ☐ $28 or $33 APPLICATION FEE FOR CERTIFICATE OF TITLE (Contact your County Tax Assessor-Collector for the correct fee.) |
| (h) AMOUNT OF TAX AND PENALTY DUE (Item e. plus Item f. minus Item g.) | $ | |

## I HEREBY CERTIFY THAT ALL STATEMENTS IN THIS DOCUMENT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

| 22. *Richard Losoya by Linda C(?) POA WFCU*  Signature of SELLER, DONOR, OR TRADER | Richard Losoya  PRINTED NAME (Same as signature) | 10/29/09  Date |
|---|---|---|

| 23. *Richard Losoya by Linda C(?) POA WFCU*  Signature of PURCHASER, DONEE, OR TRADER | Richard Losoya  PRINTED NAME (Same as signature) | 10/29/09  Date |
|---|---|---|

| RIGHTS OF SURVIVORSHIP OWNERSHIP AGREEMENT (MARRIED PERSONS)  WE, THE PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS APPLICATION FOR TITLE, SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF EITHER OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR.  NON-MARRIED PERSONS ARE REQUIRED TO EXECUTE A RIGHTS OF SURVIVORSHIP OWNERSHIP AGREEMENT FOR A MOTOR VEHICLE, FORM VTR-122 | SIGNATURE | Date |
|---|---|---|
| | SIGNATURE | Date |

WARNING: Transportation Code, §501.155, provides that falsifying information on the transfer documents is a third-degree felony offense punishable by not more than ten (10) years in prison or not more than one (1) year in a community correctional facility in addition to imprisonment, a fine of up to $10,000 may also be imposed

Form 130-U  (Rev. 09/09)

2:17cr390-009657

# TEXAS CERTIFICATE OF TITLE

83995614

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| WBANA53595B859197 | 2005 | BMW | 4D |

TITLE/DOCUMENT NUMBER    DATE TITLE ISSUED

05701739488144639 02/21/2008

| MODEL | MFG. CAPACITY IN TONS | WEIGHT | LICENSE NUMBER |
|---|---|---|---|
| 525 | | 3600 | FSX981 |

ODOMETER READING
41719

PREVIOUS OWNER
SEWELL BUICK PONT GMC DALLAS TX

REMARK(S)
ACTUAL MILEAGE

OWNER
RICHARD LOSOYA
6 BAZELY CIR
WICHITA FALLS, TX 76306

X _____
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN
THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE
INFORMATION ON A CERTIFICATE OF TITLE.

DATE OF LIEN          1ST LIENHOLDER
01/25/2008  JPMORGAN CHASE BANK N A
            PO BOX 901098
            FT WORTH, TX 76101-2098

1ST LIEN RELEASED  OCT 21 2009  DATE

BY _____
AUTHORIZED AGENT

DATE OF LIEN          2ND LIENHOLDER

2ND LIEN RELEASED _____ DATE

BY _____
AUTHORIZED AGENT

DATE OF LIEN          3RD LIENHOLDER

3RD LIEN RELEASED _____ DATE

BY _____
AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER
OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

RIGHTS OF SURVIVORSHIP AGREEMENT
WE, THE PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE
THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE
OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE
EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT,
THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

SIGNATURE _____ DATE

SIGNATURE _____ DATE

SIGNATURE _____ DATE

FORM 30-C REV. 12/2007     DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

2:17cr390-009658

**SELLER:** When vehicle is sold, complete the Assignment of Title (below), including Date of Sale, and provide the title to the purchaser, along with the current license receipt. You must also provide a signed Application for Texas Certificate of Title (Form 130-U), with the sales price completed.
**PURCHASER:** The completed Form 130-U and title must be filed with the county tax assessor-collector within 20 working days to avoid penalty.

► **FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP: FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.**

## ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser ___ Street ___ City ___ State ___ Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. **WARNING – ODOMETER DISCREPANCY.**

ODOMETER READING (No. Tenths)

Date of Sale ___

Signature of Seller/Agent ___ Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent ___ Printed Name (same as signature)

## FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser ___ Street ___ City ___ State ___ Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. **WARNING – ODOMETER DISCREPANCY.**

ODOMETER READING (No. Tenths)

Date of Sale ___ Dealer No. ___

Dealer's Name ___

Agent's Signature ___ Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent ___ Printed Name (same as signature)

## SECOND REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser ___ Street ___ City ___ State ___ Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. **WARNING – ODOMETER DISCREPANCY.**

ODOMETER READING (No. Tenths)

Date of Sale ___ Dealer No. ___

Dealer's Name ___

Agent's Signature ___ Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent ___ Printed Name (same as signature)

## THIRD REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser ___ Street ___ City ___ State ___ Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. **WARNING – ODOMETER DISCREPANCY.**

ODOMETER READING (No. Tenths)

Date of Sale ___ Dealer No. ___

Dealer's Name ___

Agent's Signature ___ Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent ___ Printed Name (same as signature)

## LIEN

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE:
1ST LIEN IN FAVOR OF (NAME & ADDRESS) ___

SURRENDERED



**warren**
FEDERAL CREDIT UNION

P.O. Box 3200, Cheyenne, WY 82003-3200
Phone: (307) 432-5400 / (800) 368-9328
Fax: (307) 638-7043
www.warrenfcu.com

**SECURITY AGREEMENT**
**(STAND ALONE)**

| BORROWER'S NAME | DATE | ACCOUNT NUMBER |
|---|---|---|
| RICHARD LOSOYA | 9/29/2009 | 85555 - |
| BORROWER'S ADDRESS | PHONE NUMBER | SOCIAL SECURITY NUMBER |
| 3970 FRANKIE AVE  BROWNSVILLE  TX 78521 | 9565720757 | 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 |
| CO-BORROWER'S NAME | | |

## SECURITY INFORMATION

THE FOLLOWING PROPERTY IS GIVEN AS COLLATERAL TO SECURE THE DEBT DESCRIBED HEREIN. THE ADVANCE IS ALSO SECURED BY BORROWER'S SHARES, ALL PROPERTY SECURING OTHER PLAN ADVANCES AND LOANS RECEIVED IN THE PAST OR IN THE FUTURE:

| SHARES PLEDGED: | ACCOUNT NUMBER | | AMOUNT | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|---|---|
| **MOTOR VEHICLE:** | YEAR 2005 | MAKE BMW | MODEL 525I | BODY TYPE | |
| | SERIAL NUMBER or VIN  WBANA53595B869197 | | | | |
| **OTHER COLLATERAL:** | | | | | |

## CREDIT INFORMATION

| DAILY PERIODIC RATE | ANNUAL PERCENTAGE RATE | ☐ FIXED RATE ☐ VARIABLE RATE | PAYMENT AMOUNT | FREQUENCY | DATE OF FIRST PAYMENT |
|---|---|---|---|---|---|
| 0.00016438% | 6.000% | | $456.21 | Monthly | 10/28/2009 ✔ |
| | | | LOAN AMOUNT | AMOUNT OF LIEN (Total of Payments) | |
| | | | $23,574.20 | | $23,574.20 |

## BORROWER'S SIGNATURES

By signing below, Borrower agrees to abide by the terms of the Security Agreement and GRANTS TO THE CREDIT UNION A SECURITY INTEREST IN THE PROPERTY DESCRIBED ABOVE and other collateral, including my shares, in accordance with the attached Security Agreement.

| BORROWER 1 NAME | DATE | BORROWER 2 NAME | DATE |
|---|---|---|---|
| X *Richard Losoya* | 09-29-09 | X | |
| SECURED PARTY SIGNATURE (IF REQUIRED) | DATE | | |
| X | | | |

☐ CONSUMER'S CLAIMS AND DEFENSES NOTICE – IF CHECKED, SEE NOTICE BELOW

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.



**FEDERAL CREDIT UNION**

P.O. Box 3200, Cheyenne, WY 82003-3200
Phone: (307) 432-5400 / (800) 368-9328
Fax: (307) 638-7043
www.warrenfcu.com

# Power Of Attorney

KNOW ALL MEN BY THESE PRESENT:

That the principal, _____ **Richard Losoya** _____, who resides at

__ **3970 FRANKIE AVE   BROWNSVILLE, TX  78521** __, in the county of _Cameron_ _____,

state of _Texas_ _____, being the registered owner of the following described motor vehicle:

Make: __ **BMW** _____

Model: __ **525I** _____

Year: __ **2005** _____

VIN: __ **WBANA53595B859197** _____

does here by constitute Warren Federal Credit Union, of the city of Cheyenne and the State of Wyoming, the true and lawful Attorney-in-Fact to sign in the name, place and stead of the principal, an application for Certificate of Title, and/or the assignment of Certificate of Title covering the motor vehicle described above in whatever manner necessary to obtain or assign any Certificate of Title on said motor vehicle.

Granting and giving unto said Attorney-in-Fact, full authority and power to do and perform any and all other acts necessary or incident to the execution of the powers herein expressly granted, with power to do and perform any and all acts authorized hereby, as fully to all intents and proposes as the principal might or could do if personally present with full power of substitution.  This authority shall be specifically for the above described motor vehicle.

In testimony whereof, the principal has hereunto set his/her hand on _Richard Losoya_ _____.

_(signature)_
Signature of Principal

ACKNOWLEDGMENT

State of _Texas_ _____ }

County of _Cameron_ _____ }

The foregoing instrument was acknowledged before me by ~~Javier Anzures~~ RICHARD LOSOYA this _30th_ day of _September_ _____, _2009_ _____

Witness my hand and official seal.

Javier Anzures
My Commission Expires
12/10/2011

_(signature)_
Notary Public or Deputy County Clerk

My term expires: _____

**Texas Department of Transportation**

TITLE APPLICATION RECEIPT





0570 1739 4801 4463 97

COUNTY: DALLAS

PLATE NO: FSX981
DOCUMENT NO: 05701739488144639

TAC NAME: DAVID CHILDS
DATE: 02/12/2008          EFFECTIVE DATE: 02/12/2008
TIME: 02:46PM             EXPIRATION DATE: 4/2009
EMPLOYEE ID: 12V2074      TRANSACTION ID: 05701739488144639

OWNER NAME AND ADDRESS
RICHARD LOSOYA
6 BAZELY CIR
WICHITA FALLS, TX 76306

REGISTRATION CLASS: PASSENGER-LESS/EQL 6000
PLATE TYPE: PASSENGER PLT
ORGANIZATION:
STICKER TYPE: WS

VEHICLE IDENTIFICATION NO: WBANA53595B859197    VEHICLE CLASSIFICATION: PASS
YR/MAKE: 2005/BMW    MODEL: 525  BODY STYLE: 4D      UNIT NO:
EMPTY WT: 3600    CARRYING CAPACITY: 0      GROSS WT: 3600   TONNAGE: 0.00   TRAILER TYPE:
BODY VEHICLE IDENTIFICATION NO:                    TRAVEL TRLR LNG/WDTH: 0
PREV OWNER NAME: SEWELL BUICK PONT GMC    PREV CITY/STATE: DALLAS, TX

INVENTORY ITEM(S)                    YR
PASSENGER PLT
WINDSHIELD STICKER               2009

VEHICLE RECORD NOTATIONS
RELEASE OF PERSONAL INFO RESTRICTED
ACTUAL MILEAGE

| FEES ASSESSED | | |
|---|---|---|
| TITLE APPLICATION FEE | $ | 13.00 |
| TERP FEE | $ | 20.00 |
| SALES TAX FEE | $ | 468.00 |
| WINDSHIELD STICKER | $ | 63.13 |
| REG FEE-DPS | $ | 1.00 |
| REFLECTORIZATION FEE | $ | 0.30 |
| CNTY ROAD BRIDGE ADD-ON FEE | $ | 10.00 |
| AUTOMATION FEE (LARGE CNTY) | $ | 1.00 |
| REGIS. CREDIT REMAINING | $ | -14.63 |
| MISCELLANEOUS FEES | $ | 2.00 |
| TOTAL | $ | 563.80 |

ODOMETER READING: 41719    BRAND: A
OWNERSHIP EVIDENCE: TEXAS TITLE
1ST LIEN        DATE: 01/25/2008
JPMORGAN CHASE BANK N A
PO BOX 901098
FT WORTH, TX 76101-2098

2ND LIEN

3RD LIEN

SALES TAX CATEGORY: SALES/USE

| | | |
|---|---|---|
| Sales Tax Date: | | 01/25/2008 |
| Sales Price | $ | 25,980.00 |
| Less Trade In Allowance | $ | 18,500.00 |
| Taxable Amount | $ | 7,480.00 |
| Sales Tax Paid | $ | 468.00 |
| Less Other State Tax Paid | $ | 0.00 |
| Tax Penalty | $ | 0.00 |
| TOTAL TAX PAID | $ | 468.00 |

Batch No: 0173948801     Batch Count: 56

CERTIFICATE OF TITLE WILL BE MAILED TO 1st LIENHOLDER

## FSX981

# 04 09

WICHITA          5B859197

# VOID
DO NOT USE/
NO USE

2:17cr390-009662

## APPLICATION FOR TEXAS CERTIFICATE OF TITLE
→ SHADED AREAS ARE TO BE COMPLETED BY THE SELLER ←
→ TYPE OR PRINT NEATLY IN INK ←

| TAX OFFICE USE ONLY | | County Use Only |
|---|---|---|

Tax Collector **DAVID CHILDS** County **DALLAS 57**
Date **2/3/08** Transaction Number **104 659**

□ SPV $

| 1. Vehicle Identification Number **WBANA535955B859197** | 2. Year **05** | 3. Make **BMW** | 4. Body Style **4D** |
|---|---|---|---|

□ Appraisal Value $

| 5. Model **525I** | 6. Odometer Reading **41719** | 7. Empty Weight **3600** | 8. Carrying Capacity (lbs.) | 9. Tonnage |
|---|---|---|---|---|

| 10. Trailer Type □ Semi □ Full | 11. Plate No. **FSX981** | 12. Vehicle Unit No. | 13. Applicant's/Additional Applicant's Social Security Number (See * below) or Federal Tax ID Number **461612757** |
|---|---|---|---|

14. Applicant's/Owner's Name(s)   **RICHARD LOSUYA**

Address
City, State, Zip Code   **6 BAZELY CIR    WICHITA**
**WICHITA FALLS, TX 76306**   County Name

14a. Registrant's Name (Renewal Notice Recipient)
Address
City, State, Zip Code   County Name

□ Statement of Fact for Non-Disclosure, VTR-171, Attached.

14b. Vehicle Physical Location
City, State, Zip Code

15. Previous Owner's Name   **SEWELL BUICK PONTIAC GMC**
Address   **7474 LEMMON AVE**
City, State, Zip Code   **DALLAS, TX 75209**

15a. GDN – Dealer Use Only
**P13625**

### THIS MOTOR VEHICLE IS SUBJECT TO THE FOLLOWING FIRST LIEN

| 16. 1st Lien Date **01/25/08** | 1st Lienholder Name **JPMORGAN CHASE BANK N A** Address **PO BOX 901098** City, State, Zip Code **FT WORTH TX 76101-2098** | 16a. Additional Lien(s)? □ YES (If additional liens are to be recorded, attach Form VTR-267.) |
|---|---|---|

17. FOR CORRECTED TITLE, CHECK REASON(S): □ Change in Vehicle Description □ VIN □ No Change in Ownership □ Add Lien □ Remove Lien □ Odometer Brand □ Odometer Reading □ Year □ Make □ Body Style □ Other

18. ODOMETER DISCLOSURE – FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE UPON TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.
I, **SEWELL BUICK PONTIAC GMC** , state that the odometer now reads **41719** (no tenths).
** (Name of Seller/Agent)

THE MILEAGE SHOWN IS □ A – Actual Mileage □ N – Not Actual Mileage   WARNING – ODOMETER DISCREPANCY □ X – Mileage Exceeds Mechanical Limits
** IF NO SELLER/AGENT, TITLE APPLICANT SHOULD CHECK ONE OF THE 3 BOXES ABOVE UNLESS NUMBER 6 INDICATES "EXEMPT."

### MOTOR VEHICLE TAX STATEMENT

19. CHECK ONLY IF APPLICABLE
□ I hold Motor Vehicle Retailer's (Rental) Permit No. _____ and will satisfy the minimum tax liability (V.A.T.S., Tax Code, §152.046 [c]).
□ I am a Dealer or Lessor and qualify to take the Fair Market Value Deduction (V.A.T.S., Tax Code, §152.002 [c]).

| 20. DESCRIPTION OF VEHICLE TRADED IN (if any) | Year **04** | Make **FORD** | Vehicle Identification Number **1FTPW14564KD69352** | 20a. ADDITIONAL TRADE – INS? (Y/N) **N** |
|---|---|---|---|---|

21. SALES AND USE TAX COMPUTATION

□ X

(a) Sales Price ($ **N/A** rebate has been deducted) $ **25988.00**   □ $90 New Resident Tax – (Previous State) _____
(b) Less Trade - In Amount, Describe in Item 20 Above $ **8500.00**   □ $5 Even Trade Tax
(c) For Dealers/Lessors/Rental ONLY – Fair Market Value Deduction, Describe in Item 20 Above $ ( _____ )   □ $10 Gift Tax
   □ $65 Rebuilt Salvage Fee
(d) Taxable Amount (Item a, minus Item b./item c.) $ **7488.00**   □ 2.5% Emissions Fee (Diesel Vehicles 1996 and Older > 14,000 lbs) _____
(e) 6.25% Tax on Taxable Amount (Multiply Item d. by .0625) $ **468.00**   □ 1% Emissions Fee (Diesel Vehicles 1997 and Newer > 14,000 lbs) _____
(f) Late Tax Payment Penalty □ 5% or □ 10% $ **N/A**   □ Exemption claimed under the Motor Vehicle Sales and Use Tax Law because _____
(g) Tax Paid to _____ (STATE) $ **N/A**
(h) AMOUNT OF TAX AND PENALTY DUE (Item e. plus Item f. minus Item g.) $ **468.00**   □ $28 or $33 APPLICATION FEE FOR CERTIFICATE OF TITLE (Contact your County Tax Assessor-Collector for the correct fee.)

### I HEREBY CERTIFY THAT ALL STATEMENTS IN THIS DOCUMENT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

22. _(signature)_
Signature of SELLER, DONOR, OR TRADER   **SEWELL BUICK PONTIAC GMC**   **01/25/08**
PRINTED NAME (Same as signature)   Date

23. _(signature)_
Signature of PURCHASER, DONEE, OR TRADER   **RICHARD LOSOYA**   **01/25/08**
PRINTED NAME (Same as signature)   Date

RIGHTS OF SURVIVORSHIP OWNERSHIP AGREEMENT (MARRIED PERSONS)
WE, THE PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS APPLICATION FOR TITLE, SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF EITHER OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR.
NON-MARRIED PERSONS ARE REQUIRED TO EXECUTE A RIGHTS OF SURVIVORSHIP OWNERSHIP AGREEMENT FOR A MOTOR VEHICLE, FORM VTR-122.

SIGNATURE _____ Date _____
SIGNATURE _____ Date _____

WARNING: Transportation Code, §501.155, provides that falsifying information on title transfer documents is a third-degree felony offense punishable by not more than ten (10) years in prison or not more than one (1) year in a community correctional facility. In addition to imprisonment, a fine of up to $10,000 may also be imposed.
* NOTE: Transportation Code, §501.0235, REQUIRES that the applicant's social security number be provided when applying for a certificate of title. If the applicant does not have a social security number, Form VTR-171, Statement of Fact for Non-disclosure of a Social Security Number, must accompany this application. This information is requested for owner identification purposes.

Form-130-U (Rev. 8/2006)

2:17cr390-009663

# TEXAS CERTIFICATE OF TITLE

VEHICLE TITLES AND REGISTRATION DIVISION

79988910

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| WBANA53595B859197 | 2005 | BMW | 4D |

TITLE/DOCUMENT NUMBER          DATE TITLE ISSUED

05701239218123105  05/29/2007

| MODEL | MFG. CAPACITY IN TONS | WEIGHT | LICENSE NUMBER |
|---|---|---|---|
| 525 | | 3600 | 657XHW |

ODOMETER READING

27850

PREVIOUS OWNER

BUDGET CAR SALES OF DALL DALLAS TX

OWNER                                      REMARK(S)

CRISTIN D CARBALLO                         ACTUAL MILEAGE
7608 FOREST RIDGE TRAIL
SACHSE, TX 75048

4\8

X _____

SIGNATURE OF OWNER OR AGENT MUST BE IN INK

USAA

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN
THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE
INFORMATION ON A CERTIFICATE OF TITLE.

DATE OF LIEN                1ST LIENHOLDER

05/03/2007  USAA
            PO BOX 660986
            SACRAMENTO, CA 95866

1ST LIEN RELEASED  11-8-07  DATE

BY _____  AUTHORIZED AGENT

DATE OF LIEN                2ND LIENHOLDER

2ND LIEN RELEASED _____  DATE

BY _____  AUTHORIZED AGENT

DATE OF LIEN                3RD LIENHOLDER

3RD LIEN RELEASED _____  DATE

BY _____  AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER
OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

**RIGHTS OF SURVIVORSHIP AGREEMENT**
WE, THE PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE
THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE
OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE
EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT,
THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

SIGNATURE _____  DATE

SIGNATURE _____  DATE

SIGNATURE _____  DATE

FORM 30-C REV. 5/2002          DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

WHEN VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE, CURRENT LICENSE RECEIPT, AND SIGNED APPLICATION FOR TITLE (FORM 130-U) INDICATING SALES PRICE TO THE PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX ASSESSOR-COLLECTOR WITHIN 20 WORKING DAYS TO AVOID $10 PENALTY.

► FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

## ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: Sewell Buick Pontiac GMC Trk. 7474 Lemmon Ave. Dallas, TX 75209
Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths): 46340
Date of Sale: 10/07/07

Signature of Seller/Agent: *G Bailey*
Printed Name (same as signature): Cristin D. Carballo / G Bailey

I am aware of the above odometer certification made by the seller/agent.
Signature of Buyer/Agent: *G Bailey*
Printed Name (same as signature):

## FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: RICHARD LOSOYA
Street: 6 BAZELY CIR | City: WICHITA FALLS | State: TX | Zip: 76306

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths): 47470
Date of Sale: 25 JAN 2008
Dealer's Name: SEWELL BUICK PONTIAC GMC TRK
Dealer No.: P17625

Agent's Signature: *MLEMUS*
Printed Name (same as signature): MLEMUS / RICHARD LOSOYA

I am aware of the above odometer certification made by the seller/agent.
Signature of Buyer/Agent:
Printed Name (same as signature):

## SECOND REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser:
Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths):
Date of Sale:
Dealer's Name:
Dealer No.:

Agent's Signature:
Printed Name (same as signature):

I am aware of the above odometer certification made by the seller/agent.
Signature of Buyer/Agent:
Printed Name (same as signature):

**SURRENDERED**

## THIRD REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser:
Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths):
Date of Sale:
Dealer's Name:
Dealer No.:

Agent's Signature:
Printed Name (same as signature):

I am aware of the above odometer certification made by the seller/agent.
Signature of Buyer/Agent:
Printed Name (same as signature):

## LIEN

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE:
1ST LIEN IN FAVOR OF (NAME & ADDRESS) _____

# STATE OF TEXAS

## POWER OF ATTORNEY FOR TRANSFER OF OWNERSHIP TO A MOTOR VEHICLE
(SEE REVERSE SIDE FOR INSTRUCTIONS)

**THIS FORM MAY BE USED ONLY WHEN TITLE: (Check applicable reason.)**
☐ IS PHYSICALLY HELD BY LIENHOLDER OR ☐ HAS BEEN LOST.

This Form Must Be Submitted To The State By The Person Exercising Powers Of Attorney. Failure To Do So May Result In Fines And/Or Imprisonment.

### VEHICLE DESCRIPTION

| WBANA53595B859197 | 05 | BMW | SD | 525I |
|---|---|---|---|---|
| Vehicle Identification Number | Year Model | Make of Vehicle | Body Style | Model |

### PART A. A POWER OF ATTORNEY TO TRANSFER OWNERSHIP AND TO DISCLOSE MILEAGE

Federal and State law require that you state the mileage upon transfer of ownership. Providing a false statement may result in fines and/or imprisonment.
I, **CRISTIN D CARBALLO**, appoint **SEWELL BUICK PONTIAC GMC TRUCK** (Buyer's Firm Name, Print)
as my attorney-in-fact, to execute all documents necessary to transfer my interest in the above described vehicle and to disclose the mileage on the title for the vehicle described above exactly as stated in my following disclosure.
I state that the odometer now reads **40340** (no tenths) miles and to the best of my knowledge that it reflects the actual mileage unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| (Signature of Seller/Agent) | CRISTIN D CARBALLO (Printed Name) | 27 OCT 2007 (Date of Statement) |
|---|---|---|

**7608 FOREST RIDGE TRAIL  SACHSE, TX  75048**
(Seller's Street Address, City, State, Zip Code)

| (Signature of Buyer/Agent) | G Bailey (Printed Name of Individual Signing as Buyer/Agent) |
|---|---|

**SEWELL BUICK PONTIAC GMC TRUCK 7474 LEMMON DALLAS TX, 75209**
(Firm's Name, Street Address, City, State, Zip Code - Print or Type) — P-13625 Dealer Number

### PART B. POWER OF ATTORNEY TO REVIEW TITLE DOCUMENTS AND ACKNOWLEDGE DISCLOSURE. (PART B IS INVALID UNLESS PART A HAS BEEN COMPLETED.)

I, _____, appoint _____ (Dealership's Name, Print)
as my attorney-in-fact, to sign the mileage disclosure on the title for the vehicle described above, only if the disclosure is exactly as the disclosure completed below.

| (Signature of Buyer/Agent) | (Printed Name) |
|---|---|

(Print or Type Firm Name, If Applicable)

(Buyer's Street Address, City, State, Zip Code)
Federal and State law requires that you state the mileage upon transfer of ownership. Providing a false statement may result in fines and/or imprisonment.
I, _____, state that the odometer now reads _____ (NO TENTHS)
(Seller's Name, Print)
miles and to the best of my knowledge that it reflects the actual mileage unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| (Signature of Seller/Agent) | (Print Name) | (Date of Statement) |
|---|---|---|

(Dealership's Name, Street Address, City, State, Zip Code) — Dealer Number

### PART C. CERTIFICATION (TO BE COMPLETED WHEN PARTS A AND B HAVE BEEN USED)

I, _____, hereby certify that the mileage I have disclosed on
(Person Exercising Above Powers of Attorney, Print)
the title document is consistent with that provided to me in the above power of attorney. Further, upon examination of the title and any reassignment documents for the vehicle described above, the mileage disclosure I have made on the title pursuant to the power of attorney is greater than that previously stated on the title and reassignment documents. This certification is not intended to create, nor does it create any new or additional liability under Federal or State law.

| (Signature) | (Printed Name) | (Date of Certification) |
|---|---|---|

(Street Address, City, State, Zip Code)

**14070437**  THIS DOCUMENT IS VOID IF ALTERED.  VTR-271-A (Rev. 2/2006) DHT # 142811



**Texas Department of Transportation**
## TITLE APPLICATION RECEIPT





0570 1239 2181 2310 58

COUNTY: DALLAS

PLATE NO: 657XHW
DOCUMENT NO: 05701239218123105

TAC NAME: DAVID CHILDS
DATE: 05/18/2007          EFFECTIVE DATE: 05/18/2007
TIME: 12:13PM             EXPIRATION DATE: 4/2008
EMPLOYEE ID: 0750180      TRANSACTION ID: 05701239218123105

OWNER NAME AND ADDRESS
CRISTIN D CARBALLO
7608 FOREST RIDGE TRAIL
SACHSE, TX 75048

REGISTRATION CLASS: PASSENGER-LESS/EQL 6000
PLATE TYPE: PASSENGER PLT
STICKER TYPE: WS

VEHICLE IDENTIFICATION NO: WBANA53595B859197    VEHICLE CLASSIFICATION: PASS
YR/MAKE: 2005/BMW    MODEL: 525   BODY STYLE: 4D    UNIT NO:
EMPTY WT: 3600    CARRYING CAPACITY: 0    GROSS WT: 3600    TONNAGE: 0.00    TRAILER TYPE:
BODY VEHICLE IDENTIFICATION NO:                 TRAVEL TRLR LNG/WDTH: 0
PREV OWNER NAME: BUDGET CAR SALES OF DALL  PREV CITY/STATE: DALLAS, TX

INVENTORY ITEM(S)            YR
PASSENGER PLT
WINDSHIELD STICKER           2009

VEHICLE RECORD NOTATIONS
RELEASE OF PERSONAL INFO RESTRICTED
ACTUAL MILEAGE

FEES ASSESSED
TITLE APPLICATION FEE        $        13.00
TERP FEE                     $        20.90
SALES TAX FEE                $     2,126.56
WINDSHIELD STICKER           $        58.50
REG FEE-DPS                  $         1.00
REFLECTORIZATION FEE         $         0.30
CNTY ROAD BRIDGE ADD-ON FEE  $        10.00
AUTOMATION FEE (LARGE CNTY)  $         1.00
               TOTAL         $     2,230.36

ODOMETER READING: 27850    BRAND: A
OWNERSHIP EVIDENCE: OUT-OF-STATE TITLE
1ST LIEN        DATE: 05/03/2007
USAA
PO BOX 660986
SACRAMENTO, CA 95866

2ND LIEN

3RD LIEN

SALES TAX CATEGORY: SALES/USE

Sales Tax Date: 05/03/2007
Sales Price          $    34,025.00
Less Trade In Allowance $        0.00
Taxable Amount       $    34,025.00
Sales Tax Paid       $     2,126.56
Less Other State Tax Paid $     0.00
Tax Penalty          $         0.00
TOTAL TAX PAID       $     2,126.56
Batch No: 0123921801    Batch Count: 13

CERTIFICATE OF TITLE WILL BE MAILED TO 1st LIENHOLDER

**657XHW**

# 04 08

**DALLAS**          5B859197

# VOID
## DO NOT USE/
## NO USE

# APPLICATION FOR TEXAS CERTIFICATE OF TITLE
## ➤ SHADED AREAS ARE TO BE COMPLETED BY THE SELLER ◄
### TYPE OR PRINT NEATLY IN INK

| TAX OFFICE USE ONLY | County Use Only |
|---|---|

Tax Collector
Date

County
Transaction Number

| | | | |
|---|---|---|---|
| 1. Vehicle Identification Number WBANA53595B859197 | 2. Year 05 | 3. Make BMW | 4. Body Style 4D |
| 5. Model 525I | 6. Odometer Reading 27850 | 7. Empty Weight | 8. Carrying Capacity (lbs.) | 9. Tonnage |

☐ SPV $
☐ Appraisal Value $

10. Trailer Type ☐ Semi ☐ Full   11. Plate No.   12. Vehicle Unit No.

13. Applicant's/Additional Applicant's Social Security Numbers (See * below) or Federal Tax ID Number
**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**

14. Applicant's/Owner's Name(s) **CRISTIN D CARBALLO**

Address **7608 FOREST RIDGE TRAIL**
City, State, Zip Code **SACHSE TX 75048-**

County Name

14a. Registrant's Name
(Renewal Notice Recipient)
Address
City, State, Zip Code

County Name

☐ Statement of Fact for Non-Disclosure, VTR-171, Attached.

14b. Vehicle Physical Location
City, State, Zip Code

15. Previous Owner's Name **BUDGET CAR SALES OF DALLAS**
Address **4917 ROSS AVE.**
City, State, Zip Code **DALLAS TX, 75206-**

15a. GDN – Dealer Use Only
**P-38608**

## THIS MOTOR VEHICLE IS SUBJECT TO THE FOLLOWING FIRST LIEN

16. 1st Lien Date **05/03/2007**
16a. Additional Lien(s)?
☐ YES (if additional liens are to be recorded, attach Form VTR-267.)

1st Lienholder Name **USAA**
Address **P.O. BOX 669986**
City, State, Zip Code **SACRAMENTO CA 95866-**

17. FOR CORRECTED TITLE, CHECK REASON(S)
☐ Change in Vehicle Description  ☐ VIN  ☐ No Change in Ownership  ☐ Add Lien  ☐ Remove Lien  ☐ Odometer Brand  ☐ Odometer Reading
☐ Year  ☐ Make  ☐ Body Style  ☐ Other

18. ODOMETER DISCLOSURE – FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE UPON TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I, **BUDGET CAR SALES OF DALLAS** , state that the odometer now reads **27850** (no tenths).
** (Name of Seller/Agent)

THE MILEAGE SHOWN IS ☒ A – Actual Mileage     ☐ N – Not Actual Mileage     WARNING – ODOMETER DISCREPANCY     ☐ X – Mileage Exceeds Mechanical Limits
** IF NO SELLER/AGENT, TITLE APPLICANT SHOULD CHECK ONE OF THE 3 BOXES ABOVE UNLESS NUMBER 6 INDICATES "EXEMPT."

## MOTOR VEHICLE TAX STATEMENT

19. CHECK ONLY IF APPLICABLE
☐ I hold Motor Vehicle Retailer's (Rental) Permit No. _____ and will satisfy the minimum tax liability (V.A.T.S., Tax Code, §152.046 [c]).
☐ I am a Dealer or Lessor and qualify to take the Fair Market Value Deduction (V.A.T.S., Tax Code, §152.002 [c]).

| 20. DESCRIPTION OF VEHICLE TRADED IN (if any) | Year | Make | Vehicle Identification Number | 20a. ADDITIONAL TRADE – IN? (Y/N) |
|---|---|---|---|---|
| | | | | |

21. SALES AND USE TAX COMPUTATION

| | | |
|---|---|---|
| (a) Sales Price ($ _____ rebate has been deducted) | 34025.00 | ☐ $90 New Resident Tax – (Previous State) _____ |
| (b) Less Trade - In Amount, Describe in Item 20 Above | $( 0.00 ) | ☐ $5 Even Trade Tax |
| (c) For Dealers/Lessors/Rental ONLY – Fair Market Value Deduction, Describe in Item 20 Above | $( 0.00 ) | ☐ $10 Gift Tax |
| (d) Taxable Amount (Item a, minus Item b/item c.) | 34025.00 | ☐ $05 Rebuilt Salvage Fee |
| (e) 6.25% Tax on Taxable Amount (Multiply Item d, by .0625) | $2126.56 | ☐ 2.5% Emissions Fee (Diesel Vehicles 1996 and Older > 14,000 lbs.) _____ |
| (f) Late Tax Payment Penalty ☐ 5% or ☐ 10% | $ | ☐ 1% Emissions Fee (Diesel Vehicles 1997 and Newer > 14,000 lbs) _____ |
| (g) Tax Paid to _____ (STATE) | $ | ☐ Exemption claimed under the Motor Vehicle Sales and Use Tax Law because _____ |
| (h) AMOUNT OF TAX AND PENALTY DUE (Item a, plus Item f, minus Item g.) | $2126.56 | ☐ $28 or $33 APPLICATION FEE FOR CERTIFICATE OF TITLE (Contact your County Tax Assessor-Collector for the correct fee.) |

## I HEREBY CERTIFY THAT ALL STATEMENTS IN THIS DOCUMENT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

| 22. | Signature of SELLER, DONOR OR TRADER | BUDGET CAR SALES OF DALLAS PRINTED NAME (Same as signature) | 05/03/2007 Date |
|---|---|---|---|
| 23. | Signature of PURCHASER, DONEE, OR TRADER | CRISTIN D CARBALLO PRINTED NAME (Same as signature) | 05/03/2007 Date |

RIGHTS OF SURVIVORSHIP OWNERSHIP AGREEMENT (MARRIED PERSONS)
We, THE PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED IN THIS APPLICATION SHALL, FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF OF EITHER OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR.
NON-MARRIED PERSONS ARE REQUIRED TO EXECUTE A RIGHTS OF SURVIVORSHIP OWNERSHIP AGREEMENT FOR A MOTOR VEHICLE, FORM VTR-122

SIGNATURE _____ Date
SIGNATURE _____ Date

WARNING: Transportation Code, §501.155, provides that falsifying information on the transfer documents is a third-degree felony offense punishable by not more than ten (10) years in prison or not more than one (1) year in a community correctional facility. In addition to imprisonment, a fine of up to $10,000 may also be imposed.
* NOTE: Transportation Code, §501.0235, RCCL/RGSB that the applicant's social security number be provided when applying for a certificate of title. If the applicant does not have a social security number, Form VTR-171, Statement of Fact for Non-Disclosure of a Social Security Number, must accompany this application. This information is required for owner identification purposes.

Form-130-U (Rev. 8/2003)

2:17cr390-009668

# CERTIFICATE OF TITLE

SATISFACTORY PROOF OF OWNERSHIP HAVING BEEN SUBMITTED UNDER SECTION 319.23/328.03, FLORIDA STATUTES, TITLE TO THE MOTOR VEHICLE OR VESSEL DESCRIBED BELOW IS VESTED IN THE OWNER(S) NAMED HEREIN, THIS OFFICIAL CERTIFICATE OF TITLE IS ISSUED FOR SAID MOTOR VEHICLE OR VESSEL

| NUMBER | YR. | MAKE | MODEL | BODY | WT-L-BHP | VESSEL REGIS NO. | TITLE NUMBER |
|--------|-----|------|-------|------|----------|------------------|--------------|
| WBANA53585B859197 | 2005 | BMW | | 4D | 3450 | | 92021537 |

| PREV STATE | COLOR | PRIMARY BRAND | SECONDARY BRAND | NO OF BRANDS | USE | PREV ISSUE DATE |
|------------|-------|---------------|-----------------|--------------|-----|-----------------|
| N | GRY | | | | | |

| ODOMETER STATUS OR VESSEL MANUFACTURER OR OH USE | HULL MATERIAL | PROP | DATE OF ISSUE |
|--------------------------------------------------|---------------|------|---------------|
| 153 MILES   12/20/2004 ACTUAL | | | 01/06/2005 |

REGISTERED OWNER
FINANCIAL SERVICES VEHICLE TRUST
5515 PARKCENTER CIRCLE
DUBLIN   OH 43017

LIEN RELEASE
INTEREST IN THE ABOVE DESCRIBED VEHICLE IS HEREBY RELEASED
BY FINANCIAL SERVICES VEHICLE TRUST

TITLE            DATE   1-15-05

1ST LIENHOLDER
                    12/20/2004
FINANCIAL SERVICES VEHICLE TRUST
5515 PARKCENTER CIRCLE
DUBLIN   OH 43017

DIVISION OF MOTOR VEHICLES    TALLAHASSEE    FLORIDA

DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

CARL A. FORD
DIRECTOR

Control Number 69765974

FRED O. DICKINSON, III
EXECUTIVE DIRECTOR

TRANSFER OF TITLE BY SELLER (This section must be completed at the time of sale.)

ODOMETER CERTIFICATION - Federal and state law require that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The title is warranted and certified to be free from any liens except as noted on the face of this certificate and the motor vehicle or vessel described is hereby transferred to

Purchaser Budget Car Sales of Dallas   Address Dallas, TX   Date Sold 3/7/07

Selling Price. $

I/We state that this 5 or 6 digit odometer now reads _____ (no tenths)
miles, date read _____ and to the best of my knowledge
that it reflects the actual mileage of the vehicle described herein, unless
one of the odometer statement blocks is checked.

CAUTION
DO NOT CHECK
BOX IF ACTUAL
MILEAGE

1. I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

2. I hereby certify that the odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Signature of Purchaser

Printed Name of Purchaser Rosa Lozano

Signature of Co-Purchaser

Printed Name of Co-Purchaser

FINANCIAL SERVICES VEHICLE TRUST

Printed Name of Seller   J Brant

Signature of Co-Seller (When Applicable)

Printed Name of Co-Seller

Selling Dealer's License Number _____   Tax No. _____   Tax Collected. $ _____

Auction Name 674701   License Number _____

## STATE OF FLORIDA

2:17cr390-009669

**SURRENDERED**

STATE OF TEXAS
Texas Department of Transportation
**DEALER'S REASSIGNMENT OF TITLE FOR A MOTOR VEHICLE**

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE | TITLE / DOCUMENT NUMBER |
|---|---|---|---|---|
| WBANA53595B859197 | 03 | BMW | 4D | 92021631 |

| MODEL | NAME OF STATE OR COUNTRY IN WHICH LAST REGISTERED | YEAR OF LICENSE | LICENSE NUMBER |
|---|---|---|---|
| 525I | PL | | |

**FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.**

### REASSIGNMENT BY DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, and has been transferred to the following printed name and address:

Name of Purchaser: **CRISTIN D CARBALLO**   Street: **7608 FOREST RIDGE TRAIL**   City: **SACHSE**   State: **TX**   Zip: **75048-**

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING **27850** (NO TENTHS)
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale: **05/03/2007**   Dealer's Name: **BUDGET CAR SALES OF DALLAS**   Dealer No. **P-38608**

Agent's Signature _____   Printed Name (Same as Signature): **ROSY LOZANO**

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent _____   Printed Name (Same as Signature): **Cristina Carballo**

---

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: _____   Street: _____   City: _____   State: _____   Zip: _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING (NO TENTHS)
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale _____   Dealer's Name _____   Dealer No. _____

Agent's Signature _____   Printed Name (Same as Signature) _____

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent _____   Printed Name (Same as Signature) _____

---

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: _____   Street: _____   City: _____   State: _____   Zip: _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING (NO TENTHS)
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale _____   Dealer's Name _____   Dealer No. _____

Agent's Signature _____   Printed Name (Same as Signature) _____

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent _____   Printed Name (Same as Signature) _____

---

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: _____   Street: _____   City: _____   State: _____   Zip: _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING (NO TENTHS)
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale _____   Dealer's Name _____   Dealer No. _____

Agent's Signature _____   Printed Name (Same as Signature) _____

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent _____   Printed Name (Same as Signature) _____

---

### LIEN

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE:
1ST LIEN IN FAVOR OF (NAME & ADDRESS) _____   DATE _____

**NOTE:** THIS FORM IS NOT VALID UNLESS ALL ASSIGNMENTS/REASSIGNMENTS ON AN ATTACHED ORIGINAL OR CERTIFIED COPY TEXAS CERTIFICATE OF TITLE OR MANUFACTURER'S CERTIFICATE OF ORIGIN HAVE BEEN COMPLETED. UNAUTHORIZED PRINTING OR REPRODUCTION OF THIS DOCUMENT IS PROHIBITED.
THIS DOCUMENT IS VOID IF ALTERED IN ANY WAY.

Form VTR-41-A (7/99)

2:17cr390-009671

VI-30 (11A4)





13724490

## OUT OF STATE
# IDENTIFICATION CERTIFICATE
### FOR A MOTOR VEHICLE LAST REGISTERED
### OR TITLED IN SOME OTHER STATE OR COUNTRY

| VEHICLE YEAR | MAKE | BODY STYLE |
|---|---|---|
| 2005 | BMW | 4DR |

**MANUFACTURER'S VEHICLE IDENTIFICATION NUMBER**
WBANA53595B859197

| NAME OF STATE OR COUNTRY IN WHICH LAST REGISTERED | YEAR OF LICENSE | LICENSE NUMBER |
|---|---|---|
| | | P38608 |

**INSPECTION CERTIFICATE NO.** P0671844

**ODOMETER READING** 27802

## INDIVIDUAL PRESENTING VEHICLE

**LAST NAME** BUDGET CAR SALE **FIRST NAME**

**TYPE OF ID PRESENTED**

STATE ISSUED ID OR DL ☐   STATE ☐   MILITARY ID ☐   PASSPORT ☐

**ID NUMBER**

### NOT ACCEPTABLE WITH ERASURES OR ALTERATIONS

### STATEMENT OF INSPECTOR
I, the undersigned duly appointed inspector, hereby certify that I have physically examined the manufacturer's vehicle identification number of the motor vehicle described above.

**DATE** 050507    **INSPECTOR'S SIGNATURE**

**STATION NUMBER** 1P32026    **STATION NAME** Ross Auto & Tires

### –NOTICE TO OUT OF STATE OWNER–
This form must be attached to your application for Texas Certificate of Title at the time you purchase Texas License plates from county Tax Assessor-Collector. This inspection is required by law.

**CUSTOMER COPY**

2:17cr390-009672

# EXHIBIT 45



Texas Department *of* Motor Vehicles

HELPING TEXANS GO. HELPING TEXAS GROW.

Vehicle Titles and Registration • 602 N Staples St., Suite 130 • Corpus Christi, TX 78401  • Ph. 361-808-3900 Fax 361-808-2610

June 21, 2019

State of Texas:
County of Nueces:

Know all men by these presents:

I, Joanna Flores do hereby certify I am a Custodian of Records for the Texas Department of Motor Vehicles and the information shown on the attached is for:

VIN #1FTFW1EF3CKD22457 Year 2012 Make FORD Plate # BN23076

A complete title history for title # 00400041653154833 pages 01 through 11.

And is, to the best of my knowledge, a true and correct copy of records on file with this department.

_____
Custodian of Records



GOVERNMENT
EXHIBIT
45
17cr390

2:17cr390-009643

O 512.465.3000 ★ 888.368.4689 (888-DMVGOTX) ★ F 512.465.3098 │ www.TxDMV.gov



**Texas Department of Motor Vehicles**

## TITLE APPLICATION RECEIPT





0040 0041 6531 5483 35

COUNTY: ARANSAS

TAC NAME: JERI D. COX
DATE: 01/16/2014        EFFECTIVE DATE: 01/16/2014
TIME: 03:48PM          EXPIRATION DATE: 2/2015
EMPLOYEE ID: 004-MGI   TRANSACTION ID: 00400041653154833

PLATE NO: BN23076
DOCUMENT NO: 00400041653154833
PREV DOC NO: 03110240993082738 P

OWNER NAME AND ADDRESS
GLOBAL BLUE TECHNOLOGIES -
CAMERON LLC
P.O. BOX 2820
ROCKPORT, TX 78381-2820
VEHICLE LOCATION ADDRESS        REGISTRATION CLASS: TRUCK-LESS/EQL. 1 TON
1201 COPANO RETREAT ROAD        PLATE TYPE: TRUCK PLT
TAFT, TX 78390                  ORGANIZATION:
                                STICKER TYPE: WS

VEHICLE IDENTIFICATION NO: 1FTFW1EF3CKD22457     VEHICLE CLASSIFICATION: TRK<=1
YR/MAKE: 2012/FORD  MODEL:      BODY STYLE: PK   UNIT NO:
EMPTY WT: 5400    CARRYING CAPACITY: 1000   GROSS WT: 6400   TRAILER TYPE:
BODY VEHICLE IDENTIFICATION NO:                 TRAVEL TRLR LNG/WDTH: 0
PREV OWNER NAME: DAVID K. WILLS          PREV CITY/STATE: PORT ISABEL, TX

INVENTORY ITEM(S)                YR
WINDSHIELD STICKER              2015

                                FEES ASSESSED
VEHICLE RECORD NOTATIONS        TITLE APPLICATION FEE           $        13.00
ACTUAL MILEAGE                  TEXAS MOBILITY FUND FEE         $        15.00
PAPER TITLE                     SALES TAX FEE                   $     1,301.25
MAJOR COLOR: GRAY               TRANSFER                        $         2.50
                                WINDSHIELD STICKER              $        54.00
                                REG FEE-DPS                     $         1.00
                                CNTY ROAD BRIDGE ADD-ON FEE     $        10.00
                                AUTOMATION FEE                  $         1.00
                                            TOTAL               $     1,397.75

ODOMETER READING: 49658     BRAND: A
OWNERSHIP EVIDENCE: TEXAS TITLE
1ST LIEN
                                SALES TAX CATEGORY: SALES/USE
                    Date of Assignment/Sales Tax Date: 01/16/2014
                                      Sales Price $       20,820.00
                                Less Trade In Allowance $       0.00
                                      Taxable Amount $    20,820.00
2ND LIEN                              Sales Tax Paid $     1,301.25
                                Less Other State Tax Paid $      0.00
3RD LIEN                              Tax Penalty $           0.00
                                     TOTAL TAX PAID $     1,301.25
                        Batch No: 0004165301    Batch Count: 1

**BN23076**

# 02  15

**ARANSAS**       CKD22457

# VOID
**DO NOT USE/**
**NO USE**

Cls# 5001
301-366-6075

APPLICATION FOR TEXAS CERTIFICATE OF TITLE
➡ SHADED AREAS ARE TO BE COMPLETED BY THE SELLER ⬅
TYPE OR PRINT NEATLY IN INK

| TAX OFFICE USE ONLY | | County Use Only |
|---|---|---|
| Tax Collector Jeri D. Cox | County Aransas | |
| Date 1/16/14 | Transaction Number 004000416531548333 | ☑ SPV/S 20,820.00 |

| 1. Vehicle Identification Number 1FTFW1EF3CKD22457 | 2. Year 2012 | 3. Make FORD | 4. Body Style PK | ☐ Appraisal Value $ |
|---|---|---|---|---|
| 5. Model | 6. Odometer Reading 49,658 [EXMP] | 7. Empty Weight 5400 | 8. Carrying Capacity (lbs.) 1000 | 9. Tonnage |

| 10. Trailer Type ☐ Semi ☐ Full | 11. Plate No. BN23076 | 12. Vehicle Unit No. | 13. Major Vehicle Color Gray | 13a. Minor Vehicle Color (two colored) |
|---|---|---|---|---|

14. Applicant's/Owner's Name(s)  Global Blue Technologies - Cameron LLC
Address   P.O. Box 2820                          004
City, State, Zip Code  Rockport, TX 78381        County Name

TX DL
37319692

14a. Registrant's Name
(Renewal Notice Recipient)
Address
City, State, Zip Code                            County Name

14b. Vehicle Physical Location  1201 Copano Retreat Road
City, State, Zip Code  Taft, TX 78390

| 15. Previous Owner's Name David K. Wills | 15a. GDN - Dealer Use Only |
|---|---|
| Address  Port Isabel, TX | |

**THIS MOTOR VEHICLE IS SUBJECT TO THE FOLLOWING FIRST LIEN**

| 16. 1st Lien Date | 1st Lienholder Name | 16a. Electronic Title Request? ☐ YES (16c cannot be checked) |
|---|---|---|
| | Address  None | 16b. Certified Lienholder ID No.: |
| | City, State, Zip Code | 16c. Additional Lien(s)? ☐ YES (Attach Form VTR-267) |

17. FOR CORRECTED TITLE, CHECK REASON(S)   ☐ Change in Vehicle Description  ☐ VIN  ☐ No Change in Ownership  ☐ Add Lien  ☐ Remove Lien  ☐ Odometer Brand  ☐ Odometer Reading
☐ Year  ☐ Make  ☐ Body Style  ☐ Other

18. ODOMETER DISCLOSURE - FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE UPON TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.
I, David K. Wills , state that the odometer now reads 49,658 (no tenths).
** (Name of Seller/Agent)

THE MILEAGE SHOWN IS  ☑ A - Actual Mileage   ☐ N - Not Actual Mileage   WARNING - ODOMETER DISCREPANCY   ☐ X - Mileage Exceeds Mechanical Limits
** IF NO SELLER/AGENT, TITLE APPLICANT SHOULD CHECK ONE OF THE 3 BOXES ABOVE UNLESS NUMBER 6 INDICATES "EXEMPT."

**MOTOR VEHICLE TAX STATEMENT**

19. CHECK ONLY IF APPLICABLE
☐ I hold Motor Vehicle Retailer's (Rental) Permit No. _____ and will satisfy the minimum tax liability (V.A.T.S., Tax Code, §152.046 [c]).
☐ I am a Dealer or Lessor and qualify to take the Fair Market Value Deduction (V.A.T.S., Tax Code, §152.002 [c]).

| 20. DESCRIPTION OF VEHICLE TRADED IN (if any) | Year | Make | Vehicle Identification Number | 20a. ADDITIONAL TRADE - INS? (Y/N) |
|---|---|---|---|---|

21. SALES AND USE TAX COMPUTATION
☐ (a) Sales Price ($ _____ rebate has been deducted) $ _____
(b) Less Trade - In Amount, Describe in Item 20 Above  $( )
(c) For Dealers/Lessors/Rental ONLY - Fair Market Value Deduction, Describe in Item 20 Above  $( )
(d) Taxable Amount (Item a. minus Item b./Item c.)  $ _____
(e) 6.25% Tax on Taxable Amount (Multiply Item d. by .0625)  $ _____
(f) Late Tax Payment Penalty ☐ 5% or ☐ 10%  $ _____
(g) Tax Paid to _____ (STATE)  $ _____
(h) AMOUNT OF TAX AND PENALTY DUE (Item e. plus Item f. minus Item g.)  $ _____

☐ $90 New Resident Tax - (Previous State) _____
☐ $5 Even Trade Tax
☐ $10 Gift Tax - Affidavit required. Use Comptroller Form 14-317.
☐ $65 Rebuilt Salvage Fee
☐ 2.5% Emissions Fee (Diesel Vehicles 1996 and Older > 14,000 lbs) _____
☐ 1% Emissions Fee (Diesel Vehicles 1997 and Newer > 14,000 lbs) _____
☐ Exemption claimed under the Motor Vehicle Sales and Use Tax Law because _____
☑ $28 or $33 APPLICATION FEE FOR CERTIFICATE OF TITLE (Contact your County Tax Assessor-Collector for the correct fee.)

**I HEREBY CERTIFY THAT ALL STATEMENTS IN THIS DOCUMENT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

| 22. | | |
|---|---|---|
| Signature of SELLER, DONOR, OR TRADER | PRINTED NAME (Same as signature) | Date |
| 23. [signature] Agent for Global Blue Technology | Stephen White Berry AGENT GBT | 1/16/2-14 |
| Signature of PURCHASER, DONEE, OR TRADER | PRINTED NAME (Same as signature) | Date |

RIGHTS OF SURVIVORSHIP OWNERSHIP AGREEMENT (MARRIED PERSONS)
WE, THE PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS APPLICATION FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF EITHER OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR. NON-MARRIED PERSONS ARE REQUIRED TO EXECUTE A RIGHTS OF SURVIVORSHIP OWNERSHIP AGREEMENT FOR A MOTOR VEHICLE, FORM VTR-122.

| SIGNATURE | Date |
|---|---|
| SIGNATURE | Date |

WARNING: Transportation Code, §501.155, provides that falsifying information on title transfer documents is a third-degree felony offense punishable by not more than ten (10) years in prison or not more than one (1) year in a community correctional facility. In addition to imprisonment, a fine of up to $10,000 may also be imposed.

Form 130-U  (Rev. 05/12)

2:17cr390-009645

# TEXAS CERTIFICATE OF TITLE

TEXAS DEPARTMENT OF MOTOR VEHICLES

**105238587**

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| **1FTFW1EF3CKD22457** | **2012** | **FORD** | **PK** |

TITLE/DOCUMENT NUMBER          DATE TITLE ISSUED

**03110240993082738  04/20/2012**

| MODEL | MFG. CAPACITY IN TONS | WEIGHT | LICENSE NUMBER |
|---|---|---|---|
| | **1/2** | **5400** | **BN23076** |

PREVIOUS OWNER

**BOGGUS MOTOR CO HARLINGEN TX**

OWNER

**DAVID K WILLS**
**503 S POINT DR**
**PORT ISABEL, TX 78578**

ODOMETER READING

**6**

REMARK(S)

**ACTUAL MILEAGE**

X _____
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN
THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE
INFORMATION ON A CERTIFICATE OF TITLE.

| DATE OF LIEN | 1ST LIENHOLDER |
|---|---|
| **03/20/2012** | **BANK OF AMERICA** |

**PO BOX 2759**
**JACKSONVILLE, FL 32203**

1ST LIEN RELEASED _____ DATE

BY _____
AUTHORIZED AGENT

| DATE OF LIEN | 2ND LIENHOLDER |
|---|---|

2ND LIEN RELEASED _____ DATE

BY _____
AUTHORIZED AGENT

| DATE OF LIEN | 3RD LIENHOLDER |
|---|---|

3RD LIEN RELEASED _____ DATE

BY _____
AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER
OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

**RIGHTS OF SURVIVORSHIP AGREEMENT**
WE, THE MARRIED PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY
AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS
CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY,
AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE
AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

SIGNATURE _____ DATE

SIGNATURE _____ DATE

SIGNATURE _____ DATE

FORM 30-C REV. 02/2012          DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION

**WHEN VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE, CURRENT LICENSE RECEIPT, AND SIGNED APPLICATION FOR TITLE (FORM 130-U) INDICATING DATE OF SALE AND SALES PRICE TO THE PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX ASSESSOR-COLLECTOR WITHIN 30 DAYS TO AVOID PENALTY.**

**FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.**

## ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: Global Blue Technologies Cameron 1851 Cypress Retreat Road, Taft, TX 78390

I certify to the best of my knowledge that the odometer reading is the actual mileage of the following statements is checked:

ODOMETER READING (No Tenths): 49,658

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale: 1/16/14

Signature of Seller/Agent: D P K Wills - Seller    Printed Name (same as signature): David K Wills

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent: Agent for Global Blue tech Cameron Stephen White Berry    Printed Name (same as signature): Stephen White Berry

## FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser / Street / City / State / Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING (No Tenths):
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale:    Dealer No.

Dealer's Name

Agent's Signature    Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent    Printed Name (same as signature)

## SECOND REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser / Street / City / State / Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING (No Tenths):
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale:    Dealer No.

Dealer's Name

Agent's Signature    Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent    Printed Name (same as signature)

## THIRD REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser / Street / City / State / Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING (No Tenths):
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale:    Dealer No.

Dealer's Name

Agent's Signature    Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent    Printed Name (same as signature)

**SURRENDERED**

## LIEN

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE:
1ST LIEN IN FAVOR OF (NAME & ADDRESS)

**Texas Liability Insurance Card**

**PROGRESSIVE®**

Progressive County Mutual Ins Co
1-800-444-4487
(se habla español)

**Effective Date:** Aug 19, 2013 to Aug 19, 2014
Policy Number:   02360959-0
Your Agent:   TWFG INS SERVICES
1-361-450-0119

**Named Insured**
GLOBAL BLUE TECHNOLOGIES
CAMERON, LLC
3204 TOWER OAKS BLVD STE 170
ROCKSVILLE, MD 20852

**Vehicle**

| Year | Make | Model | Vehicle Identification No. |
|------|------|-------|----------------------------|
| 2012 | Ford | F150 | 1FTFW1EF3CK222457 |

This policy provides at least the minimum amounts of liability insurance required by the Texas Motor Vehicle Safety Responsibility Act for the specified vehicles and named insureds and may provide coverage for other persons and other vehicles as provided by the insurance policy.           Form 6485 TX (05/06)

THIS CARD LEFT BLANK INTENTIONALLY

2:17cr390-009648



**Texas Department of Motor Vehicles**

**TITLE APPLICATION RECEIPT**





```
0311 0240 9930 8273 80
```

COUNTY: CAMERON

PLATE NO: BN23076
DOCUMENT NO: 03110240993082738

TAC NAME: TONY YZAGUIRRE, JR.
DATE: 03/27/2012            EFFECTIVE DATE: 03/26/2012
TIME: 08:27AM              EXPIRATION DATE: 2/2013
EMPLOYEE ID: CAMC282       TRANSACTION ID: 03110240993082738

OWNER NAME AND ADDRESS
DAVID K WILLS
503 S POINT DR
PORT ISABEL, TX 78578

REGISTRATION CLASS: TRUCK-LESS/EQL. 1 TON
PLATE TYPE: TRUCK PLT
ORGANIZATION:
STICKER TYPE: WS

VEHICLE IDENTIFICATION NO: 1FTFW1EF3CKD22457     VEHICLE CLASSIFICATION: TRK<=1
YR/MAKE: 2012/FORD  MODEL:            BODY STYLE: PK     UNIT NO:
EMPTY WT: 5400      CARRYING CAPACITY: 1000    GROSS WT: 6400    TONNAGE: 0.50   TRAILER TYPE:
BODY VEHICLE IDENTIFICATION NO:                             TRAVEL TRLR LNG/WDTH: 0
PREV OWNER NAME: BOGGUS MOTOR CO          PREV CITY/STATE: HARLINGEN, TX

INVENTORY ITEM(S)              YR
TRUCK PLT
WINDSHIELD STICKER             2013

VEHICLE RECORD NOTATIONS
ACTUAL MILEAGE
PAPER TITLE
MAJOR COLOR: GRAY

FEES ASSESSED
TITLE APPLICATION FEE          $         13.00
TEXAS MOBILITY FUND FEE        $         15.00
SALES TAX FEE                  $      1,099.98
BUYERS TAG                     $          5.00
WINDSHIELD STICKER             $         54.00
REG FEE-DPS                    $          1.00
CNTY ROAD BRIDGE ADD-ON FEE    $         10.00
COUNTY MOBILITY FEE            $         10.00
AUTOMATION FEE                 $          1.00
                    TOTAL      $      1,208.98

ODOMETER READING: 6        BRAND: A
OWNERSHIP EVIDENCE: MANUFACTURER'S CERT. OF ORIGIN
1ST LIEN           DATE: 03/20/2012
BANK OF AMERICA
PO BOX 2759
JACKSONVILLE, FL 32203                 SALES TAX CATEGORY: SALES/USE

                        Date of Assignment/Sales Tax Date: 03/20/2012
                        Sales Price (Less $4,000.00 rebate) $     35,599.67
                           Less Trade In Allowance      $     18,000.00
2ND LIEN                         Taxable Amount         $     17,599.67
                                 Sales Tax Paid         $      1,099.98
                        Less Other State Tax Paid       $          0.00
3RD LIEN                            Tax Penalty         $          0.00
                              TOTAL TAX PAID            $      1,099.98
                        Batch No: 1024099301    Batch Count: 3

CERTIFICATE OF TITLE WILL BE MAILED TO 1st LIENHOLDER.
```

**BN23076**

# 02   13

**VOID**
DO NOT USE/
NO USE

CAMERON          CKD22457

## APPLICATION FOR TEXAS CERTIFICATE OF TITLE
➤➤ SHADED AREAS ARE TO BE COMPLETED BY THE SELLER ◄◄
➤ TYPE OR PRINT NEATLY IN INK ◄

TONY YZAGUIRRE, JR.
ASSESSOR-COLLECTOR, CAMERON COUNTY

**OFFICE USE ONLY**

| County Use Only |
|---|
| ☐ SPV $ |
| ☐ Appraisal Value $ |

Date 3-27-2012   County 51   Transaction Number 2738

| 1. Vehicle Identification Number 1FTFW1EF3CKD22457 | 2. Year 2012 | 3. Make FORD | 4. Body Style CREW CAB |
|---|---|---|---|
| 5. Model F-150 | 6. Odometer Reading 6 | 7. Empty Weight 5400 | 8. Carrying Capacity (lbs) 1000 | 9. Tonnage .50 |

| 10. Trailer Type ☐ Semi ☐ Full | 11. Plate No. BN23076 | 12. Vehicle Unit No. W1E | 13. Major Vehicle Color GRAY | 13a. Minor Vehicle Color (two colored) |
|---|---|---|---|---|

14. Applicant's/Owner's Name(s)   DAVID K. WILLS
Address 503 S POINT DR   CAMERON
City, State, Zip Code PORT ISABEL   TX 78578   County Name

14a. Registrant's Name (Renewal Notice Recipient)

15. Previous Owner's Name BOGGUS MOTOR CO   Address PO BOX 1111   HARLINGEN   TX   78550   15a. GDN - Dealer Use Only P5925

**THIS MOTOR VEHICLE IS SUBJECT TO THE FOLLOWING FIRST LIEN**

16. 1st Lien Date 03/20/2012   1st Lienholder Name BANK OF AMERICA   Address PO BOX 2759 JACKSONVILLE FL 32203

18. ODOMETER DISCLOSURE - BOGGUS MOTOR CO, state that the odometer now reads 6 (no tenths).
THE MILEAGE SHOWN IS ☒ A - Actual Mileage

19. MOTOR VEHICLE TAX STATEMENT

20. DESCRIPTION OF VEHICLE TRADED IN (if any) Year 2011 Make JEEP VIN 1J4GA2D17BC508715 20a. N

21. SALES AND USE TAX COMPUTATION
(a) Sales Price $ 4,000.00 rebate has been deducted $ 36,599.67
(b) Less Trade - In Amount $ (18,000.00)
(d) Taxable Amount $ 17,599.67
(e) 6.25% Tax on Taxable Amount $ 1,099.98
(h) AMOUNT OF TAX AND PENALTY DUE $ 1,099.98

I HEREBY CERTIFY THAT ALL STATEMENTS IN THIS DOCUMENT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

22. Signature of SELLER   BOGGUS MOTOR CO/ALICIA O. ROCHA   03/20/2012
23. Signature of PURCHASER   DAVID K. WILLS   03/20/2012

Form 130-U (Rev 04/11)

1413



## CERTIFICATE OF ORIGIN FOR A VEHICLE

**Ford**

DATE
**DECEMBER 13, 2011**

INVOICE NO.
**KD22457**          0

VEHICLE IDENTIFICATION NO.
**1FTFW1EF3CKD22457**

YEAR
**2012**

MAKE
**FORD**

BODY TYPE
**145 F150 CREW CAB 4X4 SS**

SHIPPING WEIGHT
**5357 LBS.**

H.P. (S.A.E.)
**42.16**

G.V.W.R.
**7350 LBS**

NO. CYLS.
**8**

SERIES OR MODEL
**W1EN**

NOMINAL TONNAGE          **1/2**

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

NAME OF DISTRIBUTOR, DEALER, ETC.:

**Boggus Ford Lincoln**

**P. O. BOX 1111**
**Harlingen   TX  78551**

**52L094**

It is further certified that this was the first transfer of such new motor vehicle in ordinary trade and commerce.

MEMO DATA

**B26670660**

FORD MOTOR COMPANY

**FINANCE SOURCE  000001**

BY

**Ford Motor Credit Co**
**P.O. Box 1732, Room**
**Dearborn      MI**
**48121**

(SIGNATURE OF AUTHORIZED REPRESENTATIVE)          (AGENT)

**DEARBORN, MICHIGAN**
CITY - STATE

4

THIS DOCUMENT CONTAINS INVISIBLE FLOURESCENT FIBERS

HOLD DOCUMENT UNDER BLACKLIGHT TO VERIFY AUTHENTICITY

**DISTRIBUTION-DEALER ASSIGNMENT NUMBER 1**

Each undersigned seller certifies to the best of his knowledge, information and belief under penalty of law that the vehicle is new and has not been registered in this or any state at the time of delivery and the vehicle is not subject to any security interests other than those disclosed herein and warrant title to the vehicle. FOR VALUE RECEIVED I TRANSFER THE VEHICLE DESCRIBED ON THE FACE OF THIS CERTIFICATE TO:

NAME OF PURCHASER(S) David Wills

ADDRESS 503 S Point Dr. Port Isabel TX 78578

I certify to the best of my knowledge that the odometer reading is _____ No Tenths

NAME OF DEALERSHIP Boggus Ford Lincoln P5425    DEALERS LICENSE NUMBER    BY: _____ Marco Rocha    Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this 29th day of March 22

State of TX

County of Cameron    Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION.

**DISTRIBUTION-DEALER ASSIGNMENT NUMBER 2**

NAME OF PURCHASER(S)

ADDRESS

I certify to the best of my knowledge that the odometer reading is _____ No Tenths

DEALER    NAME OF DEALERSHIP    DEALERS LICENSE NUMBER    BY: _____ Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this _____ day of _____ 20___

State of

County of    Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**DISTRIBUTION-DEALER ASSIGNMENT NUMBER 3**

NAME OF PURCHASER(S)

ADDRESS

I certify to the best of my knowledge that the odometer reading is _____ No Tenths

DEALER    NAME OF DEALERSHIP    DEALERS LICENSE NUMBER    BY: _____ Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this _____ day of _____ 20___

State of

County of    Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**DISTRIBUTION-DEALER ASSIGNMENT NUMBER 4**

NAME OF PURCHASER(S)

ADDRESS

I certify to the best of my knowledge that the odometer reading is _____ No Tenths

DEALER    NAME OF DEALERSHIP    DEALERS LICENSE NUMBER    BY: _____ Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this _____ day of _____ 20___

State of

County of    Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**ODOMETER DISCLOSURE FOR RETAIL SALE**

Federal Law requires you to state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I certify to the best of my knowledge that the odometer now reads _____ and reflects the actual mileage of the Vehicle unless one of the following statements is checked. Odometer Reading _____ No Tenths ☐ The mileage stated is in excess of its mechanical limits. ☐ The odometer reading is not the actual mileage. WARNING ODOMETER DISCREPANCY

SURRENDERED

Signature(s) of Seller(s)    Date of Sale

Printed Name(s) of Seller(s)    Dealer's No.    Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this _____ day of _____ 20___

Signature(s) of Purchaser(s)

Printed Name(s) of Purchaser(s)    Notary Public

Company Name (If Applicable)    State of

Address of Purchaser(s)    County of

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**LIENHOLDER**

1st lien in favor of

whose address is

2nd lien in favor of

whose address is

REV 11/02

2:17cr390-009652

# ODOMETER DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I, **BOGGUS MOTOR CO** state that the odometer now
TRANSFEROR'S NAME - PRINT

reads **6** (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is **NOT** the actual mileage.
**WARNING — ODOMETER DISCREPANCY.**

MAKE **FORD**

MODEL **F-150**   BODY TYPE **CREW CAB**

VEHICLE IDENTIFICATION NUMBER **1FTFW1EF3CKD22457**

YEAR **12**

TRANSFEROR'S NAME **BOGGUS MOTOR CO** (PRINTED NAME)

TRANSFEROR'S ADDRESS (STREET) **PO BOX 1111**

**HARLINGEN** (CITY)   **TX** (STATE)   **78550** (ZIP CODE)

TRANSFEROR'S NAME X _Alicia Rocha_ (SIGNATURE)

DATE OF STATEMENT **MARCH 20, 2012**

TRANSFEREE'S NAME **DAVID K. WILLS**

TRANSFEREE'S ADDRESS (STREET) **503 S POINT DR**

**PORT ISABEL** (CITY)   **TX** (STATE)   **78578** (ZIP CODE)

TRANSFEREE'S NAME X _(signature)_ (SIGNATURE)

**DAVID K. WILLS** (PRINTED NAME)

(6G74LA)   2:17cr390-009653





## STATEMENT OF FACT

THIS IS TO CERTIFY THAT BOGGUS FORD, BOGGUS MOTOR COMPANY, BOGGUS MOTOR COMPANY L.P., BOGGUS FORD LINCOLN MERCURY, BOGGUS FORD LINCOLN, BOGGUS FORD HARLINGEN, BOGGUS MOTOR COMPANY II ,LLC, BOGGUS HARLINGEN  AND BOGGUS MOTOR COMPANY HARLINGEN ARE ONE AND THE SAME COMPANY.

_____
ALICIA O. ROCHA
TITLE CLERK

3/20/12
_____
DATE OF STATEMENT

1501 S Expressway 81    P. O. Box 1111    Harlingen, Texas 78550    (956) 423-1580    1-866-423-2580    boggusautogroup.com
SOUTH TEXAS' LARGEST FORD DEALER
with another location in McAllen, Texas

EXHIBIT 46

 **Texas Department** *of* **Motor Vehicles**

HELPING TEXANS GO. HELPING TEXAS GROW.

Vehicle Titles and Registration • 602 N Staples St., Suite 130 • Corpus Christi, TX 78401 • Ph. 361-808-3900 Fax 361-808-2610

June 21, 2019

State of Texas:
County of Nueces:

Know all men by these presents:

I, Joanna Flores do hereby certify I am a Custodian of Records for the Texas Department of
Motor Vehicles and the information shown on the attached is for:

VIN #1FTFW1EF8EKD99215 Year 2014 Make FORD Plate # DGS3500

A complete title history for title #28695342868009385 pages 01 through 8.

And is, to the best of my knowledge, a true and correct copy of records on file with this
department.

_____
Custodian of Records

```
GOVERNMENT
  EXHIBIT
     46
   17cr390
```

O 512.465.3000 ★ 888.368.4689 (888-DMVGOTX) ★ F 512.465.3098 | www.TxDMV.gov

 

*1FTFW1EF8EKD99215*    *28695342868009385*    FORM 500

ELECTRONIC TITLE LIEN RELEASE EVIDENCE

COUNTY: ARANSAS

PLATE NO: DGS3500
DOCUMENT NO: 28695342868009385

TAC NAME: JERI D. COX
DATE: 05/15/2017  EFF DATE: 05/01/2017
                  EXP DATE: 4/2018
TRANS ID: 28695342868009385

OWNER NAME AND ADDRESS:
 GLOBAL BLUE TECHNOLOGIES
 CAMERON LLC
 3204 TOWER OAKS BLVD STE 170
 ROCKVILLE, MD 20852

REG CLASS: TRUCK-LESS/EQL. 1 TON
PLATE TYPE: PASSENGER-TRUCK PLT
ORGANIZATION: PURPLE HEART RECIPIENT
STICKER TYPE: WS

VEHICLE IDENT NO: 1FTFW1EF8EKD99215     VEHICLE CLASS: TRK<=1
YR/MAKE: 2014/FORD  MODEL:       BODY STYLE: PK    UNIT NO:
EMPTY WT: 5400    CARRYING CAP: 1000   GROSS WT: 6400
BODY VEHICLE IDENT NO:                  TRLR LNG/WDTH:     TRLR TYPE:
PREV OWNER NAME: GLOBAL BLUE TECHNOLOGIES
PREV CITY/STATE: ARANSAS PAS TX

VEHICLE RECORD NOTATIONS:
 ACTUAL MILEAGE
 PAPER TITLE
 MAJOR COLOR: GRAY

ODOMETER READING: 44       BRAND: A
OWNERSHIP EVIDENCE: MANUFACTURER'S CERT. OF ORIGIN

TEXAS ELECTRONIC TITLE

| VEHICLE IDENT NUMBER | YEAR MODEL | VEHICLE MAKE | BODY STYLE |
|---|---|---|---|
| 1FTFW1EF8EKD99215 | 2014 | FORD | PK |

TITLE/DOCUMENT NUMBER          DATE TITLE ISSUED
   20500141762133247                05/29/2014

| MODEL | WEIGHT | LICENSE NUMBER |
|---|---|---|
|  | 5400 | DGS3500 |

PREVIOUS OWNER                                              ODOMETER READING
COMMERCIAL MOTOR CO        ARANSAS PAS TX                         44
        OWNER                              REMARKS
GLOBAL BLUE TECHNOLOGIES              ACTUAL MILEAGE
CAMERON LLC
3204 TOWER OAKS BLVD STE 170
ROCKVILLE, MD 20852

DATE OF LIEN              1ST LIENHOLDER          1ST LIEN RELEASE DATE
   04/18/2014        FORD MOTOR CREDIT COMPANY LLC       05/15/2017
                     PO BOX 105704
                     ATLANTA, GA 30348

        MAIL TAB
GLOBAL BLUE TECHNOLOGIES
CAMERON LLC
C/O GLOBAL BLUE TECHNOLOGIES
1521 WEST MARKET ST
ROCKPORT, TX 78382

2:17cr390-009636



Texas Department of Motor Vehicles



**TITLE APPLICATION RECEIPT**



2050 0141 7621 3324 70

COUNTY   SAN PATRICIO

PLATE NO   DGS3500
DOCUMENT NO   20500141762133247

TAC NAME   DALIA SANCHEZ
DATE   05/05/2014
TIME   01 32PM
EMPLOYEE ID   0116000

EFFECTIVE DATE   05/05/2014
EXPIRATION DATE   4/2015
TRANSACTION ID   20500141762133247

OWNER NAME AND ADDRESS
GLOBAL BLUE TECHNOLOGIES
CAMERON LLC
3204 TOWER OAKS BLVD STE 170
ROCKVILLE   MD 20852
VEHICLE LOCATION ADDRESS
1201 COPANO RETREAT RD
TAPT TX 78390

REGISTRATION CLASS   TRUCK LESS/EQL   1 TON
PLATE TYPE   PASSENGER TRUCK PLT
ORGANIZATION
STICKER TYPE   WS

VEHICLE IDENTIFICATION NO   1FTFW1EF8EKD99215        VEHICLE CLASSIFICATION   TRK<=1
YR/MAKE   2014/FORD   MODEL        BODY STYLE   PK     UNIT NO
EMPTY WT   5400        CARRYING CAPACITY   1000     GROSS WT   6400     TRAILER TYPE
BODY VEHICLE IDENTIFICATION NO                       TRAVEL TRLR LNG/WDTH   0
PREV OWNER NAME   COMMERCIAL MOTOR CO      PREV CITY/STATE   ARANSAS PAS   TX

INVENTORY ITEM(S)                   YR
PASSENGER TRUCK PLT
WINDSHIELD STICKER              2015

VEHICLE RECORD NOTATIONS
ACTUAL MILEAGE
E TITLE
MAJOR COLOR   GRAY

| FEES ASSESSED | | |
|---|---|---|
| TITLE APPLICATION FEE | $ | 13 00 |
| TEXAS MOBILITY FUND FEE | $ | 15 00 |
| TERP FEE | $ | 5 00 |
| SALES TAX FEE | $ | 2 303 31 |
| BUYERS TAG | $ | 5 00 |
| WINDSHIELD STICKER | $ | 54 00 |
| REG FEE DPS | $ | 1 00 |
| CNTY ROAD BRIDGE ADD ON FEE | $ | 10 00 |
| CHILD SAFETY FUND | $ | 1 50 |
| AUTOMATION FEE | $ | 1 00 |
| TOTAL | $ | 2 408 81 |

ODOMETER READING   44        BRAND   A
OWNERSHIP EVIDENCE   MANUFACTURER S CERT  OF ORIGIN
1ST LIEN          DATE  04/18/2014
FORD MOTOR CREDIT COMPANY LLC
PO BOX 105704
ATLANTA   GA 30348

2ND LIEN

3RD LIEN

*SALES TAX CATEGORY   SALES/USE*

| | | |
|---|---|---|
| Date of Assignment/Sales Tax Date | | 04/18/2014 |
| Sales Price (Less $4 000 00 rebate) | $ | 36 853 00 |
| Less Trade In Allowance | $ | 0 00 |
| Taxable Amount | $ | 36 853 00 |
| Sales Tax Paid | $ | 2 303 31 |
| Less Other State Tax Paid | $ | 0 00 |
| Tax Penalty | $ | 0 00 |
| TOTAL TAX PAID | $ | 2 303 31 |

Batch No   0014176201        Batch Count   6

TITLE WILL BE ELECTRONICALLY FILED WITH THE LIENHOLDER

**DGS3500**

# 04  15

SAN PATRICIO        EKD99215

# VOID
**DO NOT USE/
NO USE**

2:17cr390-009637

# APPLICATION FOR TEXAS TITLE
## TYPE OR PRINT NEATLY IN INK

| TAX OFFICE USE ONLY | Standard Presumptive Value |
|---|---|
| Tax Collector DALIA SANCHEZ TAX COLLECTOR County  205 | ☐ SPV $ |
| Date                    Transaction Number   BSNL | ☐ Appraisal Value $ |

| 1 Vehicle Identification Number | 2 Year | 3 Make | 4 Body Style | 5 Model | 6 |
|---|---|---|---|---|---|
| 1FTFW1EF8EKD99215 | 2014 | FORD TRUCK PK | F-150 SERI | | |

| 7 Empty Weight (lbs) | 8 Carrying Capacity (lbs) | 9 Plate No | 10 Vehicle Unit No | 11 Major Vehicle Color | 12 Minor Vehicle Color (two colored) |
|---|---|---|---|---|---|
| 5400 | 1000 | | | GRY | |

13 Applicant Type ☐ Individual ☒ Business ☐ Government ☐ Trust ☐ Non Profit   Business Government Trusts and Non Profits use the Business Name line below

14 Applicant s/Owner s Legal Name 1/Business Name  GLOBAL BLUE TECHNOLOGIES CAMERON L   Owner's County Name Montgomery 205

| First | Middle | Last | Suffix |
|---|---|---|---|
| Mailing Address  3204 TOWER OAKS BLVD STE 170 | City ROCKVILLE | State MD | Zip 20852 |

14a Applicant/Owner 1   Photo ID Number  L 153 212 119 998
ID Type ☒ U S Driver's License   ☐ U S State Identification ☐ Texas   ☒ Other MD (Name of State or Territory)
☐ U S Passport   ☐ Foreign Passport N/A (Name of Foreign Country) ☐ U S Military ID   ☐ NATO ID
☐ Other Military Status of Forces Photo ID   ☐ U S Department of Homeland Security ID   ☐ U S Citizenship & Immigration Services ID   ☐ U S Department of State ID

14b Applicant s/Owner s Legal Name 2

| First | Middle | Last | Suffix |
|---|---|---|---|
| Mailing Address | City | State | Zip |

14c Registrant s Name (Renewal Notice Recipient)/Business Name

| First | Middle | Last | Suffix |
|---|---|---|---|
| Mailing Address | City | State | Zip |

| 14d Vehicle Physical Location Address  1201 COPANO RETREAT RD | City TAFT | State TX | Zip 78390 |
|---|---|---|---|

| 15 Previous Owner's Legal Name/Business Name | 15a GDN Dealer Use Only   P5257 |
|---|---|

| COMMERCIAL MOTOR CO | Middle | Last | Suffix |
|---|---|---|---|
| First | | | |
| Mailing Address  160 S COMMERCIAL | City ARANSAS PASS | State TX | Zip 78336 |

### THIS VEHICLE IS SUBJECT TO THE FOLLOWING FIRST LIEN

| 16 1st Lien Date | 1st Lienholder Name  FORD MOTOR CREDIT COMPANY LLC | 16a Electronic Title Request? ☒ YES (16c cannot be checked) |
|---|---|---|
| | Mailing Address  PO BOX 105704 | 16b Certified Lienholder ID No  38161244400 |
| 04/18/2014 | City ATLANTA   State GA   Zip 30348 | 16c Additional Lien(s)?  ☐ YES (Attach Form VTR 267) |

17 FOR CORRECTED TITLE
CHECK REASON(S)  ☐ Change in Vehicle Description ☐ VIN ☐ No Change in Ownership ☐ Add Lien ☐ Remove Lien ☐ Odometer Brand ☐ Odometer Reading ☐ Year ☐ Make
☐ Body Style ☐ Other

18 ODOMETER DISCLOSURE  FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE UPON TRANSFER OF OWNERSHIP  FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT

I COMMERCIAL MOTOR CO state that the odometer now reads  44  (no tenths)
(Name of Seller/Agent)

THE MILEAGE SHOWN IS ☒ Actual Mileage   ☐ N Not Actual Mileage (WARNING ODOMETER DISCREPANCY)   ☒ X Mileage Exceeds Mechanical Limits   ☐ Exempt

19 CHECK ONLY IF APPLICABLE                MOTOR VEHICLE TAX STATEMENT
☐ I hold Motor Vehicle Retailers (Rental) Permit No ___ and will satisfy the minimum tax liability (V A T S  Tax Code  §152 046 (c))
☐ I am a Dealer or Lessor and qualify to take the Fair Market Value Deduction   (V A T S  Tax Code  §152 002 (c))   GDN or Lessor Number

| 20 DESCRIPTION OF VEHICLE TRADED IN (if any) | Year | Make | Vehicle Identification Number | 20a ADDITIONAL TRADE INS? (Y/N) |
|---|---|---|---|---|

21 SALES AND USE TAX COMPUTATION

| | | |
|---|---|---|
| ☒ (a) Sales Price ($ 4000 00 rebate has been deducted) | $ 36853 00 | ☐ $90 New Resident Tax  (Previous State) ___ |
| (b) Less Trade In Amount  Describe in item 20 Above | $( N/A ) | ☐ $5 Even Trade Tax |
| (c) For Dealers/Lessors/Rental ONLY  Fair Market Value Deduction  describe in item 20 above | $( N/A ) | ☐ $10 Gift Tax  Use Comptroller Form 14 317 |
| (d) Taxable Amount (Item a  minus Item b /Item c ) | $ 36853 00 | ☐ $65 Rebuilt Salvage Fee |
| (e) 6 25 % Tax on Taxable Amount (Multiply item d  by  0625) | $ 2303 31 | ☐ 2 5% Emissions Fee (Diesel Vehicles 1996 and Older > 14 000 lbs ) |
| (f) Late Tax Payment Penalty ☐ 5% or ☐ 10% | $ N/A | ☐ 1% Emissions Fee (Diesel Vehicles 1997 and Newer > 14 000 lbs ) |
| (g) Tax Paid to ___ (STATE) | $ N/A | ☐ Exemption claimed under the Motor Vehicle Sales and Use Tax Law because ___ |
| (h) AMOUNT OF TAX AND PENALTY DUE (Item e  plus Item f  minus Item g ) | $ 2303 31 | ☐ $28 or $33 APPLICATION FEE FOR TEXAS TITLE (Contact your County Tax Assessor Collector for the correct fee ) |

I HEREBY CERTIFY THAT ALL STATEMENTS IN THIS DOCUMENT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF

| 22  Signature of SELLER DONOR OR TRADER 1 | PRINTED NAME (Same as signature ) 1   GINGER BRASHEAR   COMMERCIAL MOTOR CO | 04/18/14  Date |
|---|---|---|
| 23  Signature of SELLER DONOR OR TRADER 2 | PRINTED NAME (Same as signature ) 2 | 04/18/14  Date |
| 24  Signature of PURCHASER DONEE OR TRADER 1 | PRINTED NAME (Same as signature ) 1   Stephen C LaPointe | 04/18/14  Date |
| 25  Signature of PURCHASER DONEE OR TRADER 2 | PRINTED NAME (Same as signature ) 2 | 04/18/14  Date |

WARNING  Transportation Code  §501 155  provides that falsifying information on title transfer documents is a third degree felony offense punishable by not more than ten (10) years in prison or not more than one (1) year in a community correctional facility  In addition to imprisonment, a fine of up to $10,000 may also be imposed

9215



## CERTIFICATE OF ORIGIN FOR A VEHICLE

*Ford*

DATE
MARCH 10, 2014

INVOICE NO
KD99215     0

VEHICLE IDENTIFICATION NO
1FTFW1EF8EKD99215

YEAR
2014

MAKE
FORD

BODY TYPE
145 F150 CREW CAB 4X4 SS

SHIPPING WEIGHT
5366 LBS

HP (SAE)
42*16

GVWR
7350 LBS

NO CYLS
8

SERIES OR MODEL
W1EN

NOMINAL TONNAGE                    1/2

I, the undersigned authorized representative of the company, firm or corporation named below hereby certify that the new vehicle described above is the property of the said company firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer

NAME OF DISTRIBUTOR  DEALER ETC

AutoNation Ford Corpus Christi

P O BOX 8910
Corpus Christi - TX  78468

52D068
It is further certified that this was the first transfer of such new motor vehicle in ordinary trade and commerce

MEMO DATA

B32458974

FINANCE SOURCE  000001

FORD MOTOR COMPANY

BY _Bradley M Gayton_

Ford Motor Credit Co
P O Box 1732, Room
Dearborn       MI
              48121

BRADLEY M GAYTON SECRETARY          (AGENT)

DEARBORN, MICHIGAN
CITY STATE

2:17cr390-009639

Each undersigned seller certifies to the best of his knowledge information and belief under penalty of law that the vehicle is new and has not been registered in this or any state at the time of delivery and the vehicle is not subject to any security interests other than those disclosed herein and warrant title to the vehicle
FOR VALUE RECEIVED I TRANSFER THE VEHICLE DESCRIBED ON THE FACE OF THIS CERTIFICATE TO

**DISTRIBUTION-DEALER ASSIGNMENT NUMBER 1**

NAME OF PURCHASER(S) Commercial Motor Company

ADDRESS 160 S Commercial Aransas Pass Tx 78336

I certify to the best of my knowledge that the odometer reading is 5 _____ No Tenths

DEALER AUTONATION FORD P17460 BY _____ Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to

State of TEXAS before this 19th day of APR 2014

County of NUECES Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**DISTRIBUTION DEALER ASSIGNMENT NUMBER 2**

NAME OF PURCHASER(S) **GLOBAL BLUE TECHNOLOGIES CAMERON LLC**

ADDRESS **3204 TOWER OAKS BLVD STE 170 ROCKVILLE MC 20852**

I certify to the best of my knowledge that the odometer reading is 44 _____ No Tenths

DEALER **COMMERCIAL MOTOR CO P5257** BY _____ Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me

State of **TEXAS** before this **18TH** day of **APRIL 14**

County of **SAN PATRICIO** Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**DISTRIBUTION-DEALER ASSIGNMENT NUMBER 3**

NAME OF PURCHASER(S) _____

ADDRESS _____ No Tenths

I certify to the best of my knowledge that the odometer reading is _____

DEALER _____ BY _____ Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me

NAME OF DEALERSHIP   DEALER'S LICENSE NUMBER

State of _____ before this _____ day of _____ 20___

County of _____ Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**DISTRIBUTION DEALER ASSIGNMENT NUMBER 4**

NAME OF PURCHASER(S) _____

ADDRESS _____ No Tenths

I certify to the best of my knowledge that the odometer reading is _____

DEALER _____ BY _____ Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me

NAME OF DEALERSHIP   DEALER'S LICENSE NUMBER

State of _____ before this _____ day of _____ 20___

County of _____ Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**ODOMETER DISCLOSURE FOR RETAIL SALE**

Federal Law requires you to state the odometer mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.
I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked. ☐ Odometer Reading _____ No Tenths. ☐ The mileage stated is in excess of its mechanical limits. ☐ The odometer reading is not the actual mileage WARNING ODOMETER DISCREPANCY

Signature(s) of Seller(s) _____ Date _____ Date of Sale _____

Printed Name(s) of Seller(s) _____ Dealer's No _____ Being duly sworn upon oath says the statements set forth

Signature(s) of Purchaser(s) _____ are true and correct. Subscribed and sworn to me

Printed Name(s) of Purchaser(s) _____ before this _____ day of _____ 20___

Company Name (if Applicable) _____ State of _____ Notary Public

Address of Purchaser(s) _____ County of _____

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**SURRENDERED**

**LIENHOLDER**

1st lien in favor of _____

whose address is _____

2nd lien in favor of _____

whose address is _____

REV 11/02

*(left margin, vertical text)* THIS DOCUMENT CONTAINS INVISIBLE FLUORESCENT FIBERS

*(right margin, vertical text)* HOLD DOCUMENT UNDER BLACKLIGHT TO VERIFY AUTHENTICITY

 

*1FTFW1EF8EKD99215*

*28695342868009385*

FORM 500

ELECTRONIC TITLE LIEN RELEASE EVIDENCE

COUNTY: ARANSAS

PLATE NO: DGS3500
DOCUMENT NO: 28695342868009385

TAC NAME: JERI D. COX
DATE: 05/15/2017  EFF DATE: 05/01/2017
                  EXP DATE: 4/2018
TRANS ID: 28695342868009385

OWNER NAME AND ADDRESS:
 GLOBAL BLUE TECHNOLOGIES
 CAMERON LLC
 3204 TOWER OAKS BLVD STE 170
 ROCKVILLE, MD 20852

REG CLASS: TRUCK-LESS/EQL. 1 TON
PLATE TYPE: PASSENGER-TRUCK PLT
ORGANIZATION: PURPLE HEART RECIPIENT
STICKER TYPE: WS

VEHICLE IDENT NO: 1FTFW1EF8EKD99215    VEHICLE CLASS: TRK<=1
YR/MAKE: 2014/FORD  MODEL:     BODY STYLE: PK    UNIT NO:
EMPTY WT: 5400    CARRYING CAP: 1000    GROSS WT: 6400
BODY VEHICLE IDENT NO:                  TRLR LNG/WDTH:       TRLR TYPE:
PREV OWNER NAME: GLOBAL BLUE TECHNOLOGIES
PREV CITY/STATE: ARANSAS PAS TX

VEHICLE RECORD NOTATIONS:
 ACTUAL MILEAGE
 PAPER TITLE
 MAJOR COLOR: GRAY

ODOMETER READING: 44      BRAND: A
OWNERSHIP EVIDENCE: MANUFACTURER'S CERT. OF ORIGIN

2:17cr390-009641

TEXAS ELECTRONIC TITLE

| VEHICLE IDENT NUMBER | YEAR MODEL | VEHICLE MAKE | BODY STYLE |
|---|---|---|---|
| 1FTFW1EF8EKD99215 | 2014 | FORD | PK |
| | TITLE/DOCUMENT NUMBER | | DATE TITLE ISSUED |
| | 20500141762133247 | | 05/29/2014 |

MODEL                     WEIGHT     LICENSE NUMBER
                          5400       DGS3500

PREVIOUS OWNER                                    ODOMETER READING
COMMERCIAL MOTOR CO       ARANSAS PAS TX                 44
     OWNER                              REMARKS
GLOBAL BLUE TECHNOLOGIES               ACTUAL MILEAGE
CAMERON LLC
3204 TOWER OAKS BLVD STE 170
ROCKVILLE, MD 20852

DATE OF LIEN                1ST LIENHOLDER          1ST LIEN RELEASE DATE
04/18/2014         FORD MOTOR CREDIT COMPANY LLC        05/15/2017
                   PO BOX 105704
                   ATLANTA, GA 30348

     MAIL TAB
GLOBAL BLUE TECHNOLOGIES
CAMERON LLC
C/O GLOBAL BLUE TECHNOLOGIES
1521 WEST MARKET ST
ROCKPORT, TX 78382

2:17cr390-009642