# EXHIBIT 47

# UNITED

**DECLARATION**

RE: UNITED AIRLINES, INC. SUBPOENA RESPONSE

**David Keith Wills**

**CERTIFICATION OF RECORDS COPIES (Custodian's Initials ___LB___ )**

I, a duly authorized Custodian of the Records for the **Ticket Documentation Department** of United Airlines, Inc. (the "Company"), hereby certify that, to the best of my information and belief, the records enclosed herewith are true and correct copies of the records maintained by this department, requested in the subpoena, in the above described cause of action/investigation.

As such, the records were maintained in the ordinary course of such business by employees of the Company at or near the time of the acts, conditions or events recorded therein. The enclosed ___76___ pages are copies of the original of such records, as described, and no other non-confidential documents relating to the records requested in the above noted action can be found or are available, after due search.

**CERTIFICATION OF NO RECORDS (Custodian's Initials _____ )**

I, a duly authorized Custodian of the Records for the **Ticket Documentation Department** of the Company, hereby certify that a thorough search has been made for records maintained by this department that were requested in the subpoena in the above described cause of action/investigation.

Said records may in fact exist, but said records, to the best of our information and belief, are not in our possession at this time.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___8th___ day of ___March___ 2019

By ___Lucinda Bowdry___
[Please Print]

___Lucinda Bowdry___
Signature

**GOVERNMENT EXHIBIT**
47
17cr390

PAGE403,307 UNITED AIRLINES     FLIGHT NUMBER 4345     NAME THOMPSON        P D I  FOR  20APR15     RUN DATE 22APR15

*****************************************
EMHA PNR.A2NHQM CRO2APR 2005Z WEB BY SU CO
DA148A UA
***1.1WILLS/DAVIDKMR
FONE-WEB3081244/EB202
  CRP9902226/H301
  WEB*45520300 DO NOT REMOVE-AGENCY CLAIM
  NOT ALLOWED/N000
RCVD-COCOM-US/JS875259-GUID/A4E5B56B08DA49
  528CC79BDE1D4A558D
TKT -T/FQR - INVOICE/558821XXXXXX6373/2444
  5984814/0002//1012.95
G FX-SSRFQTVUAHK/UAJS875259.1-WILLS/DAVIDK
  MR|01.01
  SSRDOCSUAHK1/////14SEP52/M//WILLS/DAVID/
  KEITH-1WILLS/DAV
  SSRDOCSUA///IDKMR
  OSI UA PREM 1K MEMBER - PLZ EXTEND ALL C
  OURTESIES
  OSI YY REAC QUED UA4557 CRPIAH 17APR 023
  7Z17APR
  OSI YY XX NOSH UA4557
RMKS-$MC558821XXXXXX6373/0316
  WEB*CO COM RESERVATIONS - US
  AVAILABILITY SOURCE - ITA
  WEB CLIENT IP 24.170.40.181 - APPLYFORMS
  OFPAYMENT
  EMAIL RQSTD PEATINS-AT-GMAIL.COM
  04 REMARKS ADDED BY WEB SU CO 02APR 2005
  Z DA148A
  RBY02APR*APPR CC MC 05956J/VP01/$1012.95
  WEBCO
  PB TKT ORDERID*74367722-1E6A-432E-90F7-C
  F18930D4333
  02 REMARKS ADDED BY WEB SU CO 02APR 2005
  Z DA66D2
  TRIP INS REQUESTED ON UA.COM WEBCO
  TRIP INS ALLIANZ GLOBAL ASSISTANCE CONTA
  CT 1-800-496-6821
  TRIP INS INSURANCE RATE QUOTED PP $55.71
  03 REMARKS ADDED BY WEB SU CO 02APR 2005
  Z DAEB22
  CDM: PNR SENT TO ACCERTIFY CDM41
  01 REMARKS ADDED BY CDM GS 41 02APR 2005
  Z DAB977
  CDM: CDM APPROVED TO TICKET -PROCESS OVR
  IDE- CDM41
  01 REMARKS ADDED BY CDM GS 41 02APR 2019
  Z DAB981
  SFS FQID*6456CF1C-6971-49F4-8B7D-929BCB1
  E8A2D
  01 REMARKS ADDED BY WEC SU ER 02APR 2020
  Z DA2B87
  02APR/1520/EMAIL-REQUEST ACKNOWLEDGED*ET
  KT

01 REMARKS ADDED BY WEC SU ER 02APR 2020
Z D11DA8
SSIR UA4557 17APR CRPIAH CXLD 4/16/2015
10:21:51 PM
01 REMARKS ADDED BY WEE PD CA 17APR 0221
Z DA8236
CIS TRIPALERT 16APR 2130-PEATINS-AT-GMAI
L.COM CIS
CANCEL/UA/4557/17APR/CRP/CORPUS
CHRISTI-IAH-HOUSTON/JS875259/WILLS
03 REMARKS ADDED BY WEE PD SF 17APR 0231
Z DA3C55
CARS REACCOMM UA4557 17APR CRPIAH QUED 4
/16/2015 10:37:18 PM
01 REMARKS ADDED BY WEE PD CA 17APR 0237
Z DA02C7
18APR/NO VALUE DUE TO NON-REF NO SHOW
01 REMARKS ADDED BY TBM SU ET 18APR 1100
Z DA2B8A
*****     PNR HISTORY        **********
X8 500P/04APR
A5 $MC558821XXXXXX6373/0316
RCCOCOM-US/JS875259-GUID/A4E5B56B08DA49
  528CC79BDE1D4A558D
WEB SU CO 02APR 2005Z DA66D2 UA
A5 WEB CLIENT IP 24.170.40.181 - APPLYFORM
  SOFPAYMENT
X5 WEB CLIENT IP 24.170.40.181 - REQUESTRE
  CEIPTS
X5 ORIGINALLY ADDED BY WEB SU CO 02APR 200
  5Z DA148A
RCCOCOM-US/JS875259-GUID/A4E5B56B08DA49
  528CC79BDE1D4A558D
WEB SU CO 02APR 2005Z DA66D2 UA
X7 TAE/1200N/02APR/AI*DAVID K WILLS*3204 T
  OWER OAKS BLVD STE 170*ROCKVILLE MD 208
  52-4211
XF WEB3081244/B202
RCVD-
WEC SU ET 02APR 2020Z DA2B87 UA
A3 OSI YY REAC QUED UA4557 CRPIAH 17APR 02
  37Z17APR
RCREACCOMMODATED BY C.A.R.S. 4/16/2015
  10:37:18 PM
WEE PD CA 17APR 0237Z DA02C7 UA
SC UA4557Q 17APRCRPIAH HK/NS 1 0540. 0639.
XS UA 638Z 17APRIAHORD HK/XX 1 0827. 1110.
XS UA3663Z 17APRORDDSM HK/XX 1 1250. 1406.
XS UA5249P 20APRDSMIAH HK/XX 1 0530. 0750.
XS UA4345Y 20APRIAHCRP HK/XX 1 0915. 1015.
A3 OSI YY XX NOSH UA4557
XQ
RCVD-
CRP PD SS 17APR 1336Z

..... APIS INFORMATION ......
**********
FNAME:DAVID KEITH
LNAME:WILLS
DOB:520914 GENDER:M NAT:    RESIDENT:
HIST 1 ---- PARSDATE:02APR CITYCODE:WEB
HIST 2 ---- DUTYCODE:SU    LINIATA:DA1
HIST 1 ---- PARSDATE:02APR CITYCODE:WEB
HIST 2 ---- DUTYCODE:SU    LINIATA:DA1
..... PDC INFORMATION ......
FNAME:DAVID KEITH
LNAME:WILLS
14APR 18.18.33 USSF 000Z CLR R 4557/17APR
  CRP IAH E L
.... QUEUE HISTORY ....
SYSQ/ETK/10
-ADR VERIF 02APR2005Z
E
-ETK GS 41 02APR2005Z DAB977 CDM/10
QEP/ETK/26
-*** GS 41 02APR2019Z DAB981 CDM/**
ER
-ETK SU ET 02APR2020Z DA2B87 WEC/26
QEP/ETK/31
-*** SU ET 02APR2020Z DA2B87 WEC/**
QR
-ETK SU ET 02APR2020Z DA2BAC TBM/31
LD4557/17APRCRP-QMKE43
-*** PD CA 17APR0237Z DA02C7 WEE/**
LD4557/17APRCRP-QMKE69
-*** PD CA 17APR0237Z DA02C7 WEE/**
QEP/MKE/70
-*** PD CA 17APR0237Z DA02C7 WEE/**
SYSQ/ETK/45
-E - TKTG  17APR1336Z
QR
-ETK SU IP 17APR1340Z DA4780 CRC/45
STORED FARE DATA FOLLOWS
XQ
  FARE QUOTE- AUTOPRICED - I
  WEB SU CO 02APR2005Z DA148A UA
  CRP UA HOU 146.98QAAO7AKN UA X/CHI UA DSM
  361.86VAAO0AZN/UPDI U
  USD896.51 XT116.44 TTL1012.95
  X/HOU UA CRP 337.67WAA14AFN/UPDI 1S25.00
  1S25.00 USD 896.51 EN
  2P CRP IAH ORD DSM IAH XT 67.24US 20.00Z
  P 11.20AY 18.00XF CRP4
  5 IAH4.5 DSM4.5 IAH4.5
  V S 1/2/3 NOT VALID BEFORE/AFTER 17APR
  V S 4/5 NOT VALID BEFORE/AFTER 20APR
  PSGR1

ENDORSE1- NONREF/0VALUAFTDPT/CHGFEE
TOTAL FARE - USD1012.95
RCVD-COCOM-US/JS875259-GUID/A4E5B56B08DA4
 9528CC79BDE1D4A558D
CRP PD SS 17APR1336Z 000000 UA
END FARE QUOTE HISTORY DATA
.....................................
.... ETKT CREATED 18APR 1100Z TBM BY SU ET
DA2B8A UA
 WILLS/DAVIDKMR          01624445984814
            #1 OF 2 2APR15  REVOKED
 CRP UA4557Q 17APR 540AOK QAA07AKN
            NVB17APR NVA17APR NOSHOWED
O IAH UA 638Z 17APR 827AOK VAA00AZN/UPDI
            NVB17APR NVA17APR NOSHOWED
X ORD UA3663Z 17APR1250POK VAA00AZN/UPDI
            NVB17APR NVA17APR NOSHOWED
O DSM UA5249P 20APR 530AOK WAA14AFN/UPDI
            NVB20APR NVA20APR NOSHOWED
X IAH
FARE-USD TAX     TAX          TTL-USD
 896.51 116.44                1012.95
FC  /FC CRP UA HOU 146.98QAA07AKN UA X/CHI
    UA DSM 361.86VAA00AZN/UPDI UA X/HOU UA
    CRP 337.67WAA14AFN/UPDI 1S25.00 1S25.0
    0 USD 896.51 END ZP CRP IAH ORD DSM IAH
    XT67.24US20.00ZP11.20AY18.00XF CRP4.5I
    AH4.5DSM4.5IAH4.5
FP CCCAXXXXXXXXXXXXX6373/0316/N05956J
E1 NONREF/0VALUAFTDPT/CHGFEE
.... ETKT HISTORY ......................
 WILLS/DAVIDKMR          01624445984814
                         $USD 1012.95
 FP CCCAXXXXXXXXXXXXX6373/0316/N05956J
AI*DAVID K WILLS*3204 TOWER OAKS BLVD STE
170*ROCKVILLE MD 20852
WEC SU ET 02APR 2020Z DA2B87 UA
T:$XXXXXXXXXXXXXX6373/0316/N05956J|VP01|Q1|E
    T
 CPN 1234 NOSHOWED
 CRP PD SS 17APR 1336Z        UA
 CPN 1234 ADJ PUR DTE FR 20APR15 TO 02MAY16
 CRP PD SS 17APR 1336Z        UA
 CPN 1234 NO VALUE
 TBM SU ET 18APR 1100Z DA2B8A UA
 T:ETNOVALUE1
 CPN 1234 ADJ PUR DTE FR 02MAY16 TO 18MAY16
 TBM SU ET 18APR 1100Z DA2B8A UA
 CPN 1234 ADJ PUR DTE FR 02MAY16 TO 18MAY16
 TBM SU ET 18APR 1100Z DA2B8A UA
 CPN 1234 ADJ PUR DTE FR 02MAY16 TO 18MAY16
 TBM SU ET 18APR 1100Z DA2B8A UA
.....................................
.... ETKT CREATED 18APR 1100Z TBM BY SU ET
DA2B8A UA
 WILLS/DAVIDKMR          01624445984825
            #2 OF 2 2APR15  REVOKED

X IAH UA4345Y 20APR 915AOK WAA14AFN/UPDI
            NVB20APR NVA20APR NOSHOWED
 CRP                     CNJ /C 81
FARE-USD TAX     ·TAX         TTL-USD
 896.51 116.44                1012.95
FC  /FC CRP UA HOU 146.98QAA07AKN UA X/CHI
    UA DSM 361.86VAA00AZN/UPDI UA X/HOU UA
    CRP 337.67WAA14AFN/UPDI 1S25.00 1S25.0
    0 USD 896.51 END ZP CRP IAH ORD DSM IAH
    XT67.24US20.00ZP11.20AY18.00XF CRP4.5I
    AH4.5DSM4.5IAH4.5
FP CCCAXXXXXXXXXXXXX6373/0316/N05956J
E1 NONREF/0VALUAFTDPT/CHGFEE
.... ETKT HISTORY ......................
 WILLS/DAVIDKMR          01624445984825
                         $USD 1012.95
FP CCCAXXXXXXXXXXXXX6373/0316/N05956J
AI*DAVID K WILLS*3204 TOWER OAKS BLVD STE
170*ROCKVILLE MD 20852
WEC SU ET 02APR 2020Z DA2B87 UA
T:$XXXXXXXXXXXXXX6373/0316/N05956J|VP01|Q1|E
    T
CPN 1    NOSHOWED
CRP PD SS 17APR 1336Z        UA
CPN 1    ADJ PUR DTE FR 20APR15 TO 02MAY16
CRP PD SS 17APR 1336Z        UA
CPN 1    NO VALUE
TBM SU ET 18APR 1100Z DA2B8A UA
T:ETNOVALUE1
CPN 1    ADJ PUR DTE FR 02MAY16 TO 18MAY16
TBM SU ET 18APR 1100Z DA2B8A UA
CPN 1    ADJ PUR DTE FR 02MAY16 TO 18MAY16
TBM SU ET 18APR 1100Z DA2B8A UA
CPN 1    ADJ PUR DTE FR 02MAY16 TO 18MAY16
TBM SU ET 18APR 1100Z DA2B8A UA
*******************************************



| United Airlines, Inc | | | | Conjunction Ticket(s) 0162444598481 | | | | Origin / Destination CRP CRP Airline ENR/CTQ_ATO A2NHQM ET1056 DA2B87 0162 | | | | Point Of Sale : US WEC Point Of issue : WEC Agency Name : Book/Tktg Agnt : 0000000 Bkg Outlet : | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name of Passenger WILLS/DAVIDKMR | | | | Date of Issue 2015-04-02 | | | | Original Issue Info | | | | | |
| Restrictions / Endorsemean NONREF/0/VALU4FT/DFT CHGFEE | | | | Tour Code | | | | Exts Src Id : SEEWEC Src Id: SEE Srd Flt : T Tran Type : S PED: 2015-04-02 ECCB : 1112132 Land Date: 2015-01-02 | | | | Pax Type : ADI Cpn Issn Usage : FFFF Doc Type : IKTT Load Id : 2000507698 Original Sale Info : | |

| Cpn | Loc | Dest | OP Carr | Mrk Carr | OP Flt | Mrk Flt | Flt Dt | Bkg/ | chg/ | Ticket Designator | Dprt Dt | Dprt Time | Fare Basis | Revenue Amt | VQ-amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CRP | IAH | UA | UA | 4257 | 4257 | 2015-04-17 | Q | Q | QAA07AKN | | 35-40 | QAA07AKN | 1-6-41 | 0.00 |
| 2 | IAH | ORD | UA | UA | 5658 | 0658 | 2015-04-17 | Z | Z | VAA0GAZN UPDI | | 3827 | VAA0GAZN UPDI | 2-2.16 | 0.00 |
| 4 | ORD | DSM | UA | UA | 3663 | 3963 | 2015-04-17 | Z | Z | VAA0GAZN UPDI | | 1750 | VAA0GAZN UPDI | 143-59 | 0.00 |
| 1 | DSM | IAH | UA | UA | 5249 | 5249 | 2015-04-20 | P | P | WAA14AFN UPDI | | 2050 | WAA14AFN UPDI | 2-2.51 | 0.00 |
| 1 | IAH | CRP | UA | UA | 4345 | 4345 | 2015-04-20 | Y | Y | WAA14AFN UPDI | | 5945 | WAA14AFN UPDI | 122.51 | 0.00 |

| FARE | 196.51 USD | Fare Calculation Area | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AY | 11.20 | CRP UA HOU 146.98QAA07AKN UA X/CHI UA DSM 361.86VAA00AZN/UPDI UA X/HOU UA CRP 337.67WAA14AFN/UPDI 1S25.00 1S25.00 USD 896.51 END ZP CRP IAH ORD DSM IAH XT67.24US20.00ZP11.20AY18.00XF CRP4.5IAH4.5DSM4.5IAH4.5 | | | | | | | | |
| US | 67.24 | Form of Payment | CC NUM FILTERED | CC Amt USD. | Crd/Orig Curr | Cash USD | Cash Orig Amt | Exchange Amt | Certificate/Cerd.Num | Apprvl Cd.CC.Expir.Dte./Usrp/Nm. |
| XF | 4.50 | CCCA | 558221******4373 | 1,012.95 | 1,012.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0005064J 3C15 03 01 |
| XF | 4.50 | Eqiv Amt | Seq # | 1 | | Other Fop: USD Amt Orig Amt: | Comm.Type | Category | Comm.Amt: | Base Comm.Amt: |
| XF | 4.50 | Fare Amt USD: 196.51 | | | | | N/A | N/A | 0.00 | 0.X |
| XF | 4.50 | | | | | | | | | |
| ZP | 20.00 | Tit Doc USD 1,012.95 | Airline Form-serial | 0162444598481 | | Tkt Exch.Info Cpn: Surrenderd | Add Comm Amt | Overrd. Amt | Comm Rate | EDD Description |
| Total Fare | 1,012.95 USD | | | | | | 0.00 | 0.00 | 0.00 | |

| FOP Type | FOP Acct | FOP Amt - USD | Orig Curr Amt | Orig Curr |
|---|---|---|---|---|
| CC | 5588213003016373 Mask | 1,012.95 | 1,012.95 | USD |

```
PAGE9643 UNITED AIRLINES        FLIGHT NUMBER 5249              A  C  I   P  D  I  FOR   20APR15     RUN DATE 22APR15
             CTY AG LNIATA DATE    TIME                                  CTY AG LNIATA DATE    TIME

                             CRP SS 000000 17APR   636A IN XCLE WILLS/DAVIDK 7DC69E0C


PAGE3841 UNITED AIRLINES        FLIGHT NUMBER 3663              A  C  I   P  D  I  FOR   17APR15     RUN DATE 19APR15
             CTY AG LNIATA DATE    TIME                                  CTY AG LNIATA DATE    TIME

                             CRP SS 000000 17APR   636A IN XCLE WILLS/DAVIDK 7DC69E0C
```

PAGE259,310 UNITED AIRLINES    FLIGHT NUMBER 1503    NAME WHEELER/         P D I FOR 25FEB15    RUN DATE 27FEB15

```
******************************************
EMHA PNR.CP22PJ CR05FEB 2121Z WEB BY SU CO
DA06AC UA
***1.1WILLS/DAVIDKMR
FONE-WEB3081244/EB202
   CRP9902226/H301
   WEB**45520300 DO NOT REMOVE-AGENCY CLAIM
   NOT ALLOWED/N000
RCVD-COCOM-US/JS875259-GUID/2E329598BC994D
   79B569733CB7A4062B
TKT -T/FQR - INVOICE/558821XXXXXX6373/2437
   6298705/0001//1319.20
G FX-SSRFQTVUAHK/UAJS875259.1-WILLS/DAVIDK
   MR|01.01
   SSRDOCSUAHK1/////14SEP52/M//WILLS/DAVID/
   KEITH-1WILLS/DAV
   SSRDOCSUA///IDKMR
   OSI UA PREM 1K MEMBER - PLZ EXTEND ALL C
   OURTESIES
RMKS-$MC558821XXXXXX6373/0316
   WEB*CO COM RESERVATIONS - US
   AVAILABILITY SOURCE - ITA
   WEB CLIENT IP 24.170.40.181 - APPLYFORMS
   OFPAYMENT
   EMAIL RQSTD PEATINS-AT-GMAIL.COM
   04 REMARKS ADDED BY WEB SU CO 05FEB 2121
   Z DA06AC
   RBY05FEB*APPR CC MC 04432J/VP01/$1319.20
   WEBCO
   PB TKT ORDERID*359A1F3E-1385-4508-A23D-C
   1AFAEB97B1A
   02 REMARKS ADDED BY WEB SU CO 05FEB 2121
   Z DA28DO
   TRIP INS REQUESTED ON UA.COM WEBCO
   TRIP INS ALLIANZ GLOBAL ASSISTANCE CONTA
   CT 1-800-496-6821
   TRIP INS INSURANCE RATE QUOTED PP $85.09
   03 REMARKS ADDED BY WEB SU CO 05FEB 2121
   Z DAEDAD
   CDM: PNR SENT TO ACCERTIFY CDM41
   01 REMARKS ADDED BY CDM GS 41 05FEB 2121
   Z DAB971
   CDM: CDM APPROVED TO TICKET --A- CDM43
   01 REMARKS ADDED BY CDM GS 43 05FEB 2123
   Z DAB9AA
   SFS FQID*F086338A-1281-430E-AE59-F7D6A91
   835B5
   01 REMARKS ADDED BY WEC SU ET 05FEB 2123
   Z DA2FC1
   05FEB/1523/EMAIL-REQUEST ACKNOWLEDGED*ET
   KT
   01 REMARKS ADDED BY WEC SU ER 05FEB 2123
   Z D11D90
UNDF-SSRPSPTUAHK/$O-WILLS/DAVIDKMR$N-WILLS
   /DAVID KEITH$D-P/476045696$E-201004$C-US
```

```
   $B-520914$G-M|01.01
   1 UA4109Y 21FEB CRPIAH HK 1 0903. 1005.
   2 UA1509D 21FEB IAHGUA HK 1 1129. 1423.
   3 UA1503D 25FEB GUAIAH HK 1 1254. 1555.
   4 UA4391Y 25FEB IAHCRP HK 1 1803. 1906.
*****      PNR HISTORY      **********
X8 500P/07FEB
A5 $MC558821XXXXXX6373/0316
RCCOCOM-US/JS875259-GUID/2E329598BC994D
   79B569733CB7A4062B
WEB SU CO 05FEB 2121Z DA28DO UA
A5 WEB CLIENT IP 24.170.40.181 - APPLYFORM
   SOFPAYMENT
X5 WEB CLIENT IP 24.170.40.181 - REQUESTRE
   CEIPTS
X5 ORIGINALLY ADDED BY WEB SU CO 05FEB 212
   1Z DA06AC
RCCOCOM-US/JS875259-GUID/2E329598BC994D
   79B569733CB7A4062B
WEB SU CO 05FEB 2121Z DA28DO UA
X7 TAE/1200N/05FEB/AI*DAVID K WILLS*3204 T
   OWER OAKS BLVD STE 170*ROCKVILLE MD 208
   52-4211
XF WEB3081244/B202
RCVD-
WEC SU ET 05FEB 2123Z DA2FC1 UA
XP SSRPSPTUAHK/$O-WILLS/DAVIDKMR$N-WILLS/D
   AVID KEITH$B-520914$G-M|01.01
RCVD-
CRP PD NJ 21FEB 1331Z
...... APIS INFORMATION ......
***********
FNAME:DAVID KEITH
LNAME:WILLS
DOB:520914 GENDER:M NAT:USA RESIDENT:USA
TYPE:P  NUMBER:476045696
ISS DATE:      EXPIRY:201004   PLACE:USA
HIST 1 ---- PARSDATE:05FEB CITYCODE:WEB
HIST 2 ---- DUTYCODE:SU   LINIATA:DA0
HIST 1 ---- PARSDATE:05FEB CITYCODE:WEB
HIST 2 ---- DUTYCODE:SU   LINIATA:DA0
..... PDC INFORMATION ......
FNAME:DAVID KEITH
LNAME:WILLS
24FEB 11.00.05 USIN 000Z CLR R 1503/25FEB
   GUA IAH IYH
FNAME:DAVID KEITH
LNAME:WILLS
22FEB 17.50.36 USIN 000Z CLR R 1503/25FEB
   GUA IAH EYL
FNAME:DAVID KEITH
LNAME:WILLS
21FEB 05.32.02 USOU 003Z KNO R 4109/21FEB
   CRP IAH EYH
```

```
FNAME:DAVID KEITH
LNAME:WILLS
20FEB 17.08.15 USOU 003Z KNO R 4109/21FEB
   CRP IAH ENL
FNAME:DAVID KEITH
LNAME:WILLS
20FEB 17.08.15 USOU 003Z KNO R 4109/21FEB
   CRP IAH ENL
FNAME:DAVID KEITH
LNAME:WILLS

18FEB 18.02.52 USOU 003Z KNO R 4109/21FEB
   CRP IAH ENL
.... QUEUE HISTORY ....
SYSQ/ETK/10
-ADR VERIF 05FEB2121Z
E
-ETK GS 41 05FEB2121Z DAB971 CDM/10
QEP/ETK/26
-*** GS 43 05FEB2123Z DAB9AA CDM/**
ER
-ETK SU ET 05FEB2123Z DA2FC1 WEC/26
QR
-ETK SU ET 05FEB2123Z DA2FC1 WEC/26
QEP/ETK/31
-*** SU ET 05FEB2123Z DA2FC1 WEC/**
QR
-ETK SU ET 05FEB2123Z DA2BA7 TBM/31
STORED FARE DATA FOLLOWS
TOTAL FARE - USD1319.20
FARE QUOTE- AUTOPRICED - I
WEB SU CO 05FEB2121Z DA06AC UA
   USD FARE         TAX - USD
            USD TTL
1 - 1212.00                  XT107.20
         1319.20
CRP UA X/HOU UA GUA Q80.00 531.00DNW1E9LN
   UA X/HOU Q80.00 UA CRP
   521.00DNX1E9LN NUC 1212.00 END ROE 1.00 X
   T 5.50YC 7.00XY 5.00XA
   35.40US 11.20AY 2.60QQ 30.00XC 10.50XF CR
   P4.5 IAH3 IAH3
V S 1/2 NOT VALID BEFORE/AFTER 21FEB
V S 3/4 NOT VALID BEFORE/AFTER 25FEB
PSGR1
   ENDORSE1-  NONREF/0VALUAFTDPT/CHGFEE
END FARE QUOTE RECORD DATA
..........................................
.... ETKT CREATED 26FEB 0036Z IAH BY PD SS
   UA
WILLS/DAVIDKMR            01624376298705
            #1 OF 1 5FEB15
   CRP UA4109Y 21FEB 903AOK DNW1E9LN
      NVB21FEB NVA21FEB USED
```

```
X IAH UA1509D 21FEB1129AOK DNW1E9LN
           NVB21FEB NVA21FEB USED
O GUA UA1503D 25FEB1254POK DNX1E9LN
           NVB25FEB NVA25FEB USED
X IAH UA4391Y 25FEB 603POK DNX1E9LN
           NVB25FEB NVA25FEB USED
   CRP
 FARE-USD  TAX       TAX           TTL-USD
  1212.00 107.20                   1319.20
 FC  /FC CRP UA X/HOU UA GUA Q80.00 531.00D
     NW1E9LN UA X/HOU Q80.00 UA CRP 521.00DN
     X1E9LN NUC 1212.00 END ROE 1.00 XT5.50Y
     C7.00XY5.00XA35.40US11.20AY2.60QQ30.00X
     C10.50XF CRP4.5IAH3IAH3
 FP CCCAXXXXXXXXXXXXX6373/0316/N04432J
 E1 NONREF/0VALUAFTDPT/CHGFEE
 .... ETKT HISTORY ..........................
   WILLS/DAVIDKMR          01624376298705
                            $USD 1319.20
 FP CCCAXXXXXXXXXXXXX6373/0316/N04432J
 AI*DAVID K WILLS*3204 TOWER OAKS BLVD STE
 170*ROCKVILLE MD 20852
 WEC SU ET 05FEB 2123Z DA2FC1 UA
 T:$XXXXXXXXXXXXX6373/0316/N04432J|VP01|Q1|E
    T
 CPN 1    CHECKED-IN
 CRP PD NJ 21FEB 1332Z DB518C UA
 CPN  2   CHECKED-IN
 CRP PD NJ 21FEB 1332Z DB518C UA
 CPN 1    LIFTED
 CRP PD NJ 21FEB 1445Z D25B1E UA
 CPN 1    UA USED
 CRP PD SS 21FEB 1530Z        UA
 CPN  2   LIFTED
           21FEB 1653Z        UA
 CPN  2   UA USED
 IAH PD SS 21FEB 1805Z        UA
 CPN   3  CHECKED-IN
 WEB PD 98 24FEB 1900Z DA0AF4 UA
 CPN   4  CHECKED-IN
 WEB PD 98 24FEB 1900Z DA0AF4 UA
 CPN   3  LIFTED
           25FEB 1828Z        UA
 CPN   3  UA USED
 GUA PD SS 25FEB 1955Z        UA
 CPN   4  LIFTED
           25FEB 2340Z        UA
 CPN   4  UA USED
 IAH PD SS 26FEB 0036Z        UA
 CPN 1234 ADJ PUR DTE FR 25FEB15 TO 04MAR15
 IAH PD SS 26FEB 0036Z        UA
 *********************************************
```

**United Airlines, Inc**

| Point Of Sale . | US WEC |
| Point Of issue · | WEC |
| Agency Name : |  |
| Book Tktg Agnt : 0000000 |  |
| Bkg Outlet : |  |

Conjunction Ticket(s)

Origin - Destination
CRP CRP
Airline PNR CTQ_ATU
CP2DPJ ET1056 DA2FC1 0162

Name of Passenger
WELLS DAVIDKDR .

Date of Issue
2015-02-01

Original Issue infor

Restrictions / Endorsements
NONREF NOCHG AFTER DEPARTURE

Tour Code

Exis Rte Id : SEEWEC

Pax Type : ADT
Cpn Issu Usage . 2TFF
Doc Type TKTT
Load Id . 2000453346
Original Sale Info

| Cpn | Lec | Dest | OP Curr | Mkt Carr | OP Fib | Mkt Fib | Fb Dt | Bkg | dng# | Ticket Designator | Byrt Dt | Dprt Time | Fare Basis | Revenue Amt | VQ amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CRP | IAH | UA | UA | 4109 | 4109 | 21FEB15 | V | V | DNWIE9LN |  | 0853 | DNWIE9LN | 131.70 | 3.70 |
| 2 | IAH | GUA | UA | UA | 1509 | 1509 | 21FEB15 | D | D | DNWIE9LN |  | 1155 | DNWIE9LN | 477.36 | 3.70 |
| 3 | GUA | IAH | UA | UA | 1503 | 1503 | 25FEB15 | D | D | DNWIE9LN |  | 1334 | DNWIE9LN | 465.47 | 3.70 |
| 4 | IAH | CRP | UA | UA | 4391 | 4391 | 25FEB15 | V | V | DNWIE9LN |  | 1853 | DNWIE9LN | 131.94 | 3.70 |

Fare Calculation Area
CRP UA X-HOU UA GUA Q80 00 531 00DNWIE9LN UA X-HOU Q80 00 UA CRP 521 00DNXIE9LN NUC 1212.00 END ROE 1.00
XT5 50YC7 00XY5 00XAJ5 40US31 20AY2 60QQ30 00XC10 50XF CRP1.51AH31AH3

FOP Amounts / totals:

| | |
|---|---|
| FARE | 1,212.00 |
| AY | 33.20 |
| CO | 2.40 |
| UA | 11.40 |
| XF | 9.00 |
| XY | 10.00 |
| XC | 4.80 |
| XJ | 5.00 |
| XF | 1.32 |
| XV | 7.00 |
| DC | 8.50 |
| Total Fare | 1,319.20 |

Form of Payment
CCA

CC SUM ITEMIZED
CC88213*********4375

CC Amt USD . 1,319.20

Cc/d Only Curr . 1,319.20

Cash USD
0.00

Cash Orig Amt
0.00

Exchange Amt
0.00

Certificate/Cert. Num.
NOA1527 001525402

Appr't CC/CC Logic.Div/Lang.Num.

Byt Amt

Seq #

Other Fop: USD
Assc Orig Amt

Comm Type
N/A

Category
N/A

Comm.Amt:
0.00

Base Comm.Amt:
0.00

Fare Amt USD.
1,212.00

Tkt Doc USD.
1,319.20

Airline Form mtid
0162437629870

Tkt Exch.Info Cpn.
Surrendered

1st Comm
Amt
0.00

Overrd.
Amt
0.00

Comm Rate
0.00

ADD Description

| FOP Type | FOP Acct | FOP Amt - USD | Orig Curr Amt | Orig |
|---|---|---|---|---|
| CC | 5588213003016373 Mask | 1,319.20 | 1,319.20 USD | |

⊟ LIFT

| Tkt | Cpn | Seg | Orig | Dest | Miles | Mktg Carr | Oprg Carr | Flt Date | Mktg Flt Num | Oprg Flt Num | Dprt Time | Arrv Time | Irreg | FBTD | Chn | Seat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0162437629870 | 1 | | CRP | IAH | | UA | EV | 2/21/2015 | 4109 | 4109 | 0854 | 0953 | | | | 3A |
| | 2 | | IAH | GUA | | UA | CO | 2/21/2015 | 1509 | 1509 | 1130 | 1411 | | | | 1E |
| | 3 | | GUA | IAH | | UA | CO | 2/25/2015 | 1503 | 1503 | 1303 | 1557 | | | | 2B |
| | 4 | | IAH | CRP | | UA | EV | 2/25/2015 | 4391 | 4391 | 1758 | 1915 | | | | 8A |

PAGE0777 UNITED AIRLINES          FLIGHT NUMBER 1509                          A  C  I    P  D  I  FOR    21FEB15      RUN DATE 23FEB15
          CTY AG LNIATA DATE      TIME                                                        CTY AG LNIATA DATE    TIME

                              CRP NJ 000000 21FEB  531A AP1509-WILLS/DAVIDK *XML*
                              CRP NJ DB518C 21FEB  532A 4109/21FEB/CRP-WILLS/DAVIDKMR
                                              B1.GUA
                              ** BTAG:UA 4016725499V:GUA **

```
PAGE9701 UNITED AIRLINES          FLIGHT NUMBER 1503          A C I   P D I FOR    25FEB15     RUN DATE 27FEB15
               CTY AG LNIATA DATE    TIME                              CTY AG LNIATA DATE    TIME
                       GUA 98 000000 24FEB 1100A AP1503-WILLS/DAVIDK *XML*
                       WEB 98 DA0AF4 24FEB 1100A 1503/25FEB/GUA-WILLS/DAVIDKMR
                                          B0.CRP
```

2:17cr390-001969

PAGE295,954 UNITED AIRLINES    FLIGHT NUMBER 1594    NAME WILLIAMS    P D I FOR 14DEC14    RUN DATE 16DEC14

```
*****************************************
EMHA PNR.L65F7B CR28NOV 2046Z WEB BY SU CO
DA157C UA
***1.1WILLS/DAVIDKMR
FONE-WEB3081244/EB202
  CRP9902226/H301
  WEB*45520300D DO NOT REMOVE-AGENCY CLAIM
  NOT ALLOWED/N000
RCVD-COCOM-US/JS875259-GUID/26F4D732A8C54D
  0197CCD225990AB341
TKT -T/FQR - INVOICE/558821XXXXXX6373/2430
  1587193/0001//932.19
G FX-SSRFQTVUAHK/UAJS875259.1-WILLS/DAVIDK
  MR|01.01
  SSRDOCSUAHK1/////14SEP52/M//WILLS/DAVID/
  KEITH-1WILLS/DAV
  SSRDOCSUA///IDKMR
  OSI UA PREM 1K MEMBER - PLZ EXTEND ALL C
  OURTESIES
  SSRCTCEYYHK1/PEATINS//GMAIL.COM-1WILLS/D
  AVIDKMR
  OSI YY REAC NNTP UA3944 CRPIAH 08DEC 141
  6Z08DEC
RMKS-$MC558821XXXXXX6373/0316
  WEB*CO COM RESERVATIONS - US
  AVAILABILITY SOURCE - ITA
  WEB CLIENT IP 69.255.234.8 - APPLYFORMSO
  FPAYMENT
  EMAIL RQSTD PEATINS-AT-GMAIL.COM
  04 REMARKS ADDED BY WEB SU CO 28NOV 2046
  Z DA157C
  RBY28NOV*APPR CC MC 08260J/VP01/$932.19
  WEBCO
  PB TKT ORDERID*197085B3-6648-4535-BFBB-3
  D8A7ED8C124
  02 REMARKS ADDED BY WEB SU CO 28NOV 2046
  Z DA3B5C
  CDM: PNR SENT TO ACCERTIFY CDM41
  01 REMARKS ADDED BY CDM GS 41 28NOV 2046
  Z DAB974
  CDM: CDM APPROVED TO TICKET --A- CDM43
  01 REMARKS ADDED BY CDM GS 43 28NOV 2047
  Z DAB9A0
  28NOV/1447/EMAIL-REQUEST ACKNOWLEDGED*ET
  KT
  01 REMARKS ADDED BY WEC SU ER 28NOV 2047
  Z D11D4F
  CARS REACCOMM UA3944 08DEC CRPIAH NNTP 1
  2/8/2014 9:16:00 AM
  01 REMARKS ADDED BY WEE PD CA 08DEC 1416
  Z DA025F
  1 UA3944Y 08DEC CRPIAH HK 1 0717. 0815.
  2 UA1728P 08DEC IAHDCA HK 1 1025. 1422.
  3 UA1594Z 14DEC DCAIAH HK 1 1216. 1447.
  4 UA4496X 14DEC IAHCRP HK 1 1537. 1637.
```

```
*****    PNR HISTORY    **********
X8 500P/30NOV
A5 $MC558821XXXXXX6373/0316
RCCOCOM-US/JS875259-GUID/26F4D732A8C54D
  0197CCD225990AB341
WEB SU CO 28NOV 2046Z DA3B5C UA
A5 WEB CLIENT IP 69.255.234.8 - APPLYFORMS
  OFPAYMENT
X5 WEB CLIENT IP 69.255.234.8 - REQUESTREC
  EIPTS
X5 ORIGINALLY ADDED BY WEB SU CO 28NOV 204
  6Z DA157C
RCCOCOM-US/JS875259-GUID/26F4D732A8C54D
  0197CCD225990AB341
WEB SU CO 28NOV 2046Z DA3B5C UA
X7 TAE/1200N/28NOV/AI*DAVID K WILLS*3204 T
  OWER OAKS BLVD STE 170*ROCKVILLE MD 208
  52-4211
XF WEB3081244/B202
RCVD-
WEC SU ET 28NOV 2047Z DA2FC1 UA
A3 SSRCTCEYYHK1/PEATINS//GMAIL.COM-1WILLS/
  DAVIDKMR
RCVD-QPTPD
QPT PD 7O 08DEC 1153Z DA3550 UA
A3 OSI YY REAC NNTP UA3944 CRPIAH 08DEC 14
  16Z08DEC
RCREACCOMMODATED BY C.A.R.S. 12/8/2014
  9:16:00 AM
WEE PD CA 08DEC 1416Z DA025F UA
...... APIS INFORMATION ......
**********
FNAME:DAVID KEITH
LNAME:WILLS
DOB:520914 GENDER:M NAT:   RESIDENT:
HIST 1 ---- PARSDATE:28NOV CITYCODE:WEB
HIST 1 ---- DUTYCODE:SU   LINIATA:DA1
HIST 1 ---- PARSDATE:28NOV CITYCODE:WEB
HIST 2 ---- DUTYCODE:SU   LINIATA:DA1
...... PDC INFORMATION ......
FNAME:DAVID KEITH
LNAME:WILLS
11DEC 18.14.41 USSF 003Z KNO R 1594/14DEC
  DCA IAH E L
FNAME:DAVID KEITH
LNAME:WILLS
05DEC 18.11.46 USSF 000Z CLR R 3944/08DEC
  CRP IAH E L
FNAME:DAVID KEITH
LNAME:WILLS
05DEC 18.11.45 USSF 000Z CLR R 3944/08DEC
  CRP IAH E L
.... QUEUE HISTORY ....
SYSQ/ETK/10
```

```
-ADR VERIF 28NOV2046Z
E
-ETK GS 41 28NOV2046Z DAB974 CDM/10
QEP/ETK/26
-*** GS 43 28NOV2047Z DAB9A0 CDM/**
QR
-ETK SU ET 28NOV2047Z DA2FC1 WEC/26
QEP/ETK/31
-*** SU ET 28NOV2047Z DA2FC1 WEC/**
QR
-ETK SU ET 28NOV2047Z DA2BAC TBM/31
STORED FARE DATA FOLLOWS
TOTAL FARE - USD932.19
FARE QUOTE- AUTOPRICED - I
WEB SU CO 28NOV2046Z DA157C UA
    USD FARE              TAX - USD
              USD TTL
1 - 827.90              XT104.29
              932.19
CRP UA X/HOU UA WAS 401.86WAA07AKN/UPDI UA
  X/HOU UA CRP 426.04VA
A07AKN/UPDI USD 827.90 END ZP CRP IAH DCA
  IAH XT 62.09US 16.00ZP
  11.20AY 15.00XF CRP4.5 IAH3 DCA4.5 IAH3
V S 1/2 NOT VALID BEFORE/AFTER 08DEC
V S 3/4 NOT VALID BEFORE/AFTER 14DEC
PSGR1
  ENDORSE1- NONREF/0VALUAFTDPT/CHGFEE
END FARE QUOTE RECORD DATA
.........................................
.... ETKT CREATED 14DEC 2230Z IAH BY PD SS
  UA
WILLS/DAVIDKMR         01624301587193
          #1 OF 1 28NOV14
CRP UA3944Y 08DEC 717AOK WAA07AKN/UPDI
  NVB08DEC NVA08DEC USED
X IAH UA1728P 08DEC1025AOK WAA07AKN/UPDI
  NVB08DEC NVA08DEC USED
O DCA UA1594Z 14DEC1216POK VAA07AKN/UPDI
  NVB14DEC NVA14DEC USED
X IAH UA4496Y 14DEC 337POK VAA07AKN/UPDI
  NVB14DEC NVA14DEC USED
  CRP
FARE-USD TAX      TAX      TTL-USD
  827.90 104.29            932.19
FC /FC CRP UA X/HOU UA WAS 401.86WAA07AKN
  /UPDI UA X/HOU UA CRP 426.04VAA07AKN/UP
  DI USD 827.90 END ZP CRP IAH DCA IAH XT
  62.09US16.00ZP11.20AY15.00XF CRP4.5IAH3
  DCA4.5IAH3
FP CCCAXXXXXXXXXXXXX6373/0316/N08260J
E1 NONREF/0VALUAFTDPT/CHGFEE
.... ETKT HISTORY .........................
WILLS/DAVIDKMR         01624301587193
```

```
                                  $USD   932.19
FP CCCAXXXXXXXXXXXXXX6373/0316/N08260J
AI*DAVID K WILLS*3204 TOWER OAKS BLVD STE
170*ROCKVILLE MD 20852
WEC SU ET 28NOV 2047Z DA2FC1 UA
T:$XXXXXXXXXXXXX6373/0316/N08260J|VP01|ET
CPN 1    CHECKED-IN
CRP PD LC 08DEC 1153Z D1A89F UA
CPN  2    CHECKED-IN
CRP PD LC 08DEC 1153Z D1A89F UA
CPN 1    LIFTED
CRP PD DM 08DEC 1329Z D25B1E UA
CPN 1    UA USED
CRP PD SS 08DEC 1415Z        UA
CPN  2    LIFTED
          08DEC 1605Z        UA
CPN  2    UA USED
IAH PD SS 08DEC 1700Z        UA
CPN  3    CHECKED-IN
WEB PD 98 13DEC 1721Z DAC1CF UA
CPN    4 CHECKED-IN
WEB PD 98 13DEC 1721Z DAC1CF UA
CPN  3    LIFTED
          14DEC 1642Z        UA
CPN  3    UA USED
DCA PD SS 14DEC 2030Z        UA
CPN    4 LIFTED
          14DEC 2134Z        UA
CPN    4 UA USED
IAH PD SS 14DEC 2230Z        UA
CPN 1234 ADJ PUR DTE FR 14DEC14 TO 21DEC14
IAH PD SS 14DEC 2230Z        UA
*****************************************
```

2:17cr390-001971

**United Airlines, Inc**

| | |
|---|---|
| Conjunction Ticket(s) | |

Origin / Destination
TP-TP
Airline FORCTO ATO
L65F/B ET1056 DA2FC1 0162

| Point Of Sale | US WEC |
|---|---|
| Point Of issue : | WEC |
| Agency Name : | |
| Book/Tkg Agnt : | 0000000 |
| Bkg Outlet : | |

**Name of Passenger**
WILLS DAVID/MR.

Date of Issue
2014-11-21

Original Issue Info:

**Restrictions / Endorsement**
NONREF 0/ALT/AFT/PT CHOFEE

Tour Code

Pan fee Id : NFFWTC

| Pax Type · | ADT |
|---|---|
| Cpn Issn Usage : | FFFF |
| Doc Type : | TKTT |
| Load Id : | 2000454583 |
| Original Sale Info : | |

Sre Id:     Snt FL:   T
Tran Type : S     PED:     201-11-28
EXCH :     10.0627 Load Date: 201-11-28

| Cpn | Loc | Dest | OP Carr | Mrk Carr | OP Flt | Mrk Flt | Flt Dt | Bkg / | Bkg / | Ticket Designator | Dprt Dt | Dprt Time | Fare Basis | Revenue Amt | VQ-amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CRP | IAH | UA | UA | 3944 | 3944 | 2014-12-08 | Y | Y | VAA07AKN/UPDI | | 0717 | WAAC7AKNUPDI | 134.30 | 0.00 |
| 2 | IAH | DCA | UA | UA | 1728 | 1728 | 2014-12-08 | P | P | WAA07AKN/UPDI | | 1025 | WAAC7AKNUPDI | 387.53 | 0.50 |
| 3 | DCA | IAH | UA | UA | 1594 | 1594 | 2014-12-14 | Z | Z | VAA07AKN/UPDI | | 1215 | VAA07AKNUEDI | 305.13 | 0.00 |
| 4 | IAH | CRP | UA | UA | 4495 | 1195 | 2014-12-14 | Y | Y | VAA07AKN/UPDI | | 1557 | VAA07AKNUEDI | 130.59 | 0.00 |

| FARE | 877.90 USD |
|---|---|

**Fare Calculation Area**
CRP UA X/HOU UA WAS 401.86WAA07AKN/UPDI UA X/HOU UA CRP 426.04VAA07AKN/UPDI USD 827.90 END ZP CRP IAH DCA IAH
XT62.09US16.00ZP11.20AY15.00XF CRP4.5IAHDDCA4.5IAH

| AY | 11.00 |
|---|---|
| US | 62.09 |
| XF | 1.00 |
| XT | 4.53 |
| XF | 3.00 |
| XF | 4.50 |
| ZP | 16.00 |
| Totl. | 932.19 |
| Fare | USD |

| Form of Payment | CC-NUM FILTERED | CC Amt USD. | Cash/Orig Curr | Cash USD | Cash Orig Amt | Exchange Amt | Certificate/Certif.Num | Apprvl.Cd./CC.Expir.Dte/Usip.Nm. |
|---|---|---|---|---|---|---|---|---|
| OCCA | 551121******5173 | 932.19 | 932.19 | 0.00 | 0.00 | 0.00 | 0.00 | NO82507 2015-03-01 |
| Eqlv Amt: | Seq # | 1 | | Other Tap: USD Amt Orig.Amt. | Comm.Type | Category | Comm.Amt: | Base Comm.Amt: |
| Fare Amt USD: 827.90 | | | | | N.A | N.A | 0.00 | 0.00 |
| Tkt Doc USD 932.19 | Airline Form-serial | 0162430158719 | | Tkt Exch.Info Cpns Surrendered | Aff Comm Amt | Overrd. Amt | Comm Rate | FDD Description |
| | | | | | 0.00 | 0.00 | 0.00 | |

| FOP Type | FOP Acct | FOP Amt - USD | Orig Curr Amt | Orig C |
|---|---|---|---|---|
| CC | 5588213003016373  Mask | 932.19 | 932.19  USD | |

## ₿ LIFT

| Tkt | Cpn | Seg | Orig | Dest | Miles | Mktg Carr | Oprg Carr | Flt Date | Mktg Flt Num | Oprg Flt Num | Dprt Time | Arrv Time | Irreg | FBTD | Cbn | Seat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0162430158719 | 1 | | CRP | IAH | | UA | EV | 12/8/2014 | 3944 | 3944 | 0741 | 0840 | | | | 1A |
| | 2 | | IAH | DCA | | UA | CO | 12/8/2014 | 1728 | 1728 | 1027 | 1418 | | | | 1E |
| | 3 | | DCA | IAH | | UA | CO | 12/14/2014 | 1594 | 1594 | 1224 | 1432 | | | | 1E |
| | 4 | | IAH | CRP | | UA | EV | 12/14/2014 | 4496 | 4496 | 1554 | 1656 | | | | 3D |

2:17cr390-001972

```
PAGE3069 UNITED AIRLINES           FLIGHT NUMBER 1594            A  C  I    P  D  I  FOR    14DEC14      RUN DATE 16DEC14
            CTY AG LNIATA DATE      TIME                                      CTY AG LNIATA DATE    TIME

                                          !B1        WILLS/DAVIDK
                                       ** BTAG:UA 4016454959V:CRP **

PAGE4231 UNITED AIRLINES           FLIGHT NUMBER 1728            A  C  I    P  D  I  FOR    08DEC14      RUN DATE 10DEC14
            CTY AG LNIATA DATE      TIME                                      CTY AG LNIATA DATE    TIME

            CRP LC D1A89F 08DEC  353A 3944/08DEC/CRP-WILLS/DAVIDKMR
                                        B1.DCA
                              ** BTAG:UA 3016446027V:DCA **
```

2:17-cr-390-001973

PAGE 61,830 UNITED AIRLINES   FLIGHT NUMBER 0236   NAME WARD/MAR   P D I FOR 30NOV14   RUN DATE 02DEC14

```
****************************************
EMHA PNR.JE76EE CR25OCT 1618Z WEB BY SU CO
DA2784 UA
***1.1WILLS/DAVIDKMR
FONE-WEB3081244/EB202
  CRP9902226/H301
  WEB*45520300 DO NOT REMOVE-AGENCY CLAIM
  NOT ALLOWED/N000
RCVD-COCOM-US/JS875259-GUID/DC119AC669BE45
  6D92E6B4EEEF3394C5
TKT -T/FQR - INVOICE/558821XXXXXX6373/2426
  6955334/0001//958.19
G FX-SSRFQTVUAHK/UAJS875259.1-WILLS/DAVIDK
  MR|01.01
  SSRDOCSUAHK1/////14SEP52/M//WILLS/DAVID/
  KEITH-1WILLS/DAV
  SSRDOCSUA///IDKMR
  OSI UA PREM 1K MEMBER - PLZ EXTEND ALL C
  OURTESIES
  SSRCTCEYYHK1/PEATINS/GMAIL.COM-1WILLS/D
  AVIDKMR
RMKS-$MC558821XXXXXX6373/0316
  WEB*CO COM RESERVATIONS - US
  AVAILABILITY SOURCE - ITA
  WEB CLIENT IP 72.181.73.204 - APPLYFORMS
  OFPAYMENT
  EMAIL RQSTD PEATINS-AT-GMAIL.COM
  04 REMARKS ADDED BY WEB SU CO 25OCT 1618
  Z DA2784
  RBY25OCT*APPR CC MC 04050J/VP01/$958.19
  WEBCO
  PB TKT ORDERID*B49B7F20-9718-40D7-9F52-9
  E260CF6056B
  02 REMARKS ADDED BY WEB SU CO 25OCT 1618
  Z DAEB4D
  CDM: PNR SENT TO ACCERTIFY CDM41
  01 REMARKS ADDED BY CDM GS 41 25OCT 1618
  Z DAB995
  CDM: CDM APPROVED TO TICKET --A- CDM43
  01 REMARKS ADDED BY CDM GS 43 25OCT 1619
  Z DAB9A0
  25OCT/1119/EMAIL-REQUEST ACKNOWLEDGED*ET
  KT
  01 REMARKS ADDED BY WEC SU ER 25OCT 1619
  Z D11DB3
1 UA4176Y 23NOV CRPIAH HK 1 1300. 1400.
2 UA 292P 23NOV IAHDCA HK 1 1548. 1945.
3 UA 236Z 30NOV DCAIAH HK 1 0705. 0930.
4 UA4176Y 30NOV IAHCRP HK 1 1130. 1230.
8**** PNR HISTORY **********
8 500P/27OCT
A5 $MC558821XXXXXX6373/0316
RCCOCOM-US/JS875259-GUID/DC119AC669BE45
  6D92E6B4EEEF3394C5
WEB SU CO 25OCT 1618Z DAEB4D UA
```

Page 13 of 77

```
A5 WEB CLIENT IP 72.181.73.204 - APPLYFORM
   SOFPAYMENT
X5 WEB CLIENT IP 72.181.73.204 - REQUESTRE
   CEIPTS
X5 ORIGINALLY ADDED BY WEB SU CO 25OCT 161
   8Z DA2784
RCCOCOM-US/JS875259-GUID/DC119AC669BE45
   6D92E6B4EEEF3394C5
WEB SU CO 25OCT 1618Z DAEB4D UA
X7 TAE/1200N/25OCT/AI*DAVID K WILLS*3204 T
   OWER OAKS BLVD STE 170*ROCKVILLE MD 208
   52-4211
XF WEB3081244/B202
RCVD-
WEC SU ET 25OCT 1619Z DA2FBD UA
A3 SSRCTCEYYHK1/PEATINS/GMAIL.COM-1WILLS/
   DAVIDKMR
RCVD-QPTPD
QPT PD 7O 23NOV 1653Z DA35D3 UA
..... APIS INFORMATION ......
***********
FNAME:DAVID KEITH
LNAME:WILLS
DOB:520914 GENDER:M NAT:   RESIDENT:
HIST 1 ---- PARSDATE:25OCT CITYCODE:WEB
HIST 2 ---- DUTYCODE:SU  LINIATA:DA2
HIST 1 ---- PARSDATE:25OCT CITYCODE:WEB
HIST 2 ---- DUTYCODE:SU  LINIATA:DA2
..... PDC INFORMATION ......
FNAME:DAVID KEITH
LNAME:WILLS
27NOV 18.08.50 USSF 000Z CLR R 0236/30NOV
   DCA IAH E L
FNAME:DAVID KEITH
LNAME:WILLS
20NOV 18.13.38 USSF 000Z CLR R 4176/23NOV
   CRP IAH E L
FNAME:DAVID KEITH
LNAME:WILLS
20NOV 18.13.37 USSF 000Z CLR R 4176/23NOV
   CRP IAH E L
.... QUEUE HISTORY ....
SYSQ/ETK/10
-ADR VERIF 25OCT1618Z
E
-ETK GS 41 25OCT1618Z DAB995 CDM/10
QEP/ETK/26
-*** GS 43 25OCT1619Z DAB9A0 CDM/**
QR
-ETK SU ET 25OCT1619Z DA2FBD WEC/26
QEP/ETK/31
-*** SU ET 25OCT1619Z DA2FBD WEC/**
QR
-ETK SU ET 25OCT1619Z DA2B9B TBM/31
STORED FARE DATA FOLLOWS
```

```
TOTAL FARE - USD958.19
FARE QUOTE- AUTOPRICED - I
WEB SU CO 25OCT1618Z DA2784 UA
     USD FARE          TAX - USD
            USD TTL
1 - 852.08          XT106.11
            958.19
CRP UA X/HOU UA WAS 315.34TAA21AKN/UPDI UA
  X/HOU UA CRP Q WASCRP
  55.81 480.93QAA07AKN/UPDI USD 852.08 END Z
  P CRP IAH DCA IAH XT 6
  3.91US 16.00ZP 11.20AY 15.00XF CRP4.5 IAH3
  DCA4.5 IAH3
V S 1/2 NOT VALID BEFORE/AFTER 23NOV
V S 3/4 NOT VALID BEFORE/AFTER 30NOV
PSGR1
  ENDORSE1- NONREF/0VALUAFTDPT/CHGFEE
END FARE QUOTE RECORD DATA
.....................................
.... ETKT CREATED 30NOV 1810Z IAH BY PD SS
  UA
  WILLS/DAVIDKMR          01624266955334
           #1 OF 1 25OCT14
  CRP UA4176Y 23NOV 100POK TAA21AKN/UPDI
           NVB23NOV NVA23NOV USED
X IAH UA 292P 23NOV 348POK TAA21AKN/UPDI
           NVB23NOV NVA23NOV USED
O DCA UA 236Z 30NOV 705AOK QAA07AKN/UPDI
           NVB30NOV NVA30NOV USED
X IAH UA4176Y 30NOV1130AOK QAA07AKN/UPDI
           NVB30NOV NVA30NOV USED
  CRP
  FARE-USD TAX      TAX         TTL-USD
  852.08 106.11                 958.19
FC /FC CRP UA X/HOU UA WAS 315.34TAA21AKN
   /UPDI UA X/HOU UA CRP Q WASCRP55.81 480
   .93QAA07AKN/UPDI USD 852.08 END ZP CRP
   IAH DCA IAH XT63.91US16.00ZP11.20AY15.0
   0XF CRP4.5IAH3DCA4.5IAH3
FP CCCAXXXXXXXXXXXXX6373/0316/N04050J
E1 NONREF/0VALUAFTDPT/CHGFEE
.... ETKT HISTORY .....................
  WILLS/DAVIDKMR          01624266955334
                     $USD 958.19
FP CCCAXXXXXXXXXXXXX6373/0316/N04050J
AI*DAVID K WILLS*3204 TOWER OAKS BLVD STE
170*ROCKVILLE MD 20852
WEC SU ET 25OCT 1619Z DA2FBD UA
T:$XXXXXXXXXXXXX6373/0316/N04050J|VP01|ET
CPN 1   CHECKED-IN
CRP PD LC 23NOV 1653Z D14F69 UA
CPN  2   CHECKED-IN
CRP PD LC 23NOV 1653Z D14F69 UA
CPN 1   LIFTED
CRP PD BJ 23NOV 1849Z D25B1E UA
```

```
CPN 1    UA  USED
CRP PD SS 23NOV 2025Z          UA
CPN  2   LIFTED
          23NOV 2116Z          UA
CPN  2   UA  USED
IAH PD SS 23NOV 2215Z          UA
CPN  3  CHECKED-IN
WEB PD 98 29NOV 1211Z DAC1CD UA
CPN   4 CHECKED-IN
WEB PD 98 29NOV 1211Z DAC1CD UA
CPN  3  LIFTED
          30NOV 1132Z          UA
CPN  3  UA  USED
DCA PD SS 30NOV 1235Z          UA
CPN   4 LIFTED
          30NOV 1705Z          UA
CPN   4 UA  USED
IAH PD SS 30NOV 1810Z          UA
CPN 1234 ADJ PUR DTE FR 30NOV14 TO 07DEC14
IAH PD SS 30NOV 1810Z          UA
******************************************
```

2:17cr390-001975

| United Airlines, Inc | | Conjunction Ticket(s) | | | | Origin / Destination | | | | Point Of Sale · | US WEC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CRP CRP | | | | Point Of Issue · | WEC | |
| | | | | | | Airline PNR/CTO ATO | | | | Agency Name : | | |
| | | | | | | JE76EE ET1056 DA2FBD 0162 | | | | Book/Tktg Agnt : / 0000000 | | |
| | | | | | | | | | | Bkg Outlet : | | |

| Name of Passenger | Date of Issue | Original Issue Info: |
|---|---|---|
| WILLS DAVIDKMR | 2014-10-23 | |

| Restrictions / Endorsements | Tour Code | Extn Src Id : SEEWEC | | Pax Type : | ADT |
|---|---|---|---|---|---|
| | | | | Cpn Issn Usage : | FFFF |
| NONREF 0VALUAFTDPT/CHOFEE | | Src Id: SEE Stl FL: T | | Doc Type · | TKTT |
| | | Trans Type : S PTD: 2014.10-25 | | Load Id : | 2000440425 |
| | | ECCB : 1039226 Lead Date: 2014-10-25 | | Original Sale Info : | |

| Cpn | Loc | Dest | OP Carr | Mkk Carr | OP Flt | Mkk Flt | Flt Dt | Bkg / | Gtg / | Ticket Designator | Dprt Dt | Dprt Time | Fare Basis | Revenue Amt | YQ-amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CRP | IAH | UA | UA | 4176 | 4176 | 2014-11-23 | Y | Y | TAA2IAKN UPDI | | 1300 | TAA2IAKN UPDI | 86.43 | 6.00 |
| 2 | IAH | DCA | UA | UA | 0292 | 0292 | 2014-11-23 | P | P | TAA2IAKN UPDI | | 1548 | TAA2IAKN UPDI | 225.96 | 6.00 |
| 3 | DCA | IAH | UA | UA | 0236 | 0236 | 2014-11-30 | Z | Z | QAA07AKN UPDI | | 0705 | QAA07AKN UPDI | 344.44 | 6.00 |
| 4 | IAH | CRP | UA | UA | 4176 | 4176 | 2014-11-30 | Y | Y | QAA07AKN UPDI | | 1130 | QAA07AKN UPDI | 152.30 | 6.00 |

| FARE | 832.08 USD | **Fare Calculation Area** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | CRP UA X/HOU UA WAS 315.34TAA2IAKN/UPDI UA X/HOU UA CRP Q WASCRP55.81 480.93QAA07AKN/UPDI USD 852.08 END ZP CRP IAH DCA IAH XT63.91US16.00ZP11.20AY15.00XF CRP4.5IAH3DCA4.5IAH3 | | | | | | | | | |
| AY | 11.20 | | | | | | | | | | |
| US | 63.91 | Form of Payment | CC NUM FILTERED | CC Amt USD. | Crd.Orig Curr | Cash USD | Cash Orig Amt | Exchange Amt | Certificate/Certi.Num | Apprvl.Cd/CC.Expir.Dts/UatpNm. |
| XF | 3.00 | CCCA | 028821*******0373 | 958.19 | 958.19 | 0.00 | 0.00 | 0.00 | 0.00 | NO 02337 2018-03-01 |
| XF | 4.50 | Eqiv Amt: | Seq# | 1 | | Other Fop: USD Amt: | Comm.Type | Category | Comm.Amt: | Bass Comm.Amt: |
| XF | 3.00 | Fare Amt USD: 852.08 | | | | Orig Amt: | N/A | N/A | 0.00 | 0.00 |
| XF | 4.50 | | | | | | | | | |
| ZP | 16.00 | Tkt Doc USD 958.19 | Airline Form-serial | 0162426695533 | | Tkt Exch.Info Cpn: Surrendered | Ad Comm Amt | Overrd. Amt | Comm Rate | EDD Description |
| Total Fare | 958.19 USD | | | | | | 0.00 | 0.00 | 0.00 | |

| FOP Type | FOP Acct | FOP Amt - USD | Orig Curr Amt | Orig C |
|---|---|---|---|---|
| CC | 5588213003016373 Mask | 958.19 | 958.19 USD | |

# ⊟ LIFT

| Tkt | Cpn | Seg | Orig | Dest | Miles | Mktg Carr | Oprg Carr | Flt Date | Mktg Flt Num | Oprg Flt Num | Dprt Time | Arrv Time | Irreg | FBTD | Cbn | Seat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0162426695533 | 1 | | CRP | IAH | UA | EV | | 11/23/2014 | 4176 | 4176 | 1257 | 1356 | | | | 5A |
| | 2 | | IAH | DCA | UA | UA | | 11/23/2014 | 0292 | 0292 | 1544 | 1930 | | | | 1E |
| | 3 | | DCA | IAH | UA | UA | | 11/30/2014 | 0236 | 0236 | 0704 | 0925 | | | | 2E |
| | 4 | | IAH | CRP | UA | EV | | 11/30/2014 | 4176 | 4176 | 1133 | 1230 | | | | 4A |

```
PAGE3582 UNITED AIRLINES          FLIGHT NUMBER 0236              A C I    P D I FOR   30NOV14      RUN DATE 02DEC14
                                  CTY AG LNIATA DATE    TIME                             CTY AG LNIATA DATE    TIME

                                      WEB 98 DAC1CD 29NOV  411A 236/30NOV/DCA-WILLS/DAVIDKMR
                                                               B0.CRP

PAGE3868 UNITED AIRLINES          FLIGHT NUMBER 0292              A C I    P D I FOR   23NOV14      RUN DATE 25NOV14
         CTY AG LNIATA DATE    TIME                         CTY AG LNIATA DATE    TIME

                                      CRP LC D14F69 23NOV  853A 4176/23NOV/CRP-WILLS/DAVIDKMR
                                                               B1.DCA
                                            ** BTAG:UA 4016000874V:DCA **
```

2:17cr390-001977

PAGE261,548 UNITED AIRLINES    FLIGHT NUMBER 1468    NAME WHITE/EV    P D I FOR 22OCT14    RUN DATE 24OCT14

*******************************************
EMHA PNR.GNKLMD CRO7OCT 2024Z WEB BY SU CO
DA643A UA
***1.1WILLS/DAVIDKMR
FONE-WEB3081244/EB202
  CRP9902226/H301
  WEB*45520300 DO NOT REMOVE-AGENCY CLAIM
  NOT ALLOWED/N000
RCVD-COCOM-US/JS875259-GUID/207BAF0740EF40
  B4847D86A33CADFD17
TKT -T/FQR - INVOICE/558821XXXXXX6373/2424
  7512786/0001//1188.33
G FX-SSRFQTVUAHK/UAJS875259.1-WILLS/DAVIDK
  MR|01.01
  SSRDOCSUAHK1/////14SEP52/M//WILLS/DAVID/
  KEITH-1WILLS/DAV
  SSRDOCSUA///IDKMR
  OSI UA PREM 1K MEMBER - PLZ EXTEND ALL C
  OURTESIES
  SSRCTCEYYHK1/PEATINS//GMAIL.COM-1WILLS/D
  AVIDKMR
RMKS-$MC558821XXXXXX6373/0316
  WEB*CO COM RESERVATIONS - US
  AVAILABILITY SOURCE - ITA
  WEB CLIENT IP 50.153.115.14 - APPLYFORMS
  OFPAYMENT
  EMAIL RQSTD PEATINS-AT-GMAIL.COM
  04 REMARKS ADDED BY WEB SU CO 07OCT 2024
  Z DA643A
  RBY07OCT*APPR CC MC 03471J/VP01/$1188.33
  WEBCO
  PB TKT ORDERID*91DDB29E-E969-4392-BBCB-D
  0220BC4E06E
  02 REMARKS ADDED BY WEB SU CO 07OCT 2024
  Z DA649B
  CDM: PNR SENT TO ACCERTIFY CDM41
  01 REMARKS ADDED BY CDM GS 41 07OCT 2025
  Z DA846D
  CDM: CDM APPROVED TO TICKET --A- CDM43
  01 REMARKS ADDED BY CDM GS 43 07OCT 2026
  Z DA84A3
  07OCT/1526/EMAIL-REQUEST ACKNOWLEDGED*ET
  KT
  01 REMARKS ADDED BY WEC SU ER 07OCT 2026
  Z D11D81
  07OCT/1531/EMAIL RECEIPT SENT 10/07
  01 REMARKS ADDED BY WEC SU ER 07OCT 2031
  Z D11D81
  UNDF-SSRPSPTUAHK/$O-WILLS/DAVIDKMR$N-WILLS
  /DAVID KEITH$E-201004$C-US$B-520914$G-M|
  01.01
  1 UA4176H 19OCT CRPIAH HK 1 1251. 1350.
  2 UA1461P 19OCT IAHSAL HK 1 1740. 1942.
  3 UA1468P 22OCT SALIAH HK 1 1224. 1630.
  4 UA4684S 22OCT IAHCRP HK 1 2100. 2157.

*****    PNR HISTORY    **********
X8 500P/09OCT
A5 $MC558821XXXXXXX6373/0316
RCCOCOM-US/JS875259-GUID/207BAF0740EF40
  B4847D86A33CADFD17
WEB SU CO 07OCT 2024Z DA649B UA
A5 WEB CLIENT IP 50.153.115.14 - APPLYFORM
  SOFPAYMENT
X5 WEB CLIENT IP 50.153.115.14 - REQUESTRE
  CEIPTS
X5 ORIGINALLY ADDED BY WEB SU CO 07OCT 202
  4Z DA643A
RCCOCOM-US/JS875259-GUID/207BAF0740EF40
  B4847D86A33CADFD17
WEB SU CO 07OCT 2024Z DA649B UA
X7 TAE/1200N/07OCT/AI*DAVID K WILLS*3204 T
  OWER OAKS BLVD STE 170*ROCKVILLE MD 208
  52-4211
XF WEB3081244/B202
RCVD-
WEC SU ET 07OCT 2026Z D12B8B UA
XP SSRPSPTUAHK/$O-WILLS/DAVIDKMR$N-WILLS/D
  AVID KEITH$B-520914$G-M|01.01
RCVD-
CRP PD LC 19OCT 1533Z
A3 SSRCTCEYYHK1/PEATINS//GMAIL.COM-1WILLS/
  DAVIDKMR
RCVD-QPTPD
QPT PD 7O 19OCT 1534Z DA36EE UA
...... APIS INFORMATION ......
***********
FNAME:DAVID KEITH
LNAME:WILLS
DOB:520914 GENDER:M NAT:USA RESIDENT:USA
TYPE:P  NUMBER:476045696
ISS DATE:    EXPIRY:201004  PLACE:USA
HIST 1 ---- PARSDATE:07OCT  CITYCODE:WEB
HIST 2 ---- DUTYCODE:SU  LINIATA:DA6
HIST 1 ---- PARSDATE:07OCT  CITYCODE:WEB
HIST 2 ---- DUTYCODE:SU  LINIATA:DA6
..... PDC INFORMATION ......
FNAME:DAVID KEITH
LNAME:WILLS
22OCT 10.36.53 USIN 003Z KNO R 1468/22OCT
  SAL IAH IYH
FNAME:DAVID KEITH
LNAME:WILLS
22OCT 08.56.33 USIN 003Z KNO R 1468/22OCT
  SAL IAH IYH
FNAME:DAVID KEITH
LNAME:WILLS
21OCT 11.26.36 USIN 003Z KNO R 1468/22OCT
  SAL IAH IYH
FNAME:DAVID KEITH

LNAME:WILLS
19OCT 20.19.20 USIN 003Z KNO R 1468/22OCT
  SAL IAH EYL
FNAME:DAVID KEITH
LNAME:WILLS
19OCT 08.33.47 USOU 000Z CLR R 4176/19OCT
  CRP IAH EYH
FNAME:DAVID KEITH
LNAME:WILLS
18OCT 17.18.16 USOU 000Z CLR R 4176/19OCT
  CRP IAH ENL
FNAME:DAVID KEITH
LNAME:WILLS
16OCT 18.13.07 USOU 000Z CLR R 4176/19OCT
  CRP IAH ENL
.... QUEUE HISTORY ....
SYSQ/ETK/10
-ADR VERIF 07OCT2024Z
E
-ETK GS 41 07OCT2025Z DA846D CDM/10
QEF/ETK/26
-*** GS 43 07OCT2026Z DA84A3 CDM/**
QR
-ETK SU ET 07OCT2026Z D12B8B WEC/26
QEF/ETK/31
-*** SU ET 07OCT2026Z D12B8B WEC/**
QR
-ETK SU ET 07OCT2026Z DA2BA7 TBM/31
STORED FARE DATA FOLLOWS
TOTAL FARE - USD1188.33
FARE QUOTE- AUTOPRICED - I
WEB SU CO 07OCT2024Z DA643A UA
    USD FARE    TAX - USD
        USD TTL
1 - 1077.00        XT111.33
      1188.33
CRP UA X/HOU UA SAL Q80.00 526.00HNW0D9LN/
  UPDI UA X/HOU Q80.00 U
A CRP 391.90SNX309LN/UPDI NUC 1077.00 END
  ROE 1.00 XT 5.50YC 7.0
OXY 5.00XA 35.00US 11.20AY 22.13IF 8.00IG
  7.00IM 10.50XF CRP4.5
IAH3 IAH3
V S 1/2 NOT VALID BEFORE/AFTER 19OCT
V S 3/4 NOT VALID BEFORE/AFTER 22OCT
PSGR1
  ENDORSE1- NONREF/0VALUAFTDPT/CHGFEE
END FARE QUOTE RECORD DATA
.........................................
.... ETKT CREATED 23OCT 0230Z IAH BY PD SS
  UA
WILLS/DAVIDKMR      01624247512786
        #1 OF 1 7OCT14
  CRP UA4176H 19OCT1251POK HNW0D9LN/UPDI

```
          NVB19OCT NVA19OCT USED
X IAH UA1461P 19OCT 540POK HNW0D9LN/UPDI
          NVB19OCT NVA19OCT USED
O SAL UA1468P 22OCT1224POK SNX3D9LN/UPDI
          NVB22OCT NVA22OCT USED
X IAH UA4684S 22OCT 900POK SNX3D9LN/UPDI
          NVB22OCT NVA22OCT USED
  CRP
FARE-USD  TAX      TAX         TTL-USD
 1077.00 111.33                1188.33
FC  /FC CRP UA X/HOU UA SAL Q80.00 526.00H
   NW0D9LN/UPDI UA X/HOU Q80.00 UA CRP 391
   .00SNX3D9LN/UPDI NUC 1077.00 END ROE 1.
   00 XT5.50YC7.00XY5.00XA35.00US11.20AY22
   .13IF8.00IG7.00IM10.50XF CRP4.5IAH3IAH3
FP CCCAXXXXXXXXXXXX6373/0316/N03471J
E1 NONREF/0VALUAFTDPT/CHGFEE
.... ETKT HISTORY .......................
 WILLS/DAVIDKMR             01624247512786
                           $USD 1188.33
FP CCCAXXXXXXXXXXXX6373/0316/N03471J
AI*DAVID K WILLS*3204 TOWER OAKS BLVD STE
170*ROCKVILLE MD 20852
WEC SU ET 07OCT 2026Z D12B8B UA
T:SXXXXXXXXXXXX6373/0316/N03471J|VP01|ET
CPN 1    CHECKED-IN
CRP PD LC 19OCT 1534Z D14F69 UA
CPN  2   CHECKED-IN
CRP PD LC 19OCT 1534Z D14F69 UA
CPN 1    LIFTED
CRP PD ZZ 19OCT 1724Z D25B1E UA
CPN 1    UA USED
CRP PD SS 19OCT 1815Z        UA
CPN  2   LIFTED
          19OCT 2214Z        UA
CPN  2   UA USED
IAH PD SS 19OCT 2316Z        UA
CPN   3  CHECKED-IN
WEB PD 98 21OCT 1826Z DAC1C5 UA
CPN   4  CHECKED-IN
WEB PD 98 21OCT 1826Z DAC1C5 UA
CPN  3   LIFTED
          22OCT 1810Z        UA
CPN  3   UA USED
SAL PD SS 22OCT 1900Z        UA
CPN  4   LIFTED
          23OCT 0135Z        UA
CPN  4 UA USED
IAH PD SS 23OCT 0230Z        UA
CPN 1234 ADJ PUR DTE FR 22OCT14 TO 29OCT14
IAH PD SS 23OCT 0230Z        UA
*****************************************
```

| **United Airlines, Inc** | | | **Conjunction Ticket(s)** | | | | **Origin / Destination** | | | | | **Point Of Sale :** | **US WEC** | |
| | | | | | | | CRP CRP | | | | | **Point Of issue :** | **WEC** | |
| | | | | | | | Airline PNR:CTO_AIO | | | | | **Agency Name :** | | |
| | | | | | | | GNKLMD ET1056 D12B8B 0162 | | | | | **Book/Tktg Agnt : / 0000000** | | |
| | | | | | | | | | | | | **Bkg Outlet :** | | |
| **Name of Passenger** | | | **Date of Issue** | | | | **Original Issue Info:** | | | | | | | |
| WILLS DAVIDKAR | | | 2014-10-07 | | | | | | | | | **Pax Type** | **ADT** | |
| **Restrictions / Endorsements** | | | **Tour Code** | | | | **Exm Src Id : SEEWFC** | | | | | **Cpn Issn Usage :** | **FFFF** | |
| NONREFOVALUAFTDPTCHGFEE | | | | | | | Src Id:   SkE   Stil FL:   T | | | | | **Doc Type .** | **TKTT** | |
| | | | | | | | Trans Type . S   FED:   2014-10-07 | | | | | **Load Id :** | **2000432657** | |
| | | | | | | | ECCB :   1052949 Load Date: 2014-10-07 | | | | | **Original Sale Info :** | | |

| Cpn | Loc | Dest | OP Carr | Mrk Carr | OP Flt | Mrk Flt | FltDt | Bkg / | tktg / | Ticket Designator | Dprt Dt | Dprt Time | Fare Basis | Revenue Amt | YQ-amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CRP | IAH | UA | UA | 4176 | 4176 | 2014-10-19 | H | H | HNWOD9LN UPDI | | 1251 | HNWOD9LN UPDI | 127 00 | 0.00 |
| 2 | IAH | SAL | UA | UA | 1461 | 1461 | 2014-10-19 | P | P | HNWOD9LN UPDI | | 1745 | HNWOD9LN UPDI | 479.61 | 0.00 |
| 3 | SAL | IAH | UA | UA | 1468 | 1468 | 2014-10-22 | P | P | SNX3D9LN UPDI | | 1234 | SNX3D9LN UPDI | 372.29 | 0.00 |
| 4 | IAH | CRP | UA | UA | 4684 | 4684 | 2014-10-22 | S | S | SNX3D9LN UPDI | | 2106 | SNX3D9LN UPDI | 98 70 | 0.00 |

| FARE | 1,077.00 USD | **Fare Calculation Area** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AY | 11.20 | CRP UA X/HOU UA SAL Q80.00 526.00HNW0D9LN/UPDI UA X/HOU Q80.00 UA CRP 391.00SNX3D9LN/UPDI NUC 1077 00 END ROE 1.00 XT5.50YC7 00XY5 00XA3 5 00US11.20AY22.13TF8.00IG7 00IM10.50XF CRP4 5IAH3IAH3 | | | | | | | | | |
| IF | 22.13 | **Form of Payment** | CC NUM FILTERED | CC Amt USD. | Crd.Orig Curr | Cash USD | Cash Orig Amt | Exchange Amr | Certificate/Cerd.Num | Apprv'l.Cd./CC.Expir.Dte./TatpNm. |
| IG | 8.00 | CCCA | 5588213******5373 | 1,188.33 | 1,188 33 | 0.00 | 0.00 | 0.00 | 0.00 | N033713/ 2016-03-01 |
| IM | 7.00 | Eqiv Amt: | Seq # | 1 | | Other Fop: USD Amt: Orig Amt: | Comm.Type | Category | Comm.Amt: | Base Comm.Amt: |
| US | 15.00 | Fare Amt USD: 1,077.00 | | | | | N/A | N/A | 0.00 | 0.00 |
| XA | 5.00 | | | | | | | | | |
| XF | 3.00 | Trt Doc USD 1,188.33 | Airline Form-serial | 0162424751278 | | Trt Exch.Info Cpns Surrendered | Atl Comm Amt | Overrd. Amt | Comm Rate | EDD Description |
| XF | 3.00 | | | | | | 0.00 | 0.00 | 0.00 | |
| XF | 4.50 | | | | | | | | | |
| XY | 7.00 | | | | | | | | | |
| YC | 5.50 | | | | | | | | | |
| **Total Fare** | **1,188.33 USD** | | | | | | | | | |

| **FOP Type** | | **FOP Acct** | | **FOP Amt - USD** | **Orig Curr Amt** | **Orig C** |
|---|---|---|---|---|---|---|
| CC | | 5588213003016373  Mask | | 1,188.33 | 1,188.33 | USD |

## ≡ LIFT

| Tkt | Cpn | Seg | Orig | Dest | Miles | Mktg Carr | Oprg Carr | Flt Date | Mktg Flt Num | Oprg Flt Num | Dprt Time | Arrv Time | Irreg | FBTD | Cbn | Seat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0162424751278 | 1 | | CRP | IAH | | UA | EV | 10/19/2014 | 4176 | 4176 | 1241 | 1333 | | | | 3A |
| | 2 | | IAH | SAL | | UA | CO | 10/19/2014 | 1461 | 1461 | 1743 | 1933 | | | | 3E |
| | 3 | | SAL | IAH | | UA | CO | 10/22/2014 | 1468 | 1468 | 1237 | 1650 | | | | 3E |
| | 4 | | IAH | CRP | | UA | EV | 10/22/2014 | 4684 | 4684 | 2057 | 2152 | | | | 4A |

```
PAGE9901 UNITED AIRLINES        FLIGHT NUMBER 1468          A  C  I   P  D  I  FOR   22OCT14      RUN DATE 24OCT14
         CTY AG LNIATA DATE     TIME                                  CTY AG LNIATA DATE   TIME

                          SAL 98 000000 21OCT 1126A AP1468-WILLS/DAVIDK *XML*
                          WEB 98 DAC1C5 21OCT 1126A 1468/22OCT/SAL-WILLS/DAVIDKMR
                                         BO.CRP


PAGE2479 UNITED AIRLINES        FLIGHT NUMBER 1461          A  C  I   P  D  I  FOR   19OCT14      RUN DATE 21OCT14
         CTY AG LNIATA DATE     TIME                                  CTY AG LNIATA DATE   TIME

                          CRP LC 000000 19OCT  833A AP1461-WILLS/DAVIDK *XML*
                          CRP LC D14F69 19OCT  834A 4176/19OCT/CRP-WILLS/DAVIDKMR
                                         BO.SAL
```

2:17cr390-001981

PAGE113,568 UNITED AIRLINES    FLIGHT NUMBER 0570    NAME WEISBERG        P D I  FOR 11OCT14    RUN DATE 13OCT14

++++++++++++++++++++++++++++++++++++++++++
EMHA PNR.A8YM1H CR01OCT 2017Z WEB BY SU CO
DAEA0A UA
***1.1WILLS/DAVIDKMR
FONE-WEB3081244/EB202
  CRP9902226/H301
  WEB*45520300 DO NOT REMOVE-AGENCY CLAIM
  NOT ALLOWED/N000
RCVD-COCOM-US/JS875259-GUID/A531FCBD2CEE48
  97838C07A47968E873
TKT -T/FQR - INVOICE/558821XXXXXX6373/2424
  0711811/0001//1128.20
G FX-SSRFQTVUAHK/UAJS875259.1-WILLS/DAVIDK
  MR|01.01
  SSRDOCS0AHK1//////14SEP52/M//WILLS/DAVID/
  KEITH-1WILLS/DAV
  SSRDOCSUA///IDKMR
  OSI UA PREM 1K MEMBER - PLZ EXTEND ALL C
  OURTESIES
  SSRCTCEYYHK1/PEATINS//GMAIL.COM-1WILLS/D
  AVIDKMR
RMKS-SMC558821XXXXXX6373/0316
  WEB*CO COM RESERVATIONS - US
  AVAILABILITY SOURCE - ITA
  WEB CLIENT IP 72.181.73.204 - APPLYFORMS
  OFPAYMENT
  EMAIL RQSTD PEATINS-AT-GMAIL.COM
  04 REMARKS ADDED BY WEB SU CO 01OCT 2017
  Z DAEA0A
  RBY01OCT*APPR CC MC 01113J/VP01/$1128.20
  WEBCO
  PB TKT ORDERID*F7831AB3-D6D1-4F74-86A3-C
  BFA1E855BA4
  02 REMARKS ADDED BY WEB SU CO 01OCT 2017
  Z DA6691
  CDM: PNR SENT TO ACCERTIFY CDM41
  01 REMARKS ADDED BY CDM GS 41 01OCT 2017
  Z DAB98C
  CDM: CDM APPROVED TO TICKET -PROCESS OVR
  IDE- CDM41
  01 REMARKS ADDED BY CDM GS 41 01OCT 2031
  01OCT/1531/EMAIL-REQUEST ACKNOWLEDGED*ET
  KT
  01 REMARKS ADDED BY WEC SU ER 01OCT 2031
  Z D11D71
  01OCT/1536/EMAIL RECEIPT SENT 10/01
  01 REMARKS ADDED BY WEC SU ER 01OCT 2036
  Z D11D53
1 UA4345Y 04OCT CRPIAH HK 1 1047. 1148.
2 UA 292Z 04OCT IAHDCA HK 1 1259. 1700.
3 UA 570Z 11OCT DCAIAH HK 1 0704. 0920.
4 UA4176Y 11OCT IAHCRP HK 1 1124. 1221.

*****   PNR HISTORY    **********
X8 500P/03OCT
A5 SMC558821XXXXXX6373/0316
RCCOCOM-US/JS875259-GUID/A531FCBD2CEE48
  97838C07A47968E873
WEB SU CO 01OCT 2017Z DA6691 UA
A5 WEB CLIENT IP 72.181.73.204 - APPLYFORM
  SOFPAYMENT
X5 WEB CLIENT IP 72.181.73.204 - REQUESTRE
  CEIPTS
X5 ORIGINALLY ADDED BY WEB SU CO 01OCT 201
  7Z DAEA0A
RCCOCOM-US/JS875259-GUID/A531FCBD2CEE48
  97838C07A47968E873
WEB SU CO 01OCT 2017Z DA6691 UA
X7 TAE/1200N/01OCT/AI*DAVID K WILLS*3204 T
  OWER OAKS BLVD STE 170*ROCKVILLE MD 208
  52-4211
XF WEB3081244/B202
RCVD-
WEC SU ET 01OCT 2031Z DA2FBC UA
A3 SSRCTCEYYHK1/PEATINS//GMAIL.COM-1WILLS/
  DAVIDKMR
RCVD-QPTPD
QPT PD 7O 04OCT 1425Z DA35F5 UA
..... APIS INFORMATION ......
***********
FNAME:DAVID KEITH
LNAME:WILLS
DOB:520914 GENDER:M NAT:    RESIDENT:
HIST 1 ---- PARSDATE:01OCT  CITYCODE:WEB
 HIST 2 ---- DUTYCODE:SU  LINIATA:DAE
 HIST 1 ---- PARSDATE:01OCT  CITYCODE:WEB
 HIST 2 ---- DUTYCODE:SU  LINIATA:DAE
..... PDC INFORMATION ......
FNAME:DAVID KEITH
LNAME:WILLS
08OCT 18.19.10 USSF 000Z CLR R 0570/11OCT
  DCA IAH E L
FNAME:DAVID KEITH
LNAME:WILLS
01OCT 13.17.07 USSF 003Z KNO R 4345/04OCT
  CRP IAH E L
.... QUEUE HISTORY ....
SYSQ/ETK/10
-ADR VERIF 01OCT2017Z
E
-ETK GS 41 01OCT2017Z DAB98C CDM/10
QEP/ETK/25
-*** GS 41 01OCT2031Z DAB964 CDM/**
QR
-ETK SU ET 01OCT2031Z DA2FBC WEC/25
QEP/ETK/31
-*** SU ET 01OCT2031Z DA2FBC WEC/**

QR
-ETK SU ET 01OCT2031Z DA2BAC TBM/31
STORED FARE DATA FOLLOWS
TOTAL FARE - USD1128.20
FARE QUOTE- AUTOPRICED - I
WEB SU CO 01OCT2017Z DAEA0A UA
    USD FARE        TAX - USD
              USD TTL
1 - 1010.23            XT117.97
         1128.20
CRP UA X/HOU UA WAS 531.16HAA03AKN/UPDI UA
  X/HOU UA CRP 479.07QA
A07AKN/UPDI-USD 1010.23 END ZP CRP IAH DCA
  IAH XT 75.77US 16.00Z
P 11.20AY 15.00XF CRP4.5 IAH3 DCA4.5 IAH3
V S 1/2 NOT VALID BEFORE/AFTER 04OCT
V S 3/4 NOT VALID BEFORE/AFTER 11OCT
PSGR1
  ENDORSE1- NONREF/0VALUAFTDPT/CHGFEE
END FARE QUOTE RECORD DATA
........................................
.... ETKT CREATED 11OCT 1700Z IAH BY PD SS
  UA
WILLS/DAVIDKMR          01624240711811
            #1 OF 1 10CT14
  CRP UA4345Y 04OCT1047AOK HAA03AKN/UPDI
            NVB04OCT NVA04OCT USED
X IAH UA 292Z 04OCT1259POK HAA03AKN/UPDI
            NVB04OCT NVA04OCT USED
O DCA UA 570Z 11OCT 704AOK QAA07AKN/UPDI
            NVB11OCT NVA11OCT USED
X IAH UA4176Y 11OCT1124AOK QAA07AKN/UPDI
            NVB11OCT NVA11OCT USED
  CRP
FARE-USD TAX       TAX        TTL-USD
  1010.23 117.97              1128.20
FC /FC CRP UA X/HOU UA WAS 531.16HAA03AKN
  /UPDI UA X/HOU UA CRP 479.07QA07AKN/UP
  DI USD 1010.23 END ZP CRP IAH DCA IAH X
  T75.77US16.00ZP11.20AY15.00XF CRP4.5IAH
  3DCA4.5IAH3
FP CCCAXXXXXXXXXXXXX6373/0316/N01113J
E1 NONREF/0VALUAFTDPT/CHGFEE
.... ETKT HISTORY ........................
  WILLS/DAVIDKMR          01624240711811
                $USD 1128.20
FP CCCAXXXXXXXXXXXXX6373/0316/N01113J
AI*DAVID K WILLS*3204 TOWER OAKS BLVD STE
  170*ROCKVILLE MD 20852
WEC SU ET 01OCT 2031Z DA2FBC UA
T:SXXXXXXXXXXX6373/0316/N01113J|VP01|ET
CPN 1    CHECKED-IN
CRP PD LC 04OCT 1425Z D1A89E UA
CPN 2    CHECKED-IN

```
CRP PD LC 04OCT 1425Z D1A89E UA
CPN 1     LIFTED
CRP PD CP 04OCT 1533Z D25B1E UA
CPN 1    UA  USED
CRP PD SS 04OCT 1620Z          UA
CPN  2    LIFTED
          04OCT 1723Z          UA
CPN  2    UA  USED
IAH PD SS 04OCT 1825Z          UA
CPN   3  CHECKED-IN
WEB PD 98 10OCT 1105Z DAC1B3 UA
CPN    4 CHECKED-IN
WEB PD 98 10OCT 1105Z DAC1B3 UA
CPN  3   LIFTED
          11OCT 1029Z          UA
CPN  3   UA  USED
DCA PD SS 11OCT 1130Z          UA
CPN   4  LIFTED
          11OCT 1558Z          UA
CPN   4  UA  USED
IAH PD SS 11OCT 1700Z          UA
********************************
```

2:17-cr-390-001983

| United Airlines, Inc | | | Connection Ticket(s) | | | | | Origin / Destination | | | | Point Of Sale : US WEC | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | CRP CRP | | | | Point Of issue : WEC | | |
| | | | | | | | | Airline PNR/CTO ATO | | | | Agency Name : | | |
| | | | | | | | | AEYM1H ET1056 DA2FBC 0162 | | | | Book/Tktg Agnt : /0000000 | | |
| | | | | | | | | | | | | Bkg Outlet | | |
| Name of Passenger | | | Date of Issue | | | | | Original Issue Info: | | | | | | |
| WILLS/DAVIDXXR | | | 2014-10-01 | | | | | | | | | | | |
| Restrictions / Endorsements | | | Tour Code | | | | | Extn Src Id - REEWEC | | | | Pax Type : ADT | | |
| | | | | | | | | | | | | Cpn Issn Usage : FFFF | | |
| NONREF-0VALUAFTDP7 CMOFFE | | | | | | | | Ser Id: SFE Set Fl : * | | | | Doc Type : TKTI | | |
| | | | | | | | | Trans Type : E PED: 2014-10-01 | | | | Load Id : 2000430339 | | |
| | | | | | | | | ECCR : 1010167 Load Date: 2014-10-01 | | | | Original Sale Info - | | |

| Cpn | Loc | Dest | OP Carr | Mrk Carr | OP Flt | Mrk Flt | Flt Dt | Bkg/ | dxg/ | Ticket Designator | Dprt Dt | Dprt Time | Fare Basis | Revenue Amt | YQ-amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CRP | IAH | UA | UA | 4345 | 4345 | 2014-10-04 | Y | Y | HAA03AKN/UPDX | | 1247 | HAA03AKN UPDI | 170.72 | 0.00 |
| 2 | IAH | DCA | UA | UA | 0292 | 0292 | 2014-10-04 | Z | Z | HAA03AKN/UPD. | | 1259 | HAA03AKN UPDI | 380.11 | 0.00 |
| 3 | DCA | IAH | UA | UA | 0570 | 0570 | 2014-10-11 | Z | Z | QAA07AKN/UPDI | | 0724 | QAA07AKN UPDI | 342.13 | 0.00 |
| 4 | IAH | CRP | UA | UA | 4176 | 4176 | 2014-10-11 | Y | Y | QAA07AKN/UPD: | | 1121 | QAA07AKN UPDI | 135.91 | 0.00 |

| FARE | 1,010.23 USD | Fare Calculation Area |
|---|---|---|

| AY | 11.20 | CRP UA X/HOU UA WAS 531.16HAA03AKN/UPDI UA X/HOU UA CRP 479.07QAA07AKN/UPDI USD 1010.23 END ZP CRP IAH DCA IAH XT75.77US16.00ZP11.20AY15.00XF CRP4.5IAH3DCA4.5IAH3 |
|---|---|---|

| US | 75.77 | Form of Payment | CC NUM FILTERED | | CC Amt USD. | Crd.Orig Curr | Cash USD | | Cash Orig Amt | | Exchange Amt | | Certificate/Cert. Num | | Apprvl/CA/CC.Expir.Dts./Tarp'Nm. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| XF | 4.00 | CCCA | 558321******6373 | | 1,128.20 | 1,128.20 | 0.00 | | 0.00 | | 0.00 | | 0.00 | | S011153/ 2016-03-01 | |
| XT | 4.50 | Eqiv Amt: | Seq # | | 1 | | Other Fops USD Amt: | | Comm.Type | | Category | | Comm.Amt: | | Bare Comm.Amt: | |
| XF | 3.00 | Fare Amt USD: | | | | | Orig Amt: | | N/A | | N/A | | 0.00 | | 0.00 | |
| XT | 4.50 | 1,010.23 | | | | | | | | | | | | | | |
| ZP | 10.00 | Tkt Doc USD. 1,128.20 | Airline Form-serial | | 0162424071181 | | Tkt Exch.Info Cpns Surrendered | | Ad Comm Amt | | Overrd. Amt | | Comm Rate | | EDD Description | |
| Total Fare | 1,128.20 USD | | | | | | | | 0.00 | | 0.00 | | 0.00 | | | |

| FOP Type | FOP Acct | FOP Amt - USD | Orig Curr Amt Orig C |
|---|---|---|---|
| CC | 5588213003016373 Mask | 1,128.20 | 1,128.20 USD |

⊟ LIFT

| Tkt | Cpn | Seg | Orig | Dest | Miles | Mktg Carr | Oprg Carr | Flt Date | Mktg Flt Num | Oprg Flt Num | Dprt Time | Arry Time | Irreg | FBTD | Cbn | Seat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0162424071181 | 1 | | CRP | IAH | UA | EV | | 10/4/2014 | 4345 | 4345 | 1048 | 1144 | | | | 2A |
| | 2 | | IAH | DCA | UA | UA | | 10/4/2014 | 0292 | 0292 | 1254 | 1642 | | | | 1A |
| | 3 | | DCA | IAH | UA | UA | | 10/11/2014 | 0570 | 0570 | 0659 | 0910 | | | | 1B |
| | 4 | | IAH | CRP | UA | EV | | 10/11/2014 | 4176 | 4176 | 1125 | 1255 | | | | 3A |

```
PAGE7080 UNITED AIRLINES          FLIGHT NUMBER 0570           A   C   I    P   D   I  FOR   11OCT14      RUN DATE 13OCT14
              CTY AG LNIATA DATE    TIME                                 CTY AG LNIATA DATE    TIME

                            WEB 98 DAC1B3 10OCT  405A 570/11OCT/DCA-WILLS/DAVIDKMR
                                               B0.CRP

PAGE4041 UNITED AIRLINES          FLIGHT NUMBER 0292           A   C   I    P   D   I  FOR   04OCT14      RUN DATE 06OCT14
              CTY AG LNIATA DATE    TIME                                 CTY AG LNIATA DATE    TIME

                       A2-1|1A      WILLS/DAVIDK 7CEC3367
```

2:17cr390-001985

Case 2:17-cr-00390  Document 802-4  Filed on 12/16/20 in TXSD  Page 26 of 250

PAGE204,498 UNITED AIRLINES    FLIGHT NUMBER 1094    NAME WENCK/AL        P D I FOR 16SEP14    RUN DATE 18SEP14

+++++++++++++++++++++++++++++++++++++++++++
EMHA PNR.BQSXJP CR02SEP 2252Z WEB BY SU CO
DA5E01 UA
***1.1WILLS/DAVIDKMR
***2.1AQUILINOJR/JOHNDMR
FONE-WEB3081244/EB202
 CRP9902226/H301
 CRP9902226/H301
 CRP2057674/B361
 WEB*45520300 DO NOT REMOVE-AGENCY CLAIM
 NOT ALLOWED/N000
RCVD-COCOM-US/JS875259-GUID/8D181987CA3547
 04BDE3EA202F2544FB
TKT -T/FQR - INVOICE/558821XXXXXXX6373/2420
 6843641/0002//2122.38
G FX-SSRFQTVUAHK/UAJS875259.1-WILLS/DAVIDK
 MR101.01
 SSRDOCSUAHK1/////14SEP52/M//WILLS/DAVID/
 KEITH-1WILLS/DAV
 SSRDOCSUA///1DKMR
 SSRDOCSUAHK1/////21OCT46/M//AQUILINO/JOH
 N/DOMINIC-1AQUIL
 SSRDOCSUA///INOJR/JOHNDMR
 OSI UA PREM 1K MEMBER - PLZ EXTEND ALL C
 OURTESIES
 SSRCTCEYYHK1/PEATINS//GMAIL.COM-1WILLS/D
 AVIDKMR
RMKS-$MC558821XXXXXXX6373/0316
 WEB*CO COM RESERVATIONS - US
 AVAILABILITY SOURCE - ITA
 WEB CLIENT IP 72.181.73.204 - APPLYFORMS
 OFPAYMENT
 EMAIL RQSTD PEATINS-AT-GMAIL.COM
 04 REMARKS ADDED BY WEB SU CO 02SEP 2252
 Z DA5E01
 RBY02SEP*APPR CC MC 06188J/VP01/$2122.38
 WEBCO
 PB TKT ORDERID*CC1CA39B-A12D-4929-93EC-9
 5A7DD09FE6E
 02 REMARKS ADDED BY WEB SU CO 02SEP 2252
 Z DA26A0
 CDM: PNR SENT TO ACCERTIFY CDM41
 01 REMARKS ADDED BY CDM GS 41 02SEP 2252
 Z DA847A
 CDM: CDM APPROVED TO TICKET -PROCESS OVR
 IDE- CDM41
 01 REMARKS ADDED BY CDM GS 41 02SEP 2306
 Z DA8473
 02SEP/1806/EMAIL-REQUEST ACKNOWLEDGED*ET
 KT
 01 REMARKS ADDED BY WEC SU ER 02SEP 2306
 Z D11D92
 02SEP/1811/EMAIL RECEIPT SENT 09/02
 01 REMARKS ADDED BY WEC SU ER 02SEP 2311
 Z D11D8A

SSIR UA1085 04SEP GSODCA DVRT 9/4/2014 1
 :18:46 PM
01 REMARKS ADDED BY WEE SU CA 04SEP 1718
 Z DA02F4
SSIR UA1085 04SEP IAHGSO DVRT 9/4/2014 1
 :18:49 PM
 01 REMARKS ADDED BY WEE SU CA 04SEP 1718
 Z DA0240
 CSV ISSUED 01603579015861 D GSO-BS 04SEP
 01 REMARKS ADDED BY WEE PD SF 04SEP 1819
 Z DA413F
 CSV ISSUED 01603579016793 D GSO-BS 04SEP
 01 REMARKS ADDED BY WEE PD SF 04SEP 1824
 Z DA413B
 04SEP/NNTC/PER SYS CTRL/UA1085/DIVERT/MX
 /PROT BKD
 04SEP/PROTECTED/IGI1E
 02 REMARKS ADDED BY IGI SU 1E 05SEP 0221
 Z DB7844
1 UA4557Y 04SEP CRPIAH HK 2 0535. 0632.
2 UA1094P 16SEP DCAIAH HK 2 1511. 1728.
3 UA4275Y 16SEP IAHCRP HK 2 1940. 2037.
*****      PNR HISTORY       **********
X8 500P/04SEP
A5 $MC558821XXXXXXX6373/0316
RCCOCOM-US/JS875259-GUID/8D181987CA3547
 04BDE3EA202F2544FB
WEB SU CO 02SEP 2252Z DA26A0 UA
A5 WEB CLIENT IP 72.181.73.204 - APPLYFORM
 SOFPAYMENT
X5 WEB CLIENT IP 72.181.73.204 - REQUESTRE
 CEIPTS
X5 ORIGINALLY ADDED BY WEB SU CO 02SEP 225
 2Z DA5E01
RCCOCOM-US/JS875259-GUID/8D181987CA3547
 04BDE3EA202F2544FB
WEB SU CO 02SEP 2252Z DA26A0 UA
X7 TAE/1200N/02SEP/AI*DAVID K WILLS*3204 T
 OWER OAKS BLVD STE 170*ROCKVILLE MD 208
 52-4211
XF WEB3081244/B202
RCVD-
WEC SU ET 02SEP 2306Z DA2FBC UA
SC UA1085A 04SEPIAHDCA HK/UN 2 1020. 1420.
AS UA2078A 04SEPGSOIAD SC/HK 2 2330. 0041.
RCVD-MASSTRAN 05SEP0111Z
XS UA2078A 04SEPGSOIAD HK/XX 2 2330. 0041.
XQ
RCVD-GSOPD
GSO PD AM 05SEP 0501Z B550B2 UA
A3 SSRCTCEYYHK1/PEATINS//GMAIL.COM-1WILLS/
 DAVIDKMR
RCVD-QPTPD
QPT PD 70 16SEP 1642Z DA35B9 UA

..... APIS INFORMATION ......
**********
FNAME:DAVID KEITH
LNAME:WILLS
DOB:520914 GENDER:M NAT:    RESIDENT:
**********
FNAME:JOHN DOMINIC
LNAME:AQUILINO
DOB:461021 GENDER:M NAT:    RESIDENT:
HIST 1 ---- PARSDATE:02SEP CITYCODE:WEB
HIST 2 ---- DUTYCODE:SU    LINIATA:DA5
HIST 1 ---- PARSDATE:02SEP CITYCODE:WEB
HIST 2 ---- DUTYCODE:SU    LINIATA:DA5
HIST 1 ---- PARSDATE:02SEP CITYCODE:WEB
HIST 2 ---- DUTYCODE:SU    LINIATA:DA5
HIST 1 ---- PARSDATE:02SEP CITYCODE:WEB
HIST 2 ---- DUTYCODE:SU    LINIATA:DA5
..... PDC INFORMATION ......
FNAME:DAVID KEITH
LNAME:WILLS
13SEP 17.51.20 USSF 003Z KNO R 1094/16SEP
 DCA IAH E L
FNAME:DAVID KEITH
LNAME:WILLS
04SEP 18.12.23 USSF 003Z KNO R 2078/04SEP
 GSO IAD E L
FNAME:DAVID KEITH
LNAME:WILLS
02SEP 15.52.09 USSF 000Z CLR R 4557/04SEP
 CRP IAH E L
FNAME:JOHN DOMINIC
LNAME:AQUILINO
13SEP 17.51.20 USSF 000Z CLR R 1094/16SEP
 DCA IAH E L
FNAME:JOHN DOMINIC
LNAME:AQUILINO
02SEP 15.52.09 USSF 003Z KNO R 4557/04SEP
 CRP IAH E L
.... QUEUE HISTORY ....
SYSQ/ETK/10
-ADR VERIF 02SEP2252Z
E
-ETK GS 41 02SEP2252Z DA847A CDM/10
QEP/ETK/25
-*** GS 41 02SEP2306Z DA8473 CDM/**
QR
-ETK SU ET 02SEP2306Z DA2FBC WEC/25
QEP/ETK/31
-*** SU ET 02SEP2306Z DA2FBC WEC/**
QR
-ETK SU ET 02SEP2306Z DA2BA7 TBM/31
LD1085/04SEPIAH-QADM43
-*** SU CA 05SEP0104Z DA021E WEE/**
LD1085/04SEPIAH-QADM69

```
-*** SU CA 05SEP0104Z DA021E WEE/**
LD1085/04SEPIAHDCA-QROE13
-*** SU CA 05SEP0108Z DA02E3 WEE/**
LD1085/04SEPIAHDCA-QROE43
-*** SU CA 05SEP0108Z DA02E3 WEE/**
LD1085/04SEPIAHDCA-QROE69
-*** SU CA 05SEP0108Z DA02E3 WEE/**
QR
-ROE SU 2Z 05SEP0109Z DA17C8 QPT/13
QO/ADM/P43/50/XXXTR
-*** SU CA 13SEP0751Z DA02C5 WEE/**
QO/ADM/P69/50/XXXTR
-*** SU CA 13SEP0751Z DA02C5 WEE/**
QO/ROE/P43/50/XXXTR
-*** SU CA 13SEP0752Z DA02FF WEE/**
QO/ROE/P69/50/XXXTR
-*** SU CA 13SEP0752Z DA02FF WEE/**
STORED FARE DATA FOLLOWS
XQ
 FARE QUOTE- AUTOPRICED - I
 WEB SU CO 05SEP2252Z DA5E01 UA
 CRP UA X/HOU UA WAS 604.65EAA00AKN/UPDI U
  A X/HOU UA CRP 343.25S
 USD947.90 XT113.29 TTL1061.19
 A14AKN/UPDI USD 947.90 END ZP CRP IAH DCA
  IAH XT 71.09US 16.00Z
  11.20AY 15.00XF CRP4.5 IAH3 DCA4.5 IAH3
 V S 1/2 NOT VALID BEFORE/AFTER 04SEP
 V S 3/4 NOT VALID BEFORE/AFTER 16SEP
 PSGR1
  ENDORSE1-  NONREF/0VALUAFTDPT/CHGFEE
 PSGR2
  ENDORSE1-  NONREF/0VALUAFTDPT/CHGFEE
 TOTAL FARE - USD2122.38
 RCVD-GSOPD
 GSO PD AM 05SEP0501Z B550B2 UA
END FARE QUOTE HISTORY DATA
.................................
.... ETKT CREATED 17SEP 0430Z IAH BY PD SS
   UA
 WILLS/DAVIDKMR          01624206843641
              #1 OF 1 2SEP14
  CRP UA4557Y 04SEP 535AOK EAA00AKN/UPDI
           NVB04SEP NVA04SEP USED
X IAH UA1085A 04SEP1020AOK EAA00AKN/UPDI
           NVB04SEP NVA04SEP USED
O DCA UA1094P 16SEP 311POK SAA14AKN/UPDI
           NVB16SEP NVA16SEP USED
X IAH UA4275Y 16SEP 740POK SAA14AKN/UPDI
           NVB16SEP NVA16SEP USED
 CRP
 FARE-USD TAX    TAX         TTL-USD
  947.90 113.29               1061.19
 FC  /FC CRP UA X/HOU UA WAS 604.65EAA00AKN
   /UPDI UA X/HOU UA CRP 343.25SAA14AKN/UP
   DI USD 947.90 END ZP CRP IAH DCA IAH XT
   71.09US16.00ZP11.20AY15.00XF CRP4.5IAH3
          Page 26 of 77
```

```
   DCA4.5IAH3
FP CCCAXXXXXXXXXXXXX6373/0316/N06188J
E1 NONREF/0VALUAFTDPT/CHGFEE
.... ETKT HISTORY ..........................
 WILLS/DAVIDKMR          01624206843641
                        $USD 1061.19
FP CCCAXXXXXXXXXXXXX6373/0316/N06188J
AI*DAVID K WILLS*3204 TOWER OAKS BLVD STE
170*ROCKVILLE MD 20852
WEC SU ET 02SEP 2306Z DA2FBC UA
T:$XXXXXXXXXXXXX6373/0316/N06188J|VP01|ET
CPN 1   CHECKED-IN
CRP PD DA 04SEP 0900Z DB0B0C UA
CPN 2   CHECKED-IN
CRP PD DA 04SEP 0900Z DB0B0C UA
CPN 1   LIFTED
CRP PD DM 04SEP 1011Z D25B1E UA
CPN 1   UA  USED
CRP PD SS 04SEP 1250Z         UA
CPN 2   LIFTED
         04SEP 1444Z          UA
CPN 2   UA  USED
IAH PD SS 04SEP 1545Z         UA
CPN 3   CHECKED-IN
WEB PD 98 15SEP 1914Z DA0AED UA
CPN 4   CHECKED-IN
WEB PD 98 15SEP 1914Z DA0AED UA
CPN 3   LIFTED
         16SEP 1844Z          UA
CPN 3   UA  USED
DCA PD SS 16SEP 1940Z         UA
CPN 4   LIFTED
         17SEP 0336Z          UA
CPN 4   UA  USED
IAH PD SS 17SEP 0430Z         UA
CPN 1234 ADJ PUR DTE FR 16SEP14 TO 23SEP14
IAH PD SS 17SEP 0430Z         UA
.................................
.... ETKT CREATED 17SEP 0430Z IAH BY PD SS
   UA
 AQUILINOJR/JOHNDMR      01624206843652
              #1 OF 1 2SEP14
  CRP UA4557Y 04SEP 535AOK EAA00AKN/UPDI
           NVB04SEP NVA04SEP USED
X IAH UA1085A 04SEP1020AOK EAA00AKN/UPDI
           NVB04SEP NVA04SEP USED
O DCA UA1094P 16SEP 311POK SAA14AKN/UPDI
           NVB16SEP NVA16SEP USED
X IAH UA4275Y 16SEP 740POK SAA14AKN/UPDI
           NVB16SEP NVA16SEP USED
 CRP
 FARE-USD TAX    TAX         TTL-USD
  947.90 113.29               1061.19
 FC  /FC CRP UA X/HOU UA WAS 604.65EAA00AKN
   /UPDI UA X/HOU UA CRP 343.25SAA14AKN/UP
   DI USD 947.90 END ZP CRP IAH DCA IAH XT
   71.09US16.00ZP11.20AY15.00XF CRP4.5IAH3
```

```
   DCA4.5IAH3
FP CCCAXXXXXXXXXXXXX6373/0316/N06188J
E1 NONREF/0VALUAFTDPT/CHGFEE
.... ETKT HISTORY ..........................
 AQUILINOJR/JOHNDMR      01624206843652
                        $USD 1061.19
FP CCCAXXXXXXXXXXXXX6373/0316/N06188J
AI*DAVID K WILLS*3204 TOWER OAKS BLVD STE
170*ROCKVILLE MD 20852
WEC SU ET 02SEP 2306Z DA2FBC UA
T:$XXXXXXXXXXXXX6373/0316/N06188J|VP01|ET
CPN 1   CHECKED-IN
CRP PD DA 04SEP 0900Z DB0B0C UA
CPN 2   CHECKED-IN
CRP PD DA 04SEP 0900Z DB0B0C UA
CPN 1   LIFTED
CRP PD DM 04SEP 1011Z D25B1E UA
CPN 1   UA  USED
CRP PD SS 04SEP 1250Z         UA
CPN 2   LIFTED
         04SEP 1444Z          UA
CPN 2   UA  USED
IAH PD SS 04SEP 1545Z         UA
CPN 3   CHECKED-IN
WEB PD 98 15SEP 1913Z DA0AD1 UA
CPN 4   CHECKED-IN
WEB PD 98 15SEP 1913Z DA0AD1 UA
CPN 3   LIFTED
         16SEP 1844Z          UA
CPN 3   UA  USED
DCA PD SS 16SEP 1940Z         UA
CPN 4   LIFTED
         17SEP 0336Z          UA
CPN 4   UA  USED
IAH PD SS 17SEP 0430Z         UA
CPN 1234 ADJ PUR DTE FR 16SEP14 TO 23SEP14
IAH PD SS 17SEP 0430Z         UA
*********************************************
```

| United Airlines, Inc | | Conjunction Ticket(s) | | Origin / Destination | | Point Of Sale : US WEC |
|---|---|---|---|---|---|---|
| | | | | CRP-CRP | | Point Of issue : WEC |
| | | | | Airline PNR/CTO_ATO | | Agency Name : |
| | | | | BQSXJP ET1056 DA2FBC 0162 | | Book/Tktg Agnt : / 0000000 |
| | | | | | | Bkg Outlet : |

| Name of Passenger | Date of Issue | Original Issue info: |
|---|---|---|
| WILLS/DAVIDMR | 2014-09-02 | |

| Restrictions / Endorsements | Tour Code | Evn Src Id : SEIWEC | | | Pax Type : ADT |
|---|---|---|---|---|---|
| | | | | | Cpn Issu Usage : FFFF |
| NONREF/WAIVAFLIPI CHOFEE | | Src Id: SES | Std FL: 1 | | Doc Type : TKTT |
| | | Trans Type : S | FED: 2014.09.02 | | Load Id : 2000417538 |
| | | ECCB : 1040846 Load Date: 2014-09-02 | | | Original Sale Info : |

| Cpn | Loc | Dest | OP Carr | Mkt Carr | OP Flt | Mkt Flt | Flt Dt | Bkg/ | std g/ | Ticket Designator | Dprt Dt | Dprt Time | Fare Basis | Revenue Amt | YQ-amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CRP | IAH | UA | UA | 4557 | 4557 | 2014-09-04 | Y | Y | EAA00AKN/UPDI | | 0525 | EAA00AKN/UPDI | 171.57 | 0.00 |
| 2 | IAH | DCA | UA | UA | 1085 | 1085 | 2014-09-04 | A | A | EAA00AKN/UPDI | | 1020 | EAA00AKN/UPDI | 433.08 | 0.00 |
| 3 | DCA | IAH | UA | UA | 1094 | 1094 | 2014-09-16 | P | P | SAA14AKN/UPDI | | 1511 | SAA14AKN/UPDI | 245.85 | 0.00 |
| 4 | IAH | CRP | UA | UA | 4275 | 4275 | 2014-09-16 | Y | Y | SAA14AKN/UPDI | | 1340 | SAA14AKN/UPDI | 97.40 | 0.00 |

| FARE | 447.93 USD | Fare Calculation Area | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | CRP UA X/HOU UA WAS 604.65EAA00AKN/UPDI UA X/HOU UA CRP 343.25SAA14AKN/UPDI USD 947.90 END ZP CRP IAH DCA IAH | | | | | | | | | |
| AY | 11.20 | XT71.09US16.00ZP11.20AY15.00XF CRP4.5IAHBDCA4.5IAH3 | | | | | | | | | |
| US | 71.09 | Form of Payment | CC NUM FILTERED | CC Amt USD. | Crt.Orig Curr | Cash USD | Cash Orig Amt | Exchange Amt | Certificate Certi.Num | Apprvl Cd./CC.Expir.Dte..Uatp Nm. | |
| XF | 3.00 | CCCA | 558421******6373 | 1,061.19 | 1,061.15 | 0.30 | 0.00 | 0.00 | 0.00 | NC6188J/2016-02-01 | |
| XF | 4.50 | Eqiv Amt: | Seq # | 1 | | Other Fop: USD Amt: | Comm.Type | Category | Comm.Amt: | Base Comm.Amt: | |
| XF | 3.00 | | | | | Orig Amt: | | | | | |
| XF | 4.50 | Fare Amt USD: 947.90 | | | | N/A | N/A | N/A | 0.00 | 0.00 | |
| ZP | 16.00 | Tkt Doc USD. 1,061.19 | Airline Form-serial | 0162420684364 | | Tkt Exch.Info Cpns Surrendered | Ad Comm Amt | Overrd. Amt | Comm Rate | EDD Description | |
| Total Fare | 1,061.19 USD | | | | | | 0.00 | 0.00 | 0.00 | | |

| FOP Type | FOP Acct | FOP Amt - USD | Orig Curr Amt | Orig C |
|---|---|---|---|---|
| CC | 5588213003016373 Mask | 1,061.19 | 1,061.19 USD | |

## ⊟ LIFT

| Tkt | Cpn | Seg | Orig | Dest | Miles | Mktg Carr | Oprg Carr | Flt Date | Mktg Flt Num | Oprg Flt Num | Dprt Time | Arrv Time | Irreg | FBTD | Cbn | Seat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0162420684364 | 1 | | CRP | IAH | | UA | EV | 9/4/2014 | 4557 | 4557 | 0525 | 0619 | | | | 4C |
| | 2 | | IAH | GSO | | UA | CO | 9/4/2014 | 1085 | 1085 | 1014 | 1357 | | | | |
| | 3 | | DCA | IAH | | UA | CO | 9/16/2014 | 1094 | 1094 | 1511 | 1737 | | | | 1E |
| | 4 | | IAH | CRP | | UA | EV | 9/16/2014 | 4275 | 4275 | 2258 | 2353 | | | | 4C |

2:17-cr-390-001988

| **United Airlines, Inc** | | | | Conjunction Ticket(s) | | | | Origin / Destination | | | | | Point Of Sale · | US WEC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | CKP/CKF | | | | | Point Of issue : | WEC | |
| | | | | | | | | Airline FSR/CTO_ATO | | | | | Agency Name : | | |
| | | | | | | | | BQSXJP ET1056 DA2FBC 0162 | | | | | Book/Tktg Agnt . / 0000000 | | |
| | | | | | | | | | | | | | Bkg Outlet · | | |
| Name of Passenger | | | | Date of Issue | | | | Original Issue info: | | | | | | | |
| AQUI.INO.JR.JOHNDMR | | | | 2014-09-02 | | | | | | | | | | | |
| Restrictions / Endorsements | | | | Tour Code | | | | Exm Src Id : BEEWEC | | | | | Pax Type : | ADT | |
| | | | | | | | | | | | | | Cpn Issn Usage · | FFFF | |
| NONREF 0VALUAFTDPT CHOFEE | | | | | | | | Src Id:      SEE     Std FL:    7 | | | | | Doc Type : | TKTT | |
| | | | | | | | | Trans Type : S      FED:        2014-09-02 | | | | | Load Id : | 2000417538 | |
| | | | | | | | | ICCB :        101C816 Load Date :2014.09.02 | | | | | Original Sale Info : | | |

| Cpn | Loc | Dest | OP Carr | Mrk Carr | OP Flt | Mrk Flt | Flt Dt | Bkg/ | Gtg/ | Ticket Designator | Dprt Dt | Dprt Time | Fare Basis | Revenue Amt | YQ-amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CRP | IAH | UA | UA | 4557 | 4557 | 2014-09-04 | Y | Y | EAA04AKN UPDI | | 0515 | EAA04AKN UPDI | 171.47 | 0.00 |
| 2 | IAH | DGA | UA | UA | 1085 | 1085 | 2014-09-04 | A | A | EAA04AKN UPDI | | 10.29 | EAA04AKN UPDI | 435.68 | 0.00 |
| 3 | DCA | IAH | UA | UA | 1094 | 1094 | 2014-09-16 | P | P | SAA14AKN UPDI | | 1511 | SAA14AKN UPDI | 242.85 | 0.00 |
| 4 | IAH | CRP | UA | UA | 4275 | 4275 | 2014-09-16 | Y | Y | SAA14AKN UPDI | | 19.0 | SAA14AKN UPDI | 97.45 | 0.00 |

| FARE | 647.60 USD | Fare Calculation Area | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | CRP UA X/HOU UA WAS 604.65EAA00AKN-UPDI UA X/HOU UA CRP 343.25SAA14AKN/UPDI USD 947.90 END ZP CRP IAH DCA IAH | | | | | | | | | |
| AF | 11.20 | XT71.09US16.00ZP11.20AY15.00XF CRP4.5IAH3DCA4.5IAH3 | | | | | | | | | |
| US | 71.09 | Form of Payment | CC NUM FILTERED | CC Amt USD. | Crd.Orig Curr | Cash USD | Cash Orig Amt | Exchange Amt | Certificate/Cert.Num | Apprvl.Cd./CC.Expir.Dte./Jutp.Nm. | |
| XF | 2.00 | CCCA | 5588213******6373 | 1,061.19 | 1,061.19 | 0.X | 0.00 | 0.00 | 0.00 | SO61887/2015-03-01 | |
| XG | 4.50 | Eqiv Amt: | Seq # | 1 | | Other Fop: USD Amt | Comm.Type | Category | Comm.Amt: | Base Comm.Amt: | |
| XF | 2.00 | | | | | Orig Amt | | | | | |
| XG | 4.50 | Fare Amt USD: 947.60 | | | | | N/A | N/A | 0.00 | 0.0C | |
| ZP | 16.00 | Tkt Doc USD 1,061.19 | Airline Form-serial | 0162420684365 | | Tkt Exch.Info Cpns Surrendered | Atl Comm Amt | Overrd. Amt | Comm Rate | EDD Description | |
| Total Tax | 1,061.19 USD | | | | | | 0.00 | 0.00 | 0.00 | | |

| **FOP Type** | **FOP Acct** | | **FOP Amt - USD** | **Orig Curr Amt** | **Orig** |
|---|---|---|---|---|---|
| CC | 5588213003016373 | Mask | 1,061.19 | 1,061.19 USD | |

## ⊟ LIFT

| Tkt | Cpn | Seg | Orig | Dest | Miles | Mktg Carr | Oprg Carr | Flt Date | Mktg Flt Num | Oprg Flt Num | Dprt Time | Arrv Time | Irreg | FBTD | Cbn | Seat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0162420684365 | 1 | | CRP | IAH | | UA | EV | 9/4/2014 | 4557 | 4557 | 0525 | 0619 | | | | 4D |
| | 2 | | IAH | GSO | | UA | CO | 9/4/2014 | 1085 | 1085 | 1014 | 1357 | | | | 3A |
| | 3 | | DCA | IAH | | UA | CO | 9/16/2014 | 1094 | 1094 | 1511 | 1737 | | | | 1F |
| | 4 | | IAH | CRP | | UA | EV | 9/16/2014 | 4275 | 4275 | 2258 | 2353 | | | | 4D |

```
PAGE4430 UNITED AIRLINES        FLIGHT NUMBER 1094          A  C  I    P  D  I  FOR    16SEP14      RUN DATE 18SEP14
            CTY AG LNIATA DATE    TIME                                   CTY AG LNIATA DATE    TIME

              WEB 98 DA0AED 15SEP 1214P 1094/16SEP/DCA-WILLS/DAVIDKMR
                                    B0.CRP


PAGE4216 UNITED AIRLINES        FLIGHT NUMBER 1085          A  C  I    P  D  I  FOR    04SEP14      RUN DATE 06SEP14
            CTY AG LNIATA DATE    TIME                                   CTY AG LNIATA DATE    TIME

              CRP DA DB0B0C 04SEP  200A 4557/04SEP/CRP-WILLS/DAVIDKMR
                                    B1.DCA

                          ** BTAG:UA 5016589181V:DCA **
```

2:17cr390-001990

Case 2:17-cr-00390 Document 802-4 Filed on 12/16/20 in TXSD Page 31 of 250

```
*******************************************
EMHA PNR.LRTGEQ CR14AUG 1524Z WEB BY SU CO
DA2691 UA
***1.1WILLS/DAVIDKMR
FONE-WEB3081244/EB202
  CRP9902226/H301
  WEB*45520300 DO NOT REMOVE-AGENCY CLAIM
  NOT ALLOWED/N000
RCVD-COCOM-US/JS875259-GUID/2D493D8565ED4C
  8D9A51F50F2A53E01C
TKT -T/FQR/CA CRPIAHDCAIAH/24201265444/000
  1//785.20
G FX-SSRFQTVUAHK/UAJS875259.1-WILLS/DAVIDK
  MR|01.01
  SSRDOCSUAHK1/////14SEP52/M//WILLS/DAVID/
  KEITH-1WILLS/DAV
  SSRDOCSUA///IDKMR
  OSI UA PREM 1K MEMBER - PLZ EXTEND ALL C
  OURTESIES
  SSRCTCEYYHK1/PEATINS//GMAIL.COM-1WILLS/D
  AVIDKMR
 RMKS-$MC558821XXXXXX6373/0316
  WEB*CO COM RESERVATIONS - US
  AVAILABILITY SOURCE - ITA
  WEB CLIENT IP 72.181.73.204 - APPLYFORMS
  OFPAYMENT
  EMAIL RQSTD PEATINS-AT-GMAIL.COM
  04 REMARKS ADDED BY WEB SU CO 14AUG 1524
  Z DA2691
  RBY14AUG*APPR CC MC 02217J/VP01/$785.20
  WEBCO
  PB TKT ORDERID*192E22D3-F94E-4C2E-80CB-6
  20D1203B48B
  02 REMARKS ADDED BY WEB SU CO 14AUG 1524
  Z DAECB3
  CDM: PNR SENT TO ACCERTIFY CDM41
  01 REMARKS ADDED BY CDM GS 41 14AUG 1524
  Z DADAE4
  CDM: CDM APPROVED TO TICKET --A- CDM43
  01 REMARKS ADDED BY CDM GS 41 14AUG 1525
  Z DAB9D8
  14AUG/1025/EMAIL-REQUEST ACKNOWLEDGED*ET
  KT
  01 REMARKS ADDED BY WEC SU ER 14AUG 1525
  Z D11D85
  14AUG/1030/EMAIL RECEIPT SENT 08/14
  01 REMARKS ADDED BY WEC SU ER 14AUG 1530
  Z D11D85
  HADV UA4391* EXPRESSJET AIRLINES INC. DB
  A UNITED EXPRESS
  01 REMARKS ADDED BY CHI AS M4 28AUG 0114
  Z DA8900
  VALID FOR SAME DAY CHANGE
```

```
01 REMARKS ADDED BY WEC SU BK 28AUG 0115
Z DA3459
THANKS CHI M4
01 REMARKS ADDED BY CHI AS M4 28AUG 0116
Z DA8900
27AUG/RECEIPT REQUESTED/TKTSVC
01 REMARKS ADDED BY RTX SU RE 28AUG 0116
Z DA2903
27AUG/2015/EMAIL-REQUEST ACKNOWLEDGED*ET
KT
01 REMARKS ADDED BY WEC SU ER 28AUG 0116
Z D11D7F
EMAIL RQSTD-DKW.GBT-AT-GMAIL.COM
01 REMARKS ADDED BY CHI AS M4 28AUG 0116
Z DA8900
27AUG/2016/EMAIL-REQUEST ACKNOWLEDGED*ET
KT
01 REMARKS ADDED BY WEC SU ER 28AUG 0117
Z D11D83
27AUG/2022/EMAIL RECEIPT SENT 08/27
01 REMARKS ADDED BY WEC SU ER 28AUG 0122
Z D11D83
1 UA4345Y 21AUG CRPIAH HK 1 1417. 1516.
2 UA 292P 21AUG IAHDCA HK 1 1600. 2003.
3 UA 385P 28AUG DCAIAH HK 1 1330. 1548.
4 UA4391Y 28AUG IAHCRP HK 1 1735. 1832.
*****      PNR HISTORY      **********
X8 500P/16AUG
A5 $MC558821XXXXXX6373/0316
RCCOCOM-US/JS875259-GUID/2D493D8565ED4C
  8D9A51F50F2A53E01C
WEB SU CO 14AUG 1524Z DAECB3 UA
A5 WEB CLIENT IP 72.181.73.204 - APPLYFORM
  SOFPAYMENT
X5 WEB CLIENT IP 72.181.73.204 - REQUESTRE
  CEIPTS
X5 ORIGINALLY ADDED BY WEB SU CO 14AUG 152
  4Z DA2691
RCCOCOM-US/JS875259-GUID/2D493D8565ED4C
  8D9A51F50F2A53E01C
WEB SU CO 14AUG 1524Z DAECB3 UA
X7 TAE/1200N/14AUG/AI*DAVID K WILLS*3204 T
  OWER OAKS BLVD STE 170*ROCKVILLE MD 208
  52-4211
XF WEB3081244/B202
RCVD-
WEC SU ET 14AUG 1525Z DA2B86 UA
A3 SSRCTCEYYHK1/PEATINS//GMAIL.COM-1WILLS/
  DAVIDKMR
RCVD-QPTPD
QPT PD 7O 21AUG 1731Z DA3608 UA
AS UA 385P 28AUGDCAIAH NN/SS 1 1330. 1548.
AS UA4391Y 28AUGIAHCRP NN/SS 1 1735. 1832.
XQ   !
```

```
RCVD-EZR-4.10.9-DAVID
CHI AS M4 28AUG 0114Z DA8900 UA
XS UA4391Y 17SEPIAHCRP HK/XX 1 1735. 1832.
XS UA 385P 17SEPDCAIAH HK/XX 1 1330. 1548.
RCVD-EZR-4.10.9-STEVE.WHITE
CHI AS M4 28AUG 0115Z DA8900 UA
X7 T/FQR - INVOICE/558821XXXXXX6373/241861
  89684/0001//785.20
RCVD-
RTX SU RE 28AUG 0116Z DA2903 UA
.....  APIS INFORMATION ......
***********
FNAME:DAVID KEITH
LNAME:WILLS
DOB:520914 GENDER:M NAT:    RESIDENT:
HIST 1 ---- PARSDATE:14AUG CITYCODE:WEB
HIST 2 ---- DUTYCODE:SU   LINIATA:DA2
HIST 1 ---- PARSDATE:14AUG CITYCODE:WEB
HIST 2 ---- DUTYCODE:SU   LINIATA:DA2
.....  PDC INFORMATION ......
FNAME:DAVID KEITH
LNAME:WILLS
27AUG 18.18.53 USSF 000Z CLR R 0385/28AUG
  DCA IAH E L
FNAME:DAVID KEITH
LNAME:WILLS
27AUG 18.18.52 USSF 000Z CLR R 0385/28AUG
  DCA IAH E L
FNAME:DAVID KEITH
LNAME:WILLS
18AUG 18.19.52 USSF 003Z KNO R 4345/21AUG
  CRP IAH E L
FNAME:DAVID KEITH
LNAME:WILLS
18AUG 18.19.52 USSF 003Z KNO R 4345/21AUG
  CRP IAH E L
FNAME:DAVID KEITH
LNAME:WILLS
18AUG 18.19.50 USSF 003Z KNO R 4345/21AUG
  CRP IAH E L
.... QUEUE HISTORY ....
SYSQ/ETK/19
 -ADR VERIF 14AUG1524Z
 E
 -ETK GS 41 14AUG1524Z DADAE4 CDM/10
QEP/ETK/26
 -*** GS 41 14AUG1525Z DAB9D8 CDM/**
QR
 -ETK SU ET 14AUG1525Z DA2B86 WEC/26
QEP/ETK/31
 -*** SU ET 14AUG1525Z DA2B86 WEC/**
QR
 -ETK SU ET 14AUG1525Z DA2BA7 TBM/31
SYSQ/ETK/45
```

2:17-cr-390-001991

```
-E - TKTG  28AUG0115Z
QEP/ETK/31
-*** AS M4 28AUG0116Z DA8900 CHI/**
QR
-ETK SU ET 28AUG0117Z DA2BAC TBM/31
STORED FARE DATA FOLLOWS
TOTAL FARE - USD785.20
FARE QUOTE- AUTOPRICED - A  N1.11S3/4
WEC SU BK 28AUG0115Z DA3459 UA
       USD FARE            TAX - USD
                USD TTL
1 - 691.16              XT94.04
                785.20
21AUG14CRP UA X/HOU UA WAS400.00WAA07AKN/U
  PDI UA X/HOU UA CRP291
.16LAG14AKS/UPDI USD691.16END ZP CRPIAHDCA
  IAH XT 51.84US16.00ZP1
1.20AY15.00XF CRP4.5IAH3DCA4.5IAH3
V S 3/4 NOT VALID BEFORE/AFTER 28AUG
 PSGR1
  ENDORSE3-  NONREF/0VALUAFTDPT/CHGFEE
END FARE QUOTE RECORD DATA
XQ
 FARE QUOTE- AUTOPRICED - I
WEB SU CO 14AUG1524Z DA2691 UA
CRP UA X/HOU UA WAS 400.00WAA07AKN/UPDI U
A X/HOU UA CRP 291.16L
USD691.16 XT94.04 TTL785.20
G14AKS/UPDI USD 691.16 END ZP CRP IAH DCA
   IAH XT 51.84US 16.00Z
11.20AY 15.00XF CRP4.5 IAH3 DCA4.5 IAH3
V S 1/2 NOT VALID BEFORE/AFTER 21AUG
V S 3/4 NOT VALID BEFORE/AFTER 17SEP
PSGR1
  ENDORSE1-  NONREF/0VALUAFTDPT/CHGFEE
TOTAL FARE - USD785.20
RCVD-EZR-4.10.9-DAVID
CHI AS M4 28AUG0114Z DA8900 UA
END FARE QUOTE HISTORY DATA
******************************************
```

2:17-cr-390-001992

PAGE307,548 UNITED AIRLINES     FLIGHT NUMBER 1421     NAME WICKSTRO          P D I FOR  23JUL14       RUN DATE 25JUL14

**++++++++++++++++++++++++++++++++++++++++**
EMHA PNR.NBWCKV CR04JUL 1912Z WEB BY SU CO
DA26F8 UA
***1.1WILLS/DAVIDKMR
FONE-WEB3081244/EB202
    CRP9902226/H301
    WEB*4520300 DO NOT REMOVE-AGENCY CLAIM
    NOT ALLOWED/N000
RCVD-COCOM-US/JS875259-GUID/8220A797C03A4B
    489BB5FEB801F13118
TKT -T/FQR/CA CRPIAHDCAIAH/24154314252/000
    1//1095.99
G FX-SSRFQTVUAHK/UAJS875259.1-WILLS/DAVIDK
    MR101.01
    SSRDOCSUAHK1/////14SEP52/M//WILLS/DAVID/
    KEITH-1WILLS/DAV
    SSRDOCSUA///IDKMR
    OSI UA PREM 1K MEMBER - PLZ EXTEND ALL C
    OURTESIES
    SSRCTCEYYHK1/PEATINS//GMAIL.COM-1WILLS/D
    AVIDKMR
RMKS-SMC558821XXXXXX6373/0316
    17JUL/REV CHG/01629291909766/CC/$200.00U
    SD/DAVIDKMR/RTE/TKTSVC
    WEB*CO COM RESERVATIONS - US
    AVAILABILITY SOURCE - ITA
    WEB CLIENT IP - PERFORMEXCHANGE
    EMAIL RQSTD PEATINS-AT-GMAIL.COM
    04 REMARKS ADDED BY WEB SU CO 04JUL 1912
    Z DA26F8
    RBY04JUL*APPR CC MC 06117J/VP01/$1065.99
    WEBCO
    PB TKT ORDERID*1E95712C-BC92-4770-A332-9
    3AE1D5A4BE4
    02 REMARKS ADDED BY WEB SU CO 04JUL 1912
    Z DA27D2
    CDM: CDM APPROVED TO TICKET -ADMIN OVRID
    E- CDM41
    01 REMARKS ADDED BY CDM GS 41 04JUL 1912
    Z DA8481
    04JUL/1412/EMAIL-REQUEST ACKNOWLEDGED*ET
    KT
    01 REMARKS ADDED BY WEC SU ER 04JUL 1912
    Z D11D55
    04JUL/1417/EMAIL RECEIPT SENT 07/04
    01 REMARKS ADDED BY WEC SU ER 04JUL 1917
    Z D11D55
    17JUL/RECEIPT REQUESTED/TKTSVC
    01 REMARKS ADDED BY RTX SU RE 17JUL 1339
    Z DA2902
    17JUL/0839/EMAIL-REQUEST ACKNOWLEDGED*ET
    KT
    01 REMARKS ADDED BY WEC SU ER 17JUL 1339
    Z D11D77
    17JUL/0844/EMAIL RECEIPT SENT 07/17

01 REMARKS ADDED BY WEC SU ER 17JUL 1344
Z D11D79
1 UA3818Y 09JUL CRPIAH HK 1 0841. 0942.
2 UA1728A 09JUL IAHDCA HK 1 1024. 1433.
3 UA 259P 18JUL DCAIAH HK 1 1210. 1420.
4 UA4496Y 18JUL IAHCRP HK 1 1535. 1631.
*****          PNR HISTORY          **********
X8 500P/06JUL
A5 $MC558821XXXXXX6373/0316
RCCOCOM-US/JS875259-GUID/8220A797C03A4B
    489BB5FEB801F13118
WEB SU CO 04JUL 1912Z DA27D2 UA
A5 WEB CLIENT IP 72.181.73.204 - APPLYFORM
    SOFPAYMENT
X5 WEB CLIENT IP 72.181.73.204 - REQUESTRE
    CEIPTS
X5 ORIGINALLY ADDED BY WEB SU CO 04JUL 191
    2Z DA26F8
RCCOCOM-US/JS875259-GUID/8220A797C03A4B
    489BB5FEB801F13118
WEB SU CO 04JUL 1912Z DA27D2 UA
X7 TAE/1200N/04JUL/AI*DAVID K WILLS*3204 T
    OWER OAKS BLVD STE 170*ROCKVILLE MD 208
    52-4211
XF WEB3081244/B202
RCVD-
WEC SU ET 04JUL 1912Z D12B8A UA
A3 SSRCTCEYYHK1/PEATINS//GMAIL.COM-1WILLS/
    DAVIDKMR
RCVD-QPTPD
QPT PD 7O 08JUL 1644Z DA360D UA
XS UA4290Y 23JULIAHCRP HK/XX 1 1735. 1831.
XS UA1421P 23JULIAHCRP HK/XX 1 1331. 1538.
A5 WEB CLIENT IP - PERFORMEXCHANGE
X5 WEB CLIENT IP 72.181.73.204 - APPLYFORM
    SOFPAYMENT
X5 ORIGINALLY ADDED BY WEB SU CO 04JUL 191
    2Z DA26F8
AS UA 259P 18JULDCAIAH NN/SS 1 1210. 1420.
AS UA4496Y 18JULIAHCRP NN/SS 1 1535. 1631.
XQ
RCCOCOM-US/JS875259-GUID/560529F501534E
    609FCA68C2236696CA
WEB SU CO 17JUL 1339Z DA27EC UA
X7 T/FQR - INVOICE/558821XXXXXX6373/241395
    33321/0001//1065.99
RCVD-
RTX SU RE 17JUL 1339Z DA2902 UA
A5 17JUL/REV CHG/01629291909766/CC/$200.00
    USD/DAVIDKMR/RTE/TKTSVC
RCVD-
RTX SU RE 17JUL 1339Z DA2902 UA
..... APIS INFORMATION ......
***********

FNAME:DAVID KEITH
LNAME:WILLS
DOB:520914 GENDER:M NAT:    RESIDENT:
HIST 1 ---- PARSDATE:04JUL CITYCODE:WEB
HIST 2 ---- DUTYCODE:SU    LINIATA:DA2
HIST 1 ---- PARSDATE:04JUL CITYCODE:WEB
HIST 2 ---- DUTYCODE:SU    LINIATA:DA2
..... PDC INFORMATION ......
FNAME:DAVID KEITH
LNAME:WILLS
17JUL 06.39.29 USSF 000Z CLR R 0259/18JUL
    DCA IAH E L
FNAME:DAVID KEITH
LNAME:WILLS
17JUL 06.39.29 USSF 000Z CLR R 0259/18JUL
    DCA IAH E L
FNAME:DAVID KEITH
LNAME:WILLS
06JUL 18.04.55 USSF 003Z KNO R 3818/09JUL
    CRP IAH E L
.... QUEUE HISTORY ....
SYSQ/ETK/10
-ADR VERIF 04JUL1912Z
QEP/ETK/26
-ETK GS 41 04JUL1912Z DA8481 CDM/10
QR
    -ETK SU ET 04JUL1912Z D12B8A WEC/26
    QEP/ETK/31
    -*** SU ET 04JUL1912Z D12B8A WEC/**
    QR
    -ETK SU ET 04JUL1912Z D12B9B TBM/31
SYSQ/ETK/45
-E - TKTG 17JUL1339Z
    STORED FARE DATA FOLLOWS
    TOTAL FARE - USD1095.99
    FARE QUOTE- AUTOPRICED - A  N1.1|S3/4
    WEC SU BK 17JUL1339Z DB9CAF UA
         USD FARE              TAX - USD
                    USD TTL
    1 - 981.39                    XT114.60
                    1095.99
    09JUL14CRP UA X/HOU UA WAS607.44EAA00AKN/U
    PDI UA X/HOU UA CRP Q
    WASCRP27.91 346.04SAA14AKN/UPDI USD981.39E
    ND ZP CRPIAHDCAIAH XT
    73.60US16.00ZP10.00AY15.00XF CRP4.5IAH3DCA
    4.5IAH3
    V S 3/4 NOT VALID BEFORE/AFTER 18JUL
    PSGR1
    ENDORSE3-  NONREF/0VALUAFTDPT/CHGFEE
    END FARE QUOTE RECORD DATA
XQ
    FARE QUOTE- AUTOPRICED - I
    WEB SU CO 04JUL1912Z DA26F8 UA

CRP UA X/HOU UA WAS 607.44EAA00AKN/UPDI U
A X/HOU UA CRP 346.04S
USD953.48 XT112.51 TTL1065.99
A14AKN/UPDI USD 953.48 END ZP CRP IAH DCA
IAH XT 71.51US 16.00Z
10.00AY 15.00XF CRP4.5 IAH3 DCA4.5 IAH3
V S 1/2 NOT VALID BEFORE/AFTER 09JUL
V S 3/4 NOT VALID BEFORE/AFTER 23JUL
PSGR1
ENDORSE1- NONREF/0VALUAFTDPT/CHGFEE
TOTAL FARE - USD1065.99
RCVD-COCOM-US/JS875259-GUID/560529F501534
E609FCA68C2236696CA
WEB SU CO 17JUL1339Z DA27EC UA
END FARE QUOTE HISTORY DATA
......................................
.... ETKT CREATED 18JUL 2215Z IAH BY PD SS
UA
WILLS/DAVIDKMR          01624139533321
#1 OF 1 4JUL14 EXCHANGED
CRP UA3818Y 09JUL 841AOK EAA00AKN/UPDI
NVB09JUL NVA09JUL USED
X IAH UA1728A 09JUL1024AOK EAA00AKN/UPDI
NVB09JUL NVA09JUL USED
O DCA UA1421P 23JUL 131POK SAA14AKN/UPDI
NVB23JUL NVA23JUL
X IAH UA4290Y 23JUL 535POK SAA14AKN/UPDI
NVB23JUL NVA23JUL

CRP
FARE-USD TAX       TAX          TTL-USD
953.48 112.51                   1065.99
FC /FC CRP UA X/HOU UA WAS 607.44EAA00AKN
/UPDI UA X/HOU UA CRP 346.04SAA14AKN/UP
DI USD 953.48 END ZP CRP IAH DCA IAH XT
71.51US16.00ZP10.00AY15.00XF CRP4.5IAH3
DCA4.5IAH3
FP CCCAXXXXXXXXXXXXXX6373/0316/N06117J
E1 NONREF/0VALUAFTDPT/CHGFEE
.... ETKT HISTORY ........................
WILLS/DAVIDKMR          01624139533321
$USD 1065.99
FP CCCAXXXXXXXXXXXXXX6373/0316/N06117J
AI*DAVID K WILLS*3204 TOWER OAKS BLVD STE
170*ROCKVILLE MD 20852
WEC SU ET 04JUL 1912Z D12B8A UA
T:SXXXXXXXXXXXXX6373/0316/N06117JIVP01IET
CPN 1   CHECKED-IN
WEB PD 99 08JUL 1645Z DA08BB UA
CPN 2   CHECKED-IN
WEB PD 99 08JUL 1645Z DA08BB UA
CPN 1   LIFTED
CRP SU LT 09JUL 1339Z D25B1F UA
CPN 1   UA USED
CRP PD SS 09JUL 1415Z        UA
CPN 2   LIFTED
09JUL 1452Z        UA
CPN 2   UA USED

Page 33 of 77

IAH PD SS 09JUL 1550Z        UA
CPN 34 EXCHANGED
01624154314252 0001
ADD COLL ACSXXXXXXXXXXXXX3879/0316
/N07636J
RTX SU RE 17JUL 1339Z DA2902 UA
T:$UE01624139533321/FCA/OBUSD953.48/OXXT11
2.51/ACSXXXXXXXXXXXXX3879/0316/N07636JI@
XFCRPIAHDCAIAHIN1.1IET
CPN 1234 ADJ PUR DTE FR 23JUL14 TO 25JUL14
IAH PD SS 18JUL 2215Z        UA
......................................
.... ETKT CREATED 18JUL 2215Z IAH BY PD SS
UA
WILLS/DAVIDKMR          01624154314252
#1 OF 1 17JUL14
DCA UA 259P 18JUL1210POK SAA14AKN
NVB18JUL NVA18JUL USED
X IAH UA4496Y 18JUL 335POK SAA14AKN
NVB18JUL NVA18JUL USED

CRP
FARE-USD TAX       TAX          TTL-USD
981.39 114.60                   1095.99
FC /FC 09JUL14CRP UA X/HOU UA WAS607.44EA
A00AKN/UPDI UA X/HOU UA CRP Q WASCRP27.
91 346.04SAA14AKN/UPDI USD981.39END ZP
CRPIAHDCAIAH XT73.60US16.00ZP10.00AY15.
00XF CRP4.5IAH3DCA4.5IAH3
FP CA CRPIAHDCAIAH A/C CAXXXXXXXXXXXXX3879/
0316/N07636J $27.91/XT2.09/$30.00
E3 NONREF/0VALUAFTDPT/CHGFEE
X1 01624139533321
.... ETKT HISTORY ........................
WILLS/DAVIDKMR          01624154314252
$USD 1095.99
FP CA CRPIAHDCAIAH A/C CAXXXXXXXXXXXXX3879/
0316/N07636J $27.91/XT2.09/$30.00
X1 /EX 01624139533321

RTX SU RE 17JUL 1339Z DA2902 UA
T:$UE01624139533321/FCA/OBUSD953.48/OXXT11
2.51/ACSXXXXXXXXXXXXX3879/0316/N07636JI@
XFCRPIAHDCAIAHIN1.1IET
CPN 1   CHECKED-IN
DCA PD LC 18JUL 1345Z D122CE UA
CPN 2   CHECKED-IN
DCA PD LC 18JUL 1345Z D122CE UA
CPN 1   LIFTED
18JUL 1532Z        UA
CPN 1   UA USED
DCA PD SS 18JUL 1735Z        UA
CPN 2   LIFTED
18JUL 2132Z        UA
CPN 2   UA USED
IAH PD SS 18JUL 2215Z        UA
CPN 12  ADJ PUR DTE FR 23JUL14 TO 25JUL14
IAH PD SS 18JUL 2215Z        UA

**United Airlines, Inc**

| | | |
|---|---|---|
| Conjunction Ticket(s) | | |
| Origin / Destination | | |
| CRP-CRP | | |
| Airline PNR/CTO ATO | | |
| NBWCKV ET1056 D12B8A 0162 | | |
| Point Of Sale : US WEC | | |
| Point Of issue : WEC | | |
| Agency Name : | | |
| Book/Tktg Agnt : / 0000000 | | |
| Bkg Outlet : | | |

| Name of Passenger | Date of Issue | Original Issue Info: |
|---|---|---|
| WILLS/DAVIDKMR | 2014-07-04 | |

| Restrictions/Endorsements | Tour Code | Extn Src Id : SEEWEC |
|---|---|---|
| NONREF 0VALUAFTDP/ CHGFEE | | Src Id: SEE  Std FL: 1<br>Trans Type : S  FED: 2014-07-04<br>ECCB : 1120028 Load Date: 2014-07-04 |

| Pax Type : | ADT |
|---|---|
| Cpn Issn Usage : | FFFF |
| Doc Type : | TKTT |
| Load Id : | 2000391833 |
| Original Sale Info: | |

| Cpn | Loc | Dest | OP Carr | Mrk Carr | OP Flt | Mrk Flt | Flt Dt | Bkg / | tktg / | Ticket Designator | Dprt Dt | Dprt Time | Fare Basis | Revenue Amt | YQ amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CRP | IAH | UA | UA | 3118 | 3118 | 2014-07-09 | Y | Y | EAA00AKN/UPDI | | 0841 | EAA00AKN/UPDI | 172.36 | 0.00 |
| 2 | IAH | DCA | UA | UA | 1728 | 1728 | 2014-07-09 | A | A | EAA00AKN/UPDI | | 1024 | EAA00AKN/UPDI | 435.08 | 0.00 |
| 3 | DCA | IAH | UA | UA | 1421 | 1421 | 2014-07-23 | F | F | SAA14AKN/UPDI | | 1331 | SAA14AKN/UPDI | 347.82 | 0.00 |
| 4 | IAH | CRP | UA | UA | 4290 | 4290 | 2014-07-23 | Y | Y | SAA14AKN/UPDI | | 1735 | SAA14AKN/UPDI | 98.22 | 0.00 |

| FARE | 953.48 USD |
|---|---|
| AY | 10.70 |
| US | 71.31 |
| XF | 3.30 |
| XF | 4.30 |
| XF | 3.30 |
| XF | 4.50 |
| ZP | 16.30 |
| Total Fare | 1,065.99 USD |

**Fare Calculation Area**

CRP UA X/HOU UA WAS 607.44EAA00AKN/UPDI UA X/HOU UA CRP 346.04SAA14AKN/UPDI USD 953.48 END ZP CRP IAH DCA IAH XT71.51US16.00ZP10.00AY15.00XF4.50XF KF QPA4.5IAH3DCA4.5IAH3

| Form of Payment | CC NUM FILTERED | CC Amt USD. | Crd.Orig Curr | Cash USD | Cnh Orig Amt | Exchange Amt | Certificate/Certi.Num | Apprvl.Cd./CC.Expir.Dte./UstpNm. |
|---|---|---|---|---|---|---|---|---|
| CCCA | 558821*****6373 | 1,065.99 | 1,365.99 | 0.00 | 0.00 | 0.00 | 0.00 | N06117F 2016-33-01 |
| Eqiv Amt: | Seq # | 1 | | Other Fop: USD Amt Orig Amt | Comm.Type | Category | Comm.Amt: | Base Comm.Amt: |
| Farc Amt USD: 953.48 | | | | | N/A | N/A | 0.00 | 0.00 |
| Tkt Doc USD. 1,065.99 | Airline Form-serial | 0162413953332 | | Tkt Exch.Info Cpns Surrendered | Aid Comm Amt | Overri. Amt | Comm Rate | EDD Description |
| | | | | | 0.00 | 0.00 | 0.00 | |

| FOP Type | FOP Acct | FOP Amt - USD | Orig Curr Amt | Orig C |
|---|---|---|---|---|
| CC | 5588213003016373  Mask | 1.065.99 | 1,065.99 | USD |

⊟ **LIFT**

| Tkt | Cpn | Seg | Orig | Dest | Miles | Mktg Carr | Oprg Carr | Flt Date | Mktg Flt Num | Oprg Flt Num | Dprt Time | Arrv Time | Irreg | FBTD | Cbn | Seat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0162413953332 | 1 | | CRP | IAH | | UA | EV | 7/9/2014 | 3818 | 3818 | 0844 | 0936 | | | | 4A |
| | 2 | | IAH | DCA | | UA | CO | 7/9/2014 | 1728 | 1728 | 1019 | 1414 | | | | 1A |

PAGE0154 UNITED AIRLINES    FLIGHT NUMBER 1728        A C I   P D I FOR   09JUL14    RUN DATE 11JUL14
      CTY AG LNIATA DATE    TIME               CTY AG LNIATA DATE    TIME

              WEB 99 DA08BB 08JUL   945A 3818/09JUL/CRP-WILLS/DAVIDKMR
                       B0.DCA

2:17-cr-390-001995

**United Airlines, Inc**

| | | |
|---|---|---|
| Conjunction Ticket(s) | Origin / Destination | Point Of Sale: US RTX |
| | DCA-CRP | Point Of Issue: RTX |
| | Airline PNR:CTO_ATO | Agency Name: |
| | NBWCKV RE0006 DA2902 0162 | Book/Tktg Agnt: / 0000000 |
| | | Bkg Outlet: |

| Name of Passenger | Date of Issue | Original Issue Info |
|---|---|---|
| WELLS,DAVID KMR | 2014-07-17 | 01624139533332 |

| Restrictions / Endorsements | Tour Code | Exm Src Id : SEERTX | Pax Type: ADT |
|---|---|---|---|
| | | | Cpn Issn: FFVV |
| NONREF W/VALUAFTDPT CHGFEE | | Src Id: SEE  Std FL: 7 | Doc Type: TKTT |
| | | Trns Type: A  PED: 2014-07-17 | Load Id: 2000397507 |
| | | ECCB: 1026542 Lead Date: 2014-07-17 | Original Sale: 01624139533332 |
| | | | Info. WEC04JUL14 |

| Cpn | Lec | Dest | OP Carr | Mkt Carr | OP Flt | Mkt Flt | Flt Dt | Bkg? | tktg? | Ticket Designator | Dprt Dt | Dprt Time | Fare Basis | Revenue Amt | YQ-amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DCA | IAH | UA | UA | C259 | C259 | 2014-07-18 | P | P | SAA14AKN | | 1210 | SAA14AKN | 297.34 | 0.00 |
| 2 | IAH | CRP | UA | UA | 4496 | 4496 | 2014-07-18 | Y | Y | SAA14AKN | | 1535 | BAA14AKN | 105.10 | 0.00 |

| FARE | 981.35 USD | Fare Calculation Area |
|---|---|---|
| AY | 10.06 | 09JUL14CRP UA X:HOU UA WAS607.44EAA00AKN/UPDI UA X:HOU UA CRP Q WASCRP27.91 346.04SAA14AKN/UPDI USD981.39END ZP |
| US | 73.60 | CRPIAHDCAIAH XT73.60US16.00ZP10.00AY15.00XF CRP4.5IAH3DCA4.5IAH3 |

| Form of Payment | CC Num FILTERED | CC Amt USD. | Ced.Orig Curr | Cash USD | Cash Orig Amt | Exchange Amt | Certificate.Certi.Num | Apprvl.Cd/CC.Expln.Dte./Autp.Num. |
|---|---|---|---|---|---|---|---|---|
| XF | 3.00 | CCCA | 533821****** 3879 | 30.00 | 30.00 | 0.00 | 0.00 | 0.00 | N97654J .2016-03-01/ |
| XF | 4.50 | EX | | 0.00 | 0.00 | 0.00 | 0.00 | 1.065.59 | 0.00 | |
| XF | 3.00 | Expir.Amt: | Seq # | 1 | Other Fop: USD Amt: Orig Amt | Comm.Type | Category | Comm.Amt: | Base Comm.Amt: |
| XF | 4.50 | Furs Amt USD:981.35 | | | | N/A | N/A | 0.00 | 0.00 |
| ZP | 16.00 | | | | | | | | |
| Total Fare | 1,062.59 USD | Tkt Doc USD. 1,092.59 | Airline Form-serial | 0162415431425 | Tkt Exch.Info Cpns Surrendered | Atl Comm Amt | Overrd. Amt | Comm Rate | EDD Description |
| | | | | | 01624139533332 3 | 0.00 | 0.00 | 0.00 | |
| | | | | | 01624139533332 4 | | | | |

| FOP Type | FOP Acct | FOP Amt - USD | Orig Curr Amt | Orig C |
|---|---|---|---|---|
| EX | 0162413953332 34 | 1,065.99 | 1.065.99 | USD |
| CC | 5588213003153879 Mask | 30.00 | 30.00 | USD |

**☰ LIFT**

| Tkt | Cpn | Seg | Orig | Dest | Miles | Mktg Carr | Oprg Carr | Flt Date | Mktg Flt Num | Oprg Flt Num | Dprt Time | Arrv Time | Irreg | FBTD | Cbn | Seat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0162415431425 | 1 | | DCA | IAH | | UA | UA | 7/18/2014 | 0259 | 0259 | 1204 | 1424 | | | | 2A |
| | 2 | | IAH | CRP | | UA | EV | 7/18/2014 | 4496 | 4496 | 1643 | 1752 | | | | 5C |

```
PAGE4085 UNITED AIRLINES          FLIGHT NUMBER 0259              A  C  I    P  D  I  FOR   18JUL14      RUN DATE 20JUL14
               CTY AG LNIATA DATE  TIME                                      CTY AG LNIATA DATE    TIME

                     DCA LC D122CE 18JUL  645A 259/18JUL/DCA-WILLS/DAVIDKMR
                                              B1.CRP
                              ** BTAG:UA 4016826074V:CRP **
```

2:17cr390-001997

*******************************************
EMHA PNR.IHBLFF CR03JUN 1129Z WEB BY SU CO
DA5B46 UA
***1.1WILLS/DAVIDKMR
FONE-WEB2057674/EB361
  CRP9902226/H301
  WEB*45520300 DO NOT REMOVE-AGENCY CLAIM
  NOT ALLOWED/N000
RCVD-COCOM-US/JS875259-GUID/78FE580C1A1343
  B2BAEDC7184CE75AA7
TKT -T/FQR/CA CRPIAHDCAIAH/24108474892/000
  1//1341.00
G FX-SSRFQTVUAHK/UAJS875259.1-WILLS/DAVIDK
  MR101.01
  SSRDOCSUAHK1/////14SEP52/M//WILLS/DAVID/
  KEITH-1WILLS/DAV
  SSRDOCSUA///IDKMR
  OSI UA PREM 1K MEMBER - PLZ EXTEND ALL C
  OURTESIES
  SSRCTCEYYHK1/PEATINS//GMAIL.COM-1WILLS/D
  AVIDKMR
RMKS-SMC558821XXXXXX6373/0316
  09JUN/REV CHG/01629259617112/CC/$200.00/
  DAVIDK/TKTSVC
  WEB*CO COM RESERVATIONS - US
  AVAILABILITY SOURCE - ITA
  WEB CLIENT IP 72.181.73.204 - APPLYFORMS
  OFPAYMENT
  EMAIL RQSTD PEATINS-AT-GMAIL.COM
  04 REMARKS ADDED BY WEB SU CO 03JUN 1129
  Z DA5B46
  RBY03JUN*APPR CC MC 07201J/VP01/$956.99
  WEBCO
  PB TKT ORDERID*75855616-993F-4E0B-A767-A
  31AFCBC7B69
  02 REMARKS ADDED BY WEB SU CO 03JUN 1129
  Z DA7C6B
  CDM: PNR SENT TO 41ST PARAMETER CDM41
  01 REMARKS ADDED BY CDM GS 41 03JUN 1129
  Z DA846D
  CDM: CDM APPROVED TO TICKET S-AA CDM43
  01 REMARKS ADDED BY CDM GS 43 03JUN 1131
  Z DA84AB
  03JUN/0631/EMAIL-REQUEST ACKNOWLEDGED*ET
  KT
  01 REMARKS ADDED BY WEC SU ER 03JUN 1131
  Z D11D50
  03JUN/0636/EMAIL RECEIPT SENT 06/03
  01 REMARKS ADDED BY WEC SU ER 03JUN 1136
  Z D11D55
  09JUN/RECEIPT REQUESTED/TKTSVC
  01 REMARKS ADDED BY RTX SU ER 09JUN 1601
  Z DA2904
  09JUN/1101/EMAIL-REQUEST ACKNOWLEDGED*ET

  KT
  01 REMARKS ADDED BY WEC SU ER 09JUN 1601
  Z D11D73
  09JUN/1106/EMAIL RECEIPT SENT 06/09
  01 REMARKS ADDED BY WEC SU ER 09JUN 1606
  Z D11D71
  1 UA4557Y 11JUN CRPIAH HK 1 0525. 0626.
  2 UA 381A 11JUN IAHDCA HK 1 0715. 1125.
  3 UA 729Z 21JUN DCAIAH HK 1 1030. 1240.
  4 UA4609V 21JUN IAHCRP HK 1 1430. 1526.
*****    PNR HISTORY    **********
X8 500P/05JUN
A5 SMC558821XXXXXX6373/0316
RCCOCOM-US/JS875259-GUID/78FE580C1A1343
  B2BAEDC7184CE75AA7
WEB SU CO 03JUN 1129Z DA7C6B UA
A5 WEB CLIENT IP 72.181.73.204 - APPLYFORM
  SOFPAYMENT
X5 WEB CLIENT IP 72.181.73.204 - REQUESTRE
  CEIPTS
X5 ORIGINALLY ADDED BY WEB SU CO 03JUN 112
  9Z DA5B46
RCCOCOM-US/JS875259-GUID/78FE580C1A7C43
  B2BAEDC7184CE75AA7
  WEB SU CO 03JUN 1129Z DA7C6B UA
  X7 TAE/1200N/03JUN/AI*DAVID K WILLS*3204 T
  OWER OAKS BLVD STE 170*ROCKVILLE MD 208
  52-4211
XF WEB2057674/B361
RCVD-
WEC SU ET 03JUN 1131Z D12B8B UA
XS UA1728P 12JUNIAHDCA HK/XX 1 1005. 1411.
XS UA4456Y 12JUNCRPIAH HK/XX 1 0715. 0814.
XS UA4176Y 20JUNIAHCRP HK/XX 1 1117. 1216.
XS UA1014Z 20JUNDCAIAH HK/XX 1 0759. 1006.
AS UA4557Y 11JUNCRPIAH NN/SS 1 0525. 0626.
AS UA 381A 11JUNIAHDCA NN/SS 1 0715. 1125.
AS UA 729Z 21JUNDCAIAH NN/SS 1 1030. 1240.
AS UA4609V 21JUNIAHCRP NN/SS 1 1430. 1526.
XQ
RCVD-EZR-4.8.4-STEPHEN
RXI AS BY 09JUN 1558Z DAA3CB UA
  X7 T/FQR - INVOICE/558821XXXXXX6373/241016
  12825/0001//956.99
RCVD-
RTX SU RE 09JUN 1601Z DA2906 UA
A5 09JUN/REV CHG/01629259617112/CC/$200.00
  /DAVIDK/TKTSVC
RCVD-
RTX SU RE 09JUN 1601Z DA2900 UA
X5 /09JUN/*****SPECIAL SERVICE TICKET FEES
  *****
X5 /09JUN/REVENUE CHANGE FEE - $200 PER PE
  RSON

X5 PB FEE ORDERID*4400083C-125E-46CC-96F3-
  3D935360E348
X5 /09JUN/APPR-01399J/$200/XXXXXXXXXXXX637
  3/X0316/WCID
X5 /09JUN/CARD HOLDERS NAME-DAVID WILLS
X5 05 REMARKS ADDED BY RXI AS BY 09JUN 160
  0Z DAA3CB
RCVD-TKTSVC
RTX SU RE 09JUN 1601Z DA2904 UA
A3 SSRCTCEYYHK1/PEATINS//GMAIL.COM-1WILLS/
  DAVIDKMR
RCVD-QPTPD
QPT PD 7O 11JUN 0918Z DA3587 UA
......  APIS INFORMATION ......
***********
FNAME:DAVID KEITH
LNAME:WILLS
DOB:520914 GENDER:M NAT:    RESIDENT:
HIST 1 ---- PARSDATE:03JUN CITYCODE:WEB
HIST 2 ---- DUTYCODE:SU    LINIATA:DA5
HIST 1 ---- PARSDATE:03JUN CITYCODE:WEB
HIST 2 ---- DUTYCODE:SU    LINIATA:DA5
.....  PDC INFORMATION ......
FNAME:DAVID KEITH
LNAME:WILLS
18JUN 18.15.07 USSF 000Z CLR 0729/21JUN
  DCA IAH E L
FNAME:DAVID KEITH
LNAME:WILLS
09JUN 08.58.58 USSF 000Z CLR 4557/11JUN
  CRP IAH E L
.... QUEUE HISTORY ....
SYSQ/ETK/10
-ADR VERIF 03JUN1129Z
E
-ETK GS 41 03JUN1129Z DA846D CDM/10
QEP/ETK/26
-*** GS 43 03JUN1131Z DA84AB CDM/**
QR
-ETK SU ET 03JUN1131Z D12B8B WEC/26
QEP/ETK/31
-*** SU ET 03JUN1131Z D12B8B WEC/**
QR
-ETK SU ET 03JUN1131Z DA2B9B TBM/31
SYSQ/ETK/45
-E - TKTG 09JUN1558Z
QEP/JPB/51
-ETK SU IP 09JUN1600Z DA4780 CRC/45
QEP/ETK/60
-*** SU RE 09JUN1601Z DA2906 RTX/**
QEP/RTX/80
-ETK SU ET 09JUN1601Z DA2B9A TBM/60
QR
-RTX SU RE 09JUN1601Z DA66F7 RTX/80

QR
-JPB SU AS 09JUN1605Z DA2BB5 HDQ/51
STORED FARE DATA FOLLOWS
TOTAL FARE - USD1341.00
FARE QUOTE- AUTOPRICED - A   N1.1
WEC SU BK 09JUN1558Z DB9A78 UA
```
        USD FARE          TAX - USD
               USD TTL
1 - 1209.30              XT131.70
        1341.00
```
11JUN14CRP UA X/HOU UA WAS604.65EAA00AKN/U
 PDI UA X/HOU480.93QDA0
7AKN/UPDI UA CRP123.72VAA10AKN USD1209.30E
 ND ZP CRPIAHDCAIAH XT
90.70US16.00ZP10.00AY15.00XF CRP4.5IAH3DCA
 4.5IAH3
V S 1/2 NOT VALID BEFORE/AFTER 11JUN
V S 3/4 NOT VALID BEFORE/AFTER 21JUN
PSGR1
 ENDORSE3- NONREF/0VALUAFTDPT/CHGFEE
END FARE QUOTE RECORD DATA
XQ
 FARE QUOTE- AUTOPRICED - I
 WEB SU CO 03JUN1129Z DA5B46 UA
 CRP UA X/HOU UA WAS Q CRPWAS9.30 400.00WA
 A07AKN/UPDI UA X/HOU U
 USD852.08 XT104.91 TTL956.99
 CRP Q WASCRP18.60 424.18VAA07AKN/UPDI US
 D 852.08 END ZP CRP IA
 DCA IAH XT 63.91US 16.00ZP 10.00AY 15.00
 XF CRP4.5 IAH3 DCA4.5
AH3
V S 1/2 NOT VALID BEFORE/AFTER 12JUN
V S 3/4 NOT VALID BEFORE/AFTER 20JUN
PSGR1
 ENDORSE1- NONREF/0VALUAFTDPT/CHGFEE
 TOTAL FARE - USD956.99
 RCVD-EZR-4.8.4-STEPHEN
 RXI AS BY 09JUN1558Z DAA3CB UA
END FARE QUOTE HISTORY DATA
........................................
.... ETKT CREATED 09JUN 1601Z RTX BY SU RE
DA2906 UA
WILLS/DAVIDKMR              01624101612825
        #1 OF 1 3JUN14   EXCHANGED
O CRP UA4456Y 12JUN 715AOK WAA07AKN/UPDI
         NVB12JUN NVA12JUN
O IAH UA1728P 12JUN1005AOK WAA07AKN/UPDI
         NVB12JUN NVA12JUN
O DCA UA1014Z 20JUN 759AOK VAA07AKN/UPDI
         NVB20JUN NVA20JUN
X IAH UA4176Y 20JUN1117AOK VAA07AKN/UPDI
         NVB20JUN NVA20JUN
 CRP
FARE-USD TAX       TAX       TTL-USD
 852.08 104.91              956.99
FC  /FC CRP UA X/HOU UA WAS Q CRPWAS9.30 4

00.00WAA07AKN/UPDI UA X/HOU UA CRP Q WA
SCRP18.60 424.18VAA07AKN/UPDI USD 852.0
8 END ZP CRP IAH DCA IAH XT63.91US16.00
ZP10.00AY15.00XF CRP4.5IAH3DCA4.5IAH3
FP CCCAXXXXXXXXXXXXX6373/0316/N07201J
Z1 NONREF/0VALUAFTDPT/CHGFEE
.... ETKT HISTORY ...................
WILLS/DAVIDKMR              01624101612825
                           $USD 956.99
FP CCCAXXXXXXXXXXXXX6373/0316/N07201J
AI*DAVID K WILLS*3204 TOWER OAKS BLVD STE
170*ROCKVILLE MD 20852
WEC SU ET 03JUN 1131Z D12B8B UA
T:$XXXXXXXXXXXX6373/0316/N07201J|VP01|ET
CPN 1234 EXCHANGED
                01624108474892 0001
            ADD COLL AC$XXXXXXXXXXXX6373/0316
                     /N01497J
RTX SU RE 09JUN 1601Z DA2906 UA
T:$UE01624101612825/FCA/OBUSD852.08/OXXT10
 4.91/AC$XXXXXXXXXXXXX6373/0316/N01497J|@
 XFCRPIAHDCAIAH|N1.1|ET
CPN 1234 ADJ FUR DTE FR 20JUN14 TO 21JUN14
RTX SU RE 09JUN 1601Z DA2906 UA
........................................
.... ETKT CREATED 21JUN 2045Z IAH BY PD SS
 UA
WILLS/DAVIDKMR             01624108474892
           #1 OF 1 9JUN14
  CRP UA4557Y 11JUN 525AOK EAA00AKN
         NVB11JUN NVA11JUN USED
X IAH UA 381A 11JUN 715AOK EAA00AKN
         NVB11JUN NVA11JUN USED
O DCA UA 729Z 21JUN1030AOK QDA07AKN
         NVB21JUN NVA21JUN USED
X IAH UA4609V 21JUN 230POK VAA10AKN
         NVB21JUN NVA21JUN USED
 CRP
FARE-USD TAX      TAX        TTL-USD
1209.30 131.70              1341.00
FC  /FC 11JUN14CRP UA X/HOU UA WAS604.65EA
 A00AKN/UPDI UA X/HOU480.93QDA07AKN/UPDI
 UA CRP123.72VAA10AKN USD1209.30END ZP
 CRPIAHDCAIAH XT90.70US16.00ZP10.00AY15.
 00XF CRP4.5IAH3DCA4.5IAH3
FP CA CRPIAHDCAIAH A/C CAXXXXXXXXXXXXX6373/
 0316/N01497J $357.22/XT26.79/$384.01
E3 NONREF/0VALUAFTDPT/CHGFEE
X1 01624101612825
.... ETKT HISTORY ......................
WILLS/DAVIDKMR             01624108474892
                          $USD 1341.00
FP CA CRPIAHDCAIAH A/C CAXXXXXXXXXXXXX6373/
 0316/N01497J $357.22/XT26.79/$384.01
X1  /EX 01624101612825

RTX SU RE 09JUN 1601Z DA2906 UA

T:$UE01624101612825/FCA/OBUSD852.08/OXXT10
 4.91/AC$XXXXXXXXXXXXX6373/0316/N01497J|@
 XFCRPIAHDCAIAH|N1.1|ET
CPN 1    CHECKED-IN
CRP PD LC 11JUN 0918Z D1A89E UA
CPN 2    CHECKED-IN
CRP PD LC 11JUN 0918Z D1A89E UA
CPN 1    LIFTED
CRP PD II 11JUN 1003Z D25B1E UA
CPN 1    UA USED
CRP PD SS 11JUN 1056Z        UA
CPN 2    LIFTED
          11JUN 1142Z        UA
CPN 2    UA USED
IAH PD SS 11JUN 1246Z        UA
CPN  3   CHECKED-IN
DCA PD LC 21JUN 1133Z D14E7A UA
CPN  4   CHECKED-IN
DCA PD LC 21JUN 1133Z D14E7A UA
CPN  3   LIFTED
          21JUN 1357Z        UA
CPN  3   UA USED
DCA PD SS 21JUN 1650Z        UA
CPN  4   LIFTED
          21JUN 2003Z        UA
CPN  4   UA USED
IAH PD SS 21JUN 2045Z        UA
********************************************

**United Airlines, Inc**

| Conjunction Ticket(s) | Origin / Destination | Point Of Sale: US WEC |
|---|---|---|
| | CRP CRP<br>Airline PNR/CTO_ATO<br>IHBLFF ET1056 D12B8B 0162 | Point Of issue: WEC<br>Agency Name :<br>Book/Tktg Agnt : / 0000000<br>Bkg Outlet |

| Name of Passenger | Date of Issue | Original Issue info |  |
|---|---|---|---|
| WILLS/DAVID/MR | 2014-06-01 | | |

| Restrictions / Endorsements | Tour Code | Exta Src Id : SEEWEC | Pax Type : ADT<br>Cpn Issu Usage : FFFF |
|---|---|---|---|
| NONREF/VALUAFIDPC/CHGFEE | | Src Id:    SEE   Bnl FL:   7<br>Trans Type : S        PED:      2014-06-03<br>ICCB :    IC05/47 Load Date: .011.06.03 | Doc Type : TKTT<br>Load Id : 2000378312<br>Original Sale Info : |

| Cpn | Loc | Dest | OP Carr | Mkt Carr | OP Flt | Mkt Flt | Flt Dt | Bkg / | dssg / | Ticket Designator | Dprt Dt | Dprt Time | Fare Basis | Revenue Amt | YQ-amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CRP | IAH | UA | UA | 1126 | 1126 | 2014-06-12 | Y | Y | VAA07AKN/UPDI | | 0715 | VAA07AKN/UPDI | 116.21 | 0.00 |
| 2 | IAH | DCA | UA | UA | 1728 | 1728 | 2014-06-12 | P | P | VAA07AKN/UPDI | | 1005 | VAA07AKN/UPDI | 253.16 | 0.00 |
| 3 | DCA | IAH | UA | UA | 1004 | 1004 | 2014-06-26 | Z | Z | VAA07AKN/UPDI | | 0759 | VAA07AKN/UPDI | 317.13 | 0.00 |
| 4 | IAH | CRP | UA | UA | 4176 | 4176 | 2014-06-26 | Y | Y | VAA07AKN/UPDI | | 1117 | VAA07AKN/UPDI | 125.63 | 0.00 |

**Fare Calculation Area**

| FARE | 852.08 USD | Fare Calculation Area | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AT | 10.00 | CRP UA X/HOU UA WAS Q CRPWAS9.30 400.00VAA07AKN/UPDI UA X/HOU UA CRP Q WASCRP18.60 424.18VAA07AKN/UPDI USD 852.08<br>END ZP CRP IAH DCA IAH XT63.91US16.00ZP10.00AY15.00XF CRP4.5IAHDCA4.5IAH | | | | | | | | |
| US | 63.91 | Form of Payment | CC NUM FILTERED | CC Amt USD | Crd.Orig Curr | Cash USD | Cash Orig Amt | Exchange Amr | Certificate/Cert.Num | Appr/UOL4-CC tple-Dte-/UsgNm. |
| XF | 2.00 | CCCA | 5588213******6373 | 956.99 | 956.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0872913  2016-03-01/ |
| XF | 4.50 | Eqiv Amt | Seq # | 1 | | Other Eqiv USD Amt/ Orig Amt | Comm.Type | Category | Comm.Amt: | Bare Comm.Amt: |
| XF | 9.00 | Fare Amt USD: 852.08 | | | | | N.A. | N.A. | 0.00 | 0.00 |
| XF | 4.50 | | | | | | | | | |
| ZP | 10.00 | Tkt Doc USD. 956.99 | Airline Form-serial | 0162410161282 | | Tkt Exch.Info Cpns Surrendered | Ad Comm Amt | Overrd. Amt | Comm Rate | EDD Description |
| Total Fare | 956.99 | | | | | | 0.00 | 0.00 | 0.00 | |

| FOP Type | FOP Acct | FOP Amt - USD | Orig Curr Amt | Orig Curr |
|---|---|---|---|---|
| CC | 5588213003016373  Mask | 956.99 | 956.99 | USD |

2:17-cr-390-002000

| FOP Type | FOP Acct | FOP Amt - USD | Orig Curr Amt | Orig |
|---|---|---|---|---|
| EX | 0162410161282 1234 | 956.99 | 956.99 | USD |
| CC | 5588213003016373 Mask | 384.01 | 384.01 | USD |

≡ LIFT

| Tkt | Cpn | Seg | Orig | Dest | Miles | Mktg Carr | Oprg Carr | Flt Date | Mktg Flt Num | Oprg Flt Num | Dprt Time | Arrv Time | Irreg | FBTD | Cbn | Seat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0162410847489 | 1 | | CRP | IAH | | UA | EV | 6/11/2014 | 4557 | 4557 | 0520 | 0621 | | | | 2A |
| | 2 | | IAH | DCA | | UA | UA | 6/11/2014 | 0381 | 0381 | 0712 | 1116 | | | | 1E |
| | 3 | | DCA | IAH | | UA | UA | 6/21/2014 | 0729 | 0729 | 1029 | 1230 | | | | 1B |
| | 4 | | IAH | CRP | | UA | EV | 6/21/2014 | 4609 | 4609 | 1542 | 1642 | | | | 2A |

PAGE2007 UNITED AIRLINES    FLIGHT NUMBER 0729    A C I   P D I   FOR   21JUN14   RUN DATE 23JUN14
CTY AG LNIATA DATE   TIME      CTY AG LNIATA DATE   TIME

DCA LC D14E7A 21JUN   433A 729/21JUN/DCA-WILLS/DAVIDKMR
B1.CRP
++ BTAG:UA 6016757541V:CRP ++

```
PAGE6485 UNITED AIRLINES          FLIGHT NUMBER 0381        A   C   I    P   D   I   FOR    11JUN14      RUN DATE 13JUN14
         CTY AG LNIATA DATE    TIME                                     CTY AG LNIATA DATE    TIME


            CRP LC D1A89E 11JUN  218A 4557/11JUN/CRP-WILLS/DAVIDKMR
                                 B1.DCA
                     ** BTAG:UA 4016281210V:DCA **
```

2:17cr390-002002

******************************************

EMHA PNR.MV6WKY CRO9MAY 2228Z WEB BY SU CO
DAEBDE UA
***1.1WILLS/DAVIDKMR
FONE-WEB2057674/EB361
  CRP9902226/H301
  WEB*45520300 DO NOT REMOVE-AGENCY CLAIM
  NOT ALLOWED/NO00
RCVD-COCOM-US/JS875259-GUID/B1E6949AC01E49
  7AA3E5B6F99BA70195
TKT -T/FQR - INVOICE/558821XXXXXX6373/2407
  3860290/0002//8477.10
G FX-SSRFQTVUAHK/UAJS875259.1-WILLS/DAVIDK
  MR|01.01
  SSRDOCSUAHK1/////14SEP52/M//WILLS/DAVID/
  KEITH-1WILLS/DAV
  SSRDOCSUA///IDKMR
  OSI UA PREM 1K MEMBER - PLZ EXTEND ALL C
  OURTESIES
  SSRCTCEYYHK1/PEATINS-AT-GMAIL.COM-1WILLS/D
  AVIDKMR
RMKS-$MC558821XXXXXX6373/0316
  28MAY/REV CHG/01629249656112/CC/$450.00U
  SD/DAVIDKMR/RTE/TKTSVC
  WEB*CO COM RESERVATIONS - US
  AVAILABILITY SOURCE - ITA
  WEB CLIENT IP - PERFORMEXCHANGE
  EMAIL RQSTD PEATINS-AT-GMAIL.COM
  04 REMARKS ADDED BY WEB SU CO 09MAY 2228
  Z DAEBDE
  RBY09MAY*APPR CC MC 04603J/VP01/$8477.10
  WEBCO
  PB TKT ORDERID*54B874FE-3F97-4460-838B-A
  BAAC98CF906
  02 REMARKS ADDED BY WEB SU CO 09MAY 2228
  Z DA14A7
  CDM: PNR SENT TO 41ST PARAMETER CDM41
  01 REMARKS ADDED BY CDM GS 41 09MAY 2228
  Z DA8471
  CDM: CDM APPROVED TO TICKET S-AA CDM43
  01 REMARKS ADDED BY CDM GS 43 09MAY 2235
  Z DA84AA
  SFS FQID*46ABC3D0-F999-456E-931F-1831815
  3CBA7
  01 REMARKS ADDED BY WEC SU ET 09MAY 2235
  Z D12B8A
  09MAY/1735/EMAIL-REQUEST ACKNOWLEDGED*ET
  KT
  01 REMARKS ADDED BY WEC SU ER 09MAY 2235
  Z D11D4F
  09MAY/1740/EMAIL RECEIPT SENT 05/09
  01 REMARKS ADDED BY WEC SU ER 09MAY 2240
  Z D11D53
  28MAY/RECEIPT REQUESTED/TKTSVC

01 REMARKS ADDED BY RTX SU ER 28MAY 0855
Z DA2902
28MAY/0355/EMAIL-REQUEST ACKNOWLEDGED*ET
KT
01 REMARKS ADDED BY WEC SU ER 28MAY 0855
Z D11D5A
28MAY/0400/EMAIL RECEIPT SENT 05/28
01 REMARKS ADDED BY WEC SU ER 28MAY 0900
Z D11D5A
UNDF-SSRFSPTUAHK/$O-WILLS/DAVIDKMR$N-WILLS
  /DAVID KEITH$D-P/476045696$E-201004$C-US
  $B-5209143G-M|01.01
1 UA4456Y 21MAY CRPIAH HK 1 0535. 0630.
2 UA 570A 21MAY IAHSFO HK 1 0915. 1136.
3 UA 853A 21MAY SFONRT HK 1 1300. 1600.
4 UA  2Z 30MAY NRTIAH HK 1 1855. 1655.
5 UA4684Y 30MAY IAHCRP HK 1 2107. 2208.
*****       PNR HISTORY       **********
X8 500P/11MAY
A5 $MC558821XXXXXX6373/0316
RCCOCOM-US/JS875259-GUID/B1E6949AC01E49
  7AA3E5B6F89BA70195
WEB SU CO 09MAY 2228Z DA14A7 UA
A5 WEB CLIENT IP 72.181.73.204 - APPLYFORM
  SOFPAYMENT
X5 WEB CLIENT IP 72.181.73.204 - REQUESTRE
  CEIPTS
X5 ORIGINALLY ADDED BY WEB SU CO 09MAY 222
  8Z DAEBDE
RCCOCOM-US/JS875259-GUID/B1E6949AC01E49
  7AA3E5B6F89BA70195
WEB SU CO 09MAY 2228Z DA14A7 UA
X7 TAE/1200N/09MAY/AI*DAVID K WILLS*3204 T
  OWER OAKS BLVD STE 170*ROCKVILLE MD 208
  52-4211
XF WEB2057674/B361
RCVD-
WEC SU ET 09MAY 2235Z D12B8A UA
XP SSRFSPTUAHK/$O-WILLS/DAVIDKMR$N-WILLS/D
  AVID KEITH$B-5209143G-M|01.01
RCVD-
  CRP PD LC 21MAY 0951Z
A3 SSRCTCEYYHK1/PEATINS-/GMAIL.COM-1WILLS/
  DAVIDKMR
RCVD-QPTPD
QPT PD 7O 21MAY 0952Z DA36CF UA
XS UA4391Y 31MAYIAHCRP HK/XX 1 1741. 1839.
XS UA1130A 31MAYSFOIAH HK/XX 1 1050. 1635.
XS UA 838A 31MAYNRTSFO HK/XX 1 1600. 0910.
A5 WEB CLIENT IP - PERFORMEXCHANGE
X5 WEB CLIENT IP 72.181.73.204 - APPLYFORM
  SOFPAYMENT
X5 ORIGINALLY ADDED BY WEB SU CO 09MAY 222

8Z DAEBDE
AS UA   2Z 30MAYNRTIAH NN/SS 1 1855. 1655.
AS UA4684Y 30MAYIAHCRP NN/SS 1 2107. 2208.
XQ
RCCOCOM-US/JS875259-GUID/60C572341E1648
  DA8377DC64E0A2C089
WEB SU CO 28MAY 0855Z DAEA79 UA
A5 28MAY/REV CHG/01629249656112/CC/$450.00
  USD/DAVIDKMR/RTE/TKTSVC
RCVD-
RTX SU RE 28MAY 0855Z DA2902 UA
..... APIS INFORMATION ......
***********
FNAME:DAVID KEITH
LNAME:WILLS
DOB:520914 GENDER:M NAT:USA RESIDENT:USA
TYPE:P  NUMBER:476045696
ISS DATE:        EXPIRY:201004  PLACE:USA
HIST 1 ---- PARSDATE:09MAY  CITYCODE:WEB
HIST 2 ---- DUTYCODE:SU     LINIATA:DAE
HIST 1 ---- PARSDATE:09MAY  CITYCODE:WEB
HIST 2 ---- DUTYCODE:SU     LINIATA:DAE
..... PDC INFORMATION ......
FNAME:DAVID KEITH
LNAME:WILLS
30MAY 00.05.29 USIN 003Z KNO 0002/30MAY
  NRT IAH I H
FNAME:DAVID KEITH
LNAME:WILLS
30MAY 00.05.29 USIN 003Z KNO 0002/30MAY
  NRT IAH I H
FNAME:DAVID KEITH
LNAME:WILLS
28MAY 01.55.18 USIN 003Z KNO 0002/30MAY
  NRT IAH E L
FNAME:DAVID KEITH
LNAME:WILLS
21MAY 02.51.43 USOU 003Z KNO 4456/21MAY
  CRP IAH E H
FNAME:DAVID KEITH
LNAME:WILLS
20MAY 17.08.03 USOU 003Z KNO 4456/21MAY
  CRP IAH E L
FNAME:DAVID KEITH
LNAME:WILLS
18MAY 18.01.19 USOU 003Z KNO 4456/21MAY
  CRP IAH E L
..... QUEUE HISTORY ....
SYSQ/ETK/10
-ADR VERIF 09MAY2228Z
E
-ETK GS 41 09MAY2228Z DA8471 CDM/10
QEP/ETK/26

-*** GS 43 09MAY2235Z DA84AA CDM/**
ER
-ETK SU ET 09MAY2235Z D12B8A WEC/26
QR
-ETK SU ET 09MAY2235Z D12B8A WEC/26
QEP/ETK/31
-*** SU ET 09MAY2235Z D12B8A WEC/**
QR
-ETK SU ET 09MAY2235Z DA2BA7 TBM/31
SYSQ/ETK/45
-E - TKTG  28MAY0855Z
STORED FARE DATA FOLLOWS
TOTAL FARE - USD8472.60
FARE QUOTE- AUTOPRICED - A  N1.1|S4/5
WEC SU BK 28MAY0855Z DB9BF4 UA
        USD FARE          TAX - USD
                USD TTL
1 - 7794.00              XT678.60
        8472.60
21MAY14CRP UA X/HOU UA X/SFO UA TYO3522.00
ZFX03BUP UA X/HOU UA C
RP4272.00ZFW0ZUJE NUC7794.00END ROE1.00 XT
5.50YC7.00XY5.00XA35.
00US10.00AY5.100I20.50SW580.00YQ15.50XF CR
P4.5IAH3IAH3
V S 4/5 NOT VALID BEFORE/AFTER 30MAY
PSGR1
ENDORSE3- NONREF/0VALUAFTDPT/CHGFEE
END FARE QUOTE RECORD DATA
XQ
FARE QUOTE- AUTOPRICED - I
WEB SU CO 09MAY2228Z DAEBDE UA
CRP UA X/HOU UA X/SFO UA TYO 3522.00ZFX03
BUP UA X/SFO UA X/HOU
USD7794.00 XT683.10 TTL8477.10
A  CRP 4272.00ZFW03BUP NUC 7794.00 END ROE
1.00 XT 5.50YC 7.00XY
5.00XA 35.00US 10.00AY 5.100I 20.50SW 580
.00YQ 15.00XF CRP4.5 I
H3 SF04.5 IAH3
V S 1/2/3 NOT VALID BEFORE/AFTER 21MAY
V S 4/5/6 NOT VALID BEFORE/AFTER 31MAY
PSGR1
ENDORSE1- NONREF/0VALUEAFTDPT/CHGFEE
TOTAL FARE - USD8477.10
RCVD-COCOM-US/JS875259-GUID/60C572341E164
8DA8377DC64E0A2C089
WEB SU CO 28MAY0855Z DAEA79 UA
END FARE QUOTE HISTORY DATA
.... ETKT CREATED 31MAY 0400Z IAH BY PD SS
    UA
WILLS/DAVIDKMR         01624073860290
            #1 OF 2 9MAY14  EXCHANGED
CRP UA4456Y 21MAY 535AOK ZFX03BUP
        NVB21MAY NVA21MAY USED
X IAH UA 570A 21MAY 915AOK ZFX03BUP

        NVB21MAY NVA21MAY USED
X SFO UA 853A 21MAY 100POK ZFX03BUP
        NVB21MAY NVA21MAY USED
O NRT UA 838A 31MAY 400POK ZFW03BUP
        NVB31MAY NVA31MAY
X SFO
FARE-USD TAX      TAX         TTL-USD
7794.00 683.10                8477.10
FC  /FC CRP UA X/HOU UA X/SFO UA TYO 3522.
    00ZFX03BUP UA X/SFO UA X/HOU UA CRP 427
    2.00ZFW03BUP NUC 7794.00 END ROE 1.00 X
    T5.50YC7.00XY5.00XA35.00US10.00AY5.100I
    20.50SW580.00YQ15.00XF CRP4.5IAH3SFO4.5
    IAH3
FP CCCAXXXXXXXXXXXXX6373/0316/N04603J
E1 NONREF/0VALUEAFTDPT/CHGFEE
.... ETKT HISTORY ......................
WILLS/DAVIDKMR         01624073860290
                        $USD 8477.10
FP CCCAXXXXXXXXXXXXX6373/0316/N04603J
AI*DAVID K WILLS*3204 TOWER OAKS BLVD STE
170*ROCKVILLE MD 20852
WEC SU ET 09MAY 2235Z D12B8A UA
T:$XXXXXXXXXXXXX6373/0316/N04603J|VP01|ET
CPN 1   CHECKED-IN
CRP PD LC 21MAY 0952Z D1A89F UA
CPN 2   CHECKED-IN
CRP PD LC 21MAY 0952Z D1A89F UA
CPN  3  CHECKED-IN
CRP PD LC 21MAY 0952Z D1A89F UA
CPN 1   LIFTED
CRP PD II 21MAY 1011Z D25B1E UA
CPN 1   UA  USED
CRP PD SS 21MAY 1125Z        UA
CPN  2   LIFTED
        21MAY 1339Z          UA
CPN  2   UA USED
IAH PD SS 21MAY 1500Z        UA
CPN  3 LIFTED
        21MAY 1919Z          UA
CPN  3  UA USED
SFO PD SS 21MAY 2100Z        UA
CPN   4 EXCHANGED
            01624095036620 0001
            REFUNDED RFSTC14TCVAX4AR3T4UC51*/
                USD4.50
RTX SU RE 28MAY 0855Z DA2902 UA
T:$UE01624073860290/FCA/0BUSD7794.00/OXXT6
83.10/RFSTC14TCVAX4AR3T4UC51*/USD4.50|0
XFCRPIAHSFOIAH|N1.1|ET
CPN 1234 ADJ PUR DTE FR 31MAY14 TO 06JUN14
IAH PD SS 31MAY 0400Z        UA
........................................
.... ETKT CREATED 31MAY 0400Z IAH BY PD SS
    UA
WILLS/DAVIDKMR         01624073860301
            #2 OF 2 9MAY14  EXCHANGED

X SFO UA1130A 31MAY 1050AOK ZFW03BUP
        NVB31MAY NVA31MAY
X IAH UA4391Y 31MAY 541POK ZFW03BUP
        NVB31MAY NVA31MAY
CRP                         CNJ /C 29
FARE-USD TAX      TAX         TTL-USD
7794.00 683.10                8477.10
FC  /FC CRP UA X/HOU UA X/SFO UA TYO 3522.
    00ZFX03BUP UA X/SFO UA X/HOU UA CRP 427
    2.00ZFW03BUP NUC 7794.00 END ROE 1.00 X
    T5.50YC7.00XY5.00XA35.00US10.00AY5.100I
    20.50SW580.00YQ15.00XF CRP4.5IAH3SFO4.5
    IAH3
FP CCCAXXXXXXXXXXXXX6373/0316/N04603J
E1 NONREF/0VALUEAFTDPT/CHGFEE
.... ETKT HISTORY ......................
WILLS/DAVIDKMR         01624073860301
                        $USD 8477.10
FP CCCAXXXXXXXXXXXXX6373/0316/N04603J
AI*DAVID K WILLS*3204 TOWER OAKS BLVD STE
170*ROCKVILLE MD 20852
WEC SU ET 09MAY 2235Z D12B8A UA
T:$XXXXXXXXXXXXX6373/0316/N04603J|VP01|ET
CPN 12   EXCHANGED
            01624095036620 0001
            REFUNDED RFSTC14TCVAX4AR3T4UC51*/
                USD4.50
RTX SU RE 28MAY 0855Z DA2902 UA
T:$UE01624073860290/FCA/0BUSD7794.00/OXXT6
83.10/RFSTC14TCVAX4AR3T4UC51*/USD4.50|0
XFCRPIAHSFOIAH|N1.1|ET
CPN 12   ADJ PUR DTE FR 31MAY14 TO 06JUN14
IAH PD SS 31MAY 0400Z        UA
........................................
.... ETKT CREATED 31MAY 0400Z IAH BY PD SS
    UA
WILLS/DAVIDKMR         01624095036620
            #1 OF 1 28MAY14
NRT UA   2Z 30MAY 655POK ZFWOZUJE
        NVB30MAY NVA30MAY USED
X IAH UA4684Y 30MAY 907POK ZFWOZUJE
        NVB30MAY NVA30MAY USED
CRP
FARE-USD TAX      TAX         TTL-USD
7794.00 678.60                8472.60
FC  /FC 21MAY14CRP UA X/HOU UA X/SFO UA TY
    O3522.00ZFX03BUP UA X/HOU UA CRP4272.00
    ZFWOZUJE NUC7794.00END ROE1.00 XT5.50YC
    7.00XY5.00XA35.00US10.00AY5.100I20.50SW
    580.00YQ10.50XF CRP4.5IAH3IAH3
FP CA CRPIAHSFOIAH
E3 NONREF/0VALUAFTDPT/CHGFEE
X1 01624073860290
.... ETKT HISTORY ......................
WILLS/DAVIDKMR         01624095036620
                        $USD 8472.60
FP CA CRPIAHSFOIAH

```
X1  /EX 01624073860290

RTX SU RE 28MAY 0855Z DA2902 UA
T:$UE01624073860290/FCA/OBUSD7794.00/OXXT6
    83.10/RF$TC14TCVAX4AR3T4UC51*/USD4.50|@
    XFCRPIAHSFOIAH|N1.1|ET
CPN 1    CHECKED-IN
WEB PD 98 30MAY 0705Z DAC1B3 UA
CPN  2   CHECKED-IN
WEB PD 98 30MAY 0705Z DAC1B3 UA
CPN 1    LIFTED
         30MAY 0908Z          UA
CPN 1    UA  USED
NRT PD SS 30MAY 1025Z         UA
CPN  2   LIFTED
         31MAY 0303Z          UA
CPN  2   UA  USED
IAH PD SS 31MAY 0400Z         UA
CPN 12   ADJ PUR DTE FR 31MAY14 TO 06JUN14
IAH PD SS 31MAY 0400Z         UA
************************************
```

2:17cr390-002005

## United Airlines, Inc

| | | |
|---|---|---|
| **Conjunction Ticket(s)** | 0162407386020 | |
| **Origin / Destination** | CRP-CRP Airline PNR/CTO_ATO MV6WKY ET1056 D12BSA 0162 | |
| **Point Of Sale** | US WEC | |
| **Point Of issue** | WEC | |
| **Agency Name :** | | |
| **Book/Tkrg Agnt :** / 0000000 | | |
| **Bkg Outlet :** | | |

| **Name of Passenger** | **Date of Issue** | **Original Issue Info:** |
|---|---|---|
| WILLS-DAVIDKMR | 2014-03-09 | |

| **Restriction / Endorsements** | **Tour Code** | **Exm Src Id : SEEWEC** | |
|---|---|---|---|
| NONREF/EVALUE/AT DPT CHGFEE | | Src Id: SEE Std FL: T Trans Type : S PED: 2014-03-09 ECCB : 909991 Load Date: 2014-03-09 | Pax Type : ADT Cpn Issn Usage : FFFF Doc Type : TKTT Load Id : 2000367714 Original Sale Info : |

| Cpn | Lvc | Dest | OP Carr | Mrk Carr | OP Flt | Mrk Flt | Flt Dt | Bkg / | tktg / | Ticket Designator | Dprt Dt | Dprt Tlnr | Fare Basis | Revenue Amt | YQ amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CRP | IAH | UA | UA | 4456 | 4456 | 2014-05-21 | Y | Y | ZFX03BUP | | 0535 | ZFX03BUP | 207.06 | 17.35 |
| 2 | IAH | SFO | UA | UA | 0570 | 0570 | 2014-05-21 | A | A | ZFX03BUP | | 0915 | ZFX03BUP | 999.13 | 32.27 |
| 3 | SFO | NRT | UA | UA | 0853 | 0853 | 2014-05-21 | A | A | ZFX03BUP | | 1100 | ZFX03BUP | 2,315.83 | 190.58 |
| 4 | NRT | SFO | UA | UA | 0848 | 0838 | 2014-05-31 | A | A | ZFW03BUP | | 1600 | ZFW03BUP | 2,308.96 | 190.58 |
| 1 | SFO | IAH | UA | UA | 1130 | 1130 | 2014-05-31 | A | A | ZFW03BUP | | 1050 | ZFW03BUP | 1,211.88 | 32.27 |
| 2 | IAH | CRP | UA | UA | 4391 | 4391 | 2014-05-31 | Y | Y | ZFW03BUP | | 1741 | ZFW03BUP | 251.14 | 17.35 |

| FARE | 304.00 USD |
|---|---|
| AY | 10.00 |
| OI | 5.10 |
| XW | 70.50 |
| US | 35.00 |
| XA | 5.00 |
| XF | 3.00 |
| XT | 4.50 |
| XF | 5.00 |
| XF | 4.50 |
| XY | 7.00 |
| YC | 5.50 |
| YQ | 580.00 |
| Total Fare | 8,477.10 USD |

**Fare Calculation Area**

CRP UA X/HOU UA X/SFO UA X/TYO 3522.00ZFX03BUP UA X/SFO UA X/HOU UA CRP 4272.00ZFW03BUP NUC 7794.00 END ROE 1.00 XT5.50YC7.00XY5.00XA35.00US10.00AY5.10OI20.50SW580.00YQ15.00XF CRP4.5IAH3SFO4.5IAH3

| Form of Payment | CC NUM FILTERED | CC Amt USD. | Crd.Orig Curr | Cash USD | Cash Orig Amt | Exchange Amt | Certificate/Certl.Num | Apprvl.Cd./CC.Expir.Dte./UatpNm. |
|---|---|---|---|---|---|---|---|---|
| CCCA | 5588213******6173 | 8,477.10 | 8,477.10 | 0.00 | 0.00 | 0.00 | 0.00 | NS260U /2016-03-03 |
| Eqfx Amt: | Seq # | 1 | | Other Fopc USD Amt/ Orig Amt | Comm.Type | Category | Comm.Amt: | Base Comm.Amt: |
| Fare Amt USD 7,794.00 | | | | N/A | N/A | N/A | 0.00 | 0.00 |
| Tkt Doc USD. 8,477.10 | Airline Form-serial | 0162407386029 | | Tkt Exch.Info Cpns Surrendered | Atl Comm Amt | Overrd. Amt | Comm Rate | EDD Description |
| | | | | | 0.00 | 0.00 | 0.00 | |

| **FOP Type** | **FOP Acct** | **FOP Amt - USD** | **Orig Curr Amt** | **Orig C** |
|---|---|---|---|---|
| CC | 5588213003016373 Mask | 8,477.10 | 8,477.10 USD | |

⊟ **LIFT**

| Tkt | Cpn | Seq | Orig | Dest | Miles | Mktg Carr | Oprg Carr | Flt Date | Mktg Flt Num | Oprg Flt Num | Dprt Time | Arrv Time | Irreg | FBTD | Cbn | Seat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0162407386029 | 1 | | CRP | IAH | | UA | EV | 5/21/2014 | 4456 | 4456 | 0527 | 0628 | | | | 3A |
| | 2 | | IAH | SFO | | UA | UA | 5/21/2014 | 0570 | 0570 | 0915 | 1108 | | | | 3B |
| | 3 | | SFO | NRT | | UA | UA | 5/21/2014 | 0853 | 0853 | 1325 | 1601 | | | | 2K |

**United Airlines, Inc**

| | |
|---|---|
| Conjunction Ticket(s) | |
| | Origin / Destination |
| | SQ.I CRP |
| | Airline ENK:CTO_ATO |
| | MV6WKY RE0006 DA2902 0162 |

Point Of Sale : US RTX
Point Of Issue . R1X
Agency Name :
Book/Ticg Agent / 0000000
Bkg Outlet .

| Name of Passenger | Date of Issue | Original Issue Info |
|---|---|---|
| WELLS DAVID:X:R | 2011-02-28 | 0162-C774-6220-0142-0C736-R3C |

| Restrictions / Endorsements | Tour Code | Exm Sre Id : SEERTX |
|---|---|---|

Pax Type - ADT
Cpn Inn Usage . FFVV

| Schedule Available / FQTV Couple + | | See Id: CE - Intl Fl. Y | Trans Type : X PED: XC:LA52:1 | ECCR: Lead Date: 2011-02-21 |
|---|---|---|

Doc Type : TKIT
Lead Id : 2000375753
Original Sale 0162407386029
Info . WEC09MAY14

| Cpn | Loc | Dest | OP Carr | Mk Carr | OP Flt | Mk Flt | Flt Dt | Bkg | dag / | Ticket Designator | Dprt Dt | Dprt Time | Fare Basis | Revenue Amt | YQ amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | NRT | IAH | UA | UA | 2002 | 2002 | 2014-05-30 | Z | Z | EFWCEUJE | | 1855 | EFWCEUJE | 3,573.96 | 3.99 JE |
| 2 | IAH | CRP | UA | UA | 1015 | 1054 | 2014-05-30 | Y | Y | EFWCEUJE | | 2157 | EFWCEUJE | 253.93 | 11.29 |

| FARE | 7,784.00 USD | Fare Calculation Area |
|---|---|---|

2IMAYI4CRP UA X:HOU UA X:SFO UA TYO3527 00ZFX03BUP UA X:HOU UA CRP4272 00ZFW0ZUJE NUC7794.00END ROE1.00
XT5.50YC7.00XY5.00XA35.00US10.00AY5.1GO120_50SW580.00YQ10.50XF CRP4.51AH31AH3

| AT | 10.06 | Form of Payment | CC NUM FILTERED | CC Amt USD | Crd.Orig Curr | Cash USD | Cash Orig Amt | Exchange Amt | Certificate/Cert.Num | Apprvl.CdCCC.Expir.Dte/A'stp.Nm. |
|---|---|---|---|---|---|---|---|---|---|---|
| 0C | 5.16 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.50 | |
| RV | 33.51 | EC | | 0.00 | 0.00 | 0.00 | 0.00 | 8.477.10 | 0.00 | |
| III | 15.03 | X | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| XA | 25.03 | EX | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| XF | 3.03 | Cgh Amt: Seq # | | | | Other Fopt USD Amt: Orig.Amt | Comm.Type | Category | Comm.Amt | Base Comm.Amt |
| XF | 3.03 | Fare Amt USD 7,784.00 | | | | SC :1.50 A 50 | N A | N A | 0.00 | 0.00 |
| XT | 7.00 | | | | | | | | | |
| RV | 5.93 | Tkt.Doc USD. 8,472.00 | Airline Form serial | 0162409503662 | | Tkt ExchJsde Cpns Surrendered | Ad Comm Amt | Overrd. Amt | Comm Rate | IDD Description |
| YQ | 10.50 | | | | | 0162407386029 4 | 0.00 | 0.00 | 0.00 | |
| Tox. | 8,472.00 | | | | | 0162407386030 1 | | | | |
| Rate | USD | | | | | 0162407386030 2 | | | | |

| FOP Type | FOP Acct | FOP Amt - USD | Orig Curr Amt | Orig |
|---|---|---|---|---|
| EX | 0162407386030 12 | 0.00 | 0.00 | |
| EX | 0162407386029 4 | 8,477.10 | 8,477.10 USD | |
| EC | 14VAX4AR3T4UC51 | (4.50) | (4.50) USD | |

## LIFT

| Tkt | Cpn | Seg | Orig | Dest | Miles | Mktg Carr | Oprg Carr | Flt Date | Mktg Flt Num | Oprg Flt Num | Dprt Time | Arrv Time | Irreg | FBTD | Cbn | Seat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0162409503662 | 1 | | NRT | IAH | UA | CO | | 5/30/2014 | 0002 | 0002 | 1853 | 1637 | | | | 3K |
| | 2 | | IAH | CRP | UA | EV | | 5/30/2014 | 4684 | 4684 | 2223 | 2319 | | | | 3A |

```
PAGE0375 UNITED AIRLINES         FLIGHT NUMBER 0838               A  C  I    P  D  I  FOR    31MAY14      RUN DATE 02JUN14
               CTY AG LNIATA DATE    TIME                                   CTY AG LNIATA DATE    TIME

                        WEB CO DAEA79 28MAY  155A IN XCLE WILLS/DAVIDK 9D505958
                                    A02INA      MOHAMMADAZLA 7C44F1F0


PAGE8798 UNITED AIRLINES         FLIGHT NUMBER 0570               A  C  I    P  D  I  FOR    21MAY14      RUN DATE 23MAY14
               CTY AG LNIATA DATE    TIME                                   CTY AG LNIATA DATE    TIME

                    CRP LC 000000 21MAY  251A AP570-WILLS/DAVIDK *XML*
                    QPT 7O DA36CF 21MAY  252A IN OVLY WILLS/DAVIDK 9D505958
                    CRP LC D1A89F 21MAY  252A 4456/21MAY/CRP-WILLS/DAVIDKMR
                                 B1.NRT
                        ** BTAG:UA 3016829438V:NRT **
```

2:17cr390-002008

PAGE294,080 UNITED AIRLINES    FLIGHT NUMBER 1233    NAME WEITZ/PA     P D I FOR 13MAY14     RUN DATE 15MAY14

```
**********************************
EMHA PNR.HHVFCP CRO5MAY 1807Z WEB BY SU CO
DAECF1 UA
***1.1WILLS/DAVIDKMR
FONE-WEB2057674/EB361
   CRP9902226/H301
   WEB*45520300 DO NOT REMOVE-AGENCY CLAIM
   NOT ALLOWED/N000
RCVD-COCOM-US/JS875259-GUID/BBCA824D0F8247
   78A6107F8989705106
TKT -T/FQR - INVOICE/558821XXXXXX6373/2406
   8279805/0001//1147.00
G FX-SSRFQTVUAHK/UAJS875259.1-WILLS/DAVIDK
   MR101.01
   SSRDOCSUAHK1/////14SEP52/M//WILLS/DAVID/
   KEITH-1WILLS/DAV
   SSRDOCSUA///1DKMR
   OSI UA PREM 1K MEMBER - PLZ EXTEND ALL C
   OURTESIES
   SSRCTCEYYHK1/PEATINS//GMAIL.COM-1WILLS/D
   AVIDKMR
RMKS-SMC558821XXXXXX6373/0316
   WEB*CO COM RESERVATIONS - US
   AVAILABILITY SOURCE - ITA
   WEB CLIENT IP 72.181.73.204 - CANCELALLS
   EGMENTS
   EMAIL RQSTD PEATINS-AT-GMAIL.COM
   04 REMARKS ADDED BY WEB SU CO 05MAY 1807
   Z DAECF1
   RBY05MAY*APPR CC MC 01711J/VP01/$1147.00
   WEBCO
   PB TKT ORDERID*A45D86C7-3009-4C2B-A8CA-C
   69FF037738E
   02 REMARKS ADDED BY WEB SU CO 05MAY 1807
   Z DAEDBF
   CDM: PNR SENT TO 41ST PARAMETER CDM41
   01 REMARKS ADDED BY CDM GS 41 05MAY 1807
   Z DA8482
   CDM: CDM APPROVED TO TICKET S-AA CDM43
   01 REMARKS ADDED BY CDM GS 43 05MAY 1815
   Z DA84A0
   SFS FQID*CD154638-D436-4009-B79F-6306F6D
   4112E
   01 REMARKS ADDED BY WEC SU ET 05MAY 1816
   Z D12B8B
   05MAY/1316/EMAIL-REQUEST ACKNOWLEDGED*ET
   KT
   01 REMARKS ADDED BY WEC SU ER 05MAY 1816
   Z D11D5E
   05MAY/1321/EMAIL RECEIPT SENT 05/05
   01 REMARKS ADDED BY WEC SU ER 05MAY 1821
   Z D11D6F
   CANCEL REQUESTED BY - JS875259
   01 REMARKS ADDED BY WEB SU CO 12MAY 0456
   Z DA654B
```

(left margin, vertical:) 2:17-cr-390-002009

```
*****     PNR HISTORY     **********
X8 500F/07MAY
A5 SMC558821XXXXXX6373/0316
RCCOCOM-US/JS875259-GUID/BBCA824D0F8247
   78A6107F8989705106
WEB SU CO 05MAY 1807Z DAEDBF UA
A5 WEB CLIENT IP 72.181.73.204 - APPLYFORM
   SOFPAYMENT
X5 WEB CLIENT IP 72.181.73.204 - REQUESTRE
   CEIPTS
X5 ORIGINALLY ADDED BY WEB SU CO 05MAY 180
   7Z DAECF1
RCCOCOM-US/JS875259-GUID/BBCA824D0F8247
   78A6107F8989705106
WEB SU CO 05MAY 1807Z DAEDBF UA
X7 TAE/1200N/05MAY/AI*DAVID K WILLS*3204 T
   OWER OAKS BLVD STE 170*ROCKVILLE MD 208
   52-4211
XF WEB2057674/B361
RCVD-
WEC SU ET 05MAY 1816Z D12B8B UA
A3 SSRCTCEYYHK1/PEATINS//GMAIL.COM-1WILLS/
   DAVIDKMR
RCVD-QPTPD
QPT PD 7O 11MAY 2112Z DA35BD UA
XS UA3845Y 12MAYCRPIAH HK/XX 1 0535. 0630.
XS UA1002Z 12MAYIAHBOS HK/XX 1 0717. 1209.
XS UA1233Z 13MAYBOSIAH HK/XX 1 1254. 1609.
XS UA4391Y 13MAYIAHCRP HK/XX 1 1741. 1839.
XQ
RCCOCOM-US/JS875259-GUID/C2AFDECFD61345
   BFB2BC109532056A26
WEB SU CO 12MAY 0456Z DA654B UA
A5 WEB CLIENT IP 72.181.73.204 - CANCELALL
   SEGMENTS
X5 WEB CLIENT IP 72.181.73.204 - APPLYFORM
   SOFPAYMENT
X5 ORIGINALLY ADDED BY WEB SU CO 05MAY 180
   7Z DAECF1
RCCOCOM-US/JS875259-GUID/C2AFDECFD61345
   BFB2BC109532056A26
WEB SU CO 12MAY 0456Z DA654B UA
..... APIS INFORMATION ......
***********
FNAME:DAVID KEITH
LNAME:WILLS
DOB:520914 GENDER:M NAT:   RESIDENT:
HIST 1 ---- PARSDATE:05MAY CITYCODE:WEB
HIST 2 ---- DUTYCODE:SU  LINIATA:DAE
HIST 1 ---- PARSDATE:05MAY CITYCODE:WEB
HIST 2 ---- DUTYCODE:SU  LINIATA:DAE
..... PDC INFORMATION ......
FNAME:DAVID KEITH
LNAME:WILLS
```

```
10MAY 18.16.37 USSF 000Z CLR 3845/12MAY
   CRP IAH I L
FNAME:DAVID KEITH
LNAME:WILLS
10MAY 18.16.37 USSF 000Z CLR 1233/13MAY
   BOS IAH E L
FNAME:DAVID KEITH
LNAME:WILLS
09MAY 18.01.35 USSF 000Z CLR 3845/12MAY
   CRP IAH E L
.... QUEUE HISTORY ....
SYSQ/ETK/10
-ADR VERIF 05MAY1807Z
E
-ETK GS 41 05MAY1807Z DA8482 CDM/10
QEP/ETK/26
-*** GS 43 05MAY1815Z DA84A0 CDM/**
ER
-ETK SU ET 05MAY1816Z D12B8B WEC/26
QR
-ETK SU ET 05MAY1816Z D12B8B WEC/26
QEP/ETK/31
-*** SU ET 05MAY1816Z D12B8B WEC/**
QR
-ETK SU ET 05MAY1816Z DA2B9B TBM/31
SYSQ/ETK/45
-E - TKTG 12MAY0456Z
QR
-ETK SU IP 12MAY0500Z DA4780 CRC/45
STORED FARE DATA FOLLOWS
XQ
   FARE QUOTE- AUTOPRICED - I
   WEB SU CO 05MAY1807Z DAECF1 UA
   CRP UA X/HOU UA BOS 514.42QAA07AKN/UPDI U
   A X/HOU UA CRP 514.42Q
   USD1028.84 XT118.16 TTL1147.00
   AO7AKN/UPDI USD 1028.84 END ZP CRP IAH BO
   S IAH XT 77.16US 16.00
   P 10.00AY 15.00XF CRP4.5 IAH3 BOS4.5 IAH3
   V S 1/2 NOT VALID BEFORE/AFTER 12MAY
   V S 3/4 NOT VALID BEFORE/AFTER 13MAY
   PSGR1
   ENDORSE1- NONREF/0VALUAFTDPT/CHGFEE
   TOTAL FARE - USD1147.00
RCVD-COCOM-US/JS875259-GUID/C2AFDECFD6134
   5BFB2BC109532056A26
WEB SU CO 12MAY0456Z DA654B UA
END FARE QUOTE HISTORY DATA
..............................
.... ETKT CREATED 14MAY 0901Z VPH BY   FM
   UA
WILLS/DAVIDKMR          01624068279805
              #1 OF 1 5MAY14
   CRP UA3845Y 12MAY 535AOK QAA07AKN/UPDI
```

```
         NVB12MAY NVA12MAY
 X IAH UA1002Z 12MAY 717AOK QAA07AKN/UPDI
         NVB12MAY NVA12MAY
 O BOS UA1233Z 13MAY1254POK QAA07AKN/UPDI
         NVB13MAY NVA13MAY
 X IAH UA4391Y 13MAY 541POK QAA07AKN/UPDI
         NVB13MAY NVA13MAY
  CRP
 FARE-USD TAX      TAX           TTL-USD
  1028.84 118.16                 1147.00
 FC  /FC CRP UA X/HOU UA BOS 514.42QAA07AKN
    /UPDI UA X/HOU UA CRP 514.42QAA07AKN/UP
    DI USD 1028.84 END ZP CRP IAH BOS IAH X
    T77.16US16.00ZP10.00AY15.00XF CRP4.5IAH
    3BOS4.5IAH3
 FP CCCAXXXXXXXXXXXXX6373/0316/N01711J
 E1 NONREF/0VALUAFTDPT/CHGFEE
 .... ETKT HISTORY .....................
  WILLS/DAVIDKMR              01624068279805
                                $USD 1147.00
 FP CCCAXXXXXXXXXXXXX6373/0316/N01711J
 AI*DAVID K WILLS*3204 TOWER OAKS BLVD STE
 170*ROCKVILLE MD 20852
 WEC SU ET 05MAY 1816Z D12B8B UA
 T:$XXXXXXXXXXXXX6373/0316/N01711J|VP01|ET
 CPN 1    CHECKED-IN
 WEB PD 99 11MAY 2114Z DAEE16 UA
 CPN  2   CHECKED-IN
 WEB PD 99 11MAY 2114Z DAEE16 UA
 CPN 1    UNCHECKED-IN
 WEB SU CO 12MAY 0456Z DA654B UA
 CPN  2   UNCHECKED-IN
 WEB SU CO 12MAY 0456Z DA654B UA
 CPN 1234 ADJ PUR DTE FR 13MAY14 TO 05JUN15
 VPH    FM 14MAY 0901Z         UA
 ++++++++++++++++++++++++++++++++++++++++++++
```

2:17cr390-002010

**United Airlines, Inc**

| | | | |
|---|---|---|---|
| Conjunction Ticket(s) | | Origin / Destination | Point Of Sale : US WEC |
| | | CRP CRP | Point Of Issue . WEC |
| | | Airline PNR/CTO_ATO | Agency Name . |
| | | HHVPCP ET1056 D12B8B 0162 | Book/Tkty Agnt - / 0000000 |
| | | | Bkg Outlet : |

| Name of Passenger | Date of Issue | Original Issue Info : | | |
|---|---|---|---|---|
| WELLS DAVID/MR | 2014-05-05 | | | |
| Restrictions / Endorsements | Tour Code | Frm Are Id : SEEWEC | Pax Type : ADT |
| | | | Cpn Issn Usage : FFFF |
| NONREF 97ALU/ATOPT CHOFEE | | Src Id: SEE Std FL: T | Doc Type : TKTT |
| | | Trans Type : S FRD: 2014-05-05 | Load Id . 2000365619 |
| | | ECCB : 5981281 Load Date: 2014-05-05 | Original Sale Info : |

| Cpn | Loc | Dest | O/P Carr | Mrk Carr | O/P Flt | Mrk Flt | Flt Dt | Bkg/ | 0kg/ | Ticket Designator | Dprt Dt | Dprt Time | Fare Basis | Revenue Amt | YQ-amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CRP | IAH | UA | UA | 3845 | 3845 | 2014-05-12 | Y | Y | QAA07AKN/UPDI | | 0935 | QAA07AKN/UPDI | 130.77 | 0.00 |
| 2 | IAH | BOS | UA | UA | 1002 | 1002 | 2014-05-12 | Z | Z | QAA07AKN/UPDI | | 0717 | QAA07AKN/UPDI | 313.53 | 0.00 |
| 3 | BOS | IAH | UA | UA | 1255 | 1255 | 2014-05-15 | Z | Z | QAA07AKN/UPDI | | 1254 | QAA07AKN/UPDI | 333.53 | 0.00 |
| 4 | IAH | CRP | UA | UA | 4391 | 4391 | 2014-05-15 | Y | Y | QAA07AKN/UPDI | | 1741 | QAA07AKN/UPDI | 130.77 | 0.00 |

| FARE | 1,028.84 USD | Fare Calculation Area |
|---|---|---|
| AY | 10.00 | CRP UA X/HOU UA BOS 514.42QAA07AKN/UPDI UA X/HOU UA CRP 514.42QAA07AKN/UPDI USD 1028.84 END ZP CRP IAH BOS IAH |
| US | 10.66 | XT77.16US16.00ZP10.00AY15.00XF CRP4.5IAH3BOS4.5IAH3 |

| Form of Payment | CC NUM FILTERED | CC Amt USD. | Crd.Orig Curr | Cash USD | Cash Orig Amt | Exchange Amt | Certificate/Certi.Num | Appv/LC4/CC.Expir.Dte/Carp.Nm. |
|---|---|---|---|---|---|---|---|---|
| XF | 3.00 | CCCA | 5588213******6373 | 1,147.00 | 1,147.00 | 0.00 | 0.00 | 0.00 | 0.00 | NO1711F 2016-03-01 |
| XF | 9.50 | Expr Amt | Seq # | 1 | | Other Fops USD Amt Orig.Amt | Comm.Type | Category | Comm.Amt: | Base Comm.Amt: |
| XF | 9.00 | | | | | | N.A | N.A | 0.00 | 0.00 |
| XF | 4.50 | Pass Amt USD: 1,028.84 | | | | | | | | |
| ZP | 10.00 | Txt Doc USD. 1,147.00 | Airline Form-serial | 0162406827980 | | The Exch.Info Cpns Surrendered | Ad Comm Amt | Overrd. Amt | Comm Rate | EDD Description |
| Total Fine | 1,147.00 USD | | | | | | 0.00 | 0.00 | 0.00 | |

| FOP Type | FOP Acct | FOP Amt - USD | Orig Curr Amt | Orig Curr |
|---|---|---|---|---|
| CC | 5588213003016373 [Mask] | 1,147.00 | 1,147.00 | USD |

*****************************************
EMHA PNR.ILFC0C CR22APR 0023Z WEB BY SU CO
DA28A9 UA
***1.1WILLS/DAVIDKMR
FONE-WEB2057674/EB361
    CRP9902226/H301
    WEB*45520300 DO NOT REMOVE-AGENCY CLAIM
    NOT ALLOWED/N000
RCVD-COCOM-US/JS875259-GUID/92DA8ACE05234C
    F08EF7511034B9EECA
TKT -T/FQR - INVOICE/558821XXXXXX6373/2405
    2713415/0001//1897.00
G FX-SSRFQTVUAHK/UAJS875259.1-WILLS/DAVIDK
    MR101.01
    SSRDOCSUAHK1/////14SEP52/M//WILLS/DAVID/
    KEITH-1WILLS/DAV
    SSRDOCSUA///IDKMR
    OSI UA PREM 1K MEMBER - PLZ EXTEND ALL C

    OURTESIES
    SSRCTCEYYHK1/PEATINS//GMAIL.COM-1WILLS/D
    AVIDKMR
RMKS-SMC558821XXXXXX6373/0316
    WEB*CO COM RESERVATIONS - US
    AVAILABILITY SOURCE - ITA
    WEB CLIENT IP 72.181.73.204 - APPLYFORMS
    OFPAYMENT
    EMAIL RQSTD PEATINS-AT-GMAIL.COM
    04 REMARKS ADDED BY WEB SU CO 22APR 0023
    Z DA28A9
    RBY21APR*APPR CC MC 09951J/VP01/$1897.00
    WEBCO
    PB TKT ORDERID*B2262E47-26F3-4636-924A-9
    C9B32022F76
    02 REMARKS ADDED BY WEB SU CO 22APR 0023
    Z DA2DCB
    CDM: PNR SENT TO 41ST PARAMETER CDM41
    01 REMARKS ADDED BY CDM GS 41 22APR 0023
    Z DA847B
    CDM: CDM APPROVED TO TICKET S-AA CDM43
    01 REMARKS ADDED BY CDM GS 43 22APR 0031
    Z DA849F
    SFS FQID*4DB3B23F-6816-423E-B15F-A49FE9D
    46561
    01 REMARKS ADDED BY WEC ET 22APR 0031
    Z DA2B87
    21APR/1931/EMAIL-REQUEST ACKNOWLEDGED*ET
    KT
    01 REMARKS ADDED BY WEC SU ER 22APR 0031
    Z D11D70
    21APR/1936/EMAIL RECEIPT SENT 04/21
    01 REMARKS ADDED BY WEC SU ER 22APR 0036
    Z D11D70
    CIS TRIPALERT 01MAY 0448-PEATINS-AT-GMAI
    L.COM CIS

    GATECHANGE/UA/332/01MAY/DCA-IAH/JS875259
    /DAVID
    02 REMARKS ADDED BY WEE PD SF 01MAY 0848
    Z DA3C21
  1 UA4176Y 25APR CRPIAH HK 1 1250. 1350.
  2 UA 207A 25APR IAHDCA HK 1 1635. 2048.
  3 UA 332A 01MAY DCAIAH HK 1 0700. 0922.
  4 UA4176Y 01MAY IAHCRP HK 1 1120. 1220.
*****     PNR HISTORY      **********
X8 500P/23APR
A5 SMC558821XXXXXX6373//0316
RCCCOM-US/JS875259-GUID/92DA8ACE05234C
    F08EF7511034B9EECA
WEB SU CO 22APR 0023Z DA2DCB UA
A5 WEB CLIENT IP 72.181.73.204 - APPLYFORM
    SOFPAYMENT
X5 WEB CLIENT IP 72.181.73.204 - REQUESTRE
    CEIPTS
X5 ORIGINALLY ADDED BY WEB SU CO 22APR 002
    3Z DA28A9
RCCCOM-US/JS875259-GUID/92DA8ACE05234C
    F08EF7511034B9EECA
WEB SU CO 22APR 0023Z DA2DCB UA
X7 TAE/1200N/21APR/AI*DAVID K WILLS*3204 T
    OWER OAKS BLVD STE 170*ROCKVILLE MD 208
    52-4211
XF WEB2057674/B361
RCVD-
WEC SU ET 22APR 0031Z DA2B87 UA
A3 SSRCTCEYYHK1/PEATINS//GMAIL.COM-1WILLS/
    DAVIDKMR
RCVD-QPTPD
QPT PD 7O 01MAY 0903Z DA36CD UA
..... APIS INFORMATION ......
***********
FNAME:DAVID KEITH
LNAME:WILLS
DOB:520914 GENDER:M NAT:    RESIDENT:
HIST 1 ---- PARSDATE:22APR  CITYCODE:WEB
HIST 2 ---- DUTYCODE:SU    LINIATA:DA2
HIST 1 ---- PARSDATE:22APR  CITYCODE:WEB
HIST 2 ---- DUTYCODE:SU    LINIATA:DA2
..... PDC INFORMATION ......
FNAME:DAVID KEITH
LNAME:WILLS
28APR 18.04.43 USSF 003Z KNO 0332/01MAY
    DCA IAH E L
FNAME:DAVID KEITH
LNAME:WILLS
22APR 18.22.55 USSF 000Z CLR 4176/25APR
    CRP IAH E L
FNAME:DAVID KEITH
LNAME:WILLS
22APR 18.22.56 USSF 000Z CLR 4176/25APR

    CRP IAH E L
.... QUEUE HISTORY ....
SYSQ/ETK/10
-ADR VERIF 22APR0023Z
E
-ETK GS 41 22APR0023Z DA847B CDM/10
QEP/ETK/26
-*** GS 43 22APR0031Z DA849F CDM/**
ER
-ETK SU ET 22APR0031Z DA2B87 WEC/26
QR
-ETK SU ET 22APR0031Z DA2B87 WEC/26
QEP/ETK/31
-*** SU ET 22APR0031Z DA2B87 WEC/**
QR
-ETK SU ET 22APR0031Z DA2BAC TBM/31
STORED FARE DATA FOLLOWS
TOTAL FARE - USD1897.00
FARE QUOTE- AUTOPRICED - I
WEB SU CO 22APR0023Z DA28A9 UA
    USD FARE              TAX - USD
             USD TTL
1 - 1726.52              XT170.48
         1897.00
CRP UA X/HOU UA WAS 863.26H2UPY3 UA X/HOU
    UA CRP 863.26H2UPY3 US
D 1726.52 END ZP CRP IAH DCA IAH XT 129.48
    US 16.00ZP 10.00AY 15.
00XF CRP4.5 IAH3 DCA4.5 IAH3
V S 1/2 NOT VALID BEFORE/AFTER 25APR
V S 3/4 NOT VALID BEFORE/AFTER 01MAY
PSGR1
    ENDORSE1-  /-REFUNDABLE-/
END FARE QUOTE RECORD DATA
.....................................
.... ETKT CREATED 01MAY 1650Z IAH BY PD SS
    UA
WILLS/DAVIDKMR        01624052713415
            #1 OF 1 21APR14
    CRP UA4176Y 25APR1250POK H2UPY3
            NVB25APR NVA25APR USED
X IAH UA 207A 25APR 435POK H2UPY3
            NVB25APR NVA25APR USED
O DCA UA 332A 01MAY 700AOK H2UPY3
            NVB01MAY NVA01MAY USED
X IAH UA4176Y 01MAY1120AOK H2UPY3
            NVB01MAY NVA01MAY USED

    CRP
FARE-USD TAX       TAX          TTL-USD
1726.52 170.48                  1897.00
FC /FC CRP UA X/HOU UA WAS 863.26H2UPY3 U
    A X/HOU UA CRP 863.26H2UPY3 USD 1726.52
    END ZP CRP IAH DCA IAH XT129.48US16.00
    ZP10.00AY15.00XF CRP4.5IAH3DCA4.5IAH3

```
FP CCCAXXXXXXXXXXXXXXX6373/0316/N09951J
E1 /-REFUNDABLE-/
.... ETKT HISTORY .........................
 WILLS/DAVIDKMR              01624052713415
                              $USD 1897.00
FP CCCAXXXXXXXXXXXXXXX6373/0316/N09951J
AI*DAVID K WILLS*3204 TOWER OAKS BLVD STE
170*ROCKVILLE MD 20852
WEC SU ET 22APR 0031Z DA2B87 UA
T:$XXXXXXXXXXXXX6373/0316/N09951J|VP01|ET
CPN 1    CHECKED-IN
WEB PD 96 25APR 1424Z DA6DFE UA
CPN  2   CHECKED-IN
WEB PD 96 25APR 1424Z DA6DFE UA
CPN 1    LIFTED
CRP PD DM 25APR 1721Z D25B1E UA
CPN 1    UA USED
CRP PD SS 25APR 1820Z       UA
CPN  2   LIFTED
         25APR 2059Z        UA
CPN  2   UA USED
IAH PD SS 25APR 2200Z       UA
CPN  3 CHECKED-IN
WEB PD 98 30APR 1102Z DA4510 UA
CPN    4 CHECKED-IN
WEB PD 98 30APR 1102Z DA4510 UA
CPN  3 LIFTED
         01MAY 1026Z        UA
CPN  3 UA USED
DCA PD SS 01MAY 1225Z       UA
CPN    4 LIFTED
         01MAY 1555Z        UA
CPN    4 UA USED
IAH PD SS 01MAY 1650Z       UA
CPN 1234 ADJ PUR DTE FR 01MAY14 TO 08MAY14
IAH PD SS 01MAY 1650Z       UA
*****************************************
```

2:17-cr-390-002013

**United Airlines, Inc**

Conjunction Ticket(s)

Origin / Destination
CRP-CRP
Airline PNR:CTO_ATO
ILFC0C ET1056 DAJBB7 0162

Point Of Sale - US WEC
Point Of issue - WEC
Agency Name
Book/Tkng Agnt . '0000000
Bkg Outlet :

| Name of Passenger | Date of Issue | Original Issue Info |
| --- | --- | --- |
| WILLS DAVIDKMR | 2014-04-22 | |

Restrictions / Endorsements
REFUNDABLE

Tour Code

Exra Svc Id : SEEWEC

Ser Id:     SRK    Stil FL:   T
Trans Type: S      FRD:    2014-04-22
ECCB:    991195 Load Date: 2014-04-22

Pax Type :              ADT
Cpn Isso Usage :    FFFF
Doc Type .              TKTT
Load Id :              2000359440
Original Sale Info :

| Cpn | Loc | Dest | OP Carr | Mrk Carr | OP Flt | Mrk Flt | Flt Dt | Bkg / | ckg / | Ticket Designator | Dprt Dt | Dprt Time | Fare Basis | Revenue Amt | YQ-amt |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | CRP | IAH | UA | UA | 4176 | 4176 | 2014-04-27 | V | V | HXCPY3 | | 1240 | HXCPY3 | 211.95 | 0.00 |
| 2 | IAH | DCA | UA | UA | 0207 | 0207 | 2014-04-27 | A | A | HXCPY3 | | 1615 | HXCPY3 | 418.33 | 0.00 |
| 3 | DCA | IAH | UA | UA | 0332 | 0332 | 2014-05-01 | A | A | HXCPY3 | | 0:00 | HXCPY3 | 418.33 | 0.00 |
| 4 | IAH | CRP | UA | UA | 4176 | 4176 | 2014-05-01 | Y | Y | HXCPY3 | | 1123 | HXCPY3 | 441.96 | 0.00 |

| FARE | 1,716.52 USD | Fare Calculation Area |
| --- | --- | --- |

Fare Calculation Area
CRP UA X/HOU UA WAS 863 26H2UPY3 UA X/HOU UA CRP 863 26H2UPY3 USD 1726.52 END ZP CRP IAH DCA IAH
XT129.48US16.00ZP10.00AY15.00XF CRP4.5IAH3DCA4.5IAH3

| AY | 15.00 | Form of Payment | CC NUM FILTERED | CC Amt USD. | Crd.Orig Curr | Cash USD | Cash Orig Amt | Exchange Amt | Certificate.Cert.Vam | Apprd.Cd/CC.Expir.Dte/Exp.Vm. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| US | 119.48 | | 558521*******6373 | 1,897.00 | 1,897.00 | 0.00 | 0.00 | 0.00 | 0.00 | 300052U 2015-05-01' |
| XI | 3.00 | CCCA | | | | | | | | |
| XF | 4.70 | Eqiv Amt: | Seq #: | 1 | | Other Fop: USD Amt: Orig Amt: | Comm.Type | Category | Comm.Amt: | Base Comm.Amt: |
| XT | 3.00 | Fare Amt USD 1,726.52 | | | | | N/A | N/A | 0.00 | 0.00 |
| XF | 4.50 | | | | | | | | | |
| ZP | 15.00 | Tkt Doc USD 1,897.00 | Airline Form-serial | 0162405271341 | | The Exch.Info Cpns Surrendered | Ad Comm Amt | Overrd. Amt | Comm Rate | EDD Description |
| Total Fare | 1,897.00 USD | | | | | | 0.00 | 0.00 | 0.00 | |

| FOP Type | FOP Acct | FOP Amt - USD | Orig Curr Amt | Orig C |
| --- | --- | --- | --- | --- |
| CC | 5588213003016373  Mask | 1,897.00 | 1,897.00 | USD |

## LIFT

| Tkt | Cpn | Seg | Orig | Dest | Miles | Mktg Carr | Oprg Carr | Flt Date | Mktg Flt Num | Oprg Flt Num | Dprt Time | Arrv Time | Irreg | FBTD | Cbn | Seat |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 0162405271341 | 1 | | CRP | IAH | UA | EV | | 4/25/2014 | 4176 | 4176 | 1240 | 1329 | | | | 1A |
| | 2 | | IAH | DCA | UA | UA | | 4/25/2014 | 0207 | 0207 | 1628 | 2011 | | | | 1E |
| | 3 | | DCA | IAH | UA | UA | | 5/1/2014 | 0332 | 0332 | 0658 | 0920 | | | | 2E |
| | 4 | | IAH | CRP | UA | EV | | 5/1/2014 | 4176 | 4176 | 1127 | 1225 | | | | 2A |

```
PAGE5218 UNITED AIRLINES          FLIGHT NUMBER 0332                A  C  I     P  D  I  FOR    01MAY14      RUN DATE 03MAY14
             CTY AG LNIATA DATE    TIME                                         CTY AG LNIATA DATE    TIME

             WEB 98 DA4510 30APR   402A 332/01MAY/DCA-WILLS/DAVIDKMR
                                        BO.CRP


PAGE2748 UNITED AIRLINES          FLIGHT NUMBER 0207                A  C  I     P  D  I  FOR    25APR14      RUN DATE 27APR14
             CTY AG LNIATA DATE    TIME                                         CTY AG LNIATA DATE    TIME

             WEB 96 DA6DFE 25APR   724A 4176/25APR/CRP-WILLS/DAVIDKMR
                                        BO.DCA
```

2:17cr390-002015

PAGE 53,071 UNITED AIRLINES    FLIGHT NUMBER 0235    NAME WILLIS/F     P D I FOR 15MAR14     RUN DATE 17MAR14

```
****************************************
EMHA PNR.H3KDC8 CRO1MAR 0107Z WEB BY SU CO
DA3372 UA
***1.1WILLS/DAVIDKMR
FONE-WEB2057674/EB361
  CRP9902226/H301
  WEB*45520300 DO NOT REMOVE-AGENCY CLAIM
  NOT ALLOWED/N000
RCVD-COCOM-US/JS875259-GUID/EF8792A2E2B146
  1C838001DB33AD6219
TKT -T/FQR - INVOICE/558821XXXXXX6373/2399
  0248683/0001//1522.00
G FX-SSRFQTVUAHK/UAJS875259.1-WILLS/DAVIDK
  MRI01.01
  SSRDOCSUAHK1/////14SEP52/M//WILLS/DAVID/
  KEITH-1WILLS/DAV
  SSRDOCSUA////IDKMR
  OSI UA PREM 1K MEMBER - PLZ EXTEND ALL C
  OURTESIES
RMKS-SMC558821XXXXXX6373/0314
  WEB*CO COM RESERVATIONS - US
  AVAILABILITY SOURCE - ITA
  WEB CLIENT IP 162.224.67.43 - APPLYFORMS
  OFPAYMENT
  EMAIL RQSTD DKW.GBT-AT-GMAIL.COM
  04 REMARKS ADDED BY WEB SU CO 01MAR 0107
  Z DA3372
  RBY28FEB*APPR CC MC 01148J/VP01/$1522.00
  WEBCO
  PB TKT ORDERID*658CEB46-A44B-48FB-A282-A
  1497B0CB24C
  02 REMARKS ADDED BY WEB SU CO 01MAR 0107
  Z DA143A
  CDM: PNR SENT TO 41ST PARAMETER CDM41
  01 REMARKS ADDED BY CDM GS 41 01MAR 0107
  Z DA8489
  CDM: CDM APPROVED TO TICKET S-AA CDM43
  01 REMARKS ADDED BY CDM GS 43 01MAR 0113
  Z DA849F
  SFS FQID*89A96DAE-1983-4FD0-945C-FE87EFB
  07C72
  01 REMARKS ADDED BY WEC SU ET 01MAR 0114
  Z DA2B86
  28FEB/1914/EMAIL-REQUEST ACKNOWLEDGED*ET
  KT
  01 REMARKS ADDED BY WEC SU ER 01MAR 0114
  Z D11D4F
  28FEB/1919/EMAIL RECEIPT SENT 02/28
  01 REMARKS ADDED BY WEC SU ER 01MAR 0119
  Z D11D4F
*****        PNR HISTORY        **********
  X8 500P/02MAR
  A5 SMC558821XXXXXX6373/0314
  RCCOCOM-US/JS875259-GUID/EF8792A2E2B146
    1C838001DB33AD6219
```

```
WEB SU CO 01MAR 0107Z DA143A UA
A5 WEB CLIENT IP 162.224.67.43 - APPLYFORM
  SOFPAYMENT
X5 WEB CLIENT IP 162.224.67.43 - REQUESTRE
  CEIPTS
X5 ORIGINALLY ADDED BY WEB SU CO 01MAR 010
  7Z DA3372
RCCOCOM-US/JS875259-GUID/EF8792A2E2B146
    1C838001DB33AD6219
WEB SU CO 01MAR 0107Z DA143A UA
X7 TAE/1200N/28FEB/AI*DAVID WILLS*3204 TOW
  ER OAKS BLVD*ROCKVILLE MD 20852-4250
XF WEB2057674/B361
RCVD-
WEC SU ET 01MAR 0114Z DA2B86 UA
XS UA4684M 15MARIAHCRP HK/XX 1 2058. 2159.
XS UA 235P 15MARSEAIAH HK/XX 1 1152. 1803.
XS UA 252Z 11MARIAHSEA HK/XX 1 1553. 1844.
XS UA4699Y 11MARCRPIAH HK/XX 1 1417. 1513.
XQ
RCVD-EZR-4.6.9-DAVID
RXI SU A6 10MAR 2056Z DA1072 UA
...... APIS INFORMATION ......
***********
FNAME:DAVID KEITH
LNAME:WILLS
DOB:520914 GENDER:M NAT:    RESIDENT:
HIST 1 ---- PARSDATE:01MAR CITYCODE:WEB
HIST 1 ---- DUTYCODE:SU    LINIATA:DA3
HIST 1 ---- PARSDATE:01MAR CITYCODE:WEB
HIST 1 ---- DUTYCODE:SU    LINIATA:DA3
.... QUEUE HISTORY ....
SYSQ/ETK/10
-ADR VERIF 01MAR0107Z
E
-ETK GS 41 01MAR0107Z DA8489 CDM/10
QEP/ETK/26
-*** GS 43 01MAR0113Z DA849F CDM/**
ER
-ETK SU ET 01MAR0114Z DA2B86 WEC/26
QR
-ETK SU ET 01MAR0114Z DA2B86 WEC/26
QEP/ETK/31
-*** SU ET 01MAR0114Z DA2B86 WEC/**
QR
-ETK SU ET 01MAR0114Z DA2BAC TBM/31
SYSQ/ETK/45
-E - TKTG 10MAR2056Z
QR
-ETK SU IP 10MAR2100Z DA4780 CRC/45
STORED FARE DATA FOLLOWS
XQ
```

```
FARE QUOTE- AUTOPRICED - I
WEB SU CO 01MAR0107Z DA3372 UA
CRP UA X/HOU UA SEA 516.28QA7KN/UPDI UA X
 /HOU 573.02V2UP14N3 UA
USD1377.67 XT144.33 TTL1522.00
CRP 288.37MAOFY USD 1377.67 END ZP CRP IA
 H SEA IAH XT 103.33US
6.00ZP 10.00AY 15.00XF CRP4.5 IAH3 SEA4.5
 IAH3
V S 1/2 NOT VALID BEFORE/AFTER 11MAR
V S 3/4 NOT VALID BEFORE/AFTER 15MAR
PSGR1
  ENDORSE1- NONREF/0VALUAFTDPT/CHGFEE
TOTAL FARE - USD1522.00
RCVD-EZR-4.6.9-DAVID
RXI SU A6 10MAR2056Z DA1072 UA
END FARE QUOTE HISTORY DATA
..................................
.... ETKT CREATED 13MAR 0945Z VPH BY    FM
  UA
WILLS/DAVIDKMR          01623990248683
          #1 OF 1 28FEB14
  CRP UA4699Y 11MAR 217POK QA7KN/UPDI
          NVB11MAR NVA11MAR
X IAH UA 252Z 11MAR 353POK QA7KN/UPDI
          NVB11MAR NVA11MAR
O SEA UA 235P 15MAR1152AOK V2UP14N3
          NVB15MAR NVA15MAR
O IAH UA4684M 15MAR 858POK MAOFY
          NVB15MAR NVA15MAR
  CRP
  FARE-USD TAX         TAX         TTL-USD
  1377.67 144.33                   1522.00
  FC /FC CRP UA X/HOU UA SEA 516.28QA7KN/UP
  DI UA X/HOU 573.02V2UP14N3 UA CRP 288.3
  7MAOFY USD 1377.67 END ZP CRP IAH SEA I
  AH XT103.33US16.00ZP10.00AY15.00XF CRP4
  .5IAH3SEA4.5IAH3
  FP CCCAXXXXXXXXXXXX6373/0314/N01148J
  E1 NONREF/0VALUAFTDPT/CHGFEE
  .... ETKT HISTORY ........................
  WILLS/DAVIDKMR          01623990248683
                         $USD 1522.00
  FP CCCAXXXXXXXXXXXX6373/0314/N01148J
  AI*DAVID WILLS*3204 TOWER OAKS BLVD*ROCKVI
  LLE MD 20852-4250*
  WEC SU ET 01MAR 0114Z DA2B86 UA
  T:6XXXXXXXXXXXX6373/0314/N01148J|VP01|ET
  CPN 1234 ADJ PUR DTE FR 15MAR14 TO 31MAR15
  VPH    FM 13MAR 0945Z         UA
  *********************************************
```

**United Airlines, Inc**

| | | | | |
|---|---|---|---|---|
| Conjunction Ticket(s) | | Origin / Destination | Point Of Sale : | US WEC |
| | | CRP CRP | Point Of Issue : | WEC |
| | | Airline EXR/CTO_ATO | Agency Name : | |
| | | HBKDC8 ET1056 DA2B86 0162 | Book/Tktg Agnt · / 0000000 | |
| | | | Bkg Outlet : | |

| Name of Passenger | Date of Issue | Original Issue Info: | |
|---|---|---|---|
| WILLS/DAVIDKMF. | 2014.03.01 | | |

| Restrictions / Endorsements | Tour Code | Extn Src Id : SEEWEC | Pax Type : | ADT |
|---|---|---|---|---|
| | | | Cpn Issn Usage : | FFFF |
| NONREF-7/VALUAFTDPT CHGFEE | | Src Id: SEE Snt FL: T | Doc Type : | TKTT |
| | | Trans Type : S PED: 2014-03-01 | Load Id : | 2000337531 |
| | | ECCB : 3^31:86 Load Date: 2014-03-01 | Original Sale Info : | |

| Cpn | Lne | Dest | OP Carr | Mrk Carr | OP Flt | Mrk Flt | Flt Dt | Bkg/ | dcsg/ | Ticket Designator | Dprt Dt | Dprt Time | Fare Basis | Revenue Amt | YQ amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CRP | IAH | UA | UA | 4699 | 4699 | 2014-03-01 | Y | Y | QA7KN-UFDI | | 1417 | QA7KN-UFDI | 123.46 | 0.00 |
| 2 | IAH | SEA | UA | UA | 0252 | 0252 | 2014-03-01 | Z | Z | QA7KN-UFDI | | 1551 | QA7KN-UFDI | 503.12 | 0.00 |
| 3 | SEA | IAH | UA | UA | 1235 | 0252 | 2014-03-02 | F | F | V2UP14N3 | | 1152 | V2UP14N3 | 573.02 | 0.00 |
| 4 | IAH | CRP | UA | UA | 4684 | 4684 | 2014-03-02 | M | M | MA0FY | | 2228 | MA0FY | 288.37 | 0.00 |

| FARE | 1377.67 USD | Fare Calculation Area | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AT | 10.00 | CRP UA X/HOU UA SEA 516.28QA7KN/UFDI UA X/HOU 573.02V2UP14N3 UA CRP 288.37MA0FY USD 1377.67 END ZP CRP IAH SEA IAH XT103.33US16.00ZP10.00AY15.00XF CRP4.5IAH3SEA4.5IAH3 | | | | | | | | | |
| US | 103.33 | Form of Payment | CC NUM FILTERED | CC Amt USD. | Crd.Orig Curr | Cash USD | Cash Orig Amt | Exchange Amt | Certificate/Cerd.Num | Apprvl.CL.CC Exple.Dte./UstpNm. | |
| XF | 3.00 | CCCA | 558821******4073 | 1,522.00 | 1,522.00 | 0.00 | 0.00 | 0.00 | 0.00 | N0114S7/ 2014-03-01/ | |
| ZP | 4.50 | Exch Amt: | Seq #: | 1 | | Other Fop: USD Amt: Orig Amt: | Comm.Type | Category | Comm.Amt: | Base Comm.Amt: | |
| XF | 3.00 | First Amt USD: 1,377.67 | | | | | N/A | N/A | 0.00 | 0.00 | |
| AY | 4.50 | | | | | | | | | | |
| ZP | 10.00 | Tkt Doc USD. 1,522.00 | Airline Form serial | 0162399024868 | | Tkt Exch Info Cpns Surrendered | Ad Comm Amt | Overrd. Amt | Comm Rate | EDD Description | |
| Tcta. | 1,522.00 | | | | | | 0.00 | 0.00 | 0.00 | | |
| Fare | USD | | | | | | | | | | |

| FOP Type | FOP Acct | FOP Amt - USD | Orig Curr Amt | Orig Curr |
|---|---|---|---|---|
| CC | 5588213003016373 Mask | 1,522.00 | 1,522.00 | USD |

```
*******************************************
EMHA PNR.EKFFT0 CR26FEB 0329Z CHI BY AS QU
DA883B UA
***1.WILLS/DAVIDKMR
FONE-INT731-7245*DAVIDKMR WILLS/EH240
   INT205-7674*DAVIDKMR WILLS/B361
   CRP7317245*PURCHASER IS MR DAVID KEITH W
   ILLS/B240
RCVD-EZR-4.6.9-
TKT -T/FQR - INVOICE/558821XXXXXX6373/2398
   6678123/0001//10390.30
G FX-SSRFQTVUAHK/UAJS875259.1-WILLS/DAVIDK
   MR|01.01
OSI YY PREMIER 1K MEMBER-PLZ EXTEND ALL
   COURTESIES
SSRDOCSUAHK1/////14SEP52/M//WILLS/DAVID/
   KEITH-1WILLS/DAV
   SSRDOCSUA///IDKMR
OSI YY ALL PASSENGERS ARE CITIZENS OF US
RMKS-$MC558821XXXXXX6373/0314
   HADV POSSIBLE NON-REF BSF MAY APPLY - CH
   IQU
   EMAIL-PEATINS-AT-GMAIL.COM*DAVIDKMR WILL
   S
   HADV TRAVEL TO NRT/P
   HADV TRAVEL TO CRP/P
   HADV PASSENGER AN ATO/CTO FEE MAY APPLY.
   SEE DRS: CTO FEE
   FOR APPLICABLE FEES AND TAXES.
   HADV UA3843* EXPRESSJET AIRLINES INC. DB
   A UNITED EXPRESS
   HADV UA4496* EXPRESSJET AIRLINES INC. DB
   A UNITED EXPRESS
08 REMARKS ADDED BY CHI AS QU 26FEB 0329
   Z DA883B
   RBY25FEB*APPR CC MC 01402J $10390.30 CHI
   QU
   PB TKT ORDERID*7A96148B-005A-4F86-9575-2
   F11597D106E
   EMAIL RQSTD-PEATINS-AT-GMAIL.COM
   RECEIPT ATTN- DAVIDKMR WILLS
   POS-US
05 REMARKS ADDED BY CHI AS QU 26FEB 0330
   Z DA883B
   CDM: PNR SENT TO 41ST PARAMETER CDM41
01 REMARKS ADDED BY CDM GS 41 26FEB 0331
   Z DA8489
   CDM: PENDING CDM ACTION S-QW CDM43
01 REMARKS ADDED BY CDM GS 43 26FEB 0340
   Z DA84AB
   HADV UA4496* EXPRESSJET AIRLINES INC. DB
   A UNITED EXPRESS
01 REMARKS ADDED BY RYE SU P3 26FEB 0349
   Z DA10E7
   CDM: CDM APPROVED TO TICKET SAAA CDM43
          Page 57 of 77
```

```
01 REMARKS ADDED BY CDM GS 43 26FEB 0353
   Z DA84AA
   SFS FQID*F353307D-E017-4A2A-A608-EE0E0BA
   61398
01 REMARKS ADDED BY TBM SU ET 26FEB 0353
   Z DA2FBB
   25FEB/CC TOTAL DOES NOT MATCH*ROB
01 REMARKS ADDED BY TBM SU ET 26FEB 0354
   Z DA2FBB
/*-*HDV RULES FOR FARE BASIS ZLX00EJ0
   ZLX00EJ0/*-*MIN STAY NONE - MAX STAY NON
   E
   ZLX00EJ0/*-*TVL PERMITTED ONLY MON TUE W
   ED THU - SEASONAL FARE
   ZLX00EJ0/*-*CHG PNLTY $450.0USD
   ZLX00EJ0/*-*FARE IS NON-REFUNDABLE
   /*-*HDV 2-HR CKIN INTL/1-HR DOM//NONTRAN
   S
   /*-*HDV VALID 1 YEAR FROM DATE OF ISSUE
   /*-*HDV BY MAKING A RESERVATION OR ACCEP
   TING TRANSPORTATION ON
   /*-*HDV UNITED YOU AGREE TO ALL THE TERM
   S AND CONDITIONS
   /*-*HDV OF THE CONTRACT OF CARRIAGE VIEW
   ABLE AT WWW.UNITED.COM
   /*-*HDV OR UPON REQUEST AT ANY AIRPORT S
   ERVICED BY UNITED
   /*-*HDV ONCE PURCHASED CUST HAS 24 HOURS
   TO CHANGE FLT WITHOUT PNTY
   /*-*HDV ONCE PURCHASED CUST HAS 24 HOURS
   TO REQUEST A FULL REFUND
   /*-*HDV RULES FOR FARE BASIS CW2RJB
   CW2RJB/*-*MIN STAY NONE - MAX STAY 12 MO
   NTHS
   CW2RJB/*-*TVL PERMITTED ONLY FRI SUN
   /*-*HDV 2-HR CKIN INTL/1-HR DOM//NONTRAN
   S
   /*-*HDV VALID 1 YEAR FROM DATE OF ISSUE
   /*-*HDV BY MAKING A RESERVATION OR ACCEP
   TING TRANSPORTATION ON
   /*-*HDV UNITED YOU AGREE TO ALL THE TERM
   S AND CONDITIONS
   /*-*HDV OF THE CONTRACT OF CARRIAGE VIEW
   ABLE AT WWW.UNITED.COM
   /*-*HDV OR UPON REQUEST AT ANY AIRPORT S
   ERVICED BY UNITED
   /*-*HDV ONCE PURCHASED CUST HAS 24 HOURS
   TO CHANGE FLT WITHOUT PNTY
   /*-*HDV ONCE PURCHASED CUST HAS 24 HOURS
   TO REQUEST A FULL REFUND
   HADV UA4496* EXPRESSJET AIRLINES INC. DB
   A UNITED EXPRESS
25 REMARKS ADDED BY RYE SU 1L 26FEB 1212
   Z DA1084
```

```
26FEB/0948/EMAIL-REQUEST ACKNOWLEDGED*ET
   KT
01 REMARKS ADDED BY WEC SU ER 26FEB 1548
   Z D11D75
26FEB/0953/EMAIL RECEIPT SENT 02/26
01 REMARKS ADDED BY WEC SU ER 26FEB 1553
   Z D11D73
   BP FAX-REQUEST ACKNOWLEDGED*ETKT
01 REMARKS ADDED BY WEB PD 99 05MAR 0349
   Z DA6DD7
UNDF-SSRP$PTUAHK/SO-WILLS/DAVIDKMR$N-WILLS
   /DAVID KEITH$D-P/4760456968E-201004$C-US
   $B-5209149G-M|01.01
 1 UA3843Y 05MAR CRPIAH HK 1 1601. 0938.
 2 UA    7Z 05MAR IAHNRT HK 1 1040. 1545.
 3 UA    6C 09MAR NRTIAH HK 1 1645. 1430.
 4 UA4496Y 09MAR IAHCRP HK 1 1601. 1700.
*****        PNR HISTORY       *********
X8 1159P/26FEB.HADV.RES.TTL.XXL
A5 $MC558821XXXXXX6373/0314
RCVD-EZR-4.6.9-
CHI AS QU 26FEB 0330Z DA883B UA
XS UA4496Y 09MARIAHCRP HK/XX 1 1601. 1700.
XS UA    6C 09MARNRTIAH HK/XX 1 1645. 1430.
AS UA    6C 10MARNRTIAH NN/SS 1 1645. 1430.
AS UA4496Y 10MARIAHCRP NN/SS 1 1553. 1652.
XQ
RCVD-EZR-4.6.9-SON
RYE SU P3 26FEB 0349Z DA10E7 UA
XS UA4496Y 10MARIAHCRP HK/XX 1 1553. 1652.
XS UA    6C 10MARNRTIAH HK/XX 1 1645. 1430.
XS UA    7D 05MARIAHNRT HK/XX 1 1040. 1545.
AS UA    7Z 05MARIAHNRT NN/SS 1 1040. 1545.
AS UA    6C 09MARNRTIAH NN/SS 1 1645. 1430.
AS UA4496Y 09MARIAHCRP NN/SS 1 1601. 1700.
XQ
RCVD-EZR-4.6.9-M RWIIS
RYE SU 1L 26FEB 1212Z DA1084 UA
X5 RBY25FEB*APPR CC MC 01402J $11405.40 CH
   IQU
A5 RBY25FEB*APPR CC MC 01402J $10390.30 CH
   IQU
X5 ORIGINALLY ADDED BY CHI AS QU 26FEB 033
   0Z DA883B
RCVD-DS
RPC SU DS 26FEB 1548Z D70820 UA
X7 TAE/1200N/25FEB/AI*MR DAVID KEITH WILLS
   *506 LAKEWOOD ST*ROCKPORT TX 78382-6958
XF INT731-7245*DAVIDKMR WILLS/H240
RCVD-
TBM SU ET 26FEB 1548Z DA2FBA UA
XP SSRP$PTUAHK/SO-WILLS/DAVIDKMR$N-WILLS/D
   AVID KEITH$B-5209149G-M|01.01
RCVD-
```

CRP PD 99 05MAR 0349Z
..... APIS INFORMATION ......
**********
FNAME:DAVID KEITH
LNAME:WILLS
DOB:520914 GENDER:M NAT:USA RESIDENT:USA
TYPE:P   NUMBER:476045696
ISS DATE:        EXPIRY:201004   PLACE:USA
HIST 1 ---- PARSDATE:26FEB  CITYCODE:CHI
HIST 2 ---- DUTYCODE:AS    LINIATA:DA8
HIST 1 ---- PARSDATE:26FEB  CITYCODE:CHI
HIST 2 ---- DUTYCODE:AS    LINIATA:DA8
.... QUEUE HISTORY ....
SYSQ/ETK/10
-ADR VERIF 26FEB0330Z
E
-ETK GS 41 26FEB0331Z DA8489 CDM/10
QEP/ETK/12
-*** GS 43 26FEB0353Z DA84AA CDM/**
ER
-ETK SU ET 26FEB0353Z DA2FBB TBM/12
ER
-ETK SU ET 26FEB0354Z DA2FBB TBM/12
QEP/ETK/8
-ETK SU ET 26FEB0354Z DA2FBB TBM/12
ER
-ETK SU DS 26FEB1548Z D70820 RPC/08
QEP/ETK/11
-ETK SU DS 26FEB1548Z D70820 RPC/08
QR
-ETK SU ET 26FEB1548Z DA2FBA WEC/11
QEP/ETK/31
-*** SU ET 26FEB1548Z DA2FBA TBM/**
QR
-ETK SU ET 26FEB1548Z DA2BA7 TBM/31
STORED FARE DATA FOLLOWS
TOTAL FARE - USD10390.30
FARE QUOTE- AUTOPRICED - LA$R|PADT
RYE SU 1L 26FEB1210Z DA1084 UA
       USD FARE           TAX - USD
                    USD TTL
1 - 9715.00         US35.00 XT640.30
              10390.30
1 - PSGR 1 ADT
05MAR14CRP UA X/HOU UA TYO2910.00ZLX00EJOU
A X/HOU UA CRP M
6805.00CW2RJB NUC9715.00ZEND ROE1.00XT7.50A
Y580.00YQ5.50YC7.00XXY
5.00XA4.900YQ19.90SW XF10.50CRP4.5IAH3IAH3
LAST TKT DTE    26FEB14
PSGR1
ENDORSE3- NONREF/OVALUEAFTDPT/CHGFEE
END FARE QUOTE RECORD DATA
XQ
FARE QUOTE- AUTOPRICED   LA$R|PADT
CHI AS QU 26FEB0327Z DA883B UA
1 - PSGR 1 ADT

USD10730.00 US35.00 XT640.40 TTL11405.40
05MAR14CRP UA X/HOU UA TYO3925.00DFX32UJG
UA X/HOU UA CRP M
6805.00CW2RJB NUC10730.00END ROE1.00XT7.5
0AY580.00YQ5.50YC7.00
XY5.00XA4.900I20.00SW XF10.50CRP4.5IAH3IA
H3
PSGR1
ENDORSE3- REFUNDABLE/CXLFEE/CHGFEE
LAST TKT DTE    28FEB14
TOTAL FARE - USD11405.40
RCVD-EZR-4.6.9-SON
RYE SU P3 26FEB0349Z DA10E7 UA
XQ
FARE QUOTE- AUTOPRICED   $-$-PADT
RYE SU P3 26FEB0349Z DA10E7 UA
1 - PSGR 1 ADT
USD10640.00 US35.00 XT640.40 TTL11315.40
05MAR14CRF UA X/HOU UA TYO3925.00DFX32UJG
UA X/HOU UA CRP M
6714.50CX2RJB NUC10639.50END ROE1.00XT7.5
0AY580.00YQ5.50YC7.00
XY5.00XA4.900I20.00SW XF10.50CRP4.5IAH3IA
H3
PSGR1
ENDORSE3- REFUNDABLE/CXLFEE/CHGFEE
LAST TKT DTE    28FEB14
TOTAL FARE - USD22720.80
RCVD-EZR-4.6.9-M RWILS
RYE SU 1L 26FEB1212Z DA1084 UA
END FARE QUOTE HISTORY DATA
.......................................
.... ETKT CREATED 09MAR 2140Z IAH BY PD SS
UA
WILLS/DAVIDKMR          01623986678123
                    #1 OF 1 26FEB14
CRP UA3843Y 05MAR 838AOK ZLX00EJO
                         USED
X IAH UA   7Z 05MAR1040AOK ZLX00EJO
                         USED
O NRT UA   6C 09MAR 445POK CW2RJB
                         USED
X IAH UA4496Y 09MAR 401POK CW2RJB
                         USED
CRP
FARE-USD TAX     TAX        TTL-USD
9715.00  35.00   640.30     10390.30
FC  /FC 05MAR14CRP UA X/HOU UA TYO2910.00Z
LX00EJOUA X/HOU UA CRP M 6805.00CW2RJB
NUC9715.00END ROE1.00XT7.50AY580.00YQ5.
50YC7.00XX5.00XA4.900I19.90SW XF10.50CR
P4.5IAH3IAH3
FP CCCAXXXXXXXXXXXX6373/0314/N01402J
E3 NONREF/0VALUEAFTDPT/CHGFEE
.... ETKT HISTORY .........................
WILLS/DAVIDKMR          01623986678123
                         $USD10390.30

FP CCCAXXXXXXXXXXXX6373/0314/N01402J
AI*MR DAVID KEITH WILLS*506 LAKEWOOD ST*RO
CKPORT TX 78382-6958*
TBM SU ET 26FEB 1548Z DA2FBA UA
T:5XXXXXXXXXXXX6373/0314/N01402J1ET
CPN 1    CHECKED-IN
WEB PD 99 05MAR 0349Z DA07B8 UA
CPN 2    CHECKED-IN
WEB PD 99 05MAR 0349Z DA07B8 UA
CPN 1    LIFTED
CRP PD IC 05MAR 1415Z D25B1E UA
CPN 1    UA USED
CRP PD SS 05MAR 1505Z        UA
CPN 2    LIFTED
          05MAR 1554Z        UA
CPN 2    UA USED
IAH PD SS 05MAR 1715Z        UA
CPN 3    CHECKED-IN
WEB PD 98 08MAR 0846Z DAC1DC UA
CPN 4    CHECKED-IN
WEB PD 98 08MAR 0846Z DAC1DC UA
CPN 3    CHECKED-IN
NRT PD LC 09MAR 0553Z D16047 UA
CPN 3    LIFTED
          09MAR 0657Z        UA
CPN 3    UA USED
NRT PD SS 09MAR 0925Z        UA
CPN 4    LIFTED
          09MAR 2051Z        UA
CPN 4    UA USED
IAH PD SS 09MAR 2140Z        UA
CPN 1234 UAU PUR UTE FR 10MAR14 TO 16MAR14
IAH PD SS 09MAR 2140Z        UA
****************************************

| United Airlines, Inc | Conjunction Ticket(s) | Origin / Destination | Point Of Sale : | US TBM |
|---|---|---|---|---|
| | | EKFFT0 ET1056 DA2FBA 0162 | Point Of Issue · Agency Name · Book/Tktg Agnt · Bkg Outlet : | TBM 0000000 |

| Name of Passenger | Date of Issue | Original Issue Infos |
|---|---|---|
| GILLS DAVIDKVR | 2014-07-28 | |

| Restrictions / Endorsements | Tour Code | Fate Src Id : SFETBM | Pax Type : Cpn Issn Usage · | ADT FFFF |
|---|---|---|---|---|
| NONREF/WALSUBJTOFFCHGFEE | | Srt Id: Trnst Type : PED: LCCB : | Doc Type : Load Id : Original Sale Info | TKTT 2000336526 |

| Cpn | Loc | Dest | OP Carr | Mkt Carr | OP Flt | Mkt Flt | Flt Dt | Bkg / | Org / | Ticket Designator | Dprt Dt | Dprt Time | Fare Basis | Revenue Amt | YQ-amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CRP | IAH | UA | UA | 3843 | 3843 | 2014-3-05 | Y | Y | ELXXGEX | | 0831 | ZLN0OEJ0 | 187.72 | 19.53 |
| 2 | IAH | NRT | UA | UA | 0007 | 0X07 | 2014-3-05 | Z | Z | ZLXXCEX | | 1043 | ZLN0OEJ0 | 2,711.29 | 2792.51 |
| 3 | NRT | IAH | UA | UA | 0006 | 0006 | 2014-3-09 | C | C | CWJEB | | 1647 | CW7EB | 5,520.79 | 779.72 |
| 4 | IAH | CRP | UA | UA | 4496 | 4496 | 2014-3-09 | Y | Y | CWJEB | | 1611 | CW7EB | 434.70 | 19.33 |

| Fare Calculation Area | | | | | 3,715.00 USD |
|---|---|---|---|---|---|
| | | | | | |

05MAR14CRP UA X/HOU UA TYO2910.00ZLX0OEJ0U A X/HOU UA CRP M 6805.00CW2RJB NUC9715.00END
ROE1.00X17.50AY580.00YQ5.50YC7.00XY5.00XA4.00OI19.90SW XF10.50CRP4.5IAH3IAH3

| | AT | 7.50 |
|---|---|---|
| | IN | 1.90 |

| Form of Payment | CC NUM FILTERED | CC Amt USD | CrcLOrig Curr | Cash USD | Cash Orig Amt | Exchange Amt | Certificate/Cervl Num | Appr/ACL/CC/Expie.Din/Cmp Nm. |
|---|---|---|---|---|---|---|---|---|
| CCCA | 558821******6373 | 10,390.30 | 10,390.30 | 0.00 | 9.30 | 0.00 | 0.00 | N314C0 2014-06-01 |

| Equiv Amt | Seq # | | Other Fep: USD Amt: Only Amt | Comm.Type | Category | Comm.Amt: | Base Comm Amt: |
|---|---|---|---|---|---|---|---|
| US 17.90 | | 1 | | | | | |

| Fare Amt USD | | | | NA | NA | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|
| 9,715.00 | | | | | | | |

| Tkt Doc USD | Airline Form-serId | 0162398667812 | Tkt Exch Info Cpn: | Add Comm Amt | Ovarrd. Amt | Comm Rate | EDD Description |
|---|---|---|---|---|---|---|---|
| 10,390.30 | | | Surrendered | 0.00 | 0.00 | 0.00 | |

| XX | 5.00 |
|---|---|
| XT | 183.00 |
| YQ | |
| Total Tax | 10,390.30 USD |

| FOP Type | FOP Acct | FOP Amt - USD | Orig Curr Amt Orig |
|---|---|---|---|
| CC | 5588213003016373  Mask | 10,390.30 | 10,390.30 USD |

## ≡ LIFT

| Tkt | Cpn | Seg | Orig | Dest | Miles | Mktg Carr | Oprg Carr | Flt Date | Mktg Flt Num | Oprg Flt Num | Dprt Time | Arrv Time | Irreg | FBTD | Cbn | Seat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0162398667812 | 1 | | CRP | IAH | | UA | EV | 3/5/2014 | 3843 | 3843 | 0831 | 0932 | | | | 3C |
| | 2 | | IAH | NRT | | UA | CO | 3/5/2014 | 0007 | 0007 | 1043 | 1546 | | | | 8E |
| | 3 | | NRT | IAH | | UA | CO | 3/9/2014 | 0006 | 0006 | 1647 | 1437 | | | | 1L |
| | 4 | | IAH | CRP | | UA | EV | 3/9/2014 | 4496 | 4496 | 1611 | 1704 | | | | 3A |

```
PAGE  39 UNITED AIRLINES          FLIGHT NUMBER 0006          A  C  I    P  D  I  FOR    09MAR14    RUN DATE 11MAR14
               CTY AG LNIATA DATE    TIME                                CTY AG LNIATA DATE    TIME

                            NRT 98 000000 08MAR     46A AP6-WILLS/DAVIDK *XML*
                            WEB 98 DAC1DC 08MAR   46A 6/09MAR/NRT-WILLS/DAVIDKMR
                                            BO.CRP


PAGE  60 UNITED AIRLINES          FLIGHT NUMBER 0007          A  C  I    P  D  I  FOR    05MAR14    RUN DATE 07MAR14
               CTY AG LNIATA DATE    TIME                                CTY AG LNIATA DATE    TIME

                            CRP 99 000000 04MAR  749P AP7-WILLS/DAVIDK *XML*
                            WEB 99 DA07B8 04MAR  749P 3843/05MAR/CRP-WILLS/DAVIDKMR
                                            BO.NRT
```

2:17cr390-002021

PAGE265,708 UNITED AIRLINES        FLIGHT NUMBER 1158      NAME WANG/ZHE        P D I  FOR 15FEB14      RUN DATE 17FEB14

****************************************
EMHA PNR.B9CBNV CRO8FEB 2021Z WEB BY SU CO
DA2D4F UA
***1.1WILLS/DAVIDKMR
FONE-WEB2057674/EB361
  CRP9902226/H301
  WEB*45520300 DO NOT REMOVE-AGENCY CLAIM
  NOT ALLOWED/N000
RCVD-COCOM-US/JS875259-GUID/336FDD9E4B7442
  47B0539C2E7757E8B3
TKT -T/FQR - INVOICE/558821XXXXXX6373/2396
  2855911/0001//1312.99
G FX-SSRFQTVUAHK/UAJS875259.1-WILLS/DAVIDK
  MR|01.01
  SSRDOCSUAHK1/////14SEP52/M//WILLS/DAVID/
  KEITH-1WILLS/DAV
  SSRDOCSUA///IDKMR
  OSI UA PREM 1K MEMBER - PLZ EXTEND ALL C
  OURTESIES
  OSI YY REAC NNTP UA4609 CRPIAH 12FEB 225
  2Z12FEB
RMKS-SMC558821XXXXXX6373/0314
  WEB*CO COM RESERVATIONS - US
  AVAILABILITY SOURCE - ITA
  WEB CLIENT IP 68.50.31.184 - APPLYFORMSO
  FPAYMENT
  EMAIL RQSTD PEATINS-AT-GMAIL.COM
  04 REMARKS ADDED BY WEB SU CO 08FEB 2021
  Z DA2D4F
  RBY08FEB*APPR CC MC 03482J/VP01/$1312.99
  WEBCO
  PB TKT ORDERID*7409E8FA-028D-40E6-8A6C-E
  14122702EEF
  02 REMARKS ADDED BY WEB SU CO 08FEB 2021
  Z DAEC4B
  CDM: PNR SENT TO 41ST PARAMETER CDM41
  01 REMARKS ADDED BY CDM GS 41 08FEB 2021
  Z DA846D
  CDM: CDM APPROVED TO TICKET S-AA CDM43
  01 REMARKS ADDED BY CDM GS 43 08FEB 2030
  Z DA84AB
  08FEB/1430/EMAIL-REQUEST ACKNOWLEDGED*ET
  KT
  01 REMARKS ADDED BY WEC SU ER 08FEB 2030
  Z D11D61
  08FEB/1435/EMAIL RECEIPT SENT 02/08
  01 REMARKS ADDED BY WEC SU ER 08FEB 2035
  Z D11D69
  BP FAX-REQUEST ACKNOWLEDGED*ETKT
  01 REMARKS ADDED BY WEB PD 99 12FEB 1941
  Z DA0758
  CARS REACOMM UA4609 12FEB CRPIAH NNTP 2
  /12/2014 5:52:46 PM
  01 REMARKS ADDED BY WEE SU CA 12FEB 2252
  Z DA8225

12FEB...FLT 1704 RTN BACK TO GATE...ATC
OUT TARMAT.......
12FEB...COURTESY WIFE CANCER...CARRY BAC
K CARRY OVER CRP...
12FEB...HADV FARE RULES...IAH TL S SIMMO
NS....
03 REMARKS ADDED BY IIE PD XV 13FEB 0348
Z D8F74F
1 UA4290H 13FEB IAHCRP SB 1 0706. 0808.
*****     PNR HISTORY      **********
X8 500P/10FEB
A5 $MC558821XXXXXX6373/0314
RCCOCOM-US/JS875259-GUID/336FDD9E4B7442
  47B0539C2E7757E8B3
WEB SU CO 08FEB 2021Z DAEC4B UA
A5 WEB CLIENT IP 68.50.31.184 - APPLYFORMS
  OFPAYMENT
X5 WEB CLIENT IP 68.50.31.184 - REQUESTREC
  EIPTS
X5 ORIGINALLY ADDED BY WEB SU CO 08FEB 202
  1Z DA2D4F
RCCOCOM-US/JS875259-GUID/336FDD9E4B7442
  47B0539C2E7757E8B3
WEB SU CO 08FEB 2021Z DAEC4B UA
X7 TAE/1200N/08FEB/AI*DAVID WILLS*3204 TOW
  ER OAKS BLVD*ROCKVILLE MD 20852-4250
XF WEB2057674/B361
RCVD-
WEC SU ET 08FEB 2030Z D8F74F UA
A3 OSI YY REAC NNTP UA4609 CRPIAH 12FEB 22
  52Z12FEB
RCREACCOMMODATED BY C.A.R.S. 2/12/2014
  5:52:46 PM
WEE SU CA 12FEB 2252Z DA8225 UA
SC UA1704A 12FEBIAHMIA HK/XX 1 1919. 2241.
XS UA4684Q 15FEBIAHCRP HK/XX 1 2108. 2210.
XS UA1158Z 15FEBMIAIAH HK/XX 1 1825. 2025.
AS UA4345H 13FEBIAHCRP NN/SS 1 0845. 0951.
XQ     w
RCVD-P
IIE PD XV 13FEB 0346Z D8F74F UA
SC UA4609H 12FEBCRPIAH HK/XK 1 1600. 1700.
RCVD-P
IIE PD XV 13FEB 0350Z D8F74F UA
AS UA4290H 13FEBIAHCRP SB/SB 1 0706. 0808.
RCVD-
IAH PD HL 13FEB 1217Z B56998 UA
SC UA4345H 13FEBIAHCRP HK/XK 1 0845. 0951.
RCVD-
IAH PD HL 13FEB 1217Z B56998 UA
SC UA4290H 13FEBIAHCRP NN/SB 1 0706. 0808.
RCVD-
IAH PD HL 13FEB 1217Z B56998 UA
..... APIS INFORMATION ......

**********
FNAME:DAVID KEITH
LNAME:WILLS
DOB:520914 GENDER:M NAT:    RESIDENT:
HIST 1 ---- PARSDATE:08FEB  CITYCODE:WEB
HIST 2 ---- DUTYCODE:SU    LINIATA:DA2
HIST 1 ---- PARSDATE:08FEB  CITYCODE:WEB
HIST 2 ---- DUTYCODE:SU    LINIATA:DA2
.... QUEUE HISTORY ....
SYSQ/ETK/10
-ADR VERIF 08FEB2021Z
E
-ETK GS 41 08FEB2021Z DA846D CDM/10
QEP/ETK/26
-*** GS 43 08FEB2030Z DA84AB CDM/**
QR
-ETK SU ET 08FEB2030Z D12B8A WEC/26
QEP/ETK/31
-*** SU ET 08FEB2030Z D12B8A WEC/**
QR
-ETK SU ET 08FEB2030Z DA2BA7 TBM/31
SYSQ/ETK/45
-E - TKTG 13FEB0346Z
QEP/JPB/55
-ETK SU IP 13FEB0350Z DA4780 CRC/45
SYSQ/ETK/45
-E - TKTG 13FEB0350Z
QEP/JPB/54
-ETK SU IP 13FEB0350Z DA4780 CRC/45
QEP/WEK/8
-JPB SU AS 13FEB0350Z DA2BBA HDQ/55
QEP/WEK/8*ALRDY ON Q
-JPB SU AS 13FEB0355Z DA2BB9 HDQ/54
STORED FARE DATA FOLLOWS
XQ
  FARE QUOTE- AUTOPRICED - I
  WEB SU CO 08FEB2021Z DA2D4F UA
  CRP UA X/HOU 174.88HA3KN UA MIA 509.77EA0
  KN/UPDI UA X/HOU 360.9
  USD1183.25 XT129.74 TTL1312.99
  VA7KN/UPDI UA CRP 137.67QA7KN USD 1183.25
    END ZP CRP IAH MIA IA
  XT 88.74US 16.00ZP 10.00AY 15.00XF CRP4.
  5 IAH3 MIA4.5 IAH3
  V S 1/2 NOT VALID BEFORE/AFTER 12FEB
  V S 3/4 NOT VALID BEFORE/AFTER 15FEB
  PSGR1
  ENDORSE1- NONREF/0VALUAFTDPT/CHGFEE
  TOTAL FARE - USD1312.99
  RCVD-P
  IIE PD XV 13FEB0346Z D8F74F UA
  END FARE QUOTE HISTORY DATA
.......................................
.... ETKT CREATED 17FEB 0838Z VPH BY    FM

```
      UA
  WILLS/DAVIDKMR              01623962855911
              #1 OF 1 8FEB14
  CRP UA4609H 12FEB 400POK HA3KN
              NVB12FEB NVA12FEB
O IAH UA1704A 12FEB 719POK EAOKN/UPDI
              NVB12FEB NVA12FEB
O MIA UA1158Z 15FEB 625POK VA7KN/UPDI
              NVB15FEB NVA15FEB
O IAH UA4684Q 15FEB 908POK QA7KN
              NVB15FEB NVA15FEB

  CRP
FARE-USD TAX        TAX            TTL-USD
  1183.25 129.74                   1312.99
FC /FC CRP UA X/HOU 174.88HA3KN UA MIA 50
   9.77EAOKN/UPDI UA X/HOU 360.93VA7KN/UPD
   I UA CRP 137.67QA7KN USD 1183.25 END ZP
    CRP IAH MIA IAH XT88.74US16.00ZP10.00A
   Y15.00XF CRP4.5IAH3MIA4.5IAH3
FP CCCAXXXXXXXXXXXX6373/0314/N03482J
E1 NONREF/0VALUAFTDPT/CHGFEE
.... ETKT HISTORY .........................
  WILLS/DAVIDKMR              01623962855911
                             $USD 1312.99
FP CCCAXXXXXXXXXXXX6373/0314/N03482J
AI*DAVID WILLS*3204 TOWER OAKS BLVD*ROCKVI
LLE MD 20852-4250*
WEC SU ET 08FEB 2030Z D12B8A UA
T:SXXXXXXXXXXXX6373/0314/N03482JIVP01IET
CPN 1    CHECKED-IN.
WEB PD 99 12FEB 1941Z DAD55B UA
CPN  2   CHECKED-IN
WEB PD 99 12FEB 1941Z DAD55B UA
CPN 1    LIFTED
CRP PD MD 12FEB 2201Z D25B1E UA
CPN 1    UA  USED
CRP PD SS 12FEB 2250Z        UA
CPN  2   LIFTED
          13FEB 0054Z        UA
CPN  2   UNCHECKED-IN
IIE PD XV 13FEB 0346Z D8F74F UA
CPN 1    UNUSED
IIE PD XV 13FEB 0346Z D8F74F UA
T:ETREMOVE/U1.1
CPN 1234 ADJ PUR DTE FR 15FEB14 TO 16MAR15
IIE PD XV 13FEB 0346Z D8F74F UA
CPN 1234 ADJ PUR DTE FR 16MAR15 TO 17MAR15
PH   FM 14FEB 0843Z         UA
CPN 1234 ADJ PUR DTE FR 17MAR15 TO 18MAR15
PH   FM 15FEB 1626Z         UA
CPN 1234 ADJ PUR DTE FR 18MAR15 TO 20MAR15
PH   FM 17FEB 0838Z         UA
***************************************
```

**United Airlines, Inc**

| Conjunction Ticket(s) | | Origin / Destination | Point Of Sale : US WEC |
|---|---|---|---|
| | | CRP-CRP<br>Airline PNR/CTO_ATO<br>B9CBNV ET1056 D12B8A 0162 | Point Of Issue : WEC<br>Agency Name :<br>Book/Tktg Agnt : / 0000000<br>Bkg Outlet : |

| Name of Passenger | Date of Issue | Original Issue Info: | |
|---|---|---|---|
| WILLS DAVIDK/SR | 2014-02-08 | | Pax Type . ADT |
| Restrictions / Endorsements | Tour Code | Exta Svc Id : SEEWEC | Cpn Issn Usage . FFFF |
| NONREF/VALUAFTIDFT/CHGFEE | | Svc Id: SEE Snl FL. T<br>Trans Type : S PED: 2014-02-08<br>ECCB : 05895.2 Load Date: 2014.02.08 | Doc Type : TKTT<br>Load Id : 2000328715<br>Original Sale Info: |

| Cpn | Loc | Dest | OP Carr | Mkt Carr | OP Flt | Mkt Flt | Tk Dt | Bkg/ | tkt/ | Ticket Designator | Dprt Dt | Dprt Time | Fare Basis | Revenue Amt | YQ-amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CRP | IAH | UA | UA | 4609 | 4609 | 2014-02-12 | H | H | HA5KN | | :000 | HA5KN | 17-.35 | 0.0C |
| 2 | IAH | MIA | UA | UA | 1734 | 1734 | 2014-02-17 | A | A | EA0KN-UPD1 | | :x00 | EA0KN-UPD1 | 50.97 | 0.00 |
| 3 | MIA | IAH | UA | UA | 1153 | 1153 | 2014-02-15 | Z | Z | VA7KN-UPD1 | | :025 | VA7KN-UPD1 | 360.93 | 0.0C |
| 4 | IAH | CRP | UA | UA | 3081 | 3614 | 2014-02-17 | Q | Q | QA7KN | | :108 | QA7KN | 137.67 | 0.0C |

| FARE | 1,183.25 USD | Fare Calculation Area |
|---|---|---|
| | | CRP UA X/HOU 174.88HA3KN UA MIA 509.77EA0KN/UPD1 UA X/HOU 360.93VA7KN/UPD1 UA CRP 137.67QA7KN USD 1183.25 END ZP |
| AY | 10.00 | CRP IAH MIA IAH XT88.74US16.00ZP10.00AY15.00XF CRP4.5IAH3MIA4.5IAH3 |

| AY | 10.00 | Form of Payment | CC NUM<br>FILTERED | CC Amt USD. | Cvd.Orig Curr | Cash USD | Cash Orig<br>Amt | Exchange<br>Amt | Certificate.Cord.Num | Apprvl.Cd/CC.Expir.Dte./CarpNbr. |
|---|---|---|---|---|---|---|---|---|---|---|
| US | 88.74 | CCCA | 558821****** 6373 | 1,312.99 | 1,312.99 | 0.X | 0.00 | 0.30 | 0.00 | NE58821-2014-01-01 |
| XF | 3.00 | Fqtv Amt: | Seq # | 1 | | Other Fqtc USD<br>Amt: Orig Amt: | Comm.Type | Category | Comm.Amt: | Base Comm Amt: |
| XF | 4.50 | Fare Amt | | | | | NA | NA | 0.00 | 0.00 |
| XF | 3.00 | USD: 1,183.25 | | | | | | | | |
| XF | 4.50 | TieDec USD. | Airline Form-serial | 0162396285591 | | TktExch.Info Cpns<br>Surrendered | Ad Comm<br>Amt | Overrd.<br>Amt | Comm Rate | EDD Description |
| ZP | 10.00 | 1,312.99 | | | | | 0.00 | 0.30 | 0.00 | |
| Total Fare | 1,312.99 USD | | | | | | | | | |

| FOP Type | FOP Acct | FOP Amt - USD | Orig Curr Amt | Orig |
|---|---|---|---|---|
| CC | 55B8213003016373  Mask | 1,312.99 | 1,312.99 USD | |

## B LIFT

| Tkt | Cpn | Seg | Orig | Dest | Miles | Mktg<br>Carr | Oprg<br>Carr | Flt Date | Mktg Flt<br>Num | Oprg Flt<br>Num | Dprt<br>Time | Arrv<br>Time | Irreg | FBTD | Cbn | Seat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0162396285591 | 1 | | CRP | IAH | | UA | EV | 2/12/2014 | 4609 | 4609 | 1617 | 1729 | | | | |
| | 4 | | IAH | CRP | | UA | EV | 2/13/2014 | 4290 | 4290 | 0707 | 0825 | | | | 24A |

PAGE8641 UNITED AIRLINES          FLIGHT NUMBER 1158                    A C I    P D I FOR   15FEB14    RUN DATE 17FEB14
            CTY AG LNIATA DATE    TIME                                          CTY AG LNIATA DATE    TIME

A3-114B    WILLS/DAVIDK 7F4105B5
IN RECONCILE OK - 000 ADDED 000 XCLED

2:17cr390-002024

PAGE0964 UNITED AIRLINES          FLIGHT NUMBER 4290                    A  C  I     P  D  I  FOR    13FEB14        RUN DATE 15FEB14
               CTY AG LNIATA DATE   TIME                                          CTY AG LNIATA DATE     TIME

                              IAH HL B56998 13FEB  417A .4345-WILLSII B0
                                IAH HL B56998 13FEB  417A *K
                     IAH HL B56998 13FEB  417A IN OVLY WILLS/DAVIDK 7F4105B5
                          IAH HL B56998 13FEB  417A K.Y-WILLS/DAVIDK
                           IAH HL B56998 13FEB  418A BF-WILLS

2:17-cr-390-002025

*******************************************
EMHA PNR.MHR7PK CR03FEB 1757Z WEB BY SU CO
DA26EE UA
***1.1WILLS/DAVIDKMR
FONE-WEB2057674/EB361
CRP9902226/H301
WEB*4552030O DO NOT REMOVE-AGENCY CLAIM
NOT ALLOWED/N000
RCVD-COCOM-US/JS875259-GUID/8086FFAF58AC49
028AA152E54864D8C0
TKT -T/FQR - INVOICE/558821XXXXXX6373/2395
5591263/0001//2158.50
G FX-SSRFQTVUAHK/UAJS875259.1-WILLS/DAVIDK
MR|01.01
SSRDOCSUAHK1/////14SEP52/M//WILLS/DAVID/
KEITH-1WILLS/DAV
SSRDOCSUA///IDKMR
OSI UA PREM 1K MEMBER - PLZ EXTEND ALL C
OURTESIES
RMKS-$MC558821XXXXXX6373/0314
WEB*CO COM RESERVATIONS - US
AVAILABILITY SOURCE - ITA
WEB CLIENT IP 72.181.73.204 - APPLYFORMS
OFPAYMENT
EMAIL RQSTD PEATINS-AT-GMAIL.COM
04 REMARKS ADDED BY WEB SU CO 03FEB 1757
Z DA26EE
RBY03FEB*APPR CC MC 02708J/VP01/$2158.50
WEBCO
PB TKT ORDERID*17896D05-18ED-4E89-8027-F
60106E63AF6
02 REMARKS ADDED BY WEB SU CO 03FEB 1758
Z DA5BF6
CDM: PNR SENT TO 41ST PARAMETER CDM41
01 REMARKS ADDED BY CDM GS 41 03FEB 1758
Z DA8490
CDM: CDM APPROVED TO TICKET S-AA CDM43
01 REMARKS ADDED BY CDM GS 43 03FEB 1804
Z DA84A0
03FEB/1205/EMAIL-REQUEST ACKNOWLEDGED*ET
KT
01 REMARKS ADDED BY WEC SU ER 03FEB 1805
Z D11D82
03FEB/1210/EMAIL RECEIPT SENT 02/03
01 REMARKS ADDED BY WEC SU ER 03FEB 1810
Z D11D87
BP FAX-REQUEST ACKNOWLEDGED*ETKT
01 REMARKS ADDED BY WEB PD 99 28FEB 1448
Z DA071A
UNDF-SSRPSPTUAHK/$O-WILLS/DAVIDKMR$N-WILLS
/DAVID KEITH$D-P/4760456969E-201004$C-US
$B-520914$G-M|01.01
1 UA4176W 20FEB CRPIAH HK 1 1258. 1400.
2 UA1007P 20FEB IAHBOG HK 1 1528. 2133.
3 UA1008C 01MAR BOGIAH HK 1 0850. 1313.

4 UA4391Y 01MAR IAHCRP HK 1 1745. 1845.
*****        PNR HISTORY        **********
X8 500P/05FEB
A5 $MC558821XXXXXX6373/0314
RCCOCOM-US/JS875259-GUID/8086FFAF58AC49
028AA152E54864D8C0
WEB SU CO 03FEB 1758Z DA5BF6 UA
A5 WEB CLIENT IP 72.181.73.204 - APPLYFORM
SOFPAYMENT
X5 WEB CLIENT IP 72.181.73.204 - REQUESTRE
CEIPTS
X5 ORIGINALLY ADDED BY WEB SU CO 03FEB 175
7Z DA26EE
RCCOCOM-US/JS875259-GUID/8086FFAF58AC49
028AA152E54864D8C0
WEB SU CO 03FEB 1758Z DA5BF6 UA
X7 TAE/1200N/03FEB/AI*DAVID WILLS*3204 TOW
ER OAKS BLVD*ROCKVILLE MD 20852-4250
XF WEB2057674/B361
RCVD-
WEC SU ET 03FEB 1805Z D12B8B UA
XP SSRPSPTUAHK/$O-WILLS/DAVIDKMR$N-WILLS/D
AVID KEITH$B-520914$G-M|01.01
RCVD-
CRP PD 96 20FEB 1415Z
...... APIS INFORMATION ......
***********
FNAME:DAVID KEITH
LNAME:WILLS
DOB:520914 GENDER:M NAT:USA RESIDENT:USA
TYPE:P NUMBER:476045696
ISS DATE:     EXPIRY:201004  PLACE:USA
HIST 1 ---- PARSDATE:03FEB  CITYCODE:WEB
HIST 2 ---- DUTYCODE:SU   LINIATA:DA2
HIST 1 ---- PARSDATE:03FEB  CITYCODE:WEB
HIST 2 ---- DUTYCODE:SU   LINIATA:DA2
.... QUEUE HISTORY ....
SYSQ/ETK/10
-ADR VERIF 03FEB1758Z
E
-ETK GS 41 03FEB1758Z DA8490 CDM/10
QEP/ETK/26
-*** GS 43 03FEB1804Z DA84A0 CDM/**
QR
-ETK SU ET 03FEB1805Z D12B8B WEC/26
QEP/ETK/31
-*** SU ET 03FEB1805Z D12B8B WEC/**
QR
-ETK SU ET 03FEB1805Z DA2BA7 TBM/31
LD1008/1MARBOG-Q45
-*** PD KY 28FEB0933Z D7CB14 BOG/**
QR
-BOG PD KY 28FEB0947Z D7CB14 BOG/45
STORED FARE DATA FOLLOWS

TOTAL FARE - USD2158.50
FARE QUOTE- AUTOPRICED - I
WEB SU CO 03FEB1757Z DA26EE UA
    USD FARE        TAX - USD
          USD TTL
1 - 2037.00              XT121.50
          2158.50
CRP UA X/HOU UA BOG Q85.00 468.00WLX3F9LN/
UPDI UA X/HOU Q85.00 U
A CRP 1399.00CLW0C9LN NUC 2037.00 END ROE
1.00 XT 5.50YC 7.00XY
5.00XA 35.00US 7.50AY 36.00CO 15.00JS 10.5
0XF CRP4.5 IAH3 IAH3
V S 1/2 NOT VALID BEFORE/AFTER 20FEB
V S 3/4 NOT VALID BEFORE/AFTER 01MAR
PSGR1
ENDORSE1- NONREF/0VALUAFTDPT/CHGFEE
END FARE QUOTE RECORD DATA
.........................................
.... ETKT CREATED 02MAR 0021Z IAH BY PD SS
UA
WILLS/DAVIDKMR          01623955591263
          #1 OF 1 3FEB14
CRP UA4176W 20FEB1258POK WLX3F9LN/UPDI
     NVB20FEB NVA20FEB USED
X IAH UA1007P 20FEB 328POK WLX3F9LN/UPDI
     NVB20FEB NVA20FEB USED
O BOG UA1008C 01MAR 850AOK CLW0C9LN
     NVB01MAR NVA01MAR USED
X IAH UA4391Y 01MAR 545POK CLW0C9LN
     NVB01MAR NVA01MAR USED
CRP
FARE-USD TAX     TAX          TTL-USD
2037.00 121.50               2158.50
FC /FC CRP UA X/HOU UA BOG Q85.00 468.00W
LX3F9LN/UPDI UA X/HOU Q85.00 UA CRP 139
9.00CLW0C9LN NUC 2037.00 END ROE 1.00 X
T5.50YC7.00XY5.00XA35.00US7.50AY36.00CO
15.00JS10.50XF CRP4.5IAH3IAH3
FP CCCAXXXXXXXXXXXXXX6373/0314/N02708J
E1 NONREF/0VALUAFTDPT/CHGFEE
.... ETKT HISTORY ......................
WILLS/DAVIDKMR          01623955591263
          $USD 2158.50
FP CCCAXXXXXXXXXXXXXX6373/0314/N02708J
AI*DAVID WILLS*3204 TOWER OAKS BLVD*ROCKVI
LLE MD 20852-4250*
WEC SU ET 03FEB 1805Z D12B8B UA
T:$XXXXXXXXXXXXXX6373/0314/N02708J|VP01|ET
CPN 1    CHECKED-IN
WEB PD 96 20FEB 1415Z DAD55F UA
CPN 2    CHECKED-IN
WEB PD 96 20FEB 1415Z DAD55F UA
CPN 1    LIFTED

```
CRP PD MD 20FEB 1907Z D25B1E UA
CPN 1     UA  USED
CRP PD SS 20FEB 1956Z           UA
CPN  2    LIFTED
          20FEB 2054Z           UA
CPN  2   UA  USED
IAH PD SS 20FEB 2155Z           UA
CPN  3   CHECKED-IN
WEB PD 98 28FEB 1352Z DA4502 UA
CPN   4 CHECKED-IN
WEB PD 98 28FEB 1352Z DA4502 UA
CPN  3   LIFTED
          01MAR 1303Z           UA
CPN  3   UA  USED
BOG PD SS 01MAR 1420Z           UA
CPN   4 LIFTED
          01MAR 2331Z           UA
CPN  4 UA  USED
IAH PD SS 02MAR 0021Z           UA
CPN 1234 ADJ PUR DTE FR 01MAR14 TO 08MAR14
IAH PD SS 02MAR 0021Z           UA
*****************************************
```

2:17-cr-390-002027

| United Airlines, Inc | | | Conjunction Ticket(s) | | | Origin / Destination CRP CRP Airline PNR:CTO_ATO MHRJPK ET1056 D12B8B 0162 | | | Point Of Sale : US WEC Point Of Issue : WEC Agency Name : Book Tktg Agnt · / 0000000 Bkg Outlet : | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Name of Passenger** WILLS DAVIDSMR | | | **Date of Issue** 2014-02-03 | | | **Original Issue info:** | | | | |
| **Restrictions / Endorsements** NONREF/TOM UAFTCPT CHOFEE | | | **Tour Code** | | | **Exm Svc Id : SEE WEC** Svc Id     SEE   Sst FL:    T Trans Type : S       PED:      2014-02-03 FCCH :          992194 Lead Date: 2014-02-04 | | | Pax Type :          ADT Cpn Issu Usage :   FFFF Doc Type .          TKIT Load Id ·          2000526376 Original Sale Info : | |

| Cpn | Lst | Dest | OP Carr | Mrk Carr | OP Flt | Mrk Flt | Flt Dt | Bkg / | tkng / | Ticket Designator | Dprt Dt | Dprt Time | Fare Basis | Revenue Amt | YQ-amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CRP | IAH | UA | UA | 4176 | 4176 | 2014-02-20 | X | W | WLX5F9LNUPDI | | 1254 | WLX5F9LNUPDI | 7608 | 200 |
| 2 | IAH | BOG | UA | UA | 1007 | 1007 | 2014-02-20 | P | P | WLX5F9LNUPDI | | 1523 | WLX5F9LNUPDI | 47635 | 200 |
| 3 | BOG | IAH | UA | UA | 1008 | 1008 | 2014-03-01 | C | C | CLWOC9LN | | 0855 | CLWOC9LN | 127357 | 200 |
| 4 | IAH | CRP | UA | UA | 4391 | 4391 | 2014-03-01 | Y | Y | CLWOC9LN | | 1725 | CLWOC9LN | 204 00 | 200 |

| FARE | 2,037.00 USD | **Fare Calculation Area** CRP UA X4IOU UA BOG Q85.00 468.00WLX3F9LNUPDI UA X3HOU Q85.00 UA CRP 1399.00CLW0C9LN NUC 2037.00 END ROE 1.00 XT5.50YC7.00XY5.00XA35.00US7.50AY36.00CO15.00JS10.50XF CRP4.5IAH5IAH3 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A3 | 7.50 | | | | | | | | | | |
| GO | 36.00 | **Form of Payment** | **CC NUM FILTERED** | **CC Amt USD.** | **Crd.Orig Curr** | **Cash USD** | **Cash Orig Amt** | **Exchange Amt** | **Certificate/Corn.Num** | **Apprv1Cd.CC.Expir.Dte/Useq.Nm.** | |
| JS | 10.50 | CCCA | 5588213******4573 | 2,158.50 | 2,158.50 | 000 | 000 | 000 | 000 | N02/XM/ 2014-03-01 | |
| JS | 10.50 | **Equv Amt** | **Seq #** | 1 | | **Other Fopc USD Amts Orig Amt:** | **Comm.Type** | **Category** | **Comm.Amt:** | **Base Comm.Amt:** | |
| YC | 7.00 | **Fare Amt USD** 2,037.00 | | | | | N/A | N/A | 000 | 000 | |
| XF | 3.00 | | | | | | | | | | |
| YP | 1.00 | **Tax Doc USD.** 2,158.50 | **Airline Form-serial** | 0162395559126 | | **Tax Exch.Info Cpns Surrendered** | **Ad Comm Amt** | **Ovcrd. Amt** | **Comm Rate** | **EDD Description** | |
| XF | 4.50 | | | | | | 000 | 000 | 000 | | |
| XA | 3.00 | | | | | | | | | | |
| YC | 1.50 | | | | | | | | | | |
| Total Fare | 2,158.50 USD | | | | | | | | | | |

| FOP Type | FOP Acct | FOP Amt - USD | Orig Curr Amt | Orig C |
|---|---|---|---|---|
| CC | 5588213003016373 [Mask] | 2,158.50 | 2,158.50 | USD |

# ≡ LIFT

### ₹ Loading

| Tkt | Cpn | Seg | Orig | Dest | Miles | Mktg Carr | Oprg Carr | Flt Date | Mktg Flt Num | Oprg Flt Num | Dprt Time | Arrv Time | Irreg | FBTD | Cbn | Seat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0162395559126 | 1 | | CRP | IAH | UA | EV | 2/20/2014 | 4176 | 4176 | 1323 | 1424 | | | | 2A |
| | 2 | | IAH | BOG | UA | CO | 2/20/2014 | 1007 | 1007 | 1525 | 2134 | | | | 1B |
| | 3 | | BOG | IAH | UA | CO | 3/1/2014 | 1008 | 1008 | 0845 | 1314 | | | | 1B |
| | 4 | | IAH | CRP | UA | EV | 3/1/2014 | 4391 | 4391 | 1754 | 1854 | | | | 2A |

```
PAGE5007 UNITED AIRLINES          FLIGHT NUMBER 1008           A  C  I    P  D  I  FOR    01MAR14      RUN DATE 03MAR14
               CTY AG LNIATA DATE    TIME                                CTY AG LNIATA DATE    TIME

                          BOG 98 000000 28FEB  552A AP1008-WILLS/DAVIDK *XML*
                          WEB 98 DA4502 28FEB  552A 1008/01MAR/BOG-WILLS/DAVIDKMR
                                          BO.CRP


PAGE4341 UNITED AIRLINES          FLIGHT NUMBER 1007           A  C  I    P  D  I  FOR    20FEB14      RUN DATE 22FEB14
               CTY AG LNIATA DATE    TIME                                CTY AG LNIATA DATE    TIME

                          CRP 96 000000 20FEB  615A AP1007-WILLS/DAVIDK *XML*
                          WEB 96 DAD55F 20FEB  615A 4176/20FEB/CRP-WILLS/DAVIDKMR
                                          BO.BOG
```

2:17cr390-002029

PAGE 53,703 UNITED AIRLINES     FLIGHT NUMBER 0261     NAME WILLMORE     P D I  FOR  09FEB14     RUN DATE 11FEB14

```
*****************************************
EMHA PNR.BQ94M9 CR23JAN 1529Z WEB BY SU CO
DA6556 UA
***1.1WILLS/DAVIDKMR
FONE-WEB2057674/EB361
  CRP9902226/H301
  WEB*45520300 DO NOT REMOVE-AGENCY CLAIM
  NOT ALLOWED/N000
RCVD-COCOM-US/JS875259-GUID/3C6C4D8789B143
  5EAE67CD9DE657F26D
TKT -T/FQR - INVOICE/558821XXXXXX6373/2394
  1201035/0001//1330.99
G FX-SSRFQTVUAHK/UAJS875259.1-WILLS/DAVIDK
  MR|01.01
  SSRDOCSUAHK1/////14SEP52/M//WILLS/DAVID/
  KEITH-1WILLS/DAV
  SSRDOCSUA///IDKMR
  OSI UA PREM 1K MEMBER - PLZ EXTEND ALL C
  OURTESIES
RMKS-$MC558821XXXXXX6373/0314
  WEB*CO COM RESERVATIONS - US
  AVAILABILITY SOURCE - ITA
  WEB CLIENT IP 65.36.41.111 - APPLYFORMSO
  FPAYMENT
  EMAIL RQSTD PEATINS-AT-GMAIL.COM
  04 REMARKS ADDED BY WEB SU CO 23JAN 1529
  Z DA6556
  RBY23JAN*APPR CC MC 08214J/VP01/$1330.99
  WEBCO
  PB TKT ORDERID*24B026AB-FC40-4332-8738-8
  5D606F152D4
  02 REMARKS ADDED BY WEB SU CO 23JAN 1529
  Z DA06DF
  CDM: PNR SENT TO 41ST PARAMETER CDM41
  01 REMARKS ADDED BY CDM GS 41 23JAN 1530
  Z DAB963
  CDM: CDM APPROVED TO TICKET -PROCESS OVR
  IDE- CDM41
  01 REMARKS ADDED BY CDM GS 41 23JAN 1544
  Z DAB981
  23JAN/0944/EMAIL-REQUEST ACKNOWLEDGED*ET
  KT
  01 REMARKS ADDED BY WEC SU ER 23JAN 1544
  Z D11D5D
  23JAN/0949/EMAIL RECEIPT SENT 01/23
  01 REMARKS ADDED BY WEC SU ER 23JAN 1549
  Z D11D5A
  BP FAX-REQUEST ACKNOWLEDGED*ETKT
  01 REMARKS ADDED BY WEB PD 99 03FEB 2142
  Z DA6D34
  BP FAX-REQUEST ACKNOWLEDGED*ETKT
  01 REMARKS ADDED BY WEB PD 99 09FEB 1254
  Z DA041F
  1 UA4345V 04FEB CRPIAH HK 1 1253. 1355.
  2 UA 260Z 04FEB IAHDCA HK 1 1438. 1831.
```

Page 69 of 77

```
  3 UA 261A 09FEB DCAIAH HK 1 1154. 1425.
  4 UA3810W 09FEB IAHCRP HK 1 1540. 1642.
*****        PNR HISTORY        **********
X8 500P/25JAN
A5 $MC558821XXXXXX6373/0314
RCCOCOM-US/JS875259-GUID/3C6C4D8789B143
  5EAE67CD9DE657F26D
WEB SU CO 23JAN 1529Z DA06DF UA
A5 WEB CLIENT IP 65.36.41.111 - APPLYFORMS
OFPAYMENT
X5 WEB CLIENT IP 65.36.41.111 - REQUESTREC
EIPTS
X5 ORIGINALLY ADDED BY WEB SU CO 23JAN 152
9Z DA6556
RCCOCOM-US/JS875259-GUID/3C6C4D8789B143
  5EAE67CD9DE657F26D
WEB SU CO 23JAN 1529Z DA06DF UA
X7 TAE/1200N/23JAN/AI*DAVID WILLS*3204 TOW
ER OAKS BLVD*ROCKVILLE MD 20852-4250
XF WEB2057674/B361
RCVD-
WEC SU ET 23JAN 1544Z DA2FBD UA
.....  APIS INFORMATION  ......
***********
FNAME:DAVID KEITH
LNAME:WILLS
DOB:520914 GENDER:M NAT:      RESIDENT:
HIST 1 ---- PARSDATE:23JAN  CITYCODE:WEB
HIST 2 ---- DUTYCODE:SU      LINIATA:DA6
HIST 1 ---- PARSDATE:23JAN  CITYCODE:WEB
HIST 2 ---- DUTYCODE:SU      LINIATA:DA6
....  QUEUE HISTORY ....
SYSQ/ETK/10
-ADR VERIF 23JAN1529Z
E
-ETK GS 41 23JAN1530Z DAB963 CDM/10
QEF/ETK/26
-*** GS 41 23JAN1544Z DAB981 CDM/**
QR
-ETK SU ET 23JAN1544Z DA2FBD WEC/26
QEF/ETK/31
-*** SU ET 23JAN1544Z DA2FBD WEC/**
QR
-ETK SU ET 23JAN1544Z DA2BA7 TBM/31
STORED FARE DATA FOLLOWS
TOTAL FARE - USD1330.99
FARE QUOTE- AUTOPRICED - I
WEB SU CO 23JAN1529Z DA6556 UA
     USD FARE              TAX - USD
                   USD TTL
1 - 1199.99               XT131.00
                 1330.99
CRP UA X/HOU 124.65VA10KN UA WAS 416.74VE1
03FND/UPDI UA X/HOU 54
```

```
6.04UE73FN/UPDI UA CRP 112.56WA14KN USD 11
99.99 END ZP CRP IAH D
CA IAH XT 90.00US 16.00ZP 10.00AY 15.00XF
CRP4.5 IAH3 DCA4.5 IAH
3
V S 1/2 NOT VALID BEFORE/AFTER 04FEB
V S 3/4 NOT VALID BEFORE/AFTER 04FEB
PSGR1
  ENDORSE1- NONREF/OVALUAFTDPT/CHGFEE
END FARE QUOTE RECORD DATA
.........................................
.... ETKT CREATED 09FEB 2220Z IAH BY PD SS
     UA
WILLS/DAVIDKMR          01623941201035
             #1 OF 1 23JAN14
  CRP UA4345V 04FEB1253POK VA10KN
         NVB04FEB NVA04FEB USED
O IAH UA 260Z 04FEB 238POK VE103FND/UPDI
         NVB04FEB NVA04FEB USED
O DCA UA 261A 09FEB1154AOK UE73FN/UPDI
         NVB09FEB NVA09FEB USED
O IAH UA3810W 09FEB 340POK WA14KN
         NVB09FEB NVA09FEB USED
  CRP
FARE-USD TAX      TAX         TTL-USD
  1199.99 131.00              1330.99
FC  /FC CRP UA X/HOU 124.65VA10KN UA WAS 4
    16.74VE103FND/UPDI UA X/HOU 546.04UE73F
    N/UPDI UA CRP 112.56WA14KN USD 1199.99
    END ZP CRP IAH DCA IAH XT90.00US16.00ZP
    10.00AY15.00XF CRP4.5IAH3DCA4.5IAH3
FP CCCAXXXXXXXXXXXXX6373/0314/N08214J
E1 NONREF/OVALUAFTDPT/CHGFEE
.... ETKT HISTORY ........................
WILLS/DAVIDKMR          01623941201035
                       $USD 1330.99
FP CCCAXXXXXXXXXXXXX6373/0314/N08214J
AI*DAVID WILLS*3204 TOWER OAKS BLVD*ROCKVI
LLE MD 20852-4250*
WEC SU ET 23JAN 1544Z DA2FBD UA
T:SXXXXXXXXXXXXX6373/0314/N08214J!VP01|ET
CPN 1   CHECKED-IN
WEB PD 99 03FEB 2142Z DAC198 UA
CPN 2   CHECKED-IN
WEB PD 99 03FEB 2142Z DAC198 UA
CPN 1   LIFTED
CRP PD CP 04FEB 1830Z D25B1E UA
CPN 1   UA  USED
CRP PD SS 04FEB 1920Z       UA
CPN 2   LIFTED
        04FEB 2047Z         UA
CPN 2   UA  USED
IAH PD SS 04FEB 2155Z       UA
CPN 3   CHECKED-IN
```

2:17-cr-00390-002030

```
WEB PD 98 08FEB 1657Z DA0AE0 UA
CPN    4 CHECKED-IN
WEB PD 98 08FEB 1657Z DA0AE0 UA
CPN    3  LIFTED
            09FEB 1622Z        UA
CPN    3  UA  USED
DCA PD SS 09FEB 1730Z          UA
CPN    4 LIFTED
            09FEB 2136Z        UA
CPN    4 UA  USED
IAH PD SS 09FEB 2220Z          UA
CPN 1234 ADJ PUR DTE FR 09FEB14 TO 16FEB14
IAH PD SS 09FEB 2220Z      UA
********************************************
```

2:17cr390-002031

Airline ticket document — United Airlines, Inc.

| United Airlines, Inc | | Conjunction Ticket(s) | | Origin / Destination | | Point Of Sale : | US WEC |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | CPZ CRP | | Point Of issue : | WEC |
| | | | | Adras ENRCTO_ATO | | Agency Name : | |
| | | | | BQ94M9 BTI056 DA2FBD 0162 | | Book/Tktg Agnt / 0000000 | |
| | | | | | | Bkg Outlet | |
| Name of Passenger | | Date of Issue | | Original Issue Info | | | |
| WILLS-DAVIDKMR | | | | | | Pax Type : | ADT |
| Restrictions / Endorsements | | Tour Code | | Frm Src Id : SLTWTC | | Cpn Issn Usage . | FFFF |
| NONREF/CXL/AF/TP/TCHGFEE | | | | | | Doc Type : | TKTT |
| | | | | | | Load Id : | 2000321894 |
| | | | | | | Original Sale Info | |

| Cpn | Loc | Dest | OP Carr | Mrk Carr | OP Flt | Mrk Flt | Flt Dt | Bkg/ | tkg/ | Ticket Designator | Dprt Dt | Dprt Time | Fare Basis | Revenue Amt | YQ Amt |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | CRP | IAH | UA | UA | 4345 | 4345 | 2014-02-04 | V | V | VA14KN | | 1256 | VA14KN | 124.65 | 0.00 |
| 2 | IAH | DCA | UA | UA | 0260 | 0260 | 2014-02-04 | A | A | VE103FND UPDI | | 1508 | VE103FND UPDI | 416.74 | 0.00 |
| 3 | DCA | IAH | UA | UA | 0261 | 0261 | 2014-02-09 | A | A | XE71FNUPDI | | 1152 | XE71FNUPDI | 546.04 | 0.00 |
| 4 | IAH | CRP | UA | UA | 3810 | 3810 | 2014-02-09 | W | W | WA14KN | | 1545 | WA14KN | 112.56 | 0.00 |

| FARE | 1,130.00 USD | Fare Calculation Area |
| --- | --- | --- |

CRP UA X/HOU 124.65VA10KN UA WAS 416.74VE103FND/UPDI UA X/HOU 546.04UE73FN/UPDI UA CRP 112.56WA14KN USD 1199.99 END ZP CRP IAH DCA IAH XF90.00US$6.00ZP10.00AY15.00XF CRP4.51AH3DCA4.51AH3

| XT | 13.00 |
| XF | 20.00 |
| XF | 3.00 |
| XT | 4.70 |
| XT | 5.00 |
| XF | 4.50 |
| ZP | 13.00 |
| Tem | 1,333.99 |

| Form of Payment | CC-NUM FILTERED CC Amt USD | Cred/Orig Carr | Cash USD | Cash Orig Amt | Exchange Amt | Cert/extra Card Num | Apprvl CC/CC Exprr Dts/CcigNm. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| CCCA | 5588213000000373 | 1,330.99 | 1,330.99 | 0.00 | 0.00 | 0.00 | NE821A7 2014-10-31 |
| Eqiv Amt | Seq # | | Other Fees USD Aust Orig Amt | Comm Type | Category | Comm. Amnt | Base Comm Amnt |
| | | | | N/A | N/A | 0.00 | 0.00 |
| Fare Amt USD 1,166.00 | | | | | | | |
| Tax (Inc USD 1,330.99 | Airline Form sertal | 0162394120103 | Tot Farchdeb Cpns Surrendered | All Comm Amt | Ovrrd. Amt | Comm Rate | EBD Description |
| | | | | 0.00 | 0.00 | 0.00 | |

| FOP Type | FOP Acct | FOP Amt - USD | Orig Curr Amt | Orig |
| --- | --- | --- | --- | --- |
| CC | 5588213003016373  Mask | 1,330.99 | 1,330.99 | USD |

⊟ LIFT

| Tkt | Cpn | Seg | Orig | Dest | Miles | Mktg Carr | Oprg Carr | Flt Date | Hktg Flt Num | Oprg Flt Num | Dprt Time | Arrv Time | Irreg | FBTD | Cbn | Seat |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 0162394120103 | 1 | | CRP | IAH | | UA | EV | 2/4/2014 | 4345 | 4345 | 1246 | 1340 | | | | 5A |
| | 2 | | IAH | DCA | | UA | UA | 2/4/2014 | 0260 | 0260 | 1510 | 1850 | | | | 2B |
| | 3 | | DCA | IAH | | UA | UA | 2/9/2014 | 0261 | 0261 | 1157 | 1421 | | | | 1E |
| | 4 | | IAH | CRP | | UA | EV | 2/9/2014 | 3810 | 3810 | 1553 | 1647 | | | | 1A |

PAGE3398 UNITED AIRLINES       FLIGHT NUMBER 0261            A C I   P D I FOR   09FEB14     RUN DATE 11FEB14
         CTY AG LNIATA DATE     TIME                                CTY AG LNIATA DATE     TIME

                WEB 98 DA0AE0 08FEB   857A 261/09FEB/DCA-WILLS/DAVIDKMR
                                      B0.CRP

PAGE2657 UNITED AIRLINES       FLIGHT NUMBER 0260            A C I   P D I FOR   04FEB14     RUN DATE 06FEB14
         CTY AG LNIATA DATE     TIME                                CTY AG LNIATA DATE     TIME

                WEB 99 DAC198 03FEB   142P 4345/04FEB/CRP-WILLS/DAVIDKMR
                                      B0.DCA

2:17-cr-390-0002032

*******************************************
EMHA PNR.A7HR5F CRO5JAN 2309Z WEB BY SU CO
DAEC2C UA
***1.1WILLS/DAVIDKMR
FONE-WEB2057674/EB361
CRP9902226/H301
WEB*45520300 DO NOT REMOVE-AGENCY CLAIM
NOT ALLOWED/NO00
RCVD-COCOM-US/JS875259-GUID/84D07B97A23D47
F59A362C24E97E7C3B
TKT -T/FQR/CA CRPIAHDCAIAH/23943101992/000
1//1091.00
G FX-SSRFQTVUAHK/UAJS875259.1-WILLS/DAVIDK
MR|01.01
SSRDOCSUAHK1/////14SEP52/M//WILLS/DAVID/
KEITH-1WILLS/DAV
SSRDOCSUA///IDKMR
OSI UA PLATINUM MEMBER - PLZ EXTEND ALL
COURTESIES
OSI YY PET-IN-CABIN RECORD LOCATOR *G4ZM
5P*
SSRPETCUANN1CRPIAH4557Y24JAN-1WILLS/DAVI
DKMR.PET*G4ZM5P -5 LBS
SSRPETCUANN1IAHDCA1405Y24JAN-1WILLS/DAVI
DKMR.PET*G4ZM5P -5 LBS
OSI YY REAC QUED UA4557 CRPIAH 24JAN 201
4Z23JAN
RMKS-SMC558821XXXXXX6373/0314
12JAN/PET CBN/01629238113705/CC/$125.00/
DAVIDK/TKTSVC
WEB*CO COM RESERVATIONS - US
AVAILABILITY SOURCE - ITA
WEB CLIENT IP 72.181.73.204 - APPLYFORMS
OFPAYMENT
EMAIL RQSTD PEATINS-AT-GMAIL.COM
04 REMARKS ADDED BY WEB SU CO 05JAN 2309
Z DAEC2C
RBY05JAN*APPR CC MC 08344J/VP01/$1091.00
WEBCO
PB TKT ORDERID*BBA4D006-D53D-4B9C-8602-3
259CAFD5247
02 REMARKS ADDED BY WEB SU CO 05JAN 2309
Z DA289E
CDM: PNR SENT TO 41ST PARAMETER CDM41
01 REMARKS ADDED BY CDM GS 41 05JAN 2310
Z DA847B
CDM: CDM APPROVED TO TICKET S-AA CDM43
01 REMARKS ADDED BY CDM GS 43 05JAN 2317
Z DA84AB
05JAN/1718/EMAIL-REQUEST ACKNOWLEDGED*ET
KT
01 REMARKS ADDED BY WEC SU ER 05JAN 2318
Z D11D7D
05JAN/1723/EMAIL RECEIPT SENT 01/05
01 REMARKS ADDED BY WEC SU ER 05JAN 2323

Z D11D7A
ATTN NEXT AGENT - PASSENGER HAS BEEN ADV
ISED OF THE KENNEL
TYPE AND DIMENSIONS ALLOWED FOR IN CABIN
PETS
HADV ONLY 4 IN CABIN PET PER UNITED AIRL
INES INC.
08 REMARKS ADDED BY IBM AS MI 13JAN 0038
Z DB75EE
12JAN/RECEIPT REQUESTED/TKTSVC
01 REMARKS ADDED BY RTX SU RE 13JAN 0038
Z DAA605
12JAN/1838/EMAIL-REQUEST ACKNOWLEDGED*ET
KT
01 REMARKS ADDED BY WEC SU ER 13JAN 0038
Z D11D65
EMAIL RQSTD-PEATINS-AT-GMAIL.COM
01 REMARKS ADDED BY IBM AS MI 13JAN 0039
Z DB75EE
12JAN/1839/EMAIL-REQUEST ACKNOWLEDGED*ET
KT
01 REMARKS ADDED BY WEC SU ER 13JAN 0039
Z D11D63
EMAIL RQSTD-LORIJEANNE-AT-MAC.COM
01 REMARKS ADDED BY IBM AS MI 13JAN 0040
Z DB75EE
12JAN/1840/EMAIL-REQUEST ACKNOWLEDGED*ET
KT
01 REMARKS ADDED BY WEC SU ER 13JAN 0040
Z D11D63
12JAN/1845/EMAIL RECEIPT SENT 01/12
01 REMARKS ADDED BY WEC SU ER 13JAN 0045
Z D11D68
SSIR UA4557 24JAN CRPIAH CXLD 1/23/2014
2:57:51 PM
01 REMARKS ADDED BY WEE SU CA 23JAN 1957
Z DA0213
CARS REACCOMM UA4557 24JAN CRPIAH QUED 1
/23/2014 3:14:45 PM
01 REMARKS ADDED BY WEE SU CA 23JAN 2014
Z DA02A8
HADV UA4699* EXPRESSJET AIRLINES INC. DB
A UNITED EXPRESS
23JAN*SCHEDULE CHANGE CHIQU
02 REMARKS ADDED BY CHI AS QU 24JAN 0251
Z DA8860
BP FAX-REQUEST ACKNOWLEDGED*ETKT
01 REMARKS ADDED BY WEB PD 99 24JAN 0306
Z DAEEDD
24JAN/HADV/UA3457/XXLD/OT/PROT BKD/INVOL
RERTE
24JAN/DIALER ATTEMPTED/IGIA0
02 REMARKS ADDED BY IGI SU A0 24JAN 0658
Z DB7504

ATTN: 24JAN PROCESSED BY AUTO NOTIFICATI
ON IO
01 REMARKS ADDED BY WRC SU SC 24JAN 0700
Z D13D10
ATTN: 24JAN EMAIL SENT HQSSC
CONTACT INFO PEATINS-AT-GMAIL.COM
02 REMARKS ADDED BY WRC SU SC 24JAN 0701
Z D13D10
ATTN: 24JAN EMAIL SENT HQSSC
CONTACT INFO PEATINS-AT-GMAIL.COM
02 REMARKS ADDED BY WRC SU SC 24JAN 0701
Z D13D10
ATTN: 24JAN EMAIL SENT HQSSC
CONTACT INFO PEATINS-AT-GMAIL.COM
02 REMARKS ADDED BY WRC SU SC 24JAN 0702
Z D13D10
***ATTN NXT AGT***************************
*********
EXCEPTION POLICY (SEV 1) IAH - 1/23/14
****************************************
*************** *****
03 REMARKS ADDED BY CHI AS PG 24JAN 2049
Z DA890B
HADV UA4176* EXPRESSJET AIRLINES INC. DB
A UNITED EXPRESS
01 REMARKS ADDED BY RYE SU 1L 24JAN 2059
Z DA10AB
SCH*SCHEDULE CHANGE OVERBOOKING
SCH*SCHEDULE CHANGE OVERBOOKING
HADV UA4391* EXPRESSJET AIRLINES INC. DB
A UNITED EXPRESS
03 REMARKS ADDED BY RYE SU 1L 24JAN 2102
Z DA10AB
/*-* HDV BY MAKING A RESERVATION OR ACCE
PTING TRANSPORTATION ON
/*-* HDV UNITED YOU AGREE TO ALL THE TER
MS AND CONDITIONS OF THE
/*-* HDV CONTRACT OF CARRIAGE VIEWABLE A
T WWW.UNITED.COM OR UPON
/*-* HDV REQUEST AT ANY AIRPORT SERVICED
BY UNITED
04 REMARKS ADDED BY RYE SU 1L 24JAN 2108
Z DA1072
24JAN/RECEIPT REQUESTED/TKTSVC
01 REMARKS ADDED BY RTX SU RE 24JAN 2108
Z DAA606
24JAN/1508/EMAIL-REQUEST ACKNOWLEDGED*ET
KT
01 REMARKS ADDED BY WEC SU ER 24JAN 2108
Z D11D61
24JAN/1513/EMAIL RECEIPT SENT 01/24
01 REMARKS ADDED BY WEC SU ER 24JAN 2113
Z D11D61
BP FAX-REQUEST ACKNOWLEDGED*ETKT

2:17-cr-00390-002033

01 REMARKS ADDED BY WEB PD 99 24JAN 2355
Z DAEEF2
1 UA4176B 25JAN CRPIAH HK 1 1253. 1355.
2 UA1059P 25JAN IAHDCA HK 1 1614. 2008.
3 UA 354P 29JAN DCAIAH HK 1 1329. 1604.
4 UA4391U 29JAN IAHCRP HK 1 1755. 1855.
*****          PNR HISTORY          **********
X8 500P/07JAN
A5 SMC558821XXXXXX6373/0314
RCCCOM-US/JS875259-GUID/84D07B97A23D47
   F59A362C24E97E7C3B
WEB SU CO 05JAN 2309Z DA289E UA
A5 WEB CLIENT IP 72.181.73.204 - APPLYFORM
   SOFPAYMENT
X5 WEB CLIENT IP 72.181.73.204 - REQUESTRE
   CEIPTS
X5 ORIGINALLY ADDED BY WEB SU CO 05JAN 230
   9Z DAEC2C
RCCCOM-US/JS875259-GUID/84D07B97A23D47
   F59A362C24E97E7C3B
WEB SU CO 05JAN 2309Z DA289E UA
X7 TAE/1200N/05JAN/AI*DAVID WILLS*3204 TOW
   ER OAKS BLVD*ROCKVILLE MD 20852-4250
XF WEB2057674/B361
RCVD-
WEC SU ET 05JAN 2318Z DA2B80 UA
X3 SSRFQTVUAHK/UAJS875259.1-WILLS/DAVIDKMR
   101.01
A3 SSRFQTVUAHK/UAJS875259.1-WILLS/DAVIDKMR
   101.01
RCVD-
WRC SU EU 09JAN 1022Z D13D46 UA
A3 OSI YY PET-IN-CABIN RECORD LOCATOR *G4Z
   M5P*
A3 SSRPETCONN1CRP1AH4557Y24JAN-1WILLS/DAV
   IDKMR.PET*G4ZM5P -5 LBS
A3 SSRPETCONN1IAHDCA1405Y24JAN-1WILLS/DAV
   IDKMR.PET*G4ZM5P -5 LBS
RCVD-
IBM AS MI 13JAN 0038Z DB75EE UA
A5 12JAN/PET CBN/01629238113705/CC/$125.00
   /DAVIDK/TKTSVC
RCVD-
RTX SU RE 13JAN 0038Z DAA602 UA
X5 /12JAN/*****SPECIAL SERVICE TICKET FEES
   *****
X5 /12JAN/PET IN CABIN FEE - $125 PER RECO
   RD - CRP/DCA
X5 PB FEE ORDERID*DD989937-D5CB-4E8A-8038-
   F313937BDFDE
X5 /12JAN/APPR-242837/$125/XXXXXXXXXXXX400
   5/X0115/WCID
X5 /12JAN/CARD HOLDER NAME - LORI JEANNE W
   HITE
X5 ORIGINALLY ADDED BY IBM AS MI 13JAN 003
   8Z DB75EE
RCVD-TKTSVC

Page 73 of 77

RTX SU RE 13JAN 0038Z DAA605 UA
A3 OSI YY REAC QUED UA4557 CRPIAH 24JAN 20
   14223JAN
RCREACCOMMODATED BY C.A.R.S. 1/23/2014
      3:14:45 PM
WEE SU CA 23JAN 2014Z DA02A8 UA
AS UA4699Q 24JANCRPIAH NN/SS 1 1424. 1522.
AS UA1546Q 24JANIAHDCA NN/SS 1 1614. 2008.
XQ    k
RCVD-EZR-4.5.4-
CHI AS QU 24JAN 0251Z DA8860 UA
XS UA1546Q 24JANIAHDCA HK/XX 1 1614. 2008.
AS UA1546P 24JANIAHDCA NN/SS 1 1614. 2008.
RCVD-EZR-4.5.4-
CHI AS QU 24JAN 0253Z DA8860 UA
XS UA1405P 24JANIAHDCA HK/XX 1 1026. 1419.
XS UA4557T 24JANCRPIAH HK/XX 1 0837. 0938.
RCVD-COCOM-DA04AE-CRP
WEB PD 99 24JAN 0300Z DA04AE UA
AS UA1059P 25JANIAHDCA NN/SS 1 1614. 2008.
RCVD-EZR-4.5.4-P
CHI AS PG 24JAN 2048Z DA890B UA
XS UA4391T 29JANIAHCRP HK/XX 1 1755. 1855.
XS UA 354P 29JANDCAIAH HK/XX 1 1329. 1604.
XS UA1546P 24JANIAHDCA HK/XX 1 1614. 2008.
XS UA4699Q 24JANCRPIAH HK/XX 1 1424. 1522.
AS UA4176B 25JANCRPIAH NN/SS 1 1253. 1355.
RCVD-EZR-4.5.4-MR
RYE SU 1L 24JAN 2059Z DA10AB UA
AS UA 354P 29JANDCAIAH OB/SS 1 1329. 1604.
AS UA4391U 29JANIAHCRP NN/SS 1 1755. 1855.
RCVD-EZR-4.5.4-MR
RYE SU 1L 24JAN 2102Z DA10AB UA
X7 T/FQR - INVOICE/558821XXXXXX6373/239168
   29743/0001//1091.00
RCVD-
RTX SU RE 24JAN 2108Z DAA606 UA
..... APIS INFORMATION ......
***********
FNAME:DAVID KEITH
LNAME:WILLS
DOB:520914 GENDER:M NAT:    RESIDENT:
HIST 1 ---- PARSDATE:05JAN  CITYCODE:WEB
HIST 2 ---- DUTYCODE:SU    LINIATA:DAE
HIST 1 ---- PARSDATE:05JAN  CITYCODE:WEB
HIST 2 ---- DUTYCODE:SU    LINIATA:DAE
.... QUEUE HISTORY ....
SYSQ/ETK/10
-ADR VERIF 05JAN2309Z
E
-ETK GS 41 05JAN2310Z DA847B CDM/10
QEP/ETK/26
-*** GS 43 05JAN2317Z DA84AB CDM/**
QR
-ETK SU ET 05JAN2318Z DA2B80 WEC/26
QEP/ETK/31
-*** SU ET 05JAN2318Z DA2B80 WEC/**

QR
-ETK SU ET 05JAN2318Z DA2BAC TBM/31
QEP/ETK/60
-*** AS MI 13JAN0038Z DB75EE IBM/**
QEP/RTX/80
-ETK SU ET 13JAN0038Z DA2B9A TBM/60
QR
-RTX SU RE 13JAN0038Z DA66F6 RTX/80
QEP/IBM/26
-*** AS MI 13JAN0039Z DB75EE IBM/**
QEP/ETK/31
-*** AS MI 13JAN0039Z DB75EE IBM/**
QR
-ETK SU ET 13JAN0039Z DA2BA7 TBM/31
QEP/ETK/31
-*** AS MI 13JAN0040Z DB75EE IBM/**
QR
-ETK SU ET 13JAN0040Z DA2BAC TBM/31
QR
-IBM SU HC 14JAN0035Z DB76C5 IBM/26
LD4557/24JANCRP-QGDL43
-*** SU CA 23JAN2014Z DA02A8 WEE/**
LD4557/24JANCRP-QGDL69
-*** SU CA 23JAN2014Z DA02A8 WEE/**
QEP/GDL/70
-*** SU CA 23JAN2014Z DA02A8 WEE/**
SYSQ/ETK/45
-E - TKTG 24JAN0300Z
SYSQ/ETK/45*ALRDY ON Q
-E - TKTG 24JAN2059Z
QEP/JPB/53
-ETK SU 1P 24JAN2100Z DA4780 CRC/45
QEP/WEK/8
-JPB SU AS 24JAN2101Z DA2BB7 HDQ/53
STORED FARE DATA FOLLOWS
TOTAL FARE - USD1091.00
FARE QUOTE- MANUALPRICE-
RYE SU 1L 24JAN2106Z DA1072 UA
      USD FARE              TAX - USD
      USD TTL
1 - 976.74                  XT114.26
          1091.00
/FC CRP UA X/HOU 90.23TA14KN UA WAS 398.1
   4WE143FND/UPDI UA X/HO
U 398.14WE143FND/UPDI UA CRP 90.23TA14KN U
   SD 976.74 END ZP CRP I
AH DCA IAH XT73.26US16.00ZP10.00AY15.00XF
   CRP4.5IAH3DCA4.5IAH3
V S 1/2 NOT VALID BEFORE/AFTER 25JAN
V S 3/4 NOT VALID BEFORE/AFTER 29JAN
PSGR1
   ENDORSE1-  NONREF/0VALUEAFTDPT/CHGFEE
   ENDORSE2-  NONREFUNDABLE/VLD 1YR
   ENDORSE3-  NON-END//TRAN/-REF/UA ONLY
END FARE QUOTE RECORD DATA
XQ
   FARE QUOTE- AUTOPRICED - I

2:17-cr-00390-002034

```
WEB SU CO 05JAN2309Z DAEC2C UA
CRP UA X/HOU 90.23TA14KN UA WAS 398.14WE1
   43FND/UPDI UA X/HOU 39
USD976.74 XT114.26 TTL1091.00
   .14WE143FND/UPDI UA CRP 90.23TA14KN USD 9
   76.74 END ZP CRP IAH D
A IAH XT 73.26US 16.00ZP 10.00AY 15.00XF
   CRP4.5 IAH3 DCA4.5 IAH
V S 3/4 NOT VALID BEFORE/AFTER 24JAN
V S 5/6 NOT VALID BEFORE/AFTER 29JAN
PSGR1
   ENDORSE1- NONREF/0VALUAFTDPT/CHGFEE
TOTAL FARE - USD1091.00
RCVD-EZR-4.5.4-
CHI AS QU 24JAN0251Z DA8860 UA
END FARE QUOTE HISTORY DATA
........................................
.... ETKT CREATED 30JAN 0021Z IAH BY PD SS
   UA
WILLS/DAVIDKMR                01623916829743
                #1 OF 1 5JAN14 EXCHANGED
*CRP   4176B 25JAN1253.   TA14KN
         NVB24JAN NVA24JAN ADJUSTED
O*IAH  1059P 25JAN1614.   WE143FND/UPDI
         NVB24JAN NVA24JAN ADJUSTED
O DCA UA 354P 29JAN 129POK WE143FND/UPDI
         NVB29JAN NVA29JAN
O IAH UA4391T 29JAN 555POK TA14KN
         NVB29JAN NVA29JAN
   CRP
FARE-USD  TAX        TAX           TTL-USD
   976.74 114.26                   1091.00
FC /FC CRP UA X/HOU 90.23TA14KN UA WAS 39
   8.14WE143FND/UPDI UA X/HOU 398.14WE143F
   ND/UPDI UA CRP 90.23TA14KN USD 976.74 E
   ND ZP CRP IAH DCA IAH XT73.26US16.00ZP1
   0.00AY15.00XF CRP4.5IAH3DCA4.5IAH3
FP CCCAXXXXXXXXXXXX6373/0314/N08344J
E1 NONREF/0VALUAFTDPT/CHGFEE
.... ETKT HISTORY ......................
WILLS/DAVIDKMR                01623916829743
                              $USD 1091.00
FP CCCAXXXXXXXXXXXX6373/0314/N08344J
AI*DAVID WILLS*3204 TOWER OAKS BLVD*ROCKVI
LLE MD 20852-4250*
WEC SU ET 05JAN 2318Z DA2B80 UA
T:$XXXXXXXXXXXX6373/0314/N08344J1VP01|ET
CPN 1    XS
             UA 4557 T  24JAN CRPIAH
             AS UA 4699 Q 24JAN CRPIAH
WEB PD 99 24JAN 0301Z DAA625 UA
T:$EIR/S1/S2|4557CRPIAH24JAN14/1405IAHDCA2
   4JAN14|ET
CPN  2   XS
             UA 1405 P  24JAN IAHDCA
             AS UA 1546 P  24JAN IAHDCA
WEB PD 99 24JAN 0301Z DAA625 UA
```

```
T:$EIR/S1/S2|4557CRPIAH24JAN14/1405IAHDCA2
   4JAN14|ET
CPN 1   CHECKED-IN
WEB PD 99 24JAN 0306Z DAA9BD UA
CPN  2   CHECKED-IN
WEB PD 99 24JAN 0306Z DAA9BD UA
CPN  2   UNCHECKED-IN
RYE SU 1L 24JAN 2059Z DA10AB UA
CPN 1   UNCHECKED-IN
RYE SU 1L 24JAN 2059Z DA10AB UA
CPN 1    XS
             UA 4699 Q  24JAN CRPIAH
             AS UA 4176 B  25JAN CRPIAH
RYE SU 1L 24JAN 2100Z DA10AB UA
T:$EIR/S1/S2|4699CRPIAH24JAN/1546IAHDCA24J
   AN|ET
CPN  2   XS
             UA 1546 P  24JAN IAHDCA
             AS UA 1059 P  25JAN IAHDCA
RYE SU 1L 24JAN 2100Z DA10AB UA
T:$EIR/S1/S2|4699CRPIAH24JAN/1546IAHDCA24J
   AN|ET
CPN 1    XS
             UA 4176 B  25JAN CRPIAH
             AS UA 4176 B  25JAN CRPIAH
RYE SU 1L 24JAN 2104Z DA1072 UA
T:$EIR/S1/S2|4176CRPIAH25JAN/1059IAHDCA25J
   AN|ET
CPN  2   XS
             UA 1059 P  25JAN IAHDCA
             AS UA 1059 P  25JAN IAHDCA
RYE SU 1L 24JAN 2104Z DA1072 UA
T:$EIR/S1/S2|4176CRPIAH25JAN/1059IAHDCA25J
   AN|ET
CPN 1    XS
             UA 4176 B  25JAN CRPIAH
             AS UA 4176 B  25JAN CRPIAH
RYE SU 1L 24JAN 2105Z DA1072 UA
T:$EIR/S1/S2|4176CRPIAH25JAN/1059IAHDCA25J
   AN|ET
CPN  2   XS
             UA 1059 P  25JAN IAHDCA
             AS UA 1059 P  25JAN IAHDCA
RYE SU 1L 24JAN 2105Z DA1072 UA
T:$EIR/S1/S2|4176CRPIAH25JAN/1059IAHDCA25J
   AN|ET
CPN 1234 EXCHANGED
             01623943101992 0001
RTX SU RE 24JAN 2108Z DAA606 UA
T:$EE01623916829743/FCA|0XFCRPIAHDCAIAH|N1
   .1|ET
CPN 1234 ADJ PUR DTE FR 29JAN14 TO 05FEB14
IAH PD SS 30JAN 0021Z          UA
........................................
.... ETKT CREATED 30JAN 0021Z IAH BY PD SS
   UA
```

```
WILLS/DAVIDKMR            01623943101992
                #1 OF 1 24JAN14
   CRP UA4176B 25JAN1253POK TA14KN
             NVB25JAN NVA25JAN USED
X IAH UA1059P 25JAN 414POK TA14KN
             NVB25JAN NVA25JAN USED
O DCA UA 354P 29JAN 129POK WE143FND
             NVB29JAN NVA29JAN USED
X IAH UA4391U 29JAN 555POK WE143FND
             NVB29JAN NVA29JAN USED
   CRP
FARE-USD  TAX        TAX           TTL-USD
   976.74 114.26                   1091.00
FC /FC CRP UA X/HOU 90.23TA14KN UA W
   AS 398.14WE143FND/UPDI UA X/HOU 398.14W
   E143FND/UPDI UA CRP 90.23TA14KN USD 976
   .74 END ZP CRP IAH DCA IAH XT73.26US16.
   00ZP10.00AY15.00XF CRP4.5IAH3DCA4.5IAH3
FP CA CRPIAHDCAIAH
E1 NONREF/0VALUEAFTDPT/CHGFEE
E2 NONREFUNDABLE/VLD 1YR
E3 NON-END/-TRAN/-REF/UA·ONLY
X1 01623916829743
.... ETKT HISTORY ......................
WILLS/DAVIDKMR            01623943101992
                         $USD 1091.00
FP CA CRPIAHDCAIAH
X1 /EX 01623916829743
                              k
RTX SU RE 24JAN 2108Z DAA606 UA
T:$EE01623916829743/FCA|0XFCRPIAHDCAIAH|N1
   .1|ET
CPN 1   CHECKED-IN
WEB PD 99 24JAN 2354Z DA08D1 UA
CPN  2   CHECKED-IN
WEB PD 99 24JAN 2354Z DA08D1 UA
CPN 1   LIFTED
CRP PD AD 25JAN 1919Z D25B1E UA
CPN 1   UA USED
CRP PD SS 25JAN 1950Z          UA
CPN  2   LIFTED
             25JAN 2142Z         UA
CPN  2   UA USED
IAH PD SS 25JAN 2255Z          UA
CPN  3   CHECKED-IN
WEB PD 98 28JAN 1831Z DAC1B9 UA
CPN  4   CHECKED-IN
WEB PD 98 28JAN 1831Z DAC1B9 UA
CPN  3   LIFTED
             29JAN 1800Z         UA
CPN  3   UA USED
DCA PD SS 29JAN 1900Z          UA
CPN  4   LIFTED
             29JAN 2336Z         UA
CPN  4   UA USED
IAH PD SS 30JAN 0021Z          UA
CPN 1234 ADJ PUR DTE FR 29JAN14 TO 05FEB14
```

PAH PD SS 30JAN 0021Z        UA
Page 75 of 77
**************************************

2:17cr390-002036

| United Airlines, Inc | | | | Conjunction Ticket() | | | | Origin / Destination | | | | Point Of Sale : | | US RTX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | CAP CRP | | | | Point Of issue : | | RTX |
| | | | | | | | | Airline PNR/TO_ATO | | | | Agency Name · | | |
| | | | | | | | | A7HRSF RE0006 DAA606 0162 | | | | Book/Tktg Agnt / 0000000 | | |
| | | | | | | | | | | | | Bkg Outlet : | | |
| Name of Passenger | | | | Date of Issue | | | | Original Issue t.kt: | | | | | | |
| WILLE DAVID/MR | | | | 2014-01-24 | | | | 0162391682974 | | | | | | |
| Restrictions / Endorsements | | | | Tour Code | | | | Earn Svc Id : SEERTX | | | | Pax Type . | | ADT |
| | | | | | | | | | | | | Cpn Issu Usage : | | FFFF |
| NONREF ONVALIDAFTERFLTCHGFEE | | | | | | | | Svc Id: SSE Snd Fl.: T | | | | Doc Type : | | TKTT |
| SONREFUNDABLAVLD FEE | | | | | | | | Trans Type : E PKD: 2014-01-24 | | | | Load Id : | | 2000322789 |
| | | | | | | | | LCCB : Lead Date: 2014-01-24 | | | | Original Sale | | 0162391682974 |
| | | | | | | | | | | | | Info : | | WEC05JAN14 |

| Cpn | Loc | Dest | OP Carr | Mrk Carr | OP Flt | Mrk Flt | Flt Dt | Bkg / | dkg / | Ticket Designator | Dprt Dt | Dprt Time | Fare Basis | Revenue Amt | YQ-amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CRP | IAH | UA | UA | 4176 | 4176 | 2014-01-25 | B | B | TA14KN | | 1322 | TA14KN | 60.23 | 0.00 |
| 2 | IAH | DCA | UA | UA | 1059 | 1059 | 2014-01-25 | P | P | TA14KN | | 1612 | TA14KN | 398.14 | 0.00 |
| 3 | DCA | IAH | UA | UA | 0354 | 0354 | 2014-01-29 | P | P | WE143FND | | 1329 | WE143FND | 398.14 | 0.00 |
| 4 | IAH | CRP | UA | UA | 4391 | 4391 | 2014-01-29 | U | U | WE143FND | | 1755 | WE143FND | 60.23 | 0.00 |

| FARE | 916.74 | Fare Calculation Area | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | USD | IFC CRP UA X/HOU 90 23TA14KN UA WAS 398.14WE143FND/UPDI UA X/HOU 398 14WE143FND/UPDI UA CRP 90.23TA14KN USD 976 74 END ZP CRP IAH DCA IAH | | | | | | | | | | | | |
| AT | 10.00 | XT73.26US16.00ZP10.00AY15.00XF CRP4.5IAH3DCA4.5IAH3 | | | | | | | | | | | |
| US | 73.26 | Form of Payment | CC NUM FILTERED | | CC Amt USD. | Crd.Orig Curr | Cash USD | | Cash Orig Amt | Exchange Amt | Certificate/Card.Num | | Apprvt.Cd./CC.Expir.Dte./Usg/Nat. | |
| XF | 3.00 | EX | | | 0.00 | 0.00 | 0.00 | | 0.00 | 1,091.00 | 2.00 | | | |
| XF | 6.00 | Eqiv Amt | Seq # | | 1 | | Other Fops USD Amt: Orig Amt | | Comm Type | Category | Comm.Amt | | Base Comm.Amt | |
| XF | 5.00 | Fare Amt USD 976.74 | | | | | | | N/A | N/A | 0.00 | | 0.00 | |
| XF | 4.50 | Tkt Doc USD. | Airline Form-serial | 0162394310199 | | | Tkt Exch.Info Cpns Surrendered | | Atf Comm Amt | Overrd. Amt | Comm Rate | | EDD Description | |
| ZP | 10.00 | 1,091.00 | | | | | 01623916829744 | | 0.00 | 0.00 | 0.00 | | | |
| Total Fare | 1,091.00 USD | | | | | | 01623916829743 | | | | | | | |
| | | | | | | | 01623916829742 | | | | | | | |
| | | | | | | | 01623916829741 | | | | | | | |

| FOP Type | FOP Acct | FOP Amt - USD | Orig Curr Amt | Orig |
|---|---|---|---|---|
| EX | 0162391682974 1234 | 1,091.00 | 1,091.00 | USD |

⊟ LIFT

| Tkt | Cpn | Seg | Orig | Dest | Miles | Mktg Carr | Oprg Carr | Flt Date | Mktg Flt Num | Oprg Flt Num | Dprt Time | Arrv Time | Irreg | FBTD | Cbn | Seat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0162394310199 | 1 | | CRP | IAH | | UA | EV | 1/25/2014 | 4176 | 4176 | 1322 | 1414 | | | | 18C |
| | 2 | | IAH | DCA | | UA | CO | 1/25/2014 | 1059 | 1059 | 1612 | 1951 | | | | 2B |
| | 3 | | DCA | IAH | | UA | UA | 1/29/2014 | 0354 | 0354 | 1328 | 1557 | | | | 1E |
| | 4 | | IAH | CRP | | UA | EV | 1/29/2014 | 4391 | 4391 | 1805 | 1908 | | | | 2A |

```
PAGE4210 UNITED AIRLINES          FLIGHT NUMBER 0354              A  C  I     P  D  I  FOR    29JAN14      RUN DATE 31JAN14
                 CTY AG LNIATA DATE    TIME                                    CTY AG LNIATA DATE    TIME


                             WEB CO D6BA60 27JAN  307P REAC/S WILLS/DAVIDK 7C83C7E5


PAGE3654 UNITED AIRLINES          FLIGHT NUMBER 1059              A  C  I     P  D  I  FOR    25JAN14      RUN DATE 27JAN14
                 CTY AG LNIATA DATE    TIME                                    CTY AG LNIATA DATE    TIME

                         RYE 1L DA10AB 24JAN 1259P ADD BAG FROM ROLLOVER- WILLS/DAVI
                                        ** BTAG:UA 3016792871V **

PAGE2364 UNITED AIRLINES          FLIGHT NUMBER 1546              A  C  I     P  D  I  FOR    24JAN14      RUN DATE 26JAN14
                 CTY AG LNIATA DATE    TIME                                    CTY AG LNIATA DATE    TIME

                              H4699/24JAN/CRP-WILLS/DAVIDKMR|D
                         WEB 99 DAA9BD 23JAN  706P 4699/24JAN/CRP-WILLS/DAVIDKMR
                                        B0.DCA
```

2:17cr390-002038

Page 77 of 77

# EXHIBIT 48

## AFFIDAVIT FOR BUSINESS RECORDS

STATE OF TEXAS     §
                          §

COUNTY OF TARRANT   §

       Colette Odell      appeared before me, and after being placed under

oath affirmed the truth of the following:

    "My name is   Colette Odell     I am over the age of 18 years, of sound
mind, and personally acquainted with the facts stated in this affidavit.

    "As custodian of records for American Airlines, I have attached 63 pages of records.
The records are kept within the regular course of business by American Airlines, of which an
employee or representative, in the regular course of their business made, recorded, noted, or
otherwise recorded the acts, events, conditions, opinions, or diagnoses which are shown herein.
The records were made by persons employed by American Airlines, who had knowledge of the
events or incidents recorded and the record was made pursuant to their regular duties and at the
time or near the time of the occurrence of the matter recorded. The records which are enclosed
are the originals or they are true and correct copies of the original."



                         Affiant

SUBSCRIBED AND SWORN TO before me on this the 12th day of JUNE 20 19
which witness my hand and seal of office.

```
      JAMIE LAGUS
 Notary Public, State of Texas
 Comm. Expires 10-16-2021
    Notary ID 131316645
```

NOTARY PUBLIC, STATE OF TEXAS
Notary's printed name: JAMIE LAGUS
My commission expires 10-16-2021

    (seal)

```
GOVERNMENT
  EXHIBIT
     48
  17cr390
```

                        2:17cr390-009530

Recordator: BSZZWV

American Airlines CONFIDENTIAL for official use only.

**Booked: 2013-08-15**

| PASSENGER INFORMATION | |
|---|---|
| Pax Nbr | Name |
| 1.01 | WILLS/DAVID |

| FLIGHT INFORMATION | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Seq Nbr | Flight | Class | Date | Dep | Arv | Stat | Qty | Dep Time | Arv Time |
| 1 | AA1493 | A | 18AUG2013 | CRP | DFW | HK | 1 | 07:00 | 08:25 |
| 2 | AA2130 | A | 21AUG2013 | DFW | CRP | HK | 1 | 20:40 | 21:50 |

| TICKET INFORMATION | |
|---|---|
| Seq Nbr | Ticket or Time Limit |
| 1 | T-15AUG-XTM7CC6 |
| 2 | TE 0012326050831 WILLS/D XTM7CC6 1541/15AUG 1B*254204 |

| PHONE INFORMATION | |
|---|---|
| Seq Nbr | Phone Number |
| 1 | US361-205-7674-C |
| 2 | DKW.GBT$AGMAIL.COM-E |
| 3 | 1361-205-7674-C |

| ADDRESS INFORMATION |
|---|
| Address |
| DAVID WILLS<br>3204 TOWER OAKS BOULEVARD<br>SUITE 170<br>ROCKVILLE, MD<br>20852 |

| FREQUENT FLYER INFO | |
|---|---|
| Seq Nbr | Frequent Traveler |
| 1 | AA 2CEJ460 HK AA 1.01 WILLS/DAVID * ADV * |

| PRE REQUESTED SEATS INFO | | | | | | |
|---|---|---|---|---|---|---|
| Seq Nbr | Flight | Class | Seat | Depart | Arrive | Status | Name |
| 1 | AA1493 | A | 4B | CRP | DFW | HK | WILLS/DAVID-1.01 |
| 2 | AA2130 | A | 3B | DFW | CRP | HK | WILLS/DAVID-1.01 |

| OSI INFO | |
|---|---|
| Seq Nbr | OSI |
| 1 | OSI PURCHASED ON AA.COM US 08/15/2013 IN US CURRENCY |

| SSR | | |
|---|---|---|
| Seq Nbr | Type | SSR |
| 1 | DOCS | /DB/14SEP1952/M/WILLS/DAVID/KEITH |

CONFIDENTIAL//For Offical Use Only

2:17cr390-009467

1

Record_____ator: BSZZWV

| Seq Nbr | Remarks |
|---------|---------|
| | **REMARKS INFORMATION** |
| 1 | 1.TBM*IK558821XXXXXX6373$03/16 |
| 2 | 2.H-TBMEDIT/ALL PQS DELETED AND PLACED INTO HISTORY |
| 3 | 3.H-TBMEDIT/TKT DRIVEN FOR 657.79/1541/15AUG |
| 4 | 4.DAVID WILLS |
| 5 | 5.H-/T$DOC$VCR |
| 6 | 6.H-/T$DLV$EMAIL$DKW.GBT$AGMAIL.COM |
| 7 | 7.H-/T$CCBC US |
| 8 | 8.H-/T$WWW EAU |
| 9 | 9.H-WWW/AUTH/CID IK6373 BANK VERIFIED CID |
| 10 | 10.H-IPPADDR198.205.24.201$ |
| 11 | 11.H-TRANP 0EF51764BDA7E8D54180A1D7D4927194 |
| 12 | 12.H-PTI1.1-ADT-ADT |
| 13 | 13.H-BOOKING MADE VIA AMERICAN AIRLINES WEBSITE US IN US CURRENCY |
| 14 | 14.H-IPHADDR198.205.24.201$ |
| 15 | 15.H-TRANH 0EF51764BDA7E8D54180A1D7D4927194 |
| 16 | 16.H-PC/PSGR CLEARED FOR TRAVEL/CORPORATE SECURITY/01 |
| 17 | 17.XXAUTH/03179J |
| 18 | 18.XXTACXTM15AUG/ |
| 19 | 19.H-/T$TBMEDIT/EMAIL SENT 1551/15AUG/TDS |
| 20 | 20.H-LPT IK6373/3204 170/20852/0316 |
| 21 | 21.H-LPT PASS - ADDRESS AND ZIP/POSTAL |
| 22 | 22.H-LPT VERIFIED PER TBH |
| 23 | 23.BAG-TAG CRP724487 SCANNED 21AUG2013 1841L/DFW/PIER-54 |

| Seq Nbr | Update Time | Received From | AAA Code | Agent Sine | TTY OFFICE | Airline or CRS Cd | Trans Seq Nbr | Code | History Data |
|---------|-------------|---------------|----------|------------|------------|-------------------|---------------|------|--------------|
| | | | | | | **PNR HISTORY** | | | |
| 9 | 17AUG13 20:15 | WWW$GUEST | WWW | HDQ2EAU | | | 1 | A9 | WWW US361-205-7674-C |
| 8 | 15AUG13 17:33 | | ACT | HDQ7TAC | | | 1 | A5H | H-LPT IK6373/3204 170/20852/0316 |
| 8 | | | | | | | 2 | A5H | H-LPT PASS - ADDRESS AND ZIP/POSTAL |
| 8 | | | | | | | 3 | A5H | H-LPT VERIFIED PER TBH |
| 7 | 15AUG13 15:51 | TDSEMAILEDIT/1551/15AUG/TDS | XTM | XTM7EXW | | | 1 | A5H | H-/T$TBMEDIT/EMAIL SENT 1551/15AUG/TDS |
| 6 | 15AUG13 15:41 | EDITOR EDITOR E080113A CC WEB RUSH | XTM | XTM7CC6 | | | 1 | X5H | H-TBMEDIT/QJ08027594 EDITOR SESSION 2 |
| 6 | | | | | | | 2 | A5H | H-TBMEDIT/ALL PQS DELETED AND PLACED INTO HISTORY |
| 6 | | | | | | | 3 | A5H | H-TBMEDIT/TKT DRIVEN FOR 657.79/1541/15AUG |
| 6 | | | | | | | 4 | X7 | TACXTM15AUG/ |
| 6 | | | | | | | 5 | A7 | T-15AUG-XTM7CC6 |
| 5 | 15AUG13 15:35 | TDSEDITOR/1535/15AUG/FDP | XTM | XTM7FDP | | | 1 | A5H | H-TBMEDIT/QJ08027594 EDITOR SESSION 2 |
| 4 | 15AUG13 15:23 | WWW$2CEJ460 | WWW | HDQ2EAU | | | 1 | A4O | OSI PURCHASED ON AA.COM US 08/15/2013 IN US CURRENCY |

CONFIDENTIAL//For Offical Use Only

2:17cr390-009468

2

Record Locator: BSZZWV

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **PNR HISTORY** | | | | | | | | | |
| 4 | | | | | | 7 | | AW | DAVID WILLS 3204 TOWER OAKS BOULEVARD SUITE 170<b |
| 4 | | | | | | 8 | | A5F | --TBM*IK558821XXXXXX6373$03/16 |
| 4 | | | | | | 9 | | A5F | --DAVID WILLS |
| 4 | | | | | | 10 | | A5H | H-/T$DOC$VCR |
| 4 | | | | | | 11 | | A5H | H-/T$DLV$EMAIL$DKW.GBT$AGMAIL.COM |
| 4 | | | | | | 12 | | A5H | H-/T$CCBC US |
| 4 | | | | | | 13 | | A5H | H-/T$WWW EAU |
| 4 | | | | | | 14 | | A5H | H-WWW/AUTH/CID IK6373 BANK VERIFIED CID |
| 4 | | | | | | 15 | | A5H | H-IPPADDR198.205.24.201$ |
| 4 | | | | | | 16 | | A5H | H-TRANP 0EF51764BDA7E8D54180A1D7D4927194 |
| 4 | | | | | | 17 | | X8 | TLCRPAA336P/15AUG-THU |
| 4 | | | | | | 18 | | A7 | TACXTM15AUG/ |
| 3 | 15AUG13 15:21 | ITKTS FULLFILLMENT | XTM | XTM7ICB | | 1 | | A4G | AA 2130A 21AUG2013 DFWCRP SS/NN 3B |
| 2 | 15AUG13 15:21 | ITKTS FULLFILLMENT | XTM | XTM7ICB | | 1 | | A4G | AA 1493A 18AUG2013 CRPDFW SS/NN 4B |
| 1 | 15AUG13 15:21 | SCC UPDATE | CRC | HDQ8PAY | | 1 | | A5H | H-PC/PSGR CLEARED FOR TRAVEL/CORPORATE SECURITY/01 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **SIGNATURE LINE** | | | | | | |
| Record Locator | AAA | Agent | Create Date | Create Time | Received From | Sabre Purge Date |
| BSZZWV | WWW | HDQEAU | 15AUG2013 | 15:21 | WWW$2CEJ460 | 21AUG2013 |

Record_____ator: CMFYGE

American Airlines CONFIDENTIAL for official use only.

Booked: 2014-10-27

| PASSENGER INFORMATION | |
| --- | --- |
| Pax Nbr | Name |
| 1.01 | WHITE BERRY/STEPHEN |
| 2.01 | WILLS/DAVID |

| FLIGHT INFORMATION | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Seq Nbr | Flight | Class | Date | Dep | Arv | Stat | Qty | Dep Time | Arv Time |
| 1 | AA2563 | V | 14NOV2014 | CRP | DFW | HK | 2 | 09:10 | 10:30 |
| 2 | AA1286 | P | 14NOV2014 | DFW | OMA | HK | 2 | 13:50 | 15:30 |
| 3 | AA1279 | P | 15NOV2014 | OMA | DFW | HK | 2 | 11:00 | 13:00 |
| 4 | AA3059 | V | 15NOV2014 | DFW | CRP | HK | 2 | 14:15 | 15:28 |

| TICKET INFORMATION | |
| --- | --- |
| Seq Nbr | Ticket or Time Limit |
| 1 | T-27OCT-XTM7C25 |
| 2 | TE 0012342993625 WHITE/S XTM7C25 0954/27OCT 1B*035128 |
| 3 | TE 0012342993626 WILLS/D XTM7C25 0954/27OCT 1B*035128 |

| PHONE INFORMATION | |
| --- | --- |
| Seq Nbr | Phone Number |
| 1 | SRW.GBTSAGMAIL.COM-E |
| 2 | 1301-366-6075-C |

| ADDRESS INFORMATION |
| --- |
| Address |
| STEPHEN WHITE-BERRY<br>3204 TOWER OAKS BOULEVARD<br>SUITE 170<br>ROCKVILLE, MD<br>20852 |

| FREQUENT FLYER INFO | |
| --- | --- |
| Seq Nbr | Frequent Traveler |
| 1 | AA 3BUE372 HK AA 1.01 WHITE BERRY/STEPHEN * GLD * |
| 2 | AA 2CEJ460 HK AA 2.01 WILLS/DAVID * ADV * |

| PRE REQUESTED SEATS INFO | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Seq Nbr | Flight | Class | Seat | Depart | Arrive | Status | Name |
| 1 | AA2563 | V | 2D | CRP | DFW | HK | WHITE BERRY/STEPHEN-1.01 |
| 2 | AA2563 | V | 2C | CRP | DFW | HK | WILLS/DAVID-2.01 |
| 3 | AA3059 | V | 4A | DFW | CRP | HK | WHITE BERRY/STEPHEN-1.01 |
| 4 | AA3059 | V | 3A | DFW | CRP | HK | WILLS/DAVID-2.01 |
| 5 | AA1286 | P | 3F | DFW | OMA | HK | WHITE BERRY/STEPHEN-1.01 |
| 6 | AA1286 | P | 3E | DFW | OMA | HK | WILLS/DAVID-2.01 |

CONFIDENTIAL//For Offical Use Only

2:17cr390-009470

1

Record ___tor: CMFYGE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRE REQUESTED SEATS INFO | | | | | | | |
| 7 | AA1279.P | 3F | OMA | DFW | HK | WHITE BERRY/STEPHEN-1.01 | |
| 8 | AA1279.P | 3E | OMA | DFW | HK | WILLS/DAVID-2.01 | |

| |
|---|
| OSI INFO |

| Seq Nbr | OSI |
|---|---|
| 1 | OSI PURCHASED ON AA.COM US 10/27/2014 IN US CURRENCY |

| | | |
|---|---|---|
| SSR | | |
| Seq Nbr | Type | SSR |
| 1 | | DOCS /DB/25NOV1985/M/WHITE BERRY/STEPHEN |
| 2 | | DOCS /DB/14SEP1952/M/WILLS/DAVID/KEITH |
| 3 | | STBY 2 |

| | |
|---|---|
| REMARKS INFORMATION | |
| Seq Nbr | Remarks |
| 1 | 1.TBM*IK558821XXXXXX3879$03/16 |
| 2 | 2.H-TBMEDIT/ALL PQS DELETED AND PLACED INTO HISTORY |
| 3 | 3.H-TBMEDIT/TKT DRIVEN FOR 1723.36/0954/27OCT |
| 4 | 4.STEPHEN WHITE-BERRY |
| 5 | 5.H-/T$DOC$VCR |
| 6 | 6.H-/T$DLV$EMAIL$SRW.GBT$AGMAIL.COM |
| 7 | 7.H-/T$CCBC US |
| 8 | 8.H-/T$WWW EAU |
| 9 | 9.H-/T$3RD PARTY$GLD$3BUE372 |
| 10 | 10.H-WWW/AUTH/CID IK3879 BANK VERIFIED CID |
| 11 | 11.H-IPPADDR24.227.155.194$ |
| 12 | 12.H-TRANP 5A867AFC46F0EDFBDBA61FC8FF9EBBF9 |
| 13 | 13.H-PTI1.1-ADT-ADT |
| 14 | 14.H-PTI2.1-ADT-ADT |
| 15 | 15.H-BOOKED VIA AMERICAN AIRLINES WEB SITE US IN US CURRENCY |
| 16 | 16.H-IPHADDR24.227.155.194$ |
| 17 | 17.H-TRANH 5A867AFC46F0EDFBDBA61FC8FF9EBBF9 |
| 18 | 18.XXAUTH/02842J |
| 19 | 19.XXTACXTM27OCT/ |
| 20 | 20.H-/T$TBMEDIT/EMAIL SENT 1004/27OCT/TDS |
| 21 | 21.H-CKB |
| 22 | 22.H-PC/PSGR CLEARED FOR TRAVEL/CORPORATE SECURITY/01 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PNR HISTORY | | | | | | | | | |
| Seq Nbr | Update Time | Received From | AAA Code | Agent Sine | TTY OFFICE | Airline or CRS Cd | Trans Seq Nbr | Code | History Data |
| 10 | | | | | | | 2 | AFF | |
| 9 | 11NOV14 08:15 | SCC UPDATE | CRC | HDQ8PAY | | | 1 | A5H | H-PC/PSGR CLEARED FOR TRAVEL/CORPORATE SECURITY/01 |
| 8 | 27OCT14 10:26 | | HDQ | HDQ8HE9 | | | 1 | A5H | H-CKB |
| 8 | | | | | | | 2 | A4S | |
| 8 | | | | | | | 2 | A4S | SSR 2 |

Record Locator: CMFYGE

| | | PNR HISTORY | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7 | 27OCT14 10:04 | TDSEMAILEDIT/1004/27OCT/TDS | XTM | XTM7UVR | | 1 | A5H | H-/T$TBMEDIT/EMAIL SENT 1004/27OCT/TDS |
| 6 | 27OCT14 09:54 | EDITOR EDITOR E090514-3007 CC WEB TOP TIER | XTM | XTM7C25 | | 1 | A5H | H-TBMEDIT/ALL PQS DELETED AND PLACED INTO HISTORY |
| 6 | | | | | | 2 | A5H | H-TBMEDIT/TKT DRIVEN FOR 1723.36/0954/27OCT |
| 6 | | | | | | 3 | X7 | TACXTM27OCT/ |
| 6 | | | | | | 4 | A7 | T-27OCT-XTM7C25 |
| 5 | 27OCT14 09:48 | WWW$3BUE372 | WWW | HDQ2EAU | | 1 | A4O | OSI PURCHASED ON AA.COM US 10/27/2014 IN US CURRENCY |
| 5 | | | | | | 7 | AW | STEPHEN WHITE-BERRY 3204 TOWER OAKS BOULEVARD SUI |
| 5 | | | | | | 8 | A5F | --TBM*IK558821XXXXXX3879$03/16 |
| 5 | | | | | | 9 | A5F | --STEPHEN WHITE-BERRY |
| 5 | | | | | | 10 | A5H | H-/T$DOC$VCR |
| 5 | | | | | | 11 | A5H | H-/T$DLV$EMAIL$SRW.GBT$AGMAIL.COM |
| 5 | | | | | | 12 | A5H | H-/T$CCBC US |
| 5 | | | | | | 13 | A5H | H-/T$WWW EAU |
| 5 | | | | | | 14 | A5H | H-/T$3RD PARTY$GLD$3BUE372 |
| 5 | | | | | | 15 | A5H | H-WWW/AUTH/CID IK3879 BANK VERIFIED CID |
| 5 | | | | | | 16 | A5H | H-IPPADDR24.227.155.194$ |
| 5 | | | | | | 17 | A5H | H-TRANP 5A867AFC46F0EDFBDBA61FC8FF9EBBF9 |
| 5 | | | | | | 18 | X8 | TLCRPAA957A/27OCT-MON |
| 5 | | | | | | 19 | A7 | TACXTM27OCT/ |
| 4 | 27OCT14 09:43 | ITKTS FULFILLMENT | XTM | XTM7ICM | | 1 | A4G | AA 1279P 15NOV2014 OMADFW SS/NN 3F |
| 4 | | | | | | 2 | A4G | AA 1279P 15NOV2014 OMADFW SS/NN 3E |
| 3 | 27OCT14 09:43 | ITKTS FULFILLMENT | XTM | XTM7ICM | | 1 | A4G | AA 1286P 14NOV2014 DFWOMA SS/NN 3F |
| 3 | | | | | | 2 | A4G | AA 1286P 14NOV2014 DFWOMA SS/NN 3E |
| 2 | 27OCT14 09:43 | ITKTS FULFILLMENT | XTM | XTM7ICM | | 1 | A4G | AA 3059V 15NOV2014 DFWCRP SS/NN 4A |
| 2 | | | | | | 2 | A4G | AA 3059V 15NOV2014 DFWCRP SS/NN 3A |
| 1 | 27OCT14 09:43 | ITKTS FULFILLMENT | XTM | XTM7ICM | | 1 | A4G | AA 2563V 14NOV2014 CRPDFW SS/NN 2D |
| 1 | | | | | | 2 | A4G | AA 2563V 14NOV2014 CRPDFW SS/NN 2C |

| | SIGNATURE LINE | | | | | |
|---|---|---|---|---|---|---|
| Record Locator | AAA | Agent | Create Date | Create Time | Received From | Sabre Purge Date |
| CMFYGE | WWW | HDQEAU | 27OCT2014 | 09:42 | WWW$3BUE372 | 15NOV2014 |

CONFIDENTIAL//For Offical Use Only

2:17cr390-009472

3

Record___ ator: DHBSKS

American Airlines CONFIDENTIAL for official use only.

Booked: 2013-07-25

### PASSENGER INFORMATION

| Pax Nbr | Name |
|---------|------|
| 1.01 | WHITE/LORI |
| 2.01 | WILLS/DAVID |

### FLIGHT INFORMATION

| Seq Nbr | Flight | Class | Date | Dep | Arv | Stat | Qty | Dep Time | Arv Time |
|---------|--------|-------|------|-----|-----|------|-----|----------|----------|
| 1 | AA1493 A | | 29JUL2013 | CRP | DFW | HK | 2 | 07:00 | 08:25 |
| 2 | AA2130 A | | 29JUL2013 | DFW | CRP | HK | 2 | 20:40 | 21:50 |

### TICKET INFORMATION

| Seq Nbr | Ticket or Time Limit |
|---------|----------------------|
| 1 | T-25JUL-XTM7R1C |
| 2 | TE 0012325260256 WHITE/L XTM7R1C 1927/25JUL 1B*254208 |
| 3 | TE 0012325260257 WILLS/D XTM7R1C 1927/25JUL 1B*254208 |

### PHONE INFORMATION

| Seq Nbr | Phone Number |
|---------|--------------|
| 1 | LORIJEANNE$AMAC.COM-E |
| 2 | 240893-4454-C |
| 3 | SRW.GBT$AGMAIL.COM-E SEE REMARK |

### ADDRESS INFORMATION

| Address |
|---------|
| DAVID K WILLS<br>3204 TOWER OAKS BOULEVARD<br>SUITE 170<br>ROCKVILLE, MD<br>20852 |

### FREQUENT FLYER INFO

| Seq Nbr | Frequent Traveler |
|---------|-------------------|
| 1 | AA 1CUU972 HK AA 1.01 WHITE/LORI * ADV * |
| 2 | AA 2CEJ460 HK AA 2.01 WILLS/DAVID * ADV * |

### PRE REQUESTED SEATS INFO

| Seq Nbr | Flight | Class | Seat | Depart | Arrive | Status | Name |
|---------|--------|-------|------|--------|--------|--------|------|
| 1 | AA1493 A | | 3B | CRP | DFW | HK | WHITE/LORI-1.01 |
| 2 | AA1493 A | | 3A | CRP | DFW | HK | WILLS/DAVID-2.01 |
| 3 | AA2130 A | | 3B | DFW | CRP | HK | WHITE/LORI-1.01 |
| 4 | AA2130 A | | 3A | DFW | CRP | HK | WILLS/DAVID-2.01 |

### OSI INFO

| Seq Nbr | OSI |
|---------|-----|

CONFIDENTIAL//For Offical Use Only

2:17cr390-009473

1

Record████ator: DHBSKS

| OSI INFO |
|---|
| 1 | OSI PURCHASED ON AA.COM US 07/25/2013 IN US CURRENCY |

| SSR | | |
|---|---|---|
| Seq Nbr | Type | SSR |
| 1 | WCHR | 1 |
| 2 | DOCS | /DB/20OCT1958/F/WHITE/LORI/JEANNE |
| 3 | DOCS | /DB/14SEP1952/M/WILLS/DAVID/KEITH |

| REMARKS INFORMATION | |
|---|---|
| Seq Nbr | Remarks |
| 1 | 1.TBM*IK558821XXXXXX6373$03/16 |
| 2 | 2.H-TBMEDIT/ALL PQS DELETED AND PLACED INTO HISTORY |
| 3 | 3.H-TBMEDIT/TKT DRIVEN FOR 1335.58/1927/25JUL |
| 4 | 4.DAVID K WILLS |
| 5 | 5.H-/T$DOC$VCR |
| 6 | 6.H-/T$DLV$EMAIL$SRW.GBT$AGMAIL.COM |
| 7 | 7.H-/T$CCBC US |
| 8 | 8.H-/T$WWW EAU |
| 9 | 9.H-/T$3RD PARTY$2-4 DAYS OUT |
| 10 | 10.H-WWW/CID LOG/INVALID CID |
| 11 | 11.H-WWW/AUTH/CID IK6373 BANK VERIFIED CID |
| 12 | 12.H-IPPADDR72.181.73.204$ |
| 13 | 13.H-TRANP 7292854FD2BF8A1CA1D8FDFAA312F0AD |
| 14 | 14.H-PTI1.1-ADT-ADT |
| 15 | 15.H-PTI2.1-ADT-ADT |
| 16 | 16.H-BOOKING MADE VIA AMERICAN AIRLINES WEBSITE US IN US CURRENCY |
| 17 | 17.H-IPHADDR72.181.73.204$ |
| 18 | 18.H-TRANH 7292854FD2BF8A1CA1D8FDFAA312F0AD |
| 19 | 19.H-PC/PSGR CLEARED FOR TRAVEL/CORPORATE SECURITY/01 |
| 20 | 20.H-TBMEDIT/CK*AVS - PASS |
| 21 | 21.XXAUTH/02477J |
| 22 | 22.XXTACXTM25JUL/ |
| 23 | 23.H-/T$TBMEDIT/EMAIL SENT 1938/25JUL/TDS |
| 24 | 24.H-/OSO$29JUL20 |
| 25 | 25.H-/OSO$DLY$DOM$29JUL |
| 26 | 26.H-/OSO$IVR$29JUL |

| PNR HISTORY | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Seq Nbr | Update Time | Received From | AAA Code | Agent Sine | TTY OFFICE | Airline or CRS Cd | Trans Seq Nbr | Code | History Data |
| 9 | 29JUL13 21:50 | REAACCOM UPDATE | CRC | CRC8YMG | | | 1 | A5H | H-/OSO$29JUL20 |
| 9 | | | | | | | 2 | A5H | H-/OSO$DLY$DOM$29JUL |
| 9 | | | | | | | 3 | A5H | H-/OSO$IVR$29JUL |
| 8 | 25JUL13 19:41 | SAGE | HDQ | HDQ8HE9 | | | 1 | A9 | WWW SRW.GBT$AGMAIL.COM-E SEE REMARK |
| 7 | 25JUL13 19:38 | TDSEMAILEDIT/1938/25JUL/TDS | XTM | XTM7SCN | | | 1 | A5H | H-/T$TBMEDIT/EMAIL SENT 1938/25JUL/TDS |

CONFIDENTIAL//For Offical Use Only

2:17cr390-009474

2

Record Locator: DHBSKS

| | | | | | PNR HISTORY | | | |
|---|---|---|---|---|---|---|---|---|
| 6 | 25JUL13 19:27 | EDITOR EDITOR E030813A CC WEB AVS | XTM | XTM7R1C | | 1 | X5H | H-TBMEDIT/QJ08027594 EDITOR SESSION 2 |
| 6 | | | | | | 2 | A5H | H-TBMEDIT/ALL PQS DELETED AND PLACED INTO HISTORY |
| 6 | | | | | | 3 | A5H | H-TBMEDIT/TKT DRIVEN FOR 1335.58/1927/25JUL |
| 6 | | | | | | 4 | A5H | H-TBMEDIT/CK*AVS - PASS |
| 6 | | | | | | 5 | X7 | TACXTM25JUL/ |
| 6 | | | | | | 6 | A7 | T-25JUL-XTM7R1C |
| 5 | 25JUL13 19:25 | TDSEDITOR/1925/25JUL/FDP | XTM | XTM7FDP | | 1 | A5H | H-TBMEDIT/QJ08027594 EDITOR SESSION 2 |
| 4 | 25JUL13 19:13 | WWW$1CUU972 | WWW | HDQ2EAU | | 1 | A4O | OSI PURCHASED ON AA.COM US 07/25/2013 IN US CURRENCY |
| 4 | | | | | | 7 | AW | DAVID K WILLS 3204 TOWER OAKS BOULEVARD SUITE 170 |
| 4 | | | | | | 8 | A5F | --TBM*IK558821XXXXXX6373$03/16 |
| 4 | | | | | | 9 | A5F | --DAVID K WILLS |
| 4 | | | | | | 10 | A5H | H-/T$DOC$VCR |
| 4 | | | | | | 11 | A5H | H-/T$DLV$EMAIL$SRW.GBT$AGMAIL.COM |
| 4 | | | | | | 12 | A5H | H-/T$CCBC US |
| 4 | | | | | | 13 | A5H | H-/T$WWW EAU |
| 4 | | | | | | 14 | A5H | H-/T$3RD PARTY$2-4 DAYS OUT |
| 4 | | | | | | 15 | A5H | H-WWW/CID LOG/INVALID CID |
| 4 | | | | | | 16 | A5H | H-WWW/AUTH/CID IK6373 BANK VERIFIED CID |
| 4 | | | | | | 17 | A5H | H-IPPADDR72.181.73.204$ |
| 4 | | | | | | 18 | A5H | H-TRANP 7292854FD2BF8A1CA1D8FDFAA312F0AD |
| 4 | | | | | | 19 | X8 | TLCRPAA718P/25JUL-THU |
| 4 | | | | | | 20 | A7 | TACXTM25JUL/ |
| 3 | 25JUL13 19:04 | ITKTS FULFILLMENT | XTM | XTM7IBS | | 1 | A4G | AA 2130A 29JUL2013 DFWCRP SS/NN 3B |
| 3 | | | | | | 2 | A4G | AA 2130A 29JUL2013 DFWCRP SS/NN 3A |
| 2 | 25JUL13 19:04 | ITKTS FULFILLMENT | XTM | XTM7IBS | | 1 | A4G | AA 1493A 29JUL2013 CRPDFW SS/NN 3B |
| 2 | | | | | | 2 | A4G | AA 1493A 29JUL2013 CRPDFW SS/NN 3A |
| 1 | 25JUL13 19:03 | SCC UPDATE | CRC | HDQ8PAY | | 1 | A5H | H-PC/PSGR CLEARED FOR TRAVEL/CORPORATE SECURITY/01 |

| | | SIGNATURE LINE | | | |
|---|---|---|---|---|---|
| Record Locator | AAA | Agent | Create Date | Create Time | Received From | Sabre Purge Date |
| DHBSKS | WWW | HDQEAU | 25JUL2013 | 19:03 | WWW$1CUU972 | 29JUL2013 |

CONFIDENTIAL//For Offical Use Only

2:17cr390-009475

3

Record____ator: FMBRSC

American Airlines CONFIDENTIAL for official use only.

Booked: 2014-09-02

### PASSENGER INFORMATION

| Pax Nbr | Name |
|---------|------|
| 1.01 | WILLS/DAVID |
| 2.01 | AQUILINO/JOHN |

### TICKET INFORMATION

| Seq Nbr | Ticket or Time Limit |
|---------|---------------------|
| 1 | TLCRPAA555P/02SEP-TUE |

### PHONE INFORMATION

| Seq Nbr | Phone Number |
|---------|--------------|
| 1 | DKW.GBT$AGMAIL.COM-E |
| 2 | 1202-308-1244-C |

### FREQUENT FLYER INFO

| Seq Nbr | Frequent Traveler |
|---------|-------------------|
| 1 | AA 2CEJ460 HK AA 1.01 WILLS/DAVID * ADV * |

### SSR

| Seq Nbr | Type | SSR |
|---------|------|-----|
| 1 | DOCS | /DB/14SEP1952/M/WILLS/DAVID/KEITH |
| 2 | DOCS | /DB/21OCT1946/M/AQUILINO/JOHN/DOMINIC |

### REMARKS INFORMATION

| Seq Nbr | Remarks |
|---------|---------|
| 1 | 1.H-PTI1.1-ADT-ADT |
| 2 | 2.H-PTI2.1-SRC-ADT |
| 3 | 3.H-BOOKED VIA AMERICAN AIRLINES WEB SITE US IN US CURRENCY |
| 4 | 4.IPHADDR72.181.73.204$ |
| 5 | 5.H-TRANH D03D0BFA314CFC5B0C27C06D44A947B1 |
| 6 | 6.H-PC/PSGR CLEARED FOR TRAVEL/CORPORATE SECURITY/01 |
| 7 | 7.XTL |

### PNR HISTORY

| Seq Nbr | Update Time | Received From | AAA Code | Agent Sine | TTY OFFICE | Airline or CRS Cd | Trans Seq Nbr | Code | History Data |
|---------|-------------|---------------|----------|-----------|-----------|-------------------|---------------|------|--------------|
| 2 | 02SEP14 19:36 | TL.PROC | | | | | 1 | XS | AA 2523 L 04SEP2014 CRP DFW NN/HK 2 12:10 13:30 |
| 2 | | | | | | | 2 | XS | AA 2237 A 04SEP2014 DFW DCA NN/HK 2 14:25 18:15 |
| 2 | | | | | | | 3 | XS | AA 184 P 16SEP2014 DCA DFW NN/HK 2 16:40 18:55 |
| 2 | | | | | | | 4 | XS | AA 2287 P 16SEP2014 DFW CRP NN/HK 2 20:55 22:05 |
| 1 | 02SEP14 17:41 | SCC UPDATE | CRC | HDQ8PAY | | | 1 | A5H | H-PC/PSGR CLEARED FOR TRAVEL/CORPORATE SECURITY/01 |

### SIGNATURE LINE

| Record Locator | AAA | Agent | Create Date | Create Time | Received From | Sabre Purge Date |
|----------------|-----|-------|-------------|-------------|---------------|------------------|

CONFIDENTIAL//For Offical Use Only

2:17cr390-009476

1

Record_____ator: **FMBRSC**

| SIGNATURE LINE | | | |
|---|---|---|---|
| FMBRSC | WWW.HDQEAU | 02SEP2014 17:40 | WWW\$2CEJ460 16SEP2014 |

2:17cr390-009477

2

Record_ _ _tor: FNTNGC

American Airlines CONFIDENTIAL for official use only.

Booked: 2015-06-19

### PASSENGER INFORMATION

| Pax Nbr | Name |
|---------|------|
| 1.01 | WILLS/DAVID |

### FLIGHT INFORMATION

| Seq Nbr | Flight | Class | Date | Dep | Arv | Stat | Qty | Dep Time | Arv Time |
|---------|--------|-------|------|-----|-----|------|-----|----------|----------|
| 1 | AA5790 | A | 26JUN2015 | CRP | DFW | HK | 1 | 16:05 | 17:30 |
| 2 | AA5790 | A | 27JUN2015 | DFW | CRP | HK | 1 | 14:13 | 15:31 |

### TICKET INFORMATION

| Seq Nbr | Ticket or Time Limit |
|---------|---------------------|
| 1 | T-19JUN-XTM7CCZ |
| 2 | TE 0012305140155 WILLS/D XTM7CCZ 1710/19JUN 1B*77E709 |

### PHONE INFORMATION

| Seq Nbr | Phone Number |
|---------|-------------|
| 1 | US361-205-9180-C |
| 2 | DKW.GBT$AGMAIL.COM-E |
| 3 | 1361-205-9180-C |

### ADDRESS INFORMATION

| Address |
|---------|
| DAVID K WILLS |
| 3204 TOWER OAKS BOULEVARD |
| SUITE 170 |
| ROCKVILLE, MD |
| 20852 |

### FREQUENT FLYER INFO

| Seq Nbr | Frequent Traveler |
|---------|-------------------|
| 1 | AA 2CEJ460 HK AA 1.01 WILLS/DAVID * ADV * |

### PRE REQUESTED SEATS INFO

| Seq Nbr | Flight | Class | Seat | Depart | Arrive | Status | Name |
|---------|--------|-------|------|--------|--------|--------|------|
| 1 | AA5790 | A | 2A | CRP | DFW | HK | WILLS/DAVID-1.01 |
| 2 | AA5790 | A | 2A | DFW | CRP | HK | WILLS/DAVID-1.01 |

### OSI INFO

| Seq Nbr | OSI |
|---------|-----|
| 1 | OSI PURCHASED ON AA.COM US 06/19/2015 IN US CURRENCY |

### SSR

| Seq Nbr | Type | SSR |
|---------|------|-----|
| 1 | | DOCS /DB/14SEP1952/M/WILLS/DAVID/KEITH |

CONFIDENTIAL//For Offical Use Only

2:17cr390-009478

1

Record_____ator: FNTNGC

| Seq Nbr | Remarks |
|---|---|
| | **REMARKS INFORMATION** |
| 1 | 1.TBM*IK558821XXXXXX6373$03/16 |
| 2 | 2.H-TBMEDIT/ALL PQS DELETED AND PLACED INTO HISTORY |
| 3 | 3.H-TBMEDIT/TKT DRIVEN FOR 863.20/1710/19JUN |
| 4 | 4.DAVID K WILLS |
| 5 | 5.H-/T$DOC$VCR |
| 6 | 6.H-/T$DLV$EMAIL$DKW.GBT$AGMAIL.COM |
| 7 | 7.H-/T$CCBC US |
| 8 | 8.H-/T$WWW EAU |
| 9 | 9.H-WWW/AUTH/CID IK6373 BANK VERIFIED CID |
| 10 | 10.H-IPPADDR69.255.234.8$ |
| 11 | 11.H-TRANP E1390BC4F42D5AC6EA141B79A76CDCC9 |
| 12 | 12.H-PTI1.1-ADT-ADT |
| 13 | 13.H-BOOKED VIA AMERICAN AIRLINES WEB SITE US IN US CURRENCY |
| 14 | 14.H-IPHADDR69.255.234.8$ |
| 15 | 15.H-TRANH E1390BC4F42D5AC6EA141B79A76CDCC9 |
| 16 | 16.XXAUTH/00107J |
| 17 | 17.XXTACXTM19JUN/ |
| 18 | 18.H-/T$TBMEDIT/EMAIL SENT 1714/19JUN/TDS |
| 19 | 19.H-PC/PSGR CLEARED FOR TRAVEL/CORPORATE SECURITY/01 |
| 20 | 20.H-/OSO$26JUN16 |
| 21 | 21.H-/OSO$DLY$DOM$26JUN |
| 22 | 22.H-/OSO$IVR$26JUN |
| 23 | 23.H-UTR/361-205-9180/1411/26JUN/IVR |
| 24 | 24.HAFI/361-205-9180/1423/26JUN/IVR |
| 25 | 25.H-MISCON-PRO/IVR/PER-ACCEPT/26JUN/IVR |
| 26 | 26.H-UTR/361-205-9180/1426/26JUN/IVR |
| 27 | 27.H-MISCON-PRO/IVR/PER-ACCEPT/26JUN/IVR |
| 28 | 28.H-DG ACK DAVID/WILLS/26JUN2015/CRP |
| 29 | 29.H-/OSO$27JUN14 |
| 30 | 30.H-/OSO$DLY$DOM$27JUN |
| 31 | 31.H-/OSO$IVR$27JUN |

| Seq Nbr | Update Time | Received From | AAA Code | Agent Sine | TTY OFFICE | Airline or CRS Cd | Trans Seq Nbr | Code | History Data |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **PNR HISTORY** | | | | |
| 13 | 27JUN15 13:56 | REAACCOM UPDATE | CRC | CRC8YMG | | | 1 | A5H | H-/OSO$27JUN14 |
| 13 | | | | | | | 2 | A5H | H-/OSO$DLY$DOM$27JUN |
| 13 | | | | | | | 3 | A5H | H-/OSO$IVR$27JUN |
| 12 | 26JUN15 14:40 | WWW$SSM | GSW | GSW5EA3 | | | 1 | A5H | H-DG ACK DAVID/WILLS/26JUN2015/CRP |
| 11 | 26JUN15 14:25 | IVR$2CEJ460 | WWW | HDQ8IVR | | | 1 | A5H | H-UTR/361-205-9180/1426/26JUN/IVR |
| 11 | | | | | | | 2 | A5H | H-MISCON-PRO/IVR/PER-ACCEPT/26JUN/IVR |
| 10 | 26JUN15 14:22 | IVR$2CEJ460 | WWW | HDQ8IVR | | | 1 | A5H | H-HAFI/361-205-9180/1423/26JUN/IVR |
| 10 | | | | | | | 2 | A5H | H-MISCON-PRO/IVR/PER-ACCEPT/26JUN/IVR |

2:17cr390-009479

2

Record Locator: FNTNGC

| PNR HISTORY | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9 | 26JUN15 14:09 | IVR$2CEJ460 | WWW | HDQ8IVR | | 1 | A5H | H-UTR/361-205-9180/1411/26JUN/IVR |
| 8 | 26JUN15 14:00 | REAACCOM UPDATE | CRC | CRC8YMG | | 1 | A5H | H-/OSO$26JUN16 |
| 8 | | | | | | 2 | A5H | H-/OSO$DLY$DOM$26JUN |
| 8 | | | | | | 3 | A5H | H-/OSO$IVR$26JUN |
| 7 | 23JUN15 15:07 | SCC UPDATE | CRC | HDQ8PAY | | 1 | A5H | H-PC/PSGR CLEARED FOR TRAVEL/CORPORATE SECURITY/01 |
| 6 | 19JUN15 17:14 | TDSEMAILEDIT/1714/19JUN/TDS | XTM | XTM7ZEN | | 1 | A5H | H-/T$TBMEDIT/EMAIL SENT 1714/19JUN/TDS |
| 5 | 19JUN15 17:10 | EDITOR EDITOR E041015-3016 CC WEB RUSH | XTM | XTM7CCZ | | 1 | A5H | H-TBMEDIT/ALL PQS DELETED AND PLACED INTO HISTORY |
| 5 | | | | | | 2 | A5H | H-TBMEDIT/TKT DRIVEN FOR 863.20/1710/19JUN |
| 5 | | | | | | 3 | X7 | TACXTM19JUN/ |
| 5 | | | | | | 4 | A7 | T-19JUN-XTM7CCZ |
| 4 | 19JUN15 17:02 | WWW$GUEST | WWW | HDQ2EAU | | 1 | A9 | WWW US361-205-9180-C |
| 3 | 19JUN15 17:01 | WWW$2CEJ460 | WWW | HDQ2EAU | | 1 | A4O | OSI PURCHASED ON AA.COM US 06/19/2015 IN US CURRENCY |
| 3 | | | | | | 7 | AW | DAVID K WILLS 3204 TOWER OAKS BOULEVARD SUITE 170 |
| 3 | | | | | | 8 | A5F | --TBM*IK558821XXXXXX6373$03/16 |
| 3 | | | | | | 9 | A5F | --DAVID K WILLS |
| 3 | | | | | | 10 | A5H | H-/T$DOC$VCR |
| 3 | | | | | | 11 | A5H | H-/T$DLV$EMAIL$DKW.GBT$AGMAIL.COM |
| 3 | | | | | | 12 | A5H | H-/T$CCBC US |
| 3 | | | | | | 13 | A5H | H-/T$WWW EAU |
| 3 | | | | | | 14 | A5H | H-WWW/AUTH/CID IK6373 BANK VERIFIED CID |
| 3 | | | | | | 15 | A5H | H-IPPADDR69.255.234.8$ |
| 3 | | | | | | 16 | A5H | H-TRANP E1390BC4F42D5AC6EA141B79A76CDCC9 |
| 3 | | | | | | 17 | X8 | TLCRPAA513P/19JUN-FRI |
| 3 | | | | | | 18 | A7 | TACXTM19JUN/ |
| 2 | 19JUN15 16:59 | ITKTS FULFILLMENT | XTM | XTM7IBZ | | 1 | A4G | AA 5790A 27JUN2015 DFWCRP SS/NN 2A |
| 1 | 19JUN15 16:59 | ITKTS FULFILLMENT | XTM | XTM7IBZ | | 1 | A4G | AA 5790A 26JUN2015 CRPDFW SS/NN 2A |

| SIGNATURE LINE | | | | | | |
|---|---|---|---|---|---|---|
| Record Locator | AAA | Agent | Create Date | Create Time | Received From | Sabre Purge Date |
| FNTNGC | | WWW HDQEAU | 19JUN2015 | 16:58 | WWW$2CEJ460 | 27JUN2015 |

CONFIDENTIAL//For Offical Use Only

2:17cr390-009480

3

Record_____ator: HGFVKQ

American Airlines CONFIDENTIAL for official use only.

Booked: 2013-03-06

**PASSENGER INFORMATION**

| Pax Nbr | Name |
|---------|------|
| 1.01 | WILLS/DAVID K |

**FLIGHT INFORMATION**

| Seq Nbr | Flight | Class | Date | Dep | Arv | Stat | Qty | Dep Time | Arv Time |
|---------|--------|-------|------|-----|-----|------|-----|----------|----------|
| 1 | UA4496 | Y | 19MAR2013 | CRP | IAH | HK | 1 | 17:02 | 18:03 |
| 2 | UA476 | A | 19MAR2013 | IAH | BWI | HK | 1 | 19:16 | 23:15 |
| 3 | AA1277 | A | 26MAR2013 | BWI | DFW | HK | 1 | 13:45 | 16:15 |
| 4 | AA2743 | L | 26MAR2013 | DFW | CRP | HK | 1 | 17:40 | 18:55 |

**NON-AIR SEGMENT INFO**

| Seq Nbr | Non-Air Segment Text |
|---------|----------------------|
| 1 | OTH YY 26SEP Q GK01 NYC/THANK YOU FOR YOUR BUSINESS. |

**TICKET INFORMATION**

| Seq Nbr | Ticket or Time Limit |
|---------|----------------------|
| 1 | T-08MAR-A2SA*ADD |
| 2 | TE 0017211564300-AT WILLS/D A2SA*AWS 1551/06MAR |
| 3 | TE 0017212359239-AT WILLS/D A2SA*ADD 0001/09MAR* |

**PHONE INFORMATION**

| Seq Nbr | Phone Number |
|---------|--------------|
| 1 | 301-770-1230-P |
| 2 | 212-478-0335-B BIZTRL |

**ADDRESS INFORMATION**

| Address |
|---------|
| CHEAPOAIR |
| 213 WEST 35TH STREET |
| NEW YORK, NY 10001 |

**PRE REQUESTED SEATS INFO**

| Seq Nbr | Flight | Class | Seat | Depart | Arrive | Status | Name |
|---------|--------|-------|------|--------|--------|--------|------|
| 1 | AA1277 | A | 3E | BWI | DFW | HK | WILLS/DAVID K-1.01 |
| 2 | AA2743 | L | 9A | DFW | CRP | HK | WILLS/DAVID K-1.01 |

**OSI INFO**

| Seq Nbr | OSI |
|---------|-----|
| 1 | OSI YY CTCT 2124780335 CHEAPOAIR |
| 2 | OSI AA TKT NO 0017211564300 |
| 3 | OSI AA BAGGAGE MSC IS UA TKT2 |
| 4 | OSI AA BAGGAGE MSC IS UA TKT2 |
| 5 | OSI AA BAGGAGE MSC IS UA TKT3 |

CONFIDENTIAL//For Offical Use Only

2:17cr390-009481

1

Record ____ ator: HGFVKQ

| | | SSR |
|---|---|---|
| Seq Nbr | Type | SSR |
| 1 | CKBG | 1277A26MAR/ |
| 2 | DOCS | /DB/14SEP52/M/WILLS/DAVID K |
| 3 | TKNE | 0017212359239C3 |
| 4 | TKNE | 0017212359239C4 |
| 5 | DOCS | /DB/14SEP52/M/WILLS/DAVID/K |
| 6 | DOCS | /DB/14SEP52/M/WILLS/DAVID K |
| 7 | TKNE | 0017212359239C1 |
| 8 | TKNE | 0017212359239C2 |

| | REMARKS INFORMATION |
|---|---|
| Seq Nbr | Remarks |
| 1 | 1.DAVID WILLS |
| 2 | 2.3204 TOWER OAKS BOULEVARD/SUITE 170 |
| 3 | 3.ROCKVILLE, MD 20852 |
| 4 | 4.H-FQ1544.60TOTAL/0.00SUPP COMM/80.00AGENCY COMM |
| 5 | 5.*CA558821XXXXXX6373$03/16 |
| 6 | 6.H-AUTH/APV/03603Z/CA6373/06MAR |
| 7 | 7.H-AUTH/CSC NOT SUPPLIED |
| 8 | 8.H-AUTH/AVS-Y/ADDRESS AND ZIP/POSTAL MATCH |
| 9 | 9.H-XXAUTH/03603Z/CA558821XXXXXX6373/AA/USD1464.60/06MAR/S |
| 10 | 10.H-PC/PSGR CLEARED FOR TRAVEL/CORPORATE SECURITY/01 |

| | | | | | | PNR HISTORY | | | |
|---|---|---|---|---|---|---|---|---|---|
| Seq Nbr | Update Time | Received From | AAA Code | Agent Sine | TTY OFFICE | Airline or CRS Cd | Trans Seq Nbr | Code | History Data |
| 22 | 25MAR13 16:23 | TKTS FULFILLMENT | XTM | XTM7IDK | | | 1 | A4G | AA 2743L 26MAR2013 DFWCRP SS/NN 9A |
| 21 | 25MAR13 16:23 | TKTS FULFILLMENT | XTM | XTM7IDK | | | 1 | A4G | AA 1277A 26MAR2013 BWIDFW SS/NN 3E |
| 20 | 23MAR13 11:48 | SCC UPDATE | CRC | HDQ8PAY | | | 1 | A5H | H-PC/PSGR CLEARED FOR TRAVEL/CORPORATE SECURITY/01 |
| 19 | 08MAR13 23:58 | | HDQ | HDQ8HE9 | | | 1 | A3O | OSI AA BAGGAGE MSC IS UA TKT3 |
| 18 | 08MAR13 23:01 | | A2SA | 2NQA*ADD | | | 1 | A4S | SSR TKNE AA HK1. BWIDFW 1277.A 2013-03-26 |
| 18 | 08MAR13 23:01 | | A2SA | 2NQA*ADD | | | 1 | AAC | AA$7212359239/ 0.00/ 0.00/ 0.00/ONE/CA 1.1WIL |
| 18 | | | | | | | 2 | A4S | SSR TKNE AA HK1. DFWCRP 2743.L 2013-03-26 |
| 18 | | | | | | | 3 | A3S | SSR TKNE UA HK1. CRPIAH 4496.Y 2013-03-19 |
| 18 | | | | | | | 4 | A3S | SSR TKNE UA HK1. IAHBWI 476.A 2013-03-19 |
| 18 | | | | | | | 5 | X7 | T-06MAR-A2SA*AWS |
| 18 | | | | | | | 6 | A7 | T-08MAR-A2SA*ADD |
| 17 | 08MAR13 23:01 P | | A2SA | 2NQA*ADD | | | 1 | A4S | SSR DOCS AA HK1. /DB/14SEP52/M/WILLS/DAVID K |
| 16 | 08MAR13 23:00 P | | A2SA | 2NQA*ADD | | | 1 | A3S | SSR DOCS UA HK1. /DB/14SEP52/M/WILLS/DAVID K |
| 15 | 08MAR13 17:50 | | HDQ | HDQ8HE9 | | | 1 | A4S | |
| 15 | 08MAR13 17:50 | | HDQ | HDQ8HE9 | | | 1 | A4S | SSR 1277A26MAR/ |
| 15 | 08MAR13 17:50 | | HDQ | HDQ8HE9 | | | 1 | A3O | OSI AA BAGGAGE MSC IS UA TKT2 |
| 14 | 08MAR13 16:34 P | | 6ZLA | 6ZLA*AWS | | | 1 | AS | OTH YY 26SEP Q GK/GK01 NYC/THANK YOU FOR YOUR BUSINE |
| 13 | 08MAR13 16:33 MM | | A2SA | 2NQA*ALS | | | 1 | AS | UA 4496 Y 19MAR2013 CRP IAH NN/SS 1 17:02 18:03 |
| 13 | | | | | | | 2 | AS | UA 476 A 19MAR2013 IAH BWI NN/SS 1 19:16 23:15 |
| 13 | | | | | | | 3 | AS | AA 1277 A 26MAR2013 BWI DFW NN/SS 1 13:45 16:15 |
| 13 | | | | | | | 4 | AS | AA 2743 L 26MAR2013 DFW CRP NN/SS 1 17:40 18:55 |

CONFIDENTIAL//For Offical Use Only

2:17cr390-009482

2

Record ____ator: HGFVKQ

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PNR HISTORY | | | | | | |
| 12 | 08MAR13 16:27 MM | | A2SA | 2NQA*A6E | | | 1 | | XS | OTH YY 30JAN Q GK/GK01 NYC |
| 12 | 08MAR13 16:27 MM | | A2SA | 2NQA*A6E | | | 1 | | X4S* | SSR DOCS AA HK1. BWIDFW 1277.A 2013-03-18 |
| 12 | | | | | | | 2 | | X4S* | SSR TKNE AA HK1. BWIDFW 1277.A 2013-03-18 |
| 12 | | | | | | | 3 | | X4S* | SSR 1277A18MAR/ |
| 12 | | | | | | | 3 | | X4S* | |
| 12 | | | | | | | 4 | | X4S* | SSR DOCS AA HK1. DFWCRP 2743.L 2013-03-18 |
| 12 | | | | | | | 5 | | X4S* | SSR TKNE AA HK1. DFWCRP 2743.L 2013-03-18 |
| 12 | | | | | | | 6 | | X3S* | SSR TKNE UA HK1. CRPIAH 4496.Y 2013-03-08 |
| 12 | | | | | | | 7 | | X3S* | SSR TKNE UA HK1. IAHBWI 794.A 2013-03-08 |
| 12 | | | | | | | 8 | | X4G* | UA 4496Y 08MAR2013 CRPIAH KK/KK 18B |
| 12 | | | | | | | 9 | | X4G* | UA 794A 08MAR2013 IAHBWI KK/KK 2E |
| 12 | | | | | | | 10 | | AA | AA 1277A 18MAR2013 BWIDFW HK/SS 5E |
| 12 | | | | | | | 11 | | X4G* | AA 2743L 18MAR2013 DFWCRP HK/SS 15B |
| 12 | | | | | | | 12 | | XS | UA 4496 Y 08MAR2013 CRP IAH NN/HK 1 17:02 18:03 |
| 12 | | | | | | | 13 | | XS | UA 794 A 08MAR2013 IAH BWI NN/HK 1 19:16 23:15 |
| 12 | | | | | | | 14 | | XS | AA 1277 A 18MAR2013 BWI DFW NN/HK 1 13:45 16:15 |
| 12 | | | | | | | 15 | | XS | AA 2743 L 18MAR2013 DFW CRP NN/HK 1 17:40 18:55 |
| 11 | 06MAR13 17:21 HDQRMUA062321 51716E6A-001 BPR PLT | | | | RM | UA | 1 | | X4G | |
| 11 | | | | | | | 2 | | A4G | UA 4496Y 08MAR2013 CRPIAH KK/KK 18B |
| 10 | 06MAR13 17:21 G | | A2SA | 2NQA*APY | | | 1 | | A4G | |
| 10 | | | | | | | 2 | | A4G | AA 2743L 18MAR2013 DFWCRP SS/NN 15B |
| 9 | 06MAR13 15:33 | | HDQ | HDQ8HE9 | | | 1 | | A4S | SSR 1277A18MAR/ |
| 9 | 06MAR13 15:33 | | HDQ | HDQ8HE9 | | | 1 | | A4S | |
| 9 | 06MAR13 15:33 | | HDQ | HDQ8HE9 | | | 1 | | A3O | OSI AA BAGGAGE MSC IS UA TKT2 |
| 8 | 06MAR13 14:59 P | | 6ZLA | 6ZLA*AWS | | | 1 | | A4G | AA 1277A 18MAR2013 BWIDFW SS/NN 5E |
| 7 | 06MAR13 14:58 HDQRMUA062058 4EF473D8-001 BPR PLT | | | | RM | UA | 1 | | X4G | UA 794A 08MAR2013 IAHBWI PN/NN 2E |
| 7 | | | | | | | 2 | | A4G | UA 794A 08MAR2013 IAHBWI KK/KK 2E |
| 6 | 06MAR13 14:58 P | | 6ZLA | 6ZLA*AWS | | | 1 | | A4G | UA 794A 08MAR2013 IAHBWI NN/NN 2E |
| 5 | 06MAR13 14:51 | | A2SA | 6ZLA*AWS | | | 1 | | A3O | OSI AA TKT NO 0017211564300 |
| 4 | 06MAR13 14:51 | | A2SA | 6ZLA*AWS | | | 1 | | A5H | H-AUTH/APV-03603Z/CA6373/06MAR |
| 4 | 06MAR13 14:51 | | A2SA | 6ZLA*AWS | | | 1 | | AAC | AA$7211564300/ .00/ 1323.26/ 141.34/ONE/CCXXXXXXX |
| 4 | | | | | | | 2 | | A5H | H-AUTH/CSC NOT SUPPLIED |
| 4 | | | | | | | 3 | | A5H | H-AUTH/AVS-Y/ADDRESS AND ZIP/POSTAL MATCH |
| 4 | | | | | | | 4 | | A4S | SSR TKNE AA HK1. BWIDFW 1277.A 2013-03-18 |
| 4 | | | | | | | 5 | | A4S | SSR TKNE AA HK1. DFWCRP 2743.L 2013-03-18 |
| 4 | | | | | | | 6 | | A3S | SSR TKNE UA HK1. CRPIAH 4496.Y 2013-03-08 |
| 4 | | | | | | | 7 | | A3S | SSR TKNE UA HK1. IAHBWI 794.A 2013-03-08 |
| 4 | | | | | | | 8 | | X7 | T-A |
| 4 | | | | | | | 9 | | A7 | T-06MAR-A2SA*AWS |
| 3 | 06MAR13 14:23 P | | 6ZLA | 6ZLA*AWS | | | 1 | | A4S | SSR DOCS AA HK1. BWIDFW 1277.A 2013-03-18 |
| 3 | | | | | | | 2 | | A4S | SSR DOCS AA HK1. DFWCRP 2743.L 2013-03-18 |
| 3 | | | | | | | 3 | | A3S | SSR DOCS UA HK1. /DB/14SEP52/M/WILLS/DAVID/K |
| 2 | 06MAR13 14:21 P | | 6ZLA | 6ZLA*AWS | | | 1 | | A5F | --*CA558821XXXXXX6373$03/16 |
| 1 | 06MAR13 14:21 CHEAPOAIR CONSUMER BOOKING | | 6ZLA | 6ZLA*AWS | | | 1 | | A9 | NYC 301-770-1230-P |
| 1 | 06MAR13 14:21 CHEAPOAIR CONSUMER BOOKING | | 6ZLA | 6ZLA*AWS | | | 1 | | AS | OTH YY 30JAN Q GK/GK01 NYC |
| 1 | 06MAR13 14:21 CHEAPOAIR CONSUMER BOOKING | | 6ZLA | 6ZLA*AWS | | | 1 | | A3O | OSI YY CTCT 2124780335 CHEAPOAIR |
| 1 | | | | | | | 2 | | A9 | NYC 212-478-0335-B BIZTRL |

Record Locator: HGFVKQ

| PNR HISTORY | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | 5 | | AW | | CHEAPOAIR<br>213 WEST 35TH STREET<br>NEW YORK, NY 10001 |
| 1 | | | | | 6 | | AN | | 1 WILLS/DAVID K |
| 1 | | | | | 7 | | A5H | | H-FQ1544.60TOTAL/0.00SUPP COMM/80.00AGENCY COMM |
| 1 | | | | | 8 | | A7 | | T-A |
| 1 | | | | | 9 | | AS | | UA 4496 Y 08MAR2013 CRP IAH NN/SS 1 17:02 18:03 |
| 1 | | | | | 10 | | AS | | UA 794 A 08MAR2013 IAH BWI NN/SS 1 19:16 23:15 |
| 1 | | | | | 11 | | AS | | AA 1277 A 18MAR2013 BWI DFW NN/SS 1 13:45 16:15 |
| 1 | | | | | 12 | | AS | | AA 2743 L 18MAR2013 DFW CRP NN/SS 1 17:40 18:55 |

| AGENCY ACCOUNTING LINE INFO | |
|---|---|
| Seq Nbr | Agency Accounting Line |
| 1 | AA$7211564300/ .00/ 1323.26/ 141.34/ONE/CCXXXXXXXXXXXXXXXX6373 1.1WILLS DAVID K/1/D/E |
| 2 | AA$7212359239/ 0.00/ 0.00/ 0.00/ONE/CA 1.1WILLS DAVID K/1/D/E-e0017211564300/1234 |

| SIGNATURE LINE | | | | | | |
|---|---|---|---|---|---|---|
| Record Locator | AAA | Agent | Create Date | Create Time | Received From | Sabre Purge Date |
| HGFVKQ | 6ZLA | 6ZLAAWS | 06MAR2013 | 14:21 | CHEAPOAIR CONSUMER BOOKING | 30JAN2014 |

CONFIDENTIAL//For Offical Use Only

2:17cr390-009484

4

Record__ __ator: HLCRQP

American Airlines CONFIDENTIAL for official use only.

Booked: 2014-09-02

| PASSENGER INFORMATION | |
| --- | --- |
| Pax Nbr | Name |
| 1.01 | WILLS/DAVID |
| 2.01 | AQUILINO/JOHN |

| TICKET INFORMATION | |
| --- | --- |
| Seq Nbr | Ticket or Time Limit |
| 1 | TLCRPAA544P/02SEP-TUE |

| PHONE INFORMATION | |
| --- | --- |
| Seq Nbr | Phone Number |
| 1 | DKW.GBT$AGMAIL.COM-E |
| 2 | 1202-308-1244-C |

| FREQUENT FLYER INFO | |
| --- | --- |
| Seq Nbr | Frequent Traveler |
| 1 | AA 2CEJ460 HK AA 1.01 WILLS/DAVID * ADV * |

| SSR | | |
| --- | --- | --- |
| Seq Nbr | Type | SSR |
| 1 | | DOCS /DB/14SEP1952/M/WILLS/DAVID/KEITH |
| 2 | | DOCS /DB/21OCT1946/M/AQUILINO/JOHN/DOMINIC |

| REMARKS INFORMATION | |
| --- | --- |
| Seq Nbr | Remarks |
| 1 | 1.H-PTI1.1-ADT-ADT |
| 2 | 2.H-PTI2.1-SRC-ADT |
| 3 | 3.H-BOOKED VIA AMERICAN AIRLINES WEB SITE US IN US CURRENCY |
| 4 | 4.H-IPHADDR72.181.73.204$ |
| 5 | 5.H-TRANH D03D0BFA314CFC5B0C27C06D44A947B1 |
| 6 | 6.H-PC/PSGR CLEARED FOR TRAVEL/CORPORATE SECURITY/01 |
| 7 | 7.XTL |

| PNR HISTORY | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Seq Nbr | Update Time | Received From | AAA Code | Agent Sine | TTY OFFICE | Airline or CRS Cd | Trans Seq Nbr | Code | History Data |
| 6 | 02SEP14 18:35 | TL.PROC | | | | | 1 | X4G* | AA 2563Y 04SEP2014 CRPDFW HK/SS 2B |
| 6 | | | | | | | 2 | X4G* | AA 2563Y 04SEP2014 CRPDFW HK/SS 2A |
| 6 | | | | | | | 3 | X4G* | AA 176F 04SEP2014 DFWDCA HK/SS 3F |
| 6 | | | | | | | 4 | X4G* | AA 176F 04SEP2014 DFWDCA HK/SS 3A |
| 6 | | | | | | | 5 | X4G* | AA 365P 16SEP2014 DCADFW HK/SS 3B |
| 6 | | | | | | | 6 | X4G* | AA 365P 16SEP2014 DCADFW HK/SS 3A |
| 6 | | | | | | | 7 | X4G* | AA 2283P 16SEP2014 DFWCRP HK/SS 1D |
| 6 | | | | | | | 8 | X4G* | AA 2283P 16SEP2014 DFWCRP HK/SS 1F |

2:17cr390-009485

1

Record Locator: HLCRQP

| PNR HISTORY | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6 | | | | | 9 | XS | AA 2563 Y 04SEP2014 CRP DFW NN/HK 2 09:05 10:25 |
| 6 | | | | | 10 | XS | AA 176 F 04SEP2014 DFW DCA NN/HK 2 12:00 15:50 |
| 6 | | | | | 11 | XS | AA 365 P 16SEP2014 DCA DFW NN/HK 2 10:00 12:20 |
| 6 | | | | | 12 | XS | AA 2283 P 16SEP2014 DFW CRP NN/HK 2 13:20 14:30 |
| 5 | 02SEP14 17:31 | ITKTS FULFILLMENT | XTM | XTM7IEI | 1 | A4G | AA 2283P 16SEP2014 DFWCRP SS/NN 1D |
| 5 | | | | | 2 | A4G | AA 2283P 16SEP2014 DFWCRP SS/NN 1F |
| 4 | 02SEP14 17:31 | ITKTS FULFILLMENT | XTM | XTM7IEI | 1 | A4G | AA 365P 16SEP2014 DCADFW SS/NN 3B |
| 4 | | | | | 2 | A4G | AA 365P 16SEP2014 DCADFW SS/NN 3A |
| 3 | 02SEP14 17:31 | ITKTS FULFILLMENT | XTM | XTM7IEI | 1 | A4G | AA 176F 04SEP2014 DFWDCA SS/NN 3F |
| 3 | | | | | 2 | A4G | AA 176F 04SEP2014 DFWDCA SS/NN 3A |
| 2 | 02SEP14 17:31 | ITKTS FULFILLMENT | XTM | XTM7IEI | 1 | A4G | AA 2563Y 04SEP2014 CRPDFW SS/NN 2B |
| 2 | | | | | 2 | A4G | AA 2563Y 04SEP2014 CRPDFW SS/NN 2A |
| 1 | 02SEP14 17:29 | SCC UPDATE | CRC | HDQ8PAY | 1 | A5H | H-PC/PSGR CLEARED FOR TRAVEL/CORPORATE SECURITY/01 |

| SIGNATURE LINE | | | | | | |
|---|---|---|---|---|---|---|
| Record Locator | AAA | Agent | Create Date | Create Time | Received From | Sabre Purge Date |
| HLCRQP | | WWW | HDQEAU | 02SEP2014 | 17:29 | WWW$2CEJ460 | 16SEP2014 |

CONFIDENTIAL//For Offical Use Only

2:17cr390-009486

2

Record     ator: HWTFTW

American Airlines CONFIDENTIAL for official use only.

Booked: 2013-10-12

### PASSENGER INFORMATION

| Pax Nbr | Name |
|---------|------|
| 1.01 | WILLS/DAVID |

### FLIGHT INFORMATION

| Seq Nbr | Flight | Class | Date | Dep | Arv | Stat | Qty | Dep Time | Arv Time |
|---------|--------|-------|------|-----|-----|------|-----|----------|----------|
| 1 | AA1442 | A | 21OCT2013 | CRP | DFW | HK | 1 | 07:25 | 08:50 |
| 2 | AA1462 | A | 21OCT2013 | DFW | MIA | HK | 1 | 12:25 | 16:15 |
| 3 | AA2391 | I | 21OCT2013 | MIA | PLS | HK | 1 | 18:35 | 20:15 |
| 4 | AA1338 | J | 26OCT2013 | PLS | MIA | HK | 1 | 08:45 | 10:35 |
| 5 | AA43 | A | 26OCT2013 | MIA | DFW | HK | 1 | 15:20 | 17:30 |
| 6 | AA2395 | A | 26OCT2013 | DFW | CRP | HK | 1 | 18:50 | 20:05 |

### TICKET INFORMATION

| Seq Nbr | Ticket or Time Limit |
|---------|---------------------|
| 1 | T-12OCT-XTM7C22 |
| 2 | TE 0012383434073-74 WILLS/D XTM7C22 1723/12OCT 1B*25420A |

### PHONE INFORMATION

| Seq Nbr | Phone Number |
|---------|-------------|
| 1 | US361-205-7674-C |
| 2 | DKW.GBT$AGMAIL.COM-E |
| 3 | 1361-205-7674-C |

### ADDRESS INFORMATION

| Address |
|---------|
| DAVID WILLS<br>3204 TOWER OAKS BOULEVARD<br>SUITE 170<br>ROCKVILLE, MD<br>20852 |

### FREQUENT FLYER INFO

| Seq Nbr | Frequent Traveler |
|---------|-------------------|
| 1 | AA 2CEJ460 HK AA 1.01 WILLS/DAVID * ADV * |

### PRE REQUESTED SEATS INFO

| Seq Nbr | Flight | Class | Seat | Depart | Arrive | Status | Name |
|---------|--------|-------|------|--------|--------|--------|------|
| 1 | AA1442 | A | 3E | CRP | DFW | HK | WILLS/DAVID-1.01 |
| 2 | AA1462 | A | 2F | DFW | MIA | HK | WILLS/DAVID-1.01 |
| 3 | AA2391 | I | 3B | MIA | PLS | HK | WILLS/DAVID-1.01 |
| 4 | AA1338 | J | 6E | PLS | MIA | HK | WILLS/DAVID-1.01 |
| 5 | AA43 | A | 1B | MIA | DFW | HK | WILLS/DAVID-1.01 |
| 6 | AA2395 | A | 3B | DFW | CRP | HK | WILLS/DAVID-1.01 |

2:17cr390-009487

1

Record ____ ator: HWTFTW

| OSI INFO | |
|---|---|
| Seq Nbr | OSI |
| 1 | OSI PURCHASED ON AA.COM US 10/12/2013 IN US CURRENCY |

| SSR | | |
|---|---|---|
| Seq Nbr | Type | SSR |
| 1 | DOCS | /P/USA/476045696/USA/14SEP1952/M/04OCT2020/WILLS/DAVID/KEITH//S2 |
| 2 | PCTC | LORI WHITE WILLS/US2408934545 |
| 3 | DOCA | /R/USA |
| 4 | PCTC | LORI WHITE WILLS/USA/2408934545 |

| REMARKS INFORMATION | |
|---|---|
| Seq Nbr | Remarks |
| 1 | 1.TBM*IK558821XXXXXX6373$03/16 |
| 2 | 2.H-TBMEDIT/ALL PQS DELETED AND PLACED INTO HISTORY |
| 3 | 3.H-TBMEDIT/TKT DRIVEN FOR 2787.90/1723/12OCT |
| 4 | 4.DAVID WILLS |
| 5 | 5.H-/T$DOC$VCR |
| 6 | 6.H-/T$DLV$EMAIL$DKW.GBT$AGMAIL.COM |
| 7 | 7.H-/T$SP$INTL |
| 8 | 8.H-/T$CCBC US |
| 9 | 9.H-/T$WWW EAU |
| 10 | 10.H-WWW/AUTH/CID IK6373 BANK VERIFIED CID |
| 11 | 11.H-IPPADDR72.181.73.204$ |
| 12 | 12.H-TRANP 5907A1A2ED590E3F0E54FEBCD298F9D6 |
| 13 | 13.H-PTI1.1-ADT-ADT |
| 14 | 14.H-BOOKING MADE VIA AMERICAN AIRLINES WEBSITE US IN US CURRENCY |
| 15 | 15.H-IPHADDR72.181.73.204$ |
| 16 | 16.H-TRANH 5907A1A2ED590E3F0E54FEBCD298F9D6 |
| 17 | 17.XXAUTH/00540J |
| 18 | 18.XXTACXTM12OCT/ |
| 19 | 19.H-/T$TBMEDIT/EMAIL SENT 1734/12OCT/TDS |
| 20 | 20.H-PC/PSGR CLEARED FOR TRAVEL/CORPORATE SECURITY/01 |
| 21 | 21.BAG-TAG PLS371323 SCANNED 21OCT2013 1629L/MIA/SAX8 |
| 22 | 22.BAG-TAG CRP996018 SCANNED 26OCT2013 1125L/MIA/SAM2C |
| 23 | 23.BAG-TAG CRP996018 SCANNED 26OCT2013 1323L/MIA/SAX8 |
| 24 | 24.H-/OSO$26OCT14 |
| 25 | 25.H-/OSO$DLY$DOM$26OCT |
| 26 | 26.H-/OSO$IVR$26OCT |

| PNR HISTORY | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Seq Nbr | Update Time | Received From | AAA Code | Agent Sine | TTY OFFICE | Airline or CRS Cd | Trans Seq Nbr | Code | History Data |
| 20 | 26OCT13 15:53 | REAACCOM UPDATE | CRC | CRC8YMG | | | 1 | A5H | H-/OSO$26OCT14 |
| 20 | | | | | | | 2 | A5H | H-/OSO$DLY$DOM$26OCT |
| 20 | | | | | | | 3 | A5H | H-/OSO$IVR$26OCT |

2:17cr390-009488

2

Recor̲_____ator: HWTFTW

| PNR HISTORY | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 19 | 26OCT13 05:42 | PLS42D | | PLS | PLS442D | | 1 | A4S | SSR LORI WHITE WILLS/USA/2408934545 |
| 19 | 26OCT13 05:42 | PLS42D | | PLS | PLS442D | | 1 | A4S | |
| 18 | 26OCT13 05:42 | PLS442D | | PLS | PLS442D | | 1 | X4S | SSR DOCA AA HK1. /R/US |
| 18 | | | | | | | 2 | A4S | SSR DOCA AA HK1. /R/USA |
| 17 | 26OCT13 05:42 | PLS442D | | PLS | PLS442D | | 1 | X4S | SSR DOCS AA HK1. /P/US/476045696/US/14SEP1952/M/04OCT2 |
| 17 | | | | | | | 2 | A4S | SSR DOCS AA HK1. /P/USA/476045696/USA/14SEP1952/M/04OC |
| 16 | 20OCT13 20:18 | WWW$GUEST | | WWW | HDQ2EAU | | 1 | A9 | WWW US361-205-7674-C |
| 15 | 20OCT13 20:17 | WWW$GUEST | | WWW | HDQ2EAU | | 1 | A4S | SSR DOCA AA HK1. /R/US |
| 14 | 20OCT13 20:17 | WWW$GUEST | | WWW | HDQ2EAU | | 1 | X4S | SSR DOCS AA HK1. /DB/14SEP1952/M/WILLS/DAVID |
| 14 | | | | | | | 2 | A4S | SSR DOCS AA HK1. /P/US/476045696/US/14SEP1952/M/04OCT2 |
| 13 | 20OCT13 20:17 | WWW$GUEST | | WWW | HDQ2EAU | | 1 | A4S | SSR LORI WHITE WILLS/US2408934545 |
| 13 | 20OCT13 20:17 | WWW$GUEST | | WWW | HDQ2EAU | | 1 | A4S | |
| 12 | 20OCT13 20:14 | WWW$GUEST | | WWW | HDQ2EAU | | 1 | X4S | SSR DOCS AA HK1. /DB/14SEP1952/M/WILLS/DAVID/KEITH |
| 12 | | | | | | | 2 | A4S | SSR DOCS AA HK1. /DB/14SEP1952/M/WILLS/DAVID |
| 11 | 18OCT13 06:28 | SCC UPDATE | | CRC | HDQ8PAY | | 1 | A5H | H-PC/PSGR CLEARED FOR TRAVEL/CORPORATE SECURITY/01 |
| 10 | 12OCT13 17:34 | TDSEMAILEDIT/1734/12OCT/TDS | | XTM | XTM7SCN | | 1 | A5H | H-/T$TBMEDIT/EMAIL SENT 1734/12OCT/TDS |
| 9 | 12OCT13 17:23 | EDITOR EDITOR E100213A CC WEB NON RUSH | | XTM | XTM7C22 | | 1 | X5H | H-TBMEDIT/QJ08027594 EDITOR SESSION 4 |
| 9 | | | | | | | 2 | A5H | H-TBMEDIT/ALL PQS DELETED AND PLACED INTO HISTORY |
| 9 | | | | | | | 3 | A5H | H-TBMEDIT/TKT DRIVEN FOR 2787.90/1723/12OCT |
| 9 | | | | | | | 4 | X7 | TACXTM12OCT/ |
| 9 | | | | | | | 5 | A7 | T-12OCT-XTM7C22 |
| 8 | 12OCT13 17:19 | TDSEDITOR/1719/12OCT/FDP | | XTM | XTM7FDP | | 1 | A5H | H-TBMEDIT/QJ08027594 EDITOR SESSION 4 |
| 7 | 12OCT13 16:59 | WWW$2CEJ460 | | WWW | HDQ2EAU | | 1 | A4O | OSI PURCHASED ON AA.COM US 10/12/2013 IN US CURRENCY |
| 7 | | | | | | | 7 | AW | DAVID WILLS 3204 TOWER OAKS BOULEVARD SUITE 170<b |
| 7 | | | | | | | 8 | A5F | --TBM*IK558821XXXXXX6373$03/16 |
| 7 | | | | | | | 9 | A5F | --DAVID WILLS |
| 7 | | | | | | | 10 | A5H | H-/T$DOC$VCR |
| 7 | | | | | | | 11 | A5H | H-/T$DLV$EMAIL$DKW.GBT$AGMAIL.COM |
| 7 | | | | | | | 12 | A5H | H-/T$SP$INTL |
| 7 | | | | | | | 13 | A5H | H-/T$CCBC US |
| 7 | | | | | | | 14 | A5H | H-/T$WWW EAU |
| 7 | | | | | | | 15 | A5H | H-WWW/AUTH/CID IK6373 BANK VERIFIED CID |
| 7 | | | | | | | 16 | A5H | H-IPPADDR72.181.73.204$ |

CONFIDENTIAL//For Offical Use Only

2:17cr390-009489

3

Record___ ator: HWTFTW

| PNR HISTORY | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 7 | | | | | | 17 | A5H | H-TRANP 5907A1A2ED590E3F0E54FEBCD298F9D6 |
| 7 | | | | | | 18 | X8 | TLCRPAA510P/12OCT-SAT |
| 7 | | | | | | 19 | A7 | TACXTM12OCT/ |
| 6 | 12OCT13 16:57 | ITKTS FULFILLMENT | | XTM | XTM7IGF | | 1 | A4G | AA 2395A 26OCT2013 DFWCRP SS/NN 3B |
| 5 | 12OCT13 16:57 | ITKTS FULFILLMENT | | XTM | XTM7IGF | | 1 | A4G | AA 43A 26OCT2013 MIADFW SS/NN 1B |
| 4 | 12OCT13 16:57 | ITKTS FULFILLMENT | | XTM | XTM7IGF | | 1 | A4G | AA 1338J 26OCT2013 PLSMIA SS/NN 6E |
| 3 | 12OCT13 16:57 | ITKTS FULFILLMENT | | XTM | XTM7IGF | | 1 | A4G | AA 2391I 21OCT2013 MIAPLS SS/NN 3B |
| 2 | 12OCT13 16:57 | ITKTS FULFILLMENT | | XTM | XTM7IGF | | 1 | A4G | AA 1462A 21OCT2013 DFWMIA SS/NN 2F |
| 1 | 12OCT13 16:57 | ITKTS FULFILLMENT | | XTM | XTM7IGF | | 1 | A4G | AA 1442A 21OCT2013 CRPDFW SS/NN 3E |

| SIGNATURE LINE | | | | | | |
|---|---|---|---|---|---|---|
| Record Locator | AAA | Agent | Create Date | Create Time | Received From | Sabre Purge Date |
| HWTFTW | WWW | HDQEAU | 12OCT2013 | 16:55 | WWW$2CEJ460 | 26OCT2013 |

CONFIDENTIAL//For Offical Use Only

2:17cr390-009490

4

Record_____ator: JXQUFI

American Airlines CONFIDENTIAL for official use only.

Booked: 2013-11-29

| PASSENGER INFORMATION | |
|---|---|
| Pax Nbr | Name |
| 1.01 | WILLS/DAVID |

| FLIGHT INFORMATION | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Seq Nbr | Flight | Class | Date | Dep | Arv | Stat | Qty | Dep Time | Arv Time |
| 1 | AA9109 | Y | 01JUL2014 | FSG | HDQ | DS | 1 | 22:35 | 03:51 |
| 2 | | | | | | | 0 | | |
| 3 | AA3770 | W | 03DEC2013 | CRP | DFW | HK | 1 | 09:40 | 11:00 |
| 4 | AA2290 | P | 03DEC2013 | DFW | MCO | HK | 1 | 12:00 | 15:25 |

| TICKET INFORMATION | |
|---|---|
| Seq Nbr | Ticket or Time Limit |
| 1 | T-REFUND ISSUED PER INSTRUCTIONS |
| 2 | TE 0012329806840 WILLS/D XTM7CCY 1152/29NOV 1B*254204 |
| 3 | TK 0010647443510 WILLS/D XTM7U71 1156/29NOV - AE 1B*7BE52E |
| 4 | TE 0012384894266 WILLS/D XTM7EVS 0724/05DEC 1B*254206 |

| PHONE INFORMATION | |
|---|---|
| Seq Nbr | Phone Number |
| 1 | US361-205-7674-C |
| 2 | US361-205-7674-C |
| 3 | DKW.GBTSAGMAIL.COM-E |
| 4 | 1361-205-7674-C |
| 5 | 361-205-7674-C/B |

| ADDRESS INFORMATION |
|---|
| Address |
| DAVID WILLS<br>3204 TOWER OAKS BOULEVARD<br>SUITE 170<br>ROCKVILLE, MD<br>20852 |

| FREQUENT FLYER INFO | |
|---|---|
| Seq Nbr | Frequent Traveler |
| 1 | AA 2CEJ460 HK AA 1.01 WILLS/DAVID * ADV * |

| PRE REQUESTED SEATS INFO | | | | | | | |
|---|---|---|---|---|---|---|---|
| Seq Nbr | Flight | Class | Seat | Depart | Arrive | Status | Name |
| 1 | AA3770 | W | 2A | CRP | DFW | HK | WILLS/DAVID-1.01 |
| 2 | AA2290 | P | 3B | DFW | MCO | HK | WILLS/DAVID-1.01 |

2:17cr390-009491

1

Record     ator: JXQUFI

| OSI INFO | |
|---|---|
| Seq Nbr | OSI |
| 1 | OSI PURCHASED ON AA.COM US 11/29/2013 IN US CURRENCY |

| SSR | | |
|---|---|---|
| Seq Nbr | Type | SSR |
| 1 | | DOCS/DB/14SEP1952/M/WILLS/DAVID/KEITH |
| 2 | | BEEF 2290P3DEC/DFW NN1 |

| REMARKS INFORMATION | |
|---|---|
| Seq Nbr | Remarks |
| 1 | 1.TBMXX-CREDIT CARD |
| 2 | 2.H-/T$RFD11/480.40/0.00/N1.1 |
| 3 | 3.H-/T$RFD12/VCR0012384894266/C1-2 |
| 4 | 4.H-/T$RFD ORIG FOP |
| 5 | 5.H-/T$DOC$RFD |
| 6 | 6.H-/T$DLV$NONE |
| 7 | 7.H-/T$CUR$USD |
| 8 | 8.H-RES TAG REFUND |
| 9 | 9.H-SKD IRREG 120MINS OR MORE REFUND PROCESSED 06DEC QSEDJW |
| 10 | 10.H-TBMEDIT/QJ08027598 EDITOR SESSION 5 |
| 11 | 11.H-VOLUNTARY CHANGE DUE TO WINTER STORM CLEON |
| 12 | 12.H-HAVD CUST EVEN EXCHANGE |
| 13 | 13.H-WWW/AUTH/CID IK6373 BANK VERIFIED CID |
| 14 | 14.H-IPPADDR162.224.67.43$ |
| 15 | 15.H-TRANP 7C544617715311DA8F772434C590351C |
| 16 | 16.H-PTI1.1-ADT-ADT |
| 17 | 17.H-BOOKING MADE VIA AMERICAN AIRLINES WEBSITE US IN US CURRENCY |
| 18 | 18.H-IPHADDR162.224.67.43$ |
| 19 | 19.H-TRANH 7C544617715311DA8F772434C590351C |
| 20 | 20.H-PC/PSGR CLEARED FOR TRAVEL/CORPORATE SECURITY/01 |
| 21 | 21.H-PSGR QUALIFIED FOR EXIT SEATING |
| 22 | 22.XXAUTH/07520J |
| 23 | 23.XXTACXTM29NOV/ |
| 24 | 24.H-01 AE -PREFERRED SEATS USD 48.00 |
| 25 | 25.H-0012329806840 |
| 26 | 26.BAG-TAG MCO511185 SCANNED 03DEC2013 1149L/DFW/PIER-07 |
| 27 | 27.XXTTEXTM05DEC/ |
| 28 | 28.H-T$EXCHANGE PROCESSED BY ETDS AUTOMATED EDITOR |
| 29 | 29.H-/OSO$06DEC10 |
| 30 | 30.H-/OSO$IVR$06DEC |
| 31 | 31.H-HAFI/VM/361-205-7674/0146/06DEC/IVR |
| 32 | 32.H-ACCOM/IVR/VOICE-MAIL/06DEC/IVR |
| 33 | 33.H-/OSO$06DEC15 |
| 34 | 34.H-/OSO$IVR$06DEC |
| 35 | 35.H-UTR/361-205-7674/1002/06DEC/IVR |
| 36 | 36.H-UTR/361-205-7674/1038/06DEC/IVR |
| 37 | 37.H-ACCOM/IVR/UTR-ATTEMPTS-EXHAUSTED/06DEC/IVR |
| 38 | 38.H-/OSO$06DEC16 |

2:17cr390-009492

2

Record____ator: JXQUFI

| REMARKS INFORMATION | |
|---|---|
| 39 | 39.H-/OSO$IVR$06DEC |
| 40 | 40.H-/OSO$06DEC16 |
| 41 | 41.H-/OSO$IVR$06DEC |
| 42 | 42.H-/OSO$06DEC20 |
| 43 | 43.H-/OSO$IVR$06DEC |
| 44 | 44.H-ANI3013666075 |
| 45 | 45.H-UNACCOM/IVR/FAILED-CONFIRMATION/06DEC/IVR |
| 46 | 46.H-EFUNDS PROCESSED/0012384894266 |
| 47 | 47.H-ACCOM/IVR/FAILED-CONFIRMATION/06DEC/IVR |

| PNR HISTORY | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Seq Nbr | Update Time | Received From | AAA Code | Agent Sine | TTY OFFICE | Airline or CRS Cd | Trans Seq Nbr | Code | History Data |
| 39 | 12DEC13 13:24 | P | TUL | LSC7M8S | | | 1 | X7 | T-REFUND SUBMITTED |
| 39 | | | | | | | 2 | A7 | T-REFUND ISSUED PER INSTRUCTIONS |
| 38 | 06DEC13 19:12 | IVR$2CEJ460 | WWW | HDQ8IVR | | | 1 | A5H | H-ACCOM/IVR/FAILED-CONFIRMATION/06DEC/IVR |
| 37 | 06DEC13 16:56 | | XTM | XTM7ROB | | | 1 | A5H | H-EFUNDS PROCESSED/0012384894266 |
| 37 | | | | | | | 2 | X7 | TTZXTM06DEC/ |
| 37 | | | | | | | 3 | A7 | T-REFUND SUBMITTED |
| 36 | 06DEC13 16:03 | STEVEN WHITE | QSE | QSE1DJW | | | 1 | X9 | DFW 361-205-7674-C/B |
| 36 | | | | | | | 2 | A9 | RDU 361-205-7674-C/B |
| 36 | | | | | | | 11 | XW | DAVID WILLS 3204 TOWER OAKS BOULEVARD SUITE 170<b |
| 36 | | | | | | | 12 | AW | DAVID WILLS 3204 TOWER OAKS BOULEVARD SUITE 170<b |
| 36 | | | | | | | 13 | X5H | H-/T$TBMEDIT/EMAIL SENT 0734/05DEC/TDS |
| 36 | | | | | | | 14 | X5H | H-ANI |
| 36 | | | | | | | 15 | X5H | H-/T$WFR$SKED |
| 36 | | | | | | | 16 | X5H | H-/T$QSD DWE |
| 36 | | | | | | | 17 | X5H | H-/T$DLV$EMAIL$DKW.GBT$AGMAIL.COM$00/00/00 |
| 36 | | | | | | | 18 | X5H | H-/T$DOC$VCR |
| 36 | | | | | | | 19 | X5H | H-/T$TTE12/VCR0012329806840/C1-4 |
| 36 | | | | | | | 20 | X5H | H-/T$TTE11/0.00/0.00/N1.1 |
| 36 | | | | | | | 21 | X5F | --TBMXX-EVN |
| 36 | | | | | | | 22 | A5F | --TBMXX-CREDIT CARD |
| 36 | | | | | | | 23 | A5H | H-/T$RFD11/480.40/0.00/N1.1 |
| 36 | | | | | | | 24 | A5H | H-/T$RFD12/VCR0012384894266/C1-2 |
| 36 | | | | | | | 25 | A5H | H-/T$RFD ORIG FOP |
| 36 | | | | | | | 26 | A5H | H-/T$DOC$RFD |
| 36 | | | | | | | 27 | A5H | H-/T$DLV$NONE |
| 36 | | | | | | | 28 | A5H | H-/T$CUR$USD |
| 36 | | | | | | | 29 | A5H | H-RES TAG REFUND |
| 36 | | | | | | | 30 | A5H | H-SKD IRREG 120MINS OR MORE REFUND PROCESSED 06DEC QSED |

Record      ator: JXQUFI

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **PNR HISTORY** | | | | | | | |
| 36 | | | | | 31 | X7 | T-05DEC-XTM7EVS |
| 36 | | | | | 32 | A7 | TTZXTM06DEC/ |
| 36 | | | | | 33 | AS | AA 9109 Y 01JUL2014 FSG HDQ DS/DS 1 22:35 03:51 |
| 35 | 06DEC13 16:00 | IVR$2CEJ460 | WWW | HDQ8IVR | 1 | A5H | H-UNACCOM/IVR/FAILED-CONFIRMATION/06DEC/IVR |
| 34 | 06DEC13 15:50 | STEVEN WHITE | QSE | QSE1DJW | 1 | A5H | H-ANI3013666075 |
| 34 | | | | | 2 | X4G* | AA 2291 F 06DEC2013 MCODFW HK/SS 3F |
| 34 | | | | | 3 | XAX | |
| 34 | | | | | 4 | XS | AA 318 F 06DEC2013 MCO DFW HK/NO 1 12:50 14:50 |
| 34 | | | | | 5 | XS | AA 3354 Y 06DEC2013 DFW CEJ HK/NO 1 15:45 17:00 |
| 34 | | | | | 6 | XS | AA 2291 F 06DEC2013 MCO DFW OB/HK 1 17:45 19:50 |
| 34 | | | | | 7 | XS | AA 2395 Y 06DEC2013 DFW CRP HK/NO 1 20:30 21:50 |
| 34 | | | | | 8 | XS | AA 2283 Y 07DEC2013 DFW CRP OB/HK 1 11:20 12:40 |
| 33 | 06DEC13 15:23 | REAACCOM UPDATE | CRC | CRC0YMG | 1 | A5H | H-/OSO$06DEC20 |
| 33 | | | | | 2 | A5H | H-/OSO$IVR$06DEC |
| 33 | | | | | 3 | X4G | AA 2395 06DEC2013 DFWCRP HK/SS 9F |
| 33 | | | | | 4 | SC | AA 2395 Y 06DEC2013 DFW CRP HK/NO 1 20:30 21:50 |
| 33 | | | | | 5 | AS | AA 2283 Y 07DEC2013 DFW CRP OB/SS 1 11:20 12:40 |
| 32 | 06DEC13 14:56 | REAACCOM UPDATE | CRC | CRC8YMG | 1 | A5H | H-/OSO$06DEC16 |
| 32 | | | | | 2 | A5H | H-/OSO$IVR$06DEC |
| 31 | 06DEC13 14:55 | REAACCOM UPDATE | CRC | CRC8YMG | 1 | A5H | H-/OSO$06DEC16 |
| 31 | | | | | 2 | A5H | H-/OSO$IVR$06DEC |
| 30 | 06DEC13 10:35 | IVR$2CEJ460 | WWW | HDQ8IVR | 1 | A5H | H-UTR/361-205-7674/1038/06DEC/IVR |
| 30 | | | | | 2 | A5H | H-ACCOM/IVR/UTR-ATTEMPTS-EXHAUSTED/06DEC/IVR |
| 29 | 06DEC13 09:59 | IVR$2CEJ460 | WWW | HDQ8IVR | 1 | A5H | H-UTR/361-205-7674/1002/06DEC/IVR |
| 28 | 06DEC13 06:18 | REAACCOM UPDATE | CRC | CRC0YMG | 1 | A5H | H-/OSO$06DEC15 |
| 28 | | | | | 2 | A5H | H-/OSO$IVR$06DEC |
| 28 | | | | | 3 | X4G | AA 318F 06DEC2013 MCODFW HK/SS 5F |
| 28 | | | | | 4 | X4G | AA 3354Y 06DEC2013 DFWCRP HK/SS 6B |
| 28 | | | | | 5 | A4G | AA 2291F 06DEC2013 MCODFW SS/NN 3F |
| 28 | | | | | 6 | A4G | AA 2395Y 06DEC2013 DFWCRP SS/NN 9F |
| 28 | | | | | 7 | SC | AA 318 F 06DEC2013 MCO DFW HK/NO 1 12:50 14:50 |
| 28 | | | | | 8 | SC | AA 3354 Y 06DEC2013 DFW CRP HK/NO 1 15:45 17:00 |
| 28 | | | | | 9 | AS | AA 2291 F 06DEC2013 MCO DFW OB/SS 1 17:45 19:50 |
| 28 | | | | | 10 | AS | AA 2395 Y 06DEC2013 DFW CRP OB/SS 1 20:30 21:50 |
| 27 | 06DEC13 05:07 | WWW$EFUNDS | HDQ | HDQ7QMW | 1 | UAX | PREFERRED SEATS/CX1 /AA3354V05DEC2013DFWCRP-WILLS/DAVID |
| 26 | 06DEC13 01:47 | REAACCOM7 UPDATE | CRC | CRC8YMG | 1 | XS | AA 1633 F 06DEC2013 MCO DFW HK/NO 1 11:35 13:35 |
| 25 | 06DEC13 01:44 | IVR$2CEJ460 | WWW | HDQ8IVR | 1 | A5H | H-HAFI/VM/361-205-7674/0146/06DEC/IVR |
| 25 | | | | | 2 | A5H | H-ACCOM/IVR/VOICE-MAIL/06DEC/IVR |
| 24 | 06DEC13 00:53 | REAACCOM UPDATE | CRC | CRC0YMG | 1 | A5H | H-/OSO$06DEC10 |

CONFIDENTIAL//For Offical Use Only

2:17cr390-009494

4

Record ____ ator: JXQUFI

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | PNR HISTORY | | |
| 24 | | | | | 2 | A5H | H-/OSO$IVR$06DEC |
| 24 | | | | | 3 | X4G | AA 1633F 06DEC2013 MCODFW HK/SS 3B |
| 24 | | | | | 4 | A4G | AA 318F 06DEC2013 MCODFW SS/NN 5F |
| 24 | | | | | 5 | SC | AA 1633 F 06DEC2013 MCO DFW HK/NO 1 11:35 13:35 |
| 24 | | | | | 6 | AS | AA 318 F 06DEC2013 MCO DFW OB/SS 1 12:50 14:50 |
| 23 | 05DEC13 07:34 | TDSEMAILEDIT/0734/05DEC/TDS | XTM | XTM7UEB | 1 | A5H | H-/T$TBMEDIT/EMAIL SENT 0734/05DEC/TDS |
| 22 | 05DEC13 07:28 | TDSEDITOR/0728/05DEC/EVN | XTM | XTM7EVN | 1 | X5H | H-TBMEDIT/QJ08022765 EDITOR SESSION 2 |
| 22 | | | | | 2 | A5H | H-TBMEDIT/QJ08027598 EDITOR SESSION 5 |
| 21 | 05DEC13 07:24 | TDSEDITOR/0724/05DEC/EVS | XTM | XTM7EVS | 1 | A5H | H-TBMEDIT/QJ08027765 EDITOR SESSION 2 |
| 21 | | | | | 2 | A5H | H-T$EXCHANGE PROCESSED BY ETDS AUTOMATED EDITOR |
| 21 | | | | | 3 | X7 | TTEXTM05DEC/ |
| 21 | | | | | 4 | A7 | T-05DEC-XTM7EVS |
| 20 | 05DEC13 07:13 | STEVEN WHITE | QSD | QSD1DWE | 1 | A4G | AA 1633F 06DEC2013 MCODFW SS/NN 3B |
| 20 | | | | | 2 | A4G | AA 3354Y 06DEC2013 DFWCRP SS/NN 6B |
| 19 | 05DEC13 07:11 | STEVEN WHITE | QSD | QSD1DWE | 1 | A9 | DFW 361-205-7674-C/B |
| 19 | | | | | 11 | XW | DAVID WILLS 3204 TOWER OAKS BOULEVARD SUITE 170<b |
| 19 | | | | | 12 | AW | DAVID WILLS 3204 TOWER OAKS BOULEVARD SUITE 170<b |
| 19 | | | | | 13 | X5H | H-ANI |
| 19 | | | | | 14 | X5H | H-/T$TBMEDIT/EMAIL SENT 1203/29NOV/TDS |
| 19 | | | | | 15 | X5H | H-/T$TBMEDIT/EMAIL SENT 1156/29NOV/TDS |
| 19 | | | | | 16 | X5H | H-/T$WWW EAU |
| 19 | | | | | 17 | X5H | H-/T$CCBC US |
| 19 | | | | | 18 | X5H | H-/T$FEE$PSEAT$11A$N1.1$S4$22.33/1.67$USD |
| 19 | | | | | 19 | X5H | H-/T$FEE$PSEAT$2A$N1.1$S1$22.33/1.67$USD |
| 19 | | | | | 20 | X5H | H-/T$DLV$EMAIL$DKW.GBT$AGMAIL.COM |
| 19 | | | | | 21 | X5H | H-/T$DOC$VCR |
| 19 | | | | | 22 | X5F | --DAVID WILLS |
| 19 | | | | | 23 | X5F | --TBM*IK558821XXXXXX6373$03/16 |
| 19 | | | | | 24 | A5F | --TBMXX-EVN |
| 19 | | | | | 25 | A5H | H-/T$TTE11/0.00/0.00/N1.1 |
| 19 | | | | | 26 | A5H | H-/T$TTE12/VCR0012329806840/C1-4 |
| 19 | | | | | 27 | A5H | H-/T$DOC$VCR |
| 19 | | | | | 28 | A5H | H-/T$DLV$EMAIL$DKW.GBT$AGMAIL.COM$00/00/00 |
| 19 | | | | | 29 | A5H | H-/T$QSD DWE |
| 19 | | | | | 30 | A5H | H-/T$WFR$SKED |
| 19 | | | | | 31 | A5H | H-VOLUNTARY CHANGE DUE TO WINTER STORM CLEON |
| 19 | | | | | 32 | A5H | H-HAVD CUST EVEN EXCHANGE |
| 19 | | | | | 33 | A5H | H-ANI |
| 19 | | | | | 34 | X4S* | SSR 1633P5DEC/MCO NN1 |
| 19 | | | | | 34 | X4S* | SSR CHCK AA NN1. 1633P5DEC/MCO NN1 |
| 19 | | | | | 35 | X7 | T-29NOV-XTM7U71 |

CONFIDENTIAL//For Offical Use Only

2:17cr390-009495

5

Record      ator: JXQUFI

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **PNR HISTORY** | | | | | | | |
| 19 | | | | | 36 | A7 | TTEXTM05DEC/ |
| 19 | | | | | 37 | X4G* | AA 1633P 05DEC2013 MCODFW HK/SS 3B |
| 19 | | | | | 38 | X4G* | AA 3354V 05DEC2013 DFWCRP HK/SS 11A |
| 19 | | | | | 39 | UAX | PREFERRED SEATS/CX1 /AA3354V05DEC2013DFWCRP-WILLS/DAVID |
| 19 | | | | | 40 | XS | AA 1633 P 05DEC2013 MCO DFW NN/HK 1 11:35 13:35 |
| 19 | | | | | 41 | XS | AA 3354 V 05DEC2013 DFW CRP NN/HK 1 15:45 17:00 |
| 19 | | | | | 42 | XS | AA 1633 P 06DEC2013 MCO DFW NN/HK 1 11:35 13:35 |
| 19 | | | | | 43 | XS | AA 3354 V 06DEC2013 DFW CRP NN/HK 1 15:45 17:00 |
| 19 | | | | | 44 | AS | AA 1633 F 06DEC2013 MCO DFW NN/SS 1 11:35 13:35 |
| 19 | | | | | 45 | AS | AA 3354 Y 06DEC2013 DFW CRP NN/SS 1 15:45 17:00 |
| 18 | 05DEC13 07:07 | STEVEN WHITE | QSD | QSD1DWE | 1 | A5H | H-ANI |
| 18 | | | | | 2 | AS | AA 1633 P 06DEC2013 MCO DFW NN/SS 1 11:35 13:35 |
| 18 | | | | | 3 | AS | AA 3354 V 06DEC2013 DFW CRP NN/SS 1 15:45 17:00 |
| 17 | 03DEC13 09:41 | PDCAACRP377003DEC | CRP | CRP5PD | 1 | UAX | PREFERRED SEATS/FL1 /AA3770W03DEC2013CRPDFW-WILLS/DAVID |
| 16 | 03DEC13 06:41 | WWW$GUEST | WWW | HDQ2EAU | 1 | A9 | WWW US361-205-7674-C |
| 15 | 30NOV13 22:28 | WWW$AACOM | WWW | HDQ2EAU | 1 | A4S | SSR BEEF AA NN1. 2290P3DEC/DFW NN1 |
| 15 | 30NOV13 22:28 | WWW$AACOM | WWW | HDQ2EAU | 1 | A4S | SSR 2290P3DEC/DFW NN1 |
| 15 | | | | | 2 | A4S | SSR CHCK AA NN1. 1633P5DEC/MCO NN1 |
| 15 | | | | | 2 | A4S | SSR 1633P5DEC/MCO NN1 |
| 14 | 30NOV13 22:27 | WWW$GUEST | WWW | HDQ2EAU | 1 | A9 | WWW US361-205-7674-C |
| 13 | 29NOV13 12:03 | TDSEMAILEDIT/1203/29NOV/TDS | XTM | XTM7UVR | 1 | A5H | H-/T$TBMEDIT/EMAIL SENT 1203/29NOV/TDS |
| 12 | 29NOV13 12:02 | | XTM | XTM7BGR | 1 | A5H | H-/T$TBMEDIT/EMAIL SENT 1156/29NOV/TDS |
| 11 | 29NOV13 11:56 | ITKTS FULFILLMENT | XTM | XTM7U71 | 1 | X5H | H-TBMEDIT/TKT DRIVEN FOR 1062.59/1152/29NOV |
| 11 | | | | | 2 | X5H | H-TBMEDIT/ALL PQS DELETED AND PLACED INTO HISTORY |
| 11 | | | | | 3 | A5H | H-01 AE -PREFERRED SEATS USD 48.00 |
| 11 | | | | | 4 | A5H | H-0012329806840 |
| 11 | | | | | 5 | X7 | T-29NOV-XTM7CCY |
| 11 | | | | | 6 | A7 | T-29NOV-XTM7U71 |
| 11 | | | | | 7 | UAX | PREFERRED SEATS/HI1 /AA3770W03DEC2013CRPDFW-WILLS/DAVID |
| 11 | | | | | 8 | UAX | PREFERRED SEATS/HI1 /AA3354V05DEC2013DFWCRP-WILLS/DAVID |
| 10 | 29NOV13 11:52 | EDITOR EDITOR E111413A CC WEB RUSH | XTM | XTM7CCY | 1 | X5H | H-TBMEDIT/RSAPPP17 EDITOR SESSION 9 |
| 10 | | | | | 2 | A5H | H-TBMEDIT/ALL PQS DELETED AND PLACED INTO HISTORY |
| 10 | | | | | 3 | A5H | H-TBMEDIT/TKT DRIVEN FOR 1062.59/1152/29NOV |
| 10 | | | | | 4 | X7 | TACXTM29NOV/ |
| 10 | | | | | 5 | A7 | T-29NOV-XTM7CCY |
| 9 | 29NOV13 11:48 | TDSEDITOR/1148/29NOV/FDP | XTM | XTM7FDP | 1 | A5H | H-TBMEDIT/RSAPPP17 EDITOR SESSION 9 |

CONFIDENTIAL//For Offical Use Only

2:17cr390-009496

6

Record   ator: JXQUFI

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | PNR HISTORY | | | | |
| 8 | 29NOV13 11:31 | WWW$2CEJ460 | WWW | HDQ2EAU | | 1 | A4O | OSI PURCHASED ON AA.COM US 11/29/2013 IN US CURRENCY |
| 8 | | | | | | 7 | AW | DAVID WILLS 3204 TOWER OAKS BOULEVARD SUITE 170<b |
| 8 | | | | | | 8 | A5F | --TBM*IK558821XXXXXX6373$03/16 |
| 8 | | | | | | 9 | A5F | --DAVID WILLS |
| 8 | | | | | | 10 | A5H | H-/T$DOC$VCR |
| 8 | | | | | | 11 | A5H | H-/T$DLV$EMAIL$DKW.GBT$AGMAIL.COM |
| 8 | | | | | | 12 | A5H | H-/T$FEE$PSEAT$2A$N1.1$S1$22.33/1.67$USD |
| 8 | | | | | | 13 | A5H | H-/T$FEE$PSEAT$11A$N1.1$S4$22.33/1.67$USD |
| 8 | | | | | | 14 | A5H | H-/T$CCBC US |
| 8 | | | | | | 15 | A5H | H-/T$WWW EAU |
| 8 | | | | | | 16 | A5H | H-WWW/AUTH/CID IK6373 BANK VERIFIED CID |
| 8 | | | | | | 17 | A5H | H-IPPADDR162.224.67.43$ |
| 8 | | | | | | 18 | A5H | H-TRANP 7C544617715311DA8F772434C590351C |
| 8 | | | | | | 19 | X8 | TLCRPAA1143A/29NOV-FRI |
| 8 | | | | | | 20 | A7 | TACXTM29NOV/ |
| 7 | 29NOV13 11:30 | WWW$2CEJ460 | WWW | HDQ2EAU | | 1 | A5H | H-PSGR QUALIFIED FOR EXIT SEATING |
| 6 | 29NOV13 11:30 | ITKTS FULFILLMENT | XTM | XTM7IBS | | 1 | A4G | AA 1633P 05DEC2013 MCODFW SS/NN 3B |
| 5 | 29NOV13 11:30 | ITKTS FULFILLMENT | XTM | XTM7IBS | | 1 | A4G | AA 2290P 03DEC2013 DFWMCO SS/NN 3B |
| 4 | 29NOV13 11:30 | ITKTS FULFILLMENT | XTM | XTM7IBS | | 1 | A4G | AA 3354O 05DEC2013 DFWCRP SS/NN 11A |
| 4 | | | | | | 2 | UAX | PREFERRED SEATS/HD1 /AA3354O05DEC2013DFWCRP-WILLS/DAVID |
| 3 | 29NOV13 11:30 | ITKTS FULFILLMENT | XTM | XTM7IBS | | 1 | A4G | AA 3770W 03DEC2013 CRPDFW SS/NN 2A |
| 3 | | | | | | 2 | UAX | PREFERRED SEATS/HD1 /AA3770W03DEC2013CRPDFW-WILLS/DAVID |
| 2 | 29NOV13 11:30 | ITKTS FULFILLMENT | XTM | XTM7IBS | | 1 | AAX | |
| 2 | | | | | | 2 | AAX | |
| 1 | 29NOV13 11:29 | SCC UPDATE | CRC | HDQ8PAY | | 1 | A5H | H-PC/PSGR CLEARED FOR TRAVEL/CORPORATE SECURITY/01 |

| SIGNATURE LINE | | | | | | |
|---|---|---|---|---|---|---|
| Record Locator | AAA | Agent | Create Date | Create Time | Received From | Sabre Purge Date |
| JXQUFI | WWW | HDQEAU | 29NOV2013 | 11:28 | WWW$2CEJ460 | 02JUL2014 |

CONFIDENTIAL//For Offical Use Only

2:17cr390-009497

7

American Airlines CONFIDENTIAL for official use only.

Record _____ator: LAWWLU

Booked: 2014-09-02

| PASSENGER INFORMATION | |
|---|---|
| Pax Nbr | Name |
| 1.01 | WILLS/DAVID |
| 2.01 | AQUILINO/JOHN |

| TICKET INFORMATION | |
|---|---|
| Seq Nbr | Ticket or Time Limit |
| 1 | TLCRPAA559P/02SEP-TUE |

| PHONE INFORMATION | |
|---|---|
| Seq Nbr | Phone Number |
| 1 | DKW.GBT$AGMAIL.COM-E |
| 2 | 1202-308-1244-C |

| FREQUENT FLYER INFO | |
|---|---|
| Seq Nbr | Frequent Traveler |
| 1 | AA 2CEJ460 HK AA 1.01 WILLS/DAVID * ADV * |

| SSR | | |
|---|---|---|
| Seq Nbr | Type | SSR |
| 1 | | DOCS /DB/14SEP1952/M/WILLS/DAVID/KEITH |
| 2 | | DOCS /DB/21OCT1946/M/AQUILINO/JOHN/DOMINIC |

| REMARKS INFORMATION | |
|---|---|
| Seq Nbr | Remarks |
| 1 | 1.H-PTI1.1-ADT-ADT |
| 2 | 2.H-PTI2.1-SRC-ADT |
| 3 | 3.H-BOOKED VIA AMERICAN AIRLINES WEB SITE US IN US CURRENCY |
| 4 | 4.H-IPHADDR72.181.73.204$ |
| 5 | 5.H-TRANH D03D0BFA314CFC5B0C27C06D44A947B1 |
| 6 | 6.H-PC/PSGR CLEARED FOR TRAVEL/CORPORATE SECURITY/01 |
| 7 | 7.XTL |

| PNR HISTORY | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Seq Nbr | Update Time | Received From | AAA Code | Agent Sine | TTY OFFICE | Airline or CRS Cd | Trans Seq Nbr | Code | History Data |
| 2 | 02SEP14 19:36 | TL.PROC | | | | | 1 | XS | AA 2563 L 04SEP2014 CRP DFW NN/HK 2 09:05 10:25 |
| 2 | | | | | | | 2 | XS | AA 248 A 04SEP2014 DFW DCA NN/HK 2 13:25 17:15 |
| 2 | | | | | | | 3 | XS | AA 365 P 16SEP2014 DCA DFW NN/HK 2 10:00 12:20 |
| 2 | | | | | | | 4 | XS | AA 2283 P 16SEP2014 DFW CRP NN/HK 2 13:20 14:30 |
| 1 | 02SEP14 17:45 | SCC UPDATE | CRC | HDQ8PAY | | | 1 | A5H | H-PC/PSGR CLEARED FOR TRAVEL/CORPORATE SECURITY/01 |

| SIGNATURE LINE | | | | | | |
|---|---|---|---|---|---|---|
| Record Locator | AAA | Agent | Create Date | Create Time | Received From | Sabre Purge Date |

CONFIDENTIAL//For Offical Use Only

2:17cr390-009498

1

Record_____ator: LAWWLU

| SIGNATURE LINE | | |
|---|---|---|
| LAWWLU | WWW.HDQEAU.02SEP2014 17:45 | WWW$2CEJ460.16SEP2014 |

2:17cr390-009499

2

Record___ator: LFZJGP

American Airlines CONFIDENTIAL for official use only.

Booked: 2013-07-29

### PASSENGER INFORMATION

| Pax Nbr | Name |
|---|---|
| 1.01 | WILLS/DAVID |

### FLIGHT INFORMATION

| Seq Nbr | Flight | Class | Date | Dep | Arv | Stat | Qty | Dep Time | Arv Time |
|---|---|---|---|---|---|---|---|---|---|
| 1 | AA3123 | V | 06AUG2013 | CRP | DFW | HK | 1 | 11:00 | 12:20 |
| 2 | AA2130 | P | 06AUG2013 | DFW | CRP | HK | 1 | 20:40 | 21:50 |

### TICKET INFORMATION

| Seq Nbr | Ticket or Time Limit |
|---|---|
| 1 | T-29JUL-XTM7U69 |
| 2 | TE 0012381243041 WILLS/D XTM7C21 1724/29JUL 1B*25420A |

### PHONE INFORMATION

| Seq Nbr | Phone Number |
|---|---|
| 1 | SRW.GBT$AGMAIL.COM-E |
| 2 | 240893-4454-C |

### ADDRESS INFORMATION

| Address |
|---|
| DAVID K WILLS<br>3204 TOWER OAKS BOULEVARD<br>SUITE 170<br>ROCKVILLE, MD<br>20852 |

### FREQUENT FLYER INFO

| Seq Nbr | Frequent Traveler |
|---|---|
| 1 | AA 2CEJ460 HK AA 1.01 WILLS/DAVID * ADV * |

### PRE REQUESTED SEATS INFO

| Seq Nbr | Flight | Class | Seat | Depart | Arrive | Status | Name |
|---|---|---|---|---|---|---|---|
| 1 | AA2130 | P | 3A | DFW | CRP | HK | WILLS/DAVID-1.01 |
| 2 | AA3123 | V | 9C | CRP | DFW | HK | WILLS/DAVID-1.01 |

### OSI INFO

| Seq Nbr | OSI |
|---|---|
| 1 | OSI PURCHASED ON AA.COM US 07/29/2013 IN US CURRENCY |

### SSR

| Seq Nbr | Type | SSR |
|---|---|---|
| 1 | | DOCS/DB/14SEP1952/M/WILLS/DAVID/KEITH |
| 2 | STBY | 2 |

CONFIDENTIAL//For Offical Use Only

2:17cr390-009500

1

Record[...]ator: LFZJGP

| SSR | |
|---|---|
| 3 | GRPO 3123V6AUG/NN2 |
| 4 | GRPO 2130P6AUG/NN2 |
| 5 | BMAA 3123V6AUG/NN2 |
| 6 | BMAA 2130P6AUG/NN2 |
| 7 | DRNK 3123V6AUG/NN2 |
| 8 | DRNK 2130P6AUG/NN2 |
| 9 | OTHS /CONFIRMED NO OTHER ASSISTANCE NN |
| 10 | OTHS /MTYSAC G VILLARREAL 5AUG 143P |

| REMARKS INFORMATION | |
|---|---|
| Seq Nbr | Remarks |
| 1 | 1.TBM*IK558821XXXXXX6373$03/16 |
| 2 | 2.DAVID K WILLS |
| 3 | 3.H-/T$DOC$VCR |
| 4 | 4.H-/T$DLV$EMAIL$SRW.GBT$AGMAIL.COM |
| 5 | 5.H-/T$FEE$PSEAT$2A$N1.1$S1$22.33/1.67$USD |
| 6 | 6.H-/T$CCBC US |
| 7 | 7.H-/T$WWW EAU |
| 8 | 8.H-/T$3RD PARTY$5-14 DAYS OUT |
| 9 | 9.H-WWW/CID LOG/INVALID CID |
| 10 | 10.H-WWW/AUTH/CID IK6373 BANK VERIFIED CID |
| 11 | 11.H-IPPADDR72.181.73.204$ |
| 12 | 12.H-TRANP 51EF5A3E9C0434149B7651DF20613313 |
| 13 | 13.H-/T$BDL2 |
| 14 | 14.H-PTI1.1-ADT-TIM |
| 15 | 15.H-PTI2.1-ADT-TIM |
| 16 | 16.H-BOOKING MADE VIA AMERICAN AIRLINES WEBSITE US IN US CURRENCY |
| 17 | 17.H-IPHADDR72.181.73.204$ |
| 18 | 18.H-TRANH 51EF5A3E9C0434149B7651DF20613313 |
| 19 | 19.XXAUTH/03181J |
| 20 | 20.XXTACXTM29JUL/ |
| 21 | 21.H-01 AE -PREFERRED SEATS USD 24.00 |
| 22 | 22.H-0012381243040 |
| 23 | 23.H-/T$TBMEDIT/EMAIL SENT 1735/29JUL/TDS |
| 24 | 24.H-/T$TBMEDIT/EMAIL SENT 1739/29JUL/TDS |
| 25 | 25.H-//// |
| 26 | 26.H-ACS UPDATED FOR TVL 31JUL MR WINANS SRO SAC 29JUL |
| 27 | 27.H-//// |
| 28 | 28.H-PER FARE BUNDLE PURCHASED, ALL CUSTOMERS IN PNR ARE |
| 29 | 29.H-ENTITLED TO SAME DAY FLIGHT CHANGE AT NO CHARGE. |
| 30 | 30.H-PC/PSGR CLEARED FOR TRAVEL/CORPORATE SECURITY/01 |
| 31 | 31.H-V$ ------------ |
| 32 | 32.H-V$ MTYSAC CALLED MS LOR WHITE |
| 33 | 33.H-V$ WHO RQSTD WCHR ASSIST FOR PSGR 1.1 |
| 34 | 34.H-V$ REQUIRES A WCHR FOR DISTANCE. |
| 35 | 35.H-V$ HAVD WCHR AVAILABLE AT TKT CTR 2HRS IN ADV |
| 36 | 36.H-V$ HAVD CKIN WITH GATE AGT 30MIN PRIOR FOR ASSIST |
| 37 | 37.H-V$ CONFIRMED W/CALLER NO OTHER SPCL ASSIST NEEDED. |

CONFIDENTIAL//For Offical Use Only

2:17cr390-009501

2

Record ___ator: LFZJGP

| | REMARKS INFORMATION |
|---|---|
| 38 | 38.H-V$ MTYSAC AGENT MTYSAC G VILLARREAL 5AUG 144P |
| 39 | 39.H-V$ --------------- |
| 40 | 40.DIVIDED/QSE1DUS 1847/06AUG13 GUFCYZ |
| 41 | 41.H-SPLIT TO/184722/06AUG13 GUFCYZ 02/02 01/01 WILLS/DAVID |
| 42 | 42.H-ANI3013666075 |

| Seq Nbr | Update Time | Received From | AAA Code | Agent Sine | TTY OFFICE | Airline or CRS Cd | Trans Seq Nbr | Code | History Data |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **PNR HISTORY** | | | |
| 17 | 06AUG13 18:47 | | QSE | QSE1DUS | | | 1 | A5H | H-ANI3013666075 |
| 16 | 06AUG13 18:47 | WWW$1CUU972 | QSE | QSE1DUS | | | 1 | A5H | H-SPLIT TO/184722/06AUG13 GUFCYZ 02/02 01/01 WILLS/DAVI |
| 15 | 06AUG13 11:39 | | CRP | CRP5PD | | | 1 | A5H | H-DATA REMOVED DUE TO DIVIDE |
| 14 | 05AUG13 13:44 | | QMT | QMT4IZO | | | 1 | A5H | H-V$ --------------- |
| 14 | | | | | | | 2 | A5H | H-V$ MTYSAC CALLED MS LOR WHITE |
| 14 | | | | | | | 3 | A5H | H-V$ WHO RQSTD WCHR ASSIST FOR PSGR 1.1 |
| 14 | | | | | | | 4 | A5H | H-V$ REQUIRES A WCHR FOR DISTANCE. |
| 14 | | | | | | | 5 | A5H | H-V$ HAVD WCHR AVAILABLE AT TKT CTR 2HRS IN ADV |
| 14 | | | | | | | 6 | A5H | H-V$ HAVD CKIN WITH GATE AGT 30MIN PRIOR FOR ASSIST |
| 14 | | | | | | | 7 | A5H | H-V$ CONFIRMED W/CALLER NO OTHER SPCL ASSIST NEEDED. |
| 14 | | | | | | | 8 | A5H | H-V$ MTYSAC AGENT MTYSAC G VILLARREAL 5AUG 144P |
| 14 | | | | | | | 9 | A5H | H-V$ --------------- |
| 14 | | | | | | | 10 | A4S | |
| 14 | | | | | | | 10 | A4S | SSR /CONFIRMED NO OTHER ASSISTANCE NN |
| 14 | | | | | | | 11 | A4S | SSR /MTYSAC G VILLARREAL 5AUG 143P |
| 14 | | | | | | | 11 | A4S | |
| 13 | 03AUG13 10:03 | SCC UPDATE | CRC | HDQ8PAY | | | 1 | A5H | H-PC/PSGR CLEARED FOR TRAVEL/CORPORATE SECURITY/01 |
| 12 | 29JUL13 17:45 | | HDQ | HDQ8HE9 | | | 1 | A5H | H-PER FARE BUNDLE PURCHASED, ALL CUSTOMERS IN PNR ARE |
| 12 | | | | | | | 2 | A5H | H-ENTITLED TO SAME DAY FLIGHT CHANGE AT NO CHARGE. |
| 12 | | | | | | | 3 | A4S | SSR 2 |
| 12 | | | | | | | 3 | A4S | |
| 12 | | | | | | | 4 | A4S | SSR 3123V6AUG/NN2 |
| 12 | | | | | | | 4 | A4S | SSR GRPO AA NN2. 3123V6AUG/NN2 |
| 12 | | | | | | | 5 | A4S | SSR 2130P6AUG/NN2 |
| 12 | | | | | | | 5 | A4S | SSR GRPO AA NN2. 2130P6AUG/NN2 |
| 12 | | | | | | | 6 | A4S | SSR 3123V6AUG/NN2 |
| 12 | | | | | | | 6 | A4S | SSR BMAA AA NN2. 3123V6AUG/NN2 |
| 12 | | | | | | | 7 | A4S | SSR BMAA AA NN2. 2130P6AUG/NN2 |
| 12 | | | | | | | 7 | A4S | SSR 2130P6AUG/NN2 |
| 12 | | | | | | | 8 | A4S | SSR 3123V6AUG/NN2 |
| 12 | | | | | | | 8 | A4S | SSR DRNK AA NN2. 3123V6AUG/NN2 |
| 12 | | | | | | | 9 | A4S | SSR DRNK AA NN2. 2130P6AUG/NN2 |
| 12 | | | | | | | 9 | A4S | SSR 2130P6AUG/NN2 |

Record   ator: LFZJGP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | **PNR HISTORY** | | | | | |
| 11 | 29JUL13 17:43 | | QSD | QSD7RM8 | 1 | A5H | H-//// |
| 11 | | | | | 2 | A5H | H-ACS UPDATED FOR TVL 31JUL MR WINANS SRO SAC 29JUL |
| 11 | | | | | 3 | A5H | H-//// |
| 10 | 29JUL13 17:39 | TDSEMAILEDIT/1739/29JUL/TDS | XTM | XTM7UVR | 1 | A5H | H-/T$TBMEDIT/EMAIL SENT 1739/29JUL/TDS |
| 9 | 29JUL13 17:35 | TDSEMAILEDIT/1735/29JUL/TDS | XTM | XTM7SCN | 1 | A5H | H-/T$TBMEDIT/EMAIL SENT 1735/29JUL/TDS |
| 8 | 29JUL13 17:29 | ITKTS FULLFILLMENT | XTM | XTM7U69 | 1 | X5H | H-TBMEDIT/TKT DRIVEN FOR 1129.58/1724/29JUL |
| 8 | | | | | 2 | X5H | H-TBMEDIT/ALL PQS DELETED AND PLACED INTO HISTORY |
| 8 | | | | | 3 | A5H | H-01 AE -PREFERRED SEATS USD 24.00 |
| 8 | | | | | 4 | A5H | H-0012381243040 |
| 8 | | | | | 5 | X7 | T-29JUL-XTM7C21 |
| 8 | | | | | 6 | A7 | T-29JUL-XTM7U69 |
| 7 | 29JUL13 17:24 | EDITOR EDITOR E030813A CC WEB NON RUSH | XTM | XTM7C21 | 1 | X5H | H-TBMEDIT/QJ08027594 EDITOR SESSION 2 |
| 7 | | | | | 2 | A5H | H-TBMEDIT/ALL PQS DELETED AND PLACED INTO HISTORY |
| 7 | | | | | 3 | A5H | H-TBMEDIT/TKT DRIVEN FOR 1129.58/1724/29JUL |
| 7 | | | | | 4 | X7 | TACXTM29JUL/ |
| 7 | | | | | 5 | A7 | T-29JUL-XTM7C21 |
| 6 | 29JUL13 17:16 | TDSEDITOR/1716/29JUL/FDP | XTM | XTM7FDP | 1 | A5H | H-TBMEDIT/QJ08027594 EDITOR SESSION 2 |
| 5 | 29JUL13 17:03 | WWW$1CUU972 | WWW | HDQ2EAU | 1 | A4G | AA 3123V 06AUG2013 CRPDFW SS/NN 9C |
| 4 | 29JUL13 17:03 | WWW$1CUU972 | WWW | HDQ2EAU | 1 | A4O | OSI PURCHASED ON AA.COM US 07/29/2013 IN US CURRENCY |
| 4 | | | | | 7 | AW | DAVID K WILLS 3204 TOWER OAKS BOULEVARD SUITE 170 |
| 4 | | | | | 8 | A5F | --TBM*IK558821XXXXXX6373$03/16 |
| 4 | | | | | 9 | A5F | --DAVID K WILLS |
| 4 | | | | | 10 | A5H | H-/T$DOC$VCR |
| 4 | | | | | 11 | A5H | H-/T$DLV$EMAIL$SRW.GBT$AGMAIL.COM |
| 4 | | | | | 12 | A5H | H-/T$FEE$PSEAT$2A$N1.1$S1$22.33/1.67$USD |
| 4 | | | | | 13 | A5H | H-/T$CCBC US |
| 4 | | | | | 14 | A5H | H-/T$WWW EAU |
| 4 | | | | | 15 | A5H | H-/T$3RD PARTY$5-14 DAYS OUT |
| 4 | | | | | 16 | A5H | H-WWW/CID LOG/INVALID CID |
| 4 | | | | | 17 | A5H | H-WWW/AUTH/CID IK6373 BANK VERIFIED CID |
| 4 | | | | | 18 | A5H | H-IPPADDR72.181.73.204$ |
| 4 | | | | | 19 | A5H | H-TRANP 51EF5A3E9C0434149B7651DF20613313 |
| 4 | | | | | 20 | X8 | TLCRPAA516P/29JUL-MON |
| 4 | | | | | 21 | A7 | TACXTM29JUL/ |
| 3 | 29JUL13 17:02 | ITKTS FULLFILLMENT | XTM | XTM7ICM | 1 | A4G | AA 2130P 06AUG2013 DFWCRP SS/NN 3A |
| 2 | 29JUL13 17:02 | | XTM | XTM7ICM | 1 | A5H | H-DATA REMOVED DUE TO DIVIDE |
| 1 | 29JUL13 17:02 | | XTM | XTM7ICM | 1 | A5H | H-DATA REMOVED DUE TO DIVIDE |

CONFIDENTIAL//For Offical Use Only

2:17cr390-009503

4

Record_____ator: LFZJGP

| SIGNATURE LINE | | | | | | |
|---|---|---|---|---|---|---|
| Record Locator | AAA | Agent | Create Date | Create Time | Received From | Sabre Purge Date |
| LFZJGP | | WWW.HDQEAU | 29JUL2013 | 17:01 | WWW$1CUU972 | 06AUG2013 |

2:17cr390-009504

5

American Airlines CONFIDENTIAL for official use only.

Record_____tor: LNPCXV

Booked: 2011-11-02

### PASSENGER INFORMATION

| Pax Nbr | Name |
|---------|------|
| 1.01 | WILLS/DAVID KEITH |

### FLIGHT INFORMATION

| Seq Nbr | Flight | Class | Date | Dep | Arv | Stat | Qty | Dep Time | Arv Time |
|---------|--------|-------|------|-----|-----|------|-----|----------|----------|
| 1 | AA535 | S | 02NOV2011 | MIA | DCA | HK | 1 | 14:40 | 16:59 |

### TICKET INFORMATION

| Seq Nbr | Ticket or Time Limit |
|---------|----------------------|
| 1 | T-02NOV-MIA4DMB |
| 2 | TE 0012174470854 WILLS/D MIA4DMB 1349/02NOV |
| 3 | TK 0630410137 WILLS/D MIA4DMB 1349/02NOV - TF |

### PHONE INFORMATION

| Seq Nbr | Phone Number |
|---------|--------------|
| 1 | PWCTP |

### SSR

| Seq Nbr | Type | SSR |
|---------|------|-----|
| 1 | DOCS | /DB/14SEP52/M/WILLS/DAVID KEITH |
| 2 | CKBD | 535S2NOV/ |

### REMARKS INFORMATION

| Seq Nbr | Remarks |
|---------|---------|
| 1 | 1.H-PC/PSGR CLEARED FOR TRAVEL/CORPORATE SECURITY/01 |
| 2 | 2.XXAUTH/002680 |
| 3 | 3.H-01 TF - AIRPORT SVC FEE USD 35.00 002274 |
| 4 | 4.H-0012174470854 |
| 5 | 5.H-CKB |

### PNR HISTORY

| Seq Nbr | Update Time | Received From | AAA Code | Agent Sine | TTY OFFICE | Airline or CRS Cd | Trans Seq Nbr | Code | History Data |
|---------|-------------|---------------|----------|------------|------------|-------------------|---------------|------|--------------|
| 4 | 02NOV11 13:20 | | HDQ | HDQ8HE9 | | | 1 | A5H | H-CKB |
| 4 | | | | | | | 2 | A4S | SSR 535S2NOV/ |
| 4 | | | | | | | 2 | A4S | |
| 3 | 02NOV11 12:49 | | MIA | MIA4DMB | | | 1 | A5H | H-01 TF - AIRPORT SVC FEE USD 35.00 002274 |
| 3 | | | | | | | 2 | A5H | H-0012174470854 |
| 3 | | | | | | | 3 | X8 | TL30 |
| 3 | | | | | | | 4 | A7 | T-02NOV-MIA4DMB |
| 2 | 02NOV11 12:48 | | MIA | MIA4DMB | | | 1 | A4S | SSR DOCS AA HK1. /DB/14SEP52/M/WILLS/DAVID KEITH |
| 1 | 02NOV11 12:47 | SCC UPDATE | CRC | HDQ8PAY | | | 1 | A5H | H-PC/PSGR CLEARED FOR TRAVEL/CORPORATE SECURITY/01 |
| 1 | | | | | | | 2 | A8 | TL30 |

2:17cr390-009505

1

Record_ _ _ ator: LNPCXV

| SIGNATURE LINE | | | | | | |
|---|---|---|---|---|---|---|
| Record Locator | AAA | Agent | Create Date | Create Time | Received From | Sabre Purge Date |
| LNPCXV | MIA | MIADMB | 02NOV2011 | 12:47 | P | 02NOV2011 |

CONFIDENTIAL//For Offical Use Only

2:17cr390-009506

2

Record ____ator: MOGBID

American Airlines CONFIDENTIAL for official use only.

Booked: 2015-02-05

### PASSENGER INFORMATION

| Pax Nbr | Name |
|---------|------|
| 1.01 | WILLS/DAVID |

### FLIGHT INFORMATION

| Seq Nbr | Flight | Class | Date | Dep | Arv | Stat | Qty | Dep Time | Arv Time |
|---------|--------|-------|------|-----|-----|------|-----|----------|----------|
| 1 | AA2563 | Y | 15FEB2015 | CRP | DFW | HK | 1 | 09:15 | 10:34 |
| 2 | AA1462 | P | 15FEB2015 | DFW | MIA | HK | 1 | 12:05 | 15:44 |
| 3 | AA2391 | I | 15FEB2015 | MIA | PLS | HK | 1 | 19:00 | 20:40 |
| 4 | AA1338 | D | 19FEB2015 | PLS | MIA | HK | 1 | 09:13 | 11:05 |
| 5 | AA2372 | A | 19FEB2015 | MIA | DFW | HK | 1 | 12:51 | 15:15 |
| 6 | AA3327 | V | 19FEB2015 | DFW | CRP | HK | 1 | 16:15 | 17:32 |

### TICKET INFORMATION

| Seq Nbr | Ticket or Time Limit |
|---------|----------------------|
| 1 | T-15FEB-XTM7IES |
| 2 | TE 0012397912203-04 WILLS/D XTM7CCJ 1504/05FEB 1B*77E70B |
| 3 | TK 0010659549342 WILLS/D XTM7RSF 1519/05FEB - OTH 1B*7BE52E |
| 4 | TK 0010659560141 WILLS/D XTM7IES 0812/15FEB - AE 1B*7BE52E |

### PHONE INFORMATION

| Seq Nbr | Phone Number |
|---------|--------------|
| 1 | 202-308-1244-C DOM |
| 2 | SJB.GBT$AGMAIL.COM-E SEE REMARK |
| 3 | 202-308-1244-C/B |
| 4 | DKW.GBT$AGMAIL.COM-E SEE REMARK |

### ADDRESS INFORMATION

| Address |
|---------|
| DAVID K WILLS |
| 506 LAKEWOOD ST |
| ROCKPORT, TX |
| 78382-6958 |

### FREQUENT FLYER INFO

| Seq Nbr | Frequent Traveler |
|---------|-------------------|
| 1 | AA 2CEJ460 HK AA 1.01 WILLS/DAVID * ADV * |

### PRE REQUESTED SEATS INFO

| Seq Nbr | Flight | Class | Seat | Depart | Arrive | Status | Name |
|---------|--------|-------|------|--------|--------|--------|------|
| 1 | AA3327 | V | 5A | DFW | CRP | HK | WILLS/DAVID-1.01 |
| 2 | AA1338 | D | 5B | PLS | MIA | HK | WILLS/DAVID-1.01 |
| 3 | AA2372 | A | 3B | MIA | DFW | HK | WILLS/DAVID-1.01 |

2:17cr390-009507

1

Record___ ___ator: MOGBID

| Seq Nbr | OSI INFO OSI |
|---|---|
| 1 | OSI YY 202-308-1244-C DOM |
| 2 | OSI YY AAAD TP15C/AVK17 |
| 3 | OSI YY 202-308-1244-C DOM |

| Seq Nbr | Type | SSR SSR |
|---|---|---|
| 1 | DOCS | /P/US/476045696/US/14SEP1952/M/04OCT2020/WILLS/DAVID/KEITH//S1 |
| 2 | DOCA | /R/USA |
| 3 | PCTC | REFUSED/TOPROVIDE |

| Seq Nbr | REMARKS INFORMATION Remarks |
|---|---|
| 1 | 1.H-/T$FEE$PSEAT$5A$N1.1$S6$11.14/0.00$USD |
| 2 | 2.TBM*IK558821XXXXXX6373$03/16 |
| 3 | 3.H-TBMEDIT/RSAPPP17 EDITOR SESSION 42 |
| 4 | 4.H-TBMEDIT/ALL PQS DELETED AND PLACED INTO HISTORY |
| 5 | 5.H-TBMEDIT/TKT DRIVEN FOR 1360.10/1504/05FEB |
| 6 | 6.DAVID K WILLS |
| 7 | 7.H-/T$DOC$VCR |
| 8 | 8.H-/T$DLV$EMAIL$DKW.GBT$AGMAIL.COM |
| 9 | 9.H-/T$SP$INTL |
| 10 | 10.H-/T$FEE$RES$A$35 |
| 11 | 11.H-/T$COUNTRY/US$LANGUAGE/EN |
| 12 | 12.H-ANI2036558343 |
| 13 | 13.H-ANI3302246197 |
| 14 | 14.H-TP15C AA - 1 FREE ECONOMY CLASS TICKET |
| 15 | 15.H-ONE-WAY FLEX AWARD |
| 16 | 16.H-N.AMERICA TO/FROM C.AMERICA, S.AMERICA ZONE 1 |
| 17 | 17.H-**** TRAVEL VALID SEP07-NOV14 AND JAN16-JUN14 ** |
| 18 | 18.H-TKT DESIGN...AVK17 |
| 19 | 19.H-AUTH/CID IK6373 BANK VERIFIED CID |
| 20 | 20.XXAUTH/03430J |
| 21 | 21.XXTACXTM05FEB/ |
| 22 | 22.H-01 TFEE USD 35.00 |
| 23 | 23.H-0012397912203 |
| 24 | 24.H-RES FEE PROCESSED |
| 25 | 25.H-/T$TBMEDIT/EMAIL SENT 1520/05FEB/TDS |
| 26 | 26.H-PC/PSGR CLEARED FOR TRAVEL/CORPORATE SECURITY/01 |
| 27 | 27.H-01 AE -PREFERRED SEATS USD 11.14 |
| 28 | 28.H-0012397912204 |
| 29 | 29.H-DG ACK DAVID/WILLS/19FEB2015/PLS |
| 30 | 30.H-/OSO$19FEB16 |
| 31 | 31.H-/OSO$DLY$DOM$19FEB |
| 32 | 32.H-/OSO$IVR$19FEB |

Record_ator: MOGBID

| Seq Nbr | Update Time | Received From | AAA Code | Agent Sine | TTY OFFICE | Airline or CRS Cd | Trans Seq Nbr | Code | History Data |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | PNR HISTORY | | | |
| 25 | 19FEB15 16:34 | REAACCOM UPDATE | CRC | CRC8YMG | | | 1 | A5H | H-/OSO$19FEB16 |
| 25 | | | | | | | 2 | A5H | H-/OSO$DLY$DOM$19FEB |
| 25 | | | | | | | 3 | A5H | H-/OSO$IVR$19FEB |
| 24 | 19FEB15 06:20 | WWW$SSM | GSW | GSW5EA3 | | | 1 | A5H | H-DG ACK DAVID/WILLS/19FEB2015/PLS |
| 23 | 19FEB15 06:20 | GSW5EA3 | GSW | GSW5EA3 | | | 1 | X4S | SSR DOCS AA HK1. /P/USA/476045696/USA/14SEP1952/M/04OC |
| 23 | | | | | | | 2 | A4S | SSR DOCS AA HK1. /P/USA/476045696/US/14SEP1952/M/04OCT2 |
| 22 | 15FEB15 08:12 | WWW$GUEST | WWW | HDQ2EAU | | | 1 | A5H | H-/T$FEE$PSEAT$5A$N1.1$S6$11.14/0.00$USD |
| 21 | 15FEB15 08:12 | ITKTS FULFILLMENT | XTM | XTM7IES | | | 1 | A4G | AA 2372A 19FEB2015 MIADFW SS/NN 3B |
| 20 | 15FEB15 08:12 | ITKTS FULFILLMENT | XTM | XTM7IES | | | 1 | A4G | AA 1338D 19FEB2015 PLSMIA SS/NN 5B |
| 19 | 15FEB15 08:12 | ITKTS FULFILLMENT | XTM | XTM7IES | | | 1 | A4G | AA 3327V 19FEB2015 DFWCRP SS/NN 5A |
| 18 | 15FEB15 08:12 | ITKTS FULFILLMENT | XTM | XTM7IES | | | 1 | A5H | H-01 AE -PREFERRED SEATS USD 11.14 |
| 18 | | | | | | | 2 | A5H | H-0012397912204 |
| 18 | | | | | | | 3 | X7 | T-05FEB-XTM7CCJ |
| 18 | | | | | | | 4 | A7 | T-15FEB-XTM7IES |
| 17 | 15FEB15 07:47 | CRP0HB | CRP | CRP50HB | | | 1 | A4S | SSR REFUSED/TOPROVIDE |
| 17 | 15FEB15 07:47 | CRP0HB | CRP | CRP50HB | | | 1 | A4S | |
| 16 | 15FEB15 07:47 | CRP50HB | CRP | CRP50HB | | | 1 | A4S | SSR DOCA AA HK1. /R/USA |
| 15 | 15FEB15 07:47 | CRP50HB | CRP | CRP50HB | | | 1 | X4S | SSR DOCS AA HK1. /DB/14SEP1952/M/WILLS/DAVID/KEITH |
| 15 | | | | | | | 2 | A4S | SSR DOCS AA HK1. /P/USA/476045696/USA/14SEP1952/M/04OC |
| 14 | 12FEB15 08:19 | SCC UPDATE | CRC | HDQ8PAY | | | 1 | A5H | H-PC/PSGR CLEARED FOR TRAVEL/CORPORATE SECURITY/01 |
| 13 | 05FEB15 15:47 | SAGE | HDQ | HDQ8HE9 | | | 1 | A9 | WWW DKW.GBT$AGMAIL.COM-E SEE REMARK |
| 12 | 05FEB15 15:20 | TDSEMAILEDIT/1520/05FEB/TDS | XTM | XTM7EXW | | | 1 | A5H | H-/T$TBMEDIT/EMAIL SENT 1520/05FEB/TDS |
| 11 | 05FEB15 15:19 | TDSEDITOR/1519/05FEB/RSF | XTM | XTM7RSF | | | 1 | A5H | H-TBMEDIT/RSAPPP17 EDITOR SESSION 42 |
| 11 | | | | | | | 2 | A5H | H-01 TFEE USD 35.00 |
| 11 | | | | | | | 3 | A5H | H-0012397912203 |
| 11 | | | | | | | 4 | A5H | H-RES FEE PROCESSED |
| 10 | 05FEB15 15:04 | EDITOR EDITOR E011415-3010 CC RES RUSH | XTM | XTM7CCJ | | | 1 | X5H | H-TBMEDIT/RSAPPP17 EDITOR SESSION 32 |
| 10 | | | | | | | 2 | A5H | H-TBMEDIT/ALL PQS DELETED AND PLACED INTO HISTORY |
| 10 | | | | | | | 3 | A5H | H-TBMEDIT/TKT DRIVEN FOR 1360.10/1504/05FEB |
| 10 | | | | | | | 4 | X7 | TACXTM05FEB/ |
| 10 | | | | | | | 5 | A7 | T-05FEB-XTM7CCJ |

CONFIDENTIAL//For Offical Use Only

2:17cr390-009509

3

Recordator: MOGBID

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | **PNR HISTORY** | | | | |
| 9 | 05FEB15 14:54 | SARA BAKER | QCZ | QCZ7JWS | | 1 | A3O | OSI YY 202-308-1244-C DOM |
| 9 | 05FEB15 14:54 | SARA BAKER | QCZ | QCZ7JWS | | 1 | X9 | LAX 202-308-1244-C DOM |
| 9 | | | | | | 2 | A9 | LAX 202-308-1244-C DOM |
| 9 | | | | | | 3 | A9 | LAX 202-308-1244-C/B |
| 9 | | | | | | 6 | AW | DAVID K WILLS 506 LAKEWOOD ST ROCKPORT, TX 783 |
| 9 | | | | | | 7 | X5H | H-/T$TBMEDIT/ITIN EMAIL SENT 1326/05FEB/TDS |
| 9 | | | | | | 8 | X5H | H-/T$ITN$EMAIL$SJB.GBT$AGMAIL.COM |
| 9 | | | | | | 9 | A5F | --TBM*IK55882\1XXXXXX6373$03/16 |
| 9 | | | | | | 10 | A5F | --DAVID K WILLS |
| 9 | | | | | | 11 | A5H | H-/T$DOC$VCR |
| 9 | | | | | | 12 | A5H | H-/T$DLV$EMAIL$DKW.GBT$AGMAIL.COM |
| 9 | | | | | | 13 | A5H | H-/T$SP$INTL |
| 9 | | | | | | 14 | A5H | H-/T$FEE$RES$A$35 |
| 9 | | | | | | 15 | A5H | H-/T$COUNTRY/US$LANGUAGE/EN |
| 9 | | | | | | 16 | A5H | H-AUTH/CID IK6373 BANK VERIFIED CID |
| 9 | | | | | | 17 | X8 | TL1159P/08FEB-SUN |
| 9 | | | | | | 18 | A7 | TACXTM05FEB/ |
| 8 | 05FEB15 14:36 | | QCZ | QCZ7RSC | | 1 | X8 | TL1159P/08FEB-SUN |
| 8 | | | | | | 2 | A8 | TL1159P/08FEB-SUN |
| 7 | 05FEB15 14:35 | WILLS/DAVID | QCZ | QCZ7RSC | | 1 | XS | AA 1338 T 19FEB2015 PLS MIA NN/HK 1 09:13 11:05 |
| 7 | | | | | | 2 | XS | AA 1603 T 19FEB2015 MIA GUA NN/HK 1 13:00 14:45 |
| 7 | | | | | | 3 | XS | AA 952 I 23FEB2015 GUA DFW NN/HK 1 08:51 12:20 |
| 7 | | | | | | 4 | XS | AA 3112 K 23FEB2015 DFW CRP NN/HK 1 14:15 15:32 |
| 7 | | | | | | 5 | AS | AA 1338 D 19FEB2015 PLS MIA NN/SS 1 09:13 11:05 |
| 7 | | | | | | 6 | AS | AA 2372 A 19FEB2015 MIA DFW NN/SS 1 12:51 15:15 |
| 7 | | | | | | 7 | AS | AA 3327 V 19FEB2015 DFW CRP NN/SS 1 16:15 17:32 |
| 6 | 05FEB15 14:12 | SAGE | HDQ | HDQ8HE9 | | 1 | A9 | WWW SJB.GBT$AGMAIL.COM-E SEE REMARK |
| 5 | 05FEB15 13:26 | TDSEMAILEDIT/1326/05FEB/TDS | XTM | XTM7UVR | | 1 | A5H | H-/T$TBMEDIT/ITIN EMAIL SENT 1326/05FEB/TDS |
| 3 | 05FEB15 13:06 | TDSEDITOR/1306/05FEB/UEX | XTM | XTM4UEX | | 1 | A5H | H-TBMEDIT/RSAPPP17 EDITOR SESSION 32 |
| 2 | 05FEB15 13:06 | SARAH | QCZ | QCZ7JTF | | 1 | A3O | OSI YY AAAD TP15C/AVK17 |
| 2 | 05FEB15 13:06 | SARAH | QCZ | QCZ7JTF | | 1 | A5H | H-TP15C AA - 1 FREE ECONOMY CLASS TICKET |
| 2 | | | | | | 2 | A5H | H-ONE-WAY FLEX AWARD |
| 2 | | | | | | 3 | A5H | H-N.AMERICA TO/FROM C.AMERICA, S.AMERICA ZONE 1 |
| 2 | | | | | | 4 | A5H | H-**** TRAVEL VALID SEP07-NOV14 AND JAN16-JUN14 ** |
| 2 | | | | | | 5 | A5H | H-TKT DESIGN...AVK17 |
| 2 | | | | | | 6 | XS | AA 1338 I 19FEB2015 PLS MIA NN/HK 1 09:13 11:05 |
| 2 | | | | | | 7 | XS | AA 1603 I 19FEB2015 MIA GUA NN/HK 1 13:00 14:45 |
| 2 | | | | | | 8 | AS | AA 1338 T 19FEB2015 PLS MIA NN/SS 1 09:13 11:05 |
| 2 | | | | | | 9 | AS | AA 1603 T 19FEB2015 MIA GUA NN/SS 1 13:00 14:45 |

CONFIDENTIAL//For Offical Use Only

2:17cr390-009510

4

Record Locator: MOGBID

| PNR HISTORY | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 05FEB15 13:03 | | | QCZ | QCZ7JTF | | 1 | A5H | H-/T$ITN$EMAIL$SJB.GBT$AGMAIL.COM |
| 1 | | | | | | | 2 | A5H | H-ANI3302246197 |

| SIGNATURE LINE | | | | | | |
|---|---|---|---|---|---|---|
| Record Locator | AAA | Agent | Create Date | Create Time | Received From | Sabre Purge Date |
| MOGBID | QCZ | QCZJTF | 05FEB2015 | 13:00 | SARAH | 23FEB2015 |

Record␣␣␣ator: MOGXLW

American Airlines CONFIDENTIAL for official use only.

Booked: 2014-02-08

### PASSENGER INFORMATION

| Pax Nbr | Name |
|---------|------|
| 1.01 | WILLS/DAVID KEITH |

### NON-AIR SEGMENT INFO

| Seq Nbr | Non-Air Segment Text |
|---------|----------------------|
| 1 | OTH AA 05DEC F GK01 SAT/TRAVELOCITY.COM |

### TICKET INFORMATION

| Seq Nbr | Ticket or Time Limit |
|---------|----------------------|
| 1 | T-08FEB-OZ17*AY1 |
| 2 | TE 0017380677318-AT WILLS/D OZ17*AY1 1405/08FEB |

### PHONE INFORMATION

| Seq Nbr | Phone Number |
|---------|--------------|
| 1 | 3612057674-H |
| 2 | 888-709-5983-A |
| 3 | 800-944-0005-F A |
| 4 | 210-521-5871-INTL |
| 5 | 210-258-2034-INTL FAX |

### FREQUENT FLYER INFO

| Seq Nbr | Frequent Traveler |
|---------|-------------------|
| 1 | AA 2CEJ460 HK AA 1.01 WILLS/DAVID KEITH * ADV * |

### OSI INFO

| Seq Nbr | OSI |
|---------|-----|
| 1 | OSI AA ONLY OTA CAN EXCHANGE WITHIN 48 HRS OF TICKETING. |
| 2 | OSI AA TVLY UC BOOKING USING BPM |
| 3 | OSI YY /ISSUED BY TRAVELOCITY 888 709 5983 |
| 4 | OSI YY /4553728-4 TRAVELOCITY |
| 5 | OSI YY /11603 CROSSWINDS WAY STE 125 |
| 6 | OSI YY /SAN ANTONIO, TX 78233 |
| 7 | OSI AA TRAVELOCITY CUST SERVICE NUMBER 888.709.5983. |
| 8 | OSI AA THIS IS A *PUBLISHED* FARE ITINERARY. |
| 9 | OSI AA ALL PUBLISHED FARE RULES APPLY. |
| 10 | OSI AA PSGR PHONE 3612057674-H. |
| 11 | OSI AA UNABLE TO RETRIVED FARE BASIS/SEGMENT INFO. |
| 12 | OSI AA SEE /N*TRAVELOCITY/. |

### SSR

| Seq Nbr | Type | SSR |
|---------|------|-----|
| 1 | | DOCS /DB/14SEP52/M/WILLS/DAVID/KEITH |

2:17cr390-009512

1

Record _____ator: MOGXLW

| SSR |
| --- |
| 2 | TKNM 0017380677318 NN1 |

| REMARKS INFORMATION | |
| --- | --- |
| Seq Nbr | Remarks |
| 1 | 1.*CA558821XXXXXX6373$03/16-XN |
| 2 | 2.H-JSESSIONID 6DF1558F40B1FADBEBDC806857CEBD17.PWBAP054A |
| 3 | 3.H-LANGUAGE EN |
| 4 | 4.H-ALOHA $3$FRPSHDWLQV/JPDLO. |
| 5 | 5.H-SERID/CJUS MEMBER@20120105144585 |
| 6 | 6.H-ATSE PNR |
| 7 | 7.H-PASSENGER DAVID KEITH WILLS IS ADULT |
| 8 | 8.H-PAXTYPE$1ADT |
| 9 | 9.H-XXXTYPE R |
| 10 | 10.H-ETKT OFFERED |
| 11 | 11.H-BOOKER AGREED TO GUARANTEED FARE RULE |
| 12 | 12.H-BOOKER AGREED TO NR FARE |
| 13 | 13.H-USER HAS AGREED TO THE TERMS AND CONDITIONS OF TRAVEL |
| 14 | 14.H-ELECTRONIC TICKETING |
| 15 | 15.H-HOWTKT E |
| 16 | 16.H-TYRG1ST 1A3A3FFC3C057776 |
| 17 | 17.H-ORGCTY/MIA$DSTCTY/PLS |
| 18 | 18.H-UNIVERSALCHECKOUT |
| 19 | 19.H-CREATE PNR SERVICE COMPLETE |
| 20 | 20.H-AVS CHECK PASS |
| 21 | 23.H-CC AUTH$05578J |
| 22 | 24.H-TRIPID$740394904505 |
| 23 | 25.H-EMAIL PREF H |
| 24 | 26.H-SEND CONSOLIDATED AIR EMAIL |
| 25 | 27.H-CC NAM IK |
| 26 | 28.H-CC NBR 558821XXXXXX6373 |
| 27 | 29.H-CC EXP 3/16 |
| 28 | 30.H-CC MBR DAVID K WILLS |
| 29 | 31.H-CC ADD 3204 TOWER OAKS BLVD |
| 30 | 32.H-CC ADD 170 |
| 31 | 33.H-CC ADD ROCKVILLE,MD,20852 US |
| 32 | 34.H-CC FON 3612057674 |
| 33 | 35.H-CVV CHECK STATUS NO DATA |
| 34 | 36.H-UPDATE PNR SERVICE COMPLETE |
| 35 | 37.H-QQQETKT |
| 36 | 38.H-ELVIS QC EDITOR PROCESS ******************** |
| 37 | 39.H-INTERNATIONAL AIRPORT CODE/S/ PRESENT IN AIR ITINERARY. |
| 38 | 40.H-POSSIBLE PREMIUM SERVICE CLASS PRESENT IN AIR ITINERARY. |
| 39 | 41.H-DO NOT EXCHANGE TICKETS FOR LOWER SERVICE CLASS. |
| 40 | 42.H-**/EMLCD/EFC-OTC$SNT |
| 41 | 43.H-AVS PASS-WEBSITE. |
| 42 | 44.H-PASSED ALL EDITOR CRITERIA. QUEUED TO ATP. |
| 43 | 45.H-REVENUE PROTECTION PROCESS INFORMATION ***** |
| 44 | 46.H-FRUPROID 106400884, RP EVALUATION 0. |

CONFIDENTIAL//For Offical Use Only

2:17cr390-009513

2

Record ____ator: MOGXLW

| | REMARKS INFORMATION |
|---|---|
| 45 | 47.H-ELVIS EDITOR PROCESS V14.1-ELVIS001-MTM1. |
| 46 | 48.H-LASTIA$1$AA$1245$13FEB$MIAPLS$1250P$230P |
| 47 | 49.H-LASTIA$2$AA$1338$15FEB$PLSMIA$815A$1005A |
| 48 | 50.XXAUTH/05578J *Z |
| 49 | 51.H-ATP AUTOMATION REMARKS ********************* |
| 50 | 52.H-TKTTOTAL/971.00/ISSUED-AA/COM-0.00/COMID-X03432/ADT-ATSE |
| 51 | 53.H-TICKETED BY ELVIS ATP V14.1-ELVIS002-MTM1. |
| 52 | 54.H-WEBAPP CONSOLIDATED EMAIL SENT. 08FEB 1405 |
| 53 | 55.H-ELVIS TICKET NOTIFICATION POLLING PROCESS ** |
| 54 | 56.H-OSI/SSR TICKET NOTIFICATION PROCESS SUCESSFUL. |
| 55 | 57.H-ELVIS TICKET NOTIFICATION POLLING PROCESS V14.1. |
| 56 | 58.H-PC/PSGR CLEARED FOR TRAVEL/CORPORATE SECURITY/01 |

| | | | | | | | | | PNR HISTORY |
|---|---|---|---|---|---|---|---|---|---|
| Seq Nbr | Update Time | Received From | AAA Code | Agent Sine | TTY OFFICE | Airline or CRS Cd | Trans Seq Nbr | Code | History Data |
| 10 | 13FEB14 12:09 | PDCAAMIA | MIA | MIA5PD | | | 1 | X4S* | SSR TKNE AA HK1. MIAPLS 1245.I 2014-02-13 |
| 10 | | | | | | | 2 | X4S* | SSR TKNE AA HK1. PLSMIA 1338.I 2014-02-15 |
| 10 | | | | | | | 3 | X4G* | AA 1245I 13FEB2014 MIAPLS HK/SS 6E |
| 10 | | | | | | | 4 | X4G* | AA 1338I 15FEB2014 PLSMIA HK/SS 2E |
| 10 | | | | | | | 5 | SC | AA 1245 I 13FEB2014 MIA PLS HK/NS 1 12:50 14:30 |
| 10 | | | | | | | 6 | XS | AA 1338 I 15FEB2014 PLS MIA NN/HK 1 08:15 10:05 |
| 9 | 10FEB14 10:54 | SCC UPDATE | CRC | HDQ8PAY | | | 1 | A5H | H-PC/PSGR CLEARED FOR TRAVEL/CORPORATE SECURITY/01 |
| 8 | 08FEB14 14:39 | | OZ17 | N0V3*AY1 | | | 1 | A4S | SSR 0017380677318 NN1 |
| 8 | 08FEB14 14:39 | | OZ17 | N0V3*AY1 | | | 1 | A4S | |
| 6 | 08FEB14 14:05 P | | OZ17 | N0V3*AY1 | | | 1 | AAC | AA$7380677318/ .00/ 971.00/ 124.50/ONE/CXXXXXXX |
| 6 | 08FEB14 14:05 P | | OZ17 | N0V3*AY1 | | | 1 | A3O | OSI AA TRAVELOCITY CUST SERVICE NUMBER 888.709.5983. |
| 6 | 08FEB14 14:05 P | | OZ17 | N0V3*AY1 | | | 1 | A4S | SSR TKNE AA HK1. MIAPLS 1245.I 2014-02-13 |
| 6 | | | | | | | 2 | A4S | SSR TKNE AA HK1. PLSMIA 1338.I 2014-02-15 |
| 6 | | | | | | | 2 | A3O | OSI AA THIS IS A *PUBLISHED* FARE ITINERARY. |
| 6 | | | | | | | 3 | X7 | T-A |
| 6 | | | | | | | 3 | A3O | OSI AA ALL PUBLISHED FARE RULES APPLY. |
| 6 | | | | | | | 4 | A7 | T-08FEB-OZ17*AY1 |
| 6 | | | | | | | 4 | A3O | OSI AA PSGR PHONE 3612057674-H. |
| 6 | | | | | | | 5 | A3O | OSI AA UNABLE TO RETRIVED FARE BASIS/SEGMENT INFO. |
| 6 | | | | | | | 6 | A3O | OSI AA SEE /N*TRAVELOCITY/. |
| 5 | 08FEB14 14:05 | ELVIS | N0V3 | N0V3*AY1 | | | 1 | AS | OTH AA 05DEC F GK/GK01 SAT/TRAVELOCITY.COM |
| 5 | 08FEB14 14:05 | ELVIS | N0V3 | N0V3*AY1 | | | 1 | X7 | T-A |
| 5 | 08FEB14 14:05 | ELVIS | N0V3 | N0V3*AY1 | | | 1 | A3O | OSI YY /ISSUED BY TRAVELOCITY 888 709 5983 |
| 5 | 08FEB14 14:05 | ELVIS | N0V3 | N0V3*AY1 | | | 1 | A9 | SAT 888-709-5983-A |
| 5 | | | | | | | 2 | A7 | T-A |
| 5 | | | | | | | 2 | A3O | OSI YY /4553728-4 TRAVELOCITY |
| 5 | | | | | | | 2 | A9 | SAT 800-944-0005-F A |
| 5 | | | | | | | 3 | A9 | SAT 210-521-5871-INTL |
| 5 | | | | | | | 3 | A3O | OSI YY /11603 CROSSWINDS WAY STE 125 |
| 5 | | | | | | | 4 | A9 | SAT 210-258-2034-INTL FAX |
| 5 | | | | | | | 4 | A3O | OSI YY /SAN ANTONIO, TX 78233 |
| 5 | | | | | | | 5 | A4O | OSI AA ONLY OTA CAN EXCHANGE WITHIN 48 HRS OF TICKETING |
| 4 | 08FEB14 14:05 | TA/N0V3-20120105144585 | W0H3 | W0H3*AZA | | | 1 | X8 | TL0405P/08FEB-SAT |

Record ator: MOGXLW

| | | | | | | | | PNR HISTORY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | | | | | | 2 | A7 | T-A | | |
| 3 | 08FEB14 14:05 | W0H3$20120105144585 | W0H3 | W0H3*AZA | | 1 | A5H | H-TRIPID$740394904505 | | |
| 3 | 08FEB14 14:05 | W0H3$20120105144585 | W0H3 | W0H3*AZA | | 1 | A3O | OSI AA TVLY UC BOOKING USING BPM | | |
| 3 | | | | | | 2 | A5H | H-EMAIL PREF H | | |
| 3 | | | | | | 3 | A5H | H-SEND CONSOLIDATED AIR EMAIL | | |
| 3 | | | | | | 4 | A5H | H-CC NAM IK | | |
| 3 | | | | | | 5 | A5H | H-CC NBR 558821XXXXXX6373 | | |
| 3 | | | | | | 6 | A5H | H-CC EXP 3/16 | | |
| 3 | | | | | | 7 | A5H | H-CC MBR DAVID K WILLS | | |
| 3 | | | | | | 8 | A5H | H-CC ADD 3204 TOWER OAKS BLVD | | |
| 3 | | | | | | 9 | A5H | H-CC ADD 170 | | |
| 3 | | | | | | 10 | A5H | H-CC ADD ROCKVILLE,MD,20852 US | | |
| 3 | | | | | | 11 | A5H | H-CC FON 3612057674 | | |
| 3 | | | | | | 12 | A5H | H-CVV CHECK STATUS NO DATA | | |
| 3 | | | | | | 13 | A5H | H-UPDATE PNR SERVICE COMPLETE | | |
| 3 | | | | | | 14 | A4S | SSR DOCS AA HK1. /DB/14SEP52/M/WILLS/DAVID/KEITH | | |
| 3 | | | | | | 15 | A4G | AA 1338I 15FEB2014 PLSMIA SS/NN 2E | | |
| 3 | | | | | | 16 | A4G | AA 1245I 13FEB2014 MIAPLS SS/NN 6E | | |
| 1 | 08FEB14 14:05 | W0H3$20120105144585 | W0H3 | W0H3*AZA | | 1 | AFF | AA 2CEJ460 NN/HK- AA WILLS/DAVID KEITH | | |
| 1 | 08FEB14 14:05 | W0H3$20120105144585 | W0H3 | W0H3*AZA | | 1 | A9 | SAT 3612057674-H | | |
| 1 | 08FEB14 14:05 | W0H3$20120105144585 | W0H3 | W0H3*AZA | | 1 | AN | 1 WILLS/DAVID KEITH | | |
| 1 | | | | | | 3 | A8 | TL0405P/08FEB-SAT | | |
| 1 | | | | | | 4 | AS | AA 1245 I 13FEB2014 MIA PLS NN/SS 1 12:50 14:30 | | |
| 1 | | | | | | 5 | AS | AA 1338 I 15FEB2014 PLS MIA NN/SS 1 08:15 10:05 | | |

| AGENCY ACCOUNTING LINE INFO | |
|---|---|
| Seq Nbr | Agency Accounting Line |
| 1 | AA$7380677318/ .00/ 971.00/ 124.50/ONE/CXXXXXXXXXXXXXXX6373 1.1WILLS DAVID KEITH/1/F/E |

| SIGNATURE LINE | | | | | | | |
|---|---|---|---|---|---|---|---|
| Record Locator | AAA | Agent | Create Date | Create Time | Received From | | Sabre Purge Date |
| MOGXLW | W0H3 | W0H3AZA | 08FEB2014 | 14:05 | W0H3$20120105144585 | | 05DEC2014 |

CONFIDENTIAL//For Offical Use Only

2:17cr390-009515

4

Record    ator: RHGXNX

American Airlines CONFIDENTIAL for official use only.

Booked: 2013-12-26

### PASSENGER INFORMATION

| Pax Nbr | Name |
|---------|------|
| 1.01 | WHITE BERRY/STEPHEN |
| 2.01 | WHITE/LORI |
| 3.01 | WILLS/DAVID |

### FLIGHT INFORMATION

| Seq Nbr | Flight | Class | Date | Dep | Arv | Stat | Qty | Dep Time | Arv Time |
|---------|--------|-------|------|-----|-----|------|-----|----------|----------|
| 1 | AA1442 | P | 02JAN2014 | CRP | DFW | HK | 3 | 07:05 | 08:30 |
| 2 | AA2395 | P | 03JAN2014 | DFW | CRP | HK | 3 | 20:30 | 21:50 |

### TICKET INFORMATION

| Seq Nbr | Ticket or Time Limit |
|---------|----------------------|
| 1 | T-26DEC-XTM7CCY |
| 2 | TE 0012330693974 WHITE/S XTM7CCY 1641/26DEC 1B*254204 |
| 3 | TE 0012330693975 WHITE/L XTM7CCY 1641/26DEC 1B*254204 |
| 4 | TE 0012330693976 WILLS/D XTM7CCY 1641/26DEC 1B*254204 |

### PHONE INFORMATION

| Seq Nbr | Phone Number |
|---------|--------------|
| 1 | SRW.GBT$AGMAIL.COM-E |
| 2 | 1301-366-6075-C |

### ADDRESS INFORMATION

| Address |
|---------|
| DAVID WILLS |
| 506 LAKEWOOD STREET |
| ROCKPORT, TX |
| 78382 |

### FREQUENT FLYER INFO

| Seq Nbr | Frequent Traveler |
|---------|-------------------|
| 1 | AA 3BUE372 HK AA 1.01 WHITE BERRY/STEPHEN * ADV * |
| 2 | AA 1CUU972 HK AA 2.01 WHITE/LORI * ADV * |
| 3 | AA 2CEJ460 HK AA 3.01 WILLS/DAVID * ADV * |

### PRE REQUESTED SEATS INFO

| Seq Nbr | Flight | Class | Seat | Depart | Arrive | Status | Name |
|---------|--------|-------|------|--------|--------|--------|------|
| 1 | AA1442 | P | 1D | CRP | DFW | HK | WHITE BERRY/STEPHEN-1.01 |
| 2 | AA1442 | P | 1C | CRP | DFW | HK | WHITE/LORI-2.01 |
| 3 | AA1442 | P | 1A | CRP | DFW | HK | WILLS/DAVID-3.01 |
| 4 | AA2395 | P | 1D | DFW | CRP | HK | WHITE BERRY/STEPHEN-1.01 |
| 5 | AA2395 | P | 1C | DFW | CRP | HK | WHITE/LORI-2.01 |
| 6 | AA2395 | P | 1A | DFW | CRP | HK | WILLS/DAVID-3.01 |

2:17cr390-009516

1

Recordᴀ̲̲̲ᴀtor: RHGXNX

| OSI INFO | |
|---|---|
| Seq Nbr | OSI |
| 1 | OSI PURCHASED ON AA.COM US 12/26/2013 IN US CURRENCY |

| SSR | | |
|---|---|---|
| Seq Nbr | Type | SSR |
| 1 | WCMP 1 | |
| 2 | WCHC 1 | |
| 3 | DOCS | /DB/25NOV1985/M/WHITE BERRY/STEPHEN |
| 4 | DOCS | /DB/20OCT1958/F/WHITE/LORI/JEANNE |
| 5 | DOCS | /DB/14SEP1952/M/WILLS/DAVID/KEITH |
| 6 | WCHC 1 | |
| 7 | OTHS | /PSGR DAVID WILLS NN1 |
| 8 | WCHC | /PLEASE PREBOARD NN1 |
| 9 | WCHC | /PLEASE MAAS NN1 |
| 10 | WCHC | /CAN TRANSFER SELF INTO SEAT NN1 |
| 11 | WCHC | /PSGR MUST HAVE ASSIST ON CONNX NN1 |
| 12 | OTHS | /SRO SAC AGENT SL LUNDGREN 30DEC 1744 |

| REMARKS INFORMATION | |
|---|---|
| Seq Nbr | Remarks |
| 1 | 1.TBM*BA461046XXXXXX3089$07/16 |
| 2 | 2.H-TBMEDIT/ALL PQS DELETED AND PLACED INTO HISTORY |
| 3 | 3.H-TBMEDIT/TKT DRIVEN FOR 1787.37/1641/26DEC |
| 4 | 4.DAVID WILLS |
| 5 | 5.H-/T$DOC$VCR |
| 6 | 6.H-/T$DLV$EMAIL$SRW.GBT$AGMAIL.COM |
| 7 | 7.H-/T$CCBC US |
| 8 | 8.H-/T$WWW EAU |
| 9 | 9.H-/T$3RD PARTY$5-14 DAYS OUT |
| 10 | 10.H-WWW/AUTH/CID BA3089 BANK VERIFIED CID |
| 11 | 11.H-IPPADDR162.224.67.43$ |
| 12 | 12.H-TRANP B9A9B7F3C9E6EB27528305D9A2EBDF4D |
| 13 | 13.H-PTI1.1-ADT-ADT |
| 14 | 14.H-PTI2.1-ADT-ADT |
| 15 | 15.H-PTI3.1-ADT-ADT |
| 16 | 16.H-BOOKING MADE VIA AMERICAN AIRLINES WEBSITE US IN US CURRENCY |
| 17 | 17.H-IPHADDR162.224.67.43$ |
| 18 | 18.H-TRANH B9A9B7F3C9E6EB27528305D9A2EBDF4D |
| 19 | 19.H-*** |
| 20 | 20.H-SRO SAC HAS PNR ON QUEUE CALLBACK BASED ON DPTR |
| 21 | 21.H-*** |
| 22 | 22.XXAUTH/094117 |
| 23 | 23.XXTACXTM26DEC/ |
| 24 | 24.H-/T$TBMEDIT/EMAIL SENT 1652/26DEC/TDS |
| 25 | 25.H-PC/PSGR CLEARED FOR TRAVEL/CORPORATE SECURITY/01 |
| 26 | 26.H-V$ SAC CALLED DAVID WILLS AT 301 366 6075 |

CONFIDENTIAL//For Offical Use Only

2:17cr390-009517

2

Record_____ator: RHGXNX

| | REMARKS INFORMATION |
|---|---|
| 27 | 27.H-V$ PXGR NN AISLE CHAIR TO SEAT |
| 28 | 28.H-V$ HAVD ALL WCHC PROCEDURES |
| 29 | 29.H-V$ HAVD CKIN WITH SKYCAP OR TKT CTR 90 MINUTES PRIOR AND |
| 30 | 30.H-V$ ASK FOR ASSIST |
| 31 | 31.H-V$ HAVD CKIN WITH GATE AGENT 30 MIN PRIOR FOR ASSIST |
| 32 | 32.H-V$ IN PRE-BOARDING IF DESIRED |
| 33 | 33.H-V$ SAC AGT CONFIRMED W/CALLER NO OTHER SPCL ASSIST NEEDED |
| 34 | 34.H-V$ *-*- |
| 35 | 35.H-V$ PXGR 2.1 WILL NN WCHC AISLE CHAIR TO SEAT. HER FAMILY |
| 36 | 36.H-V$ TRANSFERS HE TO HER SEAT |
| 37 | 37.H-V$ SLUNDGREN SRO SAC 30DEC 1744 |
| 38 | 38.H-V$ *-*- |
| 39 | 39.H-V$ SRO SAC AGENT SL LUNDGREN 30DEC 1744 |
| 40 | 40.BAG-TAG CRP380307 SCANNED 03JAN2014 1813L/DFW/PIER-02 |
| 41 | 41.BAG-TAG CRP380308 SCANNED 03JAN2014 1813L/DFW/PIER-02 |

| PNR HISTORY | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Seq Nbr | Update Time | Received From | AAA Code | Agent Sine | TTY OFFICE | Airline or CRS Cd | Trans Seq Nbr | Code | History Data |
| 9 | 30DEC13 17:46 | DAVID WILLS | QSD | QSD7RSS | | | 1 | A5H | H-V$ SAC CALLED DAVID WILLS AT 301 366 6075 |
| 9 | | | | | | | 2 | A5H | H-V$ PXGR NN AISLE CHAIR TO SEAT |
| 9 | | | | | | | 3 | A5H | H-V$ HAVD ALL WCHC PROCEDURES |
| 9 | | | | | | | 4 | A5H | H-V$ HAVD CKIN WITH SKYCAP OR TKT CTR 90 MINUTES PRIOR |
| 9 | | | | | | | 5 | A5H | H-V$ ASK FOR ASSIST |
| 9 | | | | | | | 6 | A5H | H-V$ HAVD CKIN WITH GATE AGENT 30 MIN PRIOR FOR ASSIST |
| 9 | | | | | | | 7 | A5H | H-V$ IN PRE-BOARDING IF DESIRED |
| 9 | | | | | | | 8 | A5H | H-V$ SAC AGT CONFIRMED W/CALLER NO OTHER SPCL ASSIST NE |
| 9 | | | | | | | 9 | A5H | H-V$ *-*- |
| 9 | | | | | | | 10 | A5H | H-V$ PXGR 2.1 WILL NN WCHC AISLE CHAIR TO SEAT. HER FAM |
| 9 | | | | | | | 11 | A5H | H-V$ TRANSFERS HE TO HER SEAT |
| 9 | | | | | | | 12 | A5H | H-V$ SLUNDGREN SRO SAC 30DEC 1744 |
| 9 | | | | | | | 13 | A5H | H-V$ *-*- |
| 9 | | | | | | | 14 | A5H | H-V$ SRO SAC AGENT SL LUNDGREN 30DEC 1744 |
| 9 | | | | | | | 15 | A4S | SSR 1 |
| 9 | | | | | | | 15 | A4S | |
| 9 | | | | | | | 16 | A4S | SSR /PSGR DAVID WILLS NN1 |
| 9 | | | | | | | 16 | A4S | |
| 9 | | | | | | | 17 | A4S | |
| 9 | | | | | | | 17 | A4S | SSR /PLEASE PREBOARD NN1 |
| 9 | | | | | | | 18 | A4S | |
| 9 | | | | | | | 18 | A4S | SSR /PLEASE MAAS NN1 |
| 9 | | | | | | | 19 | A4S | |
| 9 | | | | | | | 19 | A4S | SSR /CAN TRANSFER SELF INTO SEAT NN1 |
| 9 | | | | | | | 20 | A4S | |
| 9 | | | | | | | 20 | A4S | SSR /PSGR MUST HAVE ASSIST ON CONNX NN1 |
| 9 | | | | | | | 21 | A4S | SSR /SRO SAC AGENT SL LUNDGREN 30DEC 1744 |
| 9 | | | | | | | 21 | A4S | |

CONFIDENTIAL//For Offical Use Only

2:17cr390-009518

3

Record Locator: RHGXNX

| | | PNR HISTORY | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8 | 30DEC13 13:56 | SCC UPDATE | CRC | HDQ8PAY | | 1 | A5H | H-PC/PSGR CLEARED FOR TRAVEL/CORPORATE SECURITY/01 |
| 7 | 26DEC13 16:52 | TDSEMAILEDIT/1652/26DEC/TDS | XTM | XTM7UVR | | 1 | A5H | H-/T$TBMEDIT/EMAIL SENT 1652/26DEC/TDS |
| 6 | 26DEC13 16:41 | EDITOR EDITOR E111413A CC WEB RUSH | XTM | XTM7CCY | | 1 | X5H | H-TBMEDIT/RSAPPP17 EDITOR SESSION 9 |
| 6 | | | | | | 2 | A5H | H-TBMEDIT/ALL PQS DELETED AND PLACED INTO HISTORY |
| 6 | | | | | | 3 | A5H | H-TBMEDIT/TKT DRIVEN FOR 1787.37/1641/26DEC |
| 6 | | | | | | 4 | X7 | TACXTM26DEC/ |
| 6 | | | | | | 5 | A7 | T-26DEC-XTM7CCY |
| 5 | 26DEC13 16:37 | | QSD | QSD7RIC | | 1 | A5H | H-*** |
| 5 | | | | | | 2 | A5H | H-SRO SAC HAS PNR ON QUEUE CALLBACK BASED ON DPTR |
| 5 | | | | | | 3 | A5H | H-*** |
| 4 | 26DEC13 16:36 | TDSEDITOR/1636/26DEC/FDP | XTM | XTM7FDP | | 1 | A5H | H-TBMEDIT/RSAPPP17 EDITOR SESSION 9 |
| 3 | 26DEC13 16:16 | WWW$3BUE372 | WWW | HDQ2EAU | | 1 | A4O | OSI PURCHASED ON AA.COM US 12/26/2013 IN US CURRENCY |
| 3 | | | | | | 6 | AW | DAVID WILLS 506 LAKEWOOD STREET ROCKPORT, TX 7 |
| 3 | | | | | | 7 | A5F | --TBM*BA461046XXXXXX3089$07/16 |
| 3 | | | | | | 8 | A5F | --DAVID WILLS |
| 3 | | | | | | 9 | A5H | H-/T$DOC$VCR |
| 3 | | | | | | 10 | A5H | H-/T$DLV$EMAIL$SRW.GBT$AGMAIL.COM |
| 3 | | | | | | 11 | A5H | H-/T$CCBC US |
| 3 | | | | | | 12 | A5H | H-/T$WWW EAU |
| 3 | | | | | | 13 | A5H | H-/T$3RD PARTY$5-14 DAYS OUT |
| 3 | | | | | | 14 | A5H | H-WWW/AUTH/CID BA3089 BANK VERIFIED CID |
| 3 | | | | | | 15 | A5H | H-IPPADDR162.224.67.43$ |
| 3 | | | | | | 16 | A5H | H-TRANP B9A9B7F3C9E6EB27528305D9A2EBDF4D |
| 3 | | | | | | 17 | X8 | TLCRPAA428P/26DEC-THU |
| 3 | | | | | | 18 | A7 | TACXTM26DEC/ |
| 2 | 26DEC13 16:14 | ITKTS FULFILLMENT | XTM | XTM7I34 | | 1 | A4G | AA 2395P 03JAN2014 DFWCRP SS/NN 1D |
| 2 | | | | | | 2 | A4G | AA 2395P 03JAN2014 DFWCRP SS/NN 1C |
| 2 | | | | | | 3 | A4G | AA 2395P 03JAN2014 DFWCRP SS/NN 1A |
| 1 | 26DEC13 16:14 | ITKTS FULFILLMENT | XTM | XTM7I34 | | 1 | A4G | AA 1442P 02JAN2014 CRPDFW SS/NN 1D |
| 1 | | | | | | 2 | A4G | AA 1442P 02JAN2014 CRPDFW SS/NN 1C |
| 1 | | | | | | 3 | A4G | AA 1442P 02JAN2014 CRPDFW SS/NN 1A |

| SIGNATURE LINE | | | | | | |
|---|---|---|---|---|---|---|
| Record Locator | AAA | Agent | Create Date | Create Time | Received From | Sabre Purge Date |
| RHGXNX | WWW | HDQEAU | 26DEC2013 | 16:13 | WWW$3BUE372 | 03JAN2014 |

CONFIDENTIAL//For Offical Use Only

2:17cr390-009519

4

Record_____ator: UDSBRX

American Airlines CONFIDENTIAL for official use only.

Booked: 2013-09-19

### PASSENGER INFORMATION

| Pax Nbr | Name |
|---------|------|
| 1.01 | LAPOINTE/STEPHEN |
| 2.01 | WILLS/DAVID |

### FLIGHT INFORMATION

| Seq Nbr | Flight | Class | Date | Dep | Arv | Stat | Qty | Dep Time | Arv Time |
|---------|--------|-------|------|-----|-----|------|-----|----------|----------|
| 1 | AA1173 | P | 26SEP2013 | IAD | MIA | HK | 2 | 05:55 | 08:30 |
| 2 | AA2330 | P | 26SEP2013 | MIA | IAD | HK | 2 | 20:55 | 23:25 |

### TICKET INFORMATION

| Seq Nbr | Ticket or Time Limit |
|---------|---------------------|
| 1 | T-19SEP-XTM7CC2 |
| 2 | TE 0012327330035 LAPOI/S XTM7CC2 1914/19SEP 1B*254204 |
| 3 | TE 0012327330036 WILLS/D XTM7CC2 1914/19SEP 1B*254204 |

### PHONE INFORMATION

| Seq Nbr | Phone Number |
|---------|--------------|
| 1 | US301-922-8130-C |
| 2 | US301-922-8130-C |
| 3 | US301-922-8130-C |
| 4 | SCL.GBT$AGMAIL.COM-E |
| 5 | 1301-922-8130-C |
| 6 | 1301-770-1230X104-B |
| 7 | 1301-740-1842-H |

### ADDRESS INFORMATION

| Address |
|---------|
| STEPHEN C LAPOINTE |
| 3204 TOWER OAKS BLVD |
| SUITE 170 |
| ROCKVILLE, MD |
| 20852 |

### FREQUENT FLYER INFO

| Seq Nbr | Frequent Traveler |
|---------|-------------------|
| 1 | AA AJ51648 HK AA 1.01 LAPOINTE/STEPHEN * ADV * |
| 2 | AA 2CEJ460 HK AA 2.01 WILLS/DAVID * ADV * |

### PRE REQUESTED SEATS INFO

| Seq Nbr | Flight | Class | Seat | Depart | Arrive | Status | Name |
|---------|--------|-------|------|--------|--------|--------|------|
| 1 | AA1173 | P | 3F | IAD | MIA | HK | LAPOINTE/STEPHEN-1.01 |
| 2 | AA1173 | P | 3E | IAD | MIA | HK | WILLS/DAVID-2.01 |
| 3 | AA2330 | P | 3F | MIA | IAD | HK | LAPOINTE/STEPHEN-1.01 |

CONFIDENTIAL//For Offical Use Only

2:17cr390-009520

1

Record ___itor: UDSBRX

| PRE REQUESTED SEATS INFO | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4 | AA2330 P | 3E | MIA | IAD | HK | WILLS/DAVID-2.01 | |

| SSR | | |
|---|---|---|
| Seq Nbr | Type | SSR |
| 1 | | DOCS /DB/31DEC1958/M/LAPOINTE/STEPHEN/C |
| 2 | | DOCS /DB/14SEP1952/M/WILLS/DAVID/KEITH |

| REMARKS INFORMATION | |
|---|---|
| Seq Nbr | Remarks |
| 1 | 1.TBM*IK558821XXXXXX7215$03/16 |
| 2 | 2.H-TBMEDIT/ALL PQS DELETED AND PLACED INTO HISTORY |
| 3 | 3.H-TBMEDIT/TKT DRIVEN FOR 1195.58/1914/19SEP |
| 4 | 4.STEPHEN C LAPOINTE |
| 5 | 5.H-/T$DOC$VCR |
| 6 | 6.H-/T$DLV$EMAIL$SCL.GBT$AGMAIL.COM |
| 7 | 7.H-/T$CCBC US |
| 8 | 8.H-/T$WWW EAU |
| 9 | 9.H-/T$3RD PARTY$5-14 DAYS OUT |
| 10 | 10.H-WWW/AUTH/CID IK7215 BANK VERIFIED CID |
| 11 | 11.H-IPPADDR68.84.130.58$ |
| 12 | 12.H-TRANP B6A423AE54225234358768F6E40FD2EE |
| 13 | 13.H-PTI1.1-ADT-ADT |
| 14 | 14.H-PTI2.1-ADT-ADT |
| 15 | 15.H-BOOKING MADE VIA AMERICAN AIRLINES WEBSITE US IN US CURRENCY |
| 16 | 16.H-IPHADDR68.84.130.58$ |
| 17 | 17.H-TRANH B6A423AE54225234358768F6E40FD2EE |
| 18 | 18.XXAUTH/02547J |
| 19 | 19.XXTACXTM19SEP/ |
| 20 | 20.H-/T$TBMEDIT/EMAIL SENT 1925/19SEP/TDS |
| 21 | 21.H-PC/PSGR CLEARED FOR TRAVEL/CORPORATE SECURITY/01 |

| PNR HISTORY | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Seq Nbr | Update Time | Received From | AAA Code | Agent Sine | TTY OFFICE | Airline or CRS Cd | Trans Seq Nbr | Code | History Data |
| 10 | 25SEP13 06:54 | WWW$GUEST | WWW | HDQ2EAU | | | 1 | A9 | WWW US301-922-8130-C |
| 9 | 23SEP13 03:57 | SCC UPDATE | CRC | HDQ8PAY | | | 1 | A5H | H-PC/PSGR CLEARED FOR TRAVEL/CORPORATE SECURITY/01 |
| 8 | 19SEP13 19:25 | TDSEMAILEDIT/1925/19SEP/TDS | XTM | XTM7EXW | | | 1 | A5H | H-/T$TBMEDIT/EMAIL SENT 1925/19SEP/TDS |
| 7 | 19SEP13 19:14 | EDITOR EDITOR E080113A CC WEB RUSH | XTM | XTM7CC2 | | | 1 | X5H | H-TBMEDIT/QJ08027594 EDITOR SESSION 2 |
| 7 | | | | | | | 2 | A5H | H-TBMEDIT/ALL PQS DELETED AND PLACED INTO HISTORY |
| 7 | | | | | | | 3 | A5H | H-TBMEDIT/TKT DRIVEN FOR 1195.58/1914/19SEP |
| 7 | | | | | | | 4 | X7 | TACXTM19SEP/ |
| 7 | | | | | | | 5 | A7 | T-19SEP-XTM7CC2 |
| 6 | 19SEP13 19:09 | TDSEDITOR/1909/19SEP/FDP | XTM | XTM7FDP | | | 1 | A5H | H-TBMEDIT/QJ08027594 EDITOR SESSION 2 |

CONFIDENTIAL//For Offical Use Only

2:17cr390-009521

2

Recor~ator: UDSBRX

| | | PNR HISTORY | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 5 | 19SEP13 18:53 | WWW$GUEST | | WWW | HDQ2EAU | | 1 | A9 | WWW US301-922-8130-C |
| 4 | 19SEP13 18:53 | WWW$GUEST | | WWW | HDQ2EAU | | 1 | A9 | WWW US301-922-8130-C |
| 3 | | | | | | | 7 | AW | STEPHEN C LAPOINTE 3204 TOWER OAKS BLVD SUITE 170 |
| 3 | | | | | | | 8 | A5F | --TBM*IK558821XXXXXX7215$03/16 |
| 3 | | | | | | | 9 | A5F | --STEPHEN C LAPOINTE |
| 3 | | | | | | | 10 | A5H | H-/T$DOC$VCR |
| 3 | | | | | | | 11 | A5H | H-/T$DLV$EMAIL$SCL.GBT$AGMAIL.COM |
| 3 | | | | | | | 12 | A5H | H-/T$CCBC US |
| 3 | | | | | | | 13 | A5H | H-/T$WWW EAU |
| 3 | | | | | | | 14 | A5H | H-/T$3RD PARTY$5-14 DAYS OUT |
| 3 | | | | | | | 15 | A5H | H-WWW/AUTH/CID IK7215 BANK VERIFIED CID |
| 3 | | | | | | | 16 | A5H | H-IPPADDR68.84.130.58$ |
| 3 | | | | | | | 17 | A5H | H-TRANP B6A423AE54225234358768F6E40FD2EE |
| 3 | | | | | | | 18 | X8 | TLIADAA800P/19SEP-THU |
| 3 | | | | | | | 19 | A7 | TACXTM19SEP/ |
| 2 | 19SEP13 18:47 | ITKTS FULFILLMENT | | XTM | XTM7IGO | | 1 | A4G | AA 2330P 26SEP2013 MIAIAD SS/NN 3F |
| 2 | | | | | | | 2 | A4G | AA 2330P 26SEP2013 MIAIAD SS/NN 3E |
| 1 | 19SEP13 18:47 | ITKTS FULFILLMENT | | XTM | XTM7IGO | | 1 | A4G | AA 1173P 26SEP2013 IADMIA SS/NN 3F |
| 1 | | | | | | | 2 | A4G | AA 1173P 26SEP2013 IADMIA SS/NN 3E |

| SIGNATURE LINE | | | | | | |
|---|---|---|---|---|---|---|
| Record Locator | AAA | Agent | Create Date | Create Time | Received From | Sabre Purge Date |
| UDSBRX | WWW | HDQEAU | 19SEP2013 | 18:45 | | 26SEP2013 |

Record_____tor: UHAFKC

American Airlines CONFIDENTIAL for official use only.

Booked: 2014-10-28

## PASSENGER INFORMATION

| Pax Nbr | Name |
|---------|------|
| 1.01 | WILLS/DAVID |

## FLIGHT INFORMATION

| Seq Nbr | Flight | Class | Date | Dep | Arv | Stat | Qty | Dep Time | Arv Time |
|---------|--------|-------|------|-----|-----|------|-----|----------|----------|
| 1 | AA2520 | G | 22DEC2014 | CRP | DFW | HK | 1 | 10:40 | 12:00 |
| 2 | AA1181 | P | 22DEC2014 | DFW | LAS | HK | 1 | 13:50 | 14:45 |
| 3 | AA1528 | A | 27DEC2014 | LAS | DFW | HK | 1 | 12:10 | 16:50 |
| 4 | AA2534 | N | 27DEC2014 | DFW | CRP | HK | 1 | 18:10 | 19:25 |

## TICKET INFORMATION

| Seq Nbr | Ticket or Time Limit |
|---------|---------------------|
| 1 | T-28OCT-XTM7U72 |
| 2 | TE 0012395287606 WILLS/D XTM7CCR 1044/28OCT 1B*25420A |
| 3 | TK 0010656520136 WILLS/D XTM7U72 1050/28OCT - AE 1B*7BE52E |
| 4 | TK 0010277288467 WILLS/D CRP5SMD 0914/22DEC |

## PHONE INFORMATION

| Seq Nbr | Phone Number |
|---------|--------------|
| 1 | SRW.GBT$AGMAIL.COM-E |
| 2 | 1301-366-6075-C |

## ADDRESS INFORMATION

| Address |
|---------|
| DAVID K WILLS<br>506 LAKEWOOD STREET<br>ROCKPORT, TX<br>78382 |

## FREQUENT FLYER INFO

| Seq Nbr | Frequent Traveler |
|---------|-------------------|
| 1 | AA 2CEJ460 HK AA 1.01 WILLS/DAVID * ADV * |

## PRE REQUESTED SEATS INFO

| Seq Nbr | Flight | Class | Seat | Depart | Arrive | Status | Name |
|---------|--------|-------|------|--------|--------|--------|------|
| 1 | AA2534 | N | 8B | DFW | CRP | HK | WILLS/DAVID-1.01 |
| 2 | AA2520 | G | 6C | CRP | DFW | HK | WILLS/DAVID-1.01 |
| 3 | AA1181 | P | 3E | DFW | LAS | HK | WILLS/DAVID-1.01 |
| 4 | AA1528 | A | 3E | LAS | DFW | HK | WILLS/DAVID-1.01 |

## OSI INFO

| Seq Nbr | OSI |
|---------|-----|
| 1 | OSI PURCHASED ON AA.COM US 10/28/2014 IN US CURRENCY |

CONFIDENTIAL//For Offical Use Only

2:17cr390-009523

1

Record    ator: UHAFKC

| SSR | | |
|---|---|---|
| Seq Nbr | Type | SSR |
| 1 | | DOCS/DB/14SEP1952/M/WILLS/DAVID/KEITH |

| REMARKS INFORMATION | |
|---|---|
| Seq Nbr | Remarks |
| 1 | 1.TBM*BA431247XXXXXX7262$06/15 |
| 2 | 2.DAVID K WILLS |
| 3 | 3.H-/T$DOC$VCR |
| 4 | 4.H-/T$DLV$EMAIL$SRW.GBT$AGMAIL.COM |
| 5 | 5.H-/T$FEE$PSEAT$8B$N1.1$S4$16.82/1.26$USD |
| 6 | 6.H-/T$CCBC US |
| 7 | 7.H-/T$WWW EAU |
| 8 | 8.H-WWW/AUTH/CID BA7262 BANK VERIFIED CID |
| 9 | 9.H-IPPADDR24.227.155.194$ |
| 10 | 10.H-TRANP 501E05E48290EBE530F091D05488FE7F |
| 11 | 11.H-PTI1.1-ADT-ADT |
| 12 | 12.H-BOOKED VIA AMERICAN AIRLINES WEB SITE US IN US CURRENCY |
| 13 | 13.H-IPHADDR24.227.155.194$ |
| 14 | 14.H-TRANH 501E05E48290EBE530F091D05488FE7F |
| 15 | 15.H-PSGR QUALIFIED FOR EXIT SEATING |
| 16 | 16.XXAUTH/028035 |
| 17 | 17.XXTACXTM28OCT/ |
| 18 | 18.H-01 AE -PREFERRED SEATS USD 18.08 |
| 19 | 19.H-0012395287606 |
| 20 | 20.H-/T$TBMEDIT/EMAIL SENT 1055/28OCT/TDS |
| 21 | 21.H-/T$TBMEDIT/EMAIL SENT 1050/28OCT/TDS |
| 22 | 22.H-PC/PSGR CLEARED FOR TRAVEL/CORPORATE SECURITY/01 |
| 23 | 23.H-DG ACK DAVID/WILLS/22DEC2014/CRP |
| 24 | 24.BAG-01UPTO50LB 23KG AND62LI 25.00USD |
| 25 | 25.H-/OSO$22DEC10 |
| 26 | 26.H-/OSO$DLY$DOM$22DEC |
| 27 | 27.H-/OSO$IVR$22DEC |
| 28 | 28.H-/OSO$27DEC18 |
| 29 | 29.H-/OSO$DLY$DOM$27DEC |
| 30 | 30.H-/OSO$IVR$27DEC |

| PNR HISTORY | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Seq Nbr | Update Time | Received From | AAA Code | Agent Sine | TTY OFFICE | Airline or CRS Cd | Trans Seq Nbr | Code | History Data |
| 16 | 27DEC14 19:12 | PDCAADFW253427DEC | DFW | DFW5PD | | | 1 | UAX | PREFERRED SEATS/FL1 /AA2534N27DEC2014DFWCRP-WILLS/DAVID |
| 15 | 27DEC14 18:36 | REAACCOM UPDATE | CRC | CRC8YMG | | | 1 | A5H | H-/OSO$DLY$DOM$27DEC |
| 15 | | | | | | | 2 | A5H | H-/OSO$DLY$DOM$27DEC |
| 15 | | | | | | | 3 | A5H | H-/OSO$IVR$27DEC |
| 14 | 22DEC14 11:45 | REAACCOM UPDATE | CRC | CRC8YMG | | | 1 | A5H | H-/OSO$22DEC10 |

CONFIDENTIAL//For Offical Use Only

2:17cr390-009524

2

Record_ ator: UHAFKC

| | | PNR HISTORY | | | | | |
|---|---|---|---|---|---|---|---|
| 14 | | | | | 2 | A5H | H-/OSO$DLY$DOM$22DEC |
| 14 | | | | | 3 | A5H | H-/OSO$IVR$22DEC |
| 13 | 22DEC14 09:13 | WWW$SSM | GSW | GSW5EA3 | 1 | A5H | H-DG ACK DAVID/WILLS/22DEC2014/CRP |
| 12 | 19DEC14 09:45 | SCC UPDATE | CRC | HDQ8PAY | 1 | A5H | H-PC/PSGR CLEARED FOR TRAVEL/CORPORATE SECURITY/01 |
| 11 | 28OCT14 11:01 | | XTM | XTM7BGR | 1 | A5H | H-/T$TBMEDIT/EMAIL SENT 1050/28OCT/TDS |
| 10 | 28OCT14 10:55 | TDSEMAILEDIT/1055/28OCT/TDS | XTM | XTM7UEB | 1 | A5H | H-/T$TBMEDIT/EMAIL SENT 1055/28OCT/TDS |
| 9 | 28OCT14 10:50 | ITKTS FULFILLMENT | XTM | XTM7U72 | 1 | X5H | H-TBMEDIT/TKT DRIVEN FOR 1101.68/1044/28OCT |
| 9 | | | | | 2 | X5H | H-TBMEDIT/ALL PQS DELETED AND PLACED INTO HISTORY |
| 9 | | | | | 3 | A5H | H-01 AE -PREFERRED SEATS USD 18.08 |
| 9 | | | | | 4 | A5H | H-0012395287606 |
| 9 | | | | | 5 | X7 | T-28OCT-XTM7CCR |
| 9 | | | | | 6 | A7 | T-28OCT-XTM7U72 |
| 9 | | | | | 7 | UAX | PREFERRED SEATS/HI1 /AA2534N27DEC2014DFWCRP-WILLS/DAVID |
| 8 | 28OCT14 10:44 | EDITOR EDITOR E090514-3007 CC WEB NON RUSH | XTM | XTM7CCR | 1 | A5H | H-TBMEDIT/ALL PQS DELETED AND PLACED INTO HISTORY |
| 8 | | | | | 2 | A5H | H-TBMEDIT/TKT DRIVEN FOR 1101.68/1044/28OCT |
| 8 | | | | | 3 | X7 | TACXTM28OCT/ |
| 8 | | | | | 4 | A7 | T-28OCT-XTM7CCR |
| 7 | 28OCT14 10:37 | WWW$3BUE372 | WWW | HDQ2EAU | 1 | A4O | OSI PURCHASED ON AA.COM US 10/28/2014 IN US CURRENCY |
| 7 | | | | | 6 | AW | DAVID K WILLS 506 LAKEWOOD STREET ROCKPORT, TX<br |
| 7 | | | | | 7 | A5F | --TBM*BA431247XXXXX7262$06/15 |
| 7 | | | | | 8 | A5F | --DAVID K WILLS |
| 7 | | | | | 9 | A5H | H-/T$DOC$VCR |
| 7 | | | | | 10 | A5H | H-/T$DLV$EMAIL$SRW.GBT$AGMAIL.COM |
| 7 | | | | | 11 | A5H | H-/T$FEE$PSEAT$8B$N1.1$S4$16.82/1.26$USD |
| 7 | | | | | 12 | A5H | H-/T$CCBC US |
| 7 | | | | | 13 | A5H | H-/T$WWW EAU |
| 7 | | | | | 14 | A5H | H-WWW/AUTH/CID BA7262 BANK VERIFIED CID |
| 7 | | | | | 15 | A5H | H-IPPADDR24.227.155.194$ |
| 7 | | | | | 16 | A5H | H-TRANP 501E05E48290EBBE530F091D05488FE7F |
| 7 | | | | | 17 | X8 | TLCRPAA1048A/28OCT-TUE |
| 7 | | | | | 18 | A7 | TACXTM28OCT/ |
| 6 | 28OCT14 10:35 | WWW$3BUE372 | WWW | HDQ2EAU | 1 | A5H | H-PSGR QUALIFIED FOR EXIT SEATING |
| 5 | 28OCT14 10:35 | ITKTS FULFILLMENT | XTM | XTM7IFZ | 1 | A4G | AA 1528A 27DEC2014 LASDFW SS/NN 3E |
| 4 | 28OCT14 10:35 | ITKTS FULFILLMENT | XTM | XTM7IFZ | 1 | A4G | AA 1181P 22DEC2014 DFWLAS SS/NN 3E |
| 3 | 28OCT14 10:35 | ITKTS FULFILLMENT | XTM | XTM7IFZ | 1 | A4G | AA 2520G 22DEC2014 CRPDFW SS/NN 6C |
| 2 | 28OCT14 10:35 | ITKTS FULFILLMENT | XTM | XTM7IFZ | 1 | A4G | AA 2534N 27DEC2014 DFWCRP SS/NN 8B |

CONFIDENTIAL//For Offical Use Only
2:17cr390-009525

3

Record_____ator: UHAFKC

| | | PNR HISTORY | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2 | | | | | | | 2 | UAX | PREFERRED SEATS/HD1 /AA2534N27DEC2014DFWCRP-WILLS/DAVID |
| 1 | 28OCT14 10:35 | ITKTS FULLFILLMENT | | XTM | XTM7IFZ | | 1 | AAX | PREFERRED SEATS/HD1 /16.82USD/1.26US/18.08USD/PTC-ADT/G |

| SIGNATURE LINE | | | | | | |
|---|---|---|---|---|---|---|
| Record Locator | AAA | Agent | Create Date | Create Time | Received From | Sabre Purge Date |
| UHAFKC | | WWW HDQEAU | 28OCT2014 | 10:34 | WWW$3BUE372 | 27DEC2014 |

CONFIDENTIAL//For Offical Use Only

2:17cr390-009526

4

Record __ator: WFPEAT

American Airlines CONFIDENTIAL for official use only.

Booked: 2013-10-11

| PASSENGER INFORMATION | |
|---|---|
| Pax Nbr | Name |
| 1.01 | WILLS/DAVID |

| FLIGHT INFORMATION | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Seq Nbr | Flight | Class | Date | Dep | Arv | Stat | Qty | Dep Time | Arv Time |
| 1 | AA1442 | P | 15OCT2013 | CRP | DFW | HK | 1 | 07:25 | 08:50 |
| 2 | AA3149 | W | 15OCT2013 | DFW | DSM | HK | 1 | 09:45 | 11:35 |
| 3 | AA1235 | P | 17OCT2013 | DSM | DFW | HK | 1 | 17:25 | 19:25 |
| 4 | AA2395 | P | 17OCT2013 | DFW | CRP | HK | 1 | 20:50 | 22:00 |

| TICKET INFORMATION | |
|---|---|
| Seq Nbr | Ticket or Time Limit |
| 1 | T-11OCT-XTM7R1A |
| 2 | TE 0012328135124 WILLS/D XTM7R1A 1254/11OCT 1B*254208 |

| PHONE INFORMATION | |
|---|---|
| Seq Nbr | Phone Number |
| 1 | US361-205-7674-C |
| 2 | US361-205-7674-C |
| 3 | SCL.GBT$AGMAIL.COM-E |
| 4 | 1301-770-1230-C |

| ADDRESS INFORMATION |
|---|
| Address |
| STEPHEN C LAPOINTE<br>3204 TOWER OAKS BLVD<br>SUITE 170<br>ROCKVILLE, MD<br>20852 |

| FREQUENT FLYER INFO | |
|---|---|
| Seq Nbr | Frequent Traveler |
| 1 | AA 2CEJ460 HK AA 1.01 WILLS/DAVID * ADV * |

| PRE REQUESTED SEATS INFO | | | | | | | |
|---|---|---|---|---|---|---|---|
| Seq Nbr | Flight | Class | Seat | Depart | Arrive | Status | Name |
| 1 | AA1442 | P | 3E | CRP | DFW | HK | WILLS/DAVID-1.01 |
| 2 | AA3149 | W | 17B | DFW | DSM | HK | WILLS/DAVID-1.01 |
| 3 | AA1235 | P | 3E | DSM | DFW | HK | WILLS/DAVID-1.01 |
| 4 | AA2395 | P | 3E | DFW | CRP | HK | WILLS/DAVID-1.01 |

| OSI INFO | |
|---|---|
| Seq Nbr | OSI |

2:17cr390-009527

1

Record_____ator: WFPEAT

| OSI INFO |
|---|
| 1 | OSI PURCHASED ON AA.COM US 10/11/2013 IN US CURRENCY |

| | | SSR |
|---|---|---|
| Seq Nbr | Type | SSR |
| 1 | | DOCS/DB/14SEP1952/M/WILLS/DAVID/KEITH |

| REMARKS INFORMATION | |
|---|---|
| Seq Nbr | Remarks |
| 1 | 1.TBM*IK558821XXXXXX7215$03/16 |
| 2 | 2.H-TBMEDIT/ALL PQS DELETED AND PLACED INTO HISTORY |
| 3 | 3.H-TBMEDIT/TKT DRIVEN FOR 1052.57/1254/11OCT |
| 4 | 4.STEPHEN C LAPOINTE |
| 5 | 5.H-T$DOC$VCR |
| 6 | 6.H-/T$DLV$EMAIL$SCL.GBT$AGMAIL.COM |
| 7 | 7.H-/T$CCBC US |
| 8 | 8.H-/T$WWW EAU |
| 9 | 9.H-/T$3RD PARTY$2-4 DAYS OUT |
| 10 | 10.H-WWW/AUTH/CID IK7215 BANK VERIFIED CID |
| 11 | 11.H-IPPADDR162.17.205.17$ |
| 12 | 12.H-TRANP 988BE596E32E64681FA77C2F44098B1B |
| 13 | 13.H-PTI1.1-ADT-ADT |
| 14 | 14.H-BOOKING MADE VIA AMERICAN AIRLINES WEBSITE US IN US CURRENCY |
| 15 | 15.IPHADDR162.17.205.17$ |
| 16 | 16.H-TRANH 988BE596E32E64681FA77C2F44098B1B |
| 17 | 17.H-PC/PSGR CLEARED FOR TRAVEL/CORPORATE SECURITY/01 |
| 18 | 18.H-TBMEDIT/CK*AVS - PASS |
| 19 | 19.XXAUTH/03469J |
| 20 | 20.XXTACXTM11OCT/ |
| 21 | 21.H-/T$TBMEDIT/EMAIL SENT 1305/11OCT/TDS |
| 22 | 22.H-LPT CK*AVSIK7215/3204 170/2 |
| 23 | 23.H-LPT PASS - ADDRESS AND ZIP/POSTAL |
| 24 | 24.H-LPT VERIFIED C/H NAME AND ADRS W/CLR |

| PNR HISTORY | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Seq Nbr | Update Time | Received From | AAA Code | Agent Sine | TTY OFFICE | Airline or CRS Cd | Trans Seq Nbr | Code | History Data |
| 13 | 15OCT13 05:01 | WWW$GUEST | WWW | HDQ2EAU | | | 1 | A9 | WWW US361-205-7674-C |
| 12 | 12OCT13 18:15 | | ZWZ | HDQ7STN | | | 1 | A5H | H-LPT VERIFIED C/H NAME AND ADRS W/CLR |
| 11 | 12OCT13 18:14 | | ZWZ | HDQ7STN | | | 1 | A5H | H-LPT CK*AVSIK7215/3204 170/2 |
| 11 | | | | | | | 2 | A5H | H-LPT PASS - ADDRESS AND ZIP/POSTAL |
| 10 | 11OCT13 13:05 | TDSEMAILEDIT/1305/11OCT/TDS | XTM | XTM7SCN | | | 1 | A5H | H-/T$TBMEDIT/EMAIL SENT 1305/11OCT/TDS |
| 9 | 11OCT13 12:54 | EDITOR EDITOR E100213A CC WEB AVS | XTM | XTM7R1A | | | 1 | X5H | H-TBMEDIT/QJ08027594 EDITOR SESSION 4 |
| 9 | | | | | | | 2 | A5H | H-TBMEDIT/ALL PQS DELETED AND PLACED INTO HISTORY |
| 9 | | | | | | | 3 | A5H | H-TBMEDIT/TKT DRIVEN FOR 1052.57/1254/11OCT |

CONFIDENTIAL//For Offical Use Only
2:17cr390-009528

2

Record   ator: WFPEAT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **PNR HISTORY** | | | | | | | |
| 9 | | | | | 4 | A5H | H-TBMEDIT/CK*AVS - PASS |
| 9 | | | | | 5 | X7 | TACXTM11OCT/ |
| 9 | | | | | 6 | A7 | T-11OCT-XTM7R1A |
| 8 | 11OCT13 12:52 | TDSEDITOR/1252/11OCT/FDP | XTM | XTM7FDP | 1 | A5H | H-TBMEDIT/QJ08027594 EDITOR SESSION 4 |
| 7 | 11OCT13 12:36 | WWW$GUEST | WWW | HDQ2EAU | 1 | A9 | WWW US361-205-7674-C |
| 6 | 11OCT13 12:34 | WWW$2CEJ460 | WWW | HDQ2EAU | 1 | A4O | OSI PURCHASED ON AA.COM US 10/11/2013 IN US CURRENCY |
| 6 | | | | | 7 | AW | STEPHEN C LAPOINTE 3204 TOWER OAKS BLVD SUITE 170 |
| 6 | | | | | 8 | A5F | --TBM*IK558821XXXXXX7215\$03/16 |
| 6 | | | | | 9 | A5F | --STEPHEN C LAPOINTE |
| 6 | | | | | 10 | A5H | H-/T\$DOC\$VCR |
| 6 | | | | | 11 | A5H | H-/T\$DLV\$EMAIL\$SCL.GBT\$AGMAIL.COM |
| 6 | | | | | 12 | A5H | H-/T\$CCBC US |
| 6 | | | | | 13 | A5H | H-/T\$WWW EAU |
| 6 | | | | | 14 | A5H | H-/T\$3RD PARTY\$2-4 DAYS OUT |
| 6 | | | | | 15 | A5H | H-WWW/AUTH/CID IK7215 BANK VERIFIED CID |
| 6 | | | | | 16 | A5H | H-IPPADDR162.17.205.17\$ |
| 6 | | | | | 17 | A5H | H-TRANP 988BE596E32E64681FA77C2F44098B1B |
| 6 | | | | | 18 | X8 | TLCRPAA1240P/11OCT-FRI |
| 6 | | | | | 19 | A7 | TACXTM11OCT/ |
| 5 | 11OCT13 12:28 | ITKTS FULLFILLMENT | XTM | XTM7IGP | 1 | A4G | AA 2395P 17OCT2013 DFWCRP SS/NN 3E |
| 4 | 11OCT13 12:28 | ITKTS FULLFILLMENT | XTM | XTM7IGP | 1 | A4G | AA 1235P 17OCT2013 DSMDFW SS/NN 3E |
| 3 | 11OCT13 12:28 | ITKTS FULLFILLMENT | XTM | XTM7IGP | 1 | A4G | AA 3149W 15OCT2013 DFWDSM SS/NN 17B |
| 2 | 11OCT13 12:28 | ITKTS FULLFILLMENT | XTM | XTM7IGP | 1 | A4G | AA 1442P 15OCT2013 CRPDFW SS/NN 3E |
| 1 | 11OCT13 12:25 | SCC UPDATE | CRC | HDQ8PAY | 1 | A5H | H-PC/PSGR CLEARED FOR TRAVEL/CORPORATE SECURITY/01 |

| **SIGNATURE LINE** | | | | | | |
|---|---|---|---|---|---|---|
| Record Locator | AAA | Agent | Create Date | Create Time | Received From | Sabre Purge Date |
| WFPEAT | WWW | HDQEAU | 11OCT2013 | 12:25 | WWW$2CEJ460 | 17OCT2013 |

CONFIDENTIAL//For Offical Use Only

2:17cr390-009529

3

EXHIBIT 56

# Government Exhibit provided on Thumb-drive



## UNITED STATES OF AMERICA
### vs.
### David Keith Wills
### 2:17-CR-390

# EXHIBIT 56.1

1849590
09/17/2015



# SUBSCRIBER INFORMATION

| 991138311 | C/T |
|-----------|-----|

## Financially Liable Party

Name:        PEAT INDUSTRIES
Credit Address: 506 LAKEWOOD ST, ROCKPORT, TX        78382


Customer Since:  01/31/2003
Photo ID Type:                          Photo ID State:
Photo ID Number:
DOB:                                    SSN:

Contact Name:
Contact Home Phone:                     Contact Work Phone: (301) 250-8599
Contact Home Email: DKW.GBT@GMAIL.COM   Contact Work Email:

## Billing Party

Account Number:   991138311
Name:             PEAT INDUSTRIES
Billing Address:  506 LAKEWOOD ST, ROCKPORT, TX        78382

Account Status:   Closed                Billing Cycle:  21

## User Information

MSISDN:       (361) 205-7674            IMSI:    310410552197581
MSISDN Active: 03/08/2013 - 06/05/2014

Name:       DAVID WILLS
User Address:    210 OAK ST, ROCKPORT, TX        78382


Service Start Date:  01/31/2003    Dealer Info: NBIRC
Payment Type:      Postpaid
Contact Name:      DAVID WILLS
Contact Home Phone:                     Contact Work Phone:
Contact Home Email:                     Contact Work Email:

## Status Change History

| Status Change Reason: | Status Change Date: |
|-----------------------|---------------------|
| Billing | 06/05/2014 |
| NON PAY CACS-T SUSPEND | 12/04/2013 |
| Non Payment - Automatic | 12/04/2013 |
| Procedural | 03/08/2013 |
| Nulls or Spaces | 03/08/2013 |

GOVERNMENT
EXHIBIT
56.1
17cr390

LMJ                    AT&T PROPRIETARY                    Page   1

The information contained here is for use by authorized person only and
is not for general distribution.

1849590
09/17/2015

**PAYMENT INFORMATION**



991138311                          C/T                          (361) 205-7674

Bill Cycle: 21

| Transactions | | | | |
|---|---|---|---|---|
| Date | Amount | Type | Reversed Date | Reversed Reason |
| 10/31/2012 | $533.93 | REGULAR | | |
| 12/19/2012 | $506.84 | REGULAR | | |
| 01/18/2013 | $290.79 | REGULAR | | |
| 03/05/2013 | $535.56 | REGULAR | | |
| 04/14/2013 | $244.08 | REGULAR | | |
| 05/21/2013 | $246.16 | REGULAR | | |
| 07/07/2013 | $495.93 | REGULAR | | |
| 08/09/2013 | $246.04 | REGULAR | | |
| 09/18/2013 | $246.04 | REGULAR | | |
| 12/04/2013 | $746.76 | REGULAR | | |
| 01/18/2014 | $290.54 | REGULAR | | |
| 03/16/2014 | $500.18 | REGULAR | | |
| 04/04/2014 | $247.01 | REGULAR | | |
| 05/02/2014 | $246.81 | REGULAR | | |
| 06/04/2014 | $246.54 | REGULAR | | |

LMJ

AT&T Proprietary

The information contained here is for use by authorized person only and
is not for general distribution.

# EXHIBIT 57

# <u>Government Exhibit provided on Thumb-drive</u>



## UNITED STATES OF AMERICA
### vs.
### David Keith Wills
### 2:17-CR-390

# EXHIBIT 57.1



**Sprint**
Shawn Van Ross
Corporate Security, Subpoena Specialist
Mailstop KSOPHM0206
6480 Sprint Parkway
Overland Park, KS 66251
Phone: 913-315-3057    Fax: 816-600-3111
**Email: Shawn.2.Vanross@sprint.com**
Toll Free: 800-877-7330

05/29/2015

Samuel Lucio
Brownsville Police Department
600 E Jackson St
Brownsville, TX 78520

**Your Case Number: NOT SPECIFIED**
**Sprint Case Number: 2015-133011**

Dear Samuel Lucio,

Pursuant to the above-referenced case, I am enclosing the requested information for the specified time period associated with the following number(s).

Please use the contact information listed above for any questions or further inquiries regarding this request.

Sincerely,

Shawn Van Ross
Subpoena Compliance
Sprint Corporate Security
**Shawn.2.Vanross@sprint.com**
913-315-3057

Enclosures

*Notice:    If the records contained in the attached package are utilized in trial proceedings, and if you require a records custodian for authentication, be advised Sprint does not have local representatives.    Sprint's Trial Team is located at our Corporate Headquarters in Overland Park, Kansas.      You will need to contact the Trial Team at CSTrialTeam@Sprint.com or call our office at 800-877-7330.    Our office will require at least a two-week notice in addition to pre-paid travel arrangements by your office.

**Sprint L-Site**
Sprint has an interactive web tool for law enforcement known as L-Site. If you are unfamiliar with L-Site and wish to obtain further information, please send an email to:
L-Site@Sprint.com.

GOVERNMENT
EXHIBIT
57.1
17cr390

Page 1 of 7

Sprint Requested Information
Sprint Case #: 2015-133011
Reference Case #: NOT SPECIFIED

**Request Type:**      CDR w/Cell Site
Date Range:            07/01/2011 12:00:00 AM to 04/09/2015 11:59:59 PM
Subject Number:        9565432483

Comments:              Please see attached records found for the requested time period.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Request Type:**      Subscription Info (Basic)
Date Range:            07/01/2011 12:00:00 AM to 04/09/2015 11:59:59 PM
Subject Number:        9565432483

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* ACCOUNT DETAILS \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Billing Account Number (BAN): 426303815
Account Establish Date: 1/2/2006
Account Expiration (Cancel) Date: Active through Date Searched

Account Billing Address(es):
Effective: 9/15/2014
JORGE PEREZ
145 AVENIDA DE LA PLATA
BROWNSVILLE, TX 78521

Effective: 3/20/2014
JORGE PEREZ
2537 MAMIE DR
BROWNSVILLE, TX 78521

Effective: 1/2/2006
JORGE PEREZ
1708 MONCLOVA DR
BROWNSVILLE, TX 78521

Account Contact Numbers:
Phone: 9565543060        Active Date: 5/26/2015

Last Bill Date: 4/9/2015
Last Bill Amount: $13.82

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SUBSCRIBER DETAILS \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SubscriberID: 37796693021
Personal Telephone Number (PTN / MDN)
9565432483        Status Date: 2/18/2015 9:27:41 PM        Status: A

| Media Access Control Identifier (MAC_ID) | Effective | |
|---|---|---|
| CC7D371EC333 | 7/11/2013 | Status: C |
| 9021554A1FBC | 7/6/2013 | Status: C |
| 9021554A1FBC | 1/18/2011 | Status: C |

Page 2 of 7

Urban Fleet Mobile Identifier
(UFMI)                               Effective
NO DATA FOUND

Non iDEN Direct Connect / Push to Talk
                                     Effective
NO DATA FOUND

Internet Protocol Address
(IP)                                 Effective
NO DATA FOUND

Network Access Identifier
(NAI)
JORGEPEREZ298@SPRINTPCS.COM          1/18/2011 12:22:12 PM          Status: A

************EQUIPMENT*****************

International Mobile Subscriber Identity(s) (IMSI)
310120031309213       Status Date: 7/3/2014 12:00:00 AM       Status: A
310120003666670       Status Date: 8/29/2013 12:00:00 AM      Status: C
310120005095626       Status Date: 12/12/2012 12:00:00 AM     Status: C
310120005095626       Status Date: 12/2/2012 12:00:00 AM      Status: C

Universal Integrated Circuit Card(s) (UICC)
89011200000036666708        8/29/2013     Status: C
89011200000050956266        12/12/2012    Status: C
89011200000050956266        12/2/2012     Status: C

Mobile Station Identification Number(s) (MSID)
000002102053637             2/18/2015 9:27:41 PM       Status: A
000002102053637             2/18/2015 9:27:41 PM       Status: C
000002102053637             1/18/2011 12:22:12 PM      Status: A

Subscriber Identity Module(s) (SIM)
NO DATA FOUND

Electronic Serial Number (ESN/MSN)
256691515205666439    Effective: 7/3/2014    Expiration: Active through Date Searched
256691456606636352    Effective: 8/29/2013   Expiration: 7/3/2014      Status: C
268435460405491622    Effective: 7/11/2014   Expiration: 8/29/2013     Status: C
270113179910975562    Effective: 7/6/2013    Expiration: 7/11/2013     Status: C
256691457603416593    Effective: 12/12/2012 Expiration: 7/6/2013       Status: C
256691457603416593    Effective: 12/2/2012   Expiration: 12/8/2012     Status: C
270113179910975562    Effective: 1/18/2011   Expiration: 12/12/2012    Status: C

International Mobile Station Equipment Identity (IMEI)
NO DATA FOUND

************FEATURES*****************

Sprint Wi-Fi Calling          Effective: 2/22/2015    Expiration: Active through Date Searched
Wi-Fi Calling Provisionin   Effective: 2/22/2015    Expiration: Active through Date Searched
Wi-Fi Text Messages          Effective: 2/22/2015    Expiration: Active through Date Searched
4G Domestic Data Roaming      Effective: 1/29/2015    Expiration: Active through Date Searched
America - Roaming Include    Effective: 8/29/2013    Expiration: Active through Date Searched
Dom Roaming Packet Data K   Effective: 8/29/2013    Expiration: Active through Date Searched
Domestic Data Roaming         Effective: 8/29/2013    Expiration: Active through Date Searched
Long Distance While Roami   Effective: 8/29/2013    Expiration: Active through Date Searched
LTE Provisioning Feature    Effective: 8/29/2013    Expiration: Active through Date Searched
MMS Messaging                          Effective: 8/29/2013    Expiration: Active through Date Searched

Mobile TV                        Effective: 8/29/2013    Expiration: Active through Date Searched
SMS Text Messages                    Effective: 8/29/2013    Expiration: Active through Date Searched
Sprint 3G Data Services       Effective: 8/29/2013    Expiration: Active through Date Searched
Sprint 3G eHRPD Data              Effective: 8/29/2013    Expiration: Active through Date Searched
Sprint 4G Data Services       Effective: 8/29/2013    Expiration: Active through Date Searched
Video Mail                           Effective: 8/29/2013    Expiration: Active through Date Searched
Required Features with Pl    Effective: 8/29/2013    Expiration: Active through Date Searched
Shared Cell Minutes No Ti    Effective: 1/18/2011    Expiration: Active through Date Searched
Modified Nights and Weeke     Effective: 1/18/2011    Expiration: Active through Date Searched
Required Features with Pl    Effective: 1/18/2011    Expiration: Active through Date Searched
Domestic LD Rate                 Effective: 1/18/2011    Expiration: Active through Date Searched
Enhanced VoiceMail                 Effective: 1/18/2011    Expiration: Active through Date Searched
Any Mobile Anytime                 Effective: 1/18/2011    Expiration: Active through Date Searched
Anytime Minutes                    Effective: 1/18/2011    Expiration: Active through Date Searched
Call Detail                      Effective: 1/18/2011    Expiration: Active through Date Searched
Caller ID                            Effective: 1/18/2011    Expiration: Active through Date Searched
Cellular Minutes                 Effective: 1/18/2011    Expiration: Active through Date Searched
=====================================

**************** ACCOUNT DETAILS ********************

Billing Account Number (BAN): 657712057
Account Establish Date: 10/8/2004
Account Expiration (Cancel) Date: 11/7/2014

Account Billing Address(es):
Effective: 10/8/2004
MARIA LOSOYA
3702 SAN JACINTO DR
BROWNSVILLE, TX 78521

Account Contact Numbers:
Phone: 9565411646            Active Date: 11/7/2014

Last Bill Date: 12/1/2014
Last Bill Amount: $8.02

**************** SUBSCRIBER DETAILS ********************

SubscriberID: 84334030011
Personal Telephone Number (PTN / MDN)
9565432483        Status Date: 11/7/2014 4:01:00 PM          Status: C
9565432483        Status Date: 10/2/2014 11:17:15 AM         Status: A
9565432483        Status Date: 9/23/2014 12:24:28 PM         Status: S
9565432483        Status Date: 9/5/2014 5:02:55 PM           Status: A
9565432483        Status Date: 9/2/2014 3:32:50 PM           Status: S
9565432483        Status Date: 8/31/2014 3:12:28 PM          Status: A
9565432483        Status Date: 8/7/2014 11:37:48 AM          Status: S
9565432483        Status Date: 7/14/2014 11:42:19 AM         Status: A
9565432483        Status Date: 7/14/2014 10:32:58 AM         Status: C
9565432483        Status Date: 8/27/2013 1:16:31 PM          Status: A
9565432483        Status Date: 8/27/2013 12:43:13 PM         Status: S
9565432483        Status Date: 11/3/2011 7:59:56 PM          Status: A
9565432483        Status Date: 11/3/2011 12:52:19 PM         Status: S
9565432483        Status Date: 10/7/2011 12:56:36 PM         Status: A
9565432483        Status Date: 10/7/2011 6:39:10 AM          Status: S
9565432483        Status Date: 3/29/2010 4:10:47 PM          Status: A

Media Access Control Identifier
(MAC_ID)                          Effective

8C71F852B4FB                          5/31/2011      Status: C

Urban Fleet Mobile Identifier
(UFMI)                                Effective
NO DATA FOUND

Non iDEN Direct Connect / Push to Talk
                                      Effective
NO DATA FOUND

Internet Protocol Address
(IP)                                  Effective
NO DATA FOUND

Network Access Identifier
(NAI)
MLOSOYA25@SPRINTPCS.COM               11/7/2014 4:01:00 PM      Status: C
MLOSOYA25@SPRINTPCS.COM               10/2/2014 11:17:15 AM     Status: A
MLOSOYA25@SPRINTPCS.COM               9/23/2014 12:24:28 PM     Status: S
MLOSOYA25@SPRINTPCS.COM               9/5/2014 5:02:55 PM       Status: A
MLOSOYA25@SPRINTPCS.COM               9/2/2014 3:32:50 PM       Status: S
MLOSOYA25@SPRINTPCS.COM               8/31/2014 3:12:28 PM      Status: A
MLOSOYA25@SPRINTPCS.COM               8/7/2014 11:37:48 AM      Status: S
MLOSOYA25@SPRINTPCS.COM               7/14/2014 11:42:19 AM     Status: A
MLOSOYA25@SPRINTPCS.COM               7/14/2014 10:32:58 AM     Status: C
MLOSOYA25@SPRINTPCS.COM               8/27/2013 1:16:31 PM      Status: A
MLOSOYA25@SPRINTPCS.COM               8/27/2013 12:43:13 PM     Status: S
MLOSOYA25@SPRINTPCS.COM               11/3/2011 7:59:56 PM      Status: A
MLOSOYA25@SPRINTPCS.COM               11/3/2011 12:52:19 PM     Status: S
MLOSOYA25@SPRINTPCS.COM               10/7/2011 12:56:36 PM     Status: A
MLOSOYA25@SPRINTPCS.COM               10/7/2011 6:39:10 AM      Status: S
MLOSOYA25@SPRINTPCS.COM               3/29/2010 4:10:47 PM      Status: A

************EQUIPMENT*****************

International Mobile Subscriber Identity(s) (IMSI)
310120021851350         Status Date: 8/31/2014 12:00:00 AM      Status: C
310120017869303         Status Date: 7/14/2014 12:00:00 AM      Status: C
310120017869303         Status Date: 11/19/2013 12:00:00 AM     Status: C
310120021851350         Status Date: 11/19/2013 12:00:00 AM     Status: C

Universal Integrated Circuit Card(s) (UICC)
89011200000178693031          7/14/2014     Status: C
89011200000178693031          11/19/2013    Status: C

Mobile Station Identification Number(s) (MSID)
000009564593104               11/7/2014 4:01:00 PM       Status: C
000009564593104               10/2/2014 11:17:15 AM      Status: A
000009564593104               9/23/2014 12:24:28 PM      Status: S
000009564593104               9/5/2014 5:02:55 PM        Status: A
000009564593104               9/2/2014 3:32:50 PM        Status: S
000009564593104               8/31/2014 3:12:28 PM       Status: A
000009564593104               8/7/2014 11:37:48 AM       Status: S
000009564593104               7/14/2014 11:42:19 AM      Status: A
000009564593104               7/14/2014 10:32:58 AM      Status: C
000009564593104               8/27/2013 1:16:31 PM       Status: A
000009564593104               8/27/2013 12:43:13 PM      Status: S
000009564593104               11/3/2011 7:59:56 PM       Status: A
000009564593104               11/3/2011 12:52:19 PM      Status: S
000009564593104               10/7/2011 12:56:36 PM      Status: A
000009564593104               10/7/2011 6:39:10 AM       Status: S
000009564593104               3/29/2010 4:10:47 PM       Status: A

Subscriber Identity Module(s) (SIM)
NO DATA FOUND

Electronic Serial Number (ESN/MSN)
256691489809921904    Effective: 8/31/2014    Expiration: 11/7/2014    Status: C
256691487001205856    Effective: 7/14/2014    Expiration: 8/31/2014    Status: C
256691487001205856    Effective: 11/19/2013 Expiration: 7/14/2014    Status: C
256691489809921904    Effective: 11/19/2013 Expiration: 11/19/2013    Status: C
268435460115407273    Effective: 5/31/2011    Expiration: 11/19/2013    Status: C

International Mobile Station Equipment Identity (IMEI)
NO DATA FOUND

\*\*\*\*\*\*\*\*\*\*\*\*FEATURES\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| Feature | Effective | Expiration |
|---|---|---|
| America - Roaming Include | Effective: 10/28/2014 | Expiration: 11/7/2014 |
| Anytime Minutes | Effective: 10/28/2014 | Expiration: 11/7/2014 |
| Call Forwarding | Effective: 10/28/2014 | Expiration: 11/7/2014 |
| Caller ID | Effective: 10/28/2014 | Expiration: 11/7/2014 |
| Domestic Data Roaming | Effective: 10/28/2014 | Expiration: 11/7/2014 |
| Domestic LD Rate | Effective: 10/28/2014 | Expiration: 11/7/2014 |
| Enhanced VoiceMail | Effective: 10/28/2014 | Expiration: 11/7/2014 |
| Long Distance While Roami | Effective: 10/28/2014 | Expiration: 11/7/2014 |
| LTE Provisioning Feature | Effective: 10/28/2014 | Expiration: 11/7/2014 |
| MMS Messaging | Effective: 10/28/2014 | Expiration: 11/7/2014 |
| Mobile TV | Effective: 10/28/2014 | Expiration: 11/7/2014 |
| Monthly Plan Charge | Effective: 10/28/2014 | Expiration: 11/7/2014 |
| Required Features with Pl | Effective: 10/28/2014 | Expiration: 11/7/2014 |
| SMS Text Messages | Effective: 10/28/2014 | Expiration: 11/7/2014 |
| Sprint 3G Data Services | Effective: 10/28/2014 | Expiration: 11/7/2014 |
| Sprint 3G eHRPD Data | Effective: 10/28/2014 | Expiration: 11/7/2014 |
| Sprint 4G Data Services | Effective: 10/28/2014 | Expiration: 11/7/2014 |
| Video Mail | Effective: 10/28/2014 | Expiration: 11/7/2014 |
| Packet Data Restriction | Effective: 8/5/2014 | Expiration: 8/31/2014 |
| Hot Line | Effective: 8/5/2014 | Expiration: 8/31/2014 |
| Domestic LD Rate | Effective: 7/14/2014 | Expiration: 10/28/2014 |
| Enhanced VoiceMail | Effective: 7/14/2014 | Expiration: 10/28/2014 |
| Long Distance While Roami | Effective: 7/14/2014 | Expiration: 10/28/2014 |
| Dom Roaming Packet Data K | Effective: 7/14/2014 | Expiration: 10/28/2014 |
| Caller ID | Effective: 7/14/2014 | Expiration: 10/28/2014 |
| Domestic Data Roaming | Effective: 7/14/2014 | Expiration: 10/28/2014 |
| Cellular Minutes | Effective: 7/14/2014 | Expiration: 10/28/2014 |
| Anytime Minutes | Effective: 7/14/2014 | Expiration: 10/28/2014 |
| Call Detail | Effective: 7/14/2014 | Expiration: 10/28/2014 |
| Any Mobile Anytime | Effective: 7/14/2014 | Expiration: 10/28/2014 |
| America - Roaming Include | Effective: 7/14/2014 | Expiration: 10/28/2014 |
| Mobile TV | Effective: 7/14/2014 | Expiration: 10/28/2014 |
| Modified Nights and Weeke | Effective: 7/14/2014 | Expiration: 10/28/2014 |
| Required Features with Pl | Effective: 7/14/2014 | Expiration: 10/28/2014 |
| LTE Provisioning Feature | Effective: 7/14/2014 | Expiration: 10/28/2014 |
| MMS Messaging | Effective: 7/14/2014 | Expiration: 10/28/2014 |
| Video Mail | Effective: 7/14/2014 | Expiration: 10/28/2014 |
| Sprint 3G eHRPD Data | Effective: 7/14/2014 | Expiration: 10/28/2014 |
| Sprint 4G Data Services | Effective: 7/14/2014 | Expiration: 10/28/2014 |
| SMS Text Messages | Effective: 7/14/2014 | Expiration: 10/28/2014 |
| Sprint 3G Data Services | Effective: 7/14/2014 | Expiration: 10/28/2014 |
| Shared Cell Minutes No Ti | Effective: 7/14/2014 | Expiration: 10/28/2014 |
| SMS Text Messages | Effective: 11/19/2013 | Expiration: 7/14/2014 |
| Sprint 3G Data Services | Effective: 11/19/2013 | Expiration: 7/14/2014 |
| Sprint 3G eHRPD Data | Effective: 11/19/2013 | Expiration: 7/14/2014 |
| Sprint 4G Data Services | Effective: 11/19/2013 | Expiration: 7/14/2014 |

```
Total Equip Protection Pr    Effective: 11/19/2013 Expiration: 6/15/2014
Video Mail                      Effective: 11/19/2013 Expiration: 7/14/2014
MMS Messaging                        Effective: 11/19/2013 Expiration: 7/14/2014
Mobile TV                          Effective: 11/19/2013 Expiration: 7/14/2014
Required Features with Pl    Effective: 11/19/2013 Expiration: 7/14/2014
America - Roaming Include     Effective: 11/19/2013 Expiration: 7/14/2014
Dom Roaming Packet Data K      Effective: 11/19/2013 Expiration: 7/14/2014
Domestic Data Roaming            Effective: 11/19/2013 Expiration: 7/14/2014
Long Distance While Roami    Effective: 11/19/2013 Expiration: 7/14/2014
LTE Provisioning Feature     Effective: 11/19/2013 Expiration: 7/14/2014
Enhanced VoiceMail              Effective: 7/31/2013    Expiration: 7/14/2014
Domestic LD Rate             Effective: 7/31/2013    Expiration: 7/14/2014
Cellular Minutes               Effective: 7/31/2013    Expiration: 7/14/2014
Caller ID                      Effective: 7/31/2013    Expiration: 7/14/2014
Any Mobile Anytime             Effective: 7/31/2013    Expiration: 7/14/2014
Anytime Minutes                 Effective: 7/31/2013    Expiration: 7/14/2014
Call Detail                  Effective: 7/31/2013    Expiration: 7/14/2014
Shared Cell Minutes No Ti    Effective: 7/31/2013    Expiration: 7/14/2014
Required Features with Pl    Effective: 7/31/2013    Expiration: 7/14/2014
Modified Nights and Weeke     Effective: 7/31/2013    Expiration: 7/14/2014
International Calling         Effective: 8/21/2010    Expiration: 7/14/2014
=======================================
```

**************************************************************

EXHIBIT 58

# Government Exhibit provided on Thumb-drive



## UNITED STATES OF AMERICA
### vs.
### David Keith Wills
### 2:17-CR-390

# EXHIBIT 58.1

| Searched-Value | Account Number | Last Name | First Name | Middle Na | Business N | Addr Line1 | Addr Line2 | Addr Line3 | City | State | Zip Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023848493 | 1033415179 | AVATAR | AVATAR | | | 1002 KENNON CT | | | ROCKVILLE | MD | 20851 |

GOVERNMENT
EXHIBIT
58.1
17cr390

| Contact La | Contact Fir | Contact M | Phone No.1 | Phone Typ | Phone No.2 | Phone Typ | Addr Line1 | Addr Line2 | Addr Line3 | City | State | Zip Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 3618578300 | Day Phone | 3618578300 | W | | | | | | |

| Country | mtn | MTN Effec | Disconnect | Type |
|---------|-----|-----------|------------|------|
| | 2023848493 | 6/5/2014 | | Prepay |

# EXHIBIT 59

Customer Purchase History                                    Page 1 of 1

```
        WELCOME TO BEST BUY #235
        CORPUS CHRISTI, TX 78412
            (361)857-8300

        Keep your receipt!
```



```
Val #:000080-559291-611412-783269-891503-645

0235 071 6885 06/05/14   11:34 00136706

            Duplicate Receipt
            ******************


9263076   U365                   9.99
  VZW SAMSUNG GUSTO 2
  SERIAL # *************03CB
  ITEM TAX 0.82
1243373   Prepaid 911            0.20 N
          Service Fee
7011912   $15 AIRCARD           15.00
  TOP UP VERIZON $15 CARD
  SERIAL # ********************3697
  ITEM TAX 1.24
1243373   Prepaid 911            0.30 N
          Service Fee
8960322   VZP M2M 0 3            0.00 N
  VZP M2M $0-$34.99 PLUS $50
                            ----------
                SUBTOTAL        24.99
         SALES TAX AMOUNT        2.06
    Prepaid 911 Service Fee      0.50
                            ==========
                   TOTAL        27.55

Associate # 136706

                   CASH         40.00
            CHANGE CASH         12.45




HARDWARE
You purchased the following:
VZW SAMSUNG GUSTO 2
ESN/MEID:: A00000443903CB

SERVICE AND SERVICE
OPTIONS
VZP M2M $0-$34.99 PLUS $50


  15-day return policy on eligible items.

  Except where prohibited, a valid receipt
  and ID is required for all returns. ID info
```



GOVERNMENT
EXHIBIT
59
17cr390

2:17cr390-010260

# EXHIBIT 60A

# Government Exhibit provided on Thumb-drive



## UNITED STATES OF AMERICA
### vs.
### David Keith Wills
### 2:17-CR-390

# EXHIBIT 60.1

| Searched-Value | Account Numb | Last Name | First Name | Middle Na | Business N | Addr Line1 | Addr Line2 | Addr Line3 | City | State | Zip Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023081244 | 523202671-1 | DAVIS | ALEXIS | | | 3425 5TH ST SE APT 11 | | | WASHINGT | DC | 20032 |
| 2023081244 | 423584845-1 | PHONEINTHEB | OAS | | | 30 INDEPENDENCE BLVD. | | | WARREN | NJ | 7059 |
| 2023081244 | 723946203-1 | PHONEINTHEB | OAS | | | 30 INDEPENDENCE BLVD. | | | WARREN | NJ | 7059 |
| 2023081244 | 987820900-1 | PHONEINTHEB | OAS | | | 30 INDEPENDENCE BLVD | | | WARREN | NJ | 7059 |
| 2023081244 | 424422058-1 | WILLS | DAVID | K | | 2207 CAPE MCCAN ST | | | ROCKPORT | TX | 783823612 |

GOVERNMENT
EXHIBIT
60.1
17cr390

| Contact La | Contact Fir | Contact M | Phone No.1 | Phone Typ | Phone No.2 | Phone Typ | Addr Line1 | Addr Line2 | Addr Line3 | City | State |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | 2029034222 | H |  | W |  |  |  |  |  |
|  |  |  | 9086078422 | H |  | W |  |  |  |  |  |
|  |  |  | 9086078422 | H |  | W |  |  |  |  |  |
|  |  |  | 2023081244 | H | 2187705057 | W |  |  |  |  |  |
| WILLS | DAVID | K | 3019902226 | H | 3019902226 | W | 2207 CAPE MCCAN ST |  |  | ROCKPORT | TX |

| Zip Code | Country | mtn | MTN Effectiv | Disconnect D | Type |
|---|---|---|---|---|---|
| | | 2023081244 | 11/2/2011 | 5/6/2012 | Prepay |
| | | 2023081244 | 6/27/2012 | 12/26/2012 | Prepay |
| | | 2023081244 | 2/15/2013 | 7/17/2013 | Prepay |
| | | 2023081244 | 9/6/2013 | 4/6/2014 | Prepay |
| 783823612 | USA | 2023081244 | 6/5/2014 | | Postpay |

# EXHIBIT 60.3

# Content Results for MDN 2023081244
---------------Text Message for date/time - 2015-04-09T21:58:03.000Z---------------
Message Subject:
Source Address: 2023081244
Destinations: [2023081858]
Message Contents
Yes, but making money is not hard, keeping me out of you know where and functioning is huge.


---------------Text Message for date/time - 2015-04-09T23:49:12.000Z---------------
Message Subject:
Source Address: 2023081244
Destinations: [2023081858]
Message Contents
Excellent.  That's what I need to hear.


---------------Text Message for date/time - 2015-04-09T21:51:03.000Z---------------
Message Subject:
Source Address: 2023081244
Destinations: [2023081858]
Message Contents
My nerves are shot, so I am breaking my rule and having a drink tonight, one day early. You have no idea how much you helped when you promise I will get through this. For some reason I trust your instincts. Thanks.


---------------Text Message for date/time - 2015-04-09T23:37:12.000Z---------------
Message Subject:
Source Address: 2023081858
Destinations: [2023081244]
Message Contents
To the end my friend

GOVERNMENT
EXHIBIT
60.3
17cr390

---------------Text Message for date/time - 2015-04-09T22:11:51.000Z---------------
Message Subject:
Source Address: 2023081858
Destinations: [2023081244]
Message Contents
Im talking about trust and friendship.

---------------Text Message for date/time - 2015-04-09T23:34:36.000Z---------------
Message Subject:
Source Address: 2023081858
Destinations: [2023081244]
Message Contents
And u wont

---------------Text Message for date/time - 2015-04-09T23:40:01.000Z---------------
Message Subject:
Source Address: 2023081244
Destinations: [2023081858]
Message Contents
I know. Let's just make sure this is not the end.

---------------Text Message for date/time - 2015-04-09T21:46:20.000Z---------------
Message Subject:
Source Address: 2023081858
Destinations: [2023081244]
Message Contents
Great was that Broins

---------------Text Message for date/time - 2015-04-09T21:48:59.000Z---------------
Message Subject:
Source Address: 2023081244
Destinations: [2023081858]
Message Contents
3 million from Broin. 1 million from others.

---------------Text Message for date/time - 2015-04-09T21:45:17.000Z---------------
Message Subject:
Source Address: 2023081244
Destinations: [2023081858]
Message Contents

Nice presentation. Talked to Stephen sounds like the group left very impressed. I am so pissed that my personal crisis is destroying my ability to enjoy our business success. Ross wired 4 million to GBT todsy, for 6.9 total. Only 3.1 to go and they have firm commitments for almost all the rest.

---------------Text Message for date/time - 2015-04-09T23:35:43.000Z---------------
Message Subject:
Source Address: 2023081244
Destinations: [2023081858]
Message Contents
Keep telling me, for the first time in my life I do not feel alone. Thanks.

---------------Text Message for date/time - 2015-04-09T22:30:33.000Z---------------
Message Subject:
Source Address: 2023081858
Destinations: [2023081244]
Message Contents
I believe u

---------------Text Message for date/time - 2015-04-09T22:52:14.000Z---------------
Message Subject:
Source Address: 2023081244
Destinations: [2023081858]
Message Contents
I mean it. I am just praying it does not come to that.

---------------Text Message for date/time - 2015-04-09T23:41:50.000Z---------------
Message Subject:
Source Address: 2023081858
Destinations: [2023081244]
Message Contents
No butt head. The end 30 years from now.

---------------Text Message for date/time - 2015-04-09T22:16:05.000Z---------------
Message Subject:
Source Address: 2023081244
Destinations: [2023081858]
Message Contents
I am counting on you and Paul to make sure I get through this without confinement. I would rather die and that is not hyperbole.



---------------Text Message for date/time - 2015-04-09T21:53:00.000Z---------------
Message Subject:
Source Address: 2023081858
Destinations: [2023081244]
Message Contents
Hey i ve trusted you for 20 years. Why not

---------------Text Message for date/time - 2015-04-09T22:56:36.000Z---------------
Message Subject:
Source Address: 2023081244
Destinations: [2023081858]

Message Contents
That's what I am clinging to. I have you and Paul this time. And freinds and some money. I do not intend to be a victim.



----------------Text Message for date/time - 2015-04-09T22:53:25.000Z----------------
Message Subject:
Source Address: 2023081858
Destinations: [2023081244]
Message Contents
It wont

----------------Text Message for date/time - 2015-04-09T19:56:24.000Z----------------
Message Subject:
Source Address: 2023081858
Destinations: [2023081244]
Message Contents



--------------Text Message for date/time - 2015-04-09T16:41:50.000Z---------------
Message Subject:
Source Address: 2023081858
Destinations: [2023081244]
Message Contents
I believe that.  Topic change.  Tomorrow Stephen and i meet with Dennis Cooper for the cookoff.
Im thinking at Stephen' place or Sp Woods.  He is a one man operation working seafood since
1970s. Apparently Eduardo knows him. Any thoughts re: setting up some relationship with SSPI.
JASON said he just bought and sold 10k pounds of snapper.



---------------Text Message for date/time - 2015-04-09T16:30:06.000Z---------------
Message Subject:
Source Address: 2023081244
Destinations: [2023081858]
Message Contents
I am going to have to dig deep and find the fortitude to fight one more slanderous attack. Maybe you are correct, maybe this is the last shit the devil has to throw at me.

---------------Text Message for date/time - 2015-04-09T16:21:48.000Z---------------
Message Subject:
Source Address: 2023081858
Destinations: [2023081244]
Message Contents
Time to open the door and leave the dark

---------------Text Message for date/time - 2015-04-09T16:19:37.000Z---------------
Message Subject:
Source Address: 2023081244
Destinations: [2023081858]
Message Contents
If that is my future I will be estatic. My dark and emotionally upset mind sees nothing but terrible.

---------------Text Message for date/time - 2015-04-09T16:18:26.000Z---------------
Message Subject:
Source Address: 2023081858
Destinations: [2023081244]
Message Contents
Sorry you are condemned to a long life with us

---------------Text Message for date/time - 2015-04-09T16:16:19.000Z---------------
Message Subject:
Source Address: 2023081244
Destinations: [2023081858]
Message Contents
If my life wasn't about to end I would be smiling. congrats to Eduardo.

---------------Text Message for date/time - 2015-04-09T16:14:45.000Z---------------
Message Subject:
Source Address: 2023081858
Destinations: [2023081244]
Message Contents
Looks like Margaret is on board.



---------------Text Message for date/time - 2015-04-09T02:38:56.000Z---------------
Message Subject:
Source Address: 2023081244
Destinations: [2023081858]
Message Contents
Tru dat.

---------------Text Message for date/time - 2015-04-09T02:38:39.000Z---------------
Message Subject:
Source Address: 2023081858
Destinations: [2023081244]
Message Contents
No. Thst is just your insecurity

---------------Text Message for date/time - 2015-04-09T02:38:10.000Z---------------
Message Subject:
Source Address: 2023081244
Destinations: [2023081858]
Message Contents
Yes. You are more worried about Arnold than me.

---------------Text Message for date/time - 2015-04-09T02:37:29.000Z---------------
Message Subject:
Source Address: 2023081858
Destinations: [2023081244]
Message Contents
I am not going anywhere. Didbyou cover the palm

---------------Text Message for date/time - 2015-04-09T02:36:52.000Z---------------
Message Subject:
Source Address: 2023081244
Destinations: [2023081858]
Message Contents
Just stay with me. I need you more than ever.

---------------Text Message for date/time - 2015-04-09T02:36:00.000Z---------------
Message Subject:
Source Address: 2023081858
Destinations: [2023081244]
Message Contents

In her mind. Or if it is another shakedown attempt it was to hook u

---------------Text Message for date/time - 2015-04-09T02:35:00.000Z---------------
Message Subject:
Source Address: 2023081244
Destinations: [2023081858]
Message Contents
I doubt it. She sounded terrified herself.

---------------Text Message for date/time - 2015-04-09T02:34:27.000Z---------------
Message Subject:
Source Address: 2023081858
Destinations: [2023081244]
Message Contents
Again you are making it real in your mind. She made it up.

---------------Text Message for date/time - 2015-04-09T02:33:11.000Z---------------
Message Subject:
Source Address: 2023081244
Destinations: [2023081858]
Message Contents
I am scared that just means it had not registered yet.

---------------Text Message for date/time - 2015-04-09T02:32:25.000Z---------------
Message Subject:
Source Address: 2023081858
Destinations: [2023081244]
Message Contents
And a police detective said you were not

---------------Text Message for date/time - 2015-04-09T02:31:46.000Z---------------
Message Subject:
Source Address: 2023081244
Destinations: [2023081858]
Message Contents
I know but it is a little more than my imagination, the call said I have been reported to the police.

---------------Text Message for date/time - 2015-04-09T02:30:52.000Z---------------
Message Subject:
Source Address: 2023081858
Destinations: [2023081244]
Message Contents
Natural but you are building into worse case with nothing but your imagination

---------------Text Message for date/time - 2015-04-09T02:29:02.000Z---------------
Message Subject:
Source Address: 2023081244

Destinations: [2023081858]
Message Contents
I want to but John I am really spooked by this one.

---------------Text Message for date/time - 2015-04-09T02:28:08.000Z---------------
Message Subject:
Source Address: 2023081858
Destinations: [2023081244]
Message Contents
Just normal. You think wayvtoo much. Learn to put in neutral and veg

---------------Text Message for date/time - 2015-04-09T01:22:41.000Z---------------
Message Subject:
Source Address: 2023081244
Destinations: [2023081858]
Message Contents
I am not doubting you, I am doubting me.

---------------Text Message for date/time - 2015-04-09T01:21:38.000Z---------------
Message Subject:
Source Address: 2023081858
Destinations: [2023081244]
Message Contents
I cannot believe you asked that question. Im in this to the ultimate end

---------------Text Message for date/time - 2015-04-09T01:20:04.000Z---------------
Message Subject:
Source Address: 2023081244
Destinations: [2023081858]
Message Contents
Thanks. Just promise you will hang in with me on this one.

---------------Text Message for date/time - 2015-04-09T01:16:48.000Z---------------
Message Subject:
Source Address: 2023081858
Destinations: [2023081244]
Message Contents
Never answer her call again. You are emotionally vulnerable. Exercise is rebuilding but not
enough yet

---------------Text Message for date/time - 2015-04-09T01:15:31.000Z---------------
Message Subject:
Source Address: 2023081244
Destinations: [2023081858]
Message Contents
Not sure why but I am terrified of this one. Maybe just beat down.

---------------Text Message for date/time - 2015-04-09T01:14:50.000Z---------------
Message Subject:
Source Address: 2023081858
Destinations: [2023081244]
Message Contents
Just call her a dumb 

----------------Text Message for date/time - 2015-04-09T01:13:59.000Z----------------
Message Subject:
Source Address: 2023081244
Destinations: [2023081858]
Message Contents
Please stay with me on this one. I am beaten down from 4 years of cancer and losing Lori. I need help fighting this one.

----------------Text Message for date/time - 2015-04-09T01:03:36.000Z----------------
Message Subject:
Source Address: 2023081858
Destinations: [2023081244]
Message Contents
It wont cause it doesnt exist

----------------Text Message for date/time - 2015-04-09T01:02:39.000Z----------------
Message Subject:
Source Address: 2023081244
Destinations: [2023081858]
Message Contents
Excellent meetings. They are determined to bring TCI on line. I could just barely hang on terrified this new set of allegations would destroy everything I have worked for.



---------------Text Message for date/time - 2015-04-09T00:36:41.000Z---------------
Message Subject:
Source Address: 2023081858
Destinations: [2023081244]
Message Contents
Better day tomorrow. What went on with Peter and imatez

---------------Text Message for date/time - 2015-04-09T00:34:50.000Z---------------
Message Subject:
Source Address: 2023081244
Destinations: [2023081858]
Message Contents
All I know is this has been an epic bad day for me.

---------------Text Message for date/time - 2015-04-09T00:32:50.000Z---------------
Message Subject:
Source Address: 2023081858
Destinations: [2023081244]
Message Contents
Where better develope a twisted sense of reality. Or maybe the wierdness is all in her mind

----------------Text Message for date/time - 2015-04-09T00:29:16.000Z----------------
Message Subject:
Source Address: 2023081244
Destinations: [2023081858]
Message Contents
I pray you are right but I doubt it. I think the whole family is screwed up.

----------------Text Message for date/time - 2015-04-09T00:17:50.000Z----------------
Message Subject:
Source Address: 2023081858
Destinations: [2023081244]
Message Contents
Im pretty sure she is just living in a sick fantasy land.

----------------Text Message for date/time - 2015-04-09T00:16:31.000Z----------------
Message Subject:
Source Address: 2023081244
Destinations: [2023081858]
Message Contents
I am counting on you being correct. Sorry to hear about Eduardo's loss.

----------------Text Message for date/time - 2015-04-09T00:04:09.000Z----------------
Message Subject:
Source Address: 2023081858
Destinations: [2023081244]

Message Contents
I am. On a more important note.  When you get back we have to have a memorial service for eduardo's right nut.  It died of strangulation. Twisted artery killed it.

---------------Text Message for date/time - 2015-04-08T23:47:23.000Z---------------
Message Subject:
Source Address: 2023081244
Destinations: [2023081858]
Message Contents
I hope you are correct

---------------Text Message for date/time - 2015-04-08T23:16:58.000Z---------------
Message Subject:
Source Address: 2023081858
Destinations: [2023081244]
Message Contents
Cover Arnold its 47 up there. Medsage from Mary

---------------Text Message for date/time - 2015-04-08T23:12:07.000Z---------------
Message Subject:
Source Address: 2023081858
Destinations: [2023081244]
Message Contents
Stop it. I think the mom is delusional

---------------Text Message for date/time - 2015-04-08T23:10:57.000Z---------------
Message Subject:
Source Address: 2023081244
Destinations: [2023081858]
Message Contents
My oversize brain is screamig " danger, danger, Will Robinson". I am sick to my stomach and want to scream

---------------Text Message for date/time - 2015-04-08T22:58:42.000Z---------------
Message Subject:
Source Address: 2023081858
Destinations: [2023081244]
Message Contents
Okay. There is no police report. Your oversize brain is kicking your ass. Think not negative thoughts.

---------------Text Message for date/time - 2015-04-08T22:54:58.000Z---------------
Message Subject:
Source Address: 2023081244
Destinations: [2023081858]
Message Contents
Ok, my nerves are shot. Just finished dinner with Koji and family, heading to Harris,Teeter then

home. What a messed up day.





---------------Text Message for date/time - 2015-04-08T19:05:15.000Z---------------
Message Subject:
Source Address: 2023081244
Destinations: [2023081858]
Message Contents
Koji just texted they are in the car with Issac heading to QM. What a day. I am totally sick to my stomach. Any positive advice. I need support, feeling pretty isolated.

---------------Text Message for date/time - 2015-04-08T20:29:45.000Z---------------
Message Subject:
Source Address: 2023081858
Destinations: [2023081244]
Message Contents
Read my memo



---------------Text Message for date/time - 2015-04-08T15:37:08.000Z---------------
Message Subject:
Source Address: 2023081858
Destinations: [2023081244]
Message Contents
Paul said u are not in trouble. She is for child pornography. He awaits ur call after meeting

# EXHIBIT 60.4



---------------Text Message for date/time - 2015-04-09T01:26:02.000Z---------------
Message Subject:
Source Address: 3302246197



GOVERNMENT
EXHIBIT
60.4
17cr390

Destinations: [2023081244]
Message Contents
Kids are good.  John picked up the computer.  Office cleaned. All in all a good day.



# EXHIBIT 61

# <u>Government Exhibit provided</u>
# <u>on Thumb-drive</u>



**UNITED STATES OF AMERICA**

**vs.**

**David Keith Wills**

**2:17-CR-390**

# EXHIBIT 61.1

1750532
04/20/2015



## SUBSCRIBER INFORMATION

| 346004014144 | C/T |
|---|---|

### Financially Liable Party

Name:        CANDY LOSOYA
Credit Address: 3702 SAN JACINTO DR, BROWNSVILLE, TX 78521

Customer Since:  07/14/2014
Photo ID Type:                    Photo ID State:
Photo ID Number:
DOB:                              SSN:

Contact Name:
Contact Home Phone: (956) 541-7552      Contact Work Phone: (111) 111-0002
Contact Home Email: NOEMAIL@ATT.COM     Contact Work Email:

### Billing Party

Account Number:   346004014144
Name:             CANDY LOSOYA
Billing Address:  3702 SAN JACINTO DR, BROWNSVILLE, TX 78521

Account Status:   Cancelled              Billing Cycle:  1

### User Information

MSISDN:        (956) 408-9429          IMSI:
MSISDN Active: 07/14/2014 - 04/15/2015

Name:        CANDY LOSOYA
User Address:    3702 SAN JACINTO DR, BROWNSVILLE, TX 78521

Service Start Date:  07/14/2014    Dealer Info:
Payment Type:        Postpaid
Contact Name:
Contact Home Phone:                   Contact Work Phone:
Contact Home Email: NOEMAIL@ATT.COM    Contact Work Email:

### Status Change History

Status Change Reason:                          Status Change Date:

Contact Acceptance Required                     07/14/2014
CTN Activation                                  07/14/2014
Contract Accepted                               07/14/2014



GOVERNMENT
EXHIBIT
61.1
17cr390

AB                                                              Page    1

AT&T PROPRIETARY

The information contained here is for use by authorized person only and
is not for general distribution.

1750532
04/20/2015

 at&t

## FEATURES

| 346004014144 | C/T | (956) 408-9429 |
|---|---|---|

| FEATURE | START DATE | END DATE |
|---|---|---|

AB                    AT&T PROPRIETARY                    Page    1

        The information contained here is for use by authorized person only
Page 2 of 2           and is not for general distribution.

# EXHIBIT 62



## Extraction Report
Apple iPhone

## Summary

| Connection Type | Cable No. 210 |
|---|---|
| Extraction start date/time | 4/16/2015 11:50:11 AM |
| Extraction end date/time | 4/16/2015 11:55:23 AM |
| Extraction Type | File system |
| Extraction ID | 8023B13B-5C25-4813-9E31-59454B1DF8A9 |
| Is encrypted | False |
| Selected Manufacturer | Apple |
| Selected Device Name | iPhone 5S (A1533) |
| Unit Version | 4.1.2.8 |
| UFED Physical Analyzer version | 4.1.3.14 |
| Time zone settings (UTC) | UTC-6 (UTC-06:00) Chicago  (America) |
| Examiner name | Special Agent Joe Mirino |
| Department | U.S. Department of Homeland Security |
| Agency | Homeland Security Investigations |
| Location | Brownsville, Texas |

## Device Information

| # | Name | Value | Del? |
|---|---|---|---|
| 1 | Apple ID | losoyacandy@yahoo.com | |
| 2 | Device Name | iPhone | |
| 3 | DeviceInfoBluetoothDeviceAddress | 24:e3:14:76:83:8a | |
| 4 | DeviceInfoDetectedModel | iPhone (N51AP) | |
| 5 | DeviceInfoPhoneDateTime | 4/16/2015 4:50:41 PM(UTC+0) | |
| 6 | DeviceInfoSerial | F17MRH12FF9R | |
| 7 | DeviceInfoUniqueID | 1377b78054b563215bf9b14d425f1b1d502be8bc | |
| 8 | DeviceInfoWiFiAddress | 24:e3:14:76:83:89 | |
| 9 | Display Name | iPhone | |
| 10 | ICCID | 8901141042770908424 06 | |
| 11 | ICCID | 8901141042770908424 06 | |
| 12 | IMEI | 013886009155703 | |
| 13 | IMSI | 310410709084240 | |
| 14 | iOS Version | 8.1.3 | |
| 15 | Is Encrypted | False | |
| 16 | Last Activation Time | 4/10/2015 10:30:38 PM(UTC+0) | |
| 17 | Last Used ICCID | 8901141042770908424 06 | |
| 18 | Phone Number | +1 (956) 408-9429 | |
| 19 | Phone Number | 19564089429 | |
| 20 | Product Type | iPhone6,1 | |
| 21 | Product Type | iPhone6,1 | |
| 22 | Product Version | 8.1.3 | |
| 23 | Serial Number | F17MRH12FF9R | |
| 24 | Unique Identifier | 1377b78054b563215bf9b14d425f1b1d502be8bc | |

GOVERNMENT
EXHIBIT
62
17cr390

## Image Hash Details (1)

⚠ No reference hash information is available for this project.

| # | Name | Info | |
|---|------|------|---|
| 1 | FileDump | Path | Apple_iPhone 5S (A1533).zip |
|   |          | Size (Bytes) | 7908555765 |

## Plugins

| # | Name | Author | Version |
|---|------|--------|---------|
| 1 | iPhone Backup Parser<br>Parses all iPhone Backup/Logical/FS dumps, including decryption and/or FileSystem creation when necessary | Cellebrite | 2.0 |
| 2 | iPhone Databases<br>Reads various databases on the iPhone, containing notes, calendar, locations, Safari bookmarks, cookies and history, Facebook friends and bluetooth pairings. | Cellebrite | 2.0 |
| 3 | QuicktimeMetadata<br>Extracts metadata from Apple quicktime movies | Cellebrite | 2.0 |
| 4 | iPhone device info<br>Decodes device information for iPhone devices | Cellebrite | 2.0 |
| 5 | Garbage Cleaner | | |
| 6 | DataFilesHandler<br>Tags data files according to extensions and file signatures | Cellebrite | 2.0 |
| 7 | ContactsCrossReference<br>Cross references the phone numbers in a device's contacts with the numbers in SMS messages and Calls. Will fill in the Name field of calls and SMS if there's a match. | Cellebrite | 2.0 |
| 8 | Analytics<br>Generates the Analytics section information | Cellebrite | 2.0 |

## Contents

# EXHIBIT 62.1

## Call Log

| # | Party | Time | Duration | Call Type | Source | Deleted |
|---|-------|------|----------|-----------|--------|---------|
| 1 | To: 9565216326 Nicholas | 2/21/2015 8:34:49 PM(UTC-6) | 00:04:16 | Outgoing | | Deleted |
| 2 | From: Lyly　▬4@gmail.com | 2/21/2015 9:30:47 PM(UTC-6) | 00:00:31 | Incoming | FaceTime | Deleted |
| 3 | From: Lyly　▬@gmail.com | 2/22/2015 12:24:37 PM(UTC-6) | 00:00:00 | Missed | FaceTime | Deleted |
| 4 | To: 9565720757 Cindy | 2/22/2015 1:51:19 PM(UTC-6) | 00:00:04 | Outgoing | | Deleted |
| 5 | To: 7023723923 Nora | 2/22/2015 3:34:53 PM(UTC-6) | 00:00:03 | Outgoing | | Deleted |
| 6 | To: 9564656677 Elizabeth | 2/24/2015 3:14:50 PM(UTC-6) | 00:00:04 | Outgoing | | Deleted |
| 7 | To: 9564656677 Elizabeth | 2/24/2015 3:15:25 PM(UTC-6) | 00:00:03 | Outgoing | | Deleted |
| 8 | To: 7023723923 Nora | 2/24/2015 7:41:47 PM(UTC-6) | 00:00:03 | Outgoing | | Deleted |
| 9 | To: +19565046559 Waggintails | 2/25/2015 1:21:26 PM(UTC-6) | 00:00:32 | Outgoing | | Deleted |
| 10 | From: Lyly　▬@gmail.com | 2/25/2015 8:07:17 PM(UTC-6) | 00:00:00 | Missed | FaceTime | Deleted |
| 11 | From: Lyly　▬4@gmail.com | 2/25/2015 9:50:21 PM(UTC-6) | 00:00:27 | Incoming | FaceTime | Deleted |
| 12 | To: 9565216326 Nicholas | 2/26/2015 12:45:41 PM(UTC-6) | 00:01:07 | Outgoing | | Deleted |
| 13 | To: 9565745644 | 2/26/2015 12:47:26 PM(UTC-6) | 00:01:53 | Outgoing | | Deleted |
| 14 | To: 9565216326 Nicholas | 2/26/2015 12:55:54 PM(UTC-6) | 00:00:03 | Outgoing | | Deleted |
| 15 | To: 9565216326 Nicholas | 2/26/2015 12:56:26 PM(UTC-6) | 00:00:00 | Outgoing | | Deleted |
| 16 | To: 9565921842 | 2/26/2015 1:00:37 PM(UTC-6) | 00:00:37 | Outgoing | | Deleted |
| 17 | To: 9565921842 | 2/26/2015 1:25:18 PM(UTC-6) | 00:00:00 | Outgoing | | Deleted |
| 18 | To: 9565921842 | 2/26/2015 1:25:39 PM(UTC-6) | 00:01:07 | Outgoing | | Deleted |
| 19 | To: 9565216326 Nicholas | 2/26/2015 1:27:33 PM(UTC-6) | 00:00:11 | Outgoing | | Deleted |
| 20 | To: 9565216326 Nicholas | 2/26/2015 2:32:32 PM(UTC-6) | 00:00:24 | Outgoing | | Deleted |
| 21 | To: 7023723923 Nora | 2/26/2015 6:04:50 PM(UTC-6) | 00:17:21 | Outgoing | | Deleted |
| 22 | From: Lyly　▬4@gmail.com | 2/26/2015 8:58:30 PM(UTC-6) | 00:02:39 | Incoming | FaceTime | Deleted |
| 23 | To: +19565046559 Waggintails | 2/27/2015 10:00:01 AM(UTC-6) | 00:00:34 | Outgoing | | Deleted |
| 24 | To: 18008693557 | 2/27/2015 1:34:09 PM(UTC-6) | 00:01:23 | Outgoing | | Deleted |
| 25 | To: 9565216326 Nicholas | 2/27/2015 7:52:49 PM(UTC-6) | 00:00:33 | Outgoing | | Deleted |
| 26 | To: 9564656677 Elizabeth | 2/27/2015 8:12:58 PM(UTC-6) | 00:20:33 | Outgoing | | Deleted |
| 27 | To: 9565179940 | 2/28/2015 10:46:17 AM(UTC-6) | 00:00:30 | Outgoing | | Deleted |
| 28 | To: 9565216326 Nicholas | 2/28/2015 3:50:57 PM(UTC-6) | 00:00:38 | Outgoing | | Deleted |
| 29 | To: 8323537402 | 2/28/2015 4:07:06 PM(UTC-6) | 00:00:03 | Outgoing | | Deleted |
| 30 | To: 8323537402 | 2/28/2015 4:07:28 PM(UTC-6) | 00:00:02 | Outgoing | | Deleted |
| 31 | To: 9565216326 Nicholas | 2/28/2015 7:16:22 PM(UTC-6) | 00:00:13 | Outgoing | | Deleted |
| 32 | To: 9565179940 | 3/1/2015 9:34:58 AM(UTC-6) | 00:00:52 | Outgoing | | Deleted |
| 33 | To: 9565179940 | 3/1/2015 9:37:45 AM(UTC-6) | 00:00:03 | Outgoing | | Deleted |



GOVERNMENT
EXHIBIT
62.1
17cr390

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | **To:** 7023723923 Nora | 3/1/2015 11:39:14 AM(UTC-6) | 00:03:15 | Outgoing | | Deleted |
| 35 | **To:** 9564672667 Fabiola | 3/1/2015 3:13:33 PM(UTC-6) | 00:00:03 | Outgoing | | Deleted |
| 36 | **To:** 9564672667 Fabiola | 3/1/2015 3:14:04 PM(UTC-6) | 00:00:00 | Outgoing | | Deleted |
| 37 | **To:** 8323537402 | 3/1/2015 3:14:18 PM(UTC-6) | 00:00:03 | Outgoing | | Deleted |
| 38 | **To:** 9564656677 Elizabeth | 3/1/2015 3:15:00 PM(UTC-6) | 00:00:03 | Outgoing | | Deleted |
| 39 | **To:** 9564656677 Elizabeth | 3/1/2015 3:36:03 PM(UTC-6) | 00:00:31 | Outgoing | | Deleted |
| 40 | **To:** 7023723923 Nora | 3/1/2015 5:33:23 PM(UTC-6) | 00:04:44 | Outgoing | | Deleted |
| 41 | **To:** 7023723923 Nora | 3/1/2015 5:52:23 PM(UTC-6) | 00:06:12 | Outgoing | | Deleted |
| 42 | **To:** 9564672667 Fabiola | 3/1/2015 6:57:07 PM(UTC-6) | 00:01:30 | Outgoing | | Deleted |
| 43 | **To:** 18005866923 | 3/2/2015 11:11:55 AM(UTC-6) | 00:03:31 | Outgoing | | Deleted |
| 44 | **To:** 7023723923 Nora | 3/2/2015 11:25:19 AM(UTC-6) | 00:05:29 | Outgoing | | Deleted |
| 45 | **To:** 9565745645 Ms Lopez | 3/2/2015 11:59:41 AM(UTC-6) | 00:01:00 | Outgoing | | Deleted |
| 46 | **To:** 9565216326 Nicholas | 3/2/2015 10:01:14 PM(UTC-6) | 00:00:13 | Outgoing | | Deleted |
| 47 | **To:** 9564599959 Cristina | 3/3/2015 2:04:40 PM(UTC-6) | 00:00:29 | Outgoing | | Deleted |
| 48 | **To:** 3125026 | 3/3/2015 2:13:24 PM(UTC-6) | 00:00:21 | Outgoing | | Deleted |
| 49 | **From:** ▮▮▮▮4@gmail.com Lyly | 3/3/2015 5:28:09 PM(UTC-6) | 00:00:00 | Missed | FaceTime | Deleted |
| 50 | **To:** 9565179940 | 3/4/2015 7:15:13 AM(UTC-6) | 00:01:11 | Outgoing | | Deleted |
| 51 | **To:** 9564087124 Tony | 3/4/2015 8:54:34 AM(UTC-6) | 00:00:05 | Outgoing | | Deleted |
| 52 | **To:** 18008693557 | 3/5/2015 10:08:10 AM(UTC-6) | 00:05:05 | Outgoing | | Deleted |
| 53 | **To:** 9564087124 Tony | 3/5/2015 10:51:34 AM(UTC-6) | 00:00:03 | Outgoing | | Deleted |
| 54 | **To:** 9564087124 Tony | 3/5/2015 10:51:34 AM(UTC-6) | 00:00:03 | Outgoing | | Deleted |
| 55 | **To:** 9565179940 | 3/5/2015 12:26:13 PM(UTC-6) | 00:01:27 | Outgoing | | Deleted |
| 56 | **To:** 9565179940 | 3/5/2015 1:50:08 PM(UTC-6) | 00:00:01 | Outgoing | | Deleted |
| 57 | **From:** ▮▮▮▮@gmail.com Lyly | 3/5/2015 7:19:31 PM(UTC-6) | 00:00:00 | Missed | FaceTime | Deleted |
| 58 | **From:** ▮▮▮▮@gmail.com Lyly | 3/5/2015 7:19:36 PM(UTC-6) | 00:00:00 | Missed | FaceTime | Deleted |
| 59 | **To:** ▮▮▮▮@gmail.com Lyly | 3/5/2015 7:19:39 PM(UTC-6) | 00:00:00 | Outgoing | FaceTime | Deleted |
| 60 | **To:** 9564656677 Elizabeth | 3/5/2015 10:25:45 PM(UTC-6) | 00:12:52 | Outgoing | | Deleted |
| 61 | **To:** 7023723923 Nora | 3/6/2015 9:32:40 AM(UTC-6) | 00:00:02 | Outgoing | | Deleted |
| 62 | **To:** 7023723923 Nora | 3/6/2015 10:25:37 AM(UTC-6) | 00:40:30 | Outgoing | | Deleted |
| 63 | **To:** 3653119 | 3/6/2015 6:31:42 PM(UTC-6) | 00:10:52 | Outgoing | | Deleted |
| 64 | **To:** 9794175015 Noemi | 3/6/2015 6:42:53 PM(UTC-6) | 00:12:05 | Outgoing | | Deleted |
| 65 | **To:** 18009452000 | 3/7/2015 8:43:42 AM(UTC-6) | 00:04:20 | Outgoing | | Deleted |
| 66 | **To:** 18007777328 | 3/7/2015 9:18:05 AM(UTC-6) | 00:00:34 | Outgoing | | Deleted |
| 67 | **To:** 7023723923 Nora | 3/7/2015 5:07:31 PM(UTC-6) | 00:38:22 | Outgoing | | Deleted |

| | | | | | | |
|---|---|---|---|---|---|---|
| 68 | **To:** 3164900 | 3/7/2015 7:13:05 PM(UTC-6) | 00:00:00 | Outgoing | | Deleted |
| 69 | **To:** 3694900 | 3/7/2015 7:13:37 PM(UTC-6) | 01:19:12 | Outgoing | | Deleted |
| 70 | **To:** 9565216326 Nicholas | 3/7/2015 8:45:35 PM(UTC-6) | 00:00:00 | Outgoing | | Deleted |
| 71 | **To:** 9565457025 Sue | 3/8/2015 12:52:59 PM(UTC-5) | 00:00:26 | Outgoing | | Deleted |
| 72 | **From:** 9564656677 Elizabeth | 3/8/2015 3:14:37 PM(UTC-5) | 00:09:11 | Incoming | | |
| 73 | **From:** ▇@gmail.com Lyly | 3/8/2015 6:10:04 PM(UTC-5) | 00:00:00 | Missed | FaceTime | |
| 74 | **From:** ▇@gmail.com Lyly | 3/8/2015 6:10:29 PM(UTC-5) | 00:00:00 | Missed | FaceTime | |
| 75 | **From:** ▇@gmail.com Lyly | 3/8/2015 6:11:04 PM(UTC-5) | 00:00:32 | Incoming | FaceTime | |
| 76 | **From:** 9564599959 Cristina | 3/26/2015 3:09:31 PM(UTC-5) | 00:00:17 | Incoming | | Deleted |
| 77 | **From:** 9564599959 Cristina | 3/26/2015 4:19:38 PM(UTC-5) | 00:00:18 | Incoming | | Deleted |
| 78 | **From:** 9794175015 Noemi | 3/27/2015 10:11:03 AM(UTC-5) | 00:00:00 | Missed | | Deleted |
| 79 | **To:** 9794175015 Noemi | 3/27/2015 10:19:25 AM(UTC-5) | 00:15:54 | Outgoing | | Deleted |
| 80 | **From:** 9565595057 | 3/27/2015 10:21:46 AM(UTC-5) | 00:00:00 | Missed | | Deleted |
| 81 | **To:** 7023723923 Nora | 3/27/2015 10:39:45 AM(UTC-5) | 00:02:51 | Outgoing | | Deleted |
| 82 | **From:** 9564599959 Cristina | 3/27/2015 5:20:31 PM(UTC-5) | 00:00:00 | Missed | | Deleted |
| 83 | **From:** ▇@gmail.com Lyly | 3/27/2015 9:01:25 PM(UTC-5) | 00:00:00 | Missed | | |
| 84 | **To:** ▇@gmail.com Lyly | 3/27/2015 9:09:02 PM(UTC-5) | 00:00:00 | Outgoing | | |
| 85 | **To:** ▇@gmail.com Lyly | 3/27/2015 9:09:17 PM(UTC-5) | 00:00:00 | Outgoing | | |
| 86 | **To:** 9564599959 Cristina | 3/27/2015 10:30:03 PM(UTC-5) | 00:00:15 | Outgoing | | Deleted |
| 87 | **To:** ▇@gmail.com Lyly | 3/28/2015 6:02:15 AM(UTC-5) | 00:00:00 | Outgoing | | |
| 88 | **From:** 7023723923 Nora | 3/28/2015 1:20:17 PM(UTC-5) | 00:18:43 | Incoming | | Deleted |
| 89 | **From:** 9564599959 Cristina | 3/28/2015 1:44:48 PM(UTC-5) | 00:00:00 | Missed | | Deleted |
| 90 | **To:** 9564599959 Cristina | 3/28/2015 2:20:05 PM(UTC-5) | 00:09:45 | Outgoing | | Deleted |
| 91 | **From:** 9564656677 Elizabeth | 3/28/2015 3:28:37 PM(UTC-5) | 00:10:53 | Incoming | | Deleted |
| 92 | **From:** 9565183428 | 3/28/2015 5:41:06 PM(UTC-5) | 00:00:34 | Incoming | | Deleted |
| 93 | **From:** 9565179940 | 3/29/2015 10:41:32 AM(UTC-5) | 00:00:00 | Missed | | Deleted |
| 94 | **To:** 9567783399 Randy | 3/29/2015 12:27:14 PM(UTC-5) | 00:13:56 | Outgoing | | Deleted |
| 95 | **From:** 9565457025 Sue | 3/29/2015 12:39:56 PM(UTC-5) | 00:00:00 | Missed | | Deleted |
| 96 | **From:** +17023723923 Nora | 3/29/2015 1:53:09 PM(UTC-5) | 00:00:00 | Missed | FaceTime | |
| 97 | **From:** +17023723923 Nora | 3/29/2015 1:54:06 PM(UTC-5) | 00:00:00 | Missed | FaceTime | |
| 98 | **To:** ▇4@gmail.com Lyly | 3/29/2015 2:08:23 PM(UTC-5) | 00:01:11 | Outgoing | | |
| 99 | **From:** ▇@gmail.com Lyly | 3/29/2015 3:40:45 PM(UTC-5) | 00:00:00 | Missed | | |
| 100 | **To:** ▇@gmail.com Lyly | 3/29/2015 3:40:49 PM(UTC-5) | 00:00:00 | Outgoing | | |
| 101 | **From:** ▇@gmail.com Lyly | 3/29/2015 3:40:50 PM(UTC-5) | 00:01:37 | Incoming | | |

| 102 | To: ▮▮▮▮▮▮▮▮@gmail.com Lyly | 3/29/2015 10:29:27 PM(UTC-5) | 00:00:22 | Outgoing | |
|-----|------|------|------|------|------|
| 103 | To: 9562430076 Ms Lopez | 3/30/2015 10:35:52 AM(UTC-5) | 00:02:22 | Outgoing | Deleted |
| 104 | From: 7023723923 Nora | 3/30/2015 11:10:49 AM(UTC-5) | 00:00:00 | Missed | Deleted |
| 105 | To: 7023723923 Nora | 3/30/2015 11:17:15 AM(UTC-5) | 00:01:00 | Outgoing | Deleted |
| 106 | From: 7023723923 Nora | 3/30/2015 11:25:51 AM(UTC-5) | 00:05:57 | Incoming | Deleted |
| 107 | To: 7023723923 Nora | 3/30/2015 11:51:31 AM(UTC-5) | 00:08:55 | Outgoing | Deleted |
| 108 | To: 7 | 3/30/2015 11:51:31 AM(UTC-5) | 00:08:55 | Outgoing | Deleted |
| 109 | To: 9564594357 Gloria | 3/30/2015 12:23:49 PM(UTC-5) | 00:00:39 | Outgoing | Deleted |
| 110 | To: 9564594357 Gloria | 3/30/2015 12:34:27 PM(UTC-5) | 00:01:29 | Outgoing | Deleted |
| 111 | From: 9565216326 Nicholas | 3/30/2015 12:39:36 PM(UTC-5) | 00:00:00 | Missed | Deleted |
| 112 | From: 9562430076 Ms Lopez | 3/30/2015 4:20:27 PM(UTC-5) | 00:00:00 | Missed | Deleted |
| 113 | To: 9565720757 Cindy | 3/30/2015 5:52:53 PM(UTC-5) | 00:00:04 | Outgoing | Deleted |
| 114 | From: 9565720757 Cindy | 3/30/2015 5:53:43 PM(UTC-5) | 00:28:01 | Incoming | Deleted |
| 115 | From: 7023723923 Nora | 3/30/2015 6:25:09 PM(UTC-5) | 00:00:00 | Missed | Deleted |
| 116 | To: 7023723923 Nora | 3/30/2015 6:25:31 PM(UTC-5) | 00:09:52 | Outgoing | Deleted |
| 117 | From: 9564599959 Cristina | 3/30/2015 9:07:31 PM(UTC-5) | 00:00:00 | Missed | Deleted |
| 118 | To: 9564599959 Cristina | 3/30/2015 9:39:11 PM(UTC-5) | 00:00:02 | Outgoing | Deleted |
| 119 | To: 18008693557 | 3/31/2015 7:42:59 AM(UTC-5) | 00:02:26 | Outgoing | Deleted |
| 120 | From: 7023723923 Nora | 3/31/2015 7:54:22 AM(UTC-5) | 00:12:42 | Incoming | Deleted |
| 121 | From: 2394002950 | 3/31/2015 8:21:10 AM(UTC-5) | 00:14:30 | Incoming | Deleted |
| 122 | From: 9562430076 Ms Lopez | 3/31/2015 9:05:51 AM(UTC-5) | 00:00:00 | Missed | Deleted |
| 123 | To: 9562430076 Ms Lopez | 3/31/2015 9:06:30 AM(UTC-5) | 00:00:13 | Outgoing | Deleted |
| 124 | From: 9562430076 Ms Lopez | 3/31/2015 9:11:13 AM(UTC-5) | 00:00:00 | Missed | Deleted |
| 125 | From: 9562430076 Ms Lopez | 3/31/2015 9:12:09 AM(UTC-5) | 00:00:00 | Missed | Deleted |
| 126 | To: 9562430076 Ms Lopez | 3/31/2015 9:13:58 AM(UTC-5) | 00:11:26 | Outgoing | Deleted |
| 127 | To: 7023723923 Nora | 3/31/2015 9:28:36 AM(UTC-5) | 00:14:44 | Outgoing | Deleted |
| 128 | From: 7023723923 Nora | 3/31/2015 10:03:03 AM(UTC-5) | 00:00:00 | Missed | Deleted |
| 129 | From: 7023723923 Nora | 3/31/2015 10:31:25 AM(UTC-5) | 00:06:23 | Incoming | Deleted |
| 130 | From: 9564672667 Fabiola | 3/31/2015 2:50:55 PM(UTC-5) | 00:00:00 | Missed | Deleted |
| 131 | From: 9564672667 Fabiola | 4/1/2015 12:12:18 PM(UTC-5) | 00:03:11 | Incoming | Deleted |
| 132 | To: 18008693557 | 4/1/2015 12:55:47 PM(UTC-5) | 00:00:35 | Outgoing | Deleted |
| 133 | To: 18008693557 | 4/2/2015 2:29:20 PM(UTC-5) | 00:00:46 | Outgoing | Deleted |
| 134 | From: 9565720757 Cindy | 4/2/2015 2:43:04 PM(UTC-5) | 00:21:08 | Incoming | Deleted |
| 135 | From: 9565595057 | 4/2/2015 3:04:13 PM(UTC-5) | 00:01:01 | Incoming | Deleted |

| 136 | From: 9565595057 | 4/2/2015 3:48:16 PM(UTC-5) | 00:00:54 | Incoming | Deleted |
|---|---|---|---|---|---|
| 137 | From: 9566390619 | 4/2/2015 3:59:50 PM(UTC-5) | 00:00:16 | Incoming | Deleted |
| 138 | From: 9564672667 Fabiola | 4/2/2015 4:30:32 PM(UTC-5) | 00:01:52 | Incoming | Deleted |
| 139 | To: 7023723923 Nora | 4/3/2015 12:39:04 AM(UTC-5) | 00:15:12 | Outgoing | Deleted |
| 140 | From: 2394002950 | 4/4/2015 10:34:29 AM(UTC-5) | 00:49:03 | Incoming | Deleted |
| 141 | From: 9565216326 Nicholas | 4/4/2015 12:30:32 PM(UTC-5) | 00:00:07 | Incoming | Deleted |
| 142 | To: 9565216326 Nicholas | 4/4/2015 3:44:31 PM(UTC-5) | 00:00:34 | Outgoing | Deleted |
| 143 | To: 9565455420 Cristina | 4/4/2015 6:01:12 PM(UTC-5) | 00:04:16 | Outgoing | Deleted |
| 144 | From: 9565216326 Nicholas | 4/4/2015 7:27:39 PM(UTC-5) | 00:00:10 | Incoming | Deleted |
| 145 | From: 9565455420 Cristina | 4/5/2015 12:41:40 PM(UTC-5) | 00:08:09 | Incoming | Deleted |
| 146 | To: 18008693557 | 4/5/2015 1:41:08 PM(UTC-5) | 00:02:55 | Outgoing | Deleted |
| 147 | To: 9564672667 Fabiola | 4/5/2015 4:03:18 PM(UTC-5) | 00:03:39 | Outgoing | Deleted |
| 148 | From: 7023723923 Nora | 4/6/2015 8:14:15 AM(UTC-5) | 00:06:29 | Incoming | Deleted |
| 149 | To: 7023723923 Nora | 4/6/2015 8:53:16 AM(UTC-5) | 00:09:27 | Outgoing | Deleted |
| 150 | From: 7023723923 Nora | 4/6/2015 9:04:22 AM(UTC-5) | 00:09:46 | Incoming | Deleted |
| 151 | From: 2394002950 | 4/6/2015 9:24:47 AM(UTC-5) | 00:14:44 | Incoming | Deleted |
| 152 | To: 18008693557 | 4/6/2015 9:54:51 AM(UTC-5) | 00:00:39 | Outgoing | Deleted |
| 153 | From: 9565746653 | 4/6/2015 10:35:56 AM(UTC-5) | 00:00:00 | Missed | Deleted |
| 154 | To: 5613554 | 4/6/2015 10:53:27 AM(UTC-5) | 00:00:52 | Outgoing | Deleted |
| 155 | To: 18009452000 | 4/6/2015 11:16:45 AM(UTC-5) | 00:06:12 | Outgoing | Deleted |
| 156 | From: 9565613554 | 4/6/2015 11:22:11 AM(UTC-5) | 00:00:00 | Missed | Deleted |
| 157 | From: 7023723923 Nora | 4/6/2015 3:44:32 PM(UTC-5) | 00:29:11 | Incoming | Deleted |
| 158 | To: 9565216326 Nicholas | 4/6/2015 4:36:37 PM(UTC-5) | 00:01:54 | Outgoing | Deleted |
| 159 | From: 2394002950 | 4/6/2015 5:09:28 PM(UTC-5) | 00:07:06 | Incoming | Deleted |
| 160 | To: 9564672667 Fabiola | 4/6/2015 6:56:30 PM(UTC-5) | 00:00:02 | Outgoing | Deleted |
| 161 | To: 9564672667 Fabiola | 4/6/2015 6:57:17 PM(UTC-5) | 00:00:07 | Outgoing | Deleted |
| 162 | From: 9565455420 Cristina | 4/7/2015 1:53:18 PM(UTC-5) | 00:09:33 | Incoming | Deleted |
| 163 | From: 7023723923 Nora | 4/7/2015 5:36:57 PM(UTC-5) | 00:17:32 | Incoming | Deleted |
| 164 | From: 7023723923 Nora | 4/7/2015 8:28:40 PM(UTC-5) | 00:03:21 | Incoming | Deleted |
| 165 | From: 2394002950 | 4/8/2015 7:50:42 AM(UTC-5) | 00:09:22 | Incoming | Deleted |
| 166 | To: 7023723923 Nora | 4/8/2015 8:00:22 AM(UTC-5) | 00:00:02 | Outgoing | Deleted |
| 167 | To: 7023723923 Nora | 4/8/2015 8:01:12 AM(UTC-5) | 00:00:02 | Outgoing | Deleted |
| 168 | To: 7023723923 Nora | 4/8/2015 8:02:07 AM(UTC-5) | 00:00:03 | Outgoing | Deleted |
| 169 | To: 7023723923 Nora | 4/8/2015 8:04:19 AM(UTC-5) | 00:02:07 | Outgoing | Deleted |

| 170 | From: 2394002950 | 4/8/2015 8:12:42 AM(UTC-5) | 00:00:00 | Missed | Deleted |
|---|---|---|---|---|---|
| 171 | From: 2394002950 | 4/8/2015 8:14:58 AM(UTC-5) | 00:00:00 | Missed | Deleted |
| 172 | From: 2394002950 | 4/8/2015 8:29:13 AM(UTC-5) | 00:00:00 | Missed | Deleted |
| 173 | From: 2394002950 | 4/8/2015 8:31:07 AM(UTC-5) | 00:00:35 | Incoming | Deleted |
| 174 | From: 2394002950 | 4/8/2015 8:38:22 AM(UTC-5) | 00:00:00 | Missed | Deleted |
| 175 | To: 7023723923 Nora | 4/8/2015 8:41:28 AM(UTC-5) | 00:00:03 | Outgoing | Deleted |
| 176 | From: 7023723923 Nora | 4/8/2015 8:44:26 AM(UTC-5) | 00:20:15 | Incoming | Deleted |
| 177 | From: 2394002950 | 4/8/2015 9:05:20 AM(UTC-5) | 00:08:58 | Incoming | Deleted |
| 178 | From: 7023723923 Nora | 4/8/2015 9:12:20 AM(UTC-5) | 00:00:00 | Missed | Deleted |
| 179 | From: 2394002950 | 4/8/2015 9:14:25 AM(UTC-5) | 00:00:00 | Missed | Deleted |
| 180 | To: 7023723923 Nora | 4/8/2015 9:16:33 AM(UTC-5) | 00:04:46 | Outgoing | Deleted |
| 181 | From: 2394002950 | 4/8/2015 9:41:40 AM(UTC-5) | 00:00:01 | Incoming | Deleted |
| 182 | From: 2394002950 | 4/8/2015 9:42:19 AM(UTC-5) | 00:12:52 | Incoming | Deleted |
| 183 | From: 9565455420 Cristina | 4/8/2015 11:32:00 AM(UTC-5) | 00:00:33 | Incoming | Deleted |
| 184 | From: 9563718183 | 4/8/2015 1:10:12 PM(UTC-5) | 00:00:00 | Missed | Deleted |
| 185 | From: 9563718183 | 4/8/2015 1:15:49 PM(UTC-5) | 00:01:52 | Incoming | Deleted |
| 186 | From: 9565426511 | 4/8/2015 1:29:21 PM(UTC-5) | 00:02:29 | Incoming | Deleted |
| 187 | From: 7023723923 Nora | 4/8/2015 1:59:04 PM(UTC-5) | 00:00:00 | Missed | Deleted |
| 188 | From: 7023723923 Nora | 4/8/2015 2:16:59 PM(UTC-5) | 00:00:00 | Missed | Deleted |
| 189 | To: 9563718183 | 4/8/2015 2:26:42 PM(UTC-5) | 00:00:26 | Outgoing | Deleted |
| 190 | To: 9563718183 | 4/8/2015 2:37:17 PM(UTC-5) | 00:00:15 | Outgoing | Deleted |
| 191 | To: 7023723923 Nora | 4/8/2015 2:37:55 PM(UTC-5) | 00:00:52 | Outgoing | Deleted |
| 192 | From: 9563718183 | 4/8/2015 2:38:48 PM(UTC-5) | 00:00:00 | Missed | Deleted |
| 193 | To: 9563718183 | 4/8/2015 2:39:02 PM(UTC-5) | 00:00:03 | Outgoing | Deleted |
| 194 | To: 9563718183 | 4/8/2015 2:39:13 PM(UTC-5) | 00:00:03 | Outgoing | Deleted |
| 195 | To: 9563718183 | 4/8/2015 2:39:56 PM(UTC-5) | 00:00:03 | Outgoing | Deleted |
| 196 | To: 9563718183 | 4/8/2015 2:41:23 PM(UTC-5) | 00:01:14 | Outgoing | Deleted |
| 197 | To: 7023723923 Nora | 4/8/2015 2:52:54 PM(UTC-5) | 00:06:21 | Outgoing | Deleted |
| 198 | From: 956371818M | 4/8/2015 3:19:16 PM(UTC-5) | 00:00:00 | Missed | Deleted |
| 199 | From: 9563718183 | 4/8/2015 3:19:16 PM(UTC-5) | 00:00:00 | Missed | Deleted |
| 200 | To: 9563718183 | 4/8/2015 5:07:29 PM(UTC-5) | 00:00:09 | Outgoing | Deleted |
| 201 | From: 2394002950 | 4/8/2015 5:13:32 PM(UTC-5) | 00:00:00 | Missed | Deleted |
| 202 | From: 2394002950 | 4/8/2015 9:47:15 PM(UTC-5) | 00:00:00 | Missed | Deleted |
| 203 | From: 2394002950 | 4/8/2015 10:01:34 PM(UTC-5) | 00:00:00 | Missed | Deleted |

| 204 | **To:** 9563718183 | 4/9/2015 6:03:42 AM(UTC-5) | 00:00:00 | Outgoing | Deleted |
|---|---|---|---|---|---|
| 205 | **To:** 9563718183 | 4/9/2015 8:53:06 AM(UTC-5) | 00:00:19 | Outgoing | Deleted |
| 206 | **From:** 2394002950 | 4/9/2015 9:03:11 AM(UTC-5) | 00:00:00 | Missed | Deleted |
| 207 | **From:** 2394002950 | 4/9/2015 9:38:34 AM(UTC-5) | 00:08:49 | Incoming | Deleted |
| 208 | **From:** 9565487087 | 4/9/2015 10:31:42 AM(UTC-5) | 00:00:00 | Missed | Deleted |
| 209 | **From:** 2394002950 | 4/9/2015 11:53:14 AM(UTC-5) | 00:00:00 | Missed | Deleted |
| 210 | **From:** 2394002950 | 4/9/2015 11:56:11 AM(UTC-5) | 00:00:00 | Missed | Deleted |
| 211 | **From:** 7023723923 Nora | 4/9/2015 12:37:22 PM(UTC-5) | 00:05:11 | Incoming | Deleted |
| 212 | **To:** 9565455420 Cristina | 4/9/2015 1:30:52 PM(UTC-5) | 00:08:57 | Outgoing | Deleted |
| 213 | **From:** 9565455420 Cristina | 4/9/2015 4:22:22 PM(UTC-5) | 00:00:15 | Incoming | Deleted |
| 214 | **From:** 2394002950 | 4/9/2015 5:30:01 PM(UTC-5) | 00:00:00 | Missed | Deleted |
| 215 | **To:** 9565455420 Cristina | 4/9/2015 5:53:27 PM(UTC-5) | 00:09:20 | Outgoing | Deleted |
| 216 | **From:** 9565457025 Sue | 4/9/2015 11:14:02 PM(UTC-5) | 00:00:00 | Missed | Deleted |
| 217 | **From:** 7135660975 | 4/10/2015 12:07:10 AM(UTC-5) | 00:00:00 | Missed | Deleted |
| 218 | **From:** 9565457025 Sue | 4/10/2015 12:54:33 AM(UTC-5) | 00:53:47 | Incoming | Deleted |
| 219 | **From:** 9563718562 Reymundo | 4/10/2015 7:42:42 AM(UTC-5) | 00:01:15 | Incoming | Deleted |
| 220 | **From:** 9564656677 Elizabeth | 4/10/2015 9:41:10 AM(UTC-5) | 00:00:00 | Missed | Deleted |
| 221 | **To:** 9564656677 Elizabeth | 4/10/2015 9:44:39 AM(UTC-5) | 00:32:54 | Outgoing | Deleted |
| 222 | **To:** 9565455420 Cristina | 4/10/2015 10:21:29 AM(UTC-5) | 00:11:17 | Outgoing | Deleted |
| 223 | **From:** 9562038280 Giordy | 4/10/2015 10:48:53 AM(UTC-5) | 00:01:54 | Incoming | Deleted |
| 224 | **From:** 9565179940 | 4/10/2015 11:03:56 AM(UTC-5) | 00:02:35 | Incoming | Deleted |
| 225 | **To:** 9565455420 Cristina | 4/10/2015 1:38:10 PM(UTC-5) | 00:07:58 | Outgoing | Deleted |
| 226 | **To:** 9563718183 | 4/10/2015 3:13:52 PM(UTC-5) | 00:02:05 | Outgoing | Deleted |
| 227 | **From:** 9565455420 Cristina | 4/10/2015 3:24:39 PM(UTC-5) | 00:00:00 | Missed | Deleted |
| 228 | **To:** 9565455420 Cristina | 4/10/2015 3:43:07 PM(UTC-5) | 00:04:28 | Outgoing | Deleted |
| 229 | **From:** 9565455420 Cristina | 4/10/2015 11:19:48 PM(UTC-5) | 00:17:42 | Incoming | Deleted |
| 230 | **To:** 9565455420 Cristina | 4/11/2015 12:14:06 AM(UTC-5) | 00:00:10 | Outgoing | Deleted |
| 231 | **From:** 9565455420 Cristina | 4/11/2015 12:23:27 PM(UTC-5) | 00:05:31 | Incoming | Deleted |
| 232 | **From:** 9565455420 Cristina | 4/12/2015 10:03:32 AM(UTC-5) | 00:01:24 | Incoming | Deleted |
| 233 | **To:** 9565455420 Cristina | 4/12/2015 11:16:57 AM(UTC-5) | 00:00:00 | Outgoing | Deleted |
| 234 | **From:** 9565216326 Nicholas | 4/12/2015 3:45:06 PM(UTC-5) | 00:00:40 | Incoming | Deleted |
| 235 | **From:** 9565455420 Cristina | 4/12/2015 5:26:15 PM(UTC-5) | 00:01:13 | Incoming | Deleted |
| 236 | **From:** 9563718183 | 4/13/2015 9:59:19 AM(UTC-5) | 00:00:00 | Missed | Deleted |
| 237 | **To:** 9563718183 | 4/13/2015 10:01:11 AM(UTC-5) | 00:07:35 | Outgoing | Deleted |

| 238 | To: 9565457025 Sue | 4/13/2015 12:29:48 PM(UTC-5) | 00:00:13 | Outgoing |
| 239 | From: 9565457025 Sue | 4/13/2015 12:33:08 PM(UTC-5) | 00:08:07 | Incoming |
| 240 | From: 9563718183 | 4/13/2015 12:45:16 PM(UTC-5) | 00:00:00 | Missed |
| 241 | From: 9565216326 Nicholas | 4/13/2015 1:20:13 PM(UTC-5) | 00:00:02 | Incoming |
| 242 | From: 9565216326 Nicholas | 4/13/2015 1:20:33 PM(UTC-5) | 00:00:12 | Incoming |
| 243 | From: 9565457025 Sue | 4/13/2015 5:52:39 PM(UTC-5) | 00:00:00 | Missed |
| 244 | From: 9565457025 Sue | 4/13/2015 7:10:40 PM(UTC-5) | 00:00:00 | Missed |
| 245 | From: 9565179940 | 4/14/2015 9:06:42 AM(UTC-5) | 00:00:00 | Missed |
| 246 | From: 9565457025 Sue | 4/14/2015 10:27:39 AM(UTC-5) | 00:00:00 | Missed |
| 247 | From: 9565179940 | 4/14/2015 11:06:14 AM(UTC-5) | 00:00:00 | Missed |
| 248 | From: 9565179940 | 4/14/2015 11:07:18 AM(UTC-5) | 00:00:00 | Missed |
| 249 | From: 9565179940 | 4/14/2015 11:13:29 AM(UTC-5) | 00:00:00 | Missed |
| 250 | From: 9565179940 | 4/14/2015 11:28:29 AM(UTC-5) | 00:00:00 | Missed |
| 251 | From: 9565179940 | 4/14/2015 11:40:41 AM(UTC-5) | 00:00:00 | Missed |
| 252 | From: 9565179940 | 4/14/2015 12:08:35 PM(UTC-5) | 00:00:00 | Missed |
| 253 | From: 9565457025 Sue | 4/14/2015 1:07:58 PM(UTC-5) | 00:00:00 | Missed |
| 254 | From: 9565510104 | 4/14/2015 1:39:56 PM(UTC-5) | 00:00:00 | Missed |
| 255 | From: | 4/14/2015 3:22:22 PM(UTC-5) | 00:00:00 | Missed |
| 256 | From: 9565457025 Sue | 4/14/2015 3:42:52 PM(UTC-5) | 00:00:00 | Missed |
| 257 | From: 9565745649 | 4/14/2015 4:11:40 PM(UTC-5) | 00:00:00 | Missed |
| 258 | From: 7135660975 | 4/15/2015 9:32:16 AM(UTC-5) | 00:00:00 | Missed |
| 259 | From: 7135660975 | 4/15/2015 3:06:50 PM(UTC-5) | 00:00:00 | Missed |

# EXHIBIT 62.2

# Contacts

| | Name | Entries | Last time contacted | Times Contacted | Deleted |
|---|---|---|---|---|---|
| 1 | Alicia | **Phone-Mobile:** (956) 455-3071 | | | |
| 2 | Alicia | **Phone-:** +19564553071 | 1/23/2015 10:27:43 AM(UTC-6) | 5 | |
| 3 | Anita | | | | Deleted |
| 4 | Anita Martin | | | | Deleted |
| 5 | Anita Martin | **Phone-:** +13614630320 | 3/17/2015 8:01:05 PM(UTC-5) | 5 | |
| 6 | Autocemtric | **Phone-Work:** (956) 574-0827 | | | |
| 7 | Brandy | **Phone-:** +19566219308 | 3/7/2015 1:00:34 PM(UTC-6) | 5 | |
| 8 | Brandy | **Phone-Mobile:** +1 (956) 559-5057 | | | |
| | | **Phone-Mobile:** (956) 621-9308 | | | |
| 9 | Cindy | **Phone-iPhone:** (956) 572-0757 | | | |
| 10 | Cindy | **Phone-:** +19565720757 | 4/5/2015 9:25:06 AM(UTC-5) | 5 | |
| 11 | Cristina | **Phone-:** +19565455420 | 4/11/2015 1:51:07 PM(UTC-5) | 5 | |
| 12 | Cristina | **Phone-General:** (956) 545-5420 | | | |
| 13 | Cristina | **Phone-:** +19564599959 | 3/27/2015 6:52:46 PM(UTC-5) | 5 | |
| 14 | David | **Phone-:** +12023848493 | 3/27/2015 11:45:39 PM(UTC-5) | 5 | |
| 15 | Dr Thurber | **Phone-Work:** (956) 982-1561 | | | |
| 16 | Elizabeth | **Phone-:** +19564656677 | 4/6/2015 3:47:29 PM(UTC-5) | 5 | |
| 17 | Elizabeth | **Phone-Mobile:** (956) 465-6677 | | | |
| 18 | Fabiola | **Phone-:** +19564672667 | 4/6/2015 6:55:20 PM(UTC-5) | 5 | |
| 9 | Fabiola | **Phone-Mobile:** (956) 467-2667 | | | |
| 20 | Friendly Pharmacy | **Phone-Work:** (956) 544-1200 | | | |
| 21 | Giordy | **Phone-Mobile:** (956) 203-8280 | | | |
| 22 | Giordy | **Phone-:** 956-203-8280 | 2/8/2015 2:10:55 PM(UTC-6) | 4 | |
| 23 | Gloria | **Phone-:** +19564594357 | 4/6/2015 5:03:45 PM(UTC-5) | 5 | |
| 24 | Gloria | **Phone-Mobile:** (956) 459-4357 | | | |
| 25 | Liliana | **Phone-Mobile:** (956) 455-6430 | | | |
| 26 | ▮ | **Phone-:** +19566219783 | 9/6/2014 9:50:36 AM(UTC-5) | 5 | |
| 27 | ▮ | **Phone-:** +19565432483 | 10/28/2014 5:04:11 PM(UTC-5) | 5 | |
| 28 | | | | | Deleted |
| 29 | ▮ | **Email-:** lydia.yasmin.stambaugh.74@gmail.com | 3/8/2015 9:08:17 PM(UTC-5) | 1 | |
| 30 | ▮ | **Email-:** lydia.yasmin.stambaugh.74@gmail.com | 4/7/2015 8:18:09 PM(UTC-5) | 5 | |
| 31 | Mr.Barron | **Phone-Mobile:** (956) 243-0121 | | | |
| 32 | Mr.Barron | **Phone-:** +19562430121 | 3/30/2015 3:23:02 PM(UTC-5) | 5 | |
| 33 | Mr.Ramirez | **Phone-Work:** 561-2010 | | | |
| 34 | Mrs Larrazolo | **Phone-Mobile:** (956) 592-1842 | | | |
| 35 | Ms Lopez | **Phone-:** +19562430076 | 12/24/2014 11:50:51 PM(UTC-6) | 2 | |
| 36 | Ms Lopez | **Phone-Mobile:** (956) 574-5645 | | | |
| | | **Phone-Mobile:** (956) 243-0076 | | | |
| | | **Phone-iPhone:** (956) 574-5644 | | | |
| .7 | Ms Lopez | **Phone-:** +19562430076 | 1/30/2015 10:27:59 AM(UTC-6) | 1 | |
| 38 | Ms Lopez | **Phone-:** +19562430076 | 2/21/2015 4:08:20 PM(UTC-6) | 1 | |

**GOVERNMENT EXHIBIT**
62.2
17cr390

| 39 | Ms Lopez | Phone-: +19562430076 | 1/29/2015 6:50:42 AM(UTC-6) | 1 |
| 40 | Ms Lopez | Phone-: +19562430076 | 3/17/2015 6:49:04 AM(UTC-5) | 1 |
| 41 | Ms Lopez | Phone-: +19562430076 | 1/19/2015 7:49:18 PM(UTC-6) | 1 |
| 42 | Ms Lopez | Phone-: +19562430076 | 3/18/2015 8:08:21 PM(UTC-5) | 5 |
| 43 | Nicholas | Phone-: +19564661703 | 12/24/2014 11:50:51 PM(UTC-6) | 2 |
| 44 | Nicholas | Phone-: +19565216326 | 4/10/2015 4:48:02 PM(UTC-5) | 5 |
| 45 | Nicholas | Phone-Mobile: (956) 521-6326 | | |
| 46 | Nicholas | Phone-: +19565179192 | 12/24/2014 11:50:51 PM(UTC-6) | 2 |
| 47 | Nicholas | Phone-: +19566396638 | 12/24/2014 11:50:51 PM(UTC-6) | 2 |
| 48 | Nicholas | Phone-: +19565216326 | 3/17/2015 6:49:04 AM(UTC-5) | 1 |
| 49 | Nicholas | Phone-: +19565216326 | 12/24/2014 11:50:51 PM(UTC-6) | 2 |
| 50 | Nicholas | Phone-: +19565216326 | 2/21/2015 4:08:20 PM(UTC-6) | 1 |
| 51 | Noemi | Phone-: +19794175015 | 4/7/2015 10:09:17 AM(UTC-5) | 5 |
| 52 | Noemi | Phone-: +19565252697 | 3/3/2015 8:50:31 PM(UTC-6) | 5 |
| 53 | Noemi | Phone-General: (979) 417-5015 | | |
| | | Phone-Mobile: (956) 525-2697 | | |
| | | Phone-Mobile: +86 824-12447 | | |
| 54 | Noemi | Phone-: +8682412447 | 2/13/2015 2:58:36 PM(UTC-6) | 1 |
| 55 | Nora | Phone-: +13059236939 | 8/12/2014 8:54:31 PM(UTC-5) | 2 |
| 56 | Nora | Phone-: +19565720757 | 10/18/2014 9:28:45 AM(UTC-5) | 3 |
| 57 | Nora | Phone-: +17023723923 | 2/16/2015 4:46:09 PM(UTC-6) | 4 |
| 58 | Nora | Phone-: +17023723923 | 4/8/2015 7:38:57 AM(UTC-5) | 5 |
| 59 | Nora | Phone-iPhone: (702) 372-3923 | | |
| 60 | Nora | Phone-: +17023723923 | 7/28/2014 7:40:19 PM(UTC-5) | 1 |
| 61 | Nora | Phone-: +17023723923 | 8/12/2014 8:54:31 PM(UTC-5) | 2 |
| 62 | Nora | Phone-: +17023723923 | 10/18/2014 9:28:45 AM(UTC-5) | 3 |
| 63 | Nora | Phone-: +13059236939 | 10/18/2014 9:28:45 AM(UTC-5) | 3 |
| 64 | Oliveira  MS | Phone-Work: (956) 548-8530 | | |
| 65 | Pancho | Phone-General: (713) 566-0975 | | |
| 66 | Pooky | Phone-Mobile: (713) 443-2332 | | |
| 67 | Randy | Phone-: +19567783399 | 4/4/2015 10:57:17 PM(UTC-5) | 5 |
| 68 | Randy | Phone-Mobile: (956) 778-3399 | | |
| 69 | Reliant Energy | Phone-General: 1 (866) 222-7100 | | |
| 70 | Reymundo | Phone-Mobile: (956) 371-8562 | | |
| 71 | Ricky | Phone-iPhone: (956) 572-0758 | | |
| 72 | Ricky | Phone-: +19565720758 | 4/10/2015 11:08:15 AM(UTC-5) | 5 |
| 73 | Ricky | Phone-: +19565720758 | 2/16/2015 4:46:09 PM(UTC-6) | 4 |
| 74 | Scott | Phone-iPhone: (956) 778-0157 | | |
| 75 | Scott | Phone-: +19567780157 | 4/13/2015 10:41:04 AM(UTC-5) | 5 |
| 76 | Stringz | Phone-Work: (956) 546-5506 | | |
| 77 | Sue | Phone-: +19565457025 | 4/10/2015 1:06:41 PM(UTC-5) | 5 |
| 78 | Sue | Phone-Mobile: (956) 545-7025 | | |
| 79 | Susana | Phone-Mobile: (956) 320-3646 | | |
| 80 | Terri | Phone-Mobile: (918) 704-8288 | | |
| 1 | Terri | Phone-: +19187048288 | 1/1/2015 5:51:46 PM(UTC-6) | 5 |
| 2 | Tony | Phone-: +19564087124 | 4/11/2015 7:18:41 PM(UTC-5) | 5 |

| 83 | Tony | | Deleted |
| 34 | Waggintails | **Phone-Mobile:** +1 (956) 504-6559 | |
| 85 | Wellsfargo | **Phone-Work:** 1 (800) 869-3557 | |

EXHIBIT 62.3

# iMessage

| # | From | Body | Timestamp | Deleted |
|---|------|------|-----------|---------|
| 1 | | Pego a algo y el fender se esta callendo | 3/20/2015 4:26:24 PM(UTC-5) | Deleted |
| 2 | | El se lo lleva en la mañana | 3/20/2015 4:28:32 PM(UTC-5) | Deleted |
| 3 | +19564089429 | Yeah right | 3/21/2015 4:39:19 PM(UTC-5) | Deleted |
| 4 | | Please | 3/21/2015 4:41:20 PM(UTC-5) | Deleted |
| 5 | | Wingstop and seeds ? :D | 3/21/2015 4:41:20 PM(UTC-5) | Deleted |
| 6 | +19564089429 | Dile a brandy que te lleve | 3/21/2015 4:42:16 PM(UTC-5) | Deleted |
| 7 | +19564089429 | I'm not going anywhere | 3/21/2015 4:42:44 PM(UTC-5) | Deleted |
| 8 | | Okay | 3/21/2015 4:42:53 PM(UTC-5) | Deleted |
| 9 | | Mom | 3/21/2015 6:08:11 PM(UTC-5) | Deleted |
| 10 | | wingstop? | 3/22/2015 3:49:58 PM(UTC-5) | Deleted |
| 11 | +19564089429 | Just thinking of you!! ♥ ⬛️O | 3/29/2015 8:16:46 PM(UTC-5) | Deleted |
| 12 | | Thank you miss you too well have to catch up | 3/29/2015 8:33:52 PM(UTC-5) | Deleted |
| 13 | +19564089429 | Yes,hopefully soon | 3/29/2015 8:35:59 PM(UTC-5) | Deleted |
| 14 | | Happy Easter. Hope you and family have fun day. We need to catch up hopefully next week miss you | 4/4/2015 10:41:52 PM(UTC-5) | Deleted |
| 15 | +19564089429 | Thanks .yes we need to catch up ,have a lot to tell you!! I really miss you my friend ♥ ⬛️you | 4/4/2015 10:46:48 PM(UTC-5) | Deleted |
| 16 | +19564089429 | You still sure? | 4/7/2015 3:16:51 PM(UTC-5) | Deleted |
| 17 | | ⬛️ I'm gonna kick your ass! | 4/7/2015 3:18:10 PM(UTC-5) | Deleted |
| 18 | +19564089429 | What do you want, my ass? | 4/7/2015 3:19:01 PM(UTC-5) | Deleted |
| 19 | | Pinche nalga de flapjack | 4/7/2015 3:19:46 PM(UTC-5) | Deleted |
| 20 | +19564089429 | I have an asss!!!! | 4/7/2015 3:20:37 PM(UTC-5) | Deleted |
| 21 | +19564089429 | That was mom lmao | 4/7/2015 3:20:51 PM(UTC-5) | Deleted |
| 22 | | Patrick thought that was you | 4/7/2015 3:24:06 PM(UTC-5) | Deleted |
| 23 | | Hahahaha!!! | 4/7/2015 3:24:10 PM(UTC-5) | Deleted |
| 24 | +19564089429 | Me or mom? | 4/7/2015 3:34:20 PM(UTC-5) | Deleted |
| 25 | | You | 4/7/2015 3:57:26 PM(UTC-5) | Deleted |

GOVERNMENT EXHIBIT
62.3
17cr390
PENGAD 800-631-6989

| 26 |  | Don't hate me cause I'm pretty | 4/7/2015 3:57:41 PM(UTC-5) | Deleted |
|----|--|--|--|--|
| 27 | +19564089429 | ███ no esta prieta!! | 4/7/2015 3:58:23 PM(UTC-5) | Deleted |
| 28 | +19564089429 | Beautiful!! | 4/7/2015 4:01:21 PM(UTC-5) | Deleted |
| 29 |  | Cara de Rick | 4/7/2015 4:07:12 PM(UTC-5) | Deleted |
| 30 |  | Esta fea! | 4/7/2015 4:07:12 PM(UTC-5) | Deleted |
| 31 | +19564089429 | My nose or ███? | 4/7/2015 4:08:16 PM(UTC-5) | Deleted |
| 32 | +19564089429 | ███ es bien Bonita | 4/7/2015 4:08:41 PM(UTC-5) | Deleted |
| 33 | +19564089429 | Le dicen la chula | 4/7/2015 4:08:54 PM(UTC-5) | Deleted |
| 34 |  | Que chula que nada | 4/7/2015 4:09:20 PM(UTC-5) | Deleted |
| 35 | +19564089429 | Dice que eres celosa | 4/7/2015 4:10:28 PM(UTC-5) | Deleted |
| 36 |  | Me hablaron para un interview | 4/7/2015 4:11:28 PM(UTC-5) | Deleted |
| 37 |  | En Kirklands. Assistant Manager | 4/7/2015 4:11:28 PM(UTC-5) | Deleted |
| 38 | +19564089429 | Ya fuiste | 4/7/2015 4:13:08 PM(UTC-5) | Deleted |
| 39 |  | Friday | 4/7/2015 4:20:00 PM(UTC-5) | Deleted |
| 40 | +19564089429 | Ok | 4/7/2015 4:22:54 PM(UTC-5) | Deleted |
| 41 |  | Necesito ropa. | 4/7/2015 4:25:56 PM(UTC-5) | Deleted |
| 42 | +19564089429 | Two piece suit | 4/7/2015 4:27:02 PM(UTC-5) | Deleted |
| 43 |  | Nombre not for that job | 4/7/2015 4:27:45 PM(UTC-5) | Deleted |
| 44 | +19564089429 | Para que? | 4/7/2015 4:28:28 PM(UTC-5) | Deleted |
| 45 |  | A nice button up shirt and slacks no suit | 4/7/2015 4:34:56 PM(UTC-5) | Deleted |
| 46 | +19564089429 | Ponte traje | 4/7/2015 4:39:18 PM(UTC-5) | Deleted |
| 47 |  | Dile que me hable. Le quiero preguntar algo | 4/7/2015 8:16:48 PM(UTC-5) | Deleted |
| 48 | +19564089429 | Call Nora | 4/7/2015 8:18:11 PM(UTC-5) | Deleted |
| 49 | +19564089429 | (202) 308-1244 | 4/8/2015 7:38:34 AM(UTC-5) | Deleted |
| 50 | +19564089429 | Don't reply back | 4/8/2015 7:38:34 AM(UTC-5) | Deleted |
| 51 | +19564089429 | -███ | 4/8/2015 7:38:39 AM(UTC-5) | Deleted |
| 52 |  | Delete it | 4/8/2015 7:38:53 AM(UTC-5) | Deleted |

53  +19564089429  Okay                               4/8/2015 7:38:58 AM(UTC-5)      Deleted

EXHIBIT 64



## Extraction Report
Cellebrite UFED Reports

### Summary

| | |
|---|---|
| Connection Type | Cable No. 100 |
| Extraction start date/time | 4/17/2015 9:50:09 AM -05:00 |
| Extraction end date/time | 4/17/2015 9:54:06 AM -05:00 |
| Extraction Type | Logical |
| Extraction ID | C4AE379D-E5C2-43CC-976F-4CD01328F763 |
| Is encrypted | False |
| Report type | Phone |
| Selected Manufacturer | Samsung CDMA |
| Selected Device Name | SM-G900V Galaxy S5 |
| Unit Version | Software: 4.1.2.8 UFED PSP 2, Full Image: , Tiny Image: |
| Unit Identifier | Q4H72OYVOXFN2W2WATXNC |
| UFED Physical Analyzer version | 4.1.3.14 |
| Time zone settings (UTC) | UTC-6 (UTC-06:00) Chicago (America) |
| Examiner name | Special Agent Joe Mirino |
| Department | U.S. Department of Homeland Security |
| Agency | Homeland Security Investigations |
| Location | Brownsville, Texas |

GOVERNMENT
EXHIBIT
64
17cr390

### Device Information

| # | Name | Value | Del? |
|---|---|---|---|
| 1 | Client Used for Extraction | Yes | |
| 2 | DeviceInfoDetectedManufacturer | samsung | |
| 3 | DeviceInfoDetectedModel | SM-G900V | |
| 4 | DeviceInfoPhoneDateTime | 4/17/2015 9:49:29 AM -05:00 | |
| 5 | DeviceInfoRevision | 4.4.4 KTU84P G900VVRU1ANK7 | |
| 6 | ESN | 990004904849258 | |
| 7 | ICCID | 8914800000111 2937288 | |
| 8 | IMSI | 311480113209570 | |
| 9 | MSISDN | 2023081244 | |
| 10 | MSISDN Type | MDN | |
| 11 | SMS | SMS drafts and threads created using Hangouts as an SMS application, will not be extracted. | |

Page 1 of 2

Plugins

| # | Name | Author | Version |
|---|------|--------|---------|
| 1 | **UFED Logical Report Reader**<br>Reads the report generated by the UFED | Cellebrite | 2.0 |
| 2 | **Physical Analyzer Report Reader**<br>Reads report generated by the Physical Analyzer | Cellebrite | 2.0 |
| 3 | **Garbage Cleaner** | | |
| 4 | **DataFilesHandler**<br>Tags data files according to extensions and file signatures | Cellebrite | 2.0 |
| 5 | **ContactsCrossReference**<br>Cross references the phone numbers in a device's contacts with the numbers in SMS messages and Calls. Will fill in the Name field of calls and SMS if there's a match. | Cellebrite | 2.0 |
| 6 | **Analytics**<br>Generates the Analytics section information | Cellebrite | 2.0 |

Contents

# EXHIBIT 64.1

# Call Log

| # | Party | Time | Duration | Call Type |
|---|-------|------|----------|-----------|
| 1 | **From:** 3128601260 Michael O'Sullivan | 4/13/2015 9:40:27 AM(UTC-5) | 00:01:37 | Incoming |
| 2 | **From:** 7128989053 Tim Aberson | 4/13/2015 9:52:30 AM(UTC-5) | 00:00:38 | Incoming |
| 3 | **To:** 4047800460 Paul Jannuzzo | 4/15/2015 1:48:56 PM(UTC-5) | 00:02:16 | Outgoing |
| 4 | **To:** 3302246197 Sara Baker | 4/15/2015 1:51:25 PM(UTC-5) | 00:03:49 | Outgoing |
| 5 | **From:** 2023081858 John Aquilino | 4/15/2015 1:51:53 PM(UTC-5) | | Missed |

GOVERNMENT
EXHIBIT
64.1
17cr390

# EXHIBIT 64.2

# Contacts

| # | Name | Entries |
|---|---|---|
| 1 | #BAL - Check Balance | **Phone-Home:** #225 |
| 2 | #DATA - Data Used | **Phone-Home:** #3282 |
| 3 | #MIN - Minutes Used | **Phone-Home:** #646 |
| 4 | #PMT - Make a Payment | **Phone-Home:** #768 |
| 5 | #'s Frederick | **Email-:** FWGooding@comcast.net |
| 6 | #UPG - Upgrade Eligibility | **Phone-Home:** #874 |
| 7 | <christopher.owen@pncmortgage.com> | **Email-:** christopher.owen@pncmortgage.com |
| 8 | <dnaiser@lnvinc.com> | **Email-:** dnaiser@lnvinc.com |
| 9 | <hugo.barrientos@cepa.gob.sv> | **Email-:** hugo.barrientos@cepa.gob.sv |
| 10 | <mflores@elsalvador.org> | **Email-:** mflores@elsalvador.org |
| 11 | Aberson  Michelle | **Phone-Mobile:** +1 (712) 898-9190 |
| 12 | Aberson  Tim | **Phone-Home:** 1 712-898-9053 |
| | | **Email-Home:** achiro@tcaexpress.net |
| 13 | Aberson Michelle | **Email-:** maberson@s-obrien.k12.ia.us |
| 14 | Aberson Tim | **Email-:** aberson@tcaexpress.net |
| 15 | achiro@tcaexpress.net | **Email-:** achiro@tcaexpress.net |
| 16 | Admin | **Email-:** amschuur@aol.com |
| 17 | Akiyama Dean | **Email-:** akiyamadm@cpp.co.id |
| 18 | Al Sahtout Haydar H | **Email-:** gm@fulkaqua.com |
| 19 | albert@barcom.cc | **Email-:** albert@barcom.cc |
| 20 | albert@welbel.com | **Email-:** albert@welbel.com |
| 21 | Alireza Emran | **Email-:** emran@xenel.com |
| 22 | Almajed Zeyad | **Email-:** zeyadalmajed@yahoo.com |
| 23 | Altizer Mimi | **Email-:** Mimi.Altizer@stewart.com |
| 24 | Amador Rosie | **Email-:** ramador@kantacklawoffice.com |
| 25 | AMSCHUUR@aol.com | **Email-:** amschuur@aol.com |
| 26 | Angie | **Email-:** angie@angiemayer.com |
| 27 | Ann & Doug | **Email-:** dlh0343@aol.com |
| 28 | Annie SC | **Phone-Mobile:** (803) 764-1918 |
| 29 | Antoni Deborah | **Email-:** D-Antoni@msn.com |
| 30 | Aquilino  Mary | **Phone-Mobile:** (301) 467-7069 |
| 31 | Aquilino John | **Email-:** john_aquilino@msn.com |
| 32 | Aquilino John | **Phone-Mobile:** (202) 308-1858 |
| 33 | Aquilino John | **Email-:** johnaquilino732@gmail.com |
| 34 | Aquilino Thomas | **Email-:** tma212@gmail.com |
| 35 | Aquilino Tommy | **Phone-Mobile:** (301) 955-6432 |
| 36 | Arai Sannoshin | **Email-:** sunno-go@abox3.so-net.ne.jp |
| 37 | Arai Sannoshin | **Email-:** sanchan33333333@docomo.ne.jp |
| 38 | ariel@misickstanbrook.tc | **Email-:** ariel@misickstanbrook.tc |
| 39 | Arredondo Marco | **Email-:** marcoaa@prodigy.net |
| 40 | At&t | **Phone-Mobile:** 1 (800) 331-0500 |
| 41 | Atira | **Phone-Mobile:** +12402520828 |
| 42 | Avila Dr. | **Phone-Home:** (361) 994-0310 |
| 43 | AZunca | **Email-:** azunca4prevent@aol.com |
| 44 | Baker Sara | **Phone-Mobile:** (330) 224-6197 |
| 45 | Baker Sara | **Email-:** s.jd.bakers@gmail.com |
| 46 | Baker Sara | **Email-:** s.jd.bakers@gmail.com |
| 47 | Baker Sara | **Email-:** sjb.gbt@gmail.com |

GOVERNMENT
EXHIBIT
64.2
17cr390

| 48 | Baker Sara | Email-: sjb.gbt@gmail.com |
| 49 | Barlow Margaret | Email-: mbarlow@shrimpimprovement.com |
| 50 | Barnes Lee | Email-: leebbarcom@outlook.com |
| 51 | Bassuener AJ | Email-: ajbassuener.ai@gmail.com |
| 52 | Bassuener Alan | Email-: bassuener72@gmail.com |
| 53 | Baxley Jackie | Email-: jackie.baxley@stewart.com |
| 54 | Bearden Steve | Email-: sbearden@rgv.rr.com |
| 55 | Berman Ron | Email-: bermaninvestments@yahoo.com |
| 56 | Bieda William | Email-: WilliamBieda@aol.com |
| 57 | Bielawski Julian | Email-: jbielawski@lnvinc.com |
| 58 | Blake Dixie | Email-: dixblake@gmail.com |
| 59 | Blanchard Kenn | Phone-Mobile: (202) 437-1972 |
| | | Email-Home: blackmanwithagun@gmail.com |
| 60 | Boehmer Angie | Email-: aboehmer@wctatel.net |
| 61 | Boehmer Jim | Email-: jboehmer@wctatel.net |
| 62 | Boehmer Jim | Email-: jimboehmer38@gmail.com |
| 63 | Bollinger Freddy | Email-: wfb82471@gmail.com |
| 64 | Booser Daniel J | Email-: dbooser@mdanderson.org |
| 65 | Bosco Brent J. | Email-: bbosco70@yahoo.com |
| 66 | Bowman Deanna | Email-Home: deannagailbowman@gmail.com |
| | | Email-: deanna@troygilesrealty.com |
| 67 | Brittney | Email-: brittneyfuller@live.com |
| 68 | Broin Jeff | Email-: jeff.broin@poet.com |
| 69 | Broin Jeff | Phone-Mobile: (605) 310-9200 |
| | | Phone-Home: (605) 965-2201 |
| 70 | Campos Luis | Email-: lcampos@oncologyconsultants.com |
| 71 | cangrejo lina. | Email-: lina.cangrejo@gmail.com |
| 72 | Carmon Lior | Email-: lior.carmon@vaxilbio.com |
| 73 | Casey | Phone-Mobile: (240) 401-8963 |
| | | Email-Home: casey@candminterior.com |
| 74 | Castro Jaime | Phone-Home: (301) 943-2360 |
| 75 | cchunt@premieronline.net | Email-: cchunt@premieronline.net |
| 76 | cctxjo418@talkmatch.com | Email-: h6zwrXctUD1kKuxg8QCNlCgHs2X3MkEz@talkmatch.com |
| 77 | Chapa Joe | Email-: jrchapa@pazresources.com |
| 78 | Chapa Joseph R. | Email-: jrchapa7@gmail.com |
| 79 | christmasyulya | Email-: christmasyulya@yahoo.com |
| 80 | Cisneros Gil | Email-: gil@chamberoftheamericas.com |
| 81 | City Cab | Phone-Home: (703) 625-9898 |
| | | Phone-Work: (703) 542-8294 |
| 82 | Clinic Paullina Chiropractic | Email-: tagaberson@gmail.com |
| 83 | Clinic Paullina Chiropractic | Email-: achiro@tcaexpress.net |
| 84 | Cobler Nathan | Email-: ncobler@lnvinc.com |
| 85 | Cohen Peter A. | Email-: Cohen.Peter@mayo.edu |
| 86 | Cohen Peter A. | Email-: Cohen.Peter@mayo.edu |
| 87 | com CustomInk. | Email-: service@customink.com |
| 88 | com wwdkw740@ gmail. | Email-: wwdkw740 |
| 89 | Connie | Phone-Mobile: 1 (956) 592-4429 |
| 90 | Cornett Elaine | Email-: elcornett@aol.com |
| 91 | Cortez Georgina | Email-: ginacortez3315@yahoo.com |

| 92 | Courtney Robert | **Email-:** ecorusaquafarms@gmail.com |
| 93 | Cremation Bill's | **Phone-Mobile:** (361) 205-0463 |
| 94 | Cropper Joanne | **Email-:** joanne@ibenefitsolutions.com |
| 95 | Cynthia | **Email-:** Cynthiabookhart@gmail.com |
| 96 | Cynthiabookhart@gmail.com | **Email-:** cynthiambahia@aol.com |
| 97 | Dastigar | **Email-:** dsamee@dmsvisainternational.com |
| 98 | Dastigar | **Email-:** dsamee@dmsvisainternational.com |
| 99 | dave@barcom.cc | **Email-:** dave@barcom.cc |
| 100 | Davis  Betty | **Phone-Home:** (301) 972-8542 |
| 101 | Davis Betty | **Phone-Mobile:** 1 (301) 512-3846 |
| 102 | Davis Lakisha | **Email-:** lakisha_davis@ftn.fedex.com |
| 103 | Demidenko Yana A | **Email-:** yad@lapointeandcompany.com |
| 104 | Desrochers-O'Sullivan Elan | **Email-:** taiga.sionnaich.ashe23@gmail.com |
| 105 | Deutrich Kirk | **Email-:** kdeutrich@gmail.com |
| 106 | dgregory@mercerconstco.com | **Email-:** dgregory@mercerconstco.com |
| 107 | Dickson Tracy | **Email-:** tracydick4281@gmail.com |
| 108 | Divers Josephine A | **Email-:** Josephine.Divers@usoncology.com |
| 109 | dkjohnson3@verizon.net | **Email-:** dkjohnson3@verizon.net |
| 110 | DL | **Email-:** dlemor@pobox.com |
| 111 | DO Pierce | **Email-:** pierce.d.o123@gmail.com |
| 112 | Dr Oshaughnausee After Hours | **Phone-Mobile:** (214) 370-1000 |
| 113 | Driver Larry ISSAC'S | **Phone-Mobile:** (301) 535-1855 |
| 114 | DrMignott | **Email-:** hmignott@comcast.net |
| 115 | Duffy Timothy | **Email-:** timd2020@gmail.com |
| 116 | Dykstra Gilbert | **Email-:** gndfarms@msn.com |
| 117 | Echols Branch | **Email-:** branchechols@live.com |
| 118 | Elwood Mary | **Email-:** melwood3913@icloud.com |
| 119 | Elwood Mary M | **Email-:** ELWOOD@cua.edu |
| 120 | ESTATE Mimi Real | **Phone-Mobile:** (361) 463-6673 |
| 121 | Eye Insitute | **Phone-Home:** (361) 991-3800 |
| 122 | faris.alshamali@tusdeer.com | **Email-:** faris.alshamali@tusdeer.com |
| 123 | Fausel Stephen | **Email-:** quakingcreek@gmail.com |
| 124 | Fay Jessica | **Email-:** JFAY@mtb.com |
| 125 | Feldman Richard | **Email-:** sogfeld@usa.net |
| 126 | Feldman Richard | **Email-:** mls@usa.net |
| 127 | Figueras  Eduardo | **Phone-Mobile:** (561) 379-0384 |
| 128 | Figueras Eduardo | **Email-:** eduardofigueras@me.com |
| 129 | Figueras Eduardo | **Email-:** eduardofigueras@me.com |
| 130 | Figueras Eduardo | **Phone-Mobile:** 5613790384 |
| | | **Email-:** eduardofigueras@mac.com |
| 131 | Figueras Eduardo | **Email-:** eduardofigueras@mac.com |
| 132 | Figueras Eduardo | **Email-:** eduardofigueras@mac.com |
| 133 | Figueras Teresa | **Email-:** terenoemi@mac.com |
| 134 | Fish Edison TCI Bone | **Phone-Mobile:** (649) 243-7422 |
| 135 | Fisher Doug | **Email-:** doug@acalapartners.com |
| 136 | Flynn Chris | **Email-:** flynn351@hughes.net |
| 137 | FLYNN CHRIS | **Email-:** flynn351@hughes.net |
| 138 | Flynn Chris | **Phone-Mobile:** (319) 330-6241 |
| 139 | Freeman Chas | **Email-:** cwfresidence@gmail.com |
| 140 | Freund Penny | **Email-:** PFreund@uhc.com |
| 141 | Funes Gerardo | **Email-:** gerardo@usmcoc.org |

| | | |
|---|---|---|
| 142 | Fusa Hajime | **Email-:** hfusa@abox3.so-net.ne.jp |
| 143 | Fusa Karen | **Email-:** fusakaren@outlook.com |
| 144 | Fusa Koji | **Phone-Home:** +44 7932 182248 |
| | | **Phone-Work:** +81 90 7220 7746 |
| 145 | Fusa Yoko | **Email-:** yokofusa@googlemail.com |
| 146 | Fusa Yoko | **Email-:** yokofusa@gmail.com |
| 147 | Gager Dennis | **Email-:** dgager@arizoncompanies.com |
| 148 | Garcia Casandra | **Email-:** Casandra.Garcia@texasagriculture.gov |
| 149 | Garza Yoli | **Email-:** ygarza@kantacklawoffice.com |
| 150 | Gendler Sandra J., Ph.D. | **Email-:** gendler.sandra@mayo.edu |
| 151 | Gendler Sandra J., Ph.D. | **Email-:** Gendler.Sandra@mayo.edu |
| 152 | George Ryan | **Email-:** rgeorge@nfmlending.com |
| 153 | gibbons victoria | **Email-:** victoria.a.gibbons@gmail.com |
| 154 | Gibbons Victoria | **Phone-Mobile:** +1 (301) 633-9626 |
| 155 | Gibbons Victoria | **Phone-Mobile:** +13016339626 |
| 156 | Gibbons Victoria | **Email-:** victoria.a.gibbons@gmail.com |
| 157 | Gibbons Victoria | **Phone-Home:** (301) 633-9626 |
| 158 | Gmail | **Email-:** edtigerbrogan@gmail.com |
| 159 | Goffman Stuart | **Email-:** stuartgoffman@msn.com |
| 160 | Gomez Julio | **Email-:** jgomez@spikesford.net |
| 161 | Gooding Fred | **Email-:** goodinggreenenergy@inbox.com |
| 162 | Groe Steve | **Email-:** groeelectric@wctatel.net |
| 163 | Groe Steve | **Phone-Home:** 1 641-592-8282 |
| | | **Phone-Work:** 1 641-590-4647 |
| | | **Email-Home:** groeelectric@wctatel.net |
| 164 | Groe Steve | **Phone-Home:** (641) 592-8282 |
| | | **Phone-Work:** (641) 590-4647 |
| 165 | Group Ron Berry The AMIT | **Email-:** ron@amit.co.il |
| 166 | Grudev George | **Email-:** grudevg@troycorp.com |
| 167 | Hall Martha S. | **Email-:** Hall.Martha@mayo.edu |
| 168 | Harvin  John | **Phone-Mobile:** (321) 720-6516 |
| 169 | Harvin John | **Email-:** jlh.gbt@gmail.com |
| 170 | Harvin John | **Email-:** johnharvin@msn.com |
| 171 | Harvin Nick | **Email-:** nlh.gbt@gmail.com |
| 172 | Harvin Nick | **Email-:** nickharvin@hotmail.com |
| 173 | Harvin Nick | **Phone-Mobile:** +13217595931 |
| 174 | Harvin Nick | **Email-:** nlh.gbt@gmail.com |
| 175 | Hause Gene | **Email-:** hausegene@gmail.com |
| 176 | Hause Katherine | **Email-:** hausekatherine@gmail.com |
| 177 | hawkins stacy | **Email-:** shawkins@nexgreen.com |
| 178 | Hawkins Stacy | **Email-:** StacyHawkins@trugreenmail.com |
| 179 | Held Cory | **Email-:** coryheldrealtor@bellsouth.net |
| 180 | Hemingways | **Phone-Mobile:** (361) 729-7555 |
| 181 | Hicks Matt | **Email-:** mhicks@arizoncompanies.com |
| 182 | hill edward | **Email-:** ehill65@gmail.com |
| 183 | Hk????? | **Email-:** 1791176328@qq.com |
| 184 | Ho May | **Email-:** new0402@gmail.com |
| 185 | Hollander Georg | **Email-:** georg.hollander@paediatrics.ox.ac.uk |
| 186 | Holmes Noel | **Email-:** Noel994@aol.com |
| 187 | Holowaty Kelly | **Email-:** kelly.holowaty@pacificnortherncapital.com |
| 188 | Holowaty Kelly | **Email-:** kelly@pncapitalllc.com |
| 189 | Hooper Candice Shy | **Email-:** contango@mac.com |

| | | |
|---|---|---|
| 190 | hospital VCA Emergency ANIMAL | Phone-Mobile: (361) 994-1145 |
| 191 | Houghton Paul | Email-: paulhoughton@primateproducts.com |
| 192 | Howell Laurie | Email-: Laurie.Howell@utb.edu |
| 193 | HS Toronto | Phone-Mobile: (647) 689-2979 |
| 194 | Huddleston Carol Simons | Email-: csimonshuddleston@icloud.com |
| 195 | Huisman Noah | Email-: nhuisman09@ole.augie.edu |
| 196 | Hunter Annie | Phone-Mobile: (240) 210-4414 |
| 197 | Ihle John | Email-: jlihle@tcaexpress.net |
| 198 | iladak@ProjectsInternational.com | Email-: iladak@projectsinternational.com |
| 199 | Illeilag Chris | Phone-Mobile: (301) 633-8182 |
| 200 | Inc WASA | Email-: wasainc@gmail.com |
| 201 | Inc. Groe Electric | Email-: groeelec@wctatel.net |
| 202 | Inc. Groe Electric | Email-: groeelectric@wctatel.net |
| 203 | Inc. United Airlines | Email-: unitedairlines@united.com |
| 204 | information | Email-: information@regdresources.com |
| 205 | Information Customer | Email-: Customer.Information@cs.oag.state.tx.us |
| 206 | International Washington | Email-: jpschwartz@washfin.com |
| 207 | International Washington | Email-: jpschwartz@washfin.com |
| 208 | Issac | Phone-Home: 1 240-416-6453 |
| 209 | Jaenike Fritz | Email-: fritz.jaenike@gmail.com |
| 210 | Jannuzzo Paul | Phone-Mobile: (404) 780-0460 |
| | | Email-Home: pfjannuzzo@kronstadtadvisory.com |
| 211 | Jannuzzo Paul | Email-: pfjannuzzo@kronstadtadvisory.com |
| 212 | Jannuzzo Paul F. | Email-: jannuzzo.gbt@gmail.com |
| 213 | Jannuzzo Paul F. | Email-: pjannuzzo@mgsuber.com |
| 214 | Jason | Phone-Mobile: (301) 305-9888 |
| 215 | Jeltema Karen | Email-: lkjelt@orangecitycomm.net |
| 216 | Jewels Royal | Email-: customerservice@royaljewels.net |
| 217 | jimesal | Email-: jimesal@gmail.com |
| 218 | Joanne | Email-: joanne@jtminternational.us |
| 219 | Joanne | Email-: joanne@jtminternational.us |
| 220 | Joe Preimer Pest Control - | Phone-Mobile: (301) 881-8187 |
| 221 | Johnson Deborah | Phone-Mobile: +1 (301) 335-8637 |
| 222 | Johnson Thomas | Email-: tjandsar@gmail.com |
| 223 | Johnson Thomas | Email-: animal.shelter.architect@gmail.com |
| 224 | Johnson Zakariah | Email-: zakariah.johnson@gmail.com |
| 225 | Jones Suzzy | Email-: suzzy_jones@yahoo.com |
| 226 | Joshua | Phone-Mobile: (979) 732-0859 |
| 227 | JSells | Email-: jsells@mtcnet.net |
| 228 | Juarez Lorenzo | Email-: lorenzojuarez@yahoo.com |
| 229 | Juarez Lorenzo | Email-: ljuarez@shrimpimprovement.com |
| 230 | Judkins Jeff | Phone-Home: (361) 205-0544 |
| 231 | Justin | Phone-Mobile: (361) 443-0115 |
| 232 | jyo.jyo.house@rhythm.ocn.ne.jp | Email-: jyo.jyo.house@rhythm.ocn.ne.jp |
| 233 | K58SHAFFER@YAHOO.COM | Email-: K58SHAFFER@yahoo.com |
| 234 | Kantack Ramona | Email-: ramona@kantacklawoffice.com |
| 235 | Karr Paul | Email-: pmktropical@bellsouth.net |
| 236 | Kato Yoshihiro | Email-: yk@hklawdc.com |
| 237 | Kato Yoshihiro | Phone-Mobile: (571) 225-4051 |
| 238 | Kazuhito Shinohara | Email-: kazuhito1117@gmail.com |
| 239 | Kazunari Tsutsumi塘 | Email-: kazunari.tsutsumi@tk.pacific.co.jp |
| 240 | Keyes John | Phone-Mobile: 9256398829 |

| 241 | Keyes John | **Email-:** jpke@msn.com |
|-----|-----------|--------------------------|
| 242 | Kickstarter Reply Through | **Email-:** m04qv7p25likr9d38d6757dd73285b6a5d2df42304fdc@reply.kickstarter.com |
| 243 | kliearthmovers@aol.com | **Email-:** kliearthmovers@aol.com |
| 244 | koji.fusa@sandringhamcp.com | **Email-:** koji.fusa@sandringhamcp.com |
| 245 | Kolynchuk Ray | **Email-:** rayk@globalcapitalinnovation.com |
| 246 | Kurdi Mohammed A. | **Email-:** mkurdi@xenel.com |
| 247 | Kwestec | **Email-:** kwestec@gmail.com |
| 248 | La pointe steve | **Email-:** sclapointe@aol.com |
| 249 | LaPointe  Steve | **Phone-Mobile:** 3019228130 |
| 250 | LaPointe Stephen | **Email-:** scl.gbt@gmail.com |
| 251 | LaPointe Stephen | **Email-:** scl.gbt@gmail.com |
| 252 | LaPointe Stephen C. | **Email-:** scl@lapointeandcompany.com |
| 253 | lapointe Steve | **Email-:** scl@lapointeandcompany.com |
| 254 | LaPointe Steve | **Email-:** sclapointe@aol.com |
| 255 | Lautt Jeff | **Email-:** Jeff.Lautt@poet.com |
| 256 | Lawyer Richard Leshin -estate | **Phone-Mobile:** (361) 561-8000 |
| 257 | lbarrera@rabalais.com | **Email-:** lbarrera@rabalais.com |
| 258 | Lee José Luis | **Email-:** auageol@gmail.com |
| 259 | leeb@barcom.cc | **Email-:** leeb@barcom.cc |
| 260 | Lenscrafters | **Phone-Home:** (361) 994-0210 |
| 261 | Lerch Michael | **Email-:** lerch@evofund.com |
| 262 | Liddell John | **Email-:** johnliddell@ravensworth.org |
| 263 | Lincoln Alicia | **Email-:** alicialincoln201@gmail.com |
| 264 | line Cap 1 FRAUD | **Phone-Mobile:** 1 800-215-1921 |
| 265 | Lisa | **Email-:** littlejohnalex@nokiamail.com |
| 266 | LLC. Pool Medic | **Email-:** joe@thepoolmedicllc.com |
| 267 | Lmb.gbt@gmail.com | **Email-:** Lmb.gbt@gmail.com |
| 268 | lorca eduardo | **Email-:** eduardolorca2@yahoo.com |
| 269 | lorijeanne@mac.com | **Email-:** lorijeanne@mac.com |
| 270 | Love Peggy | **Email-:** plove7701@gmail.com |
| 271 | Lyons Will | **Email-:** will.lyons@rangerexcavating.com |
| 272 | Mac Absolute | **Phone-Work:** (301) 417-0600 |
| 273 | MacFadden DK | **Email-:** dkmacfadden@rogers.com |
| 274 | Majano Sara | **Email-:** sara.majano@cepa.gob.sv |
| 275 | makiko1@i.softbank.jp | **Email-:** makiko1@i.softbank.jp |
| 276 | Manley Christopher | **Email-:** cbm.gbt@gmail.com |
| 277 | Mansah Juliet | **Email-:** juliet4passion@yahoo.com |
| 278 | Marfani Masood | **Email-:** mmarfani@xenel.com |
| 279 | Martin John | **Email-:** jmartin@hotelzaza.com |
| 280 | Martinez Yolanda | **Email-:** ymartinez@proesa.gob.sv |
| 281 | Marx Frank | **Email-:** fmmarx@marximports.com |
| 282 | Mayer Angie | **Email-:** angie@empirecart.com |
| 283 | Mayer Matt | **Email-:** matt@mgpfarms.com |
| 284 | McAllister Jim | **Email-:** jgmcallister@comcast.net |
| 285 | McDaniel Ross | **Email-:** drross@sportschiros.com |
| 286 | McDaniel Ross | **Phone-Mobile:** (605) 261-8823 <br> **Email-:** rossmcdaniel.ai@gmail.com |
| 287 | Mcfarren Peter | **Email-:** mcfarrenpeter@yahoo.com |
| 288 | Mcfarren Peter | **Email-:** mcfarrenpeter@yahoo.com |
| 289 | Mejia Miguel | **Email-:** miguel.mejia@cepa.gob.sv |

| 290 | Melissa The Strand | Phone-Mobile: +1 (361) 729-6231 |
| 291 | Mellissa | Phone-Home: (361) 729-6231 |
| 292 | Messling Joelle | Email-: Joelle.Messling@poet.com |
| 293 | Michelle | Phone-Mobile: (361) 633-7879 |
| 294 | Millard Jim | Phone-Home: (641) 919-8784 |
| 295 | Mitchell Connie | Email-: Mitconnie@gmail.com |
| 296 | mjd.gbt@gmail.com | Email-: mjd.gbt@gmail.com |
| 297 | mjdickin@hotmail.co.uk | Email-: mjdickin@hotmail.co.uk |
| 298 | mmercer@mercerconstco.com | Email-: mmercer@mercerconstco.com |
| 299 | Moeckel Josh | Email-: jolm.gbt@gmail.com |
| 300 | Monroe Dick | Email-: wrm.gbt@gmail.com |
| 301 | Monroe Dick | Email-: dickmonroe@cfl.rr.com |
| 302 | Monroe Dick | Email-: dickmonroe@cfl.rr.com |
| 303 | Monroe Lorene | Email-: lm@cfl.rr.com |
| 304 | Monroe Lorene | Email-: lm@cfl.rr.com |
| 305 | Morinigo Andres | Email-: amorinigo85@gmail.com |
| 306 | Morinigo Andres Daniel | Email-: AMorinigo@imf.org |
| 307 | Murphy Kathleen | Email-: kmurphyva@icloud.com |
| 308 | Murphy Michael | Email-: mjmurphy61@hotmail.com |
| 309 | Nagamori Hideaki | Email-: hideaki_nagamori_0912@yahoo.co.jp |
| 310 | Nahr Leonard | Phone-Home: (301) 606-3168 |
| 311 | Nahr Leonard | Phone-Mobile: (301) 606-3168 |
| 312 | national4doors@aol.com | Email-: national4doors@aol.com |
| 313 | NELSON Cy | Email-: cynelson@mac.com |
| 314 | NELSON Cy | Email-: cynelson@me.com |
| 315 | NGOC THANH DINH | Email-: dinhngocthanhct@gmail.com |
| 316 | Nicholas Kirk | Email-: entegriti1@yahoo.com |
| 317 | Nicholas Wayde | Email-: Wayde.Nicholas@sustainablespi.com |
| 318 | Nicholas Wayde | Email-: wnicholas65@gmail.com |
| 319 | Nicholas Wayde | Email-: wayde@latamerspirits.com |
| 320 | Nichols Wayde | Phone-Home: (210) 219-1742 |
| 321 | nimer ashraf | Email-: ashraf_nimer@hotmail.com |
| 322 | Omni | Phone-Mobile: (361) 887-1600 |
| 323 | Omni | Phone-Mobile: (361) 887-1600 |
| 324 | O'Sullivan Elan | Phone-Mobile: (647) 991-9274 |
| 325 | O'Sullivan Michael | Phone-Mobile: (312) 860-1260 |
| 326 | O'Sullivan Michael | Email-: michael@humanesociety.com |
| 327 | O'SULLIVAN Pearce | Phone-Mobile: 4168226488 |
| 328 | Parvizi Arya | Email-: APARVIZI@mtb.com |
| 329 | Pederson Tyra | Email-: tpederson@kantacklawoffice.com |
| 330 | Perez  Melva | Phone-Mobile: (240) 271-0701 |
| 331 | phillipsalge@gmail.com | Email-: phillipsalge@gmail.com |
| 332 | Pierce Cheryl | Email-: cheryl@piercecoinsurance.com |
| 333 | Platt Alexander | Email-: aplatt@projectsinternational.com |
| 334 | Pools Browning | Phone-Mobile: 1 800-723-0200 |
| 335 | Potter John | Email-: johnpotter@quinnemanuel.com |
| 336 | pribumi@aol.com | Email-: pribumi@aol.com |
| 337 | Pruski Robert | Email-: robertp@barcom.cc |
| 338 | QM ADP | Phone-Mobile: 1 800-238-2729 |
| 339 | rberman@raybecltd.com | Email-: rberman@raybecltd.com |
| 340 | RE Mimi Rose Key Allegro | Email-: mimirosepropertycomments@aol.com |

| 341 | Reck Jeff | **Email-:** jreck@lnvinc.com |
| 342 | reneedhillon | **Email-:** reneedhillon@gmail.com |
| 343 | Repair Govberg Watch | **Email-:** Service@govbergwatchrepair.com |
| 344 | Reynolds Ken | **Email-:** contraq@aol.com |
| 345 | Reynolds Kenny | **Phone-Mobile:** +1 (540) 295-1940 |
| 346 | Riggs Allen | **Email-:** allencriggs@yahoo.com |
| 347 | Rob | **Phone-Mobile:** 1 240-285-6445 |
|  |  | **Phone-Home:** 1 301-698-8998 |
|  |  | **Phone-Work:** 1 240-285-6445 |
| 348 | Robbert John | **Email-:** john@robbertlaw.com |
| 349 | robertp@alman.cc | **Email-:** robertp@alman.cc |
| 350 | Robison Mimi | **Email-:** mimiroserealtor@aol.com |
| 351 | ROME JOHN | **Phone-Mobile:** (361) 790-9200 |
| 352 | Rooks Mills | **Email-:** npcm601@yahoo.com |
| 353 | Rosenberg  William | **Phone-Home:** (816) 363-2500 |
| 354 | rschiffhauer@aegl.net | **Email-:** rschiffhauer@aegl.net |
| 355 | Ruark Doug | **Email-:** doug@regdresources.com |
| 356 | Ruark Doug | **Email-:** druark@regdresources.com |
| 357 | Ruiz Matie | **Email-:** matieruiz@doslogistics.com |
| 358 | rumpf Doug | **Email-:** Doug@browningpools.com |
| 359 | Rundles Lolita | **Email-:** lrundles@hotelzaza.com |
| 360 | Rushing Ben | **Email-:** repreply@boggusrgv.dsmessage.com |
| 361 | Rushing Rita | **Email-:** rrushing@shrimpimprovement.com |
| 362 | Russell Sheri | **Email-:** sarandtj@gmail.com |
| 363 | Russell Sheri | **Email-:** Sheri.Russell@investfinancial.com |
| 364 | S Nicole | **Email-:** dantuono_armandoc@nokiamail.com |
| 365 | Salmaron Samuel | **Phone-Mobile:** 1 (240) 426-5597 |
| 366 | Salmon Jim | **Email-:** jimesal@gmail.com |
| 367 | Salmon Jim | **Phone-Home:** 1 407-620-6283 |
|  |  | **Email-Home:** jes.gbt@gmail.com |
| 368 | Salmon Jim | **Email-:** jimesal1@earthlink.net |
| 369 | Salmon Jim | **Email-:** Jim.Salmon@sustainablespi.com |
| 370 | Salmon Jim | **Email-:** jimesal1@earthlink.com |
| 371 | Salmon Jim | **Email-:** jes.gbt@gmail.com |
| 372 | Salmon Jim | **Email-:** jes.sspinternational@gmail.com |
| 373 | Salmon Jim | **Email-:** jimesal1@earthlink.net |
| 374 | Salmon Sean | **Email-:** phatcabbage@gmail.com |
| 375 | Salmon Teresa | **Email-:** td1salmon@gmail.com |
| 376 | Salmon Teresa | **Email-:** teresa_salmon@hotmail.com |
| 377 | Sancho Javier Garcia | **Email-:** jgarcia@horwath.com.mx |
| 378 | santa yulya. | **Email-:** yulya.santa@yahoo.com |
| 379 | santiago@puertodelsolcondos.com | **Email-:** santiago@puertodelsolcondos.com |
| 380 | Schlebach Erick | **Email-:** eschlebach@satx.rr.com |
| 381 | Schmidt Robert | **Email-:** robert.schmidt@logwin-logistics.com |
| 382 | sclapointecpa@gmail.com | **Email-:** sclapointecpa@gmail.com |
| 383 | Screening Fantasys Client | **Email-:** clients@fantasysclientscreening.com |
| 384 | Scura Ed | **Email-:** edscura@aol.com |
| 385 | Seafood Seaology | **Email-:** seaologyseafood@geusnet.com |
| 386 | Seaman Tom | **Email-:** tom.seaman@undercurrentnews.com |
| 387 | Sells John | **Email-:** jdsc384@gmail.com |
| 388 | Sells John | **Phone-Mobile:** 7122981741 |
| 389 | Sells Michael | **Email-:** michaeljwsells@gmail.com |

| | | |
|---|---|---|
| 390 | Selvum Kuben | **Email-:** kuben.selvum@logwin-logistics.com |
| 391 | Service Orvis Customer | **Email-:** customerservice@orvis.com |
| 392 | Shahid Waqas | **Email-:** mwaqas@xenel.com |
| 393 | Shanahan Jason | **Email-:** jshanahan88@gmail.com |
| 394 | Shanahan Jason | **Email-:** jms.gbt@gmail.com |
| 395 | shelter-architect@rcn.com | **Email-:** shelter-architect@rcn.com |
| 396 | Silver D | **Email-:** dkhiho@yahoo.com |
| 397 | Smith Jeffrey | **Email-:** jeffreys.smith@fda.hhs.gov |
| 398 | Smith Jeffrey S | **Email-:** JeffreyS.Smith@fda.hhs.gov |
| 399 | Smith John Da Grosa | **Email-:** jdsmith@smithhorvath.com |
| 400 | smith sophia | **Email-:** sophia_smith69@yahoo.com |
| 401 | Smith Velveth | **Email-:** vds@lapointeandcompany.com |
| 402 | Snowden Jeff G. | **Email-:** jsnowden@capexconsulting.com |
| 403 | Soehngen Tom | **Email-:** tsoehngen@arizoncompanies.com |
| 404 | Soehngen Tom | **Phone-Mobile:** (314) 518-4969 |
| | | **Email-Work:** tsoehngen@arizoncompanies.com |
| 405 | Sokoll Michael | **Email-:** sokoll@cox.net |
| 406 | Solari | **Email-:** dr.solari@hotmail.com |
| 407 | Solari Kurt | **Phone-Mobile:** (406) 544-2168 |
| | | **Email-Home:** kurtsolari.ai@gmail.com |
| 408 | Sollitto Nick | **Phone-Mobile:** (301) 312-9449 |
| | | **Email-Home:** nts2@hood.edu |
| 409 | Sollmangrp | **Email-:** sollmangrp@gmail.com |
| 410 | Sollmangrp | **Email-:** sollmangrp@gmail.com |
| 411 | Sons Lowe And | **Phone-Mobile:** (301) 865-4490 |
| 412 | SOUZA HELIO | **Email-:** souza0610@gmail.com |
| 413 | Spigler Debbie | **Phone-Mobile:** 3013129143 |
| 414 | Spigler Debra K | **Email-:** Debra_K_Spigler@mcpsmd.org |
| 415 | srw.gbt@gmail.com | **Email-:** srw.gbt@gmail.com |
| 416 | Staermose Tim | **Email-:** staermo@gmail.com |
| 417 | STARK DAVID M STL [AG/1000] | **Email-:** david.m.stl.stark@monsanto.com |
| 418 | STONE RICHARD N | **Email-:** southstones@sbcglobal.net |
| 419 | Strandberg Rebecca N. | **Email-:** firm@strandberglaw.net |
| 420 | Strauss Diane | **Email-:** diane@straussbrands.com |
| 421 | Strauss Diane | **Phone-Mobile:** (414) 915-8866 |
| | | **Email-:** diane@straussveal.com |
| 422 | Strauss Randy | **Phone-Mobile:** (414) 899-8888 |
| | | **Phone-Work:** (414) 421-5250 |
| | | **Email-:** randy@straussbrands.com |
| 423 | Strauss Randy | **Email-:** randy@straussveal.com |
| 424 | Strauss Tim | **Email-:** tim@straussbrands.com |
| 425 | Summerour Berry | **Email-:** Berry@acalapartners.com |
| 426 | Support Regulation D Resources | **Email-:** support@regdresources.com |
| 427 | T BG | **Email-:** threepotters@me.com |
| 428 | Tamada Yuji | **Email-:** yujitamada@gmail.com |
| 429 | tamkeef@comcast.net | **Email-:** tamkeef@comcast.net |
| 430 | Taylor Sollitto Nicholas | **Email-:** nts2@live.hood.edu |
| 431 | Taz | **Phone-Mobile:** (361) 271-6053 |
| 432 | teague j. e. | **Phone-Mobile:** (361) 727-2632 |
| | | **Email-:** je_teague@yahoo.com |
| 433 | teesnowfox@gmail.com | **Email-:** teesnowfox@gmail.com |
| 434 | THOMPSON GLENN | **Email-:** gthom300@gmail.com |

| 435 | Thorne Landon | **Email-:** lthorne@projectsinternational.com |
| 436 | Thorne Landon | **Email-:** lthorne@projectsinternational.com |
| 437 | Tindal D'Anna @ CORP - Washops | **Email-:** D'Anna.Tindal@l-3com.com |
| 438 | TLMATTESON@FAUSELCO.COM | **Email-:** TLMATTESON@fauselco.com |
| 439 | Toney  Gaye | **Phone-Mobile:** (310) 210-1316 |
| 440 | Toney Betty Gaye | **Email-:** ThreePotters@sbcglobal.net |
| 441 | Traveler's Medical Clinic | **Phone-Mobile:** (202) 466-8109 |
| 442 | Tru Danny | **Phone-Mobile:** (240) 372-6146 |
| 443 | TRU Diane | **Phone-Mobile:** (240) 750-3160 |
| 444 | True Diane | **Email-:** ddtrue1@verizon.net |
| 445 | Turnbull Sally | **Email-:** sallyturnbull@allstate.com |
| 446 | Usry Horace | **Email-:** husry@andersonstrudwick.com |
| 447 | Value Dry | **Phone-Home:** (301) 485-7652 |
| 448 | Vander Pol Harry | **Phone-Mobile:** 7122301428 |
| 449 | Vemulapalli Rajendra Prasad | **Email-:** rprasadvemulapalli@gmail.com |
| 450 | Viera Robert | **Email-:** RVIERA@lnvinc.com |
| 451 | Villalobos Salvador | **Email-:** salvador.villalobos@cepa.gob.sv |
| 452 | vpexc@orangecitycomm.net | **Email-:** vpexc@orangecitycomm.net |
| 453 | Waldych Joni | **Email-:** joni@ibenefitsolutions.com |
| 454 | Walters Peyton | **Email-:** PeytonWalters@gmail.com |
| 455 | Wave Catch The | **Email-:** catchthewave@tciway.tc |
| 456 | Welker Tim | **Email-:** twelker@arizoncompanies.com |
| 457 | Wenger Jon | **Email-:** jgwenger@yahoo.com |
| 458 | White Berry Stephen | **Phone-Mobile:** (301) 366-6075 |
| 459 | white lori | **Email-:** lorijeanne@icloud.com |
| 460 | WHITE MAC | **Email-:** macw1010@hotmail.com |
| 461 | white Stephen | **Email-:** stephen.ron.white@gmail.com |
| 462 | white Stephen | **Email-:** stephen.ron.white@gmail.com |
| 463 | White Stephen | **Email-:** swizzite@aol.com |
| 464 | White Stephen | **Email-:** srw.gbt@gmail.com |
| 465 | White Wills Lori | **Phone-Mobile:** 2408934454 |
| 466 | white-wills lori | **Email-:** lorijeanne@mac.com |
| 467 | Whiting Reed | **Email-:** reedwhiting@me.com |
| 468 | Wiggan Gareth | **Email-:** falconoil@gmail.com |
| 469 | Willis David | **Email-:** dkw.gbt@gmail.com |
| 470 | Wills David | **Email-:** peatins@gmail.com |
| 471 | Wills David | **Email-:** dkw.gbt@gmail.com |
| 472 | Wills David | **Email-:** peatins@gmail.com |
| 473 | wills mark | **Email-:** Mwills51@hotmail.com |
| 474 | Wills Mark | **Phone-Mobile:** (240) 529-8898 |
| 475 | Winther Henrik | **Email-:** Henrik.Winther@tigrusrest.ru |
| 476 | wwdkw740@gmail.com | **Email-:** wwdkw740@gmail.com |
| 477 | wwdkw740@gmaol.com | **Email-:** wwdkw740@gmaol.com |
| 478 | X Mary | **Email-:** wiggens_darion@nokiamail.com |
| 479 | Y amashita  N . | **Email-:** icj28316@nifty.com |
| 480 | Yana | **Phone-Home:** (301) 693-6216 |
| 481 | Yana | **Phone-Home:** 1 301-693-6216 |
| 482 | Yana LaPointe | **Phone-Mobile:** (361) 727-1230 |
| 483 | yana_demidenko@yahoo.com | **Email-:** yana_demidenko@yahoo.com |
| 484 | Young Grace | **Email-Home:** calvertyoung@gmail.com |
|     |             | **Email-:** gcyoung@mit.edu |
| 485 | Young Peter | **Phone-Mobile:** (202) 468-1277 |

| 486 | Young Peter | **Email-:** pyoung@projectsinternational.com |
|-----|------------|---------------------------------------------|
| 487 | Young Peter | **Email-:** pyoung@projectsinternational.com |
| 488 | z.b Tun | **Email-:** tunzabu@gmail.com |
| 489 | Zelaya Rafael | **Email-:** rafael_zelayab@yahoo.com |
| 490 | Zeoli  Atira | **Phone-Mobile:** (240) 252-0828 |
|     |            | **Email-Home:** zeoligirl@gmail.com |
| 491 | Zeoli Atira | **Email-:** zeoligirl@gmail.com |
| 492 | Zeoli Atira | **Phone-Home:** (240) 252-0828 |
| 493 | Zuberi Sohrab | **Email-:** szuberi@xenel.com |
| 494 | zunca alejandro | **Email-:** azunca4prevent@verizon.net |
| 495 | Zunca Alejandro (Alex) | **Email-:** azunca4prevent@verizon.net |
| 496 | 上楽 重治 | **Email-:** shigejicchi-4papa@wcm.ne.jp |
| 497 | 小嶺　長典 | **Email-:** komine-t@town.yonaguni.okinawa.jp |
| 498 | 清水建設 | **Email-:** m.miyakawa@shimz.co.jp |
| 499 | 藤井 覚 | **Email-:** fujii_s@shimz.co.jp |
| 500 | 防衛省 様 地方協力局 地方調整課　上 楽 室 | **Email-:** jourakushi@mod.go.jp |
| 501 | 雅和 Masakazu Iwabuchi岩渕 | **Email-:** ma.iwabuchi@shimz.co.jp |

EXHIBIT 64.3

## SMS Messages

| | Party | Time | Status | Message |
|---|---|---|---|---|
| 1 | To: 4076206283 | 4/11/2015 4:13:20 PM(UTC-5) | Sent | Jim thanks for today. I have been a mess since that call Thursday but hearing the conviction in your voice and knowing you know I am not that kind of person gave me encouragement that I can survive one more personal crisis. |
| 2 | From: 4076206283 | 4/11/2015 4:17:21 PM(UTC-5) | Read | You are my friend, I know you like a brother and I know you are not that type of person. This crap too will be overcome. You have good support and frie |
| 3 | From: 4076206283 | 4/11/2015 4:17:22 PM(UTC-5) | Read | nds with you and Paul is more than capable of anything legally that should arise which I truly feel won't. |
| 4 | To: 4076206283 | 4/11/2015 4:20:34 PM(UTC-5) | Sent | Thank you. I believe that but knowing you believe it is very comforting. |
| 5 | To: 2023081858 Aquilino John | 4/11/2015 10:04:33 PM(UTC-5) | Sent | For the first time in my life, I think I am starting to realize that. I just pray it will be enough to beat thus bullshit. |
| 6 | From: 2023081858 Aquilino John | 4/11/2015 10:04:53 PM(UTC-5) | Read | We will |
| 7 | To: 2023081858 Aquilino John | 4/11/2015 10:05:31 PM(UTC-5) | Sent | Counting on it. Really. |
| 8 | From: 2023081858 Aquilino John | 4/11/2015 10:05:50 PM(UTC-5) | Read | Not a hollow promise. |
| 9 | To: 2023081858 Aquilino John | 4/12/2015 12:33:30 PM(UTC-5) | Sent | Koji getting ready to leave at 2 pm. Tell me again this latest shit is not going to destroy my life. |
| 10 | From: 2023081858 Aquilino John | 4/12/2015 12:34:37 PM(UTC-5) | Read | They gotta get past me first. No it will not harm u |
| 11 | To: 2023081858 Aquilino John | 4/12/2015 12:35:42 PM(UTC-5) | Sent | I needed to hear that. Guess what I just pulled off. Just had a long talk with Koji. I am going to incorporate Perciformes this week and order stock certificates. He is going to talk to a few of his people with his Myanmar investment fund and see if he can get approval to use 4 million USD to purchase the 25% by end of May so I can start full steam to design and construct R&D facility. |
| 12 | From: 2023081858 Aquilino John | 4/12/2015 12:36:54 PM(UTC-5) | Read | Hot fucking shit |
| 13 | To: 2023081858 Aquilino John | 4/12/2015 12:39:11 PM(UTC-5) | Sent | It actually is. And it means we get get a few shekels in our pockets right away. That is why I am puking over the thought of being this close and losing everything. |
| 14 | From: 2023081858 Aquilino John | 4/12/2015 12:40:38 PM(UTC-5) | Read | I like shekels. You will lose nothing. Time to do major good and enjoy the ride |
| 15 | To: 2023081858 Aquilino John | 4/12/2015 12:41:30 PM(UTC-5) | Sent | Thanks John. I need to get past this last fucking new hurdle. |
| 16 | From: 2023081858 Aquilino John | 4/12/2015 12:41:51 PM(UTC-5) | Read | You will |
| 17 | To: 2023081858 Aquilino John | 4/12/2015 12:55:52 PM(UTC-5) | Sent | I have to. Seriously, we are so close to succeeding it would be beyond bitter if this bullshit destroys me and what I have tried to build. |
| 18 | From: 2023081858 Aquilino John | 4/12/2015 12:56:47 PM(UTC-5) | Read | It will do nothing of the sort |
| 19 | To: 3128601260 O'Sullivan Michael | 4/12/2015 2:53:37 PM(UTC-5) | Sent | I just waved good bye to Koji and his family. Just talked to Stephen and told him this was the last time I can spend time in this house alone at least for the foreseeable future. Drove Koji and his family to the farm in Beallsville and damn near fell apart crying in the car while they walked around. I am just beat emotionally. I need a fresh start. |
| 20 | To: 3013666075 White Berry Stephen | 4/12/2015 3:00:04 PM(UTC-5) | Sent | Ok that is funny. You have gone domestic. |

GOVERNMENT
EXHIBIT
64.3
17cr390

| 21 | From: 3128601260 O'Sullivan Michael | 4/12/2015 4:09:42 PM(UTC-5) | Read | I'm out with Lise right now and will give you a call when we get home. You have people like who love you and will protect you all the way. Lean on all |
| 22 | From: 3128601260 O'Sullivan Michael | 4/12/2015 4:09:43 PM(UTC-5) | Read | of us. You will never be alone. Whatever you need all of us are there for you. |
| 23 | To: 3128601260 O'Sullivan Michael | 4/12/2015 4:11:10 PM(UTC-5) | Sent | Thanks Bud. That helps more than you know. |
| 24 | From: 3128601260 O'Sullivan Michael | 4/12/2015 6:29:11 PM(UTC-5) | Read | Home in 30 minutes. Will call you then |
| 25 | To: 3128601260 O'Sullivan Michael | 4/12/2015 7:59:05 PM(UTC-5) | Sent | Paul Jannuzzo 404-780-0460 |
| 26 | To: 3128601260 O'Sullivan Michael | 4/12/2015 7:59:29 PM(UTC-5) | Sent | Jim Salmon 407-620-6283 |
| 27 | To: 3128601260 O'Sullivan Michael | 4/12/2015 10:06:42 PM(UTC-5) | Sent | Thanks for talking to me Michael, I am not holding up well but knowing you and your tenacity are in my corner helps. |
| 28 | From: 3128601260 O'Sullivan Michael | 4/12/2015 10:12:23 PM(UTC-5) | Read | Always. Call me anytime for anything. We'll figure it out together no matter what it is. I will always be there for you. Try and get a few hours sle |
| 29 | From: 3128601260 O'Sullivan Michael | 4/12/2015 10:12:24 PM(UTC-5) | Read | ep. Tevadrazadone for sleep and Cipralex twice a day to calm the chemical/emotional storm in your mind and body. You are stuck in between a primal flig |
| 30 | From: 3128601260 O'Sullivan Michael | 4/12/2015 10:12:25 PM(UTC-5) | Read | ht or flight response which will tear you apart if you let it. Love ya. |
| 31 | To: 3128601260 O'Sullivan Michael | 4/12/2015 10:16:40 PM(UTC-5) | Sent | Thanks Bud. |
| 32 | To: 3128601260 O'Sullivan Michael | 4/13/2015 5:12:14 AM(UTC-5) | Sent | At DCA should board in 30 minutes. Fitful night last night. Sleep 50 minutes at a time on and off. Got up at 4 am and realized like Lori's cancer this nightmare is real. I have to find a way to survive this and then truly get out of the eye of the storm and hopefully enjoy the years , if I am lucky, that I have left. |
| 33 | To: 4076206283 | 4/13/2015 5:18:50 AM(UTC-5) | Sent | Hi Jim, I am at Reagan getting ready to board. Will see you later today. I really am glad you are coming out. I have had a rough few days and am looking forward to a strong ally. David |
| 34 | From: 4076206283 | 4/13/2015 5:21:31 AM(UTC-5) | Read | You have it in me and you never have to worry about that. I'm on the plane and they are getting ready to shut the door. Look forward to seeing you my f |
| 35 | From: 4076206283 | 4/13/2015 5:21:32 AM(UTC-5) | Read | riend. I will always be there for you. Don't worry. Jim |
| 36 | From: 3128601260 O'Sullivan Michael | 4/13/2015 5:21:42 AM(UTC-5) | Read | Never forget for a moment you have me and everyone else to love, support and protect you. Visit your doctor and use every tool at your disposal to armou |
| 37 | From: 3128601260 O'Sullivan Michael | 4/13/2015 5:21:43 AM(UTC-5) | Read | r yourself. You are a tough, smart and a strategic thinker and we need to make sure that is not eclipsed by your deepest fears which will only torture |
| 38 | From: 3128601260 O'Sullivan Michael | 4/13/2015 5:21:44 AM(UTC-5) | Read | you and prevent your from thinking clearly. Once this behind us we'll plan to make sure nothing like this ever happens again. The future is brighter th |
| 39 | From: 3128601260 O'Sullivan Michael | 4/13/2015 5:21:45 AM(UTC-5) | Read | an you believe at the moment and we will build it together. I'll call Paul and Jim later today and then you. Love ya man. Safe travels. |
| 40 | To: 3128601260 O'Sullivan Michael | 4/13/2015 5:22:39 AM(UTC-5) | Sent | Thanks Michael. Your friendship has always been something I valued. |
| 41 | To: 4076206283 | 4/13/2015 5:23:15 AM(UTC-5) | Sent | Thanks Jim, let's get through this and get our houseboat in KW |
| 42 | From: 4076206283 | 4/13/2015 5:23:45 AM(UTC-5) | Read | You got it!!! |

| 43 | To: 3302246197 Baker Sara | 4/13/2015 9:45:10 AM(UTC-5) | Sent | Hi Sara, in Houston have a two hour layover. Hope all is well. |
| 44 | From: 3302246197 Baker Sara | 4/13/2015 9:50:08 AM(UTC-5) | Read | Children are good. I am good. All is well. Just working on POs and GBT stuff this morning. |
| 45 | To: 3302246197 Baker Sara | 4/13/2015 9:50:32 AM(UTC-5) | Sent | Great, thanks. |
| 46 | From: 3302246197 Baker Sara | 4/13/2015 9:51:23 AM(UTC-5) | Read | Yw glad you are back! |
| 47 | To: 3302246197 Baker Sara | 4/13/2015 9:54:12 AM(UTC-5) | Sent | Me too , I don't think I can be at Maryland house alone any more, at least not for the forsee able future. |
| 48 | From: 3302246197 Baker Sara | 4/13/2015 9:55:18 AM(UTC-5) | Read | I know that has to be so hard. |
| 49 | To: 3302246197 Baker Sara | 4/13/2015 9:57:29 AM(UTC-5) | Sent | After the past 5 years I finally have to admit I am emotionally drained and I need a vacation or a short sabbatical. |
| 50 | From: 3302246197 Baker Sara | 4/13/2015 9:59:31 AM(UTC-5) | Read | You need to just put things on hold for a week or so some time soon and just go. The business will survive a week or two and will be here when you get back. |
| 51 | To: 3302246197 Baker Sara | 4/13/2015 10:01:13 AM(UTC-5) | Sent | I totally agree. Let's look at dates over the next few weeks. |
| 52 | From: 3302246197 Baker Sara | 4/13/2015 10:02:51 AM(UTC-5) | Read | I am free whenever. Just pick when you do not have something already set up for work travel and pick a destination. |
| 53 | To: 3302246197 Baker Sara | 4/13/2015 10:05:30 AM(UTC-5) | Sent | That what I am looking at. I may even change my work appointments. I am exhausted and the company is well funded and on track easily until Fall. And I love the dogs and cats buy I have traveled for weeks again since we have had all of them. |
| 54 | From: 3302246197 Baker Sara | 4/13/2015 10:08:42 AM(UTC-5) | Read | They are use to it and they have adapted to me being here for them for 15 months. Lol if you are home to much you may confuse the since they are use to |
| 55 | From: 3302246197 Baker Sara | 4/13/2015 10:08:43 AM(UTC-5) | Read | you traveling for years. |
| 56 | To: 3302246197 Baker Sara | 4/13/2015 10:10:52 AM(UTC-5) | Sent | And I can never tell you enough how grateful I am that you truly love them and treat them so well. It gives me peace of mind and comfort when I do travel. |
| 57 | From: 3302246197 Baker Sara | 4/13/2015 10:11:53 AM(UTC-5) | Read | :-) wouldn't have it any other way! |
| 58 | To: 3302246197 Baker Sara | 4/13/2015 10:13:56 AM(UTC-5) | Sent | Deeply appreciated. |
| 59 | To: 3013666075 White Berry Stephen | 4/13/2015 10:55:39 AM(UTC-5) | Sent | I am in Houston, bud waiting for plane that will fly to Corpus to arrive. They are saying we will now depart at 11:35 but I would check flight stats. My flight # is United 4134 |
| 60 | From: 3013666075 White Berry Stephen | 4/13/2015 11:00:34 AM(UTC-5) | Read | Ok I'll leave now. Going to wash your truck a bit |
| 61 | To: 3013666075 White Berry Stephen | 4/13/2015 11:01:21 AM(UTC-5) | Sent | My plane is supposedly 6 minutes away so no way we leave on time. |
| 62 | From: 3013666075 White Berry Stephen | 4/13/2015 11:02:33 AM(UTC-5) | Read | Maybe they will deplane quickly? |
| 63 | To: 3013666075 White Berry Stephen | 4/13/2015 11:03:00 AM(UTC-5) | Sent | Right, NOT ! |
| 64 | From: 3013666075 White Berry Stephen | 4/13/2015 11:15:01 AM(UTC-5) | Read | lol |
| 65 | From: 3013666075 White Berry Stephen | 4/13/2015 11:15:11 AM(UTC-5) | Read | No chance |
| 66 | To: 3013666075 White Berry Stephen | 4/13/2015 11:15:54 AM(UTC-5) | Sent | Still sitting here. Was supposed to start boarding 10 minutes,ago. They say our plane has landed. |
| 67 | From: 3013666075 White Berry Stephen | 4/13/2015 11:16:39 AM(UTC-5) | Read | Are the correct? |
| 68 | To: 3013666075 White Berry Stephen | 4/13/2015 11:17:10 AM(UTC-5) | Sent | Who knows. |

| 69 | From: 3013666075 White Berry Stephen | 4/13/2015 11:22:10 AM(UTC-5) | Read | You on yet? |
| 70 | To: 3013666075 White Berry Stephen | 4/13/2015 11:25:03 AM(UTC-5) | Sent | Waiting to board. I am at foot of jet way can see plab |
| 71 | From: 3013666075 White Berry Stephen | 4/13/2015 11:26:17 AM(UTC-5) | Read | Cool bud next in line at wash. Will see you at the exit with sparking truck :) |
| 72 | To: 3013666075 White Berry Stephen | 4/13/2015 11:26:22 AM(UTC-5) | Sent | Just got on plane. Everyone else is behind me but everyone is finally boarding. Will text when they close the door. |
| 73 | To: 3013666075 White Berry Stephen | 4/13/2015 11:34:23 AM(UTC-5) | Sent | Closing door, turning off phone. Hopefully we will get out on run way quickly and get airborne. |
| 74 | From: 3013666075 White Berry Stephen | 4/13/2015 11:36:48 AM(UTC-5) | Read | See u soon |
| 75 | To: 3013666075 White Berry Stephen | 4/13/2015 12:47:26 PM(UTC-5) | Sent | Just landed. |
| 76 | To: 3013666075 White Berry Stephen | 4/13/2015 12:47:50 PM(UTC-5) | Sent | Have to you bathroom then right out, no luggage. |
| 77 | From: 3013666075 White Berry Stephen | 4/13/2015 12:48:13 PM(UTC-5) | Read | Cool I'm parked out frond directly right out of baggage |
| 78 | To: 3013666075 White Berry Stephen | 4/13/2015 12:48:30 PM(UTC-5) | Sent | Got it. |
| 79 | From: 3128601260 O'Sullivan Michael | 4/13/2015 1:40:22 PM(UTC-5) | Read | How are you holding up? No word back from Paul or Jim. |
| 80 | From: 3013666075 White Berry Stephen | 4/13/2015 2:31:49 PM(UTC-5) | Read | Love you bud. Well figure out whatever is going on!!!<br><br>We will persevere!! |
| 81 | From: 3013666075 White Berry Stephen | 4/13/2015 6:49:06 PM(UTC-5) | Read | Pops! We've got jannuzzo Aquilino and on it. We love you so much bud I support you 100% |
| 82 | From: 3013666075 White Berry Stephen | 4/13/2015 7:37:23 PM(UTC-5) | Read | Pops we love you a lot and are with you! Wish we could fix this faster bud but rest assured everything will be OK<br><br>WE LOVE YOU!!!! |
| 83 | From: 3013666075 White Berry Stephen | 4/14/2015 6:28:57 AM(UTC-5) | Read | Good morning Pops we love you very much. We are all behind you! |
| 84 | From: 7128989053 Aberson Tim | 4/15/2015 4:07:08 PM(UTC-5) | Read | Heard about your unfortunate incident. Michelle and I are behind you 100%. Hurry up and get healed, we have fin fish to raise. |

# EXHIBIT 65



Extraction Report





GOVERNMENT
EXHIBIT
65
17cr390

2:17cr390-008326

1

## Summary

| | |
|---|---|
| UFED Physical Analyzer version | 7.15.1.1 |
| Report creation time | 3/6/2019 10:27 -06:00 |
| Time zone settings (UTC) | (UTC-06:00) Chicago (America) |
| Examiner name | SA Robert M. Dinoir |
| Location | Corpus Christi, Texas |
| Case number | CC07QR17CC0002 |
| Case name | WILLS |
| Evidence number | N/A |
| Department | Homeland Security Investigations |
| Investigator | SA C Odom |
| Crime type | Child Exploitation |
| Notes | Screen shots from victim, Jane Doe, phone. |

## Source Extraction

| External Camera Media | |
|---|---|
| Extraction start date/time | 3/6/2019 10:20(UTC-6) |
| Extraction end date/time | 3/6/2019 10:20(UTC-6) |
| Unit identifier | 846220579 |
| UFED version | 7.15.0.73 |
| Internal version | 4.8.0.73 |
| Selected manufacturer | Capture Images |
| Selected device name | USB Camera |
| Machine name | DESKTOP-A699HUL |
| Connection type | Cable No. 100 |
| Extraction type | External Camera Media |
| Extraction ID | 1AF3F6B6-07D6-4851-8819-7788BEA062F2 |

## Plugins

| # | Name | Author | Version |
|---|------|--------|---------|
| 1 | Pre Project | | |
| 2 | Garbage Cleaner | | |
| 3 | ContactsCrossReference<br>Cross references the phone numbers in a device's contacts with the numbers in SMS messages and Calls. Will fill in the Name field of calls and SMS if there's a match. | Cellebrite | 2.0 |
| 4 | Analytics<br>Generates the Analytics section information | Cellebrite | 2.0 |
| 5 | Project Processor Finisher | | |
| 6 | Post Project | | |

## Contents

| Type | Included in report | Total |
|------|--------------------|-------|
| External Camera Media | 25 | 25 |

2:17cr390-008327

2

EXHIBIT 65.1



All calls ▼

06/17/2018

  **Ivan**                    (2)
(956) 518-3428        3:06 AM

  **David**
(240) 731-7244        3:05 AM

07/03/2015

 **(605) 475-6968**
South Dakota         7:42 PM

03/01/2015

 **(956) 408-9429**
Texas                    9:47 PM

10/28/2014



GOVERNMENT
EXHIBIT
65.1
17cr390



2:17cr390-008324



**David**

Home
240-731-7244

Email / Home
dkw.gybt@gmail.com

Connected via

Groups
My contacts, Starred in Android

2:17cr390-008325