# EXHIBIT 65.2



2:17cr390-008334

GOVERNMENT
EXHIBIT
65.2
17cr390



2:17cr390-008335



2:17cr390-008336



2:17cr390-008337





2:17-cr-390-008339





Wi-Fi

**Chick-fil-A WiFi**
Not in range

**Chromecast3891**
Not in range

**CostaBella-guest**
Not in range

**Customer Wifi**
Not in range

**Daddy**
Not in range

**DAL Free WiFi**
Not in range

**DAYSINN**
Not In range

**DCHGuest**
Not in range

2:17cr390-008341







2:17cr390-008345



Wi-Fi — ON

**HEB Customer WiFi**
Not in range

**Hooters Wurzbach Wifi**
Not in range

**HootWifi**
Not in range

**Hot-Spot-WiFi**
Not in range

**HotSpot-Internet**
Not in range

**HP-Print-25-LaserJet 1102**
Not in range

**HP-Print-2b-LaserJet 300**
Not in range

**HP-Print-3A-ENVY 4500 series**
Not in range



Wi-Fi

HP-Print-3A-ENVY 4500 series
Not in range

HP-Print-72-LaserJet 1102
Not in range

HP-Print-82-Deskjet 2540 seri..
Not in range

HP-Print-85-LaserJet Pro MFP
Not in range

HP-Print-B9-Officejet 6600
Not in range

HP-Print-E9-Officejet 4630
Not in range

HP-Print-F1-LaserJet 1102
Not in range

Internet10
Not in range

2:17cr390-008346



2:17cr390-008347





2:17-cr390-008350





2:17-cr-390-008351



2:52 PM

← Wi-Fi   ON

**NOSTRUM_guest**
Not in range

**OdeeChromecast**
Not in range

**Olive Garden Guest WiFi**
Not in range

**oliveiraairdata**
Not in range

**Omni Lobby**
Not in range

**Palenque WIFI**
Not in range

**Palm Gardens**
Not in range

**Palms Guest WiFi**
Not in range

2:17cr390-008352

2:17-cr390-008353



← Wi-Fi                           ON

**Palms Guest WiFi**
Not in range

**PANERA**
Not in range

**Pier19**
Not in range

**Pirate's Landing**
Not in range

**Pizza**
Not in range

**PPP Guest**
Not in range

**PPP Secure**
Not in range

**ramada**
Not in range



← Wi-Fi      ON

**ramada**
Not in range

**richard**
Not in range

**Richard-guest**
Not in range

**RoseHorse-guest**
Not in range

**RubyRabbit-guest**
Not in range

**Samsung Galaxy Note3 1462**
Not in range

**Samsung Note II 24**
Not in range

**SAOffset-guest**
Not in range

2:17-cr-390-008354



2:17-cr-390-008355



2:17-cr390-008356



2:17cr390-008357



# EXHIBIT 66A

# FBI CELLULAR ANALYSIS SURVEY TEAM




SA Mark W. Sedwick

FBI Dallas Division

<u>Telephone Numbers</u>:
AT&T **361-205-7674**
Verizon **202-384-8493**
Verizon **202-308-1244**
Sprint  **956-543-2483**
AT&T  **956-408-9429**



**GOVERNMENT EXHIBIT**
66A
17cr390

Report Date: 09/26/2019

**Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.**

# Sector Orientations



## EXAMPLE ONLY
### EACH CELL SITE ORIENTATION CAN VARY







Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.

2

# Cell Tower and Sector Usage Illustration



Cell towers and sectors showing usage are illustrated on the following maps using this symbol:



The shaded areas inside sector arms are not illustrative of a minimum or maximum coverage area of the cell tower and sector, but rather demonstrate the direction the sector's antennas on the cell towers are oriented. These symbols will illustrate the cell sites and sectors utilized during the time period of analysis and the general area where the cellular telephone was located.

**Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.**

3

# Target Phones



**361-205-7674**
**Provider: AT&T**
**Associated with:**
**David Wills**



**202-384-8493**
**Provider: Verizon**
**Associated with:**
**David Wills**

**202-308-1244**
**Provider: Verizon**
**Associated with:**
**David Wills**

**956-543-2483**
**Provider: Sprint**
**Associated with:**
**Maria Losoya**




**956-408-9429**
**Provider: AT&T**
**Associated with:**
**Maria Losoya**



**AT&T Towers** 

**Sprint Towers** ●

**Verizon Towers** 

Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.

4

# March 26, 2013

Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.



## Historical Cell Site Analysis
Cell Site Activations for 361-205-7674

11:53 AM **361-205-7674** calls **956-543-2483** (650 sec)
4:10 PM **361-205-7674** calls **956-543-2483** (384 sec)
8:46 PM **361-205-7674** calls **956-543-2483** (119 sec)

March 26, 2013 11:53 AM EDT to 8:46 PM CDT (not all activity shown)



Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.

6

# November 19, 2013

Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.



**Historical Cell Site Analysis**
Cell Site Activations for **361-205-7674**
Cell Site Activations for **956-543-2483**
November 19, 2013 10:36 AM to 11:12 AM CST

11:01 AM **361-205-7674** calls **956-543-2483** (192 sec)



CID 7938-2
**11/19/2013**
956-543-2483: 10:36:28 AM; Losoya; Incoming Call; 210

CIDs 25332, 20338
**11/19/2013**
361-205-7674: 10:41:00 AM Wills; Incoming SMS; 120
361-205-7674: 11:01:00 AM Wills; Incoming SMS; 120
361-205-7674: 11:01:00 AM Wills; Outgoing Call; 120

CID 9047
**11/19/2013**
361-205-7674: 11:12:00 AM; Wills; Outgoing Call; 0

CID 7932-2
**11/19/2013**
956-543-2483: 11:01:11 AM; Losoya; Incoming Call; 125

Losoya Residence
3702 San Jacinto St
Brownsville, TX

**Intellectual Property of the FBI Cellular Analysis Survey Team.   Reproduction in Whole or In Part is Prohibited.**

**Historical Cell Site Analysis**
Cell Site Activations for **361-205-7674**
Cell Site Activations for **956-543-2483**
November 19, 2013 12:23 PM to 12:37 PM CST





Losoya Residence
3702 San Jacinto St
Brownsville, TX

CID 21304
11/19/2013
361-205-7674; 12:37:00 PM; Wills;
Incoming SMS; 0

CID 7937-3
11/19/2013
956-543-2483: 12:30:40 PM; Losoya; Outgoing Call; 180
956-543-2483: 12:30:48 PM; Losoya; Outgoing Call; 180
956-543-2483: 12:31:04 PM; Losoya; Outgoing Call; 180

Border Patrol CP
BN23076 (Wills)
12:18 PM

CID 21364
11/19/2013
361-205-7674; 12:23:00 PM; Wills;
Incoming Call; 0

**Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.**

9

# December 11, 2013

Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.



**Historical Cell Site Analysis**
Cell Site Activations for **361-205-7674**
Cell Site Activations for **956-543-2483**
December 11, 2013 11:04 AM to 11:39 AM CST



Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.

**Historical Cell Site Analysis**
Cell Site Activations for **361-205-7674**
Cell Site Activations for **956-543-2483**
December 11, 2013 11:43 AM to 12:48 PM CST





Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.

12

# January 9, 2014

Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or In Part is Prohibited.

## Historical Cell Site Analysis
Cell Site Activations for **361-205-7674**
Cell Site Activations for **956-543-2483**
January 9, 2014 11:25 AM to 12:20 PM CST





**Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.**   14

## Historical Cell Site Analysis
Cell Site Activations for **361-205-7674**
Cell Site Activations for **956-543-2483**
January 9, 2014 2:15 PM to 2:54 PM CST





CID 48003
**01/09/2014**
361-205-7674, 2:54:00 PM; Wills; Incoming SMS; 204

CID 7943-2
**01/09/2014**
956-543-2483; 2:26:19 PM; Losoya; Incoming Call; 130

Losoya Residence
3702 San Jacinto St
Brownsville, TX

CID 21364
**01/09/2014**
361-205-7674; 2:15:00 PM; Wills; Outgoing Call; 0

Border Patrol CP
BN23076 (Wills)
2:04 PM

**Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.**   15

# February 9, 2014

Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.

## Historical Cell Site Analysis

Cell Site Activations for **361-205-7674**
Cell Site Activations for **956-543-2483**
February 9, 2014 4:59 PM to 5:02 PM CST





Omni
900 North Shoreline Blvd
Corpus Christi, TX

Border Patrol CP
BGH0048 (Losoya)
5:41 PM

CID 21613
02/09/2014
361-205-7674; 4:59:00 PM; Wills; Incoming Call; 270

CID 7900-1
02/09/2014
956-543-2483; 5:02:32 PM; Losoya; Incoming Call; 5

-96.55624, 28.07033

Map data ©2019 Google, INEGI   Terms of Use

**Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.**   17

## Historical Cell Site Analysis

Cell Site Activations for **361-205-7674**
Cell Site Activations for **956-543-2483**
February 9, 2014 6:25 PM to 11:08 PM CST

7:19 PM **361-205-7674** calls **956-543-2483** (100 sec)
8:29 PM **361-205-7674** calls **956-543-2483** (33 sec)





**CID 7745-2**
02/09/2014
956-543-2483: 7:19:19 PM; Losoya;
Incoming Call; 220

**Omni**
900 North Shoreline Blvd
Corpus Christi, TX

**CIDs 26007, 26008, 21002**
02/09/2014
361-205-7674: 6:25:00 PM; Wills; Incoming SMS; 15
361-205-7674: 6:25:00 PM; Wills; Incoming Call; 15
361-205-7674: 6:33:00 PM; Wills; Outgoing SMS; 135
361-205-7674: 6:33:00 PM; Wills; Incoming Call; 135
361-205-7674: 7:07:00 PM; Wills; Incoming Call; 135
361-205-7674: 7:17:00 PM; Wills; Outgoing Call; 135
361-205-7674: 7:19:00 PM; Wills; Outgoing Call; 135
361-205-7674: 8:29:00 PM; Wills; Outgoing Call; 135
361-205-7674: 10:27:00 PM; Wills; Incoming SMS; 135

**CID 21002**
02/09/2014
361-205-7674: 10:27:00 PM; Wills;
Incoming SMS; 135

**Omni**
900 North Shoreline Blvd
Corpus Christi, TX

**CID 7751-1**
02/09/2014
956-543-2483: 8:29:13 PM; Losoya;
Incoming Call; 335

**CID 7918-3**
02/09/2014
956-543-2483: 11:08:46 PM; Losoya;
Outgoing Call; 300

**Losoya Residence**
3702 San Jacinto St
Brownsville, TX

**Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.**

18

# March 2, 2014

Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.

## Historical Cell Site Analysis
Cell Site Activations for **361-205-7674**
Cell Site Activations for **956-543-2483**

1:03 PM **361-205-7674** texts **956-543-2483**
1:06 PM **956-543-2483** texts **361-205-7674**
1:06 PM **361-205-7674** texts **956-543-2483**
1:07 PM **956-543-2483** texts **361-205-7674**
1:07 PM **956-543-2483** calls **361-205-7674** (0 sec)
1:08 PM **956-543-2483** texts **361-205-7674**
1:03 PM **361-205-7674** texts **956-543-2483**
1:10 PM **956-543-2483** texts **361-205-7674**
1:13 PM **361-205-7674** texts **956-543-2483**

1:15 PM **956-543-2483** texts **361-205-7674**
1:15 PM **361-205-7674** texts **956-543-2483**
1:16 PM **956-543-2483** texts **361-205-7674**
1:20 PM **361-205-7674** texts **956-543-2483**
1:23 PM **956-543-2483** texts **361-205-7674**
1:24 PM **956-543-2483** texts **361-205-7674**
1:24 PM **361-205-7674** calls **956-543-2483** (128 sec)
1:59PM **361-205-7674** texts **956-543-2483**

March 2, 2014 1:02 PM to 1:59 PM CST



**Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.**

## Historical Cell Site Analysis
Cell Site Activations for **361-205-7674**
Cell Site Activations for **956-543-2483**

March 2, 2014 2:00 PM to 3:31 PM CST

| | |
|---|---|
| 2:00 PM **956-543-2483** texts 361-205-7674 | 2:43 PM **956-543-2483** texts 361-205-7674 |
| 2:00 PM **361-205-7674** texts 956-543-2483 | 2:47 PM **361-205-7674** texts 956-543-2483 |
| 2:01 PM **956-543-2483** texts 361-205-7674 | 2:48 PM **956-543-2483** texts 361-205-7674 |
| 2:01 PM **361-205-7674** texts 956-543-2483 | 2:53 PM **956-543-2483** texts 361-205-7674 |
| 2:05 PM **361-205-7674** calls 956-543-2483 (172 sec) | 2:53 PM **361-205-7674** texts 956-543-2483 |
| 2:32 PM **361-205-7674** texts 956-543-2483 | 2:53 PM **956-543-2483** texts 361-205-7674 |
| 2:37 PM **956-543-2483** texts 361-205-7674 | 2:54 PM **956-543-2483** texts 361-205-7674 |
| 2:37 PM **361-205-7674** calls 956-543-2483 (33 sec) | 2:54 PM **956-543-2483** texts 361-205-7674 |
| 2:42 PM **956-543-2483** texts 361-205-7674 | 3:28 PM **361-205-7674** texts 956-543-2483 |



Bayfront Inn
601 North Water St
Corpus Christi, TX

**CID 7774-3**
03/02/2014
956-543-2483 2:05:18 PM; Losoya; Incoming Call; 180

**CIDs 21005, 21006, 26008, ...**
CIDs 21005, 21006, 26008
26009
03/02/2014
361-205-7674; 2:00:00 PM; Wills; Outgoing SMS; 245
361-205-7674; 2:00:00 PM; Wills; Incoming SMS; 135
361-205-7674; 2:01:00 PM; Wills; Outgoing SMS; 245
361-205-7674; 2:01:00 PM; Wills; Incoming SMS; 135
361-205-7674; 2:05:00 PM; Wills; Outgoing Call; 135
361-205-7674; 2:32:00 PM; Wills; Incoming SMS; 135
361-205-7674; 2:42:00 PM; Wills; Outgoing SMS; 135
361-205-7674; 2:43:00 PM; Wills; Incoming SMS; 135
361-205-7674; 2:47:00 PM; Wills; Outgoing SMS; 135
361-205-7674; 2:48:00 PM; Wills; Incoming Call; 135
361-205-7674; 2:53:00 PM; Wills; Outgoing SMS; 245
361-205-7674; 2:53:00 PM; Wills; Incoming SMS; 245
361-205-7674; 2:53:00 PM; Wills; Outgoing SMS; 245
361-205-7674; 2:54:00 PM; Wills; Incoming SMS; 245
361-205-7674; 2:54:00 PM; Wills; Incoming SMS; 245
361-205-7674; 3:31:00 PM; Wills; Incoming SMS; 135

**CID 7750-3**
03/02/2014
956-543-2483 2:55:24 PM; Losoya; Outgoing Call; 230

**CID 7758-1**
03/02/2014
956-543-2483 2:37:41 PM; Losoya; Incoming Call; 15

**CID 21074**
03/02/2014
361-205-7674; 2:37:00 PM; Wills; Incoming SMS; 30
361-205-7674; 2:38:00 PM; Wills; Outgoing Call; 30

**CID 48828**
03/02/2014
361-205-7674; 3:28:00 PM; Wills; Outgoing SMS; 150

2 km
1 mi
-97.20440, 27.92244
Maps Icons Collection

Map data ©2019 INEGI    Terms of Use    Report a map error

Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or In Part is Prohibited.

21

**Historical Cell Site Analysis**

Cell Site Activations for **361-205-7674**
Cell Site Activations for **956-543-2483**

March 2, 2014 2:00 PM to 3:31 PM CST
(Close up near hotel)

| | |
|---|---|
| 2:00 PM **956-543-2483** texts 361-205-7674 | 2:43 PM **956-543-2483** texts 361-205-7674 |
| 2:00 PM **361-205-7674** texts 956-543-2483 | 2:47 PM **361-205-7674** texts 956-543-2483 |
| 2:01 PM **956-543-2483** texts 361-205-7674 | 2:48 PM **361-205-7674** texts 956-543-2483 |
| 2:01 PM **361-205-7674** texts 956-543-2483 | 2:53 PM **361-205-7674** texts 956-543-2483 |
| 2:05 PM **361-205-7674** calls 956-543-2483 (172 sec) | 2:53 PM **956-543-2483** texts 361-205-7674 |
| 2:32 PM **361-205-7674** texts 956-543-2483 | 2:53 PM **956-543-2483** texts 361-205-7674 |
| 2:37 PM **956-543-2483** texts 361-205-7674 | 2:54 PM **956-543-2483** texts 361-205-7674 |
| 2:37 PM **361-205-7674** calls 956-543-2483 (33 sec) | 2:54 PM **956-543-2483** texts 361-205-7674 |
| 2:42 PM **956-543-2483** texts 361-205-7674 | 3:28 PM **361-205-7674** texts 956-543-2483 |





Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.

22

# March 22, 2014

**Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.**

## Historical Cell Site Analysis
Cell Site Activations for **361-205-7674**
Cell Site Activations for **956-543-2483**
March 22, 2014 2:04 PM to 3:37 PM CDT

3:32 PM **361-205-7674** calls **956-543-2483** (131 sec)





**CID 55165**
**03/22/2014**
361-205-7674: 3:32:00 PM; Wills; Outgoing Call; 120
361-205-7674: 3:32:00 PM; Wills; Outgoing Call; 120

**Wills Residence**
506 Lake Wood St
Rockport, TX

**CID 21474**
**03/22/2014**
361-205-7674: 3:37:00 PM; Wills; Outgoing Call; 60

**CID 7766-1**
**03/22/2014**
956-543-2483: 3:32:37 PM; Losoya; Incoming Call; 40

**Days Inn**
1703 U.S. 181
Portland, TX

**Border Patrol CP**
BGH0048 (Losoya)
2:31 PM

**CID 7893-1**
**03/22/2014**
956-543-2483: 2:04:11 PM; Losoya; Incoming Call; 10

**Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.**

24



**Historical Cell Site Analysis**
Cell Site Activations for **361-205-7674**
Cell Site Activations for **956-543-2483**
March 22, 2014 4:14 PM to 6:57 PM CDT

5:59 PM **361-205-7674** calls **956-543-2483** (352 sec)



Wills Residence
506 Lake Wood St
Rockport, TX

CIDs 50003, 55004
**03/22/2014**
361-205-7674: 4:14:00 PM; Wills: Outgoing Call: 240
361-205-7674: 6:38:00 PM; Wills: Outgoing SMS: 240

CIDs 21474, 21471, 21472
**03/22/2014**
361-205-7674: 5:21:00 PM; Wills: Outgoing SMS: 60
361-205-7674: 5:56:00 PM; Wills: Outgoing Call: 60
361-205-7674: 5:59:00 PM; Wills: Outgoing Call: 60
361-205-7674: 6:51:00 PM; Wills: Incoming Call: 60
361-205-7674: 6:57:00 PM; Wills: Outgoing Call: 190

CIDs 55114, 23231
**03/22/2014**
361-205-7674: 5:15:00 PM; Wills: Outgoing SMS: 240
361-205-7674: 5:20:00 PM; Wills: Incoming SMS: 240
361-205-7674: 5:23:00 PM; Wills: Incoming SMS: 240
361-205-7674: 5:24:00 PM; Wills: Outgoing SMS: 240
361-205-7674: 5:58:00 PM; Wills: Incoming Call: 0
361-205-7674: 5:59:00 PM; Wills: Outgoing Call: 240

CID 7745-2
956-543-2483: 4:43:43 PM; Losoya; Outgoing Call: 220
956-543-2483: 4:48:22 PM; Losoya; Outgoing Call: 220
956-543-2483: 5:31:59 PM; Losoya; Outgoing Call: 220
956-543-2483: 5:59:20 PM; Losoya; Incoming Call: 220

Days Inn
1703 U.S. 181
Portland, TX

Map data ©2019 INEGI   Terms of Use   Report a map error

**Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.**

25

**Historical Cell Site Analysis**
Cell Site Activations for **361-205-7674**
Cell Site Activations for **956-543-2483**
March 22, 2014 6:59 PM to 11:00 PM CDT

6:59 PM **361-205-7674** calls **956-543-2483** (428 sec)
8:10 PM **361-205-7674** calls **956-543-2483** (37 sec)





CID 7745-2
**03/22/2014**
956-543-2483; 6:59:25 PM; Losoya; Incoming Call; 220
956-543-2483; 8:09:18 PM; Losoya; Incoming Call; 220
956-543-2483; 8:10:08 PM; Losoya; Incoming Call; 220
956-543-2483; 10:58:26 PM; Losoya; Outgoing Call; 220

Days Inn
1703 U.S. 181
Portland, TX

CIDs 21134, 26131
**03/22/2014**
361-205-7674; 7:18:00 PM; Wills; Incoming Call; 30
361-205-7674; 8:10:00 PM; Wills; Outgoing Call; 30
361-205-7674; 8:23:00 PM; Wills; Incoming SMS; 30
361-205-7674; 8:23:00 PM; Wills; Incoming SMS; 30
361-205-7674; 11:00:00 PM; Wills; Outgoing Call; 30

CID 21224
**03/22/2014**
361-205-7674; 7:08:00 PM; Wills; Outgoing Call;  0

CID 55124
**03/22/2014**
361-205-7674; 6:59:00 PM; Wills; Outgoing Call; 0

Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.     26



**Historical Cell Site Analysis**
Cell Site Activations for **361-205-7674**

Between 11:54 PM & 12:28 AM **361-205-7674** & **956-543-2483** exchange 42 texts



March 22, 2014 11:54 PM to March 23, 2014 12:28 AM  CDT

CID 21474

03/22/2014
361-205-7674: 11:54:00 PM; Wills; Outgoing SMS; 60
361-205-7674: 11:56:00 PM; Wills; Incoming SMS; 60
361-205-7674: 11:58:00 PM; Wills; Incoming SMS; 60
361-205-7674: 11:59:00 PM; Wills; Incoming SMS; 60
361-205-7674: 11:59:00 PM; Wills; Outgoing SMS; 60
03/23/2014
361-205-7674: 12:01:00 AM; Wills; Incoming SMS; 60
361-205-7674: 12:01:00 AM; Wills; Outgoing SMS; 60
361-205-7674: 12:11:00 AM; Wills; Incoming SMS; 60
361-205-7674: 12:12:00 AM; Wills; Incoming SMS; 60
361-205-7674: 12:13:00 AM; Wills; Outgoing SMS; 60
361-205-7674: 12:14:00 AM; Wills; Incoming SMS; 60
361-205-7674: 12:14:00 AM; Wills; Outgoing SMS; 60
361-205-7674: 12:16:00 AM; Wills; Incoming SMS; 60

361-205-7674: 12:17:00 AM; Wills; Outgoing SMS; 60
361-205-7674: 12:17:00 AM; Wills; Outgoing SMS; 60
361-205-7674: 12:17:00 AM; Wills; Outgoing SMS; 60
361-205-7674: 12:18:00 AM; Wills; Outgoing SMS; 60
361-205-7674: 12:19:00 AM; Wills; Incoming SMS; 60
361-205-7674: 12:20:00 AM; Wills; Outgoing SMS; 60
361-205-7674: 12:22:00 AM; Wills; Incoming SMS; 60
361-205-7674: 12:23:00 AM; Wills; Incoming SMS; 60
361-205-7674: 12:24:00 AM; Wills; Incoming SMS; 60
361-205-7674: 12:24:00 AM; Wills; Outgoing SMS; 60
361-205-7674: 12:25:00 AM; Wills; Incoming SMS; 60
361-205-7674: 12:26:00 AM; Wills; Incoming SMS; 60
361-205-7674: 12:27:00 AM; Wills; Outgoing SMS; 60
361-205-7674: 12:27:00 AM; Wills; Incoming SMS; 60
361-205-7674: 12:28:00 AM; Wills; Outgoing SMS; 60

CID 55005

03/23/2014
361-205-7674: 12:08:00 AM; Wills; Incoming SMS; 240
361-205-7674: 12:08:00 AM; Wills; Outgoing SMS; 240

CID 55114

03/22/2014
361-205-7674: 11:57:00 PM; Wills; Outgoing SMS; 240
03/23/2014
361-205-7674: 12:03:00 AM; Wills; Incoming SMS; 240
361-205-7674: 12:04:00 AM; Wills; Incoming SMS; 240
361-205-7674: 12:06:00 AM; Wills; Incoming SMS; 240
361-205-7674: 12:20:00 AM; Wills; Incoming SMS; 240
361-205-7674: 12:28:00 AM; Wills; Incoming SMS; 240

Wills Residence
506 Lake Wood St
Rockport, TX

Days Inn
1703 U.S. 181
Portland, TX

**Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.**

27

**Historical Cell Site Analysis**
Cell Site Activations for **361-205-7674**
Cell Site Activations for **956-543-2483**
March 23, 2014 8:18 AM to 10:20 AM CDT

9:57 AM **361-205-7674** texts **956-543-2483**
9:58 AM **956-543-2483** texts **361-205-7674**
10:11 AM **361-205-7674** texts **956-543-2483**
10:19 AM **361-205-7674** calls **956-543-2483** (84 sec)





Wills Residence
506 Lake Wood St
Rockport, TX

**CID 55005**
03/23/2014
361-205-7674: 10:06:00 AM: Wills: Outgoing Call: 240

**CID 21474**
03/23/2014
361-205-7674: 9:57:00 AM: Wills: Outgoing SMS: 60
361-205-7674: 10:11:00 AM: Wills: Outgoing Call: 60
361-205-7674: 10:11:00 AM: Wills: Outgoing Call: 60

**CID 55114**
03/23/2014
361-205-7674: 9:58:00 AM: Wills: Incoming SMS: 240

**CID 7745-2**
03/23/2014
956-543-2483: 8:18:23 AM; Losoya; Outgoing Call: 220
956-543-2483: 9:32:24 AM; Losoya; Outgoing Call: 220
956-543-2483: 9:39:17 AM; Losoya; Incoming Call: 220
956-543-2483: 10:18:19 AM; Losoya; Incoming Call: 220
956-543-2483: 10:19:47 AM; Losoya; Incoming Call: 220

**CID 55124**
03/23/2014
361-205-7674: 10:15:00 AM: Wills: Outgoing Call: 0

Days Inn
1703 U.S. 181
Portland, TX

**CID 26227**
03/23/2014
361-205-7674: 10:20:00 AM; Wills; Outgoing Call: 0

Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.

28

### Historical Cell Site Analysis
Cell Site Activations for **361-205-7674**

March 23, 2014 10:31 AM to 11:00 AM CDT





**Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.**

29

**Historical Cell Site Analysis**
Cell Site Activations for **361-205-7674**
Cell Site Activations for **956-543-2483**
March 23, 2014 11:01 AM to 11:19 AM CDT





**Intellectual Property of the FBI Cellular Analysis Survey Team.   Reproduction in Whole or In Part is Prohibited.**

30

# November 7, 2014

Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.



Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.   32

**Historical Cell Site Analysis**

Cell Site Activations for **956-408-9429**

November 7, 2014 10:37 AM to 11:04 AM CST

10:49 AM **202-384-8493** calls **956-408-9429** (10 sec)
10:49 AM **202-384-8493** calls **956-408-9429** (299 sec)





CID 25332

11/07/2014
956-408-9429: 10:37:00 AM: Losoya; Incoming Call; -   120
956-408-9429: 10:50:00 AM: Losoya; Incoming Call; -   120

Losoya Residence
3702 San Jacinto St
Brownsville, TX

Oliveria Middle School
444 Land O'Lakes
Brownsville, TX

CID 20317

11/07/2014
956-408-9429: 11:04:00 AM; Losoya; Incoming Call; 350

Intellectual Property of the FBI Cellular Analysis Survey Team.   Reproduction in Whole or In Part is Prohibited.

33

## Historical Cell Site Analysis

Cell Site Activations for **202-384-8493**
Cell Site Activations for 202-308-1244
November 7, 2014 12:49 PM to 1:09 PM CST

1:03 PM **202-384-8493** calls **956-408-9429** (10 sec)
1:03 PM **202-384-8493** calls **956-408-9429** (356 sec)
1:09 PM **202-384-8493** calls **956-408-9429** (6 sec)





**CID 153-4**
11/07/2014
202-308-1244; 1:09:19 PM; Wills; Incoming Call; 170
202-308-1244; 1:09:55 PM; Wills; Outgoing Call; 170

**CID 568-3**
11/07/2014
202-384-8493; 1:03:10 PM; Wills; Outgoing Call; 90
202-384-8493; 1:03:21 PM; Wills; Outgoing Call; 90
202-384-8493; 1:09:33 PM; Wills; Outgoing Call; 90

**CID 589-4**
11/07/2014
202-308-1244; 12:50:13 PM; Wills; Incoming Call; 300

**CID 475-3**
11/07/2014
202-308-1244; 12:49:53 PM; Wills; Outgoing Call; 180

Losoya Residence
3702 San Jacinto St
Brownsville, TX

-97.60780, 26.55441
Maps Icons Collection

Map data ©2019 INEGI   Terms of Use

**Intellectual Property of the FBI Cellular Analysis Survey Team.   Reproduction in Whole or In Part is Prohibited.**

34



**Historical Cell Site Analysis**

Cell Site Activations for **956-408-9429**

November 7, 2014 12:57 PM to 1:03 PM CST

1:03 PM **202-384-8493** calls **956-408-9429** (10 sec)
1:03 PM **202-384-8493** calls **956-408-9429** (356 sec)
1:09 PM **202-384-8493** calls **956-408-9429** (6 sec)



Oliveria Middle School
444 Land O'Lakes
Brownsville, TX

Losoya Residence
3702 San Jacinto St
Brownsville, TX

CIDs 20312, 20318

**11/07/2014**
956-408-9429; 12:57:00 PM; Losoya; Outgoing Call; 120
956-408-9429; 12:58:00 PM; Losoya; Outgoing Call; 120
956-408-9429; 1:03:00 PM; Losoya; Incoming Call; 120

**Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.**

35

**Historical Cell Site Analysis**
Cell Site Activations for **202-384-8493**
Cell Site Activations for 202-308-1244
November 7, 2014 1:20 PM to 6:11 PM CST

1:20 PM **202-384-8493** calls 956-408-9429 (10 sec)
1:20 PM **202-384-8493** calls 956-408-9429 (139 sec)
5:18 PM **202-384-8493** calls 956-408-9429 (11 sec)
5:18 PM **202-384-8493** calls 956-408-9429 (1964 sec)





**Wills Residence**
506 Lake Wood St
Rockport, TX

**CID 608-3**
**11/07/2014**
202-308-1244: 2:48:49 PM; Wills; Incoming Call; 120

**CID 360-2**
**11/07/2014**
202-308-1244: 2:13:50 PM; Wills; Outgoing Call; 20

**CID 338-2**
**11/07/2014**
202-308-1244: 5:02:03 PM; Wills; Incoming Call; 25
202-384-8493: 5:18:40 PM; Wills; Outgoing Call; 25
202-384-8493: 5:18:52 PM; Wills; Outgoing Call; 25
202-308-1244: 6:11:54 PM; Wills; Outgoing Call; 25

**Border Patrol CP**
DGS3500 (Wills)
1:51 PM

**CID 195-4**
**11/07/2014**
202-384-8493: 1:20:30 PM; Wills; Outgoing Call; 330
202-384-8493: 1:20:41 PM; Wills; Outgoing Call; 330

**Losoya Residence**
3702 San Jacinto St
Brownsville, TX

Map data ©2019 Google, INEGI   Terms of Use

Intellectual Property of the FBI Cellular Analysis Survey Team.   Reproduction in Whole or In Part is Prohibited.

36

**Historical Cell Site Analysis**

Cell Site Activations for **956-408-9429**

November 7, 2014 1:20 PM to 5:28 PM CST

1:20 PM **202-384-8493** calls **956-408-9429** (10 sec)
1:20 PM **202-384-8493** calls **956-408-9429** (139 sec)
5:18 PM **202-384-8493** calls **956-408-9429** (11 sec)
5:18 PM **202-384-8493** calls **956-408-9429** (1964 sec)





Intellectual Property of the FBI Cellular Analysis Survey Team.  Reproduction in Whole or In Part is Prohibited.

37



END

Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or In Part is Prohibited.

38

# EXHIBIT 68

# Government Exhibit provided
# on Thumb-drive



## UNITED STATES OF AMERICA
### vs.
### David Keith Wills
### 2:17-CR-390

# EXHIBIT 69

# Government Exhibit provided on Thumb-drive



## UNITED STATES OF AMERICA
### vs.
### David Keith Wills
### 2:17-CR-390

# EXHIBIT 70

# Government Exhibit provided on Thumb-drive



## UNITED STATES OF AMERICA
### vs.
### David Keith Wills
### 2:17-CR-390

# EXHIBIT 71

# Government Exhibit provided on Thumb-drive



## UNITED STATES OF AMERICA
### vs.
### David Keith Wills
### 2:17-CR-390

# EXHIBIT 72

# Government Exhibit provided on Thumb-drive



## UNITED STATES OF AMERICA
### vs.
### David Keith Wills
### 2:17-CR-390

# EXHIBIT 73

# Government Exhibit provided on Thumb-drive



## UNITED STATES OF AMERICA
### vs.
### David Keith Wills
### 2:17-CR-390

# EXHIBIT 74

# Government Exhibit provided on Thumb-drive



## UNITED STATES OF AMERICA
### vs.
### David Keith Wills
### 2:17-CR-390

# EXHIBIT 74

## BUSINESS RECORD CERTIFICATION OF APPLE INC. CUSTODIAN OF RECORDS

I, SEAN PINNER, hereby declare:

1.      I am employed by Apple Inc. I am a duly authorized Custodian of Records, or other qualified witness for Apple Inc. ("Apple") located in Cupertino, California.  As such I have the authority to certify these records produced on November 4, 2018 in response to the legal process served on Apple on October 19, 2018.  I am authorized to submit this declaration on behalf of Apple.

2.      Each of the records produced is the original or a duplicate of the original record in the custody of Apple Inc.

3.      These records were made at or near the time of the occurrence of the matters set forth in the records;

4.      These records were kept in the course of the regularly conducted activity; and,

5.      These records were made by the regularly conducted activity as a regular practice.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

DATED: November 4, 2018                    **APPLE INC.**

By: <u>                                                   </u>

Name:  Sean Pinner



GOVERNMENT
EXHIBIT
74
17cr390

Apple Confidential
GCRM Data
Installed product details related to serial
Serial Number: See Device Key
Timezone: GMT

| description | serial number | purchase date |
|---|---|---|
| iPad (3rd gen) Wi-Fi, Cellular (VZ) | DMPHX1KHDVGD | 2012-07-12 00:00:00 |

| product description | marketing part number | imei number |
|---|---|---|
| IPAD WI-FI CELLULAR 32GB W - VERIZ | MD364LL/A | 990001315073486 |

| meid | mac address | bluetooth macaddress |
|------|-------------|----------------------|
| 99000131507348 | 4CB1993DA634 | 4CB1993DA635 |

2:17cr390-005778

| customer name | contact name | dsid |
|---|---|---|
| Candy Losoya | Candy Losoya | 1470567984 |

| apple logon id | email address | phone number |
|---|---|---|
| lydiasilver6@gmail.com | lydiasilver6@gmail.com | 956 5417552 |

| street address | city | state |
| --- | --- | --- |
| 3702 San Jacinto | Brownsville | TX |

| country | postal code | role |
|---------|-------------|------|
| USA | 78521-7422 | Individual Consumer |

Apple Confidential
iTunes Data
Subscriber information related to GUID
GUID: See Device Key
Period: From 19-October-2017 to 19-October-2018
Timezone: PST/PDT

**No data**

Apple Confidential
Device Registration
Serial Number: See Device Key
Period: From 19-October-2017 to 19-October-2018
Timezone: PST/PDT
Registration Source key (column E):

Macbuddy:  information provided when a customer registers a Mac (prior to Yosemite 10.10)
icloud:  information received when a customer associates a device to an iCloud Apple ID by signing in to iCloud  (i
ios:  information provided when a customer registers an iOS device over the air (prior to iOS 8)
jinglep:  information provided when a customer registers a device connected to a PC/Mac (prior to iTunes 11.4 ar
tethered:  information received when a customer associates a non-iOS device to an iTunes account (iTunes 11.4 c

| serial number | ethernet address | date activation_unbrick |
|---|---|---|
| DMPHX1KHDVGD | | |

2:17cr390-005784

OS 8 or later, Yosemite 10.10 or later)

ıd iOS 8)
ır later)

| date reg received | registration source | product description |
| --- | --- | --- |
| 2014-12-29 10:59:28 | iCloud | IPAD WI-FI CELLULAR 32GB W - VERIZ |

2:17cr390-005785

| part number | purchase date | ds id |
|---|---|---|
| MD364LL/A | | 8175633876 |

2:17cr390-005786

| purchase location | first name | last name |
|---|---|---|
| SECONDARY | Lydia | Stambaugh |

| email address | name prefix | middle name |
|---|---|---|
| lydia.yasmin.stambaugh.74@gmail.cc | Ms. | |

| company name | business title | mail address1 |
|---|---|---|
| | | 3702 San Jacinto Dr |

2:17cr390-005789

| mail address2 | mail address3 | mail stop |

2:17cr390-005790

| mail city | mail state/province | mail region |
| --- | --- | --- |
| Brownsville | TX | |

2:17cr390-005791

| mail postal | mail postal zip4 | phone country code |
|---|---|---|
| 78521-7422 | | USA |

2:17cr390-005792

| home phone country code | home phone area code | home phone number |

2:17cr390-005793

| business phone country code | business phone area code | business phone number |
| --- | --- | --- |
| 1 | 210 | 5523701 |

| business phone number ext | mobile phone country code | mobile phone area code |
|---|---|---|

2:17cr390-005795

| mobile phone number | fax phone country code | fax phone area code |
| --- | --- | --- |

2:17cr390-005796

fax phone number

2:17cr390-005797

Apple Confidential
Device Key

| serial_nr | imei_nr |
|---|---|
| DMPHX1KHDVGD | 990001315073486 |

global_unique_id
7719efaab8fae9cbd47c223b40dfb939eb962acb

EXHIBIT 75



VERIZON SECURITY SUBPOENA COMPLIANCE
180 WASHINGTON VALLEY ROAD]
BEDMINSTER, NJ 07921
Phone: 800-451-5242 Fax: 888-667-0028

09/11/2019

Clay G Odom

**Verizon Case #: [180248599]**
**Docket / File #: [ICE-HIS-CC-2019-00041]**

State of New Jersey

ss:

City of Bedminster

I, Joyce Kimanzi, being duly sworn, depose and say:

1. I am the custodian of records for Verizon, and in that capacity, I certify that the electronic excel spreadsheet are true and accurate copies of the records created from the information maintained by Verizon in the actual course of business
2. It is Verizon's ordinary practice to maintain such records, and that said records were made contemporaneously with the transaction and events stated therein, or within a reasonable time thereafter.

/s/ Joyce Kimanzi

9294283942



GOVERNMENT
EXHIBIT
75
17cr390

Page 1 of 3                                                                 2:17cr390-010467

```
****************************************
C U S T O M E R   A G R E E M E N T
****************************************
```

```
          VERIZON WIRELESS
          508 Springmart Blvd
       Brownsville, TX 78526-4327
            (956) 350-9273
          verizonwireless.com
```

```
Order Location:        15199 01 #398129
Receive Location:              15199 01
Receipt Date/Time:   07/12/2012 14:51 PT
Register: 14             USWINID - EA488
```

```
-------------------------------------------
    Mobile Number: (956) 525-3058
       Device ID: 990001315073486
-------------------------------------------
```

```
Date of Activation:          07/12/2012
Contract End Date:              Monthly
Early Termination Fee:               $0
```

```
 Plan :
 86504 SHARE EVERYTHING DATA 4GB $30 0612
```

```
 Monthly Line Access:
  TABLET LINE ACCESS $10
 Insurance:·
  DECLINE EQUIPMENT PROTECTION
 ICCID: 89148000000222921026
```

```
 Items received:
  PLAN/FEATURE BROCHURE
```

```
==========================================
```

```
 Please   Note:  Features  and   services
 may not  be  compatible with all devices.
```

```
 A Verizon Wireless  SIM  may  only   be
 used  with  devices  certified for use on
 Verizon Wireless' network.
```

```
 You    can    check   if  your  device is
 certified at
 www.verizonwireless.com/certifieddevice
```

```
==========================================
```

```
 Taxes  &  surcharges  apply  &  may  vary.
 Federal Universal Service Charge of 15.7%
 of  interstate & int'l  telecom  charges
 ( varies  quarterly  based  on FCC rate )
 and  a $.16  Regulatory Charge  and $.99
 Administrative Charge per line/month are
 our charges, not taxes.
```

```
-------------------------------------------
              Agreement
-------------------------------------------
```

```
   I  understand that if I am porting in
 my  phone  number  from another service
 provider, I  may  owe  that provider  an
```

1

early termination fee and other charges, and I understand that, during the porting process, the ability for me to receive calls, including return calls from 911 personnel, will not be available.

I AGREE TO THE CURRENT VERIZON WIRELESS CUSTOMER AGREEMENT, INCLUDING THE CALLING PLAN, (WITH EXTENDED LIMITED WARRANTY/SERVICE CONTRACT, IF APPLICABLE), AND OTHER TERMS AND CONDITIONS FOR SERVICES AND SELECTED FEATURES I HAVE AGREED TO PURCHASE AS REFLECTED ON THE RECEIPT, AND WHICH HAVE BEEN PRESENTED TO ME BY THE SALES REPRESENTATIVE AND WHICH I HAD THE OPPORTUNITY TO REVIEW. I UNDERSTAND THAT I AM AGREEING TO AN EARLY TERMINATION FEE PER LINE AS REFLECTED ON THIS RECEIPT, LIMITATIONS OF LIABILITY FOR SERVICE AND EQUIPMENT, SETTLEMENT OF DISPUTES BY ARBITRATION AND OTHER MEANS INSTEAD OF JURY TRIALS, AND OTHER IMPORTANT TERMS IN THE CUSTOMER AGREEMENT.

Account Owner Signature:

_____

MARIA LOSOYA

Thank You!

2

# EXHIBIT 76

# Government Exhibit provided
## on Thumb-drive



## UNITED STATES OF AMERICA
### vs.
### David Keith Wills
### 2:17-CR-390

# EXHIBIT 77

WELCOME TO BEST BUY #353
BROWNSVILLE, TX 78520
(956)546-0755

Keep your receipt!

Val #:000193-156502-809938-748806-421696-046

0353 064 6226 10/06/13    16:09 01019123

~~Duplicate Receipt~~
*****~~**********~~

5611878  COMPUTING F                  0.00
PC WOW
6238297  M0760LL/A               1,049.99
MBAIR 13 3/1.3/4/128FLASH-USA
    50.00  SALE DISCOUNT
  ITEM TAX 86.63
5563131  W2071D / A3                  89.99
HP W2071D 20-INCH LED BACKLIT
    39.00  SALE DISCOUNT
  ITEM TAX 7.42
6236996  2YR 75-99.9                  14.99
2YR AOW 75-99.99 MONITOR GSP
GSP#      6008544084
SKU #     4229131
EXP DATE  10/6/2015
  ITEM TAX 1.24

                         ----------
              SUBTOTAL  1,154.97
      SALES TAX AMOUNT     95.29
                         *********
                 TOTAL  1,250.26

Associate # 1G69123

xxxxxxxxxxxx0307 BBY CARD     1,250.26
MARIA LOSOYA C
APPROVAL  006823
18-Month Financing

18 Month Financing
No interest if paid in full within
18 months. If the deferred interest balance
is not paid in full by the end of the
promotional period, interest will be
charged from the purchase date at rates
otherwise applicable under your
Card Agreement. Min. payments required.
See Card Agreement for details.

OTHER SAVINGS.   80.00
TOTAL SAVINGS.   80.00

****************************************
      Terms & Conditions will be
  e-mailed to you and can be found at
     www.geeksquad.com/termsconditions
****************************************

   15-day return policy on eligible items

Except where prohibited, a valid receipt
and ID is required for all returns. ID info
may be stored in a secure, encrypted
database used for tracking returns &
exchanges. Best Buy reserves the right to
         deny any return.

For return policy details and a complete
list of exceptions, ask for a policy
brochure at any cash register,
go to BestBuy.com, or call
1-888-BESTBUY (1-888-237-8289).

Best Buy is not responsible for any
personal data left on a returned item.

To learn about our privacy practices
please visit www.BestBuy.com/privacy.

YOUR CUSTOMER SERVICE PIN IS:
0353 064 6226 100613

----------------------------------------
BEST BUY VALUES YOUR FEEDBACK!!
TAKE OUR SURVEY AND ENTER FOR A CHANCE TO
WIN A $5,000 BEST BUY SHOPPING SPREE!!

Visit http://www.bestbuycares.com
Cuestionario en Español tambien

& enter the following codes:

Group A: XXXXX

Group B: XXXX
Group C: XXXXX

NO PURCHASE NECESSARY. Must be legal
resident of 50 US/DC/PR. 18 or older
(except residents of AL and NE who
must be 19 years of age or older).
2 Drawing Periods:
8/4/13 - 11/2/13 & 11/3/13 - 2/1/14.
Limit 3 entries per Drawing Period.
For free entry & other details, see
Official Rules at website or store.
Void where prohibited.

GOVERNMENT
EXHIBIT
77
17cr390

# EXHIBIT 78



GOVERNMENT
EXHIBIT
78
17cr390

2:17cr390-005208



2:17cr390-005209



2:17cr390-005210



2:17cr390-005211