# EXHIBIT 79



GOVERNMENT
EXHIBIT
79
17cr390

2:17cr390-005212



2:17cr390-005213



2:17cr390-005214

# EXHIBIT 79A



GOVERNMENT
EXHIBIT
79A
17cr390

2:17cr390-005200





2-17cr390-005202



FP&F NO: _____

LINE NO: _____

DESCRIPTION: _____

BOX / BAG: _____

2:17cr390-005203



RN# 54867 CA# 23226
ID# 3600,9464/ 01 14  289432-E26

VICTORIA'S
SECRET
Victori

2:17-cr-390-005205

Made in Sri Lanka/Fait au Sri Lanka/Hecho en Sri Lanka

CHEEKY
CULOTTE

VICTORIA'S SECRET

S/P

VICTORIA'S
SECRET
VictoriasSecret.com

2:17cr390-005205





# EXHIBIT 80

Business Records Affidavit

STATE OF ___Georgia___

COUNTY OF ___Muscogee___

Before me, the undersigned authority, personally appeared ___Bobby Phillips___, (Affiant), who first being duly sworn or affirmed by me, under penalty of perjury, deposed as follows:

1. My name is ___Bobby Phillips___. I am over the age of 18 and fully competent to make this affidavit. The facts stated herein are true and correct and are based on my personal knowledge.

2. I am the custodian of the records of ___Incomm Financial Services___ (business name), whose address is ___1200 Brookstone Centre PKWY, Suite 220 Columbus, GA 31904___.

3. Attached hereto, collectively as Exhibit A, are ___3___ pages of records from said business, regarding the account of ___Card details___.

4. These said pages of records are kept by said business in the regular course of business.

5. It is the regular practice of said business for an employee or representative with knowledge of the act, event, incident, order, transaction, invoice, condition, photo, video recording, audio recording, opinion, or diagnosis, to make the record, or to transmit information thereof to be included in such record.

6. The said records were made at or near the time of occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

7. The said records attached hereto are the originals or exact duplicates of the originals.

_Bobby Phillips_

**Affiant's Signature**

SUBSCRIBED AND SWORN TO OR AFFIRMED before me on the _27th_ day of

_September_, _2017_ by Affiant _Bobby Phillips_.

_Tori Watson_

Notary Public

**May 24, 2020**

My commission expires

TORI WATSON
MY COMMISSION EXPIRES
MAY
24
2020
HARRIS CO., GEORGIA
NOTARY PUBLIC

GOVERNMENT
EXHIBIT
80
17cr390

2:17cr390-005456

Card Number: 4847359584009855
Merchant: Walgreens
Merchant Number: 09205
Merchant Address: 1309 Texas 35 Rockport, TX 78382
VAN16: 6277001475203437

| Date | Process Code | Txn Amount | Original Txn Amount | Acquirer Name | Acquirer Address | Acquirer City | Response | Reference | Balance | Available Balance |
|------|------|------|------|------|------|------|------|------|------|------|
| 12/12/2013 12:09 AM | 160100 | $116.00 | | BACKYARDS UNLIMITED | | SAN BENITO , TX | Approved: Balance provided | 163345789781012 | $0.51 | $0.51 |
| 12/11/2013 04:56 PM | 360100 | $116.00 | | BACKYARDS UNLIMITED | | SAN BENITO , TX | Approved: POS pre-authorization accepted | 163345789781012 | $116.51 | $0.51 |
| 12/09/2013 09:29 PM | 160100 | $21.00 | | PCC 2186 | | BROWNSVILLE , TX | Approved: Balance provided | 303342647946043 | $116.51 | $116.51 |
| 12/08/2013 12:59 PM | 360100 | $75.00 | | STRIPES 2186 | | BROWNSVILLE , TX | Approved: POS pre-authorization accepted | 303342647946043 | $137.51 | $62.51 |
| 12/07/2013 09:21 PM | 160100 | $21.00 | | PCC 2186 | | BROWNSVILLE , TX | Approved: Balance provided | 583340606507149 | $137.51 | $137.51 |
| 12/06/2013 08:34 PM | 160100 | $30.00 | | RED NAILS | | BROWNSVILLE , TX | Approved: Balance provided | 003339668415888 | $158.51 | $83.51 |
| 12/06/2013 11:50 AM | 360100 | $75.00 | | STRIPES 2186 | | BROWNSVILLE , TX | Approved: POS pre-authorization accepted | 583340606507149 | $188.51 | $77.51 |
| 12/05/2013 01:34 PM | 360100 | $36.00 | | RED NAILS | | BROWNSVILLE , TX | Approved: POS pre-authorization accepted | 003339668415888 | $188.51 | $152.51 |
| 12/05/2013 04:23 AM | 160100 | $61.49 | | WAL-MART #1000 | | BROWNSVILLE , TX | Approved: Balance provided | 283339010441680 | $188.51 | $188.51 |
| 12/04/2013 07:17 PM | 360100 | $61.49 | | WAL-MART STORES, INC. | | BROWNSVILLE , TX | Approved: POS pre-authorization accepted | 283339010441680 | $250.00 | $188.51 |
| 12/04/2013 07:17 PM | 990400 | $250.00 | | INCOMM | | , | Card:First Use | | $250.00 | $250.00 |
| 12/01/2013 01:06 PM | 2001 | $250.00 | | INCOMM | | , | Card Activation:Credit | | $250.00 | $250.00 |

2:17cr390-005449

Card Number: **4847359542201529**
Merchant: Walgreens
Merchant Number: 09205
Merchant Address: 1309 Texas 35 Rockport, TX 78382
VAN16: 6277008384471807

| Date | Process Code | Txn Amount | Original Txn Amount | Acquirer Name | Acquirer Address | Acquirer City | Response | Reference | Balance | Available Balance |
|------|--------------|-----------|---------------------|---------------|------------------|---------------|----------|-----------|---------|-------------------|
| 12/12/2013 12:09 AM | 160100 | $500.00 | | BACKYARDS UNLIMITED | | SAN BENITO , TX | Approved: Balance provided | 083345788772054 | $0.00 | $0.00 |
| 12/11/2013 04:54 PM | 360100 | $500.00 | | BACKYARDS UNLIMITED | | SAN BENITO , TX | Approved: POS pre-authorization accepted | 083345788772054 | $500.00 | $0.00 |
| 12/11/2013 04:54 PM | 990400 | $500.00 | | INCOMM | | , | Card:First Use | | $500.00 | $500.00 |
| 12/09/2013 11:22 AM | 2001 | $500.00 | | INCOMM | | , | Card Activation:Credit | | $500.00 | $500.00 |

Card Number: **4847359521757178**
Merchant: Walgreens
Merchant Number: 09205
Merchant Address: 1309 Texas 35 Rockport, TX 78382
VAN16: 6277003468368763

| Date | Process Code | Txn Amount | Original Txn Amount | Acquirer Name | Acquirer Address | Acquirer City | Response | Reference | Balance | Available Balance |
|------|--------------|-----------|---------------------|---------------|------------------|---------------|----------|-----------|---------|-------------------|
| 12/12/2013 12:09 AM | 160100 | $500.00 | | BACKYARDS UNLIMITED | | SAN BENITO , TX | Approved: Balance provided | 003345787796130 | $0.00 | $0.00 |
| 12/11/2013 04:53 PM | 360100 | $500.00 | | BACKYARDS UNLIMITED | | SAN BENITO , TX | Approved: POS pre-authorization accepted | 003345787796130 | $500.00 | $0.00 |
| 12/11/2013 04:53 PM | 990400 | $500.00 | | INCOMM | | , | Card:First Use | | $500.00 | $500.00 |
| 12/09/2013 11:22 AM | 2001 | $500.00 | | INCOMM | | , | Card Activation:Credit | | $500.00 | $500.00 |

2:17cr390-005450

Case 2:17-cr-00390   Document 802-6   Filed on 12/16/20 in TXSD   Page 18 of 110

Card Number: 4847359527901242
Merchant: Walgreens
Merchant Number: 09205
Merchant Address: 1309 Texas 35 Rockport, TX 78382
VAN16: 6277007199689462

| Date | Process Code | Txn Amount | Original Txn Amount | Acquirer Name | Acquirer Address | Acquirer City | Response | Reference | Balance | Available Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/12/2013 12:09 AM | 160100 | $500.00 | | BACKYARDS UNLIMITED | | SAN BENITO , TX | Approved: Balance provided | 083345788287157 | $0.00 | $0.00 |
| 12/11/2013 04:53 PM | 360100 | $500.00 | | BACKYARDS UNLIMITED | | SAN BENITO , TX | Approved: POS pre-authorization accepted | 083345788287157 | $500.00 | $0.00 |
| 12/11/2013 04:53 PM | 990400 | $500.00 | | INCOMM | | , | Card:First Use | | $500.00 | $500.00 |
| 12/09/2013 11:22 AM | 2001 | $500.00 | | INCOMM | | , | Card Activation:Credit | | $500.00 | $500.00 |

2:17cr390-005451

# EXHIBIT 81

08/16/2017  08:36   9557874735          RICHARDS FENCE CO          PAGE  02

302 W. Expwy 83 Suite C *San Juan*, Texas 78589 (956) 781-7800
30745 E. Expwy 83 *San Benito*, Texas 78586 (956) 361-7700

**Customer Order / Invoice**

Order No.

**0152**

Order Date : **12/11/2013**          Salesperson : **Tony**

Delivery & Installation Date : **12/19/2013**          Store Location : **San Juan**

Bill To
**Candy Lozoya**

3702 San Jancito
Brownsville, TX 78521
Cell:
Office / Home: 956 543-2483    Fax:

Ship To
**Candy Lozoya**

3702 San Jancito
Brownsville, TX 78521

| Product ID | Description | Quantity | Price | Total |
|---|---|---|---|---|
| Equipment | Spring Free 11x11 | 1 | $1,899.00 | $1,899.00 |
| Equipment | Step | 1 | $99.00 | $99.00 |
| Labor | Delivery and Install ($199) | 1 | $0.00 | $0.00 |

|  |  |  |  |
|---|---|---|---|
|  |  | Subtotal | 31,998.00 |
|  |  | Discount | $0.00 |
|  | 8.25% | Tax | $164.84 |
|  |  | **Total** | **$2,162.84** |

1,2

| Playset Options | | Payment Method | |
|---|---|---|---|
| Tarp Colors: | | ☑ Credit Card   Auth # | |
| Swing Colors: | | ☐ Check # | |
| Swing Beam: | | ☐ Cash  ☐ Finance  ☐ Layaway | **Payment Amount** $1616.00 |
| **Special Instructions** | | ☐ Credit Card   Auth # | |
| | | ☐ Check # | |
| | | ☑ Cash  ☐ Finance  ☐ Layaway | **Payment Amount** $546.84 |

Purchaser approves location of installation and acceptance of playground equipment. It is the Purchaser's responsibility to ensure that the play area is resilient, safe and free of any potential hazards. Playground equipment comes with a Manufacturer's Warranty of the Purchaser. Wooden playsets will show distortion, as well as seasonal checks/cracks. These are natural characteristics of wood and in no way should they affect the structural integrity of the swingset.
Purchaser promises to pay *BACKYARDS UNLIMITED* in full for the playground equipment before receipt of playground equipment, *BACKYARDS UNLIMITED* retains all ownership and possessory rights until all amounts owed are paid in full including the rights to repossession. If Final Balance due or any other unpaid amount must be collected from Purchaser agrees to pay in addition to the Final Balance Due or any other unpaid amount all costs and expenses, including reasonable attorney fees, associated with collection. Any Final Balance Due or any other unpaid amount not paid upon receipt of playground equipment shall carry interest rate of 18% per annum until paid.
RETURN AND REFUND POLICY; *BACKYARDS UNLIMITED* does not provide returns of, or returns for, products after the products either are;(i) delivered (ii) delivered and installed by *BACKYARDS UNLIMITED*. In the case that *BACKYARDS UNLIMITED* orders the product, there is no refund on initial down payment.

Printed On: 12/11/13, 3:48:40 pm

Candy Lozoya

GOVERNMENT
EXHIBIT
81
17cr390

2:17cr390-005183

# Installation Instructions

| | | |
|---|---|---|
| **Date** | **12/19/2013** | |
| **Customer** | **Candy Lozoya** | **3702 San Jancito** |
| **Cel** | | **Brownsville** |
| **Home** | **956 543-2483** | **78521** |

## Order Details #  152

| Product | Quantity |
|---|---|
| **Spring Free 11x11** | 1 |
| **Step** | 1 |
| **Delivery and Install** | 1 |

## Additional Details

| | |
|---|---|
| **Swing Beam** | |
| **Tarp** | |
| **Swings** | |
| **Instructions** | |

---

**Purchaser approves location of installation and acceptance of play system. Any additional service calls for change or moves will be made at the purchaser's expense.**

Customer Name: _____    **Date:**    12/19/2013

Customer Signature: _____

**Backyards Unlimited**

2:17cr390-005184

Page 2 of 3

08/16/2017  08:36   9567874735                  RICHARDS FENCE CO                        PAGE  04

BACKYARDS UNLIMITED
30745 E EXPRESSWAY 83
SAN BENITO, TX. 78586
956 361 7700

Merchant ID: 002493562125
Term ID: 002493562125212500XX

## Sale

xxxxxxxxxx1529
VISA                          Entry Method: Swiped

Total:                    $        500.50

12/11/13                           15:54:37
Inv #: 000804              Appr Code: 165507
Approvd: Online

I agree to pay above total amount
according to card issuer agreement
(Merchant agreement if credit voucher)

X C. _____

Merchant ____
THANK ____

---

BACKYARDS UNLIMITED
30745 E EXPRESSWAY 83
SAN BENITO, TX. 78586
956 361 7700

Merchant ID: 002493562125
Term ID: 002493562125212500XX

## Sale

xxxxxxxxx0855
Visa                          Entry Method: Swiped

Total:                    $        116.80

12/11/13                           15:56:18
Inv #: 000805              Appr Code: 165382
Approvd: Online

---

BACKYARDS UNLIMITED
30745 E EXPRESSWAY 83
SAN BENITO, TX. 78586
956 361 7700

Merchant ID: 00249356125
Term ID: 002493562125212500XX

## Sale

xxxxxxxxxx1242
VISA                          Entry Method: Swiped

Total:                    $        500.00

12/11/13                           15:53:48
Inv #: 000803              Appr Code: 165420
Approvd: Online

I agree to pay above total amount
according to card issuer agreement
(merchant agreement if credit voucher)

X C. _____

YOU A GIFT FOR
Merchant Fran:
THANK YOU

---

BACKYARDS UNLIMITED
30745 E EXPRESSWAY 83
SAN BENITO, TX. 78586
956 361 7700

Merchant ID: 002493562125
Term ID: 002493562125212500XX

## Sale

xxxxxxxxxxxx7178
VISA                    1.    Method: Swiped

Total:                    $        500.00

12/11/13                           15:52:59
Inv #: 000802             Code: 165342
Approvd: Online

I agree to pay above total amount
according to card issuer agreement
(merchant agreement if credit voucher)

X C. _____

YOU A GIFT FOR
Merchant Fran:
THANK YOU

2:17cr390-005185

# EXHIBIT 82



## Extraction Report
Cellebrite UFED Reports

---

### Data Files (27)

#### Images (27)

| # | File Info | | Additional file info | | Thumbnail | Delete |
|---|---|---|---|---|---|---|
| 1 | **Name:** | 20140309_225142.jpg | **Size (bytes)** | 1208113 | | |
| | **Path:** | /MEDIA1/Exports/20140309_225142.jpg | **Created:** | 3/23/2014 5:20:08 PM | | |
| | | | _Meta Data:_ | | | |
| | | | **Camera Make:** | SAMSUNG | | |
| | | | **Camera Model:** | SPH-L900 | | |
| | | | **Capture Time:** | 3/9/2014 10:51:42 PM | | |
| | | | **Pixel resolution:** | 2448x3264 | | |
| | | | **Resolution:** | 72x72 (Unit: Inch) | | |
| | | | **Make:** | SAMSUNG | | |
| | | | **Model:** | SPH-L900 | | |
| 2 | **Name:** | 20140313_230636.jpg | **Size (bytes)** | 1171103 | | |
| | **Path:** | /MEDIA1/Exports/20140313_230636.jpg | **Created:** | 3/23/2014 5:20:46 PM | | |
| | | | _Meta Data:_ | | | |
| | | | **Camera Make:** | SAMSUNG | | |
| | | | **Camera Model:** | SPH-L900 | | |
| | | | **Capture Time:** | 3/13/2014 11:06:36 PM | | |
| | | | **Pixel resolution:** | 2448x3264 | | |
| | | | **Resolution:** | 72x72 (Unit: Inch) | | |
| | | | **Make:** | SAMSUNG | | |
| | | | **Model:** | SPH-L900 | | |
| 3 | **Name:** | 20140313_230711.jpg | **Size (bytes)** | 1494482 | | |
| | **Path:** | /MEDIA1/Exports/20140313_230711.jpg | **Created:** | 3/23/2014 5:21:56 PM | | |
| | | | _Meta Data:_ | | | |
| | | | **Camera Make:** | SAMSUNG | | |
| | | | **Camera Model:** | SPH-L900 | | |
| | | | **Capture Time:** | 3/13/2014 11:07:11 PM | | |
| | | | **Pixel resolution:** | 2448x3264 | | |
| | | | **Resolution:** | 72x72 (Unit: Inch) | | |
| | | | **Make:** | SAMSUNG | | |
| | | | **Model:** | SPH-L900 | | |
| 4 | **Name:** | 20140313_230814.jpg | **Size (bytes)** | 1145807 | | |
| | **Path:** | /MEDIA1/Exports/20140313_230814.jpg | **Created:** | 3/23/2014 5:22:42 PM | | |
| | | | _Meta Data:_ | | | |
| | | | **Camera Make:** | SAMSUNG | | |
| | | | **Camera Model:** | SPH-L900 | | |
| | | | **Capture Time:** | 3/13/2014 11:08:14 PM | | |
| | | | **Pixel resolution:** | 2448x3264 | | |
| | | | **Resolution:** | 72x72 (Unit: Inch) | | |
| | | | **Make:** | SAMSUNG | | |
| | | | **Model:** | SPH-L900 | | |

GOVERNMENT EXHIBIT
82
17cr390
PENGAD 800-631-6989

2:17cr390-004642

1

| 5 | Name: 20140313_230824.jpg<br>Path: /MEDIA1/Exports/20140313_230824.jpg | Size (bytes): 1256810<br>Created: 3/23/2014 5:23:18 PM<br>Meta Data:<br>Camera Make: SAMSUNG<br>Camera Model: SPH-L900<br>Capture Time: 3/13/2014 11:08:23 PM<br>Pixel resolution: 2448x3264<br>Resolution: 72x72 (Unit: Inch)<br>Make: SAMSUNG<br>Model: SPH-L900 |  |
| 6 | Name: 20140313_230828.jpg<br>Path: /MEDIA1/Exports/20140313_230828.jpg | Size (bytes): 1172231<br>Created: 3/23/2014 5:23:52 PM<br>Meta Data:<br>Camera Make: SAMSUNG<br>Camera Model: SPH-L900<br>Capture Time: 3/13/2014 11:08:28 PM<br>Pixel resolution: 2448x3264<br>Resolution: 72x72 (Unit: Inch)<br>Make: SAMSUNG<br>Model: SPH-L900 |  |
| 7 | Name: 20140313_230921.jpg<br>Path: /MEDIA1/Exports/20140313_230921.jpg | Size (bytes): 1194615<br>Created: 3/23/2014 5:27:24 PM<br>Meta Data:<br>Camera Make: SAMSUNG<br>Camera Model: SPH-L900<br>Capture Time: 3/13/2014 11:09:21 PM<br>Pixel resolution: 2448x3264<br>Resolution: 72x72 (Unit: Inch)<br>Make: SAMSUNG<br>Model: SPH-L900 |  |
| 8 | Name: 20140313_230944.jpg<br>Path: /MEDIA1/Exports/20140313_230944.jpg | Size (bytes): 1166170<br>Created: 3/23/2014 5:29:10 PM<br>Meta Data:<br>Camera Make: SAMSUNG<br>Camera Model: SPH-L900<br>Capture Time: 3/13/2014 11:09:43 PM<br>Pixel resolution: 2448x3264<br>Resolution: 72x72 (Unit: Inch)<br>Make: SAMSUNG<br>Model: SPH-L900 |  |
| 9 | Name: 20140320_231901.jpg<br>Path: /MEDIA1/Exports/20140320_231901.jpg | Size (bytes): 1388550<br>Created: 3/23/2014 5:29:56 PM<br>Meta Data:<br>Camera Make: SAMSUNG<br>Camera Model: SPH-L900<br>Capture Time: 3/20/2014 11:19:00 PM<br>Pixel resolution: 2448x3264<br>Resolution: 72x72 (Unit: Inch)<br>Make: SAMSUNG<br>Model: SPH-L900 |  |

2:17cr390-004643

2

| 10 | Name: | 20140320_231943.jpg | Size (bytes): | 1186984 |  | |
| | Path: | /MEDIA1/Exports/20140320_231943.jpg | Created: | 3/23/2014 5:30:54 PM | | |
| | | | Meta Data: | | | |
| | | | Camera Make: | SAMSUNG | | |
| | | | Camera Model: | SPH-L900 | | |
| | | | Capture Time: | 3/20/2014 11:19:42 PM | | |
| | | | Pixel resolution: | 2448x3264 | | |
| | | | Resolution: | 72x72 (Unit: Inch) | | |
| | | | Make: | SAMSUNG | | |
| | | | Model: | SPH-L900 | | |
| 11 | Name: | 20140320_232010.jpg | Size (bytes): | 1159426 |  | |
| | Path: | /MEDIA1/Exports/20140320_232010.jpg | Created: | 3/23/2014 5:31:36 PM | | |
| | | | Meta Data: | | | |
| | | | Camera Make: | SAMSUNG | | |
| | | | Camera Model: | SPH-L900 | | |
| | | | Capture Time: | 3/20/2014 11:20:10 PM | | |
| | | | Pixel resolution: | 2448x3264 | | |
| | | | Resolution: | 72x72 (Unit: Inch) | | |
| | | | Make: | SAMSUNG | | |
| | | | Model: | SPH-L900 | | |
| 12 | Name: | 20140320_232021.jpg | Size (bytes): | 1188596 |  | |
| | Path: | /MEDIA1/Exports/20140320_232021.jpg | Created: | 3/23/2014 5:32:14 PM | | |
| | | | Meta Data: | | | |
| | | | Camera Make: | SAMSUNG | | |
| | | | Camera Model: | SPH-L900 | | |
| | | | Capture Time: | 3/20/2014 11:20:21 PM | | |
| | | | Pixel resolution: | 2448x3264 | | |
| | | | Resolution: | 72x72 (Unit: Inch) | | |
| | | | Make: | SAMSUNG | | |
| | | | Model: | SPH-L900 | | |
| 13 | Name: | 20140320_232054.jpg | Size (bytes): | 1193883 |  | |
| | Path: | /MEDIA1/Exports/20140320_232054.jpg | Created: | 3/23/2014 6:43:54 PM | | |
| | | | Meta Data: | | | |
| | | | Camera Make: | SAMSUNG | | |
| | | | Camera Model: | SPH-L900 | | |
| | | | Capture Time: | 3/20/2014 11:20:54 PM | | |
| | | | Pixel resolution: | 2448x3264 | | |
| | | | Resolution: | 72x72 (Unit: Inch) | | |
| | | | Make: | SAMSUNG | | |
| | | | Model: | SPH-L900 | | |
| 14 | Name: | 20140320_232304.jpg | Size (bytes): | 1615875 |  | |
| | Path: | /MEDIA1/Exports/20140320_232304.jpg | Created: | 3/23/2014 6:44:28 PM | | |
| | | | Meta Data: | | | |
| | | | Camera Make: | SAMSUNG | | |
| | | | Camera Model: | SPH-L900 | | |
| | | | Capture Time: | 3/20/2014 11:23:04 PM | | |
| | | | Pixel resolution: | 2448x3264 | | |
| | | | Resolution: | 72x72 (Unit: Inch) | | |
| | | | Make: | SAMSUNG | | |
| | | | Model: | SPH-L900 | | |

| 15 | Name:<br>Path: | 20140320_232312.jpg<br>/MEDIA1/Exports/20140320_232312.jpg | Size (bytes):<br>Created:<br>Meta Data:<br>Camera Make:<br>Camera Model:<br>Capture Time:<br>Pixel resolution:<br>Resolution:<br>Make:<br>Model: | 1599589<br>3/23/2014 6:45:14 PM<br><br>SAMSUNG<br>SPH-L900<br>3/20/2014 11:23:12 PM<br>2448x3264<br>72x72 (Unit: Inch)<br>SAMSUNG<br>SPH-L900 |  | |
| 16 | Name:<br>Path: | 20140320_232331.jpg<br>/MEDIA1/Exports/20140320_232331.jpg | Size (bytes):<br>Created:<br>Meta Data:<br>Camera Make:<br>Camera Model:<br>Capture Time:<br>Pixel resolution:<br>Resolution:<br>Make:<br>Model: | 1608485<br>3/23/2014 6:45:44 PM<br><br>SAMSUNG<br>SPH-L900<br>3/20/2014 11:23:31 PM<br>2448x3264<br>72x72 (Unit: Inch)<br>SAMSUNG<br>SPH-L900 |  | |
| 17 | Name:<br>Path: | 20140320_233716.jpg<br>/MEDIA1/Exports/20140320_233716.jpg | Size (bytes):<br>Created:<br>Meta Data:<br>Camera Make:<br>Camera Model:<br>Capture Time:<br>Pixel resolution:<br>Resolution:<br>Make:<br>Model: | 1167391<br>3/23/2014 6:46:14 PM<br><br>SAMSUNG<br>SPH-L900<br>3/20/2014 11:37:16 PM<br>2448x3264<br>72x72 (Unit: Inch)<br>SAMSUNG<br>SPH-L900 |  | |
| 18 | Name:<br>Path: | 20140320_233721.jpg<br>/MEDIA1/Exports/20140320_233721.jpg | Size (bytes):<br>Created:<br>Meta Data:<br>Camera Make:<br>Camera Model:<br>Capture Time:<br>Pixel resolution:<br>Resolution:<br>Make:<br>Model: | 1531390<br>3/23/2014 6:46:48 PM<br><br>SAMSUNG<br>SPH-L900<br>3/20/2014 11:37:21 PM<br>2448x3264<br>72x72 (Unit: Inch)<br>SAMSUNG<br>SPH-L900 |  | |
| 19 | Name:<br>Path: | 20140320_234129.jpg<br>/MEDIA1/Exports/20140320_234129.jpg | Size (bytes):<br>Created:<br>Meta Data:<br>Camera Make:<br>Camera Model:<br>Capture Time:<br>Pixel resolution:<br>Resolution:<br>Make:<br>Model: | 1369032<br>3/23/2014 6:47:26 PM<br><br>SAMSUNG<br>SPH-L900<br>3/20/2014 11:41:29 PM<br>2448x3264<br>72x72 (Unit: Inch)<br>SAMSUNG<br>SPH-L900 |  | |

2:17cr390-004645

4

| 20 | Name:<br>Path: | 20140322_012926.jpg<br>/MEDIA1/Exports/20140322_012926.jpg | Size (bytes):<br>Created:<br>Meta Data:<br>Camera Make:<br>Camera Model:<br>Capture Time:<br>Pixel resolution:<br>Resolution:<br>Make:<br>Model: | 875756<br>3/23/2014 6:54:10 PM<br><br>SAMSUNG<br>SPH-L900<br>3/22/2014 1:29:26 AM<br>2448x3264<br>72x72 (Unit: Inch)<br>SAMSUNG<br>SPH-L900 | |
| 21 | Name:<br>Path: | 20140322_012928.jpg<br>/MEDIA1/Exports/20140322_012928.jpg | Size (bytes):<br>Created:<br>Meta Data:<br>Camera Make:<br>Camera Model:<br>Capture Time:<br>Pixel resolution:<br>Resolution:<br>Make:<br>Model: | 854981<br>3/23/2014 6:55:52 PM<br><br>SAMSUNG<br>SPH-L900<br>3/22/2014 1:29:28 AM<br>2448x3264<br>72x72 (Unit: Inch)<br>SAMSUNG<br>SPH-L900 | |
| 22 | Name:<br>Path: | 20140322_012935.jpg<br>/MEDIA1/Exports/20140322_012935.jpg | Size (bytes):<br>Created:<br>Meta Data:<br>Camera Make:<br>Camera Model:<br>Capture Time:<br>Pixel resolution:<br>Resolution:<br>Make:<br>Model: | 831211<br>3/23/2014 6:56:40 PM<br><br>SAMSUNG<br>SPH-L900<br>3/22/2014 1:29:34 AM<br>2448x3264<br>72x72 (Unit: Inch)<br>SAMSUNG<br>SPH-L900 | |
| 23 | Name:<br>Path: | 20140322_012956.jpg<br>/MEDIA1/Exports/20140322_012956.jpg | Size (bytes):<br>Created:<br>Meta Data:<br>Camera Make:<br>Camera Model:<br>Capture Time:<br>Pixel resolution:<br>Resolution:<br>Make:<br>Model: | 855811<br>3/23/2014 6:57:02 PM<br><br>SAMSUNG<br>SPH-L900<br>3/22/2014 1:29:56 AM<br>2448x3264<br>72x72 (Unit: Inch)<br>SAMSUNG<br>SPH-L900 | |
| 24 | Name:<br>Path: | 20140322_013006.jpg<br>/MEDIA1/Exports/20140322_013006.jpg | Size (bytes):<br>Created:<br>Meta Data:<br>Camera Make:<br>Camera Model:<br>Capture Time:<br>Pixel resolution:<br>Resolution:<br>Make:<br>Model: | 890270<br>3/23/2014 6:57:22 PM<br><br>SAMSUNG<br>SPH-L900<br>3/22/2014 1:30:05 AM<br>2448x3264<br>72x72 (Unit: Inch)<br>SAMSUNG<br>SPH-L900 | |

2:17cr390-004646

5

| 25 | Name:<br>Path: | 20140322_013610.jpg<br>/MEDIA1/Exports/20140322_013610.jpg | Size (bytes):<br>Created:<br>Meta Data:<br>Camera Make:<br>Camera Model:<br>Capture Time:<br>Pixel resolution:<br>Resolution:<br>Make:<br>Model: | 601780<br>3/23/2014 6:57:44 PM<br><br>SAMSUNG<br>SPH-L900<br>3/22/2014 1:36:09 AM<br>2448x3264<br>72x72 (Unit: Inch)<br>SAMSUNG<br>SPH-L900 | |
| 26 | Name:<br>Path: | 20140322_014031.jpg<br>/MEDIA1/Exports/20140322_014031.jpg | Size (bytes):<br>Created:<br>Meta Data:<br>Camera Make:<br>Camera Model:<br>Capture Time:<br>Pixel resolution:<br>Resolution:<br>Make:<br>Model: | 147324<br>3/23/2014 6:57:54 PM<br><br>SAMSUNG<br>SPH-L900<br>3/22/2014 1:40:31 AM<br>960x1280<br>72x72 (Unit: Inch)<br>SAMSUNG<br>SPH-L900 | |
| 27 | Name:<br>Path: | 20140322_014054.jpg<br>/MEDIA1/Exports/20140322_014054.jpg | Size (bytes):<br>Created:<br>Meta Data:<br>Camera Make:<br>Camera Model:<br>Capture Time:<br>Pixel resolution:<br>Resolution:<br>Make:<br>Model: | 107925<br>3/23/2014 6:58:18 PM<br><br>SAMSUNG<br>SPH-L900<br>3/22/2014 1:40:54 AM<br>960x1280<br>72x72 (Unit: Inch)<br>SAMSUNG<br>SPH-L900 | |

2:17cr390-004647

6

# EXHIBIT 82.1



GOVERNMENT
EXHIBIT
**82.1**

17cr390

# EXHIBIT 82.2



**GOVERNMENT
EXHIBIT
82.2**

17cr390

# EXHIBIT 82.3



GOVERNMENT
EXHIBIT
**82.3**

17cr390

# EXHIBIT 82.4



GOVERNMENT
EXHIBIT
**82.4**

17cr390

# EXHIBIT 82.5



GOVERNMENT
EXHIBIT
82.5

17cr390

# EXHIBIT 82.6



GOVERNMENT
EXHIBIT
82.6

17cr390

EXHIBIT 82.7



# EXHIBIT 82.8



GOVERNMENT
EXHIBIT
82.8

17cr390

# EXHIBIT 82.9



GOVERNMENT
EXHIBIT
82.9

17cr390

# EXHIBIT 82.10



GOVERNMENT
EXHIBIT
82.10

17cr390

EXHIBIT 82.11



GOVERNMENT
EXHIBIT
**82.11**

17cr390

# EXHIBIT 82.12



**GOVERNMENT
EXHIBIT
82.12**

17cr390

# EXHIBIT 82.13



**GOVERNMENT
EXHIBIT
82.13**

17cr390

# EXHIBIT 82.14



GOVERNMENT
EXHIBIT
**82.14**

17cr390

# EXHIBIT 82.15



GOVERNMENT
EXHIBIT
**82.15**

17cr390

# EXHIBIT 82.16



GOVERNMENT
EXHIBIT
**82.16**

17cr390

# EXHIBIT 82.17



GOVERNMENT
EXHIBIT
82.17

17cr390

EXHIBIT 82.18



GOVERNMENT
EXHIBIT
**82.18**

17cr390

EXHIBIT 82.19



GOVERNMENT
EXHIBIT
82.19

17cr390

# EXHIBIT 83



GOVERNMENT
EXHIBIT
83
17cr390





# EXHIBIT 84

https://www.lawdepot.com/LawDepotEditor/dialogs/LawDepotPrint...

# LOAN AGREEMENT

**THIS LOAN AGREEMENT** (this "Agreement") dated this 2nd day of June, 2017

**BETWEEN:**

David K. Wills of 13329 Query Mill Road, N. Potomac, MD, 20878
(the "Lender")

**OF THE FIRST PART**

**AND**

Sara J. Benz of 21036 Bealsville Road, Dickerson, MD, 20868
(the "Borrower")

**OF THE SECOND PART**

**IN CONSIDERATION OF** the Lender loaning certain monies (the "Loan") to the Borrower, and the Borrower repaying the Loan to the Lender, both parties agree to keep, perform and fulfill the promises and conditions set out in this Agreement:

### Loan Amount & Interest

1. The Lender promises to loan $250,000.00 USD to the Borrower and the Borrower promises to repay this principal amount to the Lender, without interest payable on the unpaid principal, beginning as soon as dividends are issued as per article 6 and 7 below.

### Payment

2. This Loan is repayable as per article 7 below.

### Default

3. Notwithstanding anything to the contrary in this Agreement, if the Borrower defaults in the performance of any obligation under this Agreement, then the Lender may declare the principal amount owing and interest due under this Agreement at that time to be immediately due and



GOVERNMENT
EXHIBIT
84
_____
17cr390

6/2/17, 1:27 PM
2:17cr390-009918

Print

https://www.lawdepot.com/LawDepotEditor/dialogs/LawDepotPrint...

payable.

4. If the Borrower defaults in payment as required under this Agreement or after demand for ten (10) days, the Security will be immediately provided to the Lender and the Lender is granted all rights of repossession as a secured party

## Extra Clauses

5. Lender will lend Borrower $12,500 per month beginning on the date of signing for the next nineteen months (19) for a total of $250,000.  Borrower will notify lender of change of addresses and checks will be due by the 10th day of the month.

6. This will be a loan against future distributions from Mari Signum Limited Mid Atlantic LLC.

7. Once MSL MA distributions begin, lender will receive 50% and borrower will receive 50% of each distribution until the entire loan is paid in full.  After that time, borrower will receive 100% of her 1% share in all future distributions.

8. In consideration for this zero interest loan, borrower must vacate the premises currently occupied and owned by the lender in Dickerson, MD. by July 5, 2017.
The house property must be left in "good shape" and swept clean.  A list of all pictures and furniture being taken from the house must be sent (e mail acceptable) to lender by July 1.

9. Borrower promises that there will be no defamatory or libelous statements made by her or her immediate family members in print, on line or to others regarding the lender or his family or any of the companies which the borrower is aware of which are managed/owned/operated by the lender.  Failure to adhere to this clause triggers an end to future loan payments and accelerated recovery from distributions of 100% plus 5% interest compounded quarterly from each loan.

10. This loan agreement represents the full and complete satisfaction of any and all claims made now or in the future regarding payments, benefits or interest of any kind arising out of any and all agreements oral or written between the borrower, her heirs or assigns and the estate of Lori White Wills, David K. Wills, Stephen or Victoria White, or their heirs or assigns from any action or claim prior to this loan agreement.  Furthermore, should the borrower file any action against the named parties above she will indemnify them  from all costs associated with those filings with proceeds from the future distributions from Mari Signum Tx LLC.

## Security

11. This Loan is secured by the following security (the "Security"): ONE (1) Founders Share of Mari Signum TX LLC (The "Corporation") currently owned by borrower.

12. The Borrower grants to the Lender a security interest in the Security until this Loan is paid in full. The Lender will be listed as a lender on the title of the Security whether or not the Lender elects to perfect the security interest in the Security. The Borrower will do everything necessary to assist the Lender in perfecting its security interest.

**Governing Law**

13. This Agreement will be construed in accordance with and governed by the laws of the State of Texas.

**Costs**

14. All costs, expenses and expenditures including, without limitation, the complete legal costs incurred by enforcing this Agreement as a result of any default by the Borrower, will be added to the principal then outstanding and will immediately be paid by the Borrower.

**Binding Effect**

15. This Agreement will pass to the benefit of and be binding upon the respective heirs, executors, administrators, successors and permitted assigns of the Borrower and Lender. The Borrower waives presentment for payment, notice of non-payment, protest, and notice of protest.

**Amendments**

16. This Agreement may only be amended or modified by a written instrument executed by both the Borrower and the Lender.

**Severability**

17. The clauses and paragraphs contained in this Agreement are intended to be read and construed independently of each other. If any term, covenant, condition or provision of this Agreement is held by a court of competent jurisdiction to be invalid, void or unenforceable, it is the parties' intent that such provision be reduced in scope by the court only to the extent deemed necessary by that court to render the provision reasonable and enforceable and the remainder of the provisions

https://www.lawdepot.com/LawDepotEditor/dialogs/LawDepotPrint.

of this Agreement will in no way be affected, impaired or invalidated as a result.

### General Provisions

18. Headings are inserted for the convenience of the parties only and are not to be considered when interpreting this Agreement. Words in the singular mean and include the plural and vice versa. Words in the masculine mean and include the feminine and vice versa.

### Entire Agreement

19. This Agreement constitutes the entire agreement between the parties and there are no further items or provisions, either oral or otherwise.

**IN WITNESS WHEREOF**, the parties have duly affixed their signatures under hand and seal on this 2nd day of June, 2017.

**SIGNED, SEALED, AND DELIVERED**
this 2nd day of June, 2017 in front of the person below who is over 18 years of age and not involved with the contents of this document or related to any of the parties in this document.

_David K. Wills_
David K. Wills

_Richard J Feldman_
(signature of witness)

WITNESS DETAILS:
Name: _Richard Feldman Esq._
Address: _PO Box 34_
_Rindge NH_
_03461_

**SIGNED, SEALED, AND DELIVERED**

this 2nd day of June, 2017 in front of the person
below who is over 18 years of age and not
involved with the contents of this document or
related to any of the parties in this document.

_(signature of witness)_

**WITNESS DETAILS:**
Name: TED BENZ
Address: 21036 Ballsville MD
20842

Sara J. Benz

©2002-2017 LawDepot.com™

# EXHIBIT 89

# Government Exhibit provided
# on Thumb-drive



## UNITED STATES OF AMERICA
### vs.
### David Keith Wills
### 2:17-CR-390

# EXHIBIT 90

# Business Records Affidavit

STATE OF _____Texas_____
COUNTY OF _____Dallas_____

Before me, the undersigned authority, personally appeared ___Stephen Pilant___,
(Affiant), who first being duly sworn or affirmed by me, under penalty of perjury, deposed as
follows:

1. My name is ____Stephen Pilant_____. I am over the age of
   18 and fully competent to make this affidavit. The facts stated herein are true and correct
   and are based on my personal knowledge.
2. I am the custodian of the records of _Brinker International_(business name),
   whose address is _3000  Olympus  Blvd  Dallas, TX  75019_
3. Attached hereto, collectively as Exhibit A, are ___2___ pages of records from said
   business, regarding the account of _Chili's #1025 electronic receipt from 12-11-13_
4. These said pages of records are kept by said business in the regular course of business.
5. It is the regular practice of said business for an employee or representative with
   knowledge of the act, event, incident, order, transaction, invoice, condition, photo, video
   recording, audio recording, opinion, or diagnosis, to make the record, or to transmit
   information thereof to be included in such record.
6. The said records were made at or near the time of occurrence of the matters set forth
   by, or from information transmitted by, a person with knowledge of those matters.
7. The said records attached hereto are the originals or exact duplicates of the originals.

_____
Affiant's Signature


SUBSCRIBED AND SWORN TO OR AFFIRMED before me on the _12_ day of
___September___, _2019_ by Affiant ___Stephen Pilant___

_Zabrina Ratcliff_
Notary Public

_2-19-21_
My commission expires

ZABRINA RATCLIFF
My Notary ID # 126592141
Expires February 19, 2021

GOVERNMENT
EXHIBIT
90
17cr390

2:17cr390-010468




## Check Details
### Run Date: 04/11/2019

**Company:** 1 **Brand:** 5 - Chilis **Restaurant:** 1025 - Portland
**Check# :** 20035 **Business Date:** 12/11/2013

| TM ID | TM Name | Check DateTime | Shift | Service Type | Sale Type | Table # | Guest Count | Location Type | Cpn | Cpn Cnt | Cpn Amt |
|-------|---------|----------------|-------|--------------|-----------|---------|-------------|---------------|-----|---------|---------|
| 1426590 | Beverly Moran | 2013/12/11 14:12:00 | L | Dine In | Bar | 0 | 1.00 | Bar | N | 0 | .00 |

| Guest # | Item # | Item Name | Sales Category | Qty Served | Qty Voided | Qty Comped | Price Level | Price Amt | Surcharge Amt |
|---------|--------|-----------|----------------|------------|------------|------------|-------------|-----------|---------------|
| 0 | 2634 | GUACAMOLE | FOOD | 1 | 0 | 0 | | .00 | .00 |
| 0 | 606 | BEVERAGE | BEVERAGE | 1 | 0 | 0 | | 2.29 | .00 |
| 0 | 4993 | FAJITA TRIO | FOOD | 1 | 0 | 0 | | 15.69 | .00 |

| Sales Category # | Sales Category | Sales Amt | Voids Amt | Comp Amt | Discount Amt | Comp Qty |
|------------------|----------------|-----------|-----------|----------|--------------|----------|
| 0 | FOOD | 15.69 | .00 | .00 | .00 | 0 |
| 1 | BEVERAGE | 2.29 | .00 | .00 | .00 | 0 |

**EDW**

| Pay Amt | Tip Amt | Ttl AmT | Auth Amt | Auth Date Time | CC Type | Card Ident | Auth# | Tndr No | Tender Name | ML Pay Name | Trans Type |
|---------|---------|---------|----------|----------------|---------|------------|-------|---------|-------------|-------------|------------|
| | 4.00 | 23.46 | 19.46 | 2013/12/11 14:48:00 | VISA | | | 1 | Charges | | 0 |

2:17cr390-005940

**CC Transactions**

| CC Type | CC Acct # | CC Name | Exp Date | Term | Type Name | Batch Amt | Batch Tip | Total Settled | Auth | TM Name | TM ID | Ref | SWIPE | ZIOSK |
|---------|-----------|---------|----------|------|-----------|-----------|-----------|---------------|------|---------|-------|-----|-------|-------|
| | | WILLS DAVID | 07/15 | 2 | | 19.46 | 4.00 | 23.46 | | | 1426590 | | Swipe | Non-Ziosk |

| Tax TableNo | Tax OnSaleAmt | TaxOn VoidsAmt | TaxOn CompsAmt | TaxOn DiscountsAmt | TaxOn CpnsAmt |
|-------------|---------------|----------------|----------------|--------------------|---------------|
| | 1.48 | | | | |

2:17cr390-005941



GOVERNMENT
EXHIBIT
90A
17cr390

2:17cr390-010284



2:17-cr390-010285



# EXHIBIT 92



**People to People Ambassador Programs**
Dwight D. Eisenhower Building
1956 Ambassador Way
Spokane, Washington 99224-4002  USA

| | | |
|---|---|---|
| **Account Activity as of: May 22, 2013** | **Total Program Cost:** | $2,753.00 |
| | **Payments Received:** | ($300.00) |
| | **Balance Remaining:** | $2,453.00 |

| | | |
|---|---|---|
| Maria Candelari Losoya | **Past Due:** | $0.00 |
| 3702 San Jacinto Rd | **Next Due:   Jun 14, 2013** | $300.00 |
| Brownsville, TX  78521 | **Total Next Due:** | $300.00 |

| Delegate Name: ████████ | Delegate ID/Account No: ████████ |
|---|---|

## Remaining Payments
(Does not include Past Due Amounts)

| Payment Schedule | Due Date | Amount | Balance |
|---|---|---|---|
| Payment #2:60 days after Application: | Jun 14, 2013 | $300.00 | $2,153.00 |
| Payment #3:90 days prior to departure: | Apr 1, 2014 | $400.00 | $1,753.00 |
| Payment #4:60 days prior to departure: | May 1, 2014 | $1,753.00 | $0.00 |

Due to the implementation of a new billing system, you may have noticed some inconsistencies in your account activity. If you believe there is a discrepancy, please
email us, and we will respond to you within 48 hours to address your questions or concerns. We apologize for any inconvenience this may cause and greatly appreciate your patience.

## Account History
(Please allow up to 5 business days for processing payments)

| Date | | Description | Amount |
|---|---|---|---|
| Apr 15, 2013 | Inv | WLF - Fourth of July | $2,495.00 |
| Apr 15, 2013 | Inv | Optional Insurance - CFAR - Leadership | $99.00 |
| Apr 15, 2013 | Inv | Ambassadors Protection Plan - Leadership | $159.00 |
| Apr 15, 2013 | Pmt | Credit Card-0203 | ($300.00) |

**THREE CONVENIENT AND EASY PAYMENT OPTIONS**

1. Make a payment online at: http://payment.peopletopeople.com
2. ACH Bill Pay through your Financial Institution selecting: People to People Ambassador Programs - your account number is your delegate ID
3. Pay by Check: include the delegate name and ID number on check and remit to:
   **PEOPLE TO PEOPLE OFFICE OF ADMISSIONS**
   PO BOX 34902
   SEATTLE WA 98124 98124-1902 USA



GOVERNMENT
EXHIBIT
92
17cr390

2:17cr390-010568



**People to People Ambassador Programs**
Dwight D.Eisenhower Building
1956 Ambassador Way
Spokane, Washington 99224-4002 USA
1.800.669.7882



| | |
|---|---|
| TOTAL PROGRAM COST: | $2,753.00 |
| PAYMENTS RECEIVED: | -$1,500.00 |
| BALANCE REMAINING: | $1,253.00 |

**STATEMENT DATE:** OCT 08, 2013

| | |
|---|---|
| PAST DUE: | $0.00 |
| NEXT DUE: MAY 01, 2014 | $1,253.00 |
| TOTAL DUE: | $1,253.00 |

Maria Candelari Losoya
3702 San Jacinto Rd
BROWNSVILLE, TX 78521

DELEGATE ID/ACCOUNT NO: ▇▇▇▇▇▇.

| Date | Description | | Activity |
|---|---|---|---|
| APR 15, 2013 | Invoice | Ambassadors Protection Plan - Leadership | $159.00 |
| APR 15, 2013 | Invoice | WLF - Fourth of July | $2,495.00 |
| APR 15, 2013 | Invoice | Optional Insurance - CFAR - Leadership | $99.00 |
| APR 15, 2013 | Payment | CC Payment-0203 | -$300.00 |
| JUN 10, 2013 | Payment | CC Payment-0203 | -$300.00 |
| JUL 15, 2013 | Payment | CC Payment-0203 | -$400.00 |
| AUG 17, 2013 | Payment | CC Payment-0203 | -$300.00 |
| SEP 30, 2013 | Payment | CC Payment-0203 | -$200.00 |

To make a payment or review your current account activity logon to our website at
http://payment.peopletopeople.com

| BALANCE | $1,253.00 |
|---|---|

DETACH AND RETURN THIS PORTION WITH PAYMENT IF PAYING BY CHECK

Maria Candelari Losoya
3702 San Jacinto Rd
BROWNSVILLE, TX 78521

**FOUR CONVENIENT AND EASY PAYMENT OPTIONS**

1. Make a payment online at: http://payment.peopletopeople.com
2. ACH Bill Pay through your Financial Institution selecting: People to People Ambassador Programs - your account is your Delegate ID.
3. Debit/Credit card payment: Call toll-free 800.669.7882
4. Pay by Check: include the delegate name and ID number on check and remit to the address below with this coupon.

DELEGATE: ▇▇▇▇▇▇▇▇

REMIT TO:

PEOPLE TO PEOPLE OFFICE OF ADMISSIONS
PO BOX 34902
SEATTLE WA 98124-1902 USA

| | |
|---|---|
| STATEMENT DATE: | OCT 08, 2013 |
| DELEGATE ID/ACCOUNT NO: | ▇▇▇▇▇▇ |
| DELEGATE BALANCE: | $1,253.00 |
| TOTAL DUE: | $1,253.00 |

$ 853.00

2:17cr390-012569 -
0010184648001253000012530 01
6 0 3

# Your statement at a glance



**People to People Ambassador Programs**
Dwight D. Eisenhower Building
1956 Ambassador Way
Spokane, Washington 99224-4002 USA
1.800.669.7882

| | |
|---|---|
| TOTAL PROGRAM COST: | $7,539.00 |
| PAYMENTS RECEIVED: | -$400.00 |
| BALANCE REMAINING: | $7,139.00 |
| | |
| PAST DUE: | $0.00 |
| NEXT DUE: DEC 12, 2010 | $500.00 |
| TOTAL DUE: | $500.00 |

**STATEMENT DATE:** OCT 04, 2010

Scott A Cress
1956 Ambassador Way
SPOKANE, 99224

**Statement date**
*Date your statement was printed. Activity after this date can be viewed on the website.*

EMILY CRESS          DELEGATE ID/ACCOUNT NO: 10085230

| Date | | Description | Activity |
|---|---|---|---|
| OCT 28, 2010 | Invoice | European Odyssey | $6,499.00 |
| OCT 28, 2010 | Invoice | Zone Fare – Student Programs | $695.00 |
| OCT 28, 2010 | Invoice | Ambassador Protection Plan – Student Programs | $345.00 |
| OCT 28, 2010 | Payment | CC Payment-4242 | -$400.00 |

*The center section of the statement contains a detailed list of all the transactions affecting your account, including charges, credits, and payments.*

To make a payment or review your current account activity logon to our website at
http://payment.peopletopeople.com

| BALANCE | $7,139.00 |
|---|---|

**Total program cost**
*The total amount owed for the program.*

**Payments received**
*The total amount to date of all payments received by our program office.*

**Balance remaining**
*The total amount left before your account is paid in full.*

**Past due**
*The total sum of all past due payments.*

**Next due**
*The amount and due date of your next payment.*

**Total due**
*Total amount due, including all past due and current payments.*

-------- DETACH AND RETURN THIS PORTION WITH PAYMENT IF PAYING BY CHECK --------

*The bottom portion of your statement may be detached and mailed with payments.*

Scott A Cress
1956 Ambassador Way
SPOKANE, 99224

**FOUR CONVENIENT AND EASY PAYMENT OPTIONS**
1. Make a payment online at: http://payment.peopletopeople.com
2. ACH Bill Pay through your financial institution selecting: People to People Ambassador Programs - your account is your Delegate ID.
3. Debit/Credit card payment: Call toll-free 800.669.7882
4. Pay by Check: Include the delegate name and ID number on the check and remit to the address below with this coupon.

**DELEGATE:** EMILY CRESS

**REMIT TO:**

PEOPLE TO PEOPLE OFFICE OF ADMISSIONS
PO BOX 34902
SEATTLE WA 98124-1902 USA

| | |
|---|---|
| STATEMENT DATE: | OCT 28, 2010 |
| DELEGATE ID/ACCOUNT NO: | 10085230 |
| DELEGATE BALANCE: | $7,139.00 |
| TOTAL DUE: | $500.00 |

*Address of our processing center.*

0010085230000500000000500008



**People to People Ambassador Programs**
Dwight D.Eisenhower Building
1956 Ambassador Way
Spokane, Washington 99224-4002 USA
1.800.669.7882



| | |
|---|---:|
| TOTAL PROGRAM COST: | $2,753.00 |
| PAYMENTS RECEIVED: | -$1,800.00 |
| BALANCE REMAINING: | $953.00 |

**STATEMENT DATE:** DEC 10, 2013

| | |
|---|---:|
| PAST DUE: | $0.00 |
| NEXT DUE: MAY 01, 2014 | $953.00 |
| TOTAL DUE: | $953.00 |

Maria Candelari Losoya
3702 San Jacinto Rd
BROWNSVILLE, TX 78521

| | | DELEGATE ID/ACCOUNT NO: ▮▮▮▮ | |
|---|---|---|---|
| **Date** | | **Description** | **Activity** |
| APR 15, 2013 | Invoice | Ambassadors Protection Plan - Leadership | $159.00 |
| APR 15, 2013 | Invoice | Optional Insurance - CFAR - Leadership | $99.00 |
| APR 15, 2013 | Invoice | WLF - Fourth of July | $2,495.00 |
| APR 15, 2013 | Payment | CC Payment-0203 | -$300.00 |
| JUN 10, 2013 | Payment | CC Payment-0203 | -$300.00 |
| JUL 15, 2013 | Payment | CC Payment-0203 | -$400.00 |
| AUG 17, 2013 | Payment | CC Payment-0203 | -$300.00 |
| SEP 30, 2013 | Payment | CC Payment-0203 | -$200.00 |
| OCT 31, 2013 | Payment | CC Payment-0203 | -$300.00 |

To make a payment or review your current account activity logon to our website at
http://payment.peopletopeople.com

| **BALANCE** | $953.00 |
|---|---:|

DETACH AND RETURN THIS PORTION WITH PAYMENT IF PAYING BY CHECK

Maria Candelari Losoya
3702 San Jacinto Rd
BROWNSVILLE, TX 78521

**FOUR CONVENIENT AND EASY PAYMENT OPTIONS**

1. Make a payment online at: http://payment.peopletopeople.com
2. ACH Bill Pay through your Financial Institution selecting: People to People Ambassador Programs - your account is your Delegate ID.
3. Debit/Credit card payment: Call toll-free 800.669.7882
4. Pay by Check: include the delegate name and ID number on check and remit to the address below with this coupon.

**DELEGATE:** ▮▮▮▮▮▮▮

| REMIT TO: | STATEMENT DATE: | DEC 10, 2013 |
|---|---|---|
| | DELEGATE ID/ACCOUNT NO: | ▮▮▮▮▮ |
| PEOPLE TO PEOPLE OFFICE OF ADMISSIONS | DELEGATE BALANCE: | $953.00 |
| PO BOX 34902 | TOTAL DUE: | $953.00 |
| SEATTLE WA 98124-1902 USA | | |

2:17cr390-010571
0010184648000953000000953003

# Your statement at a glance



**People to People Ambassador Programs**
Dwight D. Eisenhower Building
1956 Ambassador Way
Spokane, Washington 99224-4002 USA
1.800.669.7882

| | |
|---|---|
| TOTAL PROGRAM COST: | $7,539.00 |
| PAYMENTS RECEIVED: | -$400.00 |
| BALANCE REMAINING: | $7,139.00 |
| | |
| PAST DUE: | $0.00 |
| NEXT DUE: DEC 12, 2010 | $500.00 |
| TOTAL DUE: | $500.00 |

**STATEMENT DATE:** OCT 04, 2010

Scott A Cress
1956 Ambassador Way
SPOKANE, 99224

**Statement date**
*Date your statement was printed. Activity after this date can be viewed on the website.*

**Total program cost**
*The total amount owed for the program.*

**Payments received**
*The total amount to date of all payments received by our program office.*

**Balance remaining**
*The total amount left before your account is paid in full.*

**Past due**
*The total sum of all past due payments.*

**Next due**
*The amount and due date of your next payment.*

**Total due**
*Total amount due, including all past due and current payments.*

EMILY CRESS       DELEGATE ID/ACCOUNT NO: 10085230

| Date | | Description | Activity |
|---|---|---|---|
| OCT 28, 2010 | Invoice | European Odyssey | $6,499.00 |
| OCT 28, 2010 | Invoice | Zone Fare - Student Programs | $695.00 |
| OCT 28, 2010 | Invoice | Ambassador Protection Plan - Student Programs | $345.00 |
| OCT 28, 2010 | Payment | CC Payment-4242 | -$400.00 |

*The center section of the statement contains a detailed list of all the transactions affecting your account, including charges, credits, and payments.*

To make a payment or review your current account activity logon our website at
http://payment.peopletopeople.com

**BALANCE**  $7,139.00

*The bottom portion of your statement may be detached and mailed with payments.*

DETACH AND RETURN THIS PORTION WITH PAYMENT IF PAYING BY CHECK

Scott A Cress
1956 Ambassador Way
SPOKANE, 99224

**FOUR CONVENIENT AND EASY PAYMENT OPTIONS**
1. Make a payment online at: http://payment.peopletopeople.com
2. ACH Bill Pay through your financial institution selecting: People to People Ambassador Programs - your account is your Delegate ID.
3. Debit/Credit card payment: Call toll-free 800.669.7882
4. Pay by Check: Include the delegate name and ID number on the check and remit to the address below with this coupon.

**DELEGATE:** EMILY CRESS

*Address of our processing center.*

**REMIT TO:**

**PEOPLE TO PEOPLE OFFICE OF ADMISSIONS**
PO BOX 34902
SEATTLE WA 98124-1902 USA

| | |
|---|---|
| STATEMENT DATE: | OCT 28, 2010 |
| DELEGATE ID/ACCOUNT NO: | 10085230 |
| DELEGATE BALANCE: | $7,139.00 |
| TOTAL DUE: | $500.00 |

0010085230005000000500008



**People to People Ambassador Programs**
Dwight D.Eisenhower Building
1956 Ambassador Way
Spokane, Washington 99224-4002 USA
1.800.669.7882



| | |
|---|---|
| TOTAL PROGRAM COST: | $2,753.00 |
| PAYMENTS RECEIVED: | -$1,800.00 |
| BALANCE REMAINING: | $953.00 |

**STATEMENT DATE:** JAN 09, 2014

| | |
|---|---|
| PAST DUE: | $0.00 |
| NEXT DUE: MAY 01, 2014 | $953.00 |
| TOTAL DUE: | $953.00 |

**Maria Candelari Losoya**
**3702 San Jacinto Rd**
**BROWNSVILLE, TX 78521**

DELEGATE ID/ACCOUNT NO:

| Date | | Description | Activity |
|---|---|---|---|
| APR 15, 2013 | Invoice | Ambassadors Protection Plan - Leadership | $159.00 |
| APR 15, 2013 | Invoice | Optional Insurance - CFAR - Leadership | $99.00 |
| APR 15, 2013 | Invoice | WLF - Fourth of July | $2,495.00 |
| APR 15, 2013 | Payment | CC Payment-0203 | -$300.00 |
| JUN 10, 2013 | Payment | CC Payment-0203 | -$300.00 |
| JUL 15, 2013 | Payment | CC Payment-0203 | -$400.00 |
| AUG 17, 2013 | Payment | CC Payment-0203 | -$300.00 |
| SEP 30, 2013 | Payment | CC Payment-0203 | -$200.00 |
| OCT 31, 2013 | Payment | CC Payment-0203 | -$300.00 |

| To make a payment or review your current account activity logon to our website at<br>http://payment.peopletopeople.com | **BALANCE** | $953.00 |
|---|---|---|

DETACH AND RETURN THIS PORTION WITH PAYMENT IF PAYING BY CHECK

**Maria Candelari Losoya**
**3702 San Jacinto Rd**
**BROWNSVILLE, TX 78521**

**DELEGATE:**

| FOUR CONVENIENT AND EASY PAYMENT OPTIONS |
|---|
| 1. Make a payment online at: http://payment.peopletopeople.com<br>2. ACH Bill Pay through your Financial institution selecting: People to People Ambassador Programs - your account is your Delegate ID.<br>3. Debit/Credit card payment: Call toll-free 800.669.7882<br>4. Pay by Check: include the delegate name and ID number on check and remit to the address below with this coupon. |

**REMIT TO:**

**PEOPLE TO PEOPLE OFFICE OF ADMISSIONS**
PO BOX 34902
SEATTLE WA 98124-1902 USA

| | |
|---|---|
| STATEMENT DATE: | JAN 09, 2014 |
| DELEGATE ID/ACCOUNT NO: | |
| DELEGATE BALANCE: | $953.00 |
| TOTAL DUE: | $953.00 |

2:17cr390-010573
0010184648000953000000953003

# Your statement at a glance



**People to People Ambassador Programs**
Dwight D. Eisenhower Building
1956 Ambassador Way
Spokane, Washington 99224-4002 USA
1.800.669.7882

| | |
|---|---|
| TOTAL PROGRAM COST: | $7,539.00 |
| PAYMENTS RECEIVED: | -$400.00 |
| BALANCE REMAINING: | $7,139.00 |
| | |
| PAST DUE: | $0.00 |
| NEXT DUE: DEC 12, 2010 | $500.00 |
| TOTAL DUE: | $500.00 |

**STATEMENT DATE:** OCT 04, 2010

Scott A Cross
1956 Ambassador Way
SPOKANE, 99224

**Statement date**
*Date your statement was printed. Activity after this date can be viewed on the website.*

**Total program cost**
*The total amount owed for the program.*

**Payments received**
*The total amount to date of all payments received by our program office.*

**Balance remaining**
*The total amount left before your account is paid in full.*

**Past due**
*The total sum of all past due payments.*

**Next due**
*The amount and due date of your next payment.*

**Total due**
*Total amount due, including all past due and current payments.*

| EMILY CRESS | | DELEGATE ID/ACCOUNT NO: 10085230 | | |
|---|---|---|---|---|
| **Date** | | | **Description** | **Activity** |
| OCT 28, 2010 | Invoice | | European Odyssey | $6,499.00 |
| OCT 28, 2010 | Invoice | | Zone Fare – Student Programs | $895.00 |
| OCT 28, 2010 | Invoice | | Ambassador Protection Plan - Student Programs | $345.00 |
| OCT 28, 2010 | Payment | | CC Payment-4242 | -$400.00 |

*The center section of the statement contains a detailed list of all the transactions affecting your account, including charges, credits, and payments.*

To make a payment or review your current account activity logon to our website at
http://payment.peopletopeople.com

| BALANCE | $7,139.00 |
|---|---|

---

DETACH AND RETURN THIS PORTION WITH PAYMENT IF PAYING BY CHECK

*The bottom portion of your statement may be detached and mailed with payments.*

Scott A Cross
1956 Ambassador Way
SPOKANE, 99224

**FOUR CONVENIENT AND EASY PAYMENT OPTIONS**
1. Make a payment online at: http://payment.peopletopeople.com
2. ACH Bill Pay through your financial institution selecting: People to People Ambassador Programs - your account is your Delegate ID.
3. Debit/Credit card payment: Call toll-free 800.669.7882
4. Pay by Check: Include the delegate name and ID number on the check and remit to the address below with this coupon.

**DELEGATE:** EMILY CRESS

**REMIT TO:**

PEOPLE TO PEOPLE OFFICE OF ADMISSIONS
PO BOX 34902
SEATTLE WA 98124-1902 USA

*Address of our processing center.*

| | |
|---|---|
| STATEMENT DATE: | OCT 28, 2010 |
| DELEGATE ID/ACCOUNT NO: | 10085230 |
| DELEGATE BALANCE: | $7,139.00 |
| TOTAL DUE: | $500.00 |

001008523000050000000500008



**People to People Ambassador Programs**
Dwight D.Eisenhower Building
1956 Ambassador Way
Spokane, Washington 99224-4002 USA
1.800.669.7882



| | |
|---|---|
| TOTAL PROGRAM COST: | $2,753.00 |
| PAYMENTS RECEIVED: | -$2,100.00 |
| BALANCE REMAINING: | $653.00 |

**STATEMENT DATE:** FEB 11, 2014

| | |
|---|---|
| PAST DUE: | $0.00 |
| NEXT DUE: MAY 01, 2014 | $653.00 |
| TOTAL DUE: | $653.00 |

**Maria Candelari Losoya**
**3702 San Jacinto Rd**
**BROWNSVILLE, TX 78521**

| | | DELEGATE ID/ACCOUNT NO: | ███████ | |
|---|---|---|---|---|
| **Date** | | **Description** | | **Activity** |
| APR 15, 2013 | Invoice | Optional Insurance - CFAR - Leadership | | $99.00 |
| APR 15, 2013 | Invoice | Ambassadors Protection Plan - Leadership | | $159.00 |
| APR 15, 2013 | Invoice | WLF - Fourth of July | | $2,495.00 |
| APR 15, 2013 | Payment | CC Payment-0203 | | -$300.00 |
| JUN 10, 2013 | Payment | CC Payment-0203 | | -$300.00 |
| JUL 15, 2013 | Payment | CC Payment-0203 | | -$400.00 |
| AUG 17, 2013 | Payment | CC Payment-0203 | | -$300.00 |
| SEP 30, 2013 | Payment | CC Payment-0203 | | -$200.00 |
| OCT 31, 2013 | Payment | CC Payment-0203 | | -$300.00 |

| To make a payment or review your current account activity logon to our website at http://payment.peopletopeople.com | **BALANCE** | $653.00 |
|---|---|---|

DETACH AND RETURN THIS PORTION WITH PAYMENT IF PAYING BY CHECK

**Maria Candelari Losoya**
**3702 San Jacinto Rd**
**BROWNSVILLE, TX 78521**

**FOUR CONVENIENT AND EASY PAYMENT OPTIONS**
1. Make a payment online at: http://payment.peopletopeople.com
2. ACH Bill Pay through your Financial Institution selecting: People to People Ambassador Programs - your account is your Delegate ID.
3. Debit/Credit card payment: Call toll-free 800.669.7882
4. Pay by Check: include the delegate name and ID number on check and remit to the address below with this coupon.

**DELEGATE:** █████████████

| | | | |
|---|---|---|---|
| **REMIT TO:** | | **STATEMENT DATE:** | FEB 11, 2014 |
| | | **DELEGATE ID/ACCOUNT NO:** | ███████ |
| **PEOPLE TO PEOPLE OFFICE OF ADMISSIONS** | | **DELEGATE BALANCE:** | $653.00 |
| PO BOX 34902 | | **TOTAL DUE:** | $653.00 |
| SEATTLE WA 98124-1902 USA | | | |

2:17cr390-010575

0010184648000653000006530 05

# Your statement at a glance



**People to People Ambassador Programs**
Dwight D. Eisenhower Building
1956 Ambassador Way
Spokane, Washington 99224-4002 USA
1.800.669.7882

| | |
|---|---|
| TOTAL PROGRAM COST: | $7,539.00 |
| PAYMENTS RECEIVED: | -$400.00 |
| BALANCE REMAINING: | $7,139.00 |

**STATEMENT DATE: OCT 04, 2010**

Scott A Cress
1956 Ambassador Way
SPOKANE, 99224

| | |
|---|---|
| PAST DUE: | $0.00 |
| NEXT DUE: DEC 12, 2010 | $500.00 |
| TOTAL DUE: | $500.00 |

**Statement date**
*Date your statement was printed. Activity after this date can be viewed on the website.*

EMILY CRESS     DELEGATE ID/ACCOUNT NO: 10085230

| Date | | Description | Activity |
|---|---|---|---|
| OCT 28, 2010 | Invoice | European Odyssey | $6,499.00 |
| OCT 28, 2010 | Invoice | Zone Fare - Student Programs | $695.00 |
| OCT 28, 2010 | Invoice | Ambassador Protection Plan - Student Programs | $345.00 |
| OCT 28, 2010 | Payment | CC Payment-4242 | -$400.00 |

To make a payment or review your current account activity logon to our website at
http://payment.peopletopeople.com

| **BALANCE** | $7,139.00 |
|---|---|

*The center section of the statement contains a detailed list of all the transactions affecting your account, including charges, credits, and payments.*

**Total program cost**
*The total amount owed for the program.*

**Payments received**
*The total amount to date of all payments received by our program office.*

**Balance remaining**
*The total amount left before your account is paid in full.*

**Past due**
*The total sum of all past due payments.*

**Next due**
*The amount and due date of your next payment.*

**Total due**
*Total amount due, including all past due and current payments.*

- - - - - - - DETACH AND RETURN THIS PORTION WITH PAYMENT IF PAYING BY CHECK - - - - - - -

*The bottom portion of your statement may be detached and mailed with payments.*

Scott A Cress
1956 Ambassador Way
SPOKANE, 99224

**FOUR CONVENIENT AND EASY PAYMENT OPTIONS**
1. Make a payment online at: http://payment.peopletopeople.com
2. ACH Bill Pay through your financial institution selecting: People to People Ambassador Programs - your delegate is your Delegate ID.
3. Debit/Credit card payment: Call toll-free 800.669.7882
4. Pay by Check: Include the delegate name and ID number on the check and remit to the address below with this coupon.

**DELEGATE:** EMILY CRESS

*Address of our processing center.*

REMIT TO:

PEOPLE TO PEOPLE OFFICE OF ADMISSIONS
PO BOX 34902
SEATTLE WA 98124-1902 USA

| | |
|---|---|
| STATEMENT DATE: | OCT 28, 2010 |
| DELEGATE ID/ACCOUNT NO: | 10085230 |
| DELEGATE BALANCE: | $7,139.00 |
| TOTAL DUE: | $500.00 |

001008523000050000000500008



**People to People Ambassador Programs**
Dwight D.Eisenhower Building
1956 Ambassador Way
Spokane, Washington 99224-4002 USA
1.800.669.7882



| | |
|---|---|
| **TOTAL PROGRAM COST:** | $2,753.00 |
| **PAYMENTS RECEIVED:** | -$2,100.00 |
| **BALANCE REMAINING:** | $653.00 |

**STATEMENT DATE:** FEB 11, 2014

**Maria Candelari Losoya**
**3702 San Jacinto Rd**
**BROWNSVILLE, TX 78521**

| | |
|---|---|
| **PAST DUE:** | $0.00 |
| **NEXT DUE:** MAY 01, 2014 | $653.00 |
| **TOTAL DUE:** | $653.00 |

| DELEGATE ID/ACCOUNT NO: ▓▓▓▓ | | |
|---|---|---|
| **Date** | **Description** | **Activity** |
| JAN 12, 2014 | Payment    CC Payment-0203 | -$300.00 |

To make a payment or review your current account activity logon to our website at
http://payment.peopletopeople.com

| **BALANCE** | $653.00 |
|---|---|

2:17cr390-010577
0010184648000653000000653005

# Your statement at a glance



**People to People Ambassador Programs**
Dwight D. Eisenhower Building
1956 Ambassador Way
Spokane, Washington 99224-4002 USA
1.800.669.7882

| | |
|---|---|
| **STATEMENT DATE:** OCT 04, 2010 | TOTAL PROGRAM COST: $7,539.00 |
| | PAYMENTS RECEIVED: -$400.00 |
| | BALANCE REMAINING: $7,139.00 |
| Scott A Cress | PAST DUE: $0.00 |
| 1956 Ambassador Way | NEXT DUE: DEC 12, 2010 $500.00 |
| SPOKANE, 99224 | TOTAL DUE: $500.00 |

**Statement date**
*Date your statement was printed. Activity after this date can be viewed on the website.*

EMILY CRESS   DELEGATE ID/ACCOUNT NO: 10085230

| Date | | Description | Activity |
|---|---|---|---|
| OCT 28, 2010 | Invoice | European Odyssey | $6,499.00 |
| OCT 28, 2010 | Invoice | Zone Fare - Student Programs | $695.00 |
| OCT 28, 2010 | Invoice | Ambassador Protection Plan - Student Programs | $345.00 |
| OCT 28, 2010 | Payment | CC Payment-4242 | -$400.00 |

*The center section of the statement contains a detailed list of all the transactions affecting your account, including charges, credits, and payments.*

To make a payment or review your current account activity logon to our website at
http://payment.peopletopeople.com

| BALANCE | $7,139.00 |
|---|---|

**Total program cost**
*The total amount owed for the program.*

**Payments received**
*The total amount to date of all payments received by our program office.*

**Balance remaining**
*The total amount left before your account is paid in full.*

**Past due**
*The total sum of all past due payments.*

**Next due**
*The amount and due date of your next payment.*

**Total due**
*Total amount due, including all past due and current payments.*

DETACH AND RETURN THIS PORTION WITH PAYMENT IF PAYING BY CHECK

*The bottom portion of your statement may be detached and mailed with payments.*

Scott A Cress
1956 Ambassador Way
SPOKANE, 99224

**DELEGATE:** EMILY CRESS

**FOUR CONVENIENT AND EASY PAYMENT OPTIONS**
1. Make a payment online at: http://payment.peopletopeople.com
2. ACH Bill Pay through your financial institution selecting: People to People Ambassador Programs - your account is your Delegate ID.
3. Debit/Credit card payment: Call toll-free 800.669.7882
4. Pay by Check: Include the delegate name and ID number on the check and remit to the address below with this coupon.

*Address of our processing center.*

REMIT TO:

PEOPLE TO PEOPLE OFFICE OF ADMISSIONS
PO BOX 34902
SEATTLE WA 98124-1902 USA

| | |
|---|---|
| STATEMENT DATE: | OCT 28, 2010 |
| DELEGATE ID/ACCOUNT NO: | 10085230 |
| DELEGATE BALANCE: | $7,139.00 |
| TOTAL DUE: | $500.00 |

0010085230000500000500008

2:17cr390-010578



**People to People Ambassador Programs**
Dwight D.Eisenhower Building
1956 Ambassador Way
Spokane, Washington 99224-4002 USA
1.800.669.7882



| | |
|---|---|
| **TOTAL PROGRAM COST:** | $2,753.00 |
| **PAYMENTS RECEIVED:** | -$2,300.00 |
| **BALANCE REMAINING:** | $453.00 |

**STATEMENT DATE:** MAR 11, 2014

| | |
|---|---|
| **PAST DUE:** | $0.00 |
| **NEXT DUE:** MAY 01, 2014 | $453.00 |
| **TOTAL DUE:** | $453.00 |

Maria Candelari Losoya
3702 San Jacinto Rd
BROWNSVILLE, TX 78521

---

DELEGATE ID/ACCOUNT NO: ▮▮▮▮

| Date | | Description | Activity |
|---|---|---|---|
| APR 15, 2013 | Invoice | WLF - Fourth of July | $2,495.00 |
| APR 15, 2013 | Invoice | Optional Insurance - CFAR - Leadership | $99.00 |
| APR 15, 2013 | Invoice | Ambassadors Protection Plan - Leadership | $159.00 |
| APR 15, 2013 | Payment | CC Payment-0203 | -$300.00 |
| JUN 10, 2013 | Payment | CC Payment-0203 | -$300.00 |
| JUL 15, 2013 | Payment | CC Payment-0203 | -$400.00 |
| AUG 17, 2013 | Payment | CC Payment-0203 | -$300.00 |
| SEP 30, 2013 | Payment | CC Payment-0203 | -$200.00 |
| OCT 31, 2013 | Payment | CC Payment-0203 | -$300.00 |

| To make a payment or review your current account activity logon to our website at http://payment.peopletopeople.com | **BALANCE** | $453.00 |
|---|---|---|

---

DETACH AND RETURN THIS PORTION WITH PAYMENT IF PAYING BY CHECK

Maria Candelari Losoya
3702 San Jacinto Rd
BROWNSVILLE, TX 78521

| FOUR CONVENIENT AND EASY PAYMENT OPTIONS |
|---|
| 1. Make a payment online at: http://payment.peopletopeople.com |
| 2. ACH Bill Pay through your Financial Institution selecting: People to People Ambassador Programs - your account is your Delegate ID. |
| 3. Debit/Credit card payment: Call toll-free 800.669.7882 |
| 4. Pay by Check: include the delegate name and ID number on check and remit to the address below with this coupon. |

**DELEGATE:** ▮▮▮▮▮▮

REMIT TO:

**PEOPLE TO PEOPLE OFFICE OF ADMISSIONS**
PO BOX 34902
SEATTLE WA 98124-1902 USA

| | |
|---|---|
| **STATEMENT DATE:** | MAR 11, 2014 |
| **DELEGATE ID/ACCOUNT NO:** | ▮▮▮▮ |
| **DELEGATE BALANCE:** | $453.00 |
| **TOTAL DUE:** | $453.00 |

2:17cr390-010579

0010184648000453000000453005

# Your statement at a glance



People to People Ambassador Programs
Dwight D. Eisenhower Building
1956 Ambassador Way
Spokane, Washington 99224-4002 USA
1.800.669.7882

STATEMENT DATE: OCT 04, 2010

| | |
|---|---|
| TOTAL PROGRAM COST: | $7,539.00 |
| PAYMENTS RECEIVED: | -$400.00 |
| BALANCE REMAINING: | $7,139.00 |
| PAST DUE: | $0.00 |
| NEXT DUE: DEC 12, 2010 | $500.00 |
| TOTAL DUE: | $500.00 |

Scott A Cress
1956 Ambassador Way
SPOKANE, 99224

**Statement date**
*Date your statement was printed. Activity after this date can be viewed on the website.*

**Total program cost**
*The total amount owed for the program.*

**Payments received**
*The total amount to date of all payments received by our program office.*

**Balance remaining**
*The total amount left before your account is paid in full.*

**Past due**
*The total sum of all past due payments.*

**Next due**
*The amount and due date of your next payment.*

**Total due**
*Total amount due, including all past due and current payments.*

EMILY CRESS — DELEGATE ID/ACCOUNT NO: 10085230

| Date | | Description | Activity |
|---|---|---|---|
| OCT 28, 2010 | Invoice | European Odyssey | $6,499.00 |
| OCT 28, 2010 | Invoice | Zone Fare - Student Programs | $695.00 |
| OCT 28, 2010 | Invoice | Ambassador Protection Plan - Student Programs | $345.00 |
| OCT 28, 2010 | Payment | CC Payment-4242 | -$400.00 |

**The center section of the statement contains a detailed list of all the transactions affecting your account, including charges, credits, and payments.**

To make a payment or review your current account activity logon to our website at http://payment.peopletopeople.com

| BALANCE | $7,139.00 |
|---|---|

DETACH AND RETURN THIS PORTION WITH PAYMENT IF PAYING BY CHECK

**The bottom portion of your statement may be detached and mailed with payments.**

Scott A Cress
1956 Ambassador Way
SPOKANE, 99224

DELEGATE: EMILY CRESS

**FOUR CONVENIENT AND EASY PAYMENT OPTIONS**
1. Make a payment online at: http://payment.peopletopeople.com
2. ACH Bill Pay through your financial institution selecting: People to People Ambassador Programs - your account is your Delegate ID.
3. Debit/Credit card payment: Call toll-free 800.669.7882
4. Pay by Check: Include the delegate name and ID number on the check and remit to the address below with this coupon.

**Address of our processing center.**

REMIT TO:

PEOPLE TO PEOPLE OFFICE OF ADMISSIONS
PO BOX 34902
SEATTLE WA 98124-1902 USA

| | |
|---|---|
| STATEMENT DATE: | OCT 28, 2010 |
| DELEGATE ID/ACCOUNT NO: | 10085230 |
| DELEGATE BALANCE: | $7,139.00 |
| TOTAL DUE: | $500.00 |

0010085230000500000000500008



**People to People Ambassador Programs**
Dwight D.Eisenhower Building
1956 Ambassador Way
Spokane, Washington 99224-4002 USA
1.800.669.7882



| | |
|---|---|
| TOTAL PROGRAM COST: | $2,753.00 |
| PAYMENTS RECEIVED: | -$2,300.00 |
| BALANCE REMAINING: | $453.00 |

**STATEMENT DATE:** MAR 11, 2014

| | |
|---|---|
| PAST DUE: | $0.00 |
| NEXT DUE: MAY 01, 2014 | $453.00 |
| TOTAL DUE: | $453.00 |

**Maria Candelari Losoya**
**3702 San Jacinto Rd**
**BROWNSVILLE, TX 78521**

DELEGATE ID/ACCOUNT NO: ▇▇▇▇

| Date | Description | | Activity |
|---|---|---|---|
| JAN 12, 2014 | Payment | CC Payment-0203 | -$300.00 |
| FEB 17, 2014 | Payment | CC Payment-0203 | -$200.00 |

To make a payment or review your current account activity logon to our website at
http://payment.peopletopeople.com

| **BALANCE** | $453.00 |
|---|---|

2:17cr390-010581
0010184648000453000000453005

# Your statement at a glance



**People to People Ambassador Programs**
Dwight D. Eisenhower Building
1956 Ambassador Way
Spokane, Washington 99224-4002 USA
1.800.669.7882

**Statement date**
*Date your statement was printed. Activity after this date can be viewed on the website.*

STATEMENT DATE: OCT 04, 2010

Scott A Cress
1956 Ambassador Way
SPOKANE, 99224

| | |
|---|---|
| TOTAL PROGRAM COST: | $7,539.00 |
| PAYMENTS RECEIVED: | -$400.00 |
| BALANCE REMAINING: | $7,139.00 |
| | |
| PAST DUE: | $0.00 |
| NEXT DUE: DEC 12, 2010 | $500.00 |
| TOTAL DUE: | $500.00 |

**Total program cost**
*The total amount owed for the program.*

**Payments received**
*The total amount to date of all payments received by our program office.*

**Balance remaining**
*The total amount left before your account is paid in full.*

**Past due**
*The total sum of all past due payments.*

**Next due**
*The amount and due date of your next payment.*

**Total due**
*Total amount due, including all past due and current payments.*

*The center section of the statement contains a detailed list of all the transactions affecting your account, including charges, credits, and payments.*

| EMILY CRESS | DELEGATE ID/ACCOUNT NO: 10085230 | | |
|---|---|---|---|
| **Date** | | **Description** | **Activity** |
| OCT 28, 2010 | Invoice | European Odyssey | $6,499.00 |
| OCT 28, 2010 | Invoice | Zone Fare - Student Programs | $695.00 |
| OCT 28, 2010 | Invoice | Ambassador Protection Plan - Student Programs | $345.00 |
| OCT 28, 2010 | Payment | CC Payment-4242 | -$400.00 |

To make a payment or review your current account activity logon to our website at
http://payment.peopletopeople.com

| BALANCE | $7,139.00 |
|---|---|

DETACH AND RETURN THIS PORTION WITH PAYMENT IF PAYING BY CHECK

*The bottom portion of your statement may be detached and mailed with payments.*

Scott A Cress
1956 Ambassador Way
SPOKANE, 99224

DELEGATE: EMILY CRESS

**FOUR CONVENIENT AND EASY PAYMENT OPTIONS**
1. Make a payment online at: http://payment.peopletopeople.com
2. ACH Bill Pay through your financial institution selecting: People to People Ambassador Programs - your account is your Delegate ID.
3. Debit/Credit card payment: Call toll-free 800.669.7882
4. Pay by Check: Include the delegate name and ID number on the check and remit to the address below with this coupon.

*Address of our processing center.*

REMIT TO:

PEOPLE TO PEOPLE OFFICE OF ADMISSIONS
PO BOX 34902
SEATTLE WA 98124-1902 USA

| | |
|---|---|
| STATEMENT DATE: | OCT 28, 2010 |
| DELEGATE ID/ACCOUNT NO: | 10085230 |
| DELEGATE BALANCE: | $7,139.00 |
| TOTAL DUE: | $500.00 |

00100852300005000000500008

2:17cr390-010582



**People to People Ambassador Programs**
Dwight D.Eisenhower Building
1956 Ambassador Way
Spokane, Washington 99224-4002 USA
1.800.669.7882



| | |
|---|---|
| **TOTAL PROGRAM COST:** | $2,753.00 |
| **PAYMENTS RECEIVED:** | -$2,300.00 |
| **BALANCE REMAINING:** | $453.00 |

**STATEMENT DATE:** APR 08, 2014

| | |
|---|---|
| **PAST DUE:** | $0.00 |
| **NEXT DUE:** MAY 01, 2014 | $453.00 |
| **TOTAL DUE:** | $453.00 |

**Maria Candelari Losoya**
**3702 San Jacinto Rd**
**BROWNSVILLE, TX 78521**

DELEGATE ID/ACCOUNT NO █████

| Date | | Description | Activity |
|---|---|---|---|
| APR 15, 2013 | Invoice | WLF - Fourth of July | $2,495.00 |
| APR 15, 2013 | Invoice | Optional Insurance - CFAR - Leadership | $99.00 |
| APR 15, 2013 | Invoice | Ambassadors Protection Plan - Leadership | $159.00 |
| APR 15, 2013 | Payment | CC Payment-0203 | -$300.00 |
| JUN 10, 2013 | Payment | CC Payment-0203 | -$300.00 |
| JUL 15, 2013 | Payment | CC Payment-0203 | -$400.00 |
| AUG 17, 2013 | Payment | CC Payment-0203 | -$300.00 |
| SEP 30, 2013 | Payment | CC Payment-0203 | -$200.00 |
| OCT 31, 2013 | Payment | CC Payment-0203 | -$300.00 |

To make a payment or review your current account activity logon to our website at
http://payment.peopletopeople.com

| **BALANCE** | $453.00 |
|---|---|

DETACH AND RETURN THIS PORTION WITH PAYMENT IF PAYING BY CHECK

**Maria Candelari Losoya**
**3702 San Jacinto Rd**
**BROWNSVILLE, TX 78521**

**DELEGATE:** ████████

| FOUR CONVENIENT AND EASY PAYMENT OPTIONS |
|---|
| 1. Make a payment online at: http://payment.peopletopeople.com |
| 2. ACH Bill Pay through your Financial Institution selecting: People to People Ambassador Programs - your account is your Delegate ID. |
| 3. Debit/Credit card payment: Call toll-free 800.669.7882 |
| 4. Pay by Check: include the delegate name and ID number on check and remit to the address below with this coupon. |

**REMIT TO:**

**PEOPLE TO PEOPLE OFFICE OF ADMISSIONS**
PO BOX 34902
SEATTLE WA 98124-1902 USA

| | |
|---|---|
| **STATEMENT DATE:** | APR 08, 2014 |
| **DELEGATE ID/ACCOUNT NO:** | ████ |
| **DELEGATE BALANCE:** | $453.00 |
| **TOTAL DUE:** | $453.00 |

2:17cr390-010583

0010184648000453000000453005

# Your statement at a glance



**People to People Ambassador Programs**
Dwight D. Eisenhower Building
1956 Ambassador Way
Spokane, Washington 99224-4002 USA
1.800.669.7882

**STATEMENT DATE:** OCT 04, 2010

Scott A Cress
1956 Ambassador Way
SPOKANE, 99224

| | |
|---|---|
| TOTAL PROGRAM COST: | $7,539.00 |
| PAYMENTS RECEIVED: | -$400.00 |
| BALANCE REMAINING: | $7,139.00 |
| PAST DUE: | $0.00 |
| NEXT DUE: DEC 12, 2010 | $500.00 |
| TOTAL DUE: | $500.00 |

### Statement date
*Date your statement was printed. Activity after this date can be viewed on the website.*

### The center section of the statement contains a detailed list of all the transactions affecting your account, including charges, credits, and payments.

EMILY CRESS        DELEGATE ID/ACCOUNT NO: 10085230

| Date | | Description | Activity |
|---|---|---|---|
| OCT 28, 2010 | Invoice | European Odyssey | $6,499.00 |
| OCT 28, 2010 | Invoice | Zone Fare - Student Programs | $695.00 |
| OCT 28, 2010 | Invoice | Ambassador Protection Plan - Student Programs | $345.00 |
| OCT 28, 2010 | Payment | CC Payment-4242 | -$400.00 |

To make a payment or review your current account activity logon to our website at
http://payment.peopletopeople.com

| BALANCE | $7,139.00 |
|---|---|

### Total program cost
*The total amount owed for the program.*

### Payments received
*The total amount to date of all payments received by our program office.*

### Balance remaining
*The total amount left before your account is paid in full.*

### Past due
*The total sum of all past due payments.*

### Next due
*The amount and due date of your next payment.*

### Total due
*Total amount due, including all past due and current payments.*

---

DETACH AND RETURN THIS PORTION WITH PAYMENT IF PAYING BY CHECK

### The bottom portion of your statement may be detached and mailed with payments.

Scott A Cress
1956 Ambassador Way
SPOKANE, 99224

**DELEGATE:** EMILY CRESS

**FOUR CONVENIENT AND EASY PAYMENT OPTIONS**
1. Make a payment online at: http://payment.peopletopeople.com
2. ACH Bill Pay through your financial institution selecting: People to People Ambassador Programs - your account is your Delegate ID.
3. Debit/Credit card payment: Call toll-free 800.669.7682
4. Pay by Check: Include the delegate name and ID number on the check and remit to the address below with this coupon.

### Address of our processing center.

REMIT TO:

**PEOPLE TO PEOPLE OFFICE OF ADMISSIONS**
PO BOX 34902
SEATTLE WA 98124-1902 USA

| | |
|---|---|
| STATEMENT DATE: | OCT 28, 2010 |
| DELEGATE ID/ACCOUNT NO: | 10085230 |
| DELEGATE BALANCE: | $7,139.00 |
| TOTAL DUE: | $500.00 |

001008523000050000000500008

2:17cr390-010584



**People to People Ambassador Programs**
Dwight D.Eisenhower Building
1956 Ambassador Way
Spokane, Washington 99224-4002 USA
1.800.669.7882



| | |
|---|---|
| TOTAL PROGRAM COST: | $2,753.00 |
| PAYMENTS RECEIVED: | -$2,300.00 |
| BALANCE REMAINING: | $453.00 |

**STATEMENT DATE:** APR 08, 2014

Maria Candelari Losoya
3702 San Jacinto Rd
BROWNSVILLE, TX 78521

| | |
|---|---|
| PAST DUE: | $0.00 |
| NEXT DUE: MAY 01, 2014 | $453.00 |
| TOTAL DUE: | $453.00 |

DELEGATE ID/ACCOUNT NO:

| Date | Description | | Activity |
|---|---|---|---|
| JAN 12, 2014 | Payment | CC Payment-0203 | -$300.00 |
| FEB 17, 2014 | Payment | CC Payment-0203 | -$200.00 |

To make a payment or review your current account activity logon to our website at
http://payment.peopletopeople.com

| **BALANCE** | $453.00 |
|---|---|

2:17cr390-010585
0010184648000453000045300 5

# Your statement at a glance



**Statement date**
*Date your statement was printed. Activity after this date can be viewed on the website.*

People to People Ambassador Programs
Dwight D. Eisenhower Building
1956 Ambassador Way
Spokane, Washington 99224-4002 USA
1.800.669.7882

STATEMENT DATE: OCT 04, 2010

Scott A Cress
1956 Ambassador Way
SPOKANE, 99224

| | |
|---|---|
| TOTAL PROGRAM COST: | $7,539.00 |
| PAYMENTS RECEIVED: | -$400.00 |
| BALANCE REMAINING: | $7,139.00 |
| PAST DUE: | $0.00 |
| NEXT DUE: DEC 12, 2010 | $500.00 |
| TOTAL DUE: | $500.00 |

**Total program cost**
*The total amount owed for the program.*

**Payments received**
*The total amount to date of all payments received by our program office.*

**Balance remaining**
*The total amount left before your account is paid in full.*

EMILY CRESS          DELEGATE ID/ACCOUNT NO: 10085230

*The center section of the statement contains a detailed list of all the transactions affecting your account, including charges, credits, and payments.*

| Date | | Description | Activity |
|---|---|---|---|
| OCT 28, 2010 | Invoice | European Odyssey | $6,499.00 |
| OCT 28, 2010 | Invoice | Zone Fare - Student Programs | $695.00 |
| OCT 28, 2010 | Invoice | Ambassador Protection Plan - Student Programs | $345.00 |
| OCT 28, 2010 | Payment | CC Payment-4242 | -$400.00 |

To make a payment or review your current account activity logon to our website at
http://payment.peopletopeople.com

| BALANCE | $7,139.00 |
|---|---|

**Past due**
*The total sum of all past due payments.*

**Next due**
*The amount and due date of your next payment.*

**Total due**
*Total amount due, including all past due and current payments.*

DETACH AND RETURN THIS PORTION WITH PAYMENT IF PAYING BY CHECK

*The bottom portion of your statement may be detached and mailed with payments.*

Scott A Cress
1956 Ambassador Way
SPOKANE, 99224

DELEGATE: EMILY CRESS

**FOUR CONVENIENT AND EASY PAYMENT OPTIONS**
1. Make a payment online at: http://payment.peopletopeople.com
2. ACH Bill Pay through your financial institution selecting: People to People Ambassador Programs - your account is your Delegate ID.
3. Debit/Credit card payment: Call toll-free 800.669.7882
4. Pay by Check: Include the delegate name and ID number on the check and remit to the address below with this coupon.

*Address of our processing center.*

REMIT TO:

PEOPLE TO PEOPLE OFFICE OF ADMISSIONS
PO BOX 34902
SEATTLE WA 98124-1902 USA

| | |
|---|---|
| STATEMENT DATE: | OCT 28, 2010 |
| DELEGATE ID/ACCOUNT NO: | 10085230 |
| DELEGATE BALANCE: | $7,139.00 |
| TOTAL DUE: | $500.00 |

0010085230000500000000500008

# EXHIBIT 93



*Celebrating Five Decades of International Exchange*

March 25, 2013

The Parents of █████████████
3702 San Jacinto Dr
Brownsville, TX 78521-7422

To the Parents of ████████████

It gives me great pleasure to tell you that ██████ **will soon receive an invitation to attend a 2014 People to People World Leadership Forum in Washington, D.C.**

██████ **was nominated by educator Marvelia Vela of Hubert R Hudson,** who recognizes that your child demonstrates an aptitude for scholastic merit, leadership potential, and exemplary citizenship.

Leadership Ambassadors come from across the U.S. and over 140 countries to build leadership skills, gain self-confidence, and make lifelong friendships with the leaders of tomorrow. **The World Leadership Forum brings to life history, government, and politics, as students investigate defining moments in American history and get inspired by leaders of today.**

We know that you and your family may have questions about participation in the forum. **Please watch the mail for the formal invitation arriving shortly**—containing detailed program information, a certificate of nomination, and enrollment materials. Meanwhile, I invite you to visit our website to learn more about the World Leadership Forum at **peopletopeople.com/leadership** or call us at 888.275.5061.

I hope that your family can take advantage of this educational program to further ██████ as a young leader. **I look forward to welcoming ████ into the program.**

Sincerely,

*Natasha Porter*

Natasha Porter
Director of Admissions
People to People Leadership Ambassador Programs

**GOVERNMENT EXHIBIT
93
17cr390**

People to People Leadership Ambassador Programs | Dwight D. Eisenhower Building 1956 Ambassador Way | Spokane, Washington 99224-4005 USA 888.275.5061 | Fax 866.539.3318 | www.peopletopeople.com



*Celebrating Five Decades of International Exchange*

March 28, 2013

The Parents of ████████████
3702 San Jacinto Dr
Brownsville, TX 78521-7422

To the Parents of ██████████ :

████ has been nominated by educator Marvelia Vela of Hubert R Hudson to attend a
2014 People to People World Leadership Forum in Washington, D.C. I have included a
Certificate of Nomination to commemorate ████ achievement.

The World Leadership Forum helps promising young people achieve future success through
leadership development and engaging academic challenges. We hope that this will be the year
Lydia can join outstanding fifth, sixth, seventh, and eighth-grade students to:

- **Meet and ask questions of Congressional members and staff.**
- **Enjoy unique access** to America's most prominent centers of justice, legislation, and history.
- Make friends with **outstanding students from around the globe** while learning how to make a
  difference and prepare for the future.

Please discuss the forum as a family and read the enclosed program and tuition information.
You can apply online using your **personal invitation number (PIN): 945785837**, at
**www.peopletopeople.com/wlfapply**, or fax your application to 866.539.3318, or mail it to our
office. **Applications must be received by April 29, 2013.**

Upon ████ **acceptance, your member of Congress will be notified.** Space is limited, so please
apply now to ensure ████ will have her first choice of program options. If you have any
questions, please call us at 888.275.5061.

We look forward to meeting ████ and providing an energizing, educational experience.

Sincerely,

*Natasha Porter*

Natasha Porter
Director of Admissions
People to People Leadership Ambassador Programs

P.S. Apply online **www.peopletopeople.com/wlfapply** with your **Personal Invitation Number
(PIN): 945785837.**

Enclosures

People to People Leadership Ambassador Programs | Dwight D. Eisenhower Building
1956 Ambassador Way | Spokane, Washington 99224-4005 USA
888.275.5061 | Fax 866.539.3318 | www.peopletopeople.com

*Official Partner Of*
TEACHER OF THE YEAR
PROGRAM



*Celebrating Five Decades of International Exchange*

April 19, 2013

██████████ and Parents
3702 San Jacinto Dr
Brownsville, TX 78521-7422

Dear ██████

**Congratulations on your acceptance** into the People to People Leadership Ambassador Programs class of 2014!

**Your acceptance reflects our confidence in your ability to contribute to the success of the 2014 World Leadership Forum: Independence Day** and to meet the challenge of representing your school and your community. We look forward to providing you with a rewarding program during the June 30-July 6, 2014 session in Washington, D.C. & Philadelphia.

The founder of the People to People movement, U.S. President Dwight Eisenhower, once said, "The true purpose of education is to prepare young men and women for effective citizenship in a free form of government." You are now among those continuing a 50-year tradition of developing the leaders of the future.

**Leadership Ambassadors come together from across the United States, and around the world.** I'm always thrilled to see the way Leadership Ambassadors embrace new perspectives and take on challenges in a creative way. As you engage with other Leadership Ambassadors, and make new friendships, you'll be forming bonds to last throughout your life.

██████, **get ready to experience the excitement** of travel, the advantage of learning alongside and from other young leaders, and the joy of discovery. You will see the world and yourself with new eyes.

Join our online Delegate Communication Center (DCC) to connect with fellow Leadership Ambassadors and find helpful tools to prepare you for your journey.

Using the information below, log in today.

Last Name: ██████████
Delegate ID Number: 10184648
Temporary Password: ██████████

Once again, congratulations and welcome.

Sincerely,

Natasha Porter
Director of Admissions, People to People Leadership Ambassador Programs

People to People Leadership Ambassador Programs | Dwight D. Eisenhower Building
1956 Ambassador Way | Spokane, Washington 99224-4005 USA
888.275.5061 | Fax 866.539.3318 | www.peopletopeople.com

*Official Partner Of*
TEACHER OF THE YEAR PROGRAM